# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ● NO     **DOCKET NUMBER:** 3:23 cr 48 -MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | GREGORY E. LINDBERG |
| **COUNTY OF OFFENSE** | : | |
| **RELATED CASE INFORMATION** | : | 5:19-CR-22-MOC, 3:22-CR-315, 3:22-CR-314 |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ○ Petty    ○ Misdemeanor    ⦿ Felony

18 U.S.C. § 371  18 U.S.C. §§ 1033(a) and (c)  18 U.S.C. § 1343  18 U.S.C. § 1956(h)

**JUVENILE:**    ○ Yes    ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | DANIEL RYAN |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | This is associated with 3 other cases in front of Cogburn. |