UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-48-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **AMENDED ORDER** |
| v. ) | |
| ) | |
| GREG E. LINDBERG ) | |

**THIS MATTER** is before the Court on Defendant Greg Lindberg's Motion to Continue the Trial Date and Pre-Trial Motions Deadline. (Doc. No. 17). Having considered the motion and reviewed the pleadings, and upon consent of the Government, the Court finds that good cause supports the granting of Defendant's Motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Greg Lindberg's Motion to Continue the Trial Date and Pre-Trial Motions Deadline is **GRANTED** as follows:

1. Defendant Greg Lindberg's Motion to Continue is **GRANTED**, this matter is continued for a status conference to the trial term commencing three months after the conclusion of <u>United States v. Lindberg, et al.</u>, Case No. 5:19-cr-22-MOC-DSC. The Court finds that the delay caused by such continuance shall be excluded in computing the time within which the trial must commence, in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to grant such a continuance would deny counsel for Mr. Lindberg the reasonable time necessary for effective preparation, taking into account the complexity of the case and exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and Mr. Lindberg in a speedy trial. Mr. Lindberg's counsel has shown a need for

1

additional time to review discovery and other materials in preparing for trial. Additionally, the Court hereby extends the pretrial motions deadline to thirty (30) days prior to the new trial date.

Signed: July 14, 2023

Max O. Cogburn Jr
United States District Judge