| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GREG E. LINDBERG** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Alternative Victim Notification pursuant to 18 U.S.C. § 3771(d)(2) (Doc. No. 20). The Government requests authorization to use alternative victim notification procedures—namely, publication on a Department of Justice website—because the large number of potential crime victims in this case makes it impracticable to notify them on an individualized basis. Defendant does not oppose the Government's motion.

The Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, provides crime victims with certain rights, including the right to "reasonable, accurate, and timely notice" of public court proceedings. 18 U.S.C. § 3771(a). A "crime victim" is defined as "a person directly or proximately harmed as a result of the commission of a Federal offense . . . ." 18 U.S.C. § 3771(e). Courts view broadly who qualifies as a potential victim under the CVRA. See, e.g., United States v. Turner, 367 F. Supp. 2d 319, 327 (E.D.N.Y. 2005) (stating that "courts should consider erring on the side of caution" when determining to exclude victims from notice and participatory opportunities). In cases involving "multiple crime victims" where the court "finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in [18 U.S.C. § 3771](a), the Court shall fashion a reasonable procedure to give

1

effect to this chapter that does not unduly complicate or prolong the proceedings." 18 U.S.C. § 3771(d)(2).

Based on a review of the record, the Court further finds that this case involves "multiple crime victims" under 18 U.S.C. § 3771(d)(2) because of the number of potential crime victims. The Indictment in this matter (Doc. 1) alleges that Defendant defrauded numerous insurance-related companies, among others, including insurance companies and reinsurance companies (collectively, "Corporate Victims"). These companies collectively provide insurance policies, directly or indirectly, to thousands of individual policyholders, including numerous policyholders located outside of the United States (collectively, "Individual Victims").

The Court further finds that the Government cannot practicably identify, let alone contact, each of these "multiple crime victims" under 18 U.S.C. § 3771(d)(2). As an alternative procedure to notify potential crime victims in this case, the Government has created a public Department of Justice website at https://www.justice.gov/criminal-vns/case/united-states-v-greg-e-lindberg (the "Website"). The Website provides a summary of the case, information regarding the status of the case, and other significant case-related documents, such as charging documents. The Website also contains an e-mail address and telephone number for a Victim Assistance Line through which individual potential crime victims can contact the Department of Justice with questions regarding the case. In addition, the Government has requested that the Corporate Victims, to the extent they are able, provide notice to the Individual Victims, including on websites under the control of the Corporate Victims. The Government also issued a press release on or about February 24, 2023, that provided information about the indictment of Defendant Lindberg and contact information for potential victims to utilize to obtain more information about the case.

2

The Court further finds that the Website is a "reasonable procedure to give effect" to the rights of victims set forth in the CVRA and that use of the Website "does not unduly complicate or prolong the proceedings." See 18 U.S.C. § 3771(d)(2).

**IT IS THEREFORE ORDERED** that the Government's Unopposed Motion for Alternative Victim Notification pursuant to 18 U.S.C. § 3771(d)(2) (Doc. No. 20) is **GRANTED**. Pursuant to 18 U.S.C. § 3771(d)(2), that the Government may use the Website as a reasonable alternative procedure for notifying crime victims in this case.

**SO ORDERED.**

Signed: October 18, 2023

Max O. Cogburn Jr.
United States District Judge