UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00048-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREG E. LINDBERG**, | ) | |
| Defendant. | ) | |

For the reasons given in the Defendant's motion for continuance (#25) and considering that the Government does not object to the same, the Court finds that the ends of justice in granting the continuance outweighs the Defendant and the public's speedy trial rights and therefore this case is continued for the term.

This matter is continued to the next criminal term, and time is excluded. The time for filing pretrial motions is **ENLARGED** by 60 days from entry of this Order.

Signed: August 29, 2024

Max O. Cogburn Jr
United States District Judge