# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CR-048-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| GREG E. LINDBERG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the "Motion Of Defendant Greg Lindberg To Be Held At A Residential Reentry Center In Tampa, Florida, Pending Sentencing" (Document No. 41) filed November 11, 2024. The motion was also filed in related Case No. 5:19-CR-022-MOC-DCK (Document No. 486).

This motion came on for a hearing on November 12, 2024 (along with Defendant's Plea and Rule 11 proceeding). The Court appreciates the robust advocacy by all parties, including counsel for victims. Given the very recent filing of the motion and the complexity of some of the issues involved, the Court concludes that additional briefing would be helpful at this time.

**IT IS, THEREFORE, ORDERED** that the Government shall file a response to the pending "Motion Of Defendant Greg Lindberg To Be Held At A Residential Reentry Center In Tampa, Florida, Pending Sentencing" (Document No. 41) on or before **November 19, 2024**.

**IT IS FURTHER ORDERED** that this matter is set for a continuation of the bond revocation hearing and for additional consideration of the pending motion (Document No. 41) on **November 21, 2024, at 11 a.m.**

**IT IS FURTHER ORDERED** that, acknowledging Defendant's self-surrender and consent to detention following his Plea and Rule 11 hearing at today's proceeding, Defendant shall be **DETAINED** pending further proceedings in the case.

**SO ORDERED**.

Signed: November 12, 2024

David C. Keesler
United States Magistrate Judge