# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:23-CR-48-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREG E. LINDBERG,<br>       *Defendant*. | **ORDER** |

**THIS MATTER** is before the Court on Wyatt & Blake, LLP's Third Motion for Payment of Fees and Expenses and Request for Retainer. (Doc. No. 96).

Based on the reasons set forth in the Motion, as well as the Declaration and Memorandum filed in support thereof, the Court finds that good cause supports the granting of the Motion for payment of all fees and expenses incurred by Wyatt & Blake, LLP as Mr. Lindberg's counsel during the time period of October 1, 2025, through December 17, 2025.

**IT IS, THEREFORE, ORDERED** that Defendant's Third Motion for Payment of Fees and Expenses (Doc. No. 96) is **GRANTED**. Pursuant to Paragraph 3(1) of the Order Appointing Special Master (Doc. No. 56), the Special Master is hereby authorized and directed to pay attorneys' fees and expenses to Wyatt & Blake, LLP in the amount of $49,376.82. In addition, the Court approves a retainer to be paid to Wyatt & Blake by the Special Master in the amount of $68,000.00 to secure future payment of work performed by Wyatt & Blake. This amount is to be held in trust by Wyatt & Blake and not drawn against until further approval of the Court or the conclusion of this matter.

Signed: February 18, 2026

Max O. Cogburn Jr
United States District Judge