UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-48-MOC

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GREG E. LINDBERG, | |
| Defendant. | |

**THIS MATTER** is before the Court on Katten Muchin Rosenman LLP's Third Unopposed Motion for Payment of Fees and Expenses and Request for Retainer (Doc. No. 97). After reviewing the motion, any responses and replies thereto, and the arguments of counsel, this court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED**. The Court grants Katten's request for its fees and expenses resulting from Mr. Lindberg's defense and enters this order to distribute funds to Katten for fees in the amount of $232,264.19 and expenses in the amount of $42.00. In addition, the Court approves a retainer to be paid to Katten by the Special Master in the amount of $361,685.35 to secure future payment of work performed by Katten. This amount is to be held in trust by Katten and not drawn against until further approval of the Court or the conclusion of this matter.

Signed: February 18, 2026

Max O. Cogburn Jr.
United States District Judge

1