# EXHIBIT

# 4



February 1, 2016

Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Attention: Devin Solow

RE:  Southland National Holdings, Inc.

Dear Mr. Solow,

This letter is provided pursuant to your request for ratings from Egan-Jones Ratings Company ("Egan-Jones"), on the $35M Senior Secured Term Loan (the "Loan") to be issued by Southland National Holdings, Inc ("SNG" or the Company). Based solely on our view of the information described below, and subjects to the qualifications listed below, we indicate our rating in the Rating Rationale and Rating section below.

## Description

SNG is the parent of an insurance holding company system. This holding company system is also referred to as Eli Global's insurance division. Currently, SNG's main investment is Southland National Insurance Corporation ("SNIC"). However, by the end of the first quarter of 2016, SNG will have two additional companies. Mothe and DLE Life (Collectively known as "Mothe") is being acquired out of receivership from the state of Louisiana and Colorado Bankers Life Insurance Company ("CBL") is being acquired from Dearborn National. Currently, there is also another deal in exclusivity that may close in the second quarter of 2016. In total, insurance assets under administration will be around $1 billion by

61 Station Road ▪ Haverford, Pennsylvania 19041 ▪ 610.642.2411 ▪ ratingsdesk@egan-jones.com



the end of 2016. SNG is able to acquire insurance companies that are underperforming and increase their returns through decreased expenses and increased investment return.

## Transaction Overview

SNG is seeking a $35M senior secured loan term loan with 5 year maturity. The $35M debt facility will consist of quarterly payments at an annual 10% coupon rate with zero amortization. With a consolidated 2015 Pro Forma EBITDA of $32,287,117, the Company's total leverage at closing is ~1.09x. The loan will be personally guaranteed by the ultimate owner, Greg Lindberg. As of December 31, 2014, Greg Lindberg had an audited net worth of approximately $320M.

| Cash Source ($'000) | | Cash Uses ($'000) | |
|---|---|---|---|
| Senior Debt | $ 35,000.00 | Paid in Capital | $ 34,900.00 |
| | | Fees | 100.00 |
| Total Sources | $ 35,000.00 | Total Uses | $ 35,000.00 |

| Capital Structure ('000) | | Percentage |
|---|---|---|
| Total Debt | $ 35,000.00 | 26% |
| Total Paid in surplus, capital & unassigned surplus | $ 100,165.00 | 74% |
| Total Capitalization | $ 135,165.00 | 100% |

## Rating Rationale and Ratings

- Experienced management – Management has a strong management team with strong insurance expertise, including improvement on policy counts and asset/liability managements.
- Strong track record – Greg Lindberg has not defaulted in investments or

61 Station Road ▪ Haverford, Pennsylvania 19041 ▪ 610.642.2411 ▪ ratingsdesk@egan-jones.com



any ventures with ~25 years of business experiences.

- Investment expertise – Investment results and asset returns will improve under the new ownerships.

**Egan-Jones hereby assigns a rating of "BB+" to the Company and "BBB-" to the Notes.**



Copyright © 2016, Egan-Jones Ratings Company, Inc. ("Egan-Jones"). All rights reserved. The information upon which Egan-Jones ratings and reports are based is obtained by Egan-Jones from sources Egan-Jones believes to be accurate and reliable. Egan-Jones relies on third party reports and information and data provided and Egan-Jones has not, unless required by law or internal policies/procedures, independently verified or performed due diligence related to the accuracy of information, data or reports.  Egan-Jones has not consented to, nor will consent to, being named an "expert" under federal securities laws, including without limitation, Section 7 of the Securities Act of 1933.  Please note that expected or final ratings are not recommendations to buy, hold or sell the securities.  Egan-Jones is not an advisor and is not providing investment advice, strategy or related services.  Egan-Jones and its third-party suppliers ("Suppliers") hereby disclaim any representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability, and fitness for any particular purpose or non-infringement of any of such information. In no event shall Egan-Jones or its directors, officers, employees, independent contractors, agents, representatives, or Suppliers (collectively, Egan-Jones Representatives) be liable (1) for any inaccuracy, delay, loss of data, interruption in service, error or omission or for any damages resulting therefrom, or (2) for any direct, indirect, incidental, special, compensatory or consequential damages arising from any use of ratings and rating reports or arising from any error (negligent or otherwise) or other circumstance or contingency within or outside the control of Egan-Jones or any Egan-Jones Representative, in connection with or related to obtaining, collecting, compiling, analyzing, interpreting, communicating, publishing or delivering any such information. Ratings and other opinions issued by Egan-Jones are, and must be construed solely as, statements of opinion and not statements of fact as to credit worthiness or recommendations to purchase, sell or hold any securities. A report providing an Egan-Jones rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Egan-Jones is not responsible for the content or operation of third party websites accessed through hypertext or other computer links and Egan-Jones shall have no liability to any person or entity for the use of such third party websites. This publication may not be reproduced, retransmitted or distributed in any form without the prior written consent of Egan-Jones. ALL Egan-Jones RATINGS ARE SUBJECT TO DISCLAIMERS AND CERTAIN LIMITATIONS. Egan-Jones is not an NRSRO (as defined by the SEC) for the purposes of sovereign/ municipal issuers and structured finance/ABS issuers.



Founded 1995

# Appendix I – Rating Analysis

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

Southland National Holdings, Inc ("SNG" or Company) was formed in April '14 in North Carolina as an insurance holding company. As of Dec 31, 14 those insurance investments consist of Southland National Insurance Company (SNIC) and Southland National Reinsurance Corporation (SNRC).

SNG seeks to issue a $35M senior secured term loan. Based on the pro-forma 2015 EBITDA of $32.3M, total leverage at closing is approx. ~1.08x. Interest expense coverage is at approximately ~3.5x. Greg Lindberg, the ultimate owner of SNG, had an audited net worth of approximately ~$320M as of December 31, 2014. Credit support is derived from solid personal wealth of the guarantor. We expect to assign a "BB+" rating to the firm with a positive watch. (Note: Financials are based on pro-forma provided by issuer)

| CREDIT POSITION | Annual Ratios | | Projected Ratios for Fiscal Years End | | | | |
|---|---|---|---|---|---|---|---|
| | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 | PDec20 | PDec21 |
| Fixed Chg Cov(x) | 13.7 | 3.9 | 3.6 | 3.5 | 4.3 | 5.6 | 7.8 |
| Funds from Oper Int Cov(x) | 15.3 | 5.4 | 4.8 | 4.8 | 5.6 | 7.0 | 9.4 |
| PT Ret. on Avg Assets(%) | 42.2 | 4.8 | 6.4 | 6.2 | 6.9 | 7.5 | 7.9 |
| Return on Equity (%) | 22.4 | 3.3 | 5.7 | 5.3 | 5.6 | 5.7 | 5.7 |
| T Debt/Cap(w Debt)(%) | 26.8 | 25.7 | 24.7 | 20.8 | 16.4 | 11.6 | 6.5 |
| Total Liab/Assets (%) | 26.8 | 25.7 | 24.8 | 20.9 | 16.6 | 11.8 | 6.8 |
| Implied Sen. Rating | AA+ | BBB- | BB+ | BBB- | BBB | BBB+ | A |

| INDUSTRY RATIOS | | AA | A | BBB | BB | B | CCC |
|---|---|---|---|---|---|---|---|
| Fixed Chg Cov(x) | | 15.2 | 11.6 | 8.7 | 6.8 | 2.9 | 0.8 |
| Funds from Oper Int Cov(x) | | 7.0 | 6.1 | 5.4 | 4.9 | 3.8 | 2.9 |
| PT Ret. on Avg Assets(%) | | 4.5 | 3.8 | 3.3 | 2.8 | 1.9 | 1.1 |
| Return on Equity (%) | | 15.0 | 13.0 | 11.0 | 8.7 | 7.8 | 6.3 |
| T Debt/Cap(w Debt)(%) | | 50.0 | 60.0 | 70.0 | 77.0 | 83.0 | 94.0 |
| Total Liab/Assets (%) | | 55.0 | 65.0 | 75.0 | 85.0 | 95.0 | 105.0 |

| PEER RATIOS | Other NRSRO Sen. | Fixed Charge Cov(x) | FFO Int Cov(x) | Return on Avg Assets | ROE(%) | T Debt/ Cap(%) | Ratio- Implied Rating* |
|---|---|---|---|---|---|---|---|
| MetLife, Inc. | A- | 7.7 | 9.2 | 1.3 | 8.7 | 84.8 | BBB- |
| American International Group, Inc. | A- | 7.1 | 10.7 | 2.0 | 7.1 | 56.2 | BBB |
| Allstate Corporation | A- | 13.3 | 15.4 | 3.6 | 12.8 | 41.8 | AA- |
| American Financial Group, Inc. | BBB+ | 9.8 | 12.8 | 1.4 | 8.0 | 57.0 | BBB+ |
| Everest RE Group, Ltd. | | 38.5 | 39.5 | 7.1 | 15.8 | 14.6 | AAA |

Note, Annual Implied Sen. Ratings are smoothed
Rating Change Anticipator (1 is best, 100 worst): 69.8 Last EJR Sen.: N/A

Egan-Jones Ratings Company
Copyright 2016 Egan-Jones Ratings Co. No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 2

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## REVENUE & PROFITABILITY

The Company's revenues rose at an average annual rate of 28% over the last two years while operating margin rose to 25.72% for the fiscal year ending December 2016, below the 34.91% average over the prior year. Return on Assets rose to 2.45%, above the 0.00% average for the prior year.

| | Dec10 | Dec11 | Dec12 | Dec15 | Dec16 | PDec17 | PDec18 |
|---|---|---|---|---|---|---|---|
| Net Premium Earned (Non-Life & Life) (thou $) | | | | 88 | 137 | 148 | 160 |
| Growth Rate (%) | | | | | 55.05 | 8.00 | 8.00 |
| Realized Gains (Losses) (%) | | | | | | | |
| Oper Profit Margin % | | | | 44.09 | 25.72 | 26.20 | 26.68 |
| Return on Rev. (%) | | | | 27.95 | 2.81 | 4.76 | 4.33 |
| Return on Equity % | | | - | - | 22.36 | 3.29 | 5.69 | 5.29 |
| Return on Assets (%) | NMF | | | 16.36 | 2.45 | 4.29 | 4.19 |

## LEVERAGE & ACTIVITY

Coverage has become weaker recently, slipping to 3.9:1 for the FYE December 2016, and

| | Dec10 | Dec11 | Dec12 | Dec15 | Dec16 | PDec17 | PDec18 |
|---|---|---|---|---|---|---|---|
| Pretax Int Coverage(x) | #DIV/0! | #DIV/0! | #DIV/0! | 13.9 | 3.9 | 3.6 | 3.5 |
| Debt/Equity (x) | | | | 0.4 | 0.3 | 0.3 | 0.3 |
| Avg Coll Period (days) | | | | | | | |
| T. Asset Turns(x) | NMF | | | 0.6 | 0.9 | 0.9 | 1.0 |

## LIQUIDITY & OTHER

| | Dec10 | Dec11 | Dec12 | Dec15 | Dec16 | PDec17 | PDec18 |
|---|---|---|---|---|---|---|---|
| Work Cap Inv(% revs) | | | | - | 4.6 | 0.4 | 0.4 |
| Cap Expend(% revs) | | | | 127.5 | 4.6 | 0.4 | 0.4 |
| Cash & Mkt Sec./Debt(%) | | | | | 3.4 | 19.2 | 22.8 |
| EBITD/ Net Int (x) | | | | 0.2 | 0.1 | 0.1 | 0.1 |
| (EBITD-Cap Exp)/ Net Int | | | | 0.2 | 0.1 | 0.1 | 0.1 |
| EBITD+Rent/Net Int+Rent | | | | 0.2 | 0.1 | (0.8) | (0.7) |
| Oper Funds/(Cap Ex+Divs) (x) | | | | 8.1 | 10.5 | 15.0 | 14.8 |
| Oper CashFlow/ Curr LTD (x) | | | | | | | |

Egan-Jones Ratings Company   Copyright 2016 Egan-Jones Ratings Co.  No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 3

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## Valuation Driver: Net Premium Earned (Non-Life & Life) Growth:

Southland National Holdings,  has grown its net premium earned (non-life & life) 55.0% per annum in the last fiscal ye
more than the average for its peers. We expect Company's revenues will grow approximately 8.0% per annum over
the next couple of years and 7.0% per annum for the next couple of years thereafter.

## Valuation Driver: Operating Income:

Company's operating income has been less than its peers and we assumed a 1.5% growth in operating income over
the next two years.

| Income Statement | Peer Median | Co. Avg. | Assumptions Yr 1&2 | Yr 3,4,5 |
|---|---|---|---|---|
| Net Premium Earned (Non-Life & Life) Growth% | 3.7 | 55.0 | 8.0 | 7.0 |
| Trading Account Profit Growth % | | NMF | 15.0 | 15.0 |
| Investment Income Growth % | (3.1) | 1.0 | 1.0 | 1.0 |
| Realized Gains (Losses) Growth % | (34.5) | NMF | | |
| Other Operating Income Growth% | 0.0 | (9.5) | 10.0 | 14.0 |
| Revenue Growth% | 2.0 | 29.4 | NMF | |
| Insurance Claims & Charges Growth% | 5.0 | 76.8 | 5.0 | 5.0 |
| Underwriting Costs Growth% | (3.2) | 88.3 | 17.0 | 15.3 |
| Other Operating Expenses Growth% | (16.8) | 3.6 | 3.6 | 3.6 |
| Operating Income Growth% | (4.6) | (71.8) | NMF | NMF |
| Interest Expense Rate % | 6.2 | 6.2 | 10.0 | 10.0 |
| Special Items (thousands | 0.0 | | | |
| | | | | |
| Cash & Near Cash Items Growth% | (2.7) | 0.0 | | |
| Short-Term Investments Growth% | 0.0 | | | |
| Loans & Mortgages Growth% | 3.3 | 0.0 | 1.7 | 1.7 |
| Fixed Income Securities Growth% | 3.5 | 5.6 | 5.6 | 5.6 |
| Equity Securities Growth% | 5.2 | 0.0 | | |
| Real Estate Investments Growth% | 0.0 | 0.0 | | |
| Long-Term Investments Growth% | 15.5 | 0.0 | | |
| Total Investments Growth % | 3.2 | 5.6 | NMF | NMF |
| Investment In Affiliates Growth% | 0.0 | 0.0 | | |
| Net FixedAssets Growth% | 0.0 | 0.0 | | |
| Premium Receivable Growth% | 3.4 | 0.0 | | |
| ST Borrowings Growth% | (42.9) | | | |
| Reserve for Outstanding Claim Loss Growth% | 5.2 | 0.0 | | |
| Premium Reserves (unearned) Growth% | 0.5 | 0.0 | | |
| Other Insurance Reserves Growth% | 6.6 | 0.0 | | |
| Long-Term Borrowings Growth% | (0.2) | 0.0 | | |
| Deferred Tax Liability Growth% | 22.4 | 0.0 | | |
| Other Long-Term Liabilities Growth% | (16.3) | (1.5) | (1.5) | (1.5) |
| Shares sold (% of shares out.) | 0.0 | | | |
| Additional ST debt (1st year)(thousands $) | 0.0 | 0.0 | | |

Egan-Jones Ratings Company
Copyright 2016 Egan-Jones Ratings Co.  No secondary distribution.

**SOUTHLAND NATIONAL HOLDINGS,**

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 4

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## ANNUAL INCOME STATEMENTS

Below are Southland National Holdings, 's annual income statements with
the projected years based on the assumptions listed on page 2.

### ANNUAL INCOME STATEMENTS
### (THOUSANDS $, EXCEPT PER SHARE AMOUNTS)

|  | Dec-12 | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
|---|---|---|---|---|---|---|
| Net Premium Earned (Non-Life & Life) |  | 88.5 | 137.2 | 148.1 | 160.0 | 171.2 |
| Trading Account Profit |  |  |  | 5.0 | 5.8 | 6.6 |
| Investment Income |  | 26.5 | 26.8 | 27.1 | 27.4 | 27.6 |
| Realized Gains (Losses) |  |  |  |  |  |  |
| Other Operating Income |  | 39.0 | 35.3 | 38.8 | 42.7 | 48.7 |
| Revenue |  | 154.0 | 199.2 | 219.0 | 235.8 | 254.1 |
| Insurance Claims & Charges |  | 58.6 | 103.6 | 108.8 | 114.2 | 119.9 |
| Underwriting Costs |  | 27.2 | 51.3 | 60.0 | 70.2 | 80.9 |
| Other Operating Expenses |  | 33.3 | 34.5 | 35.8 | 37.1 | 38.4 |
| Operating Income |  | 34.8 | 9.8 | 14.5 | 14.3 | 14.8 |
| Interest Expense |  | 2.5 | 2.5 | 4.0 | 4.1 | 3.4 |
| Net Non-Operating Items |  | 0.5 |  | 0.1 | 0.1 | 0.1 |
| Pretax Income bef. XO Items |  | 31.9 | 7.3 | 10.4 | 10.2 | 11.4 |
| Income Tax Expense |  | 7.1 | 3.5 | 3.3 | 3.3 | 3.6 |
| Consolidated Net Income |  | 24.7 | 3.9 | 7.1 | 6.9 | 7.7 |
| Total Cash Preferred Dividends |  |  |  |  |  |  |
| Net Income |  |  |  | 7.1 | 6.9 | 7.7 |
| Common Dividends |  | 3.4 |  |  |  |  |
| Net Inc Avail to Common Shareholders |  |  |  | 219.0 | 235.8 | 254.1 |
| Comprehensive Income per Share |  |  |  |  |  |  |
| Basic EPS Before Abnormal Items |  |  |  |  |  |  |
| Basic EPS Before XO Items |  |  |  |  |  |  |
| Basic EPS |  |  |  |  |  |  |
| EBITDA |  | 39.0 | 35.3 | 16.5 | 16.4 | 16.9 |

### REVENUE & PROFITABILITY

|  | Dec-12 | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
|---|---|---|---|---|---|---|
| Net Premium Earned (Non-Life & Life) (thou $) | 0.0 | 88.5 | 137.2 | 148.1 | 160.0 | 171.2 |
| Growth Rate (%) | 0.0 | 0.0 | 55.0 | 8.0 | 8.0 | 7.0 |
| Realized Gains (Losses) (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Oper Profit Margin % | 0.0 | 44.1 | 25.7 | 26.2 | 26.7 | 28.4 |
| Return on Rev. (%) | 0.0 | 28.0 | 2.8 | 4.8 | 4.3 | 4.5 |
| Return on Equity % | 0.0 | 22.4 | 3.3 | 5.7 | 5.3 | 5.6 |
| Return on Assets (%) | 0.0 | 16.4 | 2.4 | 4.3 | 4.2 | 4.7 |

**Egan-Jones Ratings Company** Copyright 2016 Egan-Jones Ratings Co. No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## ANNUAL BALANCE SHEETS

Below are Southland National Holdings, 's balance sheets with the projected years based on the assumptions listed on page 3. Dec19 the Company's total cash is assumed to increase from 1.4 to 7.8 while its Long-Term Borrowings is assumed to decline from $35Th to $22Th.

**ANNUAL BALANCE SHEETS**
**(THOUSANDS $, EXCEPT PER SHARE AMOUNTS)**

Base Case

| ASSETS | Dec-12 | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
|---|---|---|---|---|---|---|
| Cash & Near Cash Items | | 1.4 | 1.4 | 7.8 | 7.8 | 7.8 |
| Short-Term Investments | | | | | | |
| Loans & Mortgages | | | | | | |
| Fixed Income Securities | | 112.8 | 119.0 | 119.6 | 120.3 | 120.9 |
| Equity Securities | | | | 0.0 | 0.0 | 0.0 |
| Real Estate Investments | | | | | | |
| Long-Term Investments | | | | 0.0 | 0.0 | 0.0 |
| Total Investments | | 112.8 | 119.0 | 119.6 | 120.3 | 120.9 |
| Investment In Affiliates | | | | | | |
| Net FixedAssets | | | | | | |
| Premium Receivable | | | | 37.1 | 37.1 | 37.1 |
| Additional Assets | | 37.1 | 37.1 | | | |
| Total Assets | | 151.2 | 157.4 | 164.5 | 165.2 | 165.8 |
| | | | | | | |
| LIABILITIES | | | | | | |
| ST Borrowings | | | | | | |
| Reserve for Outstanding Claim Loss | | | | | | |
| Premium Reserves (unearned) | | | | | | |
| Other Insurance Reserves | | | | 0.1 | 0.2 | 0.3 |
| Long-Term Borrowings | | 35.0 | 35.0 | 35.3 | 29.0 | 21.9 |
| Deferred Tax Liability | | | | | | |
| Other Long-Term Liabilities | | 5.6 | 5.5 | 5.4 | 5.3 | 5.3 |
| Other Liabilities | | | | | | |
| Total Liabilities | | 40.6 | 40.5 | 40.8 | 34.5 | 27.4 |
| Total Preferred Equity | | | | | | |
| Minority Interest | | | | | | |
| Share Capital & APIC | | 49.5 | 49.5 | 49.5 | 49.5 | 49.5 |
| Retained Earnings & Other Equity | | 61.1 | 67.4 | 74.5 | 81.4 | 89.1 |
| Total Shareholders' Equity | | <u>110.6</u> | <u>117.0</u> | <u>124.0</u> | <u>130.9</u> | <u>138.7</u> |
| Total Liabilities & Equity | | 151.2 | 157.5 | 164.8 | 165.5 | 166.1 |
| Shares Outstanding | | | 1.0 | 1.0 | 1.0 | 1.0 |

EJ Egan-Jones Ratings Company   Copyright 2016 Egan-Jones Ratings Co. No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 6

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## Liquidaton Analysis based on a sale of assets ($ thousands)

| Horizon (years): 3 | Book Value | Base Case MV % | Base Case Market Value | Optimistic Case MV % | Optimistic Case Market Value | Pessimistic Case MV % | Pessimistic Case Market Value |
|---|---|---|---|---|---|---|---|
| Cash & Near Cash Items | 8 | 100 | $8 | 100 | $8 | 100 | $8 |
| Short-Term Investments | - | | | | | | |
| Loans & Mortgages | - | | | | | | |
| Fixed Income Securities | 121 | 87 | 105 | 92 | 111 | 82 | 99 |
| Equity Securities | 0 | | | | | | |
| Real Estate Investments | - | | | | | | |
| Long-Term Investments | 0 | | | | | | |
| Total Investments | 121 | 0 | - | | - | | - |
| Investment In Affiliates | - | | | | | | |
| Net FixedAssets | - | | | | | | |
| Premium Receivable | 37 | 84 | 31 | 89 | 33 | 79 | 29 |
| | - | | | | | | |
| Total Assets | 166 | | **144** | | **152** | | **136** |
| Check | 166 | | | | | | |
| MV/ Adjusted Book Value of Total Assets (1) | | | 86.8% | | 91.6% | | 82.0% |
| **Priority Claims:** | | | | | | | |
| Deferred Tax Liability | - | 100 | - | 100 | - | 100 | 0 |
| Reserve for Outstanding Claim Loss | - | 100 | - | 100 | - | 100 | 0 |
| Premium Reserves (unearned) | - | 100 | - | 100 | - | 100 | 0 |
| Other Insurance Reserves | 0 | 85 | 0 | 90 | 0 | 80 | 0 |
| Admin. and Liq. Costs at 3% of Assets | 5 | 100.0 | 5 | 100.0 | 5 | 100.0 | 5 |
| Sum Priority Claims | 5 | | 5 | | 5 | | 5 |
| Remaining Corpus | | | **139** | | **147** | | **131** |
| ST Borrowings | - | | - | | - | | 0 |
| Longterm Debt | 35 | | 35 | | 35 | | 35 |
| Other Liabilities | | | | | | | |
| Other Sen unsecd. Debt | 5 | | 5 | | 5 | | 5 |
| Other | | | - | | - | | 0 |
| Off-balance Sheet Liab. | | | 0 | | 0 | | 0 |
| Sum Senior, Unsecured Claims | | | **41** | | **41** | | **41** |
| **Recovery (Corpus/ Sum Sen. Claims)** | | | **100.0%** | | **100.0%** | | **100.0%** |
| **PV at 1.5 years** | | | **95.0%** | | **95.0%** | | **95.0%** |
| Sub. Debt | 0 | | 0 | | 0 | | 0 |
| Sub. Debt Recovery | | | | | | | |

| | | |
|---|---|---|
| Check: Sum Claims less Liquidation Costs | | 41 |
| Liabilities | | 27 |

## Comparative Book Value Analysis (based on FYE financials)(2)

| Ticker | SNG_$35MM | MET | AIG | ALL | AFG | RE |
|---|---|---|---|---|---|---|
| Share Price in local currency | 1.00 | 50.12 | 62.80 | 64.39 | 74.78 | 188.82 |
| Shares Outstanding (millions) | 1 | 1,112 | 1,237 | 387 | 87 | 43 |
| Com. Stock MV in local currency (Th) | 1 | 55,715 | 77,684 | 24,939 | 6,532 | 8,135 |
| plus Preferred Stock Book Value (Th) | 0 | 1 | 0 | 1,746 | 0 | 0 |
| Total Debt in local currency (Th) | 40 | 404,555 | 137,694 | 16,027 | 6,689 | 1,344 |
| less excess FYE cash (Th) | | | | | | |
| Adjusted Enterprise Value | NMF | 460,271 | 215,378 | 42,712 | 13,221 | 9,479 |
| Total Assets (Th) | 157 | 910,401 | 515,581 | 110,306 | 48,412 | 20,818 |
| Enterprise Value/ Total Assets | NMF | 50.6% | 41.8% | 38.7% | 27.3% | 45.5% |

Notes

1. The Estimated Market Value of Assets divided by Total Assets. This item should be compared to footnote #2.

2. The Enterprise Market Value divided by the Total Assets

Egan-Jones Ratings Company   Copyright 2016 Egan-Jones Ratings Co. No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 7

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

**Liquidation Analysis using going concern value ($Th) except per share amt.)**
**Horizon (years): 3**

|  | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 | PDec20 | PDec21 |
|---|---|---|---|---|---|---|---|
| EBITDA at FYE | 39 | 35 | 17 | 16 | 17 | 17 | 17 |
| Total Shareholders' Equity | 111 | 117 | 124 | 131 | 139 | 147 | 156 |
| Revenue | 154 | 199 | 219 | 236 | 254 | 274 | 296 |
| Debt | 41 | 40 | 41 | 34 | 27 | 19 | 11 |
| Preferred Stock | - | - | - | - | - | - | - |
| Shares (millions) | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Share Valuation (see below pages) |  | 256.44 |  |  |  |  |  |
| Current Market Cap Est. (K) |  | **256** |  |  | **-** |  |  |
| **EBITDA Multiple (see below)** |  | **13.0** |  |  | **NMF** |  |  |

|  | Base | Best | Worst |
|---|---|---|---|
| Assumed Value of common stock as of PDec19 | 0 | 0 | 0 |
| Adjusted Assumed Value of stock at 95% | 0 | 0 | 0 |
| Plus 80% of net debt, pfd. shares, and excess cash as of Dec, 2016 | 34 | 34 | 34 |
| Enterprise value (adjusted for neg. or low equity) | 31 | 32 | 27 |
| **Priority Claims:** |  |  |  |
| Deferred Tax Liability |  |  |  |
| Reserve for Outstanding Claim Loss |  |  |  |
| Premium Reserves (unearned) |  |  |  |
| Other Insurance Reserves at 80% of face | 0 |  |  |
| Admin. and Liq. Costs at 3% of Assets | 5 |  |  |
| Sum Priority Claims | 5 | 5 | 5 | 5 |
| Remaining Corpus | **25** | **26** | **22** |
| ST Borrowings |  |  |  |
| Longterm Debt | 35 | 35 | 35 | 35 |
| Other Liabilities |  |  |  |
| Other Sen unsecd. Debt | 5 | 5 | 5 | 5 |
| Other |  |  |  |
| Off-balance Sheet Liab. |  |  |  |
| Sum Senior, Unsecured Claims | **41** | **41** | **41** |
| **Recovery (Remaining corpus/ Sen. Claims)** | **62.4%** | **64.9%** | **54.0%** |
| **PV at 1.5 years** | **49.9%** | **51.9%** | **43.2%** |
| Sub. Debt | - |  |  |
| Sub. Debt Recovery |  |  |  |
| Check: Sum Claims less Liquidation Costs | 41 |  |  |
| Liabilities | 27 |  |  |

**Comparative Going Concern Analysis (based on FYE financials)(1)**

| Ticker | SNG_$35MM | MET | AIG | ALL | AFG | RE |  |
|---|---|---|---|---|---|---|---|
| Share Price | 1.00 | 50.12 | 62.80 | 64.39 | 74.78 | 188.82 |  |
| Shares Outstanding (M) | 1 | 1,112 | 1,237 | 387 | 87 | 43 |  |
| Common Stock Market Value (M) | 1 | 55,715 | 77,684 | 24,939 | 6,532 | 8,135 |  |
| Preferred Stock Book Value | - | 1 | - | 1,746 | - | - |  |
| Total Debt in local currency (Th) | 40 | 404,555 | 137,694 | 16,027 | 6,689 | 1,344 |  |
| less excess FYE cash (Th) |  |  |  |  |  |  |  |
| Adj. Enterprise Cost | **41** | **460,271** | **215,378** | **42,712** | **13,221** | **9,479** |  |
| EBITDA at FYE (Th) | 35 | 10,024 | 16,602 | 4,648 | 861 | 1,483 | **Medians** |
| Adj. Enterprise Cost/EBITDA | **NMF** | **45.9** | **13.0** | **9.2** | **15** | **6** | **13.0** |
| Total Shareholders' Equity | 117 | 72,659 | 107,272 | 22,304 | 5,054 | 7,873 |  |
| Adj. Enterprise Cost/Total Shareholders' Equity | **NMF** | **6.3** | **2.0** | **1.9** | **3** | **1** | **2.0** |
| Revenues | 199 | 70,475 | 63,815 | 34,870 | 5,695 | 5,801 |  |
| Adj. Enterprise Cost/ Revenues | **0.2** | **6.5** | **3.4** | **1.2** | **2.3** | **1.6** | **2.3** |

Egan-Jones
Ratings Company
Copyright 2016 Egan-Jones Ratings Co. No secondary distribution.

**SOUTHLAND NATIONAL HOLDINGS,**
Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 8

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

Copyright © 2015, Egan-Jones Ratings Company, Inc. ("Egan-Jones"). All rights reserved. The information upon which Egan-Jones ratings and reports are based is obtained by Egan-Jones from sources Egan-Jones believes to be accurate and reliable. Egan-Jones relies on third party reports and information and data provided and Egan-Jones has not, unless required by law or internal policies/procedures, independently verified or performed due diligence related to the accuracy of information, data or reports. Egan-Jones has not consented to, nor will consent to, being named an "expert" under federal securities laws, including without limitation, Section 7 of the Securities Act of 1933. Please note that expected or final ratings are not recommendations to buy, hold or sell the securities.  Egan-Jones is not an advisor and is not providing investment advice, strategy or related services. Egan-Jones and its third-party suppliers ("Suppliers") hereby disclaim any representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability, and fitness for any particular purpose or non-infringement of any of such information. In no event shall Egan-Jones or its directors, officers, employees, independent contractors, agents, representatives, or Suppliers (collectively, Egan-Jones Representatives) be liable (1) for any inaccuracy, delay, loss of data, interruption in service, error. (negligent or otherwise) or other circumstance or contingency within or outside the control of Egan-Jones or any Egan-Jones Representative, in connection with or related to obtaining, collecting, compiling, analyzing, interpreting, communicating, publishing or delivering any such information. Ratings and other opinions issued by Egan-Jones are, and must be construed solely as, statements of opinion and not statements of fact as to credit worthiness or recommendations to purchase, sell or hold any securities. A report providing an Egan-Jones rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Egan-Jones is not responsible for the content or operation of third party websites accessed through hypertext or other computer links and Egan-Jones shall have no liability to any person or entity for the use of such third party websites. This publication may not be reproduced, retransmitted or distributed in any form without the prior written consent of Egan-Jones. Egan-Jones ratings are subject to disclaimers. **Egan-Jones is not an NRSRO (as defined by the SEC) for sovereign/municipal issuers and structured finance/ABS issuers.**

**Comments on the Difference between the Model and Assigned Rating**

**SOUTHLAND NATIONAL HOLDINGS,**

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 9

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

## SEC Rule 17g-7(a) Disclosure
Below are the disclosures as required by Paragraph (a) of Rule 17g7.

*1. The symbol in the rating scale used to denote the credit rating categories and notches within categories and the identity of the obligor, security, or money market instrument as required by Paragraph (a)(1)(ii)(A) of Rule 17g-7:*
For the issuer SOUTHLAND NATIONAL HOLDINGS,  with the ticker of SNG_$35MM we have assigned the senior unsecured rating of BB+
There are three notches in our rating categories (e.g., A-, A, and A+) other than those deep into speculative grade; for CC, C, and D there are no notches.

*2. The version of the procedure or methodology used to determine the credit rating as required by Paragraph (a)(1)(ii)(B) of Rule 17g-7:*
We are using methodology available in our Form NRSRO Exhibit #2 dated May 1, 2015 available via egan-jones.com under the tab at the bottom of the page "Methodologies".

*3. The main assumptions and principles used in constructing the procedures and methodologies used to determine the credit rating as required by Paragraph (a)(1)(ii)(C) of Rule 17g-7:*
The credit rating assigned reflects our judgement regarding the future credit quality of the issuer. Regarding the specific assumptions used, please refer to page 3 of this Rating Analysis Report.

*4. The potential limitations of the credit rating as required by Paragraph (a)(1)(ii)(D) of Rule 17g-7:*
Our rating pertains solely to our view of current and prospective credit quality. Our rating does not address pricing, liquidity, or other risks associated with holding investments in the issuer.

*5. Information on the uncertainty of the credit rating as required by Paragraph (a)(1)(ii)(E) of Rule 17g-7:*
Our rating is dependant on numerous factors including the reliability, accuracy, and quality of the data relied used in determining the credit rating. The data is sourced from publicly-available 10Q and 10K statements, quarterly reports, 8K filings, earnings reports, and other similar sources. In some cases, the information is limited because of issues such as short operating histories, the lack of reported data, a delay in reporting data, restatements, inaccurate accounting, and other issues. Such shortcomings are not always readily apparent. EJR aims to identify such shortcomings and make adjustments using its best judgement.

*6. Whether and to what extent third-party due diligence services have been used in taking the rating action as required by Paragraph (a)(1)(ii)(F) of Rule 17g-7:*
EJR does not utilize third-party due diligence services.

*7. How servicer or remittance reports were used, and with what frequency, to conduct surveillance of the credit rating as required by Paragraph (a)(1)(ii)(G) of Rule 17g-7:*
Servicer or remittance reports normally pertain to structured finance issuers; this report does not pertain to a structured finance issuer (EJR is not an NRSRO for structured finance or sovereigns/ municipal issuers.) Re. surveillance, the minimum time period for corp. issuers is normally one year.

*8. A description of the data that were relied upon for the purpose of determining the credit rating as required by Paragraph (a)(1)(ii)(H) of Rule 17g-7:*
EJR uses 10Q and 10K statements, quarterly reports, 8K filings, earnings reports, and other similar sources for ratings on publicly-traded issuers and in the case of private issuers, on information provided mainly by issuers.

*9. A statement containing an overall assessment of the quality of information available and considered in the credit rating as required by Paragraph (a)(1)(ii)(I) of Rule 17g-7: The information is generally high quality and readily avail.*

*10. Information relating to conflicts of interest as required by Paragraph (a)(1)(ii)(J) of Rule 17g-7:*
This rating is solicted buy-side.

**EJ Egan-Jones**
*Ratings Company*  Copyright 2016 Egan-Jones Ratings Co.  No secondary distribution.

# SOUTHLAND NATIONAL HOLDINGS,

Rating Analysis - 1/27/16
Debt: $30.7M, Cash: $1.8M
Page 10

EJR Sen Rating(Curr/Prj) BB+/ BBB-
EJR CP Rating: A1, Claims Paying: BBB+
EJR's 3 yr. Default Probability: 2.3%
EJR 3 yr. Recov. Rate: 95.0%

**11. An explanation or measure of the potential volatility of the credit rating as required by Paragraph (a)(1)(ii)(K) of Rule 17g-7:**
Our rating aims to assess the probability of the payment of obligations in full and on-time. Factors which affect such probability and in turn, our rating include changes in the operating performance of the issuer, changes in capital structure, and merger and acquisition events.

**12. Information on the content of the credit rating as required by Paragraph (a)(1)(ii)(L) of Rule 17g-7:**
Regarding the historical performance of the credit rating, our rating transition matrix is available in our Form NRSRO, exhibit 1. The expected probability of default and the expected loss in the event of default is listed on the first page of this report.

**13. Information on the sensitivity of the credit rating to assumptions as required by Paragraph (a)(1)(ii)(M) of Rule 17g-7:**
Below is a summary of the impact of the 5 assumptions which independently would have the greatest impact on our "ratio-implied rating":

| | Assumptions | | | Resulting Ratio-Implied Rating | | |
|---|---|---|---|---|---|---|
| | Base | Optimistic | Pessimistic | Base | Optimistic | Pessimistic |
| Net Premium Earned (Non-Life & Life) Growth% | 8.0 | 12.0 | 4.0 | BB+ | BBB+ | BB- |
| Trading Account Profit Growth % | 15.0 | 12.0 | 18.0 | BB+ | BB+ | BB+ |
| Realized Gains (Losses) Growth % | | (3.0) | 3.0 | BB+ | BB+ | BB+ |
| Revenue Growth% | NMF | 0.1 | 2.0 | BB+ | BB+ | BB+ |
| Total Investments Growth % | NMF | (2.0) | 2.0 | BB+ | BB+ | BB+ |

**14. If the credit rating is assigned to an asset-backed security, a description of: (1) the representations, warranties, and enforcement mechanisms available to investors; and (2) how they differ from the representations, warranties, and enforcement mechanisms in issuances of similar securities, as required by Paragraph (a)(1)(ii)(N) of Rule 17g-7:**
This credit rating is not assigned to an asset-backed security.

## ATTESTATION FORM

In compliance with the US Securities and Exchange Commission (SEC) Rule 17g-7(a), the Egan-Jones analyst who published the report is responsible for the rating action and to the best knowledge of the person:
  1) No part of the credit rating was influenced by any other business activities,
  2) The credit rating was based solely upon the merits of the obligor, security, or money market instrument being rated, and
  3) The credit rating was an independent evaluation of the credit risk of the obligor, security, or money market instrument.

**Analyst Signature:**                                        **Today's Date**

*Jimmy Yu*

January 27, 2016
.................................................                ..........................................
Jimmy Yu
Rating Analyst

**Reviewer Signature:**                                       **Today's Date**

*Caroline Ding*

January 27, 2016
.................................................                ..........................................
Caroline Ding
Rating Analyst

**Egan-Jones** Ratings Company    Copyright 2016 Egan-Jones Ratings Co.  No secondary distribution.