# EXHIBIT 5



August 17th, 2017

Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Attention: Martin Pick

RE:  Practice Insight, LLC Final Rating

Dear Mr. Pick,

This letter is provided pursuant to your request for ratings from Egan-Jones Ratings Company ("Egan-Jones") on i) the $49.0 million Senior Subordinated Debt (the "Sub Debt") to be issued to Lilac Six, LLC (the "SPV") by PI Software Holdings, LLC (the "HoldCo") used to partially fund the acquisition Practice Software, LLC (the "Company" or "PI"),  ii) the $49.0 million Senior Secured Term Loan (the "SPV Loan") issued by the SPV used to purchase the Sub Debt and iii) the $15.5 million Preferred Equity (the "Preferred") to be issued by the HoldCo to fund the acquisition of the Company. The interest on the Sub Debt and the dividends on the Preferred are both payment-in-kind. Based solely on our view of the information described below and subject to the qualifications listed below, we are assigning the rating in the Rating Rationale and Rating section below.

**Rating Rationale and Rating**

The credit quality of the profile is supported by the following:

- **Recurring Revenue and Strong Client Base** – PI offers complete end-to-end revenue cycle management to its health care clients, creating highly loyal client base with top 10 clients having an average tenure of over 10 years; the Company has maintained an approximately 98% retention rate since inception and has not lost a top 10 reseller in over 6 years.
- **Proprietary Platform** – the Company's scalable SaaS platform currently accommodates over 56,000 healthcare providers, supporting more than 300 million transactions per year; PI also has the opportunity to monetize its proprietary data from its immense dataset of claims.
- **Efficient Business Model** – PI has low capital expenditure and working capital requirement, which result in strong cash flow generation.
- **Near Term Margin Improvement** – It is expected that integrating PI and other portfolio companies owned by Eli Global will create cost synergies; Eli expects such cost effectiveness to



be approximately $1.5 million annually.

**Egan-Jones hereby assigns a rating of "B" to the Company, a rating of "B" to the Sub Debt, a rating of "B" to the SPV Loan, and a rating of "B-" to the Preferred.**
**Note, this rating letter is valid for one year from the issuance date.**



Copyright © 2017, Egan-Jones Ratings Company, Inc. ("Egan-Jones"). All rights reserved. The information upon which Egan-Jones ratings and reports are based is obtained by Egan-Jones from sources Egan-Jones believes to be accurate and reliable. Egan-Jones relies on third party reports and information and data provided and Egan-Jones has not, unless required by law or internal policies/procedures, independently verified or performed due diligence related to the accuracy of information, data or reports. Egan-Jones has not consented to, nor will consent to, being named an "expert" under federal securities laws, including without limitation, Section 7 of the Securities Act of 1933. Please note that expected or final ratings are not recommendations to buy, hold or sell the securities. Egan-Jones is not an advisor and is not providing investment advice, strategy or related services. Egan-Jones and its third-party suppliers ("Suppliers") hereby disclaim any representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability, and fitness for any particular purpose or non-infringement of any of such information. In no event shall Egan-Jones or its directors, officers, employees, independent contractors, agents, representatives, or Suppliers (collectively, Egan-Jones Representatives) be liable (1) for any inaccuracy, delay, loss of data, interruption in service, error or omission or for any damages resulting therefrom, or (2) for any direct, indirect, incidental, special, compensatory or consequential damages arising from any use of ratings and rating reports or arising from any error (negligent or otherwise) or other circumstance or contingency within or outside the control of Egan-Jones or any Egan-Jones Representative, in connection with or related to obtaining, collecting, compiling, analyzing, interpreting, communicating, publishing or delivering any such information. Ratings and other opinions issued by Egan-Jones are, and must be construed solely as, statements of opinion and not statements of fact as to credit worthiness or recommendations to purchase, sell or hold any securities. A report providing an Egan-Jones rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Egan-Jones is not responsible for the content or operation of third party websites accessed through hypertext or other computer links and Egan-Jones shall have no liability to any person or entity for the use of such third party websites. This publication may not be reproduced, retransmitted or distributed in any form without the prior written consent of Egan-Jones. **ALL Egan-Jones RATINGS ARE SUBJECT TO DISCLAIMERS AND CERTAIN LIMITATIONS. Egan-Jones is not an NRSRO (as defined by the SEC) for the purposes of sovereign/ municipal issuers and structured finance/ABS issuers.**



# Appendix I – Rating Analysis

# PRACTICE INSIGHT, LLC
Rating Analysis - 08/17/17

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

Practice Insight, LLC ("PI" or the "Company") is in the health care technology sector and its revenues were $20.22M for the year ending December 2016 vs $18.06M for the prior year. Net income for the Dec '16 year was $9.36M vs the prior year's $8.24M income.

PI is a leading provider of Software-as-a-Services revenue cycle management (RCM) solutions for health care providers. The Company manages eligibility verification, claim scrubbing, claim submission, remittance, denial management, lock box, payments and data analytics through its proprietary platform. PI partners with industry leading practice management and electronic medical record vendors as re-sellers, serving over 110 vendors spread across clearinghouse, collections agency, developer, provider group, RCM and value added re-seller, and nearly 60,000 providers through the vendors. The re-seller model allows PI to minimize the resource requirements for its customer service functions. The $49M Subordinated Debt and the $15.5M Preferred Equity are used to partially fund the acquisition of the Company for $163.3M, along with the $83.8M Senior and Subordinated Debt and $15M Equity contribution. We are assigning a rating of "B" to the Company. (Note, we only assume cash interest on $68.4M of debt in this report while the interest on the $49M Subordinated Debt and dividends on the Preferred Equity are both payment-in-kind; interest expense is only assumed for 6 months for FY2017 and is assumed to be $1K for FY2016 and FY2015.)

| CREDIT POSITION | Annual Ratios | | Projected Ratios for Fiscal Years End | | | | |
|---|---|---|---|---|---|---|---|
| | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 | PDec20 | PDec21 |
| EBITDA/Interest(x) | 8,536.4 | 9,637.8 | 4.1 | 2.2 | 2.2 | 2.3 | 2.5 |
| EBITDAR/Interest(x) | 8,744.7 | 9,879.4 | 4.2 | 2.2 | 2.2 | 2.4 | 2.6 |
| (EBITDA-Cap Exp)/Int(x) | 8,536.4 | 9,637.8 | 4.1 | 2.2 | 2.2 | 2.3 | 2.5 |
| EBITDA/Sales (%) | 47.3 | 47.7 | 52.3 | 52.2 | 52.1 | 52.0 | 52.0 |
| Debt/EBITDA (x) | 0.0 | 0.0 | 11.6 | 10.8 | 10.0 | 9.3 | 8.6 |
| T Debt/Cap(w Debt)(%) | 0.0 | 0.0 | 78.5 | 76.5 | 74.4 | 72.2 | 69.8 |
| Implied Senior Rating | AAA | AAA | BB | B+ | B+ | B+ | BB- |

| INDUSTRY RATIOS | AA | A | BBB | BB | B | CCC |
|---|---|---|---|---|---|---|
| EBITDA/ Interest (x) | 12.0 | 9.0 | 6.0 | 3.7 | 2.0 | 1.0 |
| EBITDAR/ Interest (x) | 13.0 | 10.0 | 7.0 | 4.2 | 2.5 | 1.3 |
| (EBITDA-Cap Exp)/Int (x) | 12.0 | 9.0 | 6.0 | 3.7 | 2.0 | 1.0 |
| EBITDA/ Sales (%) | 10.0 | 7.0 | 5.0 | 3.0 | 2.0 | 1.0 |
| Debt/ EBITDA (x) | 1.5 | 2.0 | 2.5 | 4.0 | 5.5 | 10.0 |
| T Debt/Cap(w Debt) (%) | 25.0 | 47.1 | 55.0 | 63.8 | 82.1 | 90.0 |

| PEER RATIOS | Other NRSRO Sen. | EBITDA /Int(x) | EBITDAR /Int(x) | (EBITDA-Cap Exp) /Int(x) | EBITDA/ Sales(%) | Debt/ EBITDA | Ratio-Implied Rating |
|---|---|---|---|---|---|---|---|
| Express Scripts Holding Company | BBB+ | 10.4 | 10.5 | 10.9 | 7.2 | 2.1 | A |
| McKesson Corporation | BBB+ | 1.2 | 2.7 | 3.0 | 0.2 | 23.0 | CCC+ |
| Quintiles IMS Holdings, Inc. | BBB- | 8.2 | 9.2 | 9.4 | 16.5 | 6.3 | A- |
| Cerner Corporation | NR | 324.9 | 331.4 | 497.2 | 30.3 | 0.4 | AAA |
| Allscripts Healthcare Solutions, Inc. | | 3.8 | 4.2 | 6.0 | 15.5 | 5.5 | BBB- |

Note, annual and quarterly implied sen. ratings are smoothed using EJR's prior rating if any. Peers' implied ratings are also smoothed.
Rating Change Anticipator (1 is best, 100 worst): N/A Last EJR Sen: NR

EJ Egan-Jones Ratings Company
Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

**PRACTICE INSIGHT, LLC**
Rating Analysis - 08/17/17

Page 2

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

## REVENUE & PROFITABILITY

The Company's revenues rose by 11.93% last year while Operating Margin rose to 46.31% for the fiscal year ending December 2016, above the 45.6% of the prior year. Return on Assets rose to 126.62%.

|  | Dec-15 | Dec-16 | PDec17 | PDec18 |
|---|---|---|---|---|
| Revenue (Thousands $) | 18,065 | 20,220 | 21,838 | 23,585 |
| Growth Rate (%) | 0.00 | 11.93 | 8.00 | 8.00 |
|  |  |  |  |  |
| Cost of Revenue (%) | 25.55 | 26.22 | 24.00 | 24.00 |
| Gross Margin (%) | 74.45 | 73.78 | 76.00 | 76.00 |
| Selling, General, & Admin Expense (%) | 28.86 | 27.46 | 25.00 | 25.00 |
| Depreciation (%) | 1.66 | 1.35 | 1.28 | 1.20 |
| Operating Profit Margin (%) | 45.60 | 46.31 | 51.00 | 51.00 |
| Return on Revenue (%) | 45.60 | 46.31 | 26.74 | 18.94 |
| Return on Equity (%) | 126.01 | 145.97 | 16.05 | 10.94 |
| Return on Assets (%) | 110.29 | 126.62 | 3.43 | 2.55 |

## LEVERAGE & ACTIVITY

|  | Dec-15 | Dec-16 | PDec17 | PDec18 |
|---|---|---|---|---|
| Pretax Int Coverage (x) |  |  | 4.0 | 2.1 |
| Debt/Equity (x) | 0.0 | 0.0 | 3.7 | 3.3 |
| Inventory Turnover (x) | 0.0 | 0.0 | 0.0 | 0.0 |
| Avg Coll Period (days) | 65.3 | 49.3 | 49.3 | 49.3 |
| T. Asset Turns (x) | 2.4 | 2.7 | 0.1 | 0.1 |

## LIQUIDITY & OTHER

The Current Ratio is a reasonably strong 5.9:1.

|  | Dec-15 | Dec-16 | PDec17 | PDec18 |
|---|---|---|---|---|
| Current Ratio (x) | 6.4 | 5.9 | 5.7 | 12.3 |
| Quick Ratio (x) | 6.4 | 5.9 | 5.7 | 12.3 |
| Working Capital Inv. (% revs) | 0.0 | (2.4) | 0.7 | 0.7 |
| Capital Expenditures (% revs) | 0.0 | 0.0 | 0.1 | 0.1 |
|  |  |  |  |  |
| Cash & Mkt Sec./Debt (%) | 0.0 | 0.0 | 2.0 | 7.7 |
| EBITD/Net Int (x) | 0.0 | 0.0 | 4.1 | 2.2 |
| (EBITD-Cap Exp)/Net Int | 0.0 | 0.0 | 4.0 | 2.1 |
| EBITD + Rent/Net Int + Rent | 0.0 | 0.0 | 3.8 | 2.1 |
| Oper Funds/(Cap Exp + Divs) (x) | 28.5 | 41.9 | 38.0 | 40.6 |
| Oper CashFlow/Current LTD (x) | 0.0 | 0.0 | 0.0 | 0.0 |

Egan-Jones Ratings Company
Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

**PRACTICE INSIGHT, LLC**
Rating Analysis - 08/17/17

Page 3

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

## ASSUMPTIONS FOR FINANCIALS

### Valuation Driver: Revenue Growth

Practice Insight, LLC (EL_149) has grown its revenue of 11.9% per annum in the last fiscal year which is more than the average for its peers. We expect the company's revenues will grow approximately 8.0% per annum over the next couple of years and 8.0% per annum for the next couple of years thereafter.

### Valuation Driver: Operating Income Margin

The company's operating income margin has been more than its peers and we assumed a 51.0% operating income margin over the next two years.

| Income Statement | Peer Median | Co Avg. | Assumptions Yr1&2 | Assumptions Yr3,4,5 |
|---|---|---|---|---|
| Revenue Growth (%) | 8.4 | 11.9 | 8.0 | 8.0 |
| Cost of Revenue (% of Revs.) | 73.1 | 26.2 | 24.0 | 24.0 |
| Gross Profit (% of Revs.) | 26.9 | 73.8 | 76.0 | 76.0 |
| Selling General Admin Expense (% of Revs.) | 14.7 | 27.5 | 25.0 | 25.0 |
| Operating Income (% of Revs.) | 5.1 | 46.3 | 51.0 | 51.0 |
| Interest Expense (Rate %) | 3.6 | 0.0 | 4.3 | 4.6 |
| Net Non Operating Loss Growth (%) | (0.0) | 0.0 | 0.0 | 0.0 |
| Unusual Expense Growth (%) | 0.8 | 0.0 | 0.0 | 0.0 |
| | | | | |
| Income Tax Rate (%) | 30.7 | 0.0 | 30.0 | 30.0 |
| Income Before Extraordinary Items Growth (%) | 76.6 | 100.0 | NMF | NMF |
| Special Items (Thousands $) | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | |
| Cash Near Cash Growth (%) | 3.3 | 12.6 | 3.0 | 3.0 |
| Short Term Investment Growth (%) | (23.3) | | 0.0 | 0.0 |
| Accounts Notes Receivable (% of Revs.) | 19.7 | 13.5 | 13.5 | 13.5 |
| Inventories (% of Revs.) | 0.3 | 0.0 | 0.0 | 0.0 |
| Other Current Assets (% of Revs.) | 5.2 | 1.4 | 1.4 | 1.4 |
| Total Current Assets Growth (%) | 2.5 | (3.7) | NMF | NMF |
| Long Term Investments Growth (%) | (3.9) | 0.0 | 0.0 | 0.0 |
| Gross Fixed Assets Growth (%) | 15.0 | (6.0) | 3.0 | 3.0 |
| Accumulated Depreciation (% of Gr. Fixed Assets) | 47.2 | 0.0 | 0.0 | 0.0 |
| Net Fixed Assets Growth (%) | 18.5 | (6.0) | NMF | NMF |
| Intangible Assets Growth (%) | 14.8 | 0.0 | (2.0) | (3.0) |
| Accounts Payable (% of Revs.) | 8.1 | 2.4 | 2.4 | 2.4 |
| Short Term Borrowings Growth (%) | (23.3) | | NMF | NMF |
| Other ST Liabilities Growth (%) | 12.6 | 8.5 | 8.0 | 8.0 |
| | | | | |
| Long Term Borrowings Growth (%) | 12.4 | 0.0 | NMF | NMF |
| Deferred Tax Liability Growth (%) | 34.5 | 0.0 | 0.0 | 0.0 |
| Other LT Liabilities Growth (%) | 12.6 | 38.8 | 10.0 | 10.0 |
| Shares Sold (% of shares out.) | (4.6) | 0.0 | 0.0 | 0.0 |
| Additional ST Debt (Thousands $) | 0.0 | 0.0 | 0.0 | 0.0 |

**EJ Egan-Jones Ratings Company**
Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

**PRACTICE INSIGHT, LLC**
Rating Analysis - 08/17/17

Page 4

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

## ANNUAL INCOME STATEMENTS

Below are Practice Insight, LLC's annual income statements with the
projected years based on the assumptions listed on page 3.

### ANNUAL INCOME STATEMENTS
(THOUSANDS $, EXCEPT PER SHARE AMOUNTS)

|  | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
|---|---|---|---|---|---|
| Revenue | 18,065 | 20,220 | 21,838 | 23,585 | 25,471 |
| Cost of Revenue | 4,615 | 5,302 | 5,241 | 5,660 | 6,113 |
| Gross Profit | 13,450 | 14,918 | 16,597 | 17,924 | 19,358 |
| Selling, General, & Admin Expense | 5,213 | 5,553 | 5,459 | 5,896 | 6,368 |
| Operating Income | 8,237 | 9,364 | 11,137 | 12,028 | 12,990 |
| Interest Expense | 0 | 0 | 2,795 | 5,647 | 6,112 |
| Net Non-Operating Loss | 0 | 0 | 0 | 0 | 0 |
| Unusual Expense | 0 | 0 | 0 | 0 | 0 |
| Pretax Income | 8,237 | 9,364 | 8,342 | 6,381 | 6,878 |
| Income Tax Expense | 0 | 0 | 2,503 | 1,915 | 2,064 |
| Income Before XO Items | 8,237 | 9,364 | 5,839 | 4,466 | 4,814 |
| Extraordinary Items | 0 | 0 | 0 | 0 | 0 |
| Minority Interests | 0 | 0 | 0 | 0 | 0 |
| Consolidated Net Income | 8,237 | 9,364 | 5,839 | 4,466 | 4,814 |
| Total Cash Preferred Dividends | 0 | 0 | 0 | 0 | 0 |
| Net Income | 8,237 | 9,364 | 5,839 | 4,466 | 4,814 |
| Common Dividends | 0 | 0 | 0 | 0 | 0 |
| Comprehensive Income | 8,237 | 9,364 | 5,839 | 4,466 | 4,814 |
| Comprehensive Income Per Share | | | | | |
| Basic EPS Before Abnormal Items | | | | | |
| Basic EPS Before XO Items | | | | | |
| Basic EPS | | | | | |
| EBITDA | 8,536 | 9,638 | 11,418 | 12,311 | 13,273 |

### REVENUE & PROFITABILITY

|  | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
|---|---|---|---|---|---|
| Revenue (Thousands $) | 18,064.5 | 20,220.1 | 21,837.7 | 23,584.7 | 25,471.5 |
| Growth Rate (%) | 0.0 | 11.9 | 8.0 | 8.0 | 8.0 |
| Cost of Revenue (%) | 25.5 | 26.2 | 24.0 | 24.0 | 24.0 |
| Gross Margin (%) | 74.5 | 73.8 | 76.0 | 76.0 | 76.0 |
| Selling, General, & Admin Expense (%) | 28.9 | 27.5 | 25.0 | 25.0 | 25.0 |
| Depreciation (%) | 1.7 | 1.4 | 1.3 | 1.2 | 1.1 |
| Operating Profit Margin (%) | 45.6 | 46.3 | 51.0 | 51.0 | 51.0 |
| Return on Revenue (%) | 45.6 | 46.3 | 26.7 | 18.9 | 18.9 |
| Return on Equity (%) | 126.0 | 146.0 | 16.1 | 10.9 | 10.5 |
| Return on Assets (%) | 110.3 | 126.6 | 3.4 | 2.6 | 2.7 |

Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

**PRACTICE INSIGHT, LLC**
Rating Analysis - 08/17/17

Page 5

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

## ANNUAL BALANCE SHEETS

Below are Practice Insight, LLC's balance sheets with the projected years based on
our assumptions. As of Dec 2019, the Company's total cash is assumed to increase from
$2.6M to $19.6M while its total debt is assumed to rise from $0.0Th to $132.9M.

| Base Case | ANNUAL BALANCE SHEETS (THOUSANDS $, EXCEPT PER SHARE AMOUNTS) | | | | |
|---|---|---|---|---|---|
| ASSETS | Dec-15 | Dec-16 | PDec17 | PDec18 | PDec19 |
| Cash & Near Cash | 2,325 | 2,556 | 2,632 | 10,201 | 19,644 |
| Short-Term Investments | 0 | 0 | 0 | 0 | 0 |
| Accounts & Notes Receivables | 3,233 | 2,733 | 2,950 | 3,186 | 3,441 |
| Inventories | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 230 | 286 | 306 | 306 | 306 |
| Total Current Assets | 5,788 | 5,574 | 5,888 | 13,693 | 23,391 |
| Long-Term Investments | 0 | 0 | 0 | 0 | 0 |
| Gross Fixed Assets | 725 | 681 | 702 | 723 | 745 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 |
| Net Fixed Assets | 725 | 681 | 702 | 723 | 745 |
| Intangible Assets | 0 | 0 | 163,717 | 160,443 | 155,630 |
| Additional Assets | 955 | 1,140 | 0 | 0 | 0 |
| Total Assets | 7,468 | 7,396 | 170,307 | 174,859 | 179,765 |

| LIABILITIES | | | | | |
|---|---|---|---|---|---|
| Accounts Payable | 472 | 475 | 513 | 554 | 599 |
| Short-Term Borrowings | 0 | 0 | 0 | 0 | 0 |
| Other Short-Term Liabilities | 438 | 476 | 514 | 555 | 599 |
| Total Current Liabilities | 910 | 951 | 1,027 | 1,109 | 1,198 |
| Long-Term Borrowings | 0 | 0 | 132,879 | 132,879 | 132,879 |
| Deferred Tax Liability | 0 | 0 | 0 | 0 | 0 |
| Other Long-Term Liabilities | 21 | 29 | 32 | 35 | 39 |
| Other Liabilities | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | 931 | 980 | 133,938 | 134,023 | 134,116 |
| Total Preferred Equity | 0 | 0 | 15,530 | 15,530 | 15,530 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 |
| Share Capital & APIC | 6,536 | 6,415 | 15,000 | 15,000 | 15,000 |
| Retained Earnings & Other Equity | 0 | 0 | 5,839 | 10,305 | 15,119 |
| Total Shareholders & Equity | 6,536 | 6,415 | 36,369 | 40,835 | 45,649 |
| Total Liabilities & Equity | 7,468 | 7,396 | 170,307 | 174,859 | 179,765 |
| Shares Outstanding | 0 | 1 | 1 | 1 | 1 |



Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

**PRACTICE INSIGHT, LLC**
Rating Analysis - 08/17/17

Page 6

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

Copyright © 2017 Egan-Jones Ratings Company, Inc. ("Egan-Jones"). All rights reserved.

The information upon which Egan-Jones ratings and reports are based is obtained by Egan-Jones from sources Egan-Jones believes to be accurate and reliable. Egan-Jones relies on third party reports and information and data provided and Egan-Jones has not, unless required by law or internal policies/procedures, independently verified or performed due diligence related to the accuracy of information, data or reports. Egan-Jones has not consented to, nor will consent to, being named an "expert" under federal securities laws, including without limitation, Section 7 of the Securities Act of 1933. Please note that expected or final ratings are not recommendations to buy, hold or sell the securities. Egan-Jones is not an advisor and is not providing investment advice, strategy or related services. Egan-Jones and its third-party suppliers ("Suppliers") hereby disclaim any representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability, and fitness for any particular purpose or non-infringement of any of such information. In no event shall Egan-Jones or its directors, officers, employees, independent contractors, agents, representatives, or Suppliers (collectively, Egan-Jones Representatives) be liable (1) for any inaccuracy, delay, loss of data, interruption in service, error. (negligent or otherwise) or other circumstance or contingency within or outside the control of Egan-Jones or any Egan-Jones Representative, in connection with or related to obtaining, collecting, compiling, analyzing, interpreting, communicating, publishing or delivering any such information. Ratings and other opinions issued by Egan-Jones are, and must be construed solely as, statements of opinion and not statements of fact as to credit worthiness or recommendations to purchase, sell or hold any securities. A report providing an Egan-Jones rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Egan-Jones is not responsible for the content or operation of third party websites accessed through hypertext or other computer links and Egan-Jones shall have no liability to any person or entity for the use of such third party websites. This publication may not be reproduced, retransmitted or distributed in any form without the prior written consent of Egan-Jones. Egan-Jones ratings are subject to disclaimers. **Egan-Jones is not an NRSRO (as defined by the SEC) for sovereign/municipal issuers and structured finance/ABS issuers.**

### Comments on the Difference between the Model and Assigned Rating

In this case, there has been little change in the recent results and therefore we have used our best judgement in making adjustments which are reflected in the results for the projected ratings. We have assigned a rating of B whereas the ratio-implied rating for the most recent period is AAA; the implied rating for the second projected year is B+; the median rating for the peers is lower than the Company's implied rating. Credit quality will decline after the acquisition due to the addition of debt.

### Changes in Industry Ratios

There were no prior Industry Ratios.



**PRACTICE INSIGHT, LLC**

Rating Analysis - 08/17/17

Page 7

EJR Sen Rating(Curr/Prj) B/ B

EJR CP Rating: B

EJR's 3 yr. Default Probability: 5.0%

EJR 3 yr. Recov. Rate: 95.0%

## SEC Rule 17g-7(a) Disclosure

Below are the disclosures as required by Paragraph (a) of Rule 17g-7.

### 1. The symbol in the rating scale used to denote the credit rating categories and notches within categories and the identity of the obligor, security, or money market instrument as required by Paragraph (a)(1)(ii)(A) of Rule 17g-7:

For the issue Practice Insight, LLC with the ticker of EL_149 we have assigned the senior unsecured rating of B. There are three notches in our rating categories (e.g., A- A, and A+) other than those deep into speculative grade; for CC, C, and D there are no notches

### 2. The version of the procedure or methodology used to determine the credit rating as required by Paragraph (a)(1)(ii)(B) of Rule 17g-7:

We are using the methodology available in our Form NRSRO Exhibit #2 dated Feb. 24, 2017 available via egan-jones.com under the tab at the bottom of the page "Methodologies"

### 3. The main assumptions and principles used in constructing the procedures and methodologies used to determine the credit rating as required by Paragraph (a)(1)(ii)(C) of Rule 17g-7:

The credit rating assigned reflects our judgement regarding the future credit quality of the issuer. Regarding the specific assumptions used, please refer to page 3 of this Rating Analysis Report

### 4. The potential limitations of the credit rating as required by Paragraph (a)(1)(ii)(D) of Rule 17g-7:

Our rating pertains solely to our view of current and prospective credit quality. Our rating does not address pricing, liquidity, or other risks associated with holding investments in the issuer

### 5. Information on the uncertainty of the credit rating as required by Paragraph (a)(1)(ii)(E) of Rule 17g-7:

Our rating is dependent on numerous factors including the reliability, accuracy, and quality of the data relied used in determining the credit rating. The data is sourced from publicly-available 10Q and 10K statements, quarterly reports, 8K filings, earnings reports, and other similar sources. In some cases, the information is limited because of issues such as short operating histories, the lack of reported data, a delay in reporting data, restatements, inaccurate accounting, and other issues. Such shortcomings are not always readily apparant. EJR aims to identify such shortcomings and make adjustments using its best judgement.

### 6. Whether and to what extent third-party due diligence services have been used in taking the rating action as required by Paragraph (a)(1)(ii)(F) of Rule 17g-7:

EJR does not utilize third-party due diligence.

### 7. How servicer or remittance reports were used, and with what frequency, to conduct surveillance of the credit rating as required by Paragraph (a)(1)(ii)(G) of Rule 17g-7:

Servicer or remittance reports normally pertain to structured finance issuers; this report does not pertain to a structured finance issuer (EJR is not an NRSRO for structured finance or sovereigns/municipal issuers). Regarding surveillance, the minimum time period for coporation issuers is normally one year.

### 8. A description of the data that were relied upon for the purpose of determining the credit rating as required by Paragraph (a)(1)(ii)(H) of Rule 17g-7:

EJR uses 10Q and 10K statments, quarterly reports, 8K filings, earnings reports, and other similar sources for ratings on publicly-traded issuers. In the case of private issuers, EJR relies on information provided mainly by issuers.

### 9. A statement containing an overall assessment of the quality of information available and considered in the credit rating as required by Paragraph (a)(1)(ii)(I) of Rule 17g-7:

The information is generally considered high quality and readily available

### 10. Information relating to conflicts of interested as required by Paragraph (a)(1)(ii)(J) of Rule 17g-7:

EJR is paid by a person other than the obligor, issuer, underwriter, depositor or sponsor to determine this credit rating.


Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.

# PRACTICE INSIGHT, LLC
Rating Analysis - 08/17/17

Page 8

EJR Sen Rating(Curr/Prj) B/ B
EJR CP Rating: B
EJR's 3 yr. Default Probability: 5.0%
EJR 3 yr. Recov. Rate: 95.0%

**11. An explanation or measure of the potential volatility of the credit rating as required by Paragraph (a)(1)(ii)(K) of Rule 17g-g:**

Our rating aims to assess the probability of the payment of obligations in full and on-time. Factors which affect such probability, and in turn our rating, include changes in the operating performance of the issuer, changes in capital structure, and merger and acquisition events.

**12. Information on the content of the credit rating as required by Paragraph (a)(1)(ii)(L) of Rule 17g-7:**

Regarding the historical performance of the credit rating, our rating transition matrix is available in our Form NRSRO, exhibit 1. The expected probability of default and the expected loss in te event of default is listed on the first page of this report.

**13. Information on the sensitivity of the credit rating to assumptions as required by Paragraph (a)(1)(ii)(M) of Rule 17g-7:**

Below is a summary of the import of the 5 assumptions which independently would have the greatest impact on our "ratio-implied rating":

|  | Assumptions | | | Resulting Ratio-Implied Rating | | |
|---|---|---|---|---|---|---|
|  | Base | Optimistic | Pessimistic | Base | Optimistic | Pessimistic |
| Revenue Growth% | 8.0 | 12.0 | 4.0 | BB | BB | BB |
| Cost of Revenue (% of Revs.) | 24.0 | 21.0 | 27.0 | BB | BB | BB |
| Selling, General & Admin Expense (% of Revs.) | 25.0 | 22.0 | 28.0 | BB | BB | BB |
| Interest Expense (Rate %) | 4.3 | 2.3 | 6.3 | BB | BB | BB |
| Gross Fixed Assets Growth % | 3.0 | 1.0 | 5.0 | BB | BB | BB |

**14. If the credit rating is assigned to an asset-backed security, a description of: (i) the representations, warranties, and enforcement mechanisms available to investors; and (ii) how they differ from the representations, warranties, and enforcement mechanisms in issuances of similar securities, as required by Paragraph (a)(1)(ii)(N) of Rule 17g-7:**

This credit rating is not assigned to an asset-backed security.

## Attestation Form

In compliance with the US Securities and Exchange Commission (SEC) Rule 17g-7(a), the Egan-Jones analyst who published the report is responsible for the rating action and to the best knowledge of the person:

1. No Part of the credit rating was influenced by any other business activities,
2. The credit rating was based solely upon the merits of the obligor, security, or money market instrument being rated, and
3. The credit rating was an independent evaluation of the credit risk of the obligor, security, or money market instrument

**Analyst Signature:**

*Lily Chen*

...................................................

Lily Chen
Rating Analyst

**Today's Date**

Aug. 17, 2017

...................................................

**Reviewer Signature:**

*Caroline Ding*

...................................................

Caroline Ding
Rating Analyst

**Today's Date**

Aug. 17, 2017

...................................................



Copyright© 2017 Egan-Jones Ratings Co. No secondary distribution.