# EXHIBIT

# 6


# Standard Financial Limited   HR BBB/BBB+ (G)

US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three LLC. US$18.0m Senior Secured

**Private**

November 16, 2018

## Ratings

| | |
|---|---|
| Standard Financial | HR BBB (G) |
| Senior Secured TL | HR BBB+ (G) |
| Senior Secured Rev. | HR BBB+ (G) |
| Carnation Three, LLC. | HR BBB+ (G) |

| | |
|---|---|
| Outlook | Stable |

## Contacts

**Oscar Herrera**
Analyst
oscar.herrera@hrratings.com

**Heinz Cederborg**
Senior Analyst
heinz.cederborg@hrratings.com

**Pedro Latapí**
Deputy Chief Credit Officer
pedro.latapi@hrratings.com

## Definition

The rating assigned to Standard Financial of HR BBB (G) indicates that the issue or issuer provides moderate safety for timely payment of debt obligations. Maintains moderate credit risk on a global scale, with weakness in the ability to pay in adverse economic scenarios.

The rating assigned to the Secured Term Loan, the Revolving Line and to Carnation Three, LLC. of HR BBB+ (G) indicates that the issue or issuer provides moderate safety for timely payment of debt obligations. Maintains moderate credit risk on a global scale, with weakness in the ability to pay in adverse economic scenarios.

It is important to mention that the rating contained in this document is of private nature by application right of the entity and will be valid for one year as of the date indicated in this document; after that period the rating will lose its validity. However, this rating is subject that the entity presents to HR Ratings, during the valid period, the periodic information necessary for its follow-up, in relation to the contract for the rendering of services. If this information is not available, HR Ratings will immediately withdraw the rating. Likewise, HR Ratings may modify this rating, prior to the expiration period, as a result of the review, to the periodic information presented or because of the existence of a relevant event.

**HR Ratings assigned the rating of HR BBB (G) to Standard Financial Limited and HR BBB+ (G) to the US$9.25m Senior Secured Term Loan and the US$60.75m Senior Secured Revolving Line of the Company and to the Senior Secured Term Loan held by Carnation Three, LLC.**

The ratings assigned to Standard Financial Limited and the related credit lines are based upon the forecast continued revenue growth, supported by a committed customer base, and the resulting free cash flow generation. Moreover, Standard Financial's strong free cash flow is supported by a historical low CAPEX maintenance, which gives flexibility to make the corresponding interest payments and debt amortizations. Also, the rating is supported by the fact that Standard Financial has the support of the parent company in case of any eventuality that could affect the operations of the Company or compromise the payments or amortizations of the debt obligations. Furthermore, in the case of the senior debt of SFL and Carnation Three, HR Ratings assigns a higher rating considering that the debt is senior secured and has preference over other debt held by Standard Financial and represents an estimate of 36.2% of total debt.

| Assumptions and Results[1] | 3Q17 | 3Q18 | 2014 | 2015 | 2016 | 2017 | Base Scenario 2018P** | 2019P | 2020P | 2021P | Stress Scenario 2018P** | 2019P | 2020P | 2021P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 70.0 | 70.0 | 37.9 | 57.8 | 77.3 | 68.2 | 87.4 | 100.8 | 116.0 | 135.7 | 79.7 | 77.1 | 86.7 | 99.7 |
| EBITDA | 36.9 | 37.4 | 22.5 | 29.4 | 31.6 | 35.6 | 37.9 | 40.3 | 40.6 | 47.5 | 34.3 | 27.0 | 28.2 | 32.4 |
| Gross Margin | 54.3% | 54.8% | 59.3% | 53.8% | 59.9% | 53.2% | 57.1% | 57.6% | 57.6% | 57.6% | 53.5% | 57.6% | 57.6% | 57.6% |
| EBITDA Margin | 52.7% | 53.5% | 59.2% | 50.9% | 40.9% | 52.1% | 43.4% | 40.0% | 35.0% | 35.0% | 43.1% | 35.0% | 32.5% | 32.5% |
| Free Cash Flow* | -1.3 | 15.3 | 2.7 | -2.9 | 2.6 | 56.0 | 15.7 | 25.7 | 35.5 | 39.9 | 5.6 | 34.3 | 53.8 | 17.7 |
| Total Debt | 77.1 | 186.3 | 0.0 | 7.8 | 25.0 | 68.4 | 186.8 | 189.0 | 184.6 | 182.3 | 195.8 | 199.0 | 187.1 | 185.6 |
| Net Debt | 65.2 | 182.3 | -2.0 | 0.8 | -13.7 | 59.8 | 184.2 | 167.9 | 145.5 | 119.1 | 183.4 | 177.7 | 167.4 | 180.4 |
| Years of payment to EBITDA | 0.0 | 0.0 | -0.1 | 0.0 | -0.4 | 1.7 | 4.9 | 4.2 | 3.6 | 2.5 | 5.3 | 6.6 | 5.9 | 5.6 |
| Years of payment to FCF | 0.0 | 0.0 | -0.7 | -0.3 | -5.4 | 1.1 | 11.8 | 6.5 | 4.1 | 3.0 | 33.0 | 5.2 | 3.1 | 10.2 |
| DSCR** | -0.7x | 2.0x | 0.0x | -11.7x | 2.2x | 19.3x | 1.5x | 1.5x | 1.6x | 2.0x | 0.5x | 1.3x | 1.8x | 1.1x |
| DSCR with initial cash | 60.6x | 5.2x | 0.0x | -3.3x | 8.3x | 32.6x | 2.3x | 1.7x | 2.6x | 4.1x | 1.3x | 1.9x | 2.5x | 2.4x |

Source: HR Ratings based on Company information under a base and stress scenario. Projections mande from 3Q18.
** Debt Service Coverage Ratio = FCF / Debt Service (Interest paid + Principal Amortization).
[1] Figures in thousands of dollars.

The factors that justify the assigned rating are:

- **Committed customer base since all the clients of SFL are subsidiaries of the parent company.** Academy Association, Inc. (AAI) is the parent company and the party that has the agreement with SFL for the subsidiaries to receive the services. SFL charges a Full Time Equivalent basis, which increases in a determined percentage every year. However, this represents a concentration risk for the Company since all the customers are related party and are exposed to any negative event that could affect SFL´s operations.
- **Stable revenue growth, showing a CAGR of 15.8% from 2014 to 2017 (growing from US$37.9m in 2014 to US$68.2m in 2017).** The growth is due to an increase in the number of subsidiaries to which the Company provides the services and to a continuous increase in the FTE.
- **Constant generation of net profits since 2014, maintaining an average net profit margin of 32.2% from 2014 to 2017.** The Company shows low administrative expenses which translate into a strong EBITDA margin. Besides, the Company has interest income that helps its profitability. SFL generated US$14.9m of net profit in 2014, US$18.6m in 2015, US$19.6m in 2016, and US$22.2m in 2017.
- **Persistent equity growth due to a strategy implemented by SFL, which consists in reinvesting the net profits into the Company´s equity.** The equity has shown a significant growth since 2015, growing from US$17.0m in December 2014 to US$71.9m in 2017. SFL declares a dividend payment that is then reinvested into the Company´s equity but does not represent any cash outflow.
- **Adequate Debt Service Coverage Ratios (DSCR) in the last two years, closing at 2.2x in 2016 and 19.3x in 2017.** The Company closed with a DSCR of 2.0x for the third quarter of 2018. This ratio implies that SFL can pay the debt service with the FCF generated. Moreover, we expect a DSCR of 1.5x at the end of 2018 and 2019 and 1.6x and 2.0x for 2020 and 2021.
- **Ample experience from the management team, with an above average level of education and plenty of professional experience.** The management team has plenty of professional experience, having held leadership positions in different financial and service companies.
- **In the case of Carnation Three, LLC, the loan agreement to borrow US$18.0m has the same interest payments and debt amortizations as the loans borrowed by SFL.** Carnation Three borrowed the US$18.0m loan to become a lender in the loan agreement of SFL. The interest payments received by SFL will be used to cover the interest payments owed to Private Bankers Insurance and Annuity.
- **Higher than usual coverage ratios due to the Term Loan structure.** The structure of the Term Loan benefits the Company in the short and medium term since the interest and amortization payments are small and do not generate any pressure in the coverage ratios.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the U.S. Securities Exchange Act of 1934.*

*"A new way of facing risk"*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 2 of 18



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

**November 16, 2018**

## Company Overview

### History and Business Model

Standard Financial Limited ("SFL" or "the Company") is a limited liability company incorporated in Malta, that provides services to companies related. The services provided include general services as: asset management, human resources, accounting, software support, help desk, infrastructure and website support. The company subcontracts most of the services they provide to offshore locations in India and Philippines due to the lower cost base in these countries.

Standard Financial entered into a series of intercompany services contracts with subsidiaries of Academy Association, Inc. (AAI). The fee that SFL charges to AAI for the services provided is on a Full Time Equivalent (FTE) basis, which started at US$35,000 per annum in 2015. This fee is adjusted periodically to reflect changes in compensation and benefit costs, and to reflect the arm's-length pricing for the services provided. It is important to mention that all service fees are paid monthly and charged to AAI based on the allocation of human resources (subcontracted) for such services in that month.



**Diagram 1. Business Model**

1. Standard Financial signs a service provider agreement with AAI and charge an FTE fee.
2. AAI serves as the parent company and receivables manager.
3. Standard Financial subcontracts the services to offshore locations.
4. SFL provides the services to the subsidiaries of AAI.

Source: HR Ratings based on Company information.

Changes in FTE per year are as follow:

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of 23 U.S.C. section 78c. MADE IN THE U.S.A.*

Case 3:23-cr-00048-MOC-DCK    Document 113-6    Filed 05/03/26    Page 3 of 18

"A new way of facing risk"



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

| Table 1. FTE Changes | |
|---|---|
| Year | FTE |
| 2015 | $35,000.00 |
| 2016 | $37,100.00 |
| 2017 | $39,326.00 |
| 2018 | $40,068.00 |

Source: HR Ratings based on Company information.

In the other hand, SFL is charged based on a cost plus a markup basis for the services subcontracted.

## Legal Structure

The owner of the company is Academy Association Inc. which is owned by Mr. Greg Lindberg. The legal structure of the company is composed as follows:



Source: HR Ratings based on Company information.

## Management Team

SFL management team is composed of three key people. Christa Miller, the Company´s director, has the responsibility for global financial reporting, treasury management and tax compliance. Mrs. Miller has extensive experience in the financial industry and has held different leadership positions in private companies. Regarding the education level, Christa is a CPA and holds a bachelor's degree in Accounting from Wake Forest University.

Mr. Grioli, Company´s director as well, has also an extensive professional experience and spent almost 20 years as the Financial Controller of a communications company, and as CEO of a subsidiary of a finance bank. After that, he was appointed as Managing Director of Vodafone Malta Limited, position that he held for 17 years.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the U.S. Securities Exchange Act of 1934.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 4 of 18



**HR Ratings®**

A NRSRO Rating*

**Standard Financial Limited**

US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

Jean Claude Uhlenhaut holds the position of General Manager. He holds also a Bachelor degree of Commerce in Banking, Finance and Economics from the University of Malta. He is responsible for the overall operations in Standard Financial, and for the identification and generation of viable targets for acquisition, and he also performs financial accounting.

## Description of the Transaction

On January 28, 2016 Standard Financial Limited entered into a loan agreement with the following characteristics:

| Table 2. Term Loan Agreement | |
|---|---|
| Borrower | Standard Financial Limited |
| Agent | Southland National Insurance Corp. |
| Lenders | Various |
| Senior Secure TL | US$9.25m |
| Revolving Line | US$60.75m |
| Interest Rate | Libor + 5.0% |
| Amortization | 1% annual |
| Effective Date | January 28 |
| Maturity Date | 31 December 2026 |

Source: HR Ratings based on Company information.

On July 7, 2017, SFL submitted a request for a loan advance to the Agent (SNIC) in the amount of US$18.0m. The Agent communicated with the lenders regarding the advance request and it was agreed that Carnation Three, LLC would become a party to the Loan Agreement and would be the unique lender to the advance request. To do this, Carnation Three requested a US$18.0m loan with Private Bankers Life and Annuity Co., Ltd. as the Agent, and other entities as the lenders. The terms agreed on this loan were the same as those established in the Loan Agreement with SFL.

Carnation Three will use the interest received from SFL to make the interest payments of the US$18.0m loan to PBLA. A diagram of the transaction is shown below:

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of 23 USC Section 8482, Rule 17g-5.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 5 of 18

![HR Ratings logo](A NRSRO Rating*)

**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018





**Diagram 3. Description of the Transaction**

1. Carnation Three borrowed $18.00 million dollars to become a party to the Loan Agreement as a Lender.
2. Southland National Insurance Corporation serves as the Agent between lenders and SFL (borrower).
3. SNIC gives the amount of $9.25m senior secured term loan and $60.75 revolving credit to SFL.
4. SFL makes interest and amortization payments as established in the Loan Agreement Contract to SNIC.
5. SNIC is in charge to repay the loan to the lenders according to their participation percentage.
6. Carnation Three uses the interest payments received by SFL to pay the interests due to PVLA.

Source: HR Ratings based on Company information.

## Financial Analysis

Standard Financial Limited shows a strong revenue growth in the last years, growing in an average rate of 15.8% annually since 2014 to 2017. It is important to mention that SFL has a stable customer base since the Company provides services to related parties. This is how in 2014, SFL presented a revenue of US$37.9m, in 2015 of US$57.8m, in 2016 of US$77.3m, and in 2017 of US$68.2m. As for the third quarter of 2017 (3Q17) and the third quarter of 2018 (3Q18), we can observe revenues of US$69.9m and US$70.0m, respectively.

In relation to the cost of revenue, we can observe a stable margin cost from 2014 to 2017, of an average of 43.5%.The main costs of SFL are salaries and wages, as well as costs related to back office work; in 2016 the Company registered US$31.0m of costs related to back office work and in 2017 costs of US$31.9m, an increase of 2.9%. Moreover, the internal financial statements disclose foreign exchange transaction gains or losses, closing with a loss of US$1.0m in 3Q18. Historically, this gains and losses have not harmed or benefited the profitability of the Company.

In respect of EBITDA, the Company has shown a stable EBITDA margin of 50.6% in average from 2014 to 2017, growing from US$22.5m in 2014 to US$29.4 in 2015, and from US$31.6m in 2016 to US$35.6m in 2017. This growth is caused by the continuing growth in revenue and a growth in cost of sale in line with revenue.

In relation to the working capital, SFL has shown a negative change from 2014 to 2016 due to constant increases in accounts receivable. This account is divided into three

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the U.S. Securities Exchange Act of 1934.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK    Document 113-6    Filed 05/03/26    Page 6 of 18



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

categories: amounts owed by parent company, amounts owed by related parties, and other receivables, being the related parties the principal debtor. In accordance to this and the audited financial reports, the accounts receivable changed from US$0.1 in 2014 to US$42.7m in 2015, and from US$80.0m in 2016 to US$82.0m in 2017. It is important to mention that the amounts owed by the parent and related parties are unsecured and interest free and are expected to be received in SFL's normal operating cycle.

In the other hand, the trade and other payables account is composed of three main accounts: amounts owed to parent, amount owed to related parties, and accruals and other payables. This account changed from US$4.9m in 2014 to US$8.1m in 2015, and from US$31.7m in 2016 to US$53.2m in 2017. The terms and conditions of the amounts owed to related parties are unsecured, interest free and payable on demand.

With respect to the equity, the Company started a dividend distribution of 100% of the profits generated in the period and then reinvested them in SFL as contributed capital. This is how the account in contributed capital grew from US$17.0m in 2016 to US$52.4m in 2017. This strategy is expected to continue in the following years.

## Debt Structure Analysis

Standard Financial Limited has different outstanding loans, with and outstanding balance of US$186.3m as of the 3Q18. As for December 2017, the loans payable had an outstanding balance of US$ was the following:

| Table 3. Outstanding Debt | | | |
|---|---|---|---|
| Lender | Maturity | Interest Rate | Total |
| Standard Malta Holdings | 2037 | 8% | US$13.3 |
| Standard Holdings Ltd. | 2037 | 8% | US$3.9m |
| Various* | 2026 | Libor + 5% | US$51.2 |

Source: HR Ratings based on Company information.

*Loan Agreement of US$70.0m

For this rating, HR Ratings is evaluating the outstanding debt of US$70.0m, where US$9.25m is from a senior secured term loan and the remaining US$60.75 is from a revolving credit facility. The proceeds of the credit extensions were used for debt investments, the payment of closing costs in connection with the transactions contemplated in the Loan Agreement and other loan documents, the payment of a distribution to SFL's parent entity, as well as working capital and general corporate purposes.

The general characteristics of the US$70.0m loan and the amortization table for the following years are shown below:

| Table 4. Terms and Conditions of the loans | |
|---|---|
| Characteristics | Standard Financial Limited |
| Interest Rate | LIBOR + 500bps |
| Maturity | 12/31/2026 |
| Amortization | 0.25% each quarter until maturity + bullet at maturity |

Source: HR Ratings based on Company information.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) 15 U.S. Code Section 78c Amend Article 434.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 7 of 18

"A new way of facing risk"



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

**November 16, 2018**

A NRSRO Rating*

Based on the characteristics of the loan, the amortization for the following years are as follow:

| Table 5. Amortization Table | | | |
|---|---|---|---|
| Period | Beginning Balance | Total Payment | Final Balance |
| 2016 | 70,000,000 | 4,558,950 | 69,300,000 |
| 2017 | 69,300,000 | 4,949,484 | 68,607,000 |
| 2018 | 68,607,000 | 5,563,716 | 67,920,930 |
| 2019 | 67,920,930 | 6,210,803 | 67,241,721 |
| 2020 | 67,241,721 | 6,502,835 | 66,569,303 |
| 2021 | 66,569,303 | 6,534,860 | 65,903,610 |
| 2022 | 65,903,610 | 6,304,615 | 65,244,574 |
| 2023 | 65,244,574 | 6,241,234 | 64,592,129 |
| 2024 | 64,592,129 | 6,178,207 | 63,946,207 |
| 2025 | 63,946,207 | 6,115,448 | 63,306,745 |
| 2026 | 63,306,745 | 68,726,555 | - |

Source: HR Ratings based on Company information.

In the case of Carnation Three, LLC., the US$18.0m loan borrowed from Private Bankers Life and Annuity has the same characteristics and is secured by the loan to SFL. As mentioned before, Carnation Three became a lender in the Loan Agreement and lent US$18.0m to SFL. It is important to mention that this loan has been amended to mature on December 31, 2027 and that the cashflows from the underlying loan will match those of the payments owed by the Company. The Loan Agreement is used as collateral in this loan. Due to this, Carnation Three faces the same risks as the underlying loan of SFL.

In relation to this, the rating assigned to Carnation Three will be identical to the one assigned to the Senior Secured Debt of SFL because Carnation Three will use the interests received from SFL to match the interest payments owed to Private Bankers.

## Scenarios Analysis

The risk analysis made by HR Ratings was based on several financial and available cash metrics of Standard Financial Limited. The main objective of our analysis is to determine the Company's payment capacity in relation to SFL debt obligations under a base scenario and a stress scenario. The following table shows the assumptions and results of our projections, using annual financial statements from 2014 to 2017 and internal financial statements from 1Q17 to 3Q18.

| Assumptions and Results[1] | | | | | | | Base Scenario | | | | Stress Scenario | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3Q17 | 3Q18 | 2014 | 2015 | 2016 | 2017 | 2018P* | 2019P | 2020P | 2021P | 2018P* | 2019P | 2020P | 2021P |
| Revenue | 70.0 | 70.0 | 37.9 | 57.8 | 77.3 | 68.2 | 87.4 | 100.8 | 116.0 | 135.7 | 79.7 | 77.1 | 86.7 | 99.7 |
| EBITDA | 36.9 | 37.4 | 22.5 | 29.4 | 31.6 | 35.6 | 37.9 | 40.3 | 40.6 | 47.5 | 34.3 | 27.0 | 28.2 | 32.4 |
| Gross Margin | 54.3% | 54.8% | 59.3% | 53.8% | 59.9% | 53.2% | 57.1% | 57.6% | 57.6% | 57.6% | 53.5% | 57.6% | 57.6% | 57.6% |
| EBITDA Margin | 52.7% | 53.5% | 59.2% | 50.9% | 40.9% | 52.1% | 43.4% | 40.0% | 35.0% | 35.0% | 43.1% | 35.0% | 32.5% | 32.5% |
| Free Cash Flow* | -1.3 | 15.3 | 2.7 | -2.9 | 2.6 | 56.0 | 15.7 | 25.7 | 35.5 | 39.9 | 5.6 | 34.3 | 53.8 | 17.7 |
| Total Debt | 77.1 | 186.3 | 0.0 | 7.8 | 25.0 | 68.4 | 186.8 | 189.0 | 184.6 | 182.3 | 195.8 | 199.0 | 187.1 | 185.6 |
| Net Debt | 65.2 | 182.3 | -2.0 | 0.8 | -13.7 | 59.8 | 184.2 | 167.9 | 145.5 | 119.1 | 183.4 | 177.7 | 167.4 | 180.4 |
| Years of payment to EBITDA | 0.0 | 0.0 | -0.1 | 0.0 | -0.4 | 1.7 | 4.9 | 4.2 | 3.6 | 2.5 | 5.3 | 6.6 | 5.9 | 5.6 |
| Years of payment to FCF | 0.0 | 0.0 | -0.7 | -0.3 | -5.4 | 1.1 | 11.8 | 6.5 | 4.1 | 3.0 | 33.0 | 5.2 | 3.1 | 10.2 |
| DSCR** | -0.7x | 2.0x | 0.0x | -11.7x | 2.2x | 19.3x | 1.5x | 1.5x | 1.6x | 2.0x | 0.5x | 1.3x | 1.8x | 1.1x |
| DSCR with initial cash | 60.6x | 5.2x | 0.0x | -3.3x | 8.3x | 32.6x | 2.3x | 1.7x | 2.6x | 4.1x | 1.3x | 1.9x | 2.5x | 2.4x |

Source: HR Ratings based on Company information under a base and stress scenario. Projections mande from 3Q18.
** Debt Service Coverage Ratio = FCF / Debt Service (Interest paid + Principal Amortization).
[1] Figures in thousands of dollars.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 8 of 18

"A new way of facing risk"



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

### Base Scenario

The baseline scenario proposed by HR Ratings assumes macroeconomic and market conditions that will allow the Company to efficiently develop its business plan. The main assumptions made were based on the fact that most of the customers of SFL are related parties, which can be translated into a strong revenue growth in the next years. Another assumption considered is that SFL has a low CAPEX, which means that the Company can use the CF to pay the outstanding debt.

Considering this, and a stable growth of revenue based on the Full Time Equivalent basis, HR Ratings projected a CAGR 15 – 21 of 15.3%. According to this, we expect a revenue growth of 28.2% from 2017 to 2018, then an increase of 15.4% from 2018 to 2019, an increase of 15.0% from 2019 to 2020, and finally, an increase of 17.0% from 2020 to 2021. In accordance to this, the EBITDA of SFL will grow in line with the revenue growth. For the last quarter of 2018, we expect an EBITDA of US$37.9m, then an average growth of 5.8% for the following years of 2019, 2020 and 2021, resulting in an annual EBITDA of US$47.9m in 2021.

In relation to the operating margins, we assumed similar behaviors than in previous years, with a steady revenue growth as mentioned before, a 57.6% gross margin and a 35.0% EBITDA margin.



Chart 1. Revenue vs. EBITDA Margin (Base, Stress and Historic)

Source: HR Ratings based on Company information.

In relation to the FCF, we can observe a change from 2017 to 2018, closing with an FCF of US$15.7m. During 2018, the intercompany payables account grew in a higher rate than other years. It is important to mention that the accounts payable between the parent company and the related parties are unsecured, interest free and payable on demand. For

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK    Document 113-6    Filed 05/03/26    Page 9 of 18



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

the following years, we calculated a FCF of US$25.7m in 2019, US$35.5m in 2020, and an FCF of US$39.7m for 2021.

Standard Financial has a strong Debt Service Coverage Ratio (DSCR), closing at a level of 19.3x in 2017 due to a strong generation of cashflow in that year. HR Ratings took previous years' ratios to identify any specific trends in the operating model of SFL. That is why in the projected years, the DSCR lowers to a more stable level, closing at a 1.5x in 2018, 1.5x in 2019, 1.6x in 2020, and 2.0x in 2021. Even though the DSCR is decreased in the projections, it shows an adequate capacity of making the correspondent interest payments and amortizations of the outstanding debt.

## Stress Scenario

In the case of the stress scenario, the main assumptions were based on the possibility that the days of accounts receivable between related parties increased since they are the main clients of SFL. Another assumption made was based on the uncertainty of the accounts payable since they are payable on demand, and they showed a significant increase in the third quarter of 2018. The other assumptions were made under hypothetical macroeconomic pressure and other factors.

The revenue growth for the stress scenario was based on the Full Time Equivalent basis. HR Ratings projected a CAGR of 15 – 21 of 9.5%. According to this, we are expecting a revenue of US$79.7m in 2018, which represents a 16.9% growth; a decrease to US$77.1m in 2019, representing a -3.3% change; then an increase to US$86.7m in 2020 for a 12.5% growth; and then a revenue growth of 15% to US$99.7m in 2021.

In relation to the EBITDA, there is pressure on the operating margins for the first two projected years because of the decrease in revenue; while the operating expenses did not decrease at the same rate. For 2018, according to our stress scenario, the EBITDA is of US$34.3m, which represents a decline of 3.4% in comparison to 2017; for the years after, the EBITDA is of US$26.9m, US$28.2m and US$32.4m in 2019, 2020 and 2021, respectively.

The FCF for 2018 presented a strong decline in the projections due to a decrease in the intercompany payables, which had an unusual growth in the third quarter of 2018. Because they are payable on demand, there is no guarantee that this trend will continue in future years. This is how we expect an FCF of US$10.8m at the end of 2018, of US$20.2m for 2019, of US$35.0m for 2020, and of US$15.8m for 2021.

Standard Financial' free cashflows show pressure under the stress scenarios, nevertheless we can observe a DSCR in lower, but still adequate, levels. This is how the DSCR is of 0.8x for 2018, of 1.2x for 2019, of 1.8x for 2020, and of 1.1x for 2021. The other metric used for the analysis is the DSCR with initial cash, which considers any cash and equivalents that can be used to cover the interest payment and debt amortizations. According to this, the DSCR with initial cash is of 1.6x for 2018, of 1.9x for 2019, of 2.5x for 2020, and of 2.4x for 2021. Even though the DSCR of Standard Financial showed pressure under possible operating changes, the Company still shows an adequate capacity for making the corresponding interest payments and debt amortization of the outstanding debt.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) (v) of the U.S. Securities Exchange Act of 1934.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 10 of 18

*"A new way of facing risk"*


**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

## Appendix – Base Scenario

### SFL (Base): Balance Sheet

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL ASSETS** | 30.0 | 77.0 | 145.2 | 215.4 | 440.1 | 445.4 | 451.5 | 459.5 | 251.9 | 467.9 |
| **Current Assets** | 27.1 | 68.6 | 144.7 | 104.4 | 167.3 | 177.6 | 186.1 | 196.2 | 166.2 | 194.1 |
| Cash and Equivalents | 2.0 | 7.0 | 38.8 | 8.6 | 2.6 | 21.0 | 39.1 | 63.2 | 11.9 | 4.0 |
| Accounts Receivable | 0.2 | 42.7 | 80.0 | 82.1 | 149.7 | 140.0 | 128.8 | 113.1 | 129.2 | 168.6 |
| Prepaid Expenses | 24.9 | 18.9 | 25.9 | 13.7 | 15.0 | 16.5 | 18.2 | 20.0 | 25.1 | 21.5 |
| **Non Current Assets** | 2.9 | 8.4 | 0.5 | 111.0 | 272.8 | 267.8 | 265.3 | 263.3 | 85.7 | 273.8 |
| Investments in Non-Consol. Subs. | 0.0 | 0.0 | 0.0 | 26.2 | 47.4 | 47.4 | 47.4 | 47.4 | 28.5 | 47.4 |
| Other Assets | 2.9 | 8.4 | 0.5 | 84.8 | 225.4 | 220.4 | 217.8 | 215.9 | 57.2 | 226.4 |
| Related parties | 2.9 | 8.4 | 0.0 | 84.8 | 225.3 | 220.3 | 217.8 | 215.8 | 57.2 | 226.3 |
| **TOTAL LIABILITIES** | 13.0 | 35.7 | 79.5 | 143.5 | 311.9 | 300.5 | 291.1 | 278.4 | 152.4 | 337.8 |
| **Current Liabilities** | 13.0 | 27.8 | 54.4 | 61.0 | 127.9 | 118.4 | 110.9 | 98.0 | 75.3 | 151.5 |
| Current portion of long term debt | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | 6.9 | 4.4 | 1.9 | 0.0 | 0.0 |
| Accounts payable | 0.1 | 0.4 | 12.6 | 2.0 | 19.7 | 19.0 | 16.4 | 13.6 | 0.5 | 19.3 |
| Taxes Payable | 8.0 | 19.8 | 22.8 | 21.6 | 44.0 | 44.3 | 44.7 | 45.0 | 25.9 | 43.9 |
| Other Short-Term Liabilities | 4.9 | 7.7 | 19.1 | 37.3 | 61.5 | 48.2 | 45.5 | 37.5 | 48.8 | 88.3 |
| Accrued liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 4.3 | 4.0 | 3.8 | 0.0 | 4.6 |
| Related parties | 4.9 | 7.7 | 19.1 | 37.3 | 57.0 | 43.9 | 41.4 | 33.8 | 48.8 | 83.8 |
| **Non Current Liabilities** | 0.0 | 7.8 | 25.0 | 82.5 | 184.0 | 182.1 | 180.3 | 180.4 | 77.1 | 186.3 |
| Long-Term Debt | 0.0 | 7.8 | 25.0 | 68.4 | 184.0 | 182.1 | 180.3 | 180.4 | 77.1 | 186.3 |
| **EQUITY** | 17.0 | 41.3 | 65.7 | 71.9 | 128.2 | 144.9 | 160.3 | 181.1 | 99.6 | 130.0 |
| **Majority Equity** | 17.0 | 41.3 | 65.7 | 71.9 | 128.2 | 144.9 | 160.3 | 181.1 | 99.6 | 130.0 |
| Contributed Capital | 0.0 | 0.0 | 17.0 | 52.4 | 83.6 | 104.9 | 130.1 | 163.9 | 45.8 | 69.8 |
| Revaluation Reserve | 2.2 | 6.2 | 10.0 | -2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cumulative Earnings | 0.0 | 16.6 | 36.2 | 21.3 | 34.9 | 44.6 | 40.0 | 30.3 | 51.1 | 76.2 |
| Current Earnings | 14.9 | 18.6 | 19.6 | 22.2 | 23.5 | 16.7 | 15.4 | 20.8 | 24.0 | 25.4 |
| Distributions | 0.0 | 0.0 | -17.0 | -21.3 | -13.8 | -21.3 | -25.2 | -33.8 | -21.3 | -41.3 |
| **Total Debt** | 0.0 | 7.8 | 25.0 | 68.4 | 186.8 | 189.0 | 184.6 | 182.3 | 77.1 | 186.3 |
| **Net Debt** | -2.0 | 0.8 | -13.7 | 59.8 | 184.2 | 167.9 | 145.5 | 119.1 | 65.2 | 182.3 |
| Days of accounts receivable | 0 | 67 | 93 | 603 | 474 | 392 | 362 | 342 | 278 | 518 |
| Days of accounts payable | 1 | 1 | 37 | 7 | 94 | 134 | 119 | 118 | 19 | 61 |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 11 of 18


**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)**
**Private**

November 16, 2018

## SFL (Base): Income Statement

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 37.9 | 57.8 | 77.3 | 68.2 | 87.4 | 100.8 | 116.0 | 135.7 | 70.0 | 70.0 |
| Cost of revenue | 15.4 | 26.7 | 31.0 | 31.9 | 37.5 | 42.8 | 49.2 | 57.5 | 32.0 | 31.6 |
| Gross Profit | 22.5 | 31.1 | 46.3 | 36.3 | 49.9 | 58.1 | 66.8 | 78.1 | 38.0 | 38.4 |
| Operating expenses | 0.0 | 1.7 | 14.7 | 0.7 | 12.0 | 17.7 | 26.2 | 30.6 | 1.1 | 1.0 |
| EBITDA | 22.5 | 29.4 | 31.6 | 35.6 | 37.9 | 40.3 | 40.6 | 47.5 | 36.9 | 37.4 |
| Operating income (loss) after other income | 22.9 | 29.7 | 31.9 | 37.1 | 47.0 | 40.3 | 40.6 | 47.5 | 40.0 | 46.5 |
| Income Before Taxes | 22.9 | 29.4 | 30.7 | 34.2 | 36.2 | 25.7 | 23.7 | 32.0 | 38.1 | 73.1 |
| Income Taxes | 8.0 | 10.8 | 11.2 | 12.0 | 12.6 | 9.0 | 8.3 | 11.2 | 14.2 | 13.6 |
| Net Profit | 14.9 | 18.6 | 19.6 | 22.2 | 23.5 | 16.7 | 15.4 | 20.8 | 24.0 | 25.4 |
| Change in Sales | 0.0% | 52.4% | 33.8% | -11.8% | 28.2% | 15.4% | 15.0% | 17.0% | 0.0% | 0.1% |
| Gross Margin | 59.3% | 53.8% | 59.9% | 53.2% | 57.1% | 57.6% | 57.6% | 57.6% | 54.3% | 54.8% |
| EBITDA Margin | 59.2% | 50.9% | 40.9% | 52.1% | 43.4% | 40.0% | 35.0% | 35.0% | 52.7% | 53.5% |
| Current Taxes to Pre-Tax Income | 35.0% | 36.9% | 36.3% | 35.2% | 34.9% | 35.0% | 35.0% | 35.0% | 37.1% | 18.6% |
| ROCE (%) | -1749.2% | 625.1% | 224.5% | 43.1% | 24.1% | 22.0% | 21.5% | 0.0% | 105.4% | 26.0% |
| Cost of Debt | 0.0% | 15.6% | 17.4% | 6.1% | 7.6% | 7.7% | 8.3% | 8.4% | 8.6% | 7.1% |
| Return on Financial Assets | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of SOX/48 and rule 4 of 1934.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 12 of 18

"A new way of facing risk"



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

*A NRSRO Rating\**

## SFL (Base): Cash Flow

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | |
| **Earnings (Loss) before Taxes** | 22.9 | 29.4 | 30.7 | 34.2 | 36.2 | 25.7 | 23.7 | 32.0 | 38.1 | 39.0 |
| Interest expense | 0.0 | 0.2 | 1.1 | 2.9 | 10.8 | 14.4 | 15.5 | 15.5 | 1.8 | 7.5 |
| **Total Charges related to Financial Activities** | 0.0 | 0.2 | 1.1 | 2.9 | 10.8 | 14.4 | 15.5 | 15.5 | 1.8 | 7.5 |
| **Cash Flow from P&L before Taxes** | 22.9 | 29.7 | 31.9 | 37.1 | 47.0 | 40.1 | 39.2 | 47.5 | 40.0 | 46.5 |
| Decrease (Increase) in Account Recievables | -0.2 | -42.6 | -37.3 | -2.1 | -67.6 | 9.7 | 11.2 | 15.8 | -49.2 | -86.5 |
| Decr. (Incr.) in Other Assets | -24.9 | 6.0 | -7.5 | 12.7 | -1.4 | -1.5 | -1.7 | -1.8 | 1.3 | -7.8 |
| Increase (Decrease) in Accounts Payable | 5.0 | 3.1 | 23.6 | 7.7 | 68.6 | -0.6 | -2.6 | -2.8 | 17.7 | 68.3 |
| Increase (Decrease) in Other Liabilities | 8.0 | 11.8 | 3.0 | 12.6 | -18.3 | -12.9 | -2.4 | -7.6 | 3.1 | 8.5 |
| Net total change in working capital | -12.1 | -21.7 | -18.2 | 31.0 | -18.7 | -5.4 | 4.5 | 3.6 | -27.1 | -17.5 |
| Taxes on earnings paid or returned | -8.0 | -10.8 | -11.2 | -12.0 | -12.6 | -9.0 | -8.3 | -11.2 | -14.2 | -13.6 |
| **Cash flow generated by operations** | -20.1 | -32.5 | -29.3 | 19.0 | -31.3 | -14.4 | -3.8 | -7.6 | -41.3 | -31.1 |
| **Net cash flow from operating activities** | 2.7 | -2.9 | 2.6 | 56.0 | 15.7 | 25.7 | 35.5 | 39.9 | -1.3 | 15.3 |
| **INVESTING ACTIVITIES** | | | | | | | | | | 0.0 |
| Net Investment in stock of a permanent nature | 0.0 | -0.0 | -0.0 | -26.2 | -21.2 | 0.0 | 0.0 | 0.0 | -28.5 | -21.2 |
| Loan to Related Parties | -2.9 | -5.5 | 8.4 | -84.8 | -140.6 | 5.0 | 2.5 | 2.0 | -57.2 | -141.6 |
| **Net cash flow from investing activities** | -2.9 | -5.5 | 8.4 | -111.0 | -161.8 | 5.0 | 2.5 | 2.0 | -85.7 | -162.8 |
| **Cash needs related to investing activities** | -0.1 | -8.4 | 10.9 | -55.0 | -146.1 | 30.7 | 38.0 | 41.9 | -87.0 | -147.5 |
| **FINANCING ACTIVITIES** | | | | | | | | | | |
| Loans obtained from realted parties | 0.0 | 7.8 | 17.2 | 43.7 | 117.6 | 5.0 | 2.5 | 2.0 | 52.1 | 117.6 |
| Amortization of loans | 0.0 | 0.0 | 0.0 | 0.0 | -0.5 | -2.9 | -6.9 | -4.4 | 0.0 | 0.0 |
| Interest paid | 0.0 | -0.2 | -1.1 | -2.9 | -10.8 | -14.4 | -15.5 | -15.5 | -1.8 | -7.5 |
| **Third party Financing** | 0.0 | 7.6 | 16.0 | 40.8 | 107.3 | -12.3 | -19.9 | -17.8 | 50.3 | 110.1 |
| Increase (decrease) in equity | 2.2 | 5.7 | 21.9 | -11.6 | 66.5 | 21.3 | 25.2 | 33.8 | 14.2 | 52.7 |
| Paid Dividends | 0.0 | 0.0 | -17.0 | -4.3 | -33.7 | -21.3 | -25.2 | -33.8 | -4.3 | -20.0 |
| **Own Financing** | 2.2 | 5.7 | 4.8 | -15.9 | 32.7 | 0.0 | 0.0 | 0.0 | 9.9 | 32.7 |
| **Net cash flow from financing activities** | 2.2 | 13.3 | 20.9 | 24.9 | 140.1 | -12.3 | -19.9 | -17.8 | 60.2 | 142.9 |
| **Net Increase (decrease) in cash and cash equivalents** | 2.0 | 4.9 | 31.8 | -30.1 | -6.0 | 18.4 | 18.1 | 24.0 | -26.9 | -4.6 |
| Cash and cash equiv. at the beginning of the period | 0.0 | 2.0 | 7.0 | 38.8 | 8.6 | 2.6 | 21.0 | 39.1 | 111.4 | 24.0 |
| **Cash and cash equivalents at the end of the period** | 2.0 | 7.0 | 38.8 | 8.6 | 2.6 | 21.0 | 39.1 | 63.2 | 84.6 | 19.4 |
| *Last Twelve Months* | | | | | | | | | | |
| *Free Cash Flow* | 2.7 | -2.9 | 2.6 | 56.0 | 15.7 | 25.7 | 35.5 | 39.9 | -1.3 | 15.3 |
| Total Debt Amortizations | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 2.9 | 6.9 | 4.4 | 0.0 | 0.0 |
| Net Debt Amortizations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | 6.9 | 4.4 | 0.0 | 0.0 |
| Net Interest Pmts. | 0.0 | 0.2 | 1.1 | 2.9 | 10.8 | 14.4 | 15.5 | 15.5 | 1.8 | 7.5 |
| **Net Debt Service** | 0.0 | 0.2 | 1.1 | 2.9 | 10.8 | 17.3 | 22.4 | 19.8 | 1.8 | 7.5 |
| **Debt Service Coverage Ratio (DSCR)** | 0.0 | (11.7) | 2.2 | 19.3 | 1.5 | 1.5 | 1.6 | 2.0 | (0.7) | 2.0 |
| Cash and Equivalents at Beginning of Period | 0 | 2 | 7 | 39 | 9 | 3 | 21 | 39 | 111 | 24 |
| **DSCR with cash** | 0.0 | (3.3) | 8.3 | 32.6 | 2.3 | 1.6 | 2.5 | 4.0 | 60.6 | 5.2 |
| **Net Debt to Free Cash Flow** | (0.7) | (0.3) | (5.4) | 1.1 | 11.8 | 6.5 | 4.1 | 3.0 | (50.3) | 11.9 |
| **Net Debt to EBITDA** | (0.1) | 0.0 | (0.4) | 1.7 | 4.9 | 4.2 | 3.6 | 2.5 | 0.0 | 0.0 |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of U.S. Securities Exchange Act of 1934.*

*"A new way of facing risk"*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 13 of 18



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G) Private**

November 16, 2018

*A NRSRO Rating\**

## Appendix – Stress Scenario

### SFL (Stress) Balance Sheet

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL ASSETS** | 30.0 | 77.0 | 145.2 | 215.4 | 397.2 | 411.0 | 414.5 | 418.8 | 251.9 | 467.9 |
| **Current Assets** | 27.1 | 68.6 | 144.7 | 104.4 | 135.4 | 134.2 | 107.7 | 94.5 | 166.2 | 194.1 |
| Cash and Equivalents | 2.0 | 7.0 | 38.8 | 8.6 | 12.4 | 21.3 | 19.7 | 5.2 | 11.9 | 4.0 |
| Accounts Receivable | 0.2 | 42.7 | 80.0 | 82.1 | 107.9 | 96.3 | 69.8 | 69.2 | 129.2 | 168.6 |
| Prepaid Expenses | 24.9 | 18.9 | 25.9 | 13.7 | 15.0 | 16.5 | 18.2 | 20.0 | 25.1 | 21.5 |
| **Non Current Assets** | 2.9 | 8.4 | 0.5 | 111.0 | 261.8 | 276.8 | 306.8 | 324.3 | 85.7 | 273.8 |
| Investments in Non-Consol. Subs. | 0.0 | 0.0 | 0.0 | 26.2 | 47.4 | 47.4 | 47.4 | 47.4 | 28.5 | 47.4 |
| Other Assets | 2.9 | 8.4 | 0.5 | 84.8 | 214.4 | 229.4 | 259.4 | 276.9 | 57.2 | 226.4 |
| **TOTAL LIABILITIES** | 13.0 | 35.7 | 79.5 | 143.5 | 271.4 | 276.4 | 270.5 | 262.3 | 152.4 | 337.8 |
| **Current Liabilities** | 13.0 | 27.8 | 54.4 | 61.0 | 87.4 | 94.3 | 86.9 | 80.2 | 75.3 | 151.5 |
| Current portion of long term debt | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 | 16.9 | 3.5 | 3.5 | 0.0 | 0.0 |
| Accounts payable | 0.1 | 0.4 | 12.6 | 2.0 | 6.1 | 13.6 | 15.3 | 17.6 | 0.5 | 19.3 |
| Taxes Payable | 8.0 | 19.8 | 22.8 | 21.6 | 44.0 | 44.3 | 44.7 | 45.0 | 25.9 | 43.9 |
| Other Short-Term Liabilities | 4.9 | 7.7 | 19.1 | 37.3 | 25.5 | 19.5 | 23.4 | 14.0 | 48.8 | 88.3 |
| Accrued liabilities | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 | 4.3 | 4.0 | 3.8 | 0.0 | 4.6 |
| Related parties | 4.9 | 7.7 | 19.1 | 37.3 | 20.9 | 15.3 | 19.4 | 10.2 | 48.8 | 83.8 |
| Interest payable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Non Current Liabilities** | 0.0 | 7.8 | 25.0 | 82.5 | 184.0 | 182.1 | 183.6 | 182.1 | 77.1 | 186.3 |
| Long-Term Debt | 0.0 | 7.8 | 25.0 | 68.4 | 184.0 | 182.1 | 183.6 | 182.1 | 77.1 | 186.3 |
| **EQUITY** | 17.0 | 41.3 | 65.7 | 71.9 | 125.8 | 134.5 | 144.0 | 156.5 | 99.6 | 130.0 |
| Contributed Capital | 0.0 | 0.0 | 17.0 | 52.4 | 83.6 | 104.9 | 130.1 | 163.9 | 45.8 | 69.8 |
| Revalutaion Reserve | 2.2 | 6.2 | 10.0 | -2.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cumulative Earnings | 0.0 | 16.6 | 36.2 | 21.3 | 34.9 | 42.2 | 29.6 | 14.0 | 51.1 | 76.2 |
| Current Earnings | 14.9 | 18.6 | 19.6 | 22.2 | 21.1 | 8.7 | 9.5 | 12.5 | 24.0 | 25.4 |
| Distributions | 0.0 | 0.0 | -17.0 | -21.3 | -13.8 | -21.3 | -25.2 | -33.8 | -21.3 | -41.3 |
| **Total Debt** | 0.0 | 7.8 | 25.0 | 68.4 | 195.8 | 199.0 | 187.1 | 185.6 | 77.1 | 186.3 |
| **Net Debt** | -2.0 | 0.8 | -13.7 | 59.8 | 183.4 | 177.7 | 167.4 | 180.4 | 65.2 | 182.3 |
| **Days of accounts receivable** | 0 | 67 | 93 | 603 | 473 | 425 | 221 | 200 | 278 | 518 |
| **Days of accounts payable** | 1 | 1 | 37 | 7 | 62 | 131 | 127 | 125 | 19 | 61 |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

"A new way of facing risk"

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 14 of 18



# Standard Financial Limited

US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)
Private**

November 16, 2018

*A NRSRO Rating\**

## SFL (Stress) Income Statement

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 37.9 | 57.8 | 77.3 | 68.2 | 79.7 | 77.1 | 86.7 | 99.7 | 70.0 | 70.0 |
| Services | 37.9 | 57.8 | 77.3 | 68.2 | 79.7 | 77.1 | 86.7 | 99.7 | 70.0 | 70.0 |
| **Cost of revenue** | 15.4 | 26.7 | 31.0 | 31.9 | 37.1 | 32.7 | 36.8 | 42.3 | 32.0 | 31.6 |
| **Gross Profit** | 22.5 | 31.1 | 46.3 | 36.3 | 42.6 | 44.4 | 49.9 | 57.4 | 38.0 | 38.4 |
| Operating expenses | 0.0 | 1.7 | 14.7 | 0.7 | 8.3 | 17.4 | 21.8 | 25.0 | 1.1 | 1.0 |
| **EBITDA** | 22.5 | 29.4 | 31.6 | 35.6 | 34.3 | 27.0 | 28.2 | 32.4 | 36.9 | 37.4 |
| Other Income (Costs) | 0.4 | 0.3 | 0.3 | 1.5 | 9.1 | 0.0 | 0.0 | 0.0 | 3.1 | 4.1 |
| **Operating income (loss) after other income** | 22.9 | 29.7 | 31.9 | 37.1 | 43.4 | 27.0 | 28.2 | 32.4 | 40.0 | 46.5 |
| **Income Before Taxes** | 22.9 | 29.4 | 30.7 | 34.2 | 32.5 | 13.4 | 14.6 | 19.2 | 38.1 | 73.1 |
| Income Taxes | 8.0 | 10.8 | 11.2 | 12.0 | 11.3 | 4.7 | 5.1 | 6.7 | 14.2 | 13.6 |
| **Net Profit** | 14.9 | 18.6 | 19.6 | 22.2 | 21.1 | 8.7 | 9.5 | 12.5 | 24.0 | 25.4 |
| Change in Sales | 0.0% | 52.4% | 33.8% | -11.8% | 16.9% | -3.3% | 12.5% | 15.0% | 0.0% | 0.1% |
| Gross Margin | 59.3% | 53.8% | 59.9% | 53.2% | 53.5% | 57.6% | 57.6% | 57.6% | 54.3% | 54.8% |
| EBITDA Margin | 59.2% | 50.9% | 40.9% | 52.1% | 43.1% | 35.0% | 32.5% | 32.5% | 52.7% | 53.5% |
| Current Taxes to Pre-Tax Income | 35.0% | 36.9% | 36.3% | 35.2% | 34.9% | 35.0% | 35.0% | 35.0% | 37.1% | 18.6% |
| ROCE (%) | -1749.2% | 625.1% | 224.5% | 43.1% | 22.2% | 14.8% | 17.0% | 0.0% | 105.4% | 26.0% |
| Cost of Debt | 0.0% | 15.6% | 17.4% | 6.1% | 7.5% | 7.0% | 7.1% | 7.1% | 8.6% | 7.1% |
| Return on Financial Assets | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (iii). HR SF C-48-ESG00048-EN date DOCK934.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 15 of 18

*"A new way of facing risk"*



# Standard Financial Limited

**US$9.25m Senior Secured**
**US$60.75m Revolving Line**
**Carnation Three, LLC. US$18.0m Senior Secured**

## HR BBB/BBB+ (G) Private

**November 16, 2018**

*A NRSRO Rating\**

### SFL (Stress): Cash Flow

| | 2014* | 2015* | 2016* | 2017* | 2018P** | 2019P | 2020P | 2021P | 3Q17 | 3Q18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | |
| **Earnings (Loss) before Taxes** | 22.9 | 29.4 | 30.7 | 34.2 | 32.5 | 13.4 | 14.6 | 19.2 | 38.1 | 39.0 |
| Interest expense | 0.0 | 0.2 | 1.1 | 2.9 | 10.9 | 13.6 | 13.6 | 13.2 | 1.8 | 7.5 |
| **Total Charges related to Financial Activities** | 0.0 | 0.2 | 1.1 | 2.9 | 10.9 | 13.6 | 13.6 | 13.2 | 1.8 | 7.5 |
| **Cash Flow from P&L before Taxes** | 22.9 | 29.7 | 31.9 | 37.1 | 43.4 | 27.0 | 28.2 | 32.4 | 40.0 | 46.5 |
| Decrease (Increase) in Account Recievables | -0.2 | -42.6 | -37.3 | -2.1 | -25.8 | 11.6 | 26.5 | 0.6 | -49.2 | -86.5 |
| Decr. (Incr.) in Other Assets | -24.9 | 6.0 | -7.5 | 12.7 | -1.4 | -1.5 | -1.7 | -1.8 | 1.3 | -7.8 |
| Increase (Decrease) in Accounts Payable | 5.0 | 3.1 | 23.6 | 7.7 | 55.1 | 7.5 | 1.7 | 2.3 | 17.7 | 68.3 |
| Increase (Decrease) in Other Liabilities | 8.0 | 11.8 | 3.0 | 12.6 | -54.3 | -5.6 | 4.2 | -9.0 | 3.1 | 8.5 |
| **Net total change in working capital** | -12.1 | -21.7 | -18.2 | 31.0 | -26.5 | 12.0 | 30.8 | -8.0 | -27.1 | -17.5 |
| Taxes on earnings paid or returned | -8.0 | -10.8 | -11.2 | -12.0 | -11.3 | -4.7 | -5.1 | -6.7 | -14.2 | -13.6 |
| **Cash flow generated by operations** | -20.1 | -32.5 | -29.3 | 19.0 | -37.8 | 7.4 | 25.6 | -14.7 | -41.3 | -31.1 |
| **Net cash flow from operating activities** | 2.7 | -2.9 | 2.6 | 56.0 | 5.6 | 34.3 | 53.8 | 17.7 | -1.3 | 15.3 |
| **INVESTING ACTIVITIES** | | | | | | | | | | |
| Net Investment in stock of a permanent nature | 0.0 | -0.0 | -0.0 | -26.2 | -21.2 | 0.0 | 0.0 | 0.0 | -28.5 | -21.2 |
| Loan to Related Parties | -2.9 | -5.5 | 8.4 | -84.8 | -129.6 | -15.0 | -30.0 | -17.5 | -57.2 | -141.6 |
| **Net cash flow from investing activities** | -2.9 | -5.5 | 8.4 | -111.0 | -150.8 | -15.0 | -30.0 | -17.5 | -85.7 | -162.8 |
| **Cash needs related to financing activities** | -0.1 | -8.4 | 10.9 | -55.0 | -145.2 | 19.3 | 23.8 | 0.2 | -87.0 | -147.5 |
| *FINANCING ACTIVITIES* | | | | | | | | | | |
| Loans obtained from realted parties | 0.0 | 7.8 | 17.2 | 43.7 | 117.6 | 15.0 | 5.0 | 2.0 | 52.1 | 117.6 |
| Amortization of loans | 0.0 | 0.0 | 0.0 | 0.0 | -0.5 | -11.9 | -16.9 | -3.5 | 0.0 | 0.0 |
| Interest paid | 0.0 | -0.2 | -1.1 | -2.9 | -10.9 | -13.6 | -13.6 | -13.2 | -1.8 | -7.5 |
| **Third party Financing** | 0.0 | 7.6 | 16.0 | 40.8 | 116.3 | -10.5 | -25.4 | -14.7 | 50.3 | 110.1 |
| Increase (decrease) in equity | 2.2 | 5.7 | 21.9 | -11.6 | 66.5 | 21.3 | 25.2 | 33.8 | 14.2 | 52.7 |
| Paid Dividends | 0.0 | 0.0 | -17.0 | -4.3 | -33.7 | -21.3 | -25.2 | -33.8 | -4.3 | -20.0 |
| **Own Financing** | 2.2 | 5.7 | 4.8 | -15.9 | 32.7 | 0.0 | 0.0 | 0.0 | 9.9 | 32.7 |
| **Net cash flow from financing activities** | 2.2 | 13.3 | 20.9 | 24.9 | 149.0 | -10.5 | -25.4 | -14.7 | 60.2 | 142.9 |
| **Net Increase (decrease) in cash and cash equivalents** | 2.0 | 4.9 | 31.8 | -30.1 | 3.8 | 8.9 | -1.6 | -14.5 | -26.9 | -4.6 |
| Cash and cash equiv. at the beginning of the period | 0.0 | 2.0 | 7.0 | 38.8 | 8.6 | 12.4 | 21.3 | 19.7 | 111.4 | 24.0 |
| **Cash and cash equivalents at the end of the period** | 2.0 | 7.0 | 38.8 | 8.6 | 12.4 | 21.3 | 19.7 | 5.2 | 84.6 | 19.4 |
| *Last Twelve Months* | | | | | | | | | | |
| Maintenance CAPEX | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 1.7 | 1.1 | 0.7 | 0.0 | 0.0 |
| *Free Cash Flow* | 2.7 | -2.9 | 2.6 | 56.0 | 5.0 | 32.7 | 52.7 | 17.0 | -1.3 | 15.3 |
| Total Debt Amortizations | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 11.9 | 16.9 | 3.5 | 0.0 | 0.0 |
| Net Debt Amortizations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 | 16.9 | 3.5 | 0.0 | 0.0 |
| Net Interest Pmts. | 0.0 | 0.2 | 1.1 | 2.9 | 10.9 | 13.6 | 13.6 | 13.2 | 1.8 | 7.5 |
| **Net Debt Service** | 0.0 | 0.2 | 1.1 | 2.9 | 10.9 | 25.5 | 30.4 | 16.7 | 1.8 | 7.5 |
| **Debt Service Coverage Ratio (DSCR)** | 0.0 | (11.7) | 2.2 | 19.3 | 0.5 | 1.3 | 1.7 | 1.0 | (0.7) | 2.0 |
| Cash and Equivalents at Beginning of Period | 0 | 2 | 7 | 39 | 9 | 12 | 21 | 20 | 111 | 24 |
| **DSCR with cash** | 0.0 | (3.3) | 8.3 | 32.6 | 1.3 | 1.8 | 2.4 | 2.2 | 60.6 | 5.2 |
| **Net Debt to Free Cash Flow** | (0.7) | (0.3) | (5.4) | 1.1 | 36.5 | 5.4 | 3.2 | 10.6 | (50.3) | 11.9 |
| **Net Debt to EBITDA** | (0.1) | 0.0 | (0.4) | 1.7 | 5.3 | 6.6 | 5.9 | 5.6 | 0.0 | 0.0 |

Source: HR Ratings' forecasts based on the Company's reported results.

\* Financial Statements Audited by Deloitte Audit Limited in compliance with IFRS.

\*\* Projections from 3Q18.

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 16 of 18

*"A new way of facing risk"*



**Standard Financial Limited**
US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

**HR BBB/BBB+ (G)**
**Private**

**November 16, 2018**

# HR Ratings Management Contacts

| Management | |
|---|---|

**Chairman of the Board**

Alberto I. Ramos  +52 55 1500 3130
alberto.ramos@hrratings.com

**Chief Executive Officer**

Fernando Montes de Oca  +52 55 1500 3130
fernando.montesdeoca@hrratings.com

**Vice President**

Aníbal Habeica  +52 55 1500 3130
anibal.habeica@hrratings.com

| Analysis | |
|---|---|

**Chief Credit Officer**

Felix Boni  +52 55 1500 3133
felix.boni@hrratings.com

**Public Finance / Infrastructure**

Ricardo Gallegos  +52 55 1500 3139
ricardo.gallegos@hrratings.com

Roberto Ballinez  +52 55 1500 3143
roberto.ballinez@hrratings.com

**Corporates / ABS**

José Luis Cano  +52 55 1500 0763
joseluis.cano@hrratings.com

**Deputy Chief Credit Officer**

Pedro Latapí  +52 55 8647 3845
pedro.latapi@hrratings.com

**Financial Institutions / ABS**

Fernando Sandoval  +52 55 1253 6546
fernando.sandoval@hrratings.com

**Methodologies**

Alfonso Sales  +52 55 1500 3140
alfonso.sales@hrratings.com

| Regulation | |
|---|---|

**Chief Risk Officer**

Rogelio Argüelles  +52 181 8187 9309
rogelio.arguelles@hrratings.com

**Head Compliance Officer**

Rafael Colado  +52 55 1500 3817
rafael.colado@hrratings.com

| Business Development | |
|---|---|

**Business Development**

Francisco Valle  +52 55 1500 3134
francisco.valle@hrratings.com

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the U.S. Securities Exchange Act of 1934.*

Case 3.23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 17 of 18

"A new way of facing risk"



# Standard Financial Limited

US$9.25m Senior Secured
US$60.75m Revolving Line
Carnation Three, LLC. US$18.0m Senior Secured

## HR BBB/BBB+ (G)
## Private

*November 16, 2018*

*Mexico: Avenida Prolongación Paseo de la Reforma #1015 torre A, piso 3, Col. Santa Fe, México, D.F., CP 01210, Tel 52 (55) 1500 3130.*
*United States: One World Trade Center, Suite 8500, New York, New York, ZIP Code 10007, Tel +1 (212) 220 5735.*

The rating assigned by HR Ratings LLC to the entity, issuer and/or issue is based upon the analysis performed under a base case and stress case scenario, in accordance with the following methodology(ies) established by the rating agency:

**Corporate Debt Credit Risk Evaluation, May 2014**
**General Methodological Criteria, June 2017**

For more information with respect to this (these) metodology(ies), please consult the website:
www.hrratings.com/en/methodology

## Complementary information

| | |
|---|---|
| Previous Rating. | N/A |
| Date of the last Rating Action. | N/A |
| Period of the financial information used by HR Ratings for the assignment of the current rating. | 4Q14 – 3Q18 |
| Main sources of information used, including third parties. | Annual Financial Statements audited by Deloitte Malta Limited and internal quarterly financial statements provided by the Company |
| Ratings assigned by other rating agencies that were used by HR Ratings (if so). | N/A |
| HR Ratings considered at the moment of assigning or reviewing the rating, the existence of mechanisms designed to align the incentives between the originator, servicer and guarantor and the possible buyers of the rated instrument (where it applies). | N/A |

*\*HR Ratings, LLC (HR Ratings), is a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) as a Nationally Recognized Statistical Rating Organization (NRSRO) for the assets of public finance, corporates and financial institutions as described in section 3 (a) (62) (A) and (B) subsection (i), (iii) and (v) of the US Securities Exchange Act of 1934.*

**The rating was solicited by the entity or issuer, or on its behalf, and therefore, HR Ratings has received the corresponding fees for the rating services provided. The following information can be found on our website at www.hrratings.com: (i) The internal procedures for the monitoring and surveillance of our ratings and the periodicity with which they are formally updated, (ii) the criteria used by HR Ratings for the withdrawal or suspension of the maintenance of a rating, and (iii) the procedure and process of voting on our Analysis Committee.**

HR Ratings ratings and/or opinions are opinions of credit quality and/or regarding the ability of management to administer assets; or opinions regarding the efficacy of activities to meet the nature or purpose of the business on the part of issuers, other entities or sectors, and are based exclusively on the characteristics of the entity, issuer or operation, independent of any activity or business that exists between HR Ratings and the entity or issuer. The ratings and/or opinions assigned are issued on behalf of HR Ratings, not of its management or technical staff, and do not constitute an investment recommendation to buy, sell, or hold any instrument nor to perform any business, investment or other operation. The assigned ratings and/or opinions issued may be subject to updates at any time, in accordance with HR Ratings' methodologies.

HR Ratings bases its ratings and/or opinions on information obtained from sources that are believed to be accurate and reliable. HR Ratings, however, does not validate, guarantee or certify the accuracy, correctness or completeness of any information and is not responsible for any errors or omissions or for results obtained from the use of such information. Most issuers of debt securities rated by HR Ratings have paid a fee for the credit rating based on the amount and type of debt issued. The degree of creditworthiness of an issue or issuer, opinions regarding asset manager quality or ratings related to an entity's performance of its business purpose are subject to change, which can produce a rating upgrade or downgrade, without implying any responsibility for HR Ratings. The ratings issued by HR Ratings are assigned in an ethical manner, in accordance with healthy market practices and in compliance with applicable regulations found on the www.hrratings.com rating agency webpage. There Code of Conduct, HR Ratings' rating methodologies, rating criteria and current ratings can also be found on the website.

Ratings and/or opinions assigned by HR Ratings are based on an analysis of the creditworthiness of an entity, issue or issuer, and do not necessarily imply a statistical likelihood of default, HR Ratings defines as the inability or unwillingness to satisfy the contractually stipulated payment terms of an obligation, such that creditors and/or bondholders are forced to take action in order to recover their investment or to restructure the debt due to a situation of stress faced by the debtor. Without disregard to the aforementioned point, in order to validate our ratings, our methodologies consider stress scenarios as a complement to the analysis derived from a base case scenario. The rating fee that HR Ratings receives from issuers generally ranges from USUS$1,000 to USUS$1,000,000 (or the foreign currency equivalent) per issue. In some instances, HR Ratings will rate all or some of the issues of a particular issuer for an annual fee. It is estimated that the annual fees range from USUS$5,000 to USUS$2,000,00 (or the foreign currency equivalent).

*\*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described in section 3 (a) (62) (A) and (B) subsection (i), (iii) and (v) of the US Securities Exchange Act of 1934.*

*"A new way of facing risk"*

Case 3:23-cr-00048-MOC-DCK   Document 113-6   Filed 05/03/26   Page 18 of 18