# EXHIBIT

# 7



*A NRSRO Rating**

# TIAM

**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

**Ratings**

| | |
|---|---|
| TIAM | HR BBB- (G) |
| Senior Secured Note | HR BBB- (G) |
| Outlook | Stable |

**Contacts**

**Oscar Herrera**
Analyst
oscar.herrera@hrratings.com

**Pedro Latapi**
Deputy Chief Credit Officer
pedro.latapi@hrratings.com

**Definition**

**The rating assigned indicates that the issue or issuer provides moderate safety for timely payment of debt obligations. Maintains moderate credit risk on a global scale, with weakness in the ability to pay in adverse economic scenarios. The "-" indicates relative weakness within the category.**

**It is important to mention that the rating contained in this document is of private nature by application right of the entity and will be valid for one year as of the date indicated in this document; after that period, the rating will lose its validity. However, this rating is subject to the periodic information necessary for its follow-up that the entity will present to HR Ratings, during the valid period, in relation to the contract for the rendering of the services. If this information is not available, HR Ratings will immediately withdraw the rating. Likewise, HR Ratings may modify this rating, prior to the expiration period, as a result of the revision of the periodic information presented or because of the existence of a relevant event.**

## HR Ratings assigned the rating of HR BBB- (G) for Tybee Island Asset Management and its US$36.7m Senior Secured Note Offering.

The rating assigned to Tybee Island Asset Management is based upon the credit quality of the investments in which TIAM has a participation, and considers the adequate diversification among the main investments and industries, which minimizes the risk of capital losses in case of any delay in the investment portfolio The rating also considers the weighted maturity of the portfolio as adequate considering the maturity of the portfolio of 7.32 years and of the debt of 8.90 years. Some key ratios for the projected financial statements (according to the Asset Manager) are:

| TIAM | Yearly | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Financial Ratios | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Adjusted Financial Margin | 6.2% | 6.1% | 6.0% | 5.9% | 5.0% | 6.0% | 6.8% | 9.2% | 3.3% |
| Efficiency | 28.9% | 28.7% | 28.8% | 28.7% | 28.9% | 27.5% | 31.4% | 25.6% | 47.6% |
| Operating Efficiency | 1.8% | 1.8% | 1.7% | 1.7% | 1.4% | 1.7% | 2.1% | 2.4% | 1.6% |
| ROA | 0.9% | 0.9% | 0.8% | 0.8% | 0.8% | 1.0% | 0.7% | 1.2% | 0.2% |
| ROE | 8.4% | 5.7% | 4.2% | 3.2% | 2.6% | 2.4% | 1.5% | 2.0% | 0.2% |
| Capital Ratio | 27.4% | 40.5% | 54.8% | 70.3% | 89.8% | 134.8% | 152.6% | 199.9% | 331.2% |
| Leverage | 8.1 | 5.4 | 3.9 | 3.0 | 2.0 | 1.5 | 1.1 | 0.7 | 0.0 |
| Total Portfolio to Net Debt | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 | 0.8 | -0.6 |
| Active Rate | 14.9% | 14.6% | 14.3% | 13.9% | 11.7% | 12.7% | 14.5% | 16.0% | 6.7% |
| Passive Rate | 4.0% | 4.0% | 4.0% | 4.0% | 4.7% | 4.6% | 5.0% | 5.6% | N/A |
| Rate Spread | 10.9% | 10.6% | 10.2% | 9.9% | 7.0% | 8.1% | 9.5% | 10.4% | N/A |

Source: HR Ratings with forecasts provided by Company

The factors that justify the assigned rating to the Entity are:

- **Adequate investment concentration in the top assets**: The current portfolio has 59.9% of the total investment pool concentrated in 5 companies and 15.4% in the largest one, which diminishes the liquidity risk that would exist if any of the top investments falls behind in the expected principal or interest payments.
- **Adequate industry diversification**: The portfolio considers investments in 7 industries, with no industry representing more than 25.0% of the portfolio. Finance, the main industry, represents 22.8% while healthcare and revenue cycle management represent 21.1% and 15.3% respectively.
- **Adequate portfolio maturity compared with debt maturity**: The portfolio has an average maturity of 7.32 years compared with the debt maturity of 8.90 years. This is considered to be adequate in terms of when funds are received and paid in the Asset Manager and could lead to sufficient funding when the debt is due.
- **Interest rate reset date mismatch**: The portfolio has 37.6% in loans that have a fixed interest rate, which creates a mismatch due to the debt exhibiting a quarterly LIBOR reset rate. Because of this, in case that the LIBOR rate presents sharp upward adjustments, the spread between the assets and the debt could be affected.
- **Adequate IT infrastructure**: The investment portfolio is managed through two main IT platforms which provide adequate capacity for payment management and covenant follow up, generating sufficient information for the satisfactory servicing of the investments.
- **Solid management experience**: The team in charge of the Asset Manager has sufficient experience in investment portfolio management and debt analysis, providing a solid background for an adequate operation.

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsections (i), (ii) and (v) of the US Securities Exchange Act of 1934*

*"A new way of facing risk"*



*A NRSRO Rating**

## Main Factors Considered

### Company Overview

Tybee Island Asset Management, INC ("Tybee Island Asset Management" and/or "TIAM" and/or "the Entity" and/or "the Asset Manager") was created in 2017 by Eli Global and its related affiliates as part of its investment strategy to diversify portfolio and investment risk among different companies. The purpose of the Entity is to act as a specialty finance lender directed toward middle market companies, making investments directly through loans and equity dealings. The capital structure of the Entity is composed of a US$36.7m note offering and US$3.5m of preferred equity. The description of the transaction is as follows:

**Diagram 1. Description of the transaction**

1. TIAM received fund proceedings from a Senior Secured Note Offering and a capital injection for a total of US$40.2m.
2.- TIAM invested those fund proceedings in a portfolio of middle market companies for a total of US$37.6m.
3.- On each payment date, the companies which are part of the portfolio will pay interest and principal to TIAM.
4.- TIAM will use the proceeds obtained from the portfolio companies to pay the Secured Note Offering and dividends on the equity.

Source: HR Ratings based on Company information.

### Offering Overview

The details of the instruments and offerings made by TIAM are:

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

"A new way of facing risk"


**Table 1. Note and Instrument Offerings**

| Type of Instrument | Amount | Rate | Rate Reset (if applicable) | Amortization Type | Maturity |
|---|---|---|---|---|---|
| **Note Offering** | US$36.7m | LIBOR + 3.0% (LIBOR floor at 1.0%) | Quarterly | Bullet | 31/12/2027 |
| **Preferred Equity** | US$3.5m | LIBOR + 6.0% | Quarterly | N/A | N/A |

Source: HR Ratings based on Company information.

## Management

The Entity is managed by professionals with an average of 25 years of experience in processes of underwriting and portfolio management, and they oversee the portfolio analysis, selection and follow up. The details of the members of the management team are:

**Table 1. Management and Team Overview**

| Name | Role | Years of Experience | Experience and Academic Preparation |
|---|---|---|---|
| **Vince Matsui** | Senior Portfolio Manager | 40 | -Served as Global Strategy Head for credit and event investments for Gottex Fund Management, where he acted as a member of the investment committee and lead portfolio manager for the Alternative Credit<br>-Global Head of Asset Manager Ratings for Fitch Ratings, evaluating fixed income asset managers<br>-Co Head of Structured Credit Underwriting for Swiss Re<br>-Graduated with a BA from Brown University and an MBA from the University of Chicago |
| **Rob Kiesel** | Managing Director | 25 | -Employed by Intermediate Capital Group where he sourced and invested in middle market private debt<br>-Managing Partner at Hunting Dog Capital, private investment firm focused on rescue financing for lower and middle market US borrowers<br>-Original partner for investment committee of Fifth Street Capital, a private investment company<br>-Principal at ORIX USA<br>-Investment Banking at Merrill Lynch<br>-Graduated with a BA from Yale University and an MBA from the Fuque School of Business at Duke University |
| **Brian Smith** | Managing Director | 9 | -Vice President at BB&T, focusing on middle market lending across different industries<br>-Analyst at Fifth Third Bank<br>-Graduated with a BA from Wofford College |

Source: HR Ratings based on Company information.

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.

Case 3:23-cr-00048-MOC-DCK Document 113-7 Filed 05/03/26 Page 4 of 10

"A new way of facing risk"



*A NRSRO Rating**

**TIAM**
**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

## Systems

The main systems used for the portfolio and loan management are Clearwater and Fusion Loan IQ. The details of each system are the following:

| Table 3. Systems and IT Capabilities | |
|---|---|
| **System** | **Description and Main Functions** |
| Clearwater | Automated data aggregation and reporting solution for investment portfolio data. Solution is completely web-based, and is fully integrated with accounting, compliance, performance and risk reporting functions in a single platform. |
| Fusion Loan IQ | Loan management system that is capable of handling large volumes of loans for lending business. Allows follow up for different types of transactions, for which user can set specifications for different types of loans into the system that will be updated and reviewd accordingly and automatically. |

Source: HR Ratings based on Company information.

We consider that both systems provide an operational strength to the Entity, as they are able to maintain information on covenants, ratios and portfolio specifics, and track their evolution over time for each investment.

## Portfolio Overview

The proceeds obtained from the initial issuance of the secured note were used to purchase a portfolio comprised of 15 middle market loans for a total amount of US$40.5m. The details of the portfolio are as follows (Note: It is important to note that although this is the portfolio as of this date, the details of the portfolio might change over time. HR Ratings will include this as part of its follow-up analysis to identify any change in the portfolio that might impact the credit quality of the entity):

**Table 4. Loan Portfolio**

| Legal Name | Industry | Loan (US$ millions) | Total Leverage (US$ millions) | TTM EBITDA (US$ millions) | LIBOR Spread | LIBOR Reset | Maturity | Net Debt / EBITDA |
|---|---|---|---|---|---|---|---|---|
| AAPC Holdings, LLC | Healthcare | 1.0 | 468.6 | 58.6 | 12.0% | Variable | 8.22 | 8.00 |
| ASIM Holdings, LLC | Publishing | 0.6 | 12.5 | 1.5 | 6.0% | Variable | 9.22 | 8.27 |
| Atlas Financial Investments | Finance | 1.0 | 34.0 | 23.2 | 5.0% | Variable | 9.22 | 1.47 |
| Beckett Collectibles, Inc. | Publishing | 1.0 | 18.0 | 6.0 | 10.0% | Variable | 8.22 | 2.99 |
| BLH Capital, LLC | Finance | 4.0 | 2.0 | 54.2 | 8.5% | Fixed | 9.22 | 0.04 |
| Daisy Seven | Finance | 1.8 | 15.8 | 0.4 | 12.2% | Fixed | 9.22 | 41.13 |
| GCC Interco, LLC | Debt Collection | 1.0 | 18.4 | 6.2 | 7.0% | Variable | 9.06 | 2.98 |
| Integrity EMR, LLC | Software | 4.7 | 2.3 | 3.1 | 8.0% | Fixed | 8.22 | 0.75 |
| LMG Holdings, LLC | Healthcare | 2.1 | 4.2 | 0.5 | 8.5% | Variable | 9.56 | 8.38 |
| PI Software Holdings, LLC | Software | 0.3 | 157.8 | 12.3 | 12.0% | Variable | 9.22 | 12.82 |
| PI Software Holdings, LLC | Software | 7.9 | 157.8 | 12.3 | 16.7% | Fixed | 9.22 | 12.82 |
| Red River Development, LLC | Energy | 1.2 | 57.9 | 22.6 | 6.0% | Fixed | 9.22 | 2.56 |
| Southland National Holdings, Inc. | Insurance | 9.0 | 32.8 | 9.2 | 12.0% | Fixed | 18.86 | 3.58 |
| Standard Financial Limited | Commercial Services | 2.0 | 58.8 | 54.2 | 7.0% | Variable | 8.22 | 1.09 |

Source: HR Ratings based on Company information.

Page 4 of 9

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

**"A new way of facing risk"**

Case 3:23-cr-00048-MOC-DCK Document 113-7 Filed 05/03/26 Page 5 of 10



Credit Rating Agency

*A NRSRO Rating**

# TIAM

**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

In terms of its main characteristics, the portfolio can be classified according to the following criteria:

**Table 5. Main Portfolio Characteristics**

| Criteria | Amount |
|---|---|
| Weighted Maturity (Years) | 7.32 |
| Weighted Spread to LIBOR (%) | 9.42% |
| Top 5 Asset Concentration (%) | 59.53% |
| Top Industry Concentration (Industry, %) | Finance, 22.8% |

Source: HR Ratings based on Company information.

We consider the weighted maturity of the portfolio to be adequate considering the maturity of the debt (8.90 years), although the LIBOR Spread compares favorably to the debt rate of LIBOR + 3.0%. Moreover, we consider that the portfolio maintains an adequate client concentration in its main investments, which minimizes the risk of significant capital losses in case of a delay in the loan repayment by a client.

On the other hand, the portfolio exhibits adequate industry diversification, with no industry representing more than 25.0% of the portfolio. Finance, the main industry, represents 22.8% while healthcare and revenue cycle management represent 21.1% and 15.3% respectively. HR Ratings considers this to be adequate, as it diminishes the risk of any industry that could be affected by specific factors.

**Graph 1. Portfolio by Industry Concentration**

Finance
Healthcare
Revenue Cycle Management
Software Development
Commercial Services
Others
22.8%
21.1%
15.3%
14.2%
13.2%
13.5%

Source: HR Ratings based on Company information.
Others: Insurance, Mortgage and Brokers and Cash

Page 5 of 9

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.

"A new way of facing risk"

*A NRSRO Rating**

**TIAM**
**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

## Interest Rate and Liquidity Risk

TIAM is subject to interest rate and liquidity risk, as the portfolio exhibits LIBOR reset rates that are different to the LIBOR reset rate on the debt (quarterly), which could generate a mismatch and decrease the spread. The portfolio overview based on the interest rate characteristics is as follows:

**Table 6. Rate Distribution**

| LIBOR Reset Date | % of Portfolio |
|---|---|
| Fixed | 31.4% |
| 12m | 37.6% |
| 3m | 31.0% |

Source: HR Ratings based on Company information.

The rate distribution exhibits an important difference with the reset rate on the debt, as the majority of the investments have a fixed interest rate, which could pressure the spread if the LIBOR exhibits sharp upward movements. However, the spread could also be benefited in case the LIBOR presents downward adjustments.

## Portfolio and Debt Amortization

The Entity operates from the cash flows received from the portfolio companies, and has scheduled payments for the note offering. However, because of the lower maturity of the portfolio (7.32 years) compared to the debt (8.90 years), we consider the existence of repayment risk as minor, since the Company would be able to generate the sufficient funds with the portfolio proceeds.

## Financial Ratios and Performance

In terms of financial ratios and expected performance, we consider that the Asset Manager would always maintain a total portfolio to net debt above 0.4x, which indicates that the expected principal amortizations of the portfolio would not be sufficient to cover the loan repayment. Also, the rate spread would stay above 9.6%, which would be sufficient to cover the administrative expenses (US$300,000 per year) and the preferred equity dividend payments. In terms of profitability, the ROA and ROE would stay in the same range for the total periods (0.9% and 3.8% respectively), which would be adequate considering that the loan would be serviced and that the preferred equity dividend would be paid.

Page 6 of 9

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

**"A new way of facing risk"**



*A NRSRO Rating**

# TIAM

**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

## Appendix: Financial Statements

| Balance Sheet TIAM (Thousands USD) | Yearly | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| **Assets** | **40,714** | **42,514** | **44,544** | **46,845** | **44,662** | **43,617** | **41,488** | **38,897** | **24,114** |
| Cash and Equivalents | 558 | 711 | 863 | 1,017 | 4,666 | 5,332 | 798 | 1,008 | 11,834 |
| Loan Portfolio | 16,238 | 16,335 | 16,462 | 16,624 | 16,323 | 12,817 | 13,161 | 11,723 | 7,280 |
| Other Assets | 23,918 | 25,468 | 27,220 | 29,204 | 23,672 | 25,468 | 27,529 | 26,166 | 5,000 |
| Preferred Equity Investments | 23,918 | 25,468 | 27,220 | 29,204 | 23,672 | 25,468 | 27,529 | 26,166 | 5,000 |
| **Liabilities** | **36,260** | **35,890** | **35,520** | **35,150** | **29,997** | **26,347** | **21,404** | **15,462** | **0** |
| Long Term Debt | 36,260 | 35,890 | 35,520 | 35,150 | 29,997 | 26,347 | 21,404 | 15,462 | 0 |
| **Equity** | **4,454** | **6,624** | **9,024** | **11,695** | **14,665** | **17,271** | **20,084** | **23,435** | **24,114** |
| **Contributed Capital** | **3,500** | **3,500** | **3,500** | **3,500** | **3,500** | **3,500** | **3,500** | **3,500** | **0** |
| **Gained Capital** | **954** | **3,124** | **5,524** | **8,195** | **11,165** | **13,771** | **16,584** | **19,935** | **24,114** |
| Retained Earnings | -1,000 | -626 | -248 | 129 | 507 | 882 | 1,297 | 1,606 | 2,086 |
| Gains on Preferred Equity Investments and PIK | 1,580 | 3,372 | 5,396 | 7,687 | 10,284 | 12,474 | 14,978 | 17,850 | 21,767 |
| Net Income (Loss) | 374 | 378 | 377 | 378 | 374 | 416 | 308 | 480 | 261 |
| **Net Debt** | **35,702** | **35,179** | **34,657** | **34,133** | **25,330** | **21,014** | **20,606** | **14,453** | **-11,834** |

Source: HR Ratings with forecasts provided by Company

| Income Statement TIAM (Thousands USD) | Yearly | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| Interest Income from Loans | 2,499 | 2,493 | 2,473 | 2,460 | 2,454 | 2,301 | 2,018 | 2,043 | 1,289 |
| Interest Expense | 1,460 | 1,449 | 1,430 | 1,415 | 1,415 | 1,209 | 1,062 | 869 | 659 |
| **Financial Margin** | **1,040** | **1,044** | **1,043** | **1,045** | **1,039** | **1,092** | **956** | **1,174** | **630** |
| Administrative Expenses | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| **Result before Taxes** | **740** | **744** | **743** | **745** | **739** | **792** | **656** | **874** | **330** |
| Taxes | 155 | 156 | 156 | 156 | 155 | 166 | 138 | 184 | 69 |
| **Net Income** | **584** | **588** | **587** | **588** | **584** | **626** | **518** | **690** | **261** |
| Preferred Equity Dividend | 210 | 210 | 210 | 210 | 210 | 210 | 210 | 210 | 210 |
| **Comprehensive Income** | **374** | **378** | **377** | **378** | **374** | **416** | **308** | **480** | **51** |

Source: HR Ratings with forecasts provided by Company

| TIAM | Yearly | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Financial Ratios** | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
| **Adjusted Financial Margin** | 6.2% | 6.1% | 6.0% | 5.9% | 5.0% | 6.0% | 6.8% | 9.2% | 3.3% |
| **Efficiency** | 28.9% | 28.7% | 28.8% | 28.7% | 28.9% | 27.5% | 31.4% | 25.6% | 47.6% |
| **Operating Efficiency** | 1.8% | 1.8% | 1.7% | 1.7% | 1.4% | 1.7% | 2.1% | 2.4% | 1.6% |
| **ROA** | 0.9% | 0.9% | 0.8% | 0.8% | 0.8% | 1.0% | 0.7% | 1.2% | 0.2% |
| **ROE** | 8.4% | 5.7% | 4.2% | 3.2% | 2.6% | 2.4% | 1.5% | 2.0% | 0.2% |
| **Capital Ratio** | 27.4% | 40.5% | 54.8% | 70.3% | 89.8% | 134.8% | 152.6% | 199.9% | 331.2% |
| **Leverage** | 8.1 | 5.4 | 3.9 | 3.0 | 2.0 | 1.5 | 1.1 | 0.7 | 0.0 |
| **Total Portfolio to Net Debt** | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 | 0.8 | -0.6 |
| **Active Rate** | 14.9% | 14.6% | 14.3% | 13.9% | 11.7% | 12.7% | 14.5% | 16.0% | 6.7% |
| **Passive Rate** | 4.0% | 4.0% | 4.0% | 4.0% | 4.7% | 4.6% | 5.0% | 5.6% | N/A |
| **Rate Spread** | 10.9% | 10.6% | 10.2% | 9.9% | 7.0% | 8.1% | 9.5% | 10.4% | N/A |

Source: HR Ratings with forecasts provided by Company

Page 7 of 9

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934.*

"A new way of facing risk"



A NRSRO Rating*

**TIAM**

**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

# HR Ratings Management Contacts

## Management

### Chairman of the Board

Alberto I. Ramos
+52 55 1500 3130
alberto.ramos@hrratings.com

### Vice President

Aníbal Habeica
+52 55 1500 3130
anibal.habeica@hrratings.com

### Chief Executive Officer

Fernando Montes de Oca
+52 55 1500 3130
fernando.montesdeoca@hrratings.com

## Analysis

### Chief Credit Officer

Felix Boni
+52 55 1500 3133
felix.boni@hrratings.com

### Deputy Chief Credit Officer

Pedro Latapí
+52 55 8647 3845
pedro.latapi@hrratings.com

### Public Finance / Infrastructure

Ricardo Gallegos
+52 55 1500 3139
ricardo.gallegos@hrratings.com

Roberto Ballinez
+52 55 1500 3143
roberto.ballinez@hrratings.com

### Financial Institutions / ABS

Fernando Sandoval
+52 55 1253 6546
fernando.sandoval@hrratings.com

### Corporates / ABS

José Luis Cano
+52 55 1500 0763
joseluis.cano@hrratings.com

### Methodologies

Alfonso Sales
+52 55 1500 3140
alfonso.sales@hrratings.com

## Regulation

### Chief Risk Officer

Rogelio Argüelles
+52 181 8187 9309
rogelio.arguelles@hrratings.com

### Head Compliance Officer

Rafael Colado
+52 55 1500 3817
rafael.colado@hrratings.com

## Business Development

### Business Development

Francisco Valle
+52 55 1500 3134
francisco.valle@hrratings.com

Page 8 of 9

*HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsections (i), (ii) and (v) of the US Securities Exchange Act of 1934.

"A new way of facing risk"



A NRSRO Rating*

**TIAM**

**Tybee Island Asset Management, INC**
**US$36.7m Senior Secured Note Offering**

**HR BBB- (G)**
**PRIVATE**
**Asset Managers**
**February 8, 2019**

*Mexico: Avenida Prolongación Paseo de la Reforma #1015 torre A, piso 3, Col. Santa Fe, México, D.F., CP 01210, Tel 52 (55) 1500 3130.*
*United States: One World Trade Center, Suite 8500, New York, New York, ZIP Code 10007, Tel +1 (212) 220 5735.*

**The rating assigned by HR Ratings LLC to the entity, issuer and/or issue is based upon the analysis performed under a base case and stress case scenario, in accordance with the following methodology(ies) established by the rating agency:**

**Rating Methodology for Non-Bank Financial Institutions, May 2009**
**Rating Methodology for Mutual Funds, March 2017**
**General Methodological Criteria, November 2017**

**For more information with respect to this (these) metodology(ies), please consult the website:**
**www.hrratings.com/en/methodology**

**Form 17-g-7(a)(1): http://www.hrratings.com/en/form17g7**

| Complementary information | |
|---|---|
| Previous Rating. | Initial |
| Date of the last Rating Action. | Initial |
| Period of the financial information used by HR Ratings for the assignment of the current rating. | Projected Financial Statements 2019 – 2027 provided by the Asset Manager |
| Main sources of information used, including third parties. | Information provided by the Company |
| Ratings assigned by other rating agencies that were used by HR Ratings (if so). | N/A |
| HR Ratings considered at the moment of assigning or reviewing the rating, the existence of mechanisms designed to align the incentives between the originator, servicer and guarantor and the possible buyers of the rated instrument (where it applies). | N/A |

***HR Ratings, LLC (HR Ratings), is a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) as a Nationally Recognized Statistical Rating Organization (NRSRO) for the assets of public finance, corporates and financial institutions as described in section 3 (a) (62) (A) and (B) subsection (i), (iii) and (v) of the US Securities Exchange Act of 1934.***

**The rating was solicited by the entity or issuer, or on its behalf, and therefore, HR Ratings has received the corresponding fees for the rating services provided. The following information can be found on our website at www.hrratings.com: (i) The internal procedures for the monitoring and surveillance of our ratings and the periodicity with which they are formally updated, (ii) the criteria used by HR Ratings for the withdrawal or suspension of the maintenance of a rating, and (iii) the procedure and process of voting on our Analysis Committee.**

HR Ratings ratings and/or opinions are opinions of credit quality and/or regarding the ability of management to administer assets; or opinions regarding the efficacy of activities to meet the nature or purpose of the business on the part of issuers, other entities or sectors, and are based exclusively on the characteristics of the entity, issuer or operation, independent of any activity or business that exists between HR Ratings and the entity or issuer. The ratings and/or opinions assigned are issued on behalf of HR Ratings, not of its management or technical staff, and do not constitute an investment recommendation to buy, sell, or hold any instrument nor to perform any business, investment or other operation. The assigned ratings and/or opinions issued may be subject to updates at any time, in accordance with HR Ratings' methodologies.

HR Ratings bases its ratings and/or opinions on information obtained from sources that are believed to be accurate and reliable. HR Ratings, however, does not validate, guarantee or certify the accuracy, correctness or completeness of any information and is not responsible for any errors or omissions or for results obtained from the use of such information. Most issuers of debt securities rated by HR Ratings have paid a fee for the credit rating based on the amount and type of debt issued. The degree of creditworthiness of an issue or issuer, opinions regarding asset manager quality or ratings related to an entity's performance of its business purpose are subject to change, which can produce a rating upgrade or downgrade, without implying any responsibility for HR Ratings. The ratings issued by HR Ratings are assigned in an ethical manner, in accordance with healthy market practices and in compliance with applicable regulations found on the www.hrratings.com rating agency webpage. There Code of Conduct, HR Ratings' rating methodologies, rating criteria and current ratings can also be found on the website.

Ratings and/or opinions assigned by HR Ratings are based on an analysis of the creditworthiness of an entity, issue or issuer, and do not necessarily imply a statistical likelihood of default, HR Ratings defines as the inability or unwillingness to satisfy the contractually stipulated payment terms of an obligation, such that creditors and/or bondholders are forced to take action in order to recover their investment or to restructure the debt due to a situation of stress faced by the debtor. Without disregard to the aforementioned point, in order to validate our ratings, our methodologies consider stress scenarios as a complement to the analysis derived from a base case scenario. The rating fee that HR Ratings receives from issuers generally ranges from US$1,000 to US$1,000,000 (or the foreign currency equivalent) per issue. In some instances, HR Ratings will rate all or some of the issues of a particular issuer for an annual fee. It is estimated that the annual fees range from US$5,000 to US$2,000,00 (or the foreign currency equivalent).

Page 9 of 9

**HR Ratings LLC. (HR Ratings), is a HR Ratings de México, S.A. de C.V. subsidiary, a Credit Rating Agency registered by the Securities and Exchange Commission (SEC) of the United States as an NRSRO for this type of rating. HR Ratings' recognition as an NRSRO is limited to the ones described described in section 3 (a) (62) (A) and (B) subsection (i), (ii) and (v) of the US Securities Exchange Act of 1934*

"A new way of facing risk"