# EXHIBIT

# 8

**RECEIVED**

STATE OF VERMONT

Dec 01, 2017

DEPT. OF FINANCIAL REGULATION

CAPTIVE INSURANCE DIVISION

License No     1053

VERMONT CAPTIVE INSURANCE COMPANY
ANNUAL REPORT FOR THE
VISTA LIFE & CASUALTY REINSURANCE COMPANY SEPARATE ACCT 1.16
DECEMBER 31, 2016

| | |
|---|---|
| Organized under the laws of the State of. ...... ... | Vermont |
| Date of Incorporation.. . . ... .. .. | October 23, 2015 |
| Date Commenced Business ... ............. .... ...... .... | November 6, 2015 |
| Vermont Office ..... ..... .. . ... . .. | 76 St Paul Street, Suite 500, Burlington, VT 05401 |
| Main Administrative Office........................................ . ......... .. | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Contact Person, Phone Number and E-mail. ........ | Dan Scott, 802-652-1559. dan.scott@aon.com |

### OFFICERS**

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Jeffrey P Johnson | Vice President | |
| Treasurer | Michael A. Lorenzo | Vice President | |
| Assistant Treasurer | | | |

### DIRECTORS**

Donald D. Solow

Jeffrey P. Johnson

Michael A. Lorenzo

The officers of the    VISTA LIFE & CASUALTY REINSURANCE COMPANY SEPARATE ACCT. 1.16   , being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions therefrom for the year ended on that date, according to the best of their information, knowledge and belief, respectively.

_____
President

_____
Secretary

_____
Treasurer*

_____
Other Executive Officer

County/City of:    MORRIS / MADISON

Commonwealth/State of:    NEW JERSEY

Subscribed and sworn to before me this 28 day of NOVEMBER 20 17

_____
Notary Signature

My Commission Expires: 08/22/2021

*Or corresponding person having charge of the accounts of the insurer.
**Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement.

JATIN THAKKER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 22, 2021
ID # 50044356

VCAR Long Form - 2016



**VERMONT CAPTIVE INSURANCE COMPANY**
**ANNUAL REPORT FOR THE**
**VISTA LIFE & CASUALTY REINSURANCE COMPANY SEPARATE ACCT 1.16**
**DECEMBER 31, 2016**

| | |
|---|---|
| Organized under the laws of the State of. | Vermont |
| Date of Incorporation... | October 23, 2015 |
| Date Commenced Business. | November 6, 2015 |
| Vermont Office. | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Main Administrative Office | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Contact Person, Phone Number and E-mail. | Dan Scott, 802 652-1559, dan.scott@aon.com |

## OFFICERS**

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Jeffrey P. Johnson | Vice President | |
| Treasurer | Michael A. Lorenzo | Vice President | |
| Assistant Treasurer | | | |

### DIRECTORS**

Donald D. Solow
Jeffrey P. Johnson
Michael A. Lorenzo

The officers of the VISTA LIFE & CASUALTY REINSURANCE COMPANY SEPARATE ACCT 1.16, being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions therefrom for the year ended on that date, according to the best of their information, knowledge and belief, respectively

_____    _____    _Michael A. Lorenzo_
President            Secretary          Treasurer*   EVP

_____
Other Executive Officer

County/City of:   St. Johns
Commonwealth/State of:   Florida

Subscribed and sworn to before me this 21st day of November, 2017

_____ Erica C. Vona
Notary Signature
My Commission Expires:   Dec 15, 2017

ERICA C. VONA
Notary Public - State of Florida
My Comm. Expires Dec 15, 2017
Commission # FF 078023
Bonded Through National Notary Assn.

*Or corresponding person having charge of the accounts of the insurer
**Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement.

| ASSETS | December 31, 2016 Current | December 31, 2015 Prior |
|---|---|---|
| 1.  a) Bonds | - | - |
|     b) Stocks | - | - |
|     c) Cash and Cash Equivalents | 291,563 | - |
|     d) Short-Term Investments | - | - |
|     Subtotal: Cash and Investments | 291,563 | |
| | | |
| 2.  Other Invested Assets | | |
|     a) Repurchase agreements | 168,658,015 | - |
|     b) | - | - |
|     Subtotal: Total Invested Assets | 168,949,578 | - |
| | | |
| 3.  Investment Income Due and Accrued | 2,287,703 | - |
| 4.  Premiums Receivable | - | - |
| 5.  Loans to Parent and/or Affiliates | - | - |
| | | |
| 6.  Reins. Recoverable on Unpaid Losses & LAE | - | - |
| 7.  Reins. Recoverable on Paid Losses & LAE | - | - |
|     Subtotal: Reinsurance Recoverable | - | - |
| | | |
| 8.  Funds Held by Ceding Reinsurers | - | - |
| 9.  Ceded Unearned Premium | - | - |
| 10. Deposits With Reinsurer | - | - |
| 11. Letters of Credit | - | - |
| 12. Deferred Tax Asset | 299,137 | - |
| 13. Deferred Acquisition Costs | - | - |
| 14. Federal Income Tax Receivable | - | - |
| 15. Other Assets | | |
|     a) Due from Affiliated Entities | 347,005 | - |
|     b) | - | - |
|     c) | - | - |
|     d) | - | - |
| | | |
| 16. Total Assets | 171,883,423 | - |

| LIABILITIES, CAPITAL AND SURPLUS | December 31, 2016 Current | December 31, 2015 Prior |
|---|---|---|
| 17. Losses | 39,576,018 | - |
| 18. Loss Adjustment Expenses | 1,329,427 | - |
|     Subtotal: Loss and LAE Reserves | 40,905,445 | - |
| | | |
| 19. Reins. Payable on Paid Losses & LAE | - | - |
| 20. Insurance Deposit Liability | - | - |
| 21. Commissions, Expenses and Fees | - | - |
| 22. Federal Income Taxes Payable | 4,250,334 | - |
| 23. Unearned Premium | 5,558,461 | - |
| 24. Reinsurance Balances Payable | 507,135 | - |
| 25. Loans and Notes Payable | - | - |
| 26. Amounts Due to Affiliates | - | - |
| 27. Funds Held Under Reinsurance Contracts | - | - |
| 28. Dividends Payable | - | - |
| 29. Accrued Expenses | 114,713 | - |
| 30. Premium Tax Payable | 109,309 | - |
| 31. Other Liabilities | | |
|     a) Active Life Reserves | 102,332,031 | - |
|     b) | - | - |
|     c) | - | - |
| | | |
| 32. Total Liabilities | 153,777,428 | - |
| | | |
| 33. Capital and Surplus: | | |
|     a) Paid In Capital | - | - |
|     b) Contributed Surplus | 12,500,000 | - |
|     c) Unrealized Gain/(Loss) on Investments | - | - |
|     d) | - | - |
| 34. Surplus (Accumulated Earnings) | 5,605,995 | - |
| | | |
| 35. Total Capital and Surplus | 18,105,995 | - |
| 36. Total | 171,883,423 | - |