# EXHIBIT
# 9



VERMONT CAPTIVE INSURANCE COMPANY
ANNUAL REPORT FOR THE
VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCT 1.16
DECEMBER 31, 2017

**RECEIVED**

STATE OF VERMONT

May 03, 2018

DEPT. OF FINANCIAL REGULATION

CAPTIVE INSURANCE DIVISION

| | |
|---|---|
| Organized under the laws of the State of.............. | Vermont |
| Date of Incorporation............... ..................... . | October 23, 2015 |
| Date Commenced Business . . .   . ................. .... | November 6, 2015 |
| Vermont Office. .............  .    ............ ....... . | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Main Administrative Office..... .. ... ... .......... .  .   . .. ... .. | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Contact Person, Phone Number and E-mail......... | Dan Scott |
| | (802) 652-1559 |
| | ...................... |

## OFFICERS**

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Jeffrey P. Johnson | Vice President | |
| Treasurer | Brian Lo # | Vice President | |
| Executive Vice President | Michael A. Lorenzo # | | |

## DIRECTORS**

Donald D. Solow

Jeffrey P. Johnson

Michael A. Lorenzo

Brian Lo #

The officers of the   VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCT 1.16   , being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions there'rom for the year ended on that date, according to the best of their information, knowledge and belief, respectively

| | | |
|---|---|---|
| President | Secretary | Treasurer* |

Other Executive Officer

County/City of: Westchester

Commonwealth/State of: New York

Subscribed and sworn to before me this 30 day of April 20 18

Notary Signature

My Commission Expires: March 20, 2021

COURTNEY ARANGO
Notary Public · State of New York
NO. 01AR6356114
Qualified in Westchester County
My Commission Expires Mar 20, 2021

*Or corresponding person having charge of the accounts of the insurer.

**Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement.

VCAR Long Form - 2017



### VERMONT CAPTIVE INSURANCE COMPANY
### ANNUAL REPORT FOR THE
### VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCT. 1.16
### DECEMBER 31, 2017

| | |
|---|---|
| Organized under the laws of the State of............. | Vermont |
| Date of Incorporation............................................. | October 23, 2015 |
| Date Commenced Business ................................. | November 6, 2015 |
| Vermont Office....................................................... | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Main Administrative Office..................................... | 76 St. Paul Street, Suite 500, Burlington, VT 05401 |
| Contact Person, Phone Number and E-mail......... | Dan Scott |
| | (802) 652-1559 |
| | dan, scott@acn.com |

#### OFFICERS**

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Jeffrey P. Johnson | Vice President | |
| Treasurer | Brian Lo # | Vice President | |
| Executive Vice President | Michael A. Lorenzo # | | |

#### DIRECTORS**

| | | |
|---|---|---|
| | Donald D. Solow | |
| | Jeffrey P. Johnson | |
| | Michael A. Lorenzo | |
| | Brian Lo # | |

The officers of the VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCT. 1.16 , being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions therefrom for the year ended on that date, according to the best of their information, knowledge and belief, respectively.

_____
President

_____
Secretary

_____
Treasurer*

_____
Other Executive Officer

County/City of: __Morris__

Commonwealth/State of: __N.J.__

Subscribed and sworn to before me this __30TH__ day of __April__ 20 __15__

_____
Notary Signature

My Commission Expires: _____

*Or corresponding person having charge of the accounts of the insurer.
**Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement.

BALANCE SHEET

| ASSETS | | |
|---|---|---|
| | December 31, 2017 Current | December 31, 2016 Prior |
| 1. a) Bonds | - | |
| b) Stocks | - | |
| c) Cash and Cash Equivalents | 392,950 | 291,563 |
| d) Short-Term Investments | - | |
| Subtotal: Cash and Investments | 392,950 | 291,563 |
| 2. Other Invested Assets | | |
| a) Repurchase Agreements | 171,372,662 | 168,658,015 |
| b) | - | |
| Subtotal: Total Invested Assets | 171,765,612 | 168,949,578 |
| 3. Investment Income Due and Accrued | 1,549,727 | 2,287,703 |
| 4. Premiums Receivable | | |
| 5. Loans to Parent and/or Affiliates | | |
| 6. Reins. Recoverable on Unpaid Losses & LAE | - | |
| 7. Reins. Recoverable on Paid Losses & LAE | | |
| Subtotal: Reinsurance Recoverable | - | - |
| 8. Funds Held by Ceding Reinsurers | | |
| 9. Ceded Unearned Premium | - | |
| 10. Deposits With Reinsurer | | |
| 11. Letters of Credit | | |
| 12. Deferred Tax Asset | 165,456 | 299,137 |
| 13. Deferred Acquisition Costs | | |
| 14. Federal Income Tax Receivable | 544,792 | |
| 15. Other Assets | | |
| a) Due from Affiliated Entities | 12,000 | 347,005 |
| b) | - | - |
| c) | | |
| d) | | |
| 16. Total Assets | 174,037,587 | 171,883,423 |

| LIABILITIES, CAPITAL AND SURPLUS | | |
|---|---|---|
| | December 31, 2017 Current | December 31, 2016 Prior |
| 17. Loss and LAE Reserves | 41,869,512 | 40,905,445 |
| 18. Reins. Payable on Paid Losses & LAE | | |
| 19. Insurance Deposit Liability | | |
| 20. Commissions, Expenses and Fees | | |
| 21. Federal Income Taxes Payable | - | 4,250,334 |
| 22. Unearned Premium | 5,045,179 | 5,558,461 |
| 23. Reinsurance Balances Payable | 896,204 | 507,135 |
| 24. Loans and Notes Payable | | |
| 25. Amounts Due to Affiliates | | |
| 26. Funds Held Under Reinsurance Contracts | | |
| 27. Dividends Payable | | |
| 28. Accrued Expenses | 126,726 | 114,713 |
| 29. Premium Tax Payable | 23,063 | 109,309 |
| 30. Other Liabilities | | |
| a) Active Life Reserves | 108,073,106 | 102,332,031 |
| b) | | |
| c) | | |
| 31. Total Liabilities | 156,033,790 | 153,777,428 |
| 32. Capital and Surplus: | | |
| a) Paid In Capital | | |
| b) Contributed Surplus | 13,522,889 | 12,500,000 |
| c) Unrealized Gain/(Loss) on Investments | | |
| d) | | |
| 33. Surplus (Accumulated Earnings) | 4,480,908 | 5,605,995 |
| 34. Total Capital and Surplus (Page 3, Line 29) | 18,003,797 | 18,105,995 |
| 35. Total | 174,037,587 | 171,883,423 |