# EXHIBIT 10

# FIRST AMENDMENT TO COINSURANCE AGREEMENT

**THIS FIRST AMENDMENT TO COINSURANCE AGREEMENT** (the "Amendment") is made by and between United Security Assurance Company of Pennsylvania (the "Company") and Vista Life & Casualty Reinsurance Company, formerly Alpha Re (U.S.) Inc. (the "Reinsurer").

## RECITALS

WHEREAS, the Company and the Reinsurer entered into a Coinsurance Agreement effective March 31, 2016 (the "Coinsurance Agreement"); and

WHEREAS, the Company and the Reinsurer desire to amend, in the manner set forth in this Amendment, the provisions of the Coinsurance Agreement;

NOW, THEREFORE, for and in consideration of the premises and the covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

## AMENDMENTS

The following provisions shall be added to the Coinsurance Agreement:

1. Effective Date of Amendment. This Amendment shall be effective as of November 15, 2018 (the "Amendment Date").

2. Definitions.

   "Funds Withheld Account" shall mean a dedicated custody account maintained by the Company with a custodian that is segregated from all other accounts that the Company may have or control with the custodian.

1

Case 3:23-cr-00048-MOC-DCK    Document 113-10    Filed 05/03/26    Page 2 of 10

"Funds Withheld Account Fair Value Balance" shall mean, as of a given date, the aggregate fair value of all assets in the Funds Withheld Account on such date.

"Required Funds Withheld Account Balance" shall mean 5% of the Required Level.

All capitalized terms used in this Amendment and not defined in this Amendment shall have the meaning ascribed to those terms in the Coinsurance Agreement.

3. <u>Establishment of Funds Withheld Account</u>. The Company shall establish the Funds Withheld Account on or before the Amendment Date. The Funds Withheld Account shall be clearly designated as a segregated account on the books, records and information systems of the Company and the custodian.

4. <u>Initial Funding of Funds Withheld Account</u>. On the Amendment Date, the Company shall withdraw the lessor of: (1) all cash from the Trust Account and (2) the Required Funds Withheld Account Balance and shall promptly deposit such cash into the Funds Withheld Account.

5. <u>Additional Funding of the Funds Withheld Account</u>. After the Amendment Date, the Reinsurer shall use its reasonable best efforts to increase in a timely manner the cash in the Trust Account (when combined with cash already transferred to the Funds Withheld Account) to be at least equal to the Required Funds Withheld Account Balance. Until such time as the Funds Withheld Account Fair Value Balance equals or exceeds the Required Funds Withheld Account Balance, the Reinsurer shall promptly notify the Company at any time the Trust Account has available cash and the Company shall withdraw the available cash and promptly deposit such cash in the Funds Withheld Account.

6. <u>Funds Withheld Account Fair Value Balance</u>. The Required Funds Withheld

2

Account Balance and the Funds Withheld Account Fair Value Balance shall be reported as of the end of each calendar month on the Ongoing Settlement Worksheet provided in accordance with Exhibit 2 of the Coinsurance Agreement. If the Funds Withheld Account Fair Value Balance reported on the Ongoing Settlement Worksheet exceeds 6% of the Required Level, as also reported on the Ongoing Settlement Worksheet, the Reinsurer may demand a transfer of assets from the Funds Withheld Account to the Trust Account, such that the Funds Withheld Account Fair Value Balance is reduced to no less than 6% of the Required Level following the transfer.  If such demand is made by the Reinsurer, the Company shall withdraw assets from the Funds Withheld Account and transfer the assets to the Reinsurer for deposit in the Trust Account, which assets the Reinsurer shall promptly deposit into the Trust Account.

If the Funds Withheld Account Fair Value Balance on any Ongoing Settlement Worksheet is less than the Required Funds Withheld Account Balance, as also reported on the Ongoing Settlement Worksheet, the Company may withdraw any available cash in the Trust Account to increase the Funds Withheld Account Fair Value Balance up to, but not greater than, the Required Funds Withheld Account Balance.  Any withdrawal by the Company necessary to increase the Funds Withheld Account Fair Value Balance to the Required Funds Withheld Account Balance shall be accomplished as part of the reconciliation performed in accordance with Article IX, Paragraph B of the Coinsurance Agreement.

7. <u>Funds Withheld Account Investments</u>. Amounts in the Funds Withheld Account shall be invested in cash or cash equivalents.  The Company will credit interest to the Funds Withheld Account, monthly in arrears, that will closely track the yield on three-month Treasury bills.

8. <u>Use of funds in the Funds Withheld Account</u>.  Net settlements owed by the Company to the Reinsurer will be deposited to the Funds Withheld Account.  Net settlements owed by the Reinsurer to the Company will be withdrawn from the

Funds Withheld Account. If the net settlement owed by the Reinsurer to the Company exceeds the Funds Withheld Account Fair Value Balance, the Company will withdraw the shortfall from the Trust Account.

9. <u>Trust Account Balance</u>. Following the transfer of assets from the Trust Account to the Funds Withheld Account described in Paragraph 4 of this Amendment, the Fair Value of the Assets (as such term is defined in the Trust Agreement) in the Trust Account shall at all times be at least equal to (i) the Required Level minus (ii) the Funds Withheld Account Fair Value Balance.

<u>The current provisions of the Coinsurance Agreement shall be amended as follows:</u>

10. Paragraph A of ARTICLE XX <u>CREDIT FOR REINSURANCE AND SECURITY</u> shall be amended by adding the following sentence: "Notwithstanding anything in this provision to the contrary, on and after the Amendment Date of the First Amendment to Coinsurance Agreement (as the term Amendment Date is defined in the First Amendment to Coinsurance Agreement) the Trust Account shall be maintained in an amount at least equal to (i) the Required Level (as defined in the First Amendment to Coinsurance Agreement) minus (ii) the Funds Withheld Account Fair Value Balance."

11. Paragraph C of ARTICLE XX <u>CREDIT FOR REINSURANCE AND SECURITY</u> shall be replaced with the following provision:

"C. Not more than forty (40) days following the end of each calendar month, the Company will send to the Trustee a letter signed by the Company's corporate actuary certifying the amount required to fund the Trust Account. If the sum of the Funds Withheld Account Fair Value Balance (as defined in the First Amendment to Coinsurance Agreement) and the amount held in the Trust Account exceeds the Required Level, the Company will include in such letter an instruction to the Trustee to directly remit the excess amount to the Reinsurer

4

within three (3) Business Days; provided, however, withdrawals and transfers to the Reinsurer of excess amounts shall be made only if, after such withdrawal and transfer, the Fair Value of the Trust Account plus the Funds Withheld Account Fair Value Balance (as defined in the First Amendment to Coinsurance Agreement) is not less than one hundred and twelve percent (112%) of the Required Level."

12.     Subparagraph (ii) of Paragraph G of ARTICLE XX CREDIT FOR REINSURANCE AND SECURITY shall be replaced with the following provision: "(ii) After such substitution, the sum of the Funds Withheld Account Fair Value Balance (as defined in the First Amendment to Coinsurance Agreement) and aggregate Fair Value of Assets in the Trust Account is not less than the Required Level."

13.     Exhibit 2 to the Coinsurance Agreement (the Ongoing Settlement Worksheet) is deleted and replaced with Exhibit 2 attached to this Amendment.

General Amendment Provisions

14.     Choice of Law.  This Amendment shall be governed by the internal laws of the Commonwealth of Pennsylvania, without regard to its conflicts of laws principles.

15.     Ratification.  The Company and the Reinsurer each hereby acknowledge and agree that, except as expressly amended or modified by this Amendment, the terms and provisions of the Coinsurance Agreement are ratified and confirmed and remain in full force and effect.

16.      Execution in Counterparts.  This Amendment may be executed in any number of counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same

5

agreement. Delivery of an executed counterpart of a signature page to this Amendment by facsimile or .pdf attachment to an e-mail shall be as effective as delivery of a manually executed counterpart of this Amendment.

6

IN WITNESS WHEREOF, this Amendment is executed on the dates indicated below with an Amendment Date as described above.

UNITED SECURITY ASSURANCE COMPANY OF PENNSYLVANIA

By: _____

Title: _____

Date: _____

VISTA LIFE & CASUALTY REINSURANCE COMPANY, on behalf of Separate Account No. 1.16

By: _____

Title: President

Date: 19 Nov. 2018

7

Exhibit 2

**Vista Life Settlement**

UNITED SECURITY ASSURANCE COMPANY OF PENNSYLVANIA
Ongoing Settlement Worksheet for:           [October 31, 2018]

This worksheet is due within forty (40) days following the end of each calendar month. Any amount due is to be remitted by the Company or the Reinsurer, as the case may be, within five (5) days following delivery of this Worksheet. All capitalized terms are as defined in the Coinsurance Agreement or the First Amendment to Coinsurance Agreement.

CURRENT MONTH

Effective Date:           March 31, 2016
Quota Share = 100%

Quota Share of Gross Premium (net of Return Premium)                    [      ]

Less:
Amount per Reinsured Policy                   $[      ]        [      ]
Percentage of Ceded Premium   net of returns   [      ]%       [      ]
Percentage of Paid Claims                     [      ]%       [      ]
Commission Allowance                          varies by block  [_____]
Sub-Total                                                     [      ]

Plus (reimbursement): Vermont Premium Tax     [      ]%        [      ]

                              Ongoing Premium                  [      ]

Less:
Quota Share of Benefits Due and Paid by the Company            [      ]

                              Net Cash Payment                 [      ]
                              Due to the Company

In the event the Net Cash Payment is a negative number, the absolute value of such amount shall be paid by the Reinsurer to the Company.

Statutory Reserves for Credit for Reinsurance:
Active Life Reserves                                          [      ]
Unearned Premium Reserve                                     [      ]
Disabled Life Reserve                                        [      ]
IBNR                                                         [_____]
Total at [October 31, 2018]   = Required Level                      [
      ]
Funds Withheld Account Fair Value Balance, Beg of Month

8

Interest Credited
Net Settlement
Funds Withheld Account Fair Value Balance, End of Month
Required Funds Withheld Account Balance                    [      ]
Required Amount in Funds Withheld Account
and Trust Account 112% of Required Level                   [      ]

Note: 112% of Required Level Before Withdrawals/Transfers
from Trust Account

9