# EXHIBIT 11

# Vista Cell 1.16 and North Carolina/Bermuda Insurer Participations

<u>$65,652,451.</u> DIRECT LOANS (amts. shown are Vista Cell 1.16's principal balances as of Q3 2025)

$3,934,802.  Fiasco Fine Wines: Vista Cell 1.16 100%

$4,662,088. Tybee Island Asset Management: Vista Cell 1.16 31%, PBLA 69%

$9,960,084.  Academy Financial Assets: Vista Cell 1.16 approx. 14%, with the balance held by CBL, SNIC, and BLIC in unknown proportions

$3,263,461.  Summerville Asset Management: Vista Cell 1.16 25%, SNIC 25%, CBL 50%

$9,018,342.  Augusta Asset Management: Vista Cell 1.16 31%, PBLA 69%

$7,237,425.  Gilford Asset Management: Vista Cell 1.16 33% with the balance (67%) held by CBL and SNIC

$9,184,313.  Standard Financial: Vista Cell 1.16 10% (estimate); CBL, BLIC, and SNIC total 30% (estimate); other lenders for the balance

$9,207,623.  Standard Malta Holdings: needs further research

$9,184,313.  Atlas: Vista 22%, "Geranium II" 78%

<u>$64,573,873.</u>  LOANS TO SPECIAL PURPOSE VEHICLES (SPVs); VISTA CELL 1.16 IS SHOWN AS 100% LENDER BUT EACH UNDERLYING LOAN MAY HAVE HAD OTHER PARTICIPATIONS; SUBJECT TO FURTHER RESEARCH (amts. shown are Vista Cell 1.16's principal balances as of Q3 2025)

$3,856,479.  Farmington:  underlying loan is to Academy Association

$3,856,479.  Durham: underlying loan is Academy Association

$4,878,409.  Merrimack: underlying loan is to ASL Holdings LLC [other lenders: Northstar]

$4,878,409.  Goshen:  underlying loan is to ASL Holdings LLC [other lenders: Northstar]

$3,090,964.  Rumney: underlying loan is to ASL Holdings LLC [other lenders: Northstar]

$1,827,538.  Swanzey: underlying loan is to BCC Holdings LLC

$4,485,861.  Rindge: underlying loan was to Standard Malta Holdings Ltd., later replaced

$4,393,866.  Londonderry:  underlying loan is to NIH Capital [other lenders: PBLA[1]]

$3,852,200.  Claremont: underlying loan is to NIH Capital [other lenders: PBLA[1]]

$3,852,200.  Meredith: underlying loan is to NIH Capital [other lenders: PBLA[1]]

$4,070,003.  Amherst: underlying loan is to Standard Financial Ltd. [other lenders: CBL, Northstar]

$1,808,890.  Barnstead: underlying loan is to Standard Financial Ltd. [other lenders: CBL, Northstar]

$7,066,954.  Derry: underlying loan is to McKinley Group

$3,828,602.  Effingham: underlying loan is to Southland National Holdings

$4,974,819.  Deering: underlying loan is to ASL Holdings [other lenders: Northstar]

$3,852,200.  Wolfeboro: underlying loan is to NIH Capital [other lenders: PBLA[1]]

---

[1] Assumes "NIH" means "Netherlands Insurance Holdings"

1395011.2