# EXHIBIT 13



# ᵥ ERMONT

## DEPARTMENT OF FINANCIAL REGULATION

License No. _____ 1053

**RECEIVED**
STATE OF VERMONT
Sep 20, 2019
DEPT. OF FINANCIAL REGULATION
CAPTIVE INSURANCE DIVISION

### VERMONT CAPTIVE INSURANCE COMPANY
### ANNUAL REPORT FOR THE
### VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCCOUNT 1
### DECEMBER 31, 1

NOTE: The Vermont Captive Annual Report (VCAR) Instructions are an important part for the preparation of this filing.

Organized under the laws of the State of............................ Vermont
Date of Incorporation............................................................ October 23, 2015
Date Commenced Business ................................................... November 6, 2015
Vermont Office........................................................................ 463 Mountain View Drive, Suite 301, Colchester, VT 05446
Main Administrative Office..................................................... 463 Mountain View Drive, Suite 301, Colchester, VT 05446
Contact Person:     Name.................................................. Theresa Carpenter
                    Phone Number.................................... 802-864-2742
                    E-Mail................................................. theresa.carpenter@marsh.com
Company Type (Select)............................................................ Sponsored

### OFFICERS[1]

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Donald D. Solow | Vice President | |
| Treasurer | Brian Lo | Vice President | |
| Executive VP | Michael A. Lorenzo | | |

### DIRECTORS[1]

Vermont Resident Director[2]          J. Todd White

Donald D. Solow
Michael A. Lorenzo
Brian Lo

The officers of, VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCCOUNT 1.16, being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions therefrom for the year ended on that date, according to the best of their information, knowledge, and belief, respectively.

_____     _____     _____
President                     Secretary                     Treasurer
                                                            (or other similar financial position)

_____
Other Executive Officer

County/City of: _____ McOORS
Commonwealth/State of: _____ NJ

Subscribed and sworn to before me this 17th day of SEP, 20 19

_____     CHANDRAKANT PATEL
Notary Signature              NOTARY PUBLIC OF NEW JERSEY
My Commission Expires:        MY COMMISSION EXPIRES JAN 17, 2021
                              ID # 2339173

[1]Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement, and a Biographical Affidavit Form (non-resident) must be on file.
[2]Vermont Resident Director Biographical Affidavit Form must be on file.

VCAR Long Form - 2018

Case 3:23-cr-00048-MOC-DCK     Document 113-13     Filed 05/03/26     Page 2 of 4



**DEPARTMENT OF FINANCIAL REGULATION**

License No. _____ 1053 _____

### VERMONT CAPTIVE INSURANCE COMPANY
### ANNUAL REPORT FOR THE
### VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCCOUNT 1.16
### DECEMBER 31, 2018

NOTE: The Vermont Captive Annual Report (VCAR) Instructions are an important part for the preparation of this filing.

Organized under the laws of the State of.......................... Vermont
Date of Incorporation............................................... October 23, 2015
Date Commenced Business ......................................... November 6, 2015
Vermont Office........................................................ 463 Mountain View Drive, Suite 301, Colchester, VT 05446
Main Administrative Office........................................ 463 Mountain View Drive, Suite 301, Colchester, VT 05446
Contact Person:   Name.......................................... Theresa Carpenter
                  Phone Number............................... 802-864-2742
                  E-Mail........................................ theresa.carpenter@marsh.com
Company Type (Select)............................................ Sponsored

#### OFFICERS[1]

| | | | |
|---|---|---|---|
| President | Donald D. Solow | Vice President | |
| Secretary | Donald D. Solow | Vice President | |
| Treasurer | Brian Lo | Vice President | |
| Executive VP | Michael A. Lorenzo | | |

#### DIRECTORS[1]

Vermont Resident Director[2]     J. Todd White

Donald D. Solow
Michael A. Lorenzo
Brian Lo

The officers of, VISTA LIFE & CASUALTY REINSURANCE COMPANY - SEPARATE ACCCOUNT 1.16, being duly sworn, each for himself deposes and says that they are the above described officers of the said insurer, and that on the last day of the period presented, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as stated, and that this annual statement, together with related exhibits, schedules, and explanations therein contained, annexed or referred to are a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the date presented, and of its income and deductions therefrom for the year ended on that date, according to the best of their information, knowledge, and belief, respectively.

_____     _____     _____
President                   Secretary                   Treasurer
                                                        (or other similar financial position)

_____
Other Executive Officer

County/City of:                    _____
Commonwealth/State of:             _____

Subscribed and sworn to before me this ___ day of _____ 20 ___

_____
Notary Signature
My Commission Expires: _____

**GERALDINE L. CARPINO**
Notary Public, State of New York
Registration No. 60 4984553
Qualified in Westchester County
Commission Expires _____

[1]Show full name and indicate by number sign (#) those officers and directors who did not occupy the indicated position in the previous annual statement, and a Biographical Affidavit Form (non-resident) must be on file.
[2]Vermont Resident Director Biographical Affidavit Form must be on file.

VCAR Long Form - 2018

Case 3:23-cr-00048-MOC-DCK    Document 113-13    Filed 05/03/26    Page 3 of 4

| BALANCE SHEET | | |
|---|---|---|
| ASSETS | (1) | (2) |
| | December 31, 2018 Current | December 31, 2017 Prior |
| 1. a) Bonds | - | |
| b) Stocks | - | |
| c) Cash and Cash Equivalents | 979,537 | 392,950 |
| d) Short-Term Investments | - | |
| Subtotal: Cash and Investments | 979,537 | 392,950 |
| | | |
| 2. Other Invested Assets | | |
| a) Repurchase Agreements | - | 171,372,662 |
| b) Term Loans | 166,644,279 | |
| Subtotal: Total Invested Assets | 167,623,816 | 171,765,612 |
| | | |
| 3. Investment Income Due and Accrued | 7,628,585 | 1,549,727 |
| 4. Premiums Receivable | | |
| 5. Loans to Parent and/or Affiliates | | |
| | | |
| 6. Reins. Recoverable on Unpaid Losses & LAE | - | |
| 7. Reins. Recoverable on Paid Losses & LAE | | |
| Subtotal: Reinsurance Recoverable | - | - |
| | | |
| 8. Funds Held by Ceding Reinsurers | | |
| 9. Ceded Unearned Premium | - | |
| 10. Deposits With Reinsurer | | |
| 11. Letters of Credit | | |
| 12. Deferred Tax Asset | | 165,456 |
| 13. Deferred Acquisition Costs | | |
| 14. Federal Income Tax Receivable | 448,637 | 837,476 |
| 15. Other Assets | | |
| a) Due from Affiliated Entities | 30,819 | 12,000 |
| b) Amounts Held on Deposit with Cedant | 9,436,659 | |
| c) | | |
| d) | | |
| | | |
| 16. Total Assets | 185,168,516 | 174,330,271 |

| LIABILITIES, CAPITAL AND SURPLUS | | |
|---|---|---|
| | December 31, 2018 Current | December 31, 2017 Prior |
| 17. Loss and LAE Reserves | 40,647,817 | 41,869,512 |
| | | |
| 18. Reins. Payable on Paid Losses & LAE | | |
| 19. Insurance Deposit Liability | | |
| 20. Commissions, Expenses and Fees | | |
| 21. Federal Income Taxes Payable | | |
| 22. Unearned Premium | 4,634,750 | 5,045,180 |
| 23. Reinsurance Balances Payable | 628,335 | 896,204 |
| 24. Loans and Notes Payable | | |
| 25. Amounts Due to Affiliates | | |
| 26. Funds Held Under Reinsurance Contracts | | |
| 27. Dividends Payable | | |
| 28. Accrued Expenses | 37,077 | 126,725 |
| 29. Premium Tax Payable | 35,074 | 23,063 |
| 30. Other Liabilities | | |
| a) Due to Cygnet | 3,006,198 | |
| b) Active Life Reserves | 113,405,386 | 108,073,106 |
| c) Deffered Tax Liability | 1,110,884 | |
| | | |
| 31. Total Liabilities | 163,505,521 | 156,033,790 |
| | | |
| 32. Capital and Surplus: | | |
| a) Paid In Capital | | |
| b) Contributed Surplus | 14,641,986 | 13,522,889 |
| c) Unrealized Gain/(Loss) on Investments | | |
| d) | | |
| e) | | |
| 33. Surplus (Accumulated Earnings) | 7,021,009 | 4,773,592 |
| | | |
| 34. Total Capital and Surplus (Page 3, Line 37) | 21,662,995 | 18,296,481 |
| 35. Total | 185,168,516 | 174,330,271 |