# EXHIBIT 15

Vermont Superior Court
Filed 12/29/22
Washington Unit

STATE OF VERMONT

SUPERIOR COURT                                    CIVIL DIVISION
WASHINGTON UNIT                                   DOCKET NO. 22-CV-04530

COMMISSIONER OF THE DEPARTMENT      )
OF FINANCIAL REGULATION,            )
    PLAINTIFF,                     )
                                    )
    v,                             )
                                    )
VISTA LIFE INSURANCE CASUALTY       )
REINSURANCE COMPANY,                )
    DEFENDANT.                     )
                                    )

## ORDER

This matter came before the Court on December 28, 2022 on the *ex parte* petition of the Commissioner of Department of Financial Regulation. Based on the Petition, the accompanying affidavits of Dan L. Petterson and Kevin J. Gaffney, and the supporting papers, the Court finds as follows:

1. Vista Life and Casualty Reinsurance Company ("Vista") is a domestic insurer subject to regulation under Title 8, Chapters 141, 142 and 145 of the Vermont Statutes Annotated.

2. Vista's financial condition, in particular the absence of timely financial reporting and its insolvent status as of December 31, 2020 places Vista in such condition that the further transaction of business would be hazardous financially to its policyholders, creditors, or the public.

3 Vista is in such condition that the further transaction of business by Vista would be hazardous financially to its policyholders, creditors, or the public, and its condition is grounds for a court order for a formal delinquency proceeding under Title 8, Chapter 145. 8 V.S.A. §§ 7031(4), 7042(b), 7051(1), (13).

4. The interests of the public and policyholders and creditors would be endangered by delay in issuing a seizure order.

**THEREFORE,** IT IS HEREBY ORDERED:

1. The Commissioner of the Vermont Department of Financial Regulation and/or the Commissioner's designee(s), is DIRECTED TO TAKE IMMEDIATE POSSESSION AND CONTROL of all or part of the property, books, accounts, documents and other records of Vista Life and Casualty Reinsurance Compnay, including any premises occupied by it for the transaction of its business, and without limitation all funds held by any depository institution or person for the account of Vista.

2. Vista and its officers, managers, agents, employees and any other persons are HEREBY ENJOINED from disposing of its property and from transacting its business except with the prior written consent of the Commissioner or the Commissioner's designee; and

3. All papers filed with the Court related to this Petition for *ex parte* order SHALL BE CONFIDENTIAL, as provided under 8 V.S.A. § 7043, until and unless the Court orders otherwise after private hearing, or until or unless Vista requests that the matter be made public; and

2

4.  This order shall remain in effect until June 28, 2023 unless extended, shortened or modified by a later order of this court or until this Court issues an Order under 8 V.S.A. Chapter 145 for formal proceedings, whichever occurs sooner.

Dated at Montpelier, Vermont this 28th day of December 2022

SO ORDERED:

_____
Presiding Judge

3