# EXHIBIT 16

Vermont Superior Court
Filed 01/25/24
Washington Unit

FILED: 12/29/2023 12:24 PM
Vermont Superior Court
Washington Unit
23-CV-05409

**STATE OF VERMONT**

**SUPERIOR COURT**
**WASHINGTON UNIT**

_____

| | |
|---|---|
| COMMISSIONER OF THE<br>DEPARTMENT OF FINANCIAL<br>REGULATION<br>  PLAINTIFF,<br><br>  v.<br><br>VISTA LIFE & CASUALTY<br>REINSURANCE COMPANY, PROTECTED<br>CELL 1.16<br>  RESPONDENT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL DIVISION**
DOCKET NO.

_____

## ORDER OF REHABILITATION FOR VISTA LIFE & CASUALTY REINSURANCE COMPANY'S PROTECTED CELL 1.16

This matter came before the Court on December 29, 2023, on the basis of the "Petition for an Order of Rehabilitation for Vista Life & Casualty Reinsurance Company's Protected Cell 1.16" ("Cell 1.16") ("Petition"), filed by Kevin Gaffney, Commissioner of the State of Vermont Department of Financial Regulation (the, Commissioner"), pursuant to 8 V.S.A. Section 7051. Based on the Petition and the accompanying Affidavit of J. David Leslie, Special Deputy Commissioner, and after notice, the Court finds as follows:

1.      Cell 1.16 shall be deemed a domestic insurer subject to regulation under Title 8, Chapters 141, 142, and 145 of the Vermont Statutes Annotated.

2.      Grounds exist under 8 V.S.A. Section 7051 for an order authorizing the Commissioner to rehabilitate Cell 1.16.

1

Accordingly, **THEREFORE**, IT IS HEREBY ORDERED:

(a)     The Commissioner and his successors in office is appointed as Rehabilitator of Cell 1.16 pursuant to 8 V.S.A. Section 7052;

(b)     The Rehabilitator shall take immediate control and possession of the assets of Cell 1.16;

(c)     The Rehabilitator shall administer the assets of Cell 1.16 under the general supervision of the Court;

(d)     The Rehabilitator shall implement the Plan of Rehabilitation detailed in ¶ 8 of the Petition including: paying all reasonable administrative expenses in full in the ordinary course of business; and adjusting and determining reinsurance claims and paying them in full until further order of this Court;

(e)     The Rehabilitator shall exercise all powers and duties under Chapter 145 of Title 8, Vermont Statutes Annotated, as he deems appropriate, including but not limited to:

(i)     The authority to appoint one or more Special Deputy Rehabilitators, who shall have all the powers and authority of the Rehabilitator granted under Chapter 145 of Title 8, Vermont Statutes Annotated;

(ii)    The authority to employ such counsel, clerks, assistants and other personnel as deemed necessary;

(iii)   The authority pursuant to 8 V.S.A. Section 7053(b) to take such action as the Rehabilitator deems necessary or appropriate to reform and revitalize Cell 1.16;

(iv)    All the powers of the directors, officers and managers, whose authority shall be suspended, except as they are re-delegated by the Rehabilitator;

(v) Full power to direct and manage, to hire and discharge employees, and to deal with the property and business of Cell 1.16;

(vi) The authority to prepare a plan to reorganize, consolidate, convert, reinsure, merge or otherwise transform Cell 1.16 should the Rehabilitator determine it appropriate;

(vii) The authority to petition the Court for an order to terminate the Order of Rehabilitation under 8 V.S.A. Section 7055;

(viii) The power to initiate such legal or equitable action in the State of Vermont, in other states and in the federal courts as he deems appropriate to carry out his duties as Rehabilitator;

(ix) The authority to pay the expenses of this proceeding, including but not limited to the compensation of special deputies, counsel, clerks, assistants and other personnel and the expenses of taking possession of the insurer, as determined by the Rehabilitator out of the assets of Cell 1.16.

(f) All persons are hereby enjoined from instituting any suit, action or other proceeding against Cell 1.16, its directors, officers, employees or agents, or against the Rehabilitator, except before this Court or from executing or issuing or causing the execution or issuance of any writ, process, summons, attachment, subpoena, replevin, execution or other proceeding for the purpose of impounding or taking possession of or interfering with any property owned by or in the possession of Cell 1.16, or owned by them and in the possession of any of its directors, officers, employees or agents, or owned by them and in the possession of the Rehabilitator;

(g) All persons are hereby enjoined from terminating reinsurance agreements on the basis of the entry of this Order;

3

(h)     The Rehabilitator shall account to the Court pursuant to 8 V.S.A. Section 7052(b) at least semiannually for so long as the rehabilitation order remains in effect;

(i)     The Court retains jurisdiction for purposes of granting such other relief as may be necessary and equitable; and,

(j)     The Rehabilitator is authorized to make further application to the Court for such further relief as is deemed necessary.

Dated at Montpelier, Vermont, this 24 day of ___January___, 2024.

_____
Presiding Judge

4