# EXHIBIT 2
# Proposed Restitution Credit / Offset Ruling Chart

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

        *Plaintiff*,

  v.

GREG E. LINDBERG,

        *Defendant*.

Case No. 3:23-CR-48-MOC

**EXHIBIT 2 TO DEFENDANT GREG E. LINDBERG'S RESPONSE AND OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING RESTITUTION**

### Proposed Restitution Credit / Offset Ruling Chart

| No. | Requested Credit / Offset | Amount Requested | Granted | Denied | Amount Allowed |
|---|---|---|---|---|---|
| 1 | Remove improper prejudgment interest/ time-value of money interest | $263,000,000 | ☐ | ☐ | $_____ |
| 2 | Correct starting balance of affiliate investments | $141,000,000 | ☐ | ☐ | $_____ |
| 3 | AAPC preferred equity transferred to ULICO | $352,906,240 | ☐ | ☐ | $_____ |
| 4 | SNIC payments | $27,823,425 | ☐ | ☐ | $_____ |
| 5 | Cash Payments to Pre-Designated Restitution Parties Not Captured by the Special Master | $79,655,289 | ☐ | ☐ | $_____ |
| 6 | CBL subordination fee (Beckett refinancing) | $3,000,000 | ☐ | ☐ | $_____ |
| 7 | Additional Clanwilliam sale proceeds | $20,000,000 | ☐ | ☐ | $_____ |

| No. | Requested Credit / Offset | Amount Requested | Granted | Denied | Amount Allowed |
|---|---|---|---|---|---|
| 8 | ULICO Sale of Contributed Real Estate | $13,596,013 | ☐ | ☐ | $_____ |
| 9 | Sale Proceeds of Zero-Coupon Bonds in PPNs | $243,452,385 | ☐ | ☐ | $_____ |
| 10 | Value of NCICs as of October 2018 | $454,000,000 | ☐ | ☐ | $_____ |
| 11 | Bermuda ICs' Proceeds from Sale of Affiliated Assets | $9,800,076 | ☐ | ☐ | $_____ |
| 12 | Agera losses not proximately caused by Mr. Lindberg | $129,000,000 | ☐ | ☐ | $_____ |
| 13 | ECL Losses (independent post-2022 management) | $22,288,826 | ☐ | ☐ | $_____ |
| 14 | Loss on UKAT | $39,000,000 | ☐ | ☐ | $_____ |
| 15 | Insurance-Holdco debt from GBIG-driven acquisitions | $14,897,805 | ☐ | ☐ | $_____ |
| 16 | Loss on Clanwilliam below-market sale | $474,000,000 | ☐ | ☐ | $_____ |
| 17 | Loss on Early Zero Coupon Bond Sales | $611,600,000 | ☐ | ☐ | $_____ |

**Special Master's Proposed Restitution Figure**  **$1,625,000,000**

**Total Requested Credits / Offsets**  **$2,899,418,383**

**Total Credits / Offsets Allowed by Court**  **$_____**

**Net Restitution Ordered**  **$_____**

Based on the Court's rulings above, the Court finds that Defendant's net restitution obligation is:

☐ **$0**


☐ **$_____**