IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CR-48 |
| | ) | |
| GREG E. LINDBERG, | ) | |
| | ) | |
| Defendant. | ) | |

**ARTIFICIAL INTELLIGENCE CERTIFICATION TO THE NORTH CAROLINA INSURANCE COMPANIES' OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING RESTITUTION**

The undersigned certifies that:

1.     No artificial intelligence was knowingly employed in doing the research for the preparation of "The North Carolina Insurance Companies' Objections to the Special Master's Report and Recommendation Regarding Restitution" [D.E. 123], with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2.     Every statement and every citation to an authority contained in that document has been checked by an attorney in this case and/or a paralegal working at his/her as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Respectfully submitted, this the 6th day of May, 2026.

1

**WILLIAMS MULLEN**

*/s/Wes J. Camden*

Wes J. Camden
NC State Bar No. 33190
Caitlin M. Poe
NC State Bar No. 44713
Lauren E. Fussell
NC Bar No. 49215
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
wcamden@williamsmullen.com
cpoe@williamsmullen.com
lfussell@wiliamsmullen.com
Telephone:   (919) 981-4000
Facsimile:    (919) 981-4300

*Counsel for Victims Colorado Bankers Life
Insurance Company, Bankers Life Insurance
Company, Southland National Insurance
Corporation, and Southland National
Reinsurance Corporation*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing were served on all

counsel of record and parties requesting notice via the Court's ECF system.

This the 6th day of May, 2026.

**WILLIAMS MULLEN**
*/s/Wes J. Camden*
Wes J. Camden
NC State Bar No. 33190

3