**EXHIBIT S2**

From: Greg Lindberg
To: Mike Martinez
Date: August 14, 2025


Michael,

I am deeply concerned by your suggestion in your letter that I am somehow delaying the Clanwilliam sale or not doing everything I can to support the sale. These allegations are do not account for all the efforts I have taken to support the deal.

Among numerous actions I've taken in support of the Clanwilliam transaction, there are two big ones: (a) I agreed to waive receipt of the required tax distributions despite the fact that the tax liability from the transaction is at least $80 million and despite that fact that there was a $40 million allocation in the original Wake County court order for tax payments, and (b) I agreed to waive this tax distribution on the condition that the de minimis companies be transferred to me on an unrestricted basis. As you are aware, this never happened and I had to give up that right. I did. I accepted that aspect of the deal in order to get the deal done, as you asked me to do. Those were two large concessions on my part to help get the deal done.

As you know, M3 has already shut one of these de minimis companies down and as I understand it has plans to shut the remaining companies down. This is part of their plan to destroy anything that has value to me -- regardless of the impact on policyholders. I have had to let that go, despite the large financial impact.

Also, we had an agreement in writing that I would dismiss all of my Clanwilliam-related claims (not all my claims against Steve Wilson) as part of the Clanwilliam transaction. I did so in full in strict compliance with the agreement. Wilson was never part of our original agreement, and he has taken actions that have damaged me and my businesses. I was not trying to thwart or frustrate the process at all. I was just trying to stick by what we had originally agreed to.

But I do want to be clear regarding my agreement with the DOJ -- my support of the Clanwilliam deal – and my waiver of claims against TA -- in no way conveys any acceptance by me of the "value" of Clanwilliam. I am supporting the deal because you asked me to, not because I agree to the value. The fact is, Clanwilliam is being sold at a fire sale price $350 million below the market value of the assets when I transferred them to NHC in October 2024. We have preserved our right *to argue* that at sentencing and DOJ has agreed to that preserved right.

Just so you know, at the NHC board meeting in December of 2024, M3 was clear that Clanwilliam was being sold primarily to pay M3 and other's fees. This is in fact the case if you look at the sources and issues. The deal is an insider transaction between Steve Wilson and his old law firm Latham & Watkins and massively undermines the value to policyholders. That is why I needed to write this – to ensure I can argue the true value at my restitution/sentencing hearing – which DOJ has agreed to. I do not want this transaction to represent any type of waiver of my ability to argue at the restitution hearing.

I am waiving my claims against TA *because you asked me to*. I personally believe that they are taking advantage of policyholders and effectively acquiring Clanwilliam for hundreds of millions of dollars less than its true market value. Healthcare technology companies like Clanwilliam easily trade at 20x or more times EBITDA – not the mere 13 to 14x EBITDA that they are paying. Hundreds of millions of dollars of value are being lost to policyholders because all the North Carolina advisors want to get paid. The Quadro valuation of Clanwilliam from Q1 of 2024 was 22x EBITDA, which is an accurate reflection of the true market value of Clanwilliam in October 2024 when I transferred it to NHC. That equates to a price of around $800 million – not the $450 million that TA is acquiring the company for in the present transaction.

Finally, I just want to be clear that my waiver of claims on TA and my approval of the transaction does not offset, waive, or modify in any way my existing agreement with the DOJ that I am able to argue for what I believe the true value of Clanwilliam is, for the purposes of calculating the offsets to restitution. I am arguing at the sentencing/restitution hearing that the value, at the time I transferred the Clanwilliam assets to NHC in October 2024, is approximately $800M (based on the true market value of Clanwilliam at 22x EBITDA).

I remain available for a call to discuss the foregoing. I've consistently asked for a call or meeting with you to discuss these matters. To date, you have refused but I remain willing to meet at any time you desire. .

Sincerely,

GREG LINDBERG