# EXHIBIT A

*Brooks Peck, PSA Parent Company Collectors to Acquire Beckett, Keeping It an "Independent Brand," The Athletic (Dec. 15, 2025)*

https://www.nytimes.com/athletic/6891882/2025/12/15/collectors-beckett-psa-card-grading/

Case 3:23-cr-00048-MOC-DCK    Document 220-1    Filed 06/22/26    Page 1 of 7

# PSA parent company Collectors to acquire Beckett, keeping it an 'independent brand'



A Steph Curry rookie card graded by Beckett, which is being acquired by Collectors. Photo: KENA BETANCUR/AFP via Getty Images

 By **Brooks Peck**

Dec. 15, 2025

⤴ **Share article**          ◻ 24

Collectors, the parent company of [leading trading card grader PSA](#) (Professional Sports Authenticator), is acquiring well-known collectibles media and grading company [Beckett](#).

 

operations, customer experience, and standards around grading, marketplace, magazines and price guide."

---

ADVERTISEMENT



**Worldwide Partner**

**Christian Pulisic**
U.S. Men's National
Team Forward
Team Visa

Score **unlimited**

**2% cash rewards**

on purchases.



**Terms apply**

---

"The first card I ever submitted for grading was to Beckett, and I consider Collectors custodians of this important icon in the hobby," said Nat Turner, CEO of Collectors, in a press release announcing the deal. "We believe that strong, well-supported brands help grow access to the hobby."

### TOP SPORTS MEMORABILIA & COLLECTIBLES STORIES

How Panini made its 2026 World Cup sticker album: Cristiano Ronaldo in, Neymar out

Every NFL team's best and worst uniform in franchise history

Panini World Cup stickers drawing record U.S. interest with shift in approach

Beckett was founded in 1979 by Dr. James Beckett and rose to prominence in the '80s and '90s with its popular trading card price guide magazines. Its grading services (BGS) later became a leader as interest in the practice grew during the 2000s. But in recent years Beckett has struggled to keep pace with a rapidly growing industry, dropping to third or fourth among the top grading companies, according to data compiled by GemRate. In December 2024, Collectivus Holdings was announced as Beckett's new parent company following a series of controversies and legal troubles involving the CEO of its previous parent company, Greg Lindberg.

While PSA has grown to account for the vast majority of total trading cards graded each month, Collectors has now acquired two of its much smaller competitors in recent years. In February 2024, Collectors added SGC, which has since transitioned to being a "boutique" grading company and experienced a significant decline in total cards graded, according to GemRate data. CGC is now the only major card grading company not owned by Collectors.

According to Collectors, it "will look to enhance Beckett's offering while preserving the ability for hobbyists to choose what is best for every unique item in their collection."

Graded trading cards                                    POWERED BY

 **Sports Memorabilia and Collectibles**

## Out of Stock

SOLD

More Collectibles ⤴

*The Athletic maintains full editorial independence in all our coverage. When you click or make purchases through our links, we may earn a commission.*

**Brooks Peck** is a senior editor for Sports Memorabilia and Collectibles at The Athletic. He was previously managing editor of U.S. soccer coverage and was co-founder of the award-winning Yahoo Sports blog Dirty Tackle. Follow Brooks on Instagram @SportsCardAppreciation.

Tagged To:  Memorabilia & Collectibles,  Sports Business

---



THE ATHLETIC

## Never miss a single moment.

Check our tournament hub for on-the-ground reporting, instant scores, and expert analysis as the drama unfolds.

Discover more  ›

---

**YOUR NEXT READ**

Rebecca Lowe will host seventh consecutive Olympics with NBC Sports: Source

Will Australia's T20 Big Bash League go private?

Audi reveals new F1 team name and logo for 2026 after Sauber rebrand

---

**LATEST LEAGUE STORIES**

Case 3:23-cr-00048-MOC-DCK    Document 220-1    Filed 06/22/26    Page 5 of 7

| Sports Memorabilia and Collectibles          Start a free tr

Jim Irsay Collection's American history relics going to auction in July

Women's Pro Baseball League announces trading card deal before first season

## LATEST HEADLINES

New York weather warning issued ahead of Norway vs. Senegal World Cup game

Oilers sign Connor Murphy to 5-year contract extension

Mavericks hiring Michigan's Dusty May as head coach: Source



JUN 22, 2026

### Connections: Sports Edition

Find the hidden link between sports terms

**Play today's puzzle**  ›

| National | | US | | Canada | Subscribe |
|---|---|---|---|---|---|
| Boxing | Men's Olympic Ice Hockey | Arizona | Memphis | Calgary | Start Subscription |
| Bundesliga | | Atlanta | Miami | Edmonton | Buy a Gift |
| Champions League | Mixed Martial Arts | Baltimore | Minnesota | Montreal | Group Subscriptions |
| Championship | MLB | Bay Area | Nashville | Ottawa | |
| College Football | MLS | Boston | New Orleans | Toronto | **HQ** |
| College Sports | Motorsports | Buffalo | New York | Vancouver | About Us |
| Copa America | NASCAR | Carolina | Oklahoma | Winnipeg | Careers |

Case 3:23-cr-00048-MOC-DCK    Document 220-1    Filed 06/22/26    Page 6 of 7

**Sports Memorabilia and Collectibles**

Culture

Cycling

Europa League

European Championship

FA Cup

Fantasy Baseball

Fantasy Basketball

Fantasy Football

Fantasy Hockey

Fantasy Premier League

FIFA Club World Cup

FIFA Men's World Cup

FIFA Women's World Cup

Formula 1

Gaming

Global Sports

Golf

International Football

La Liga

League Cup

League One

League Two

Ligue 1

Memorabilia & Collectibles

Men's College Basketball

NHL

NWSL

Olympics

Opinion

Peak

Premier League

Sailing

Scottish Premiership

Serie A

Soccer

Sports Betting

Sports Business

Tennis

Top Sports News

WNBA

Women's Champions League

Women's College Basketball

Women's Euros

Women's Hockey

Women's Olympic Ice Hockey

Women's Soccer

Women's Super League

World Baseball Classic

The Athletic Ink

Podcasts

Headlines

Cleveland

Columbus

Dallas

Denver

Detroit

Houston

Indiana

Jacksonville

Kansas City

Las Vegas

Los Angeles

Philadelphia

Pittsburgh

Sacramento

San Antonio

San Diego

Seattle

St. Louis

Tampa Bay

Utah

Washington DC

Wisconsin

Odds by BetMGM

Streaming by Fubo

Tickets by StubHub

**Play Center**

Connections: Sports

Connections: Soccer

**Editions**

International

U.S.

Advertise

Business Inquiries

Press Inquiries

**Support**

FAQ

Forgot Password?

Contact Us

Terms of Service

**Newsletters**

The Pulse

The Bounce

The Windup

Prime Tire

Full Time

Until Saturday

NFL Newsletter

The Athletic FC

MoneyCall

Red Light

Peak

No Offseason

©2026 The Athletic Media Company, A New York Times Company    Your Privacy Choices    Privacy Policy    Cookie Policy    Support

Sitemap