Date: Mon, 29 Jul 2019 18:50:36 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Devin Solow <dsolow@eliglobal.com>, Brian Lo <blo@vistare.us>
Subject: RE: Letter from VT DFR

Let's do 12:30.....can you also send the latest AIC asset listing please.

Thanks,
Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email. cherwig@eliglobal.com

---

**From:** Don Solow
**Sent:** Monday, July 29, 2019 1:04 PM
**To:** Chris Herwig
**Cc:** Devin Solow ; Brian Lo
**Subject:** Re: Letter from VT DFR

I can do 12:30 or 3:30 tomorrow.


> On Jul 29, 2019, at 12:12 PM, Chris Herwig < cherwig@eliglobal.com > wrote:
>
> Do you have time this afternoon before 4 or tomorrow between 12 and 4?
>
> Thanks,
> Chris
>
> Chris Herwig
> Eli Global, LLC
> 2222 Sedwick Road
> Durham, NC 27713
> Tel. 239-280-4293
> Fax. 919-287-2638
> Cell. 443-928-3272
> VOIP 3354
> Email.  cherwig@eliglobal.com
>
> ---
>
> **From:**  Don Solow < dsolow@vistare.us >
> **Sent:**  Monday, July 29, 2019 11:54 AM
> **To:**  Chris Herwig < cherwig@eliglobal.com >
> **Cc:**  Devin Solow < dsolow@eliglobal.com >; Brian Lo < blo@vistare.us >
> **Subject:**  Re: Letter from VT DFR
>
> Let's set up a time to discuss.  I don't believe VT's demand is limited to changing the investment manager.  They are imposing, in the letter, a clear obligation to get the surplus notes sold to a non-EG entity.
>
>> On Jul 29, 2019, at 11:48 AM, Chris Herwig < cherwig@eliglobal.com > wrote:
>>
>> Thanks....a third party manager managing the assets seems like it should be a fair compromise on this.
>>
>> Thanks,
>> Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email. cherwig@eliglobal.com

**From:** Don Solow < dsolow@vistare.us >
**Sent:** Monday, July 29, 2019 11:43 AM
**To:** Chris Herwig < cherwig@eliglobal.com >
**Cc:** Devin Solow < dsolow@eliglobal.com >; Brian Lo < blo@vistare.us >
**Subject:** Re: Letter from VT DFR

I will check.  Here is the portion that pertains to EG.

> On Jul 29, 2019, at 11:39 AM, Chris Herwig < cherwig@eliglobal.com > wrote:
>
> Can you send us the letter?
>
> Thanks,
> Chris
>
> Chris Herwig
> Eli Global, LLC
> 2222 Sedwick Road
> Durham, NC 27713
> Tel. 239-280-4293
> Fax. 919-287-2638
> Cell. 443-928-3272
> VOIP 3354
> Email.  cherwig@eliglobal.com
>
> -----Original Message-----
> From: Don Solow < dsolow@vistare.us >
> Sent: Monday, July 29, 2019 11:39 AM
> To: Chris Herwig < cherwig@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >
> Cc: Brian Lo < blo@vistare.us >
> Subject: Letter from VT DFR
>
> Chris, Devin:
>
> Late last week we received a letter from VT DFR ordering us to sever ties to the Eli Global group.  Specifically, the letter requires us to (1) find new investors for the surplus notes, (2) terminate contracts with New England Capital and Greenfield Capital (including their ownership of series certificates issued by Cygnet 002 Master Trust), and (3) end the advisory agreement with SASL.
>
> We should arrange a call to discuss.  VT DFR has requested a response not later than August 15th.
>
> Regards
> Don