Date: Tue, 14 Jan 2020 20:01:03 +0000
From: Devin Solow <dsolow@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Chris Herwig <cherwig@eliglobal.com>
Subject: RE: Loan ratings

Saul Grossel        saul.grossel@egan-jones.com        646-760-2214

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone.  919-813-7652
VOIP: 3208
Cell.  919-357-6883
Fax-  919-287-2565
Email.  dsolow@eliglobal.com

**From:** Don Solow
**Sent:** Tuesday, January 14, 2020 2:07 PM
**To:** Devin Solow
**Cc:** Chris Herwig
**Subject:** Re: Loan ratings

Do you have a contact there?

> On Jan 14, 2020, at 12:23 PM, Devin Solow < dsolow@eliglobal.com > wrote:
>
> If I had to guess, less than 1% chance.
>
> Devin Solow
> Eli Global, LLC
> 2222 Sedwick Road
> Durham, NC 27713
> Phone.  919-813-7652
> VOIP: 3208
> Cell.  919-357-6883
> Fax-  919-287-2565
> Email.  dsolow@eliglobal.com
>
> On Jan 14, 2020, at 11:37 AM, Don Solow < dsolow@vistare.us > wrote:
>
>> No response from HR.  Do you think there's any chance we could ask E-J to assign ratings, even if the ratings are NAIC-5 ("CCC")?
>>
>>
>> On Jan 6, 2020, at 5:39 PM, Devin Solow < dsolow@eliglobal.com > wrote:
>>
>> Iliana Garcia        ilianagarcia@hrratings.com        "+52 (55) 15 00 07 65"
>>
>> Devin Solow
>> Eli Global, LLC
>> 2222 Sedwick Road
>> Durham, NC 27713
>> Phone. 919-813-7652

VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email.  dsolow@eliglobal.com

---

**From:**  Don Solow [ mailto:dsolow@vistare.us ]
**Sent:**  Monday, January 6, 2020 2:20 PM
**To:**  Devin Solow < dsolow@eliglobal.com >
**Cc:**  Chris Herwig < cherwig@eliglobal.com >
**Subject:**  Re: Loan ratings

Do you have a contact at HR we could call?


On Jan 6, 2020, at 2:15 PM, Devin Solow < dsolow@eliglobal.com > wrote:

Maybe you could engage them? Not sure though.

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone.  919-813-7652
VOIP: 3208
Cell.  919-357-6883
Fax-  919-287-2565
Email.  dsolow@eliglobal.com


On Jan 6, 2020, at 2:02 PM, Don Solow < dsolow@vistare.us > wrote:

Gentlemen:

Do you think there is any chance that HR or E-J would rate the
loans currently in the USAP trust?  If the loans are not rated,
then USAP will have trouble taking reserve credit.  A rating of
 NAIC-5 would work.  The key is that there needs to be some
rating, even if it's very low.

Let me know what you think.

Don