Date: Mon, 6 May 2019 18:18:03 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Don Solow <dsolow@vistare.us>, Carson McGuffin <CMcGuffin@eliglobal.com>, Devin Solow <dsolow@eliglobal.com>,
Lou Hensley <Lou.Hensley@globalbankers.com>
Cc: Brian Lo <blo@vistare.us>
Subject: RE: USAP

---

Don, they need to be rated investment grade or just rated? Thanks, Chris Chris Herwig Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Tel. 239-280-4293 Fax. 919-287-2638 Cell. 443-928-3272 VOIP 3354 Email.�cherwig@eliglobal.com ----- Original Message----- From: Don Solow [mailto:dsolow@vistare.us] Sent: Friday, May 3, 2019 3:32 PM To: Carson McGuffin ; Chris Herwig ; Devin Solow ; Lou Hensley Cc: Brian Lo Subject: USAP Can we arrange a call for early next week? USAP must file its Q1 statement by May 15th. If the trust contains unrated assets, they are out of business, and the next step will be massive litigation after a liquidator is appointed. It is imperative that we get all the assets in the trust rated by May 15th, or swap out the unrated assets for rated assets.

---