**EXHIBIT A2**

NORTH CAROLINA

WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
19 CVS 008664

MIKE CAUSEY, COMMISSIONER
OF INSURANCE OF NORTH
CAROLINA,

        Petitioner,

        v.

SOUTHLAND NATIONAL
INSURANCE CORPORATION,
SOUTHLAND NATIONAL
REINSURANCE CORPORATION,
BANKERS LIFE INSURANCE
COMPANY, COLORADO BANKERS
LIFE INSURANCE COMPANY,
North Carolina Domiciled Insurance
Companies,

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF WITHDRAWAL OF
JOINT MOTION FOR
INJUNCTION TO PROHIBIT
INTERFERENCE WITH
REHABILITATION AND
LIQUIDATION PROCEEDINGS**

NOW COME Respondents Bankers Life Insurance Company ("BLIC"), Colorado Bankers Life Insurance Company ("CBL"), and Southland National Reinsurance Corporation ("SNRC"), all in rehabilitation, and Southland National Insurance Corporation in liquidation ("SNIC") (collectively, "Respondents"), and Petitioner, Commissioner of Insurance Mike Causey, as the duly-appointed Rehabilitator and Liquidator of Respondents, and hereby give notice of withdrawal of the Joint Motion for Injunction to Prohibit Interference with Rehabilitation and Liquidation Proceedings dated May 30, 2023 (the "Joint Motion"). On July 20,

Case 3:23-cr-00048-MOC-DCK    Document 234-2    Filed 07/14/26    Page 2 of 5

2023, Universal Financial Holdings, LLC and Bob Alban withdrew the Form A

application at issue in the Joint Motion thereby rendering the Joint Motion moot.

Respectfully submitted, this the 25th day of July, 2023.

JOSHUA H. STEIN
ATTORNEY GENERAL

WILLIAMS MULLEN

By: /s/ *Daniel S. Johnson*

Special Deputy Attorney General
N.C. Department of Justice
Insurance Section
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6620
N.C. State Bar No. 9289
Email: djohnson@ncdoj.gov

By: /s/ *Wes J. Camden*

Wes J. Camden
NC State Bar No. 33190
Caitlin M. Poe
N.C. State Bar No. 44713
Lauren E. Fussell
N.C .State Bar No. 49215
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
wcamden@williamsmullen.com
cpoe@williamsmullen.com
lfussell@williamsmullen.com
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

*(Attorneys for the Respondents)*

By: /s/ *M. Denise Stanford*

Special Deputy Attorney General
N. C. Department of Justice
Insurance Section
P.O. Box 629
Raleigh, N.C.  27602-0629
Telephone: (919) 716-6621
N.C. State Bar No. 17601
Email: dstanford@ncdoj.gov

*(Attorneys for Petitioner)*

2

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a copy of the foregoing pleading or paper was served by electronic mail on the following:

Matthew N. Leerberg
Mark A. Finkelstein
Stephen W. Petersen
Fox Rothschild LLP
434 Fayetteville St., Suite 2800
Raleigh, NC 27601-2943
mleerberg@foxrothschild.com
mfinkelstein@foxrothschild.com
spetersen@foxrothschild.com
*Attorneys for GBIG Holdings, LLC*

Aaron Z. Tobin
Jared T.S. Pace
Condon Tobin Sladek Thornton PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231
atobin@condontobin.com
jpace@condontobin.com
*Attorneys for GBIG Holdings, LLC*

David Liggett
Ragsdale Liggett
2840 Plaza Place, Suite 400
Raleigh, NC 27612
dliggett@rl-law.com
*Attorneys for Robert Alban and Universal Financial Holdings, LLC*

to the email addresses of record with the court set forth above in accordance with Rule 5(b)(1)a. of the North Carolina Rules of Civil Procedure.

3

This 25th day of July, 2023.

/s/ *M. Denise Stanford*
M. Denise Stanford
Special Deputy Attorney General
N.C. Department of Justice
Insurance Section
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6621
N.C. State Bar No. 17601
dstanford@ncdoj.gov

4