**EXHIBIT A3**

**AFFIDAVIT OF ROLAND M. LOFTIN, JR.**

I Roland Loftin, Jr., being duly sworn, make the following statements:

I am over 21 years of age, of sound mind, under no duress, and competent to testify as to the facts set forth in this affidavit. The contents of this affidavit are based upon my personal knowledge, extensive notes and documentation of events, and include what I personally witnessed and heard. It is true and correct to the best of my knowledge.

During Causey's 2016 compaign, when Causey expressed concerns about Greg Lindberg, a millionaire insurance company owner who supported Wayne Goodwin in the insurance commissioner race, Cartret said he was going to use Causey's issues to solve AAI's issues and make sure that Lindberg would not be in a position to contribute to Causey's political opponent's campaign.

Mike Causey told Cartret that he was concerned about a multi-millionaire named Greg Lindberg who had strongly supported Goodwin during the last election. Causey, who according to Cartret, was taking cash donations from members of NCBAA's board and Cartret, saw Lindberg as a significant impediment to winning the election against Goodwin.

In mid-2016, not long after Mark Cartret and the North Carolina Bail Agents Association board members started supporting Causey and meeting with him, Mike Causey told Cartret that he was concerned about a multi-millionaire named Greg Lindberg who had strongly supported Goodwin during the last election. Causey, who according to Cartret, was taking cash donations from members of NCBAA's board and Cartret, saw Lindberg as a significant impediment to winning the election against Goodwin.

After Causey's concerns about Lindberg came to light, Cartret discovered that Ray Martinez was in charge of regulating Lindberg's companies in addition to AAI and Cannon. Cartret told me that "Causey's concerns about Lindberg were going to be the fix to our problems with Martinez and Cannon."

Cartret said that he told Causey the story (that he had completely made up) that he had told SA Jones and reported to DOI: Cannon Surety was a front for money-laundering and distribution of drugs. Cartret was very proud that it had occurred to him to tell Causey that the drugs sold out of Cannon had come from a drug cartel run by Greg Lindberg. Cartret told Causey that Ray Martinez was Cannon and Lindberg's companies' "enforcer," and his job was to protect them in exchange for drugs and money.

## AAI's 2016 CHRISTMAS PARTY

After Causey was elected, but before he took office January 1, 2017, Cartret invited Causey to AAI's Christmas party, which was December 15, 2016 at the Angus Barn in Raleigh. Cartret said he had promised Causey a $10,000 "contribution" if Causey committed to firing Ray Martinez and shutting down Cannon and NC Bail Academy and wanted to give it to him at the party. He asked me to pay half, but I told him that I couldn't. Later, he told me Sam Jones was going to get the money out of AAI for him.

Before the party, Cartret showed me that he had put the cash in a Christmas Card envelope. The money made the envelope about 2 inches thick. At some point during the evening, when Cartret and I were speaking with Causey alone, Cartret gave Causey the envelope. Causey opened it and looked at the money. Causey put it in his inside jacket pocket and said something like: "Thank you. This will help." Then Causey said, "I'll give it to my campaign treasurer so she can "make sure everything's legal". I got the impression that Causey said this for my benefit.

Cartret told Causey it was his pleasure to support the person who "had promised to be the kind of Commissioner who would do what Wayne Goodwin had refused to do and get rid of corrupt DOI employees like Ray Martinez and corrupt companies like Cannon and Greg Lindberg's companies."

Cartret warned Causey that as long as Martinez was in place, Causey would not be able to do anything about Lindberg or Cannon. He also told Causey that he (Cartret) would give Causey whatever help he needed, but to "get to" the inner workings of Cannon and Lindberg's companies, Causey would have to fire Martinez. Cartret offered to take over and run Cannon and Lindberg's companies, falsely bragging, as he often did, that he had "quasi" run many insurance companies. Causey said he'd keep that in mind.

I commented to Causey that maybe after he got in office, Lindberg would start supporting him. Causey said he didn't care about getting money from Lindberg, he cared about Goodwin getting money from Lindberg.

Cartret suggested Jeffrey Trendel as a replacement for Ray Martinez. He said that Trendel was "a team player" and had been at DOI a long time. Causey said that he had a person in mind who had already helped him a lot and she had been at DOI a long time, also, and she had "warned him about Trendel". Causey said she already didn't like Lindberg and would know how to go about dealing with the companies and dismantling them.

Not long after Christmas, Cartret told me that Martinez would be fired in the next few days. Cartret said that Causey said not to tell anyone until it was official. Cartret was relentlessly proud that he had finally gotten Martinez fired.