# EXHIBIT A3.1

Recorded Statement

2402429_1520.mp3

April 29, 2024

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 2 of 41

ROBERT GADDY:  Today is Monday, April 29th, 2024.  I'm sitting with Roland Loftin in Rocky Mount, North Carolina, and this is Roland Loftin's recorded statement.  Roland, thanks a lot for taking time today.

ROLAND LOFTIN:  Yes, sir.

ROBERT GADDY:  Really, really appreciate you.  Please, if you would, share what you remember about what's come to pass for Greg Lindberg?

ROLAND LOFTIN:  Okay. Yes, my name -- I am Roland Loftin, and from what I know, factual information, I know when Greg, he -- you know, he was, he was the guy at DOI.  I heard that they would always ask me his name and Mark Cartrett would ask me if I know him.  When he's asking me something, everything is coming from the top and during that time, everything with Mark was coming from the top because we were negotiating and having an insurance company.

So, they knew that Greg was pretty powerful.  I heard him say it.  And they knew he would be in the way for years to come.  So. right then, they started doing what they did to everybody else.  They're scheming.  They're

trying to find ways to get him out.  So, and I remember clearly him asking me, do you know anything about Greg Lindberg?  I did -- at the time, I didn't even know his name.  So, I remember asking Lyne, I said, who is Greg Lindberg?  She said, oh that's the guy, the insurance guy that he did a lot for Wayne and it made sense because at the time they knew Causey was coming in and they were trying to do anything to get anybody that supported Wayne out of the way.  And --

ROBERT GADDY:  Got you.

ROLAND LOFTIN:  That's exactly, you know, what they proceeded to do.  And then it became a Ray Martinez show.  Let's get rid of Ray.  And as much as they did to try to get Greg, they did the same thing with Ray.  And then, as well with Dallas and Lyne.  Everybody that went against them, they plotted to, you know, and Greg was first.

ROBERT GADDY:  So, who do you think was interested in getting rid of Greg?  Who do you think was involved with that?

ROLAND LOFTIN:  Couple of senators that that I will always hear -- well, just, I don't

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 4 of 41

know if they're senators or not, but they're pretty powerful people.  Tom Apodaca, a couple of guys that Mark Cartrett talked to regularly and even a couple of times I heard them -- overheard him on the phone speaking of ways Lindberg was going to be out.  I did.  I heard him, I heard him speaking.  I didn't say a lot, but I listened.

ROBERT GADDY:  So why were these folks so interested in getting rid of Greg Lindberg, do you think?

ROLAND LOFTIN:  Because he was powerful, just like with anything.  I mean, he -- I mean, it's that clear.  He was like -- they -- I heard them say that, he was Wayne's biggest supporter and if you get rid of Wayne's biggest supporter, the coast is clear and --

ROBERT GADDY:  No more Wayne.

ROLAND LOFTIN:  Right.  And now, they have what they want.  And so it became that and then now it makes sense to me.  They were -- man, they hated Martinez.

ROBERT GADDY:  Wowl

ROLAND LOFTIN:  They hated him.  They -- and I -- Martinez loved me and I -- but I

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 5 of 41

wondered all the time, why do they hate him?  So now, you know --

ROBERT GADDY:  Why do you think they hated him so much?

ROLAND LOFTIN:  Well, at the time -- and I was dead wrong -- I thought they hated him because he liked Dallas.  They hated him because he liked Lindberg.  That's what it was.  I thought it was Dallas, so honestly, that's why I thought it could have been some connection, but they were just honestly trying to do y'all the same way.  Like that's just what it was.  They weren't trying to let Dallas and Lyne get insurance.  They were trying to do everything they could and at the same time they were trying to take away Lindberg.

So they were at the top plotting against both of them.  And Ray Martinez had a pretty good relationship with Dallas and me, and they couldn't stand it.  But now I know why they couldn't stand it.  Now -- I mean a lot made sense to me later.

Like even, there was one time at our Christmas party, this was before Causey got elected, I heard Mark saying, hey, look, man, we

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 6 of 41

got to give -- we got to -- and I'm like, man, that's not right.  We can't give him no money.  But I did -- at the Christmas party, I seen him give him an envelope.  I did.  And I -- and I'm the only one that saw it.  He put the envelope right in his pocket.  And after that, he was able to talk to him, do whatever we want.  So, I already --

ROBERT GADDY:  So, he was able to talk to Causey whenever he wanted to after that?

ROLAND LOFTIN:  You can look at the emails and look at anything.  Like, after Christmas of that year, look at the emails and see what happened.  Now, the picture that we got, you can't -- you can see where it's -- but I saw it.  I saw it.  And I'm like, okay.  Well, I don't know.  Like --

ROBERT GADDY:  So, after the --

ROLAND LOFTIN:  We got whatever we wanted.

ROBERT GADDY:  -- Christmas party 2016 or 2017 --

ROLAND LOFTIN:  Look at the trend.

ROBERT GADDY:  And -- yeah, they were all --

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 7 of 41

ROLAND LOFTIN:  All you've got to do is look at the trend.  What I'm saying is facts.  Look at the email trends.

ROBERT GADDY:  Yeah.

ROLAND LOFTIN:  Look at what you see.

ROBERT GADDY:  Yeah.

ROLAND LOFTIN:  Now, during the time, I can tell you I didn't understand all that was going on.  Now, I look back at it and look at the emails.  Oh yes.  It was clear to see.  If y'all would have known that, you wouldn't even be going to court this week.  And I mean, looking -- and the emails can prove that to you.  Just look.

I want you to take your time this week and look at the emails after the Christmas party and look at how the mood changed and then look at the picture.  Now, the (indiscernible) is here.  You (indiscernible) envelop.

ROBERT GADDY:  Big lump in his coat?

ROLAND LOFTIN:  Look at how things changed.  So I mean, that's -- and that's pretty much I've been more into them getting Dallas and Lyne.  I was sick when I thought Lyne could go to prison, because I knew she was right.  This lady just wanted to start a class to help people and

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 8 of 41

they did everything to come against her.

So I'm like, man, hearing the story of Greg, I'm like, man, at least they didn't have to go through that. And then even with him, he didn't have to go through what Tim Mathis went through, and all because if these guys Tom Apodaca, Mark Cartrett, or anybody from NCBA are plotting against you, look at what happens, not with just Greg Lindberg, but everybody. This is -- it ain't just him. That's why they needed to look at a trend with anybody that's doing something that they want to get rid of. They're gone.

ROBERT GADDY: So --

ROLAND LOFTIN: So, that's why I'm scared to talk.

ROBERT GADDY: Yeah. Yeah. So, that's like the connection between like Cannon and Greg Lindberg's insurance companies and Tim Mathis, I guess. What happened to Tim Mathis?

ROLAND LOFTIN: Tim was just loud, but they lied. They wanted to get rid of him, too. We got emails. He was the first one they plotted against, actually, it wasn't Greg. But he was the reason why they believed they can get Greg,

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 9 of 41

because they got him so easy and he was so mouthy. He was a big-time bondsman and he probably gave them confidence.

So, I'm telling you, man, that's a fact too. Tim Mathis gave them the confidence they knew they needed to see that they can get rid of Greg Lindberg. I promise you. Because Tim was pretty powerful. He knew lawyers. I wouldn't have never -- I would have bet my life he would have never went to prison.

As a matter of fact, I used to teach school with him. So, now you know, I'm scared. A guy that -- I used to teach school with, thought the world of, though he was the smartest man in the world, they conspired to lock him up. Right? And they did, and he was right, to this day. To this day, he's still right. He's out now but he was never wrong. They conspired against him.

So, after they did that, of course, then, man, they got the confidence now to know, hey, we want anybody out, we know what to do. Tom Apodaca, Mark Cartrett, all them will get together. They will get -- they will make their phone calls and get rid of people. And Mike

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 10 of 41

Causey knows.  He does.  Yeah, Mike knows it now.

ROBERT GADDY:  Do you feel like Mike's just pretty much doing what he's told by this crowd?

ROLAND LOFTIN:  Yeah, for money.  Yeah. I mean, it's obvious.  He took the money.  I mean, he took the money and that's what I need to go look at some more, like, after that day and I -- because I know in my mind every -- we had this move.  Like, they weren't going to cut our insurance company off or nothing.  Like, we were good.  They extended our time.  All they did was bother Dallas and Lyne.

Now, Dallas and Lyne didn't give them money.  They just worked.  But I'm telling you, Mark Cartrett gave him an envelope.  It was smooth sailing after that.

ROBERT GADDY:  So, if you don't mind me asking you, what did -- how did Cartrett end up getting your dad's place?

ROLAND LOFTIN:  Okay, because we -- to get an insurance company, we had to have a certain amount of property.

ROBERT GADDY:  Right.

ROLAND LOFTIN:  My granddad's house was

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 11 of 41

used as property.  When everything went south, he sold my granddad's house.  He illegally had his wife notarize a form and they sold the house.  He illegally did it as well.  I just had to have the money to fight it.

ROBERT GADDY:  I'm very sorry.

ROLAND LOFTIN:  Yeah.

ROBERT GADDY:  So, somehow or another, he did it without your signature?

ROLAND LOFTIN:  Right, he got his wife --

ROBERT GADDY:  -- your dad's signature?

ROLAND LOFTIN:  He got his wife to notarize and my -- he got my dad to sell it for a dollar.  He told my dad, he goes, yeah, for a dollar.  And he -- his wife notarized it.  You know, in real estate, you can't do that.  He knew it was -- I got plenty of proof where he did things like that.  It's not a secret that he'll do stuff like that.  He tells everybody he's a pilot.  He tells everybody he's a billionaire.  As a matter of fact, I was thinking about it today.  Maybe he wanted to be Greg.  Like, seriously, like maybe he -- because he's delusional like that.  Maybe he wanted to be

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 12 of 41

Greg.  I don't know.  but he --

ROBERT GADDY:  Maybe he was envious.
Yeah.  So, I guess it's -- I guess it's -- you
have to ask yourself, how does a guy, you know,
like Mark Cartrett end up, you know, sort of
being behind something that ends up with Mathis
in jail, Lindberg in jail --

ROLAND LOFTIN:  And I guarantee you, he
pushed Greg because he claims -- he prides
himself on knowing all these FBI agents from the
(indiscernible) lady --

ROBERT GADDY:  Really?

ROLAND LOFTIN:  Everybody -- yeah, he
prides himself off of that.  And his -- he talks
about how many DAs he knows, how he can get this
done.  He always uses, oh, I can get him locked
up right now.  He says that all the time, man.
This guys is evil, man.  I -- look, honestly, I
hate even talking about him, man.  Makes me sick.
Because I'm telling you, it's like a bad movie
with him.  It is.  It really is.

And I'm not as scared as I was, because
now I'm like, man, I got to do what's right, man.
He can't keep hurting people.  Like Lyne's dad,
he used to go to Lyne's dad house scaring him --

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 13 of 41

her -- his dad about her.  He ended up having a heart attack.  And then my dad was so stressed about him because he used to tell my dad that if I didn't do what he said, he was going to get me to picked up by the feds.  So my dad's knowing Tim Mathis, like this guy is good, and he had him picked up, so I'm going to be scared for my son.

I mean, that's the -- but now, I'm to the point, I'm like, God, I got to fight this guy.  I will -- you know, like I got to.  I can't -- and I'm definitely not going to let him do Dallas (indiscernible) like that.  I'm not.  So -- and they was like, look, Greg, they need you.  And I'm like, well, you know, I'm going to be honest.

And I've researched.  I've -- I know what I need to know and I've come to the conclusion that Greg is all the way innocent too.

ROBERT GADDY:  You know -- no, and I -- yeah, he's -- I mean, one of the reasons why we got into insurance in the first place is because of the compliance that's required --

ROLAND LOFTIN:  Right.

ROBERT GADDY:  -- and how good we are at compliance.

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 14 of 41

ROLAND LOFTIN:  Right, right, right.

ROBERT GADDY:  We are the most compliant organization and Greg is the most compliant person you will ever meet.

ROLAND LOFTIN:  I can believe it, man.

ROBERT GADDY:  He is all about regulation.

ROLAND LOFTIN:  Man, I believe it.

ROBERT GADDY:  And it's just -- that's another thing.  I mean, you know, we're all so straightlaced and so compliant in all the businesses we get into, he never -- we never thought for a minute that someone, you know, had it in for us.  Never even saw it coming.

ROLAND LOFTIN:  And man, I'm telling you, that's what happened.  Y'all got hoodooed.  You did.  I'm going to tell you straight up.  You did.  And it was a Mark Cartrett job.  It was a Jim Kemp, Tom Apodaca.  They probably were being quiet, but I guarantee you, the one pushing it was Mark Cartrett, just like he pushed to get Ray Martinez out.  He was the main one pushing it.

And now, I didn't know that he was the main one pushing it until later.  Like -- because it makes sense.  But, because he's the one that

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 15 of 41

leads all the way for people to get locked up over there. He'll call up investigator. Hey, y'all need to lock him up. Y'all need to get done -- I've heard him on the phone with people. He was on the phone while they were going to Dallas office to pick them up. He was on the phone with them, with DOI.

ROBERT GADDY: When they were going to pick Dallas up?

ROLAND LOFTIN: Yes. I'll never forget the day. He was on the phone, so I'm like, man, he know too many people. Like, what in the world. Yes.

ROBERT GADDY: Wow.

ROLAND LOFTIN: That's -- because Apodaca though, they got power. They know everything. It's like, this is what it is. Tom Apodaca, Jim Kemp, they all -- they are all in NCBA. They were all together in this group. They all -- they're always trying to come up ways to make money off all the insurance industry. They saw Greg, became envious, had to get him out of the way.

And then, they knew if he wasn't out of the way Causey won't (indiscernible) get re-

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 16 of 41

elected cause they -- he was Wayne's biggest supporter, they thought.  I've heard him say that.  So, that's what this is all about, man. And I honestly, I'm telling you, I know Greg had to do good work because I knew Wayne and Wayne -- I mean, I just knew he had to do good work.  I already knew he was being falsely accused and they were just making up stuff.  They're making situations worse.  I already knew what it was.

ROBERT GADDY: So, you had a good feeling about Wayne?

ROLAND LOFTIN:  Oh, yeah.

ROBERT GADDY:  -- experience --

ROLAND LOFTIN:  I love Wayne.  He's a good -- he's a good guy.  I mean, I love him.  I know his wife and kids.  I love Wayne.  Wayne is one of my great friends.  I love Wayne. And that kind of like split us up because like at that point you don't know who to trust, man.

ROBERT GADDY:  Right.

ROLAND LOFTIN:  So, but Wayne, man, I think the world of Wayne.  I mean, I've actually spent a lot of time with Wayne and he's a great friend of mine.  I hate what happened but honestly they were going to get him.  I'm telling

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 17 of 41

you.

ROBERT GADDY: They were going to get Wayne?

ROLAND LOFTIN: Yeah, because they didn't like him. They were trying to get him out. That -- so they -- just like they got Causey in and they were going to get Wayne out and it was going to be bad, probably, so he don't even know. It's probably a blessing that he was out.

ROBERT GADDY: Well, what do you think would have happened if they hadn't have done it the way they expected to do it?

ROLAND LOFTIN: They have so much power with Apodaca. I don't know, because Wayne is such a good guy. They couldn't dig up any dirt on him. They were probably going to try to tie to something with Lindberg. I'm telling you, they were going to try. It was going to be something, I can tell you that. Because just like, I heard Causey was wearing wires, they were trying to do something. You know what I'm -- they were looking for something. They were looking for, like, that was their whole intent.

ROBERT GADDY: How do you think the

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 18 of 41

whole wire -- the whole thing with Causey wearing the wire got going? How do you think --

ROLAND LOFTIN: I think Mark Cartrett told them to do it and then get him on something. I do. I think Mark Cartrett, Tom Apodaca. I promise you, it's almost -- and I want to say one time -- I want to say one time I heard him say that. I do. I want -- but I'm not sure, but I'm telling you, one time I felt like I heard them say that.

I think Mark Cartrett was checking on, how did it go. I felt like I heard him say like, how did that go? Did you get it on recording? I really feel like I heard him say that. So, -- man.

ROBERT GADDY: So, do you feel like -- do you feel like that they were somehow or another pushing Causey to get it to --

ROLAND LOFTIN: Yes. To be able to wear a wire?

ROLAND LOFTIN: Yeah, they was trying -- yeah. And Causey was with it. He -- Causey was doing it, like, I think he owed somebody a favor, too, but his intent, I mean -- and probably if you ever listen to the conversation,

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 19 of 41

you could tell how he was asking for things, just trying. Because Causey's not even that smart, like, you know. So he was asking for things, like, trying to talk him in. I guarantee you, if you listen to the transcript, it was him trying to get him to say stuff to incriminate. I'm telling you, that's what it was.

ROBERT GADDY: Oh, you mean like the conversations with Greg?

ROLAND LOFTIN: And I guarantee you Mark Cartrett was behind it and that's what probably nobody knows. Mark Cartrett has been behind a whole lot of stuff and he's the one that knows the people and place that are listening to him and go just raid people for that. He's the one that knows those people. He had them at Dallas office. That's --

ROBERT GADDY: How do you think they actually got the FBI to investigate Greg? How do you think that that happened?

ROLAND LOFTIN: Mark Cartrett.

ROBERT GADDY: You think?

ROLAND LOFTIN: Man, I would bet my life on it. I would. I would bet my life on it. He got them to investigate Dallas

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 20 of 41

(indiscernible).  He knows Deedee.  I mean, I'm telling you, if you study the emails, what I'm saying makes sense.  I don't even got to talk.  Just (indiscernible) Christmas party, go after the email, see what he got.  Just, I mean -- yeah, man.  Anything you need to know.  What -- I think I got a training that I got to go to across down at 4:45, but I'll be happy to meet with you any day this week, any --

ROBERT GADDY:  Thank you so much.  No, I definitely want to come back.  I want to hear about --

ROLAND LOFTIN:  Man, yes.

ROBERT GADDY:  -- basketball.  There's a lot of things I want to hear about.

ROLAND LOFTIN:  Sure.  Sure, man.  But I -- it's a lot, man.  I've been dying to be able to tell you, to somebody where it really matters.  I know I can tell Dallas and Lyne, but that's just us talking.  That's not getting nothing done.

ROBERT GADDY:  Well, and it's not because they're not capable.

ROLAND LOFTIN:  Right.

ROBERT GADDY:  It's because the two

situations have been really meticulously separated.

ROLAND LOFTIN:  And they should be together.  I'm telling -- what I was telling him --

ROBERT GADDY:  It should be --

ROLAND LOFTIN:  (indiscernible).  They did y'all the same way.  They did you all -- I promise you man.  Like, you -- one day, man, you're going to be like, man.  Yeah, Roland, yeah, he said it.  Because I seen it.  I seen how they did them.  Now, I know way more about how they did them.  They were -- with Lindberg, I didn't know him, so they were going to say so much.

They -- I remember one day, Mark Cartrett asked me, did you know Greg Lindberg, because I called Lyne.  I said, man, who's Greg Lindberg?  She said, you don't know him?  And I said no.  So, he asked me that.  And when he asked me that about somebody, he's inquiring.  And then I noticed, I'll never forget, I said he asked about Greg Lindberg.

And that same day I heard him trying to get someone in some stuff.  He was gossiping.

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 22 of 41

And that's why I asked Lyne. I was like, so, yeah, I already knew. Because he -- I heard him on the phone and I think he was talking to the Jim Kemp or Tom Apodaca and they were talking about Lindberg and they are the ones, they run DOI. They do.

ROBERT GADDY: Yeah, I was told at one point that somebody told me a story that Jim Kemp had stormed into Causey's office at some point and --

ROLAND LOFTIN: Yeah, true.

ROBERT GADDY: -- it has basically, you know, it -- said look, you know, we essentially, we paid you and now it's time for you to do what you're supposed to do, and you're taking too long. Get it done. You know?

ROLAND LOFTIN: Facts. And that's why they -- I heard -- look, I heard them do that when they raided Dallas and Lyne. I heard Mark Cartrett, like, when are y'all going to do it? The minute he did it, they did it, he told me. He was bragging about it. He was trying to show me --

ROBERT GADDY: Wow.

ROLAND LOFTIN: Yes. And I -- because,

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 23 of 41

you know, these -- they've been my friends way before Mark Cartrett. I was just tied to him with the house. So, they understood why I had to go with him.

ROBERT GADDY: Yeah.

ROLAND LOFTIN: But these were my friends. I'm like, man, they got raided.

ROBERT GADDY: So, he's on the phone as they're getting raided. He's on -- Cartrett's on the phone with whoever was doing the raid.

ROLAND LOFTIN: And now you know why I'm like, this guy is -- man, how, how is he this powerful? Because being around, he's not a pilot. He doesn't have the money he said he has.

ROBERT GADDY: Who do you think he was on the phone with when they raided Cannon? If you had to guess. I don't know.

ROLAND LOFTIN: If I had to guess, it'd be Jim Kemp or Apodaca. Because -- oh, no. He was on the phone with them in the days leading in between. He was telling me it was going to happen.

ROBERT GADDY: Yeah.

ROLAND LOFTIN: So, yeah. So, that's why I know they were all working together and I

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 24 of 41

do know. Now, I see -- I don't know how much to tie into the -- that insurance industry with Apodaca and them. I don't. I don't know how much that means to them. I know Dallas and Lyne's meant a lot to them because they didn't want the school. They didn't want them in bail bonding.

ROBERT GADDY: That was direct competition.

ROLAND LOFTIN: Right. So I'm trying to -- now, the only thing I know and I've heard them say it, is that's Wayne's guy. If he's out of the way, it's smooth sailing because that -- he gives Wayne the most money. I have heard them say that.

ROBERT GADDY: Well, you know, Greg donated by far --

ROLAND LOFTIN: Yeah.

ROBERT GADDY: -- way, way more money.

ROLAND LOFTIN: And see, I didn't know that. I heard him say it.

ROBERT GADDY: Yeah.

ROLAND LOFTIN: So, you know, Dallas and Lyne, of course, has told me now, but it makes a lot of sense now. But I can tell you I'm

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 25 of 41

110 percent sure Greg Lindberg's an innocent man. He is.

ROBERT GADDY:  Roland, thanks for your time today.

ROLAND LOFTIN:  Yes.  It's a pleasure, man.  Like, honestly even talking to you man, it's like a weight off my chest because I -- man, I want some, this Mark Cartrett guy, I just -- I don't want -- for one, I don't want to see nobody else innocent go down.

And then, man, I just hope Mark Cartrett gets what he deserves.  I does.  He's kind of, like, ruined my life kind of, but I'm glad now I get to minister to kids.  I work at a school.  I'm kind of low key now.  But Mark Cartrett has really changed my life because look, I've seen what he's done.  Just imagine. Imagine, you know.

ROBERT GADDY:  Well, I think that things are going to get a heck of a lot better for you --

ROLAND LOFTIN:  Okay.

ROBERT GADDY:  -- in your life.

ROLAND LOFTIN:  Well --

ROBERT GADDY:  Because you're going to

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 26 of 41

get this off your chest.

ROLAND LOFTIN:  Yes.  Yes.  Yes.

ROBERT GADDY:  And I think you'll be able to put it behind you once and for all.

ROLAND LOFTIN:  Well, I hope so, man. And I hope I can help Greg, man.  I hope -- I just hope, you know, he ain't got to go back -- because he shouldn't be.  You know what I mean? That that's for anybody that shouldn't be.  Like I'm telling you --

ROBERT GADDY:  It's a bad feeling.

ROLAND LOFTIN:  I can imagine how he feels, even worrying about it, you know?  Is he in pretty good spirits?  You know, just -- I mean --

ROBERT GADDY:  He's, you know, he's -- Roland, he's tough, man.

ROLAND LOFTIN:  Oh, he is?  Okay.

ROBERT GADDY:  He's tough.

ROLAND LOFTIN:  Mentally tough, huh?

ROBERT GADDY:  He's mentally tough.

ROLAND LOFTIN:  Oh, wow.

ROBERT GADDY:  He's never given up the fight.

ROLAND LOFTIN:  Oh, wow.  Wow.  Man.

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 27 of 41

Man.  Okay.

ROBERT GADDY: Even when he went to prison, you know, he really focused on creating -- you know, he really focused on transforming prison into something that made him a stronger person.

ROLAND LOFTIN:  Wow.  Wow.

ROBERT GADDY:  He did a lot of work on himself in prison.  He did --

ROLAND LOFTIN:  Okay.

ROBERT GADDY:  -- a lot of fasting.

ROLAND LOFTIN:  Okay.

ROBERT GADDY:  He got his fasting protocol down while he was in prison.

ROLAND LOFTIN:  Oh, wow, wow.

ROBERT GADDY:  You and I need to talk about that, too, because --

ROLAND LOFTIN:  Sure, sure.  We do.  We do.

ROBERT GADDY:  Because I thought, that's fascinating that you you're into fasting as well.

ROLAND LOFTIN:  I am.  I am.  I am.

ROBERT GADDY:  Well, I'll bring you some great --

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 28 of 41

ROLAND LOFTIN:  Please, please.

ROBERT GADDY:  -- material on that next time I see you.

ROLAND LOFTIN:  Please.

ROBERT GADDY:  We can just -- we can just link up and talk about that.

ROLAND LOFTIN:  Yes, yes.  We can, man. We can.  I'm here to help, man.  I want to help Greg.  Obviously, Dallas and Lyne.  They're kind of like out of their stuff now, so now they can fight.  Like, before they couldn't even fight, man.  And I'm like, what am I supposed to say? People that do help me, they can't do that now. Their hands are tied.  So I just laid low.  I was coaching, kind of found myself with coaching. Ended up coaching a couple of guys from sixth grade.  Now they're seven feet tall.

ROBERT GADDY:  Wow.

ROLAND LOFTIN:  Got all colleges looking at them.  So, things worked out good.  I just need Mark Cartrett gone.  I need him off the streets, man, doing the things he do to people, man.  An old black guy I know named Jesse Blanks. He did him worse man.

ROBERT GADDY:  Really?

Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 29 of 41

ROLAND LOFTIN:  Took $85,000 from him, man.  Just like, yeah.

ROBERT GADDY:  How did he do that?

ROLAND LOFTIN:  He talked him into buying into the company when I left and he bought into, not knowing.  But that's the person he is.  He'll take advantage of anybody and he's about power.  I don't even think he likes money.  He likes power.  And I think they just thought Greg meant too much of that.

I don't get it because I don't even understand why Causey wouldn't have wanted Greg's support and why he would come at that angle and trying to get him.  But if he did that, it's because Apodaca and Mark Cartrett told him.  They had him.  They had him.  They had him.

ROBERT GADDY:  Well, Roland, thanks.

ROLAND LOFTIN:  Yes, sir.

ROBERT GADDY:  You've got to get across town.

ROLAND LOFTIN:  Yeah, yeah, yeah.  I got to --

ROBERT GADDY:  What are you supposed to be?

ROLAND LOFTIN:  Five o'clock.  What

time is it?

ROBERT GADDY:  Man, you got to roll.

ROLAND LOFTIN:  What time is it?

ROBERT GADDY:  It's 4:45.

ROLAND LOFTIN:  I'm fine.  I'll actually get there about five minutes early.

ROBERT GADDY:  Oh, you're going to get there early?

ROLAND LOFTIN:  Yeah, I will.

ROBERT GADDY:  Oh, good.

ROLAND LOFTIN:  I will, I will.  So, but yeah, any time you call (audio ends here).

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 31 of 41

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Sonya M. Ledanski Hyde*

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:   April 30, 2024

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 32 of 41

**[110 - coming]**                                                                   Page 1

**1**

**110**   25:1
**11501**   31:14
**12151**   31:10
**1520.mp3**   1:13

**2**

**2016**   6:21
**2017**   6:22
**2024**   1:14 2:2
   31:16
**2402429**   1:13
**29**   1:14
**29th**   2:2

**3**

**30**   31:16
**300**   31:13
**330**   31:12

**4**

**4:45**   20:8 30:4

**8**

**85,000**   29:1

**a**

**able**   6:6,9
   18:19 20:17
   26:4
**accurate**   31:4
**accused**   16:7
**actually**   8:24
   16:22 19:19
   30:6
**advantage**   29:7
**agents**   12:10

**ain't**   8:10 26:7
**amount**   10:23
**angle**   29:13
**anybody**   3:10
   8:7,11 9:22
   26:9 29:7
**apodaca**   4:2
   8:7 9:23 14:19
   15:16,18 17:15
   18:5 22:4
   23:19 24:3
   29:15
**appreciate**   2:8
**april**   1:14 2:1
   31:16
**asked**   21:17,20
   21:21,23 22:1
**asking**   2:16 3:2
   3:5 10:19 19:1
   19:3
**attack**   13:2
**audio**   30:12

**b**

**back**   7:9 20:11
   26:7
**bad**   12:20 17:8
   26:11
**bail**   24:6
**basically**   22:12
**basketball**
   20:14
**believe**   14:5,8
**believed**   8:25
**bet**   9:9 19:23
   19:24

**better**   25:20
**big**   7:19 9:2
**biggest**   4:15,16
   16:1
**billionaire**
   11:21
**black**   28:23
**blanks**   28:23
**blessing**   17:9
**bonding**   24:7
**bondsman**   9:2
**bother**   10:13
**bought**   29:5
**bragging**   22:22
**bring**   27:24
**businesses**
   14:12
**buying**   29:5

**c**

**c**   31:1,1
**call**   15:2 30:12
**called**   21:18
**calls**   9:25
**cannon**   8:18
   23:16
**capable**   20:23
**carolina**   2:3
**cartrett**   2:15
   4:3 8:7 9:23
   10:16,19 12:5
   14:18,21 18:3
   18:5,11 19:11
   19:12,21 21:17
   22:20 23:2
   25:8,12,16

   28:21 29:15
**cartrett's**   23:9
**cause**   16:1
**causey**   3:8 5:24
   6:10 10:1
   15:25 17:7,21
   18:1,18,22,22
   29:12
**causey's**   19:2
   22:9
**certain**   10:23
**certify**   31:3
**changed**   7:16
   7:21 25:16
**checking**   18:11
**chest**   25:7 26:1
**christmas**   5:24
   6:3,13,21 7:15
   20:4
**claims**   12:9
**class**   7:25
**clear**   4:14,17
   7:10
**clearly**   3:2
**coaching**   28:15
   28:15,16
**coast**   4:17
**coat**   7:19
**colleges**   28:19
**come**   2:9,23 8:1
   13:17 15:20
   20:11 29:13
**coming**   2:17,18
   3:9 14:14

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:23-cr-00048-MOC-DCK     Document 234-4     Filed 07/14/26     Page 33 of 41

**[companies - friends]**

companies 8:19
company 2:20
  10:11,22 29:5
competition
  24:9
compliance
  13:22,25
compliant 14:3
  14:4,11
conclusion
  13:18
confidence 9:3
  9:5,21
connection
  5:10 8:18
conspired 9:15
  9:18
conversation
  18:25
conversations
  19:9
country 31:12
couple 3:24 4:2
  4:4 28:16
course 9:20
  24:24
court 7:12
creating 27:3
crowd 10:4
cut 10:10

**d**

dad 11:14,15
  12:24,25 13:1
  13:2,3

dad's 10:20
  11:12 13:5
dallas 3:18 5:7
  5:9,13,19 7:22
  10:13,14 13:12
  15:6,9 19:17
  19:25 20:19
  22:19 24:4,23
  28:9
das 12:15
date 31:16
day 9:17,17
  10:8 15:11
  20:9 21:9,16
  21:24
days 23:20
dead 5:6
deedee 20:1
definitely 13:11
  20:11
delusional
  11:25
deserves 25:12
dig 17:16
direct 24:8
dirt 17:16
doi 2:14 15:7
  22:6
doing 2:24 8:11
  10:3 18:23
  23:10 28:22
dollar 11:15,16
donated 24:17
dying 20:17

**e**

e 31:1
early 30:6,8
easy 9:1
elected 5:25
  16:1
email 7:3 20:5
emails 6:12,13
  7:10,13,15
  8:23 20:2
ended 13:1
  28:16
ends 12:6 30:12
envelop 7:18
envelope 6:4,5
  10:16
envious 12:2
  15:22
essentially
  22:13
estate 11:17
everybody 2:25
  3:18 8:9 11:20
  11:21 12:13
evil 12:18
exactly 3:13
expected 17:13
experience
  16:13
extended 10:12

**f**

f 31:1
fact 9:4,11
  11:22

facts 7:2 22:17
factual 2:12
falsely 16:7
far 24:17
fascinating
  27:21
fasting 27:11
  27:13,21
favor 18:24
fbi 12:10 19:19
feds 13:5
feel 10:2 18:14
  18:16,17
feeling 16:11
  26:11
feels 26:13
feet 28:17
felt 18:9,12
fight 11:5 13:9
  26:24 28:11,11
find 3:1
fine 30:5
first 3:20 8:23
  13:21
five 29:25 30:6
focused 27:3,4
folks 4:9
foregoing 31:4
forget 15:10
  21:22
form 11:3
found 28:15
friend 16:24
friends 16:17
  23:1,7

**g**

**gaddy** 2:1,7 3:12,21 4:9,18 4:23 5:3 6:9,18 6:21,24 7:4,6 7:19 8:14,17 10:2,18,24 11:6,8,12 12:2 12:12 13:19,24 14:2,6,9 15:8 15:14 16:10,13 16:20 17:2,11 17:25 18:16 19:8,18,22 20:10,14,22,25 21:6 22:7,12 22:24 23:5,8 23:15,23 24:8 24:16,19,22 25:3,19,23,25 26:3,11,16,19 26:21,23 27:2 27:8,11,13,16 27:20,24 28:2 28:5,18,25 29:3,17,19,23 30:2,4,7,10

**getting** 3:22 4:10 7:22 10:20 20:20 23:9

**give** 6:1,2,4 10:14

**given** 26:23

**gives** 24:14

**glad** 25:14

**go** 7:23 8:4,5 10:8 12:25 18:12,13 19:15 20:4,7 23:4 25:10 26:7

**god** 13:9

**goes** 11:15

**going** 4:6 7:9 7:11 10:10 13:4,7,11,14 14:17 15:5,8 16:25 17:2,7,8 17:17,19,19 18:2 21:10,14 22:20 23:21 25:20,25 30:7

**good** 5:19 10:12 13:6,24 16:5,6,10,15,15 17:16 26:14 28:20 30:10

**gossiping** 21:25

**grade** 28:17

**granddad's** 10:25 11:2

**great** 16:17,23 27:25

**greg** 2:9,13,21 3:3,5,16,19,22 4:10 8:3,9,18 8:24,25 9:7 11:23 12:1,9 13:13,18 14:3

15:22 16:4 19:9,19 21:17 21:18,23 24:16 25:1 26:6 28:9 29:9

**greg's** 29:12

**group** 15:19

**guarantee** 12:8 14:20 19:4,10

**guess** 8:20 12:3 12:3 23:17,18

**guy** 2:14 3:6,7 9:13 12:4 13:6 13:10 16:15 17:16 23:12 24:12 25:8 28:23

**guys** 4:3 8:6 12:18 28:16

**h**

**hands** 28:14

**happen** 23:22

**happened** 6:14 8:20 14:16 16:24 17:12 19:20

**happens** 8:8

**happy** 20:8

**hate** 5:1 12:19 16:24

**hated** 4:22,24 5:4,6,7

**he'll** 11:19 15:2 29:7

**hear** 3:25 20:11 20:15

**heard** 2:14,22 4:4,6,6,15 5:25 15:4 16:2 17:21 18:7,9 18:12,14 21:24 22:2,18,18,19 24:11,14,21

**hearing** 8:2

**heart** 13:2

**heck** 25:20

**help** 7:25 26:6 28:8,8,13

**hey** 5:25 9:22 15:2

**honest** 13:15

**honestly** 5:9,11 12:18 16:4,25 25:6

**hoodooed** 14:16

**hope** 25:11 26:5,6,6,7

**house** 10:25 11:2,3 12:25 23:3

**huh** 26:20

**hurting** 12:24

**hyde** 31:3

**i**

**illegally** 11:2,4

**imagine** 25:17 25:18 26:12

Case 3:23-cr-00048-MOC-DCK   Document 234-4   Filed 07/14/26   Page 35 of 41

**incriminate** 19:6
**indiscernible** 7:17,18 12:11 13:12 15:25 20:1,4 21:7
**industry** 15:21 24:2
**information** 2:13
**innocent** 13:18 25:1,10
**inquiring** 21:21
**insurance** 2:20 3:7 5:14 8:19 10:11,22 13:21 15:21 24:2
**intent** 17:24 18:24
**interested** 3:22 4:10
**investigate** 19:19,25
**investigator** 15:2
**involved** 3:23
**it'd** 23:18

**j**

**jail** 12:7,7
**jesse** 28:23
**jim** 14:19 15:18 22:4,8 23:19
**job** 14:18

**k**

**keep** 12:24
**kemp** 14:19 15:18 22:4,8 23:19
**key** 25:15
**kids** 16:16 25:14
**kind** 16:18 25:13,13,15 28:9,15
**knew** 2:21,22 3:8 7:24 9:6,8 11:17 15:24 16:5,6,7,9 22:2
**know** 2:12,13 2:13,16 3:2,4 3:14,19 4:1 5:2 5:20 6:17 9:12 9:21,22 10:9 11:17 12:1,4,5 13:10,14,16,17 13:19 14:10,13 14:23 15:12,16 16:4,16,19 17:9,15,22 19:3 20:6,19 21:12,14,17,19 22:13,13,16 23:1,11,17,25 24:1,1,3,4,11 24:16,20,23 25:18 26:7,8 26:13,14,16 27:3,4 28:23

**knowing** 12:10 13:5 29:6
**known** 7:11
**knows** 10:1,1 12:15 19:12,14 19:16 20:1

**l**

**lady** 7:24 12:11
**laid** 28:14
**lawyers** 9:8
**leading** 23:20
**leads** 15:1
**ledanski** 31:3
**left** 29:5
**legal** 31:11
**lied** 8:22
**life** 9:9 19:24 19:24 25:13,16 25:23
**liked** 5:7,8
**likes** 29:8,9
**lindberg** 2:10 3:3,6 4:5,10 5:8,16 8:9 9:7 12:7 17:18 21:13,17,19,23 22:5
**lindberg's** 8:19 25:1
**link** 28:6
**listen** 18:25 19:5
**listened** 4:8
**listening** 19:14

**lock** 9:15 15:3
**locked** 12:16 15:1
**loftin** 2:2,6,11 2:12 3:13,24 4:12,19,24 5:5 6:11,19,23 7:1 7:5,7,20 8:15 8:21 10:5,21 10:25 11:7,10 11:13 12:8,13 13:23 14:1,5,8 14:15 15:10,15 16:12,14,21 17:4,14 18:3 18:19,21 19:10 19:21,23 20:13 20:16,24 21:3 21:7 22:11,17 22:25 23:6,11 23:18,24 24:10 24:18,20,23 25:5,22,24 26:2,5,12,18,20 26:22,25 27:7 27:10,12,15,18 27:23 28:1,4,7 28:19 29:1,4 29:18,21,25 30:3,5,9,11
**loftin's** 2:4
**long** 22:16
**look** 5:25 6:11 6:12,13,23 7:2 7:3,5,9,9,13,15

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 36 of 41

7:16,16,20 8:8 8:11 10:8 12:18 13:13 22:13,18 25:16

**looking** 7:12 17:23,24 28:20

**lot** 2:5 3:7 4:7 5:21 16:23 19:13 20:15,17 24:5,25 25:20 27:8,11

**loud** 8:21

**love** 16:14,15 16:16,17

**loved** 4:25

**low** 25:15 28:14

**lump** 7:19

**lyne** 3:5,18 5:13 7:23,23 10:13,14 20:19 21:18 22:1,19 24:24 28:9

**lyne's** 12:24,25 24:5

**m**

**made** 3:8 5:21 27:5

**main** 14:22,24

**make** 9:24 15:21

**makes** 4:21 12:19 14:25 20:3 24:25

**making** 16:8,8

**man** 4:21 5:25 6:1 8:2,3 9:4 9:15,21 12:17 12:18,19,23,23 14:5,8,15 15:11 16:3,19 16:21 18:15 19:23 20:6,13 20:16,17 21:9 21:9,10,18 23:7,12 25:1,6 25:6,7,11 26:5 26:6,17,25 27:1 28:7,8,12 28:22,23,24 29:2 30:2

**mark** 2:15,18 4:3 5:25 8:7 9:23 10:16 12:5 14:18,21 18:3,5,11 19:11,12,21 21:16 22:19 23:2 25:8,11 25:15 28:21 29:15

**martinez** 3:15 4:22,25 5:18 14:22

**material** 28:2

**mathis** 8:5,19 8:20 9:5 12:6 13:6

**matter** 9:11 11:22

**matters** 20:18

**mean** 4:13,14 5:21 7:12,21 10:6,7 13:8,20 14:10 16:6,15 16:22 18:24 19:8 20:1,5 26:8,14

**means** 24:4

**meant** 24:5 29:10

**meet** 14:4 20:8

**mentally** 26:20 26:21

**meticulously** 21:1

**mike** 9:25 10:1

**mike's** 10:2

**mind** 10:9,18

**mine** 16:24

**mineola** 31:14

**minister** 25:14

**minute** 14:13 22:21

**minutes** 30:6

**monday** 2:1

**money** 6:2 10:5 10:6,7,15 11:5 15:21 23:14 24:14,19 29:8

**mood** 7:16

**mount** 2:3

**mouthy** 9:2

**move** 10:10

**movie** 12:20

**n**

**n** 31:1

**name** 2:11,15 3:4

**named** 28:23

**ncba** 8:7 15:19

**need** 10:7 13:13 13:17 15:3,3 20:6 27:16 28:21,21

**needed** 8:10 9:6

**negotiating** 2:19

**never** 9:9,10,18 14:12,12,14 15:10 21:22 26:23

**north** 2:3

**notarize** 11:3 11:14

**notarized** 11:16

**noticed** 21:22

**ny** 31:14

**o**

**o** 31:1

**o'clock** 29:25

**obvious** 10:6

**obviously** 28:9

**office** 15:6 19:17 22:9

Case 3:23-cr-00048-MOC-DCK    Document 234-4    Filed 07/14/26    Page 37 of 41

**oh** 3:6 7:10 12:16 16:12 19:8 23:19 26:18,22,25 27:15 30:7,10
**okay** 2:11 6:16 10:21 25:22 26:18 27:1,10 27:12
**old** 28:23 31:12
**once** 26:4
**ones** 22:5
**organization** 14:3
**overheard** 4:4
**owed** 18:23

**p**

**paid** 22:14
**party** 5:24 6:3 6:21 7:15 20:4
**pass** 2:9
**people** 4:2 7:25 9:25 12:24 15:1,4,12 19:14,15,16 28:13,22
**percent** 25:1
**person** 14:4 27:6 29:6
**phone** 4:5 9:25 15:4,5,7,11 22:3 23:8,10 23:16,20
**pick** 15:6,9

**picked** 13:5,7
**picture** 6:14 7:17
**pilot** 11:21 23:14
**place** 10:20 13:21 19:14
**please** 2:8 28:1 28:1,4
**pleasure** 25:5
**plenty** 11:18
**plotted** 3:19 8:23
**plotting** 5:17 8:8
**pocket** 6:6
**point** 13:9 16:19 22:8,9
**power** 15:16 17:14 29:8,9
**powerful** 2:22 4:2,13 9:8 23:13
**pretty** 2:21 4:2 5:19 7:21 9:8 10:3 26:14
**prides** 12:9,14
**prison** 7:24 9:10 27:3,5,9 27:14
**probably** 9:3 14:19 17:8,9 17:17 18:25 19:12

**proceeded** 3:14
**proceedings** 31:5
**promise** 9:7 18:6 21:9
**proof** 11:18
**property** 10:23 11:1
**protocol** 27:14
**prove** 7:13
**pushed** 12:9 14:21
**pushing** 14:20 14:22,24 18:18
**put** 6:5 26:4

**q**

**quiet** 14:20

**r**

**r** 31:1
**raid** 19:15 23:10
**raided** 22:19 23:7,9,16
**ray** 3:15,16,17 5:18 14:21
**real** 11:17
**really** 2:7,7 12:12,21 18:14 20:18 21:1 25:16 27:3,4 28:25
**reason** 8:25
**reasons** 13:20

**record** 31:5
**recorded** 1:12 2:4
**recording** 18:13
**regularly** 4:3
**regulation** 14:7
**relationship** 5:19
**remember** 2:9 3:2,5 21:16
**required** 13:22
**researched** 13:16
**rid** 3:15,22 4:10,16 8:12 8:22 9:6,25
**right** 2:23 4:19 6:2,6 7:24 9:16 9:16,17 10:24 11:10 12:17,23 13:23 14:1,1,1 16:20 20:24 24:10
**road** 31:12
**robert** 2:1,7 3:12,21 4:9,18 4:23 5:3 6:9,18 6:21,24 7:4,6 7:19 8:14,17 10:2,18,24 11:6,8,12 12:2 12:12 13:19,24 14:2,6,9 15:8 15:14 16:10,13

16:20 17:2,11
17:25 18:16
19:8,18,22
20:10,14,22,25
21:6 22:7,12
22:24 23:5,8
23:15,23 24:8
24:16,19,22
25:3,19,23,25
26:3,11,16,19
26:21,23 27:2
27:8,11,13,16
27:20,24 28:2
28:5,18,25
29:3,17,19,23
30:2,4,7,10
**rocky** 2:3
**roland** 2:2,3,4
2:6,11,12 3:13
3:24 4:12,19
4:24 5:5 6:11
6:19,23 7:1,5,7
7:20 8:15,21
10:5,21,25
11:7,10,13
12:8,13 13:23
14:1,5,8,15
15:10,15 16:12
16:14,21 17:4
17:14 18:3,19
18:21 19:10,21
19:23 20:13,16
20:24 21:3,7
21:10 22:11,17
22:25 23:6,11

23:18,24 24:10
24:18,20,23
25:3,5,22,24
26:2,5,12,17,18
26:20,22,25
27:7,10,12,15
27:18,23 28:1
28:4,7,19 29:1
29:4,17,18,21
29:25 30:3,5,9
30:11
**roll** 30:2
**ruined** 25:13
**run** 22:5

**s**

**sailing** 10:17
24:13
**saw** 6:5,15,16
14:14 15:22
**saying** 5:25 7:2
20:3
**says** 12:17
**scared** 8:16
9:12 12:22
13:7
**scaring** 12:25
**scheming** 2:25
**school** 9:12,13
24:6 25:15
**secret** 11:19
**see** 6:14,15 7:5
7:10 9:6 20:5
24:1,20 25:9
28:3

**seen** 6:3 21:11
21:11 25:17
**sell** 11:14
**senators** 3:24
4:1
**sense** 3:8 4:21
5:22 14:25
20:3 24:25
**separated** 21:2
**seriously** 11:24
**seven** 28:17
**share** 2:8
**show** 3:15
22:22
**sick** 7:23 12:19
**signature** 11:9
11:12 31:10
**sir** 2:6 29:18
**sitting** 2:2
**situations** 16:9
21:1
**sixth** 28:16
**smart** 19:2
**smartest** 9:14
**smooth** 10:17
24:13
**sold** 11:2,3
**solutions** 31:11
**somebody**
18:23 20:18
21:21 22:8
**son** 13:7
**sonya** 31:3
**sorry** 11:6

**sort** 12:5
**south** 11:1
**speaking** 4:5,7
**spent** 16:23
**spirits** 26:14
**split** 16:18
**stand** 5:20,21
**start** 7:25
**started** 2:24
**statement** 1:12
2:4
**stormed** 22:9
**story** 8:2 22:8
**straight** 14:17
**straightlaced**
14:11
**streets** 28:22
**stressed** 13:2
**stronger** 27:5
**study** 20:2
**stuff** 11:20 16:8
19:6,13 21:25
28:10
**suite** 31:13
**support** 29:13
**supported** 3:10
**supporter** 4:16
4:17 16:2
**supposed** 22:15
28:12 29:23
**sure** 18:8 20:16
20:16 25:1
27:18,18

**t**

**t** 31:1,1
**take** 5:16 7:14 29:7
**talk** 6:7,9 8:16 19:4 20:3 27:16 28:6
**talked** 4:3 29:4
**talking** 12:19 20:20 22:3,4 25:6
**talks** 12:14
**tall** 28:17
**teach** 9:11,13
**tell** 7:8 13:3 14:17 17:20 19:1 20:18,19 24:25
**telling** 9:4 10:15 12:20 14:15 16:4,25 17:18 18:9 19:7 20:2 21:4 21:4 23:21 26:10
**tells** 11:20,21
**thank** 20:10
**thanks** 2:4 25:3 29:17
**thing** 3:17 14:10 18:1 24:11
**things** 7:20 11:19 19:1,3 20:15 25:20

28:20,22
**think** 3:21,23 4:11 5:3 16:22 17:11,25 18:2 18:3,5,11,23 19:18,20,22 20:7 22:3 23:15 25:19 26:3 29:8,9
**thinking** 11:22
**thought** 5:6,9 5:10 7:23 9:14 14:13 16:2 27:20 29:9
**tie** 17:17 24:2
**tied** 23:2 28:14
**tim** 8:5,19,20 8:21 9:5,7 13:6
**time** 2:5,18 3:4 3:8 5:1,5,15,23 7:7,14 9:2 10:12 12:17 16:23 18:7,7,9 22:14 25:4 28:3 30:1,3,12
**times** 4:4
**today** 2:1,5 11:23 25:4
**together** 9:24 15:19 21:4 23:25
**told** 10:3 11:15 18:4 22:7,8,21 24:24 29:15

**tom** 4:2 8:6 9:23 14:19 15:17 18:5 22:4
**took** 10:6,7 29:1
**top** 2:17,19 5:17
**tough** 26:17,19 26:20,21
**town** 29:20
**training** 20:7
**transcript** 19:5 31:4
**transforming** 27:4
**trend** 6:23 7:2 8:11
**trends** 7:3
**true** 22:11 31:4
**trust** 16:19
**try** 3:16 17:17 17:19
**trying** 3:1,9 5:11,13,14,15 15:20 17:5,22 18:21 19:2,4,5 21:24 22:22 24:10 29:14
**two** 20:25

**u**

**understand** 7:8 29:12
**understood** 23:3

**used** 9:11,13 11:1 12:25 13:3
**uses** 12:16

**v**

**veritext** 31:11

**w**

**want** 4:20 6:7 7:14 8:12 9:22 18:6,7,8 20:11 20:11,15 24:6 24:6 25:8,9,9 28:8
**wanted** 6:10,20 7:25 8:22 11:23,25 29:12
**way** 2:23 3:11 5:12 13:18 15:1,23,25 17:13 21:8,12 23:1 24:13,19 24:19
**wayne** 3:7,10 4:18 16:5,5,11 16:14,16,16,17 16:21,22,23 17:3,7,15 24:14
**wayne's** 4:15 4:16 16:1 24:12
**ways** 3:1 4:5 15:20

**wear** 18:20
**wearing** 17:21
18:1
**week** 7:12,14
20:9
**weight** 25:7
**went** 3:18 8:5
9:10 11:1 27:2
**wife** 11:3,10,13
11:16 16:16
**wire** 18:1,2,20
**wires** 17:21
**wondered** 5:1
**work** 16:5,6
25:14 27:8
**worked** 10:15
28:20
**working** 23:25
**world** 9:14,15
15:13 16:22
**worrying** 26:13
**worse** 16:9
28:24
**wow** 15:14
22:24 26:22,25
26:25 27:7,7
27:15,15 28:18
**wowl** 4:23
**wrong** 5:6 9:18

**y**

**y'all** 5:11 7:10
14:16 15:3,3
21:8 22:20
**yeah** 6:24 7:4,6
8:17,17 10:1,5

10:5 11:7,15
12:3,13 13:20
16:12 17:4
18:21,22 20:6
21:10,11 22:2
22:7,11 23:5
23:23,24 24:18
24:22 29:2,21
29:21,21 30:9
30:12
**year** 6:13
**years** 2:23