**EXHIBIT A4**

Kapikian, Brown, and Thompson

VERIFBR032824A_240320_1709(Thompson)

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 2 of 17

BO GADDY:  The date is Wednesday, March 20, 2024.  Time is 1810 hours Eastern.  And this is a recorded statement by Ms. Lyne Thompson.  Thanks for your time this evening, Ms. Thompson.

LYNE THOMPSON:  Oh, you're welcome.  So, basically what we were -- what I wanted to tell you about was a time -- the few times that I talked to Causey, to Mike Causey, before he actually took office but after he was elected.

So it would have been late 2016.  He started calling me.  Like I said, after he was elected, but he hadn't taken office yet, just to tell me what was going on.  He liked to brag about how Wayne Goodwin, whom he had just defeated, barely defeated, had shown him around the new DOI offices at the -- gosh, I think it -- the Alamance Building, I think is what they call it.

And during the conversation, he asked me if I knew who Greg Lindberg was and what I'd heard about him.  I told him I didn't know anything about him and I didn't know who he was.

Well, he explained to me that Lindberg was a multimillionaire who strongly supported and contributed to Goodwin's campaign in the election

Case 3:23-cr-00048-MOC-DCK   Document 234-5   Filed 07/14/26   Page 3 of 17

that Causey had just won.  Causey said that because he had beaten Goodwin by so few votes, he was worried about Greg Lindberg helping Wayne in the next election, and he felt like he needed to do something about him.

I told him that he hadn't even taken office yet and it seemed premature to be concerned about what would happen four years from then.  He said that as soon as you won a campaign, you had to start worrying about the next one and that he, Causey, already knew that the biggest problem he was going to have if Goodwin ran again against him in four years was this multimillionaire funding Wayne's campaign. And he just was -- he just seemed quite preoccupied with it.

Around that same timeframe, he came to Cannon Surety's office to -- in the, like -- it was an evening when he was driving back from Raleigh, and he called Dallas and asked him if he could stop by.  And he stopped by the office and Dallas and I probably were the only ones that were there.  I can't really remember.  But we went into one of the boardrooms and he was talking about again Greg Lindberg and asking

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 4 of 17

Dallas if he knew anything about it. And again, this was prior to him being elected, but after -- prior -- it was after him being elected but prior to him taking office.

And I can't really remember the timeframe related to the phone calls, if it was before the phone calls or after or during that that he had with me. But he brought up Lindberg again and his concerns of Lindberg's support for Goodwin. And if that -- and if his support carried over into the next election in four years, it would probably be enough for Goodwin to beat him.

And we really didn't have any advice for him on that. And he kept talking and asked Dallas to give him money to help him pay off his campaign debts, alluding sort of something like that -- it'd help if his insurance commissioner was his buddy.

And then he said, you know, (indiscernible) and NCBAA don't like y'all, but that don't make no never mind if the insurance commissioner does. And that conversation led Dallas to agree to a fundraiser for Causey. Even after -- even though Causey had gotten elected,

he said he had a lot of debt.

Well, that fundraiser blew up because (indiscernible) and NCBAA filed complaints to the Board of Elections because the invitation had left off the PAC, the actual PAC name or something on it.  And so they filed a bunch of complaints and Dallas decided not have the election.  I mean, I'm sorry, not to have the -- not to do the campaign thing for him, the fundraiser for him.

So that was pretty much the times that Causey talked to me.  One of the times he talked to me, a friend of mine was in the car with me, and I haven't asked her, but I feel like she probably would remember him asking me about that because she was hyper aware of Causey at the time, just like we were, and what was going to happen once he took office.

Any other questions or anything else you want any information about?

BO GADDY:  Why was she hyper aware when you got -- when, you know, when -- you know, having realized that Causey was going to take office, why was she so concerned?

LYNE THOMPSON:  Well, she has -- she

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 6 of 17

had known us since we first started the school in 2011.  She knew all the stuff that had happened with us.  She knew that we had this -- finally, we had come to some type of agreement with Wayne Goodwin that he wasn't going to take sides anymore.  He wasn't going to help NCBAA put us out of business again.  I mean, it had taken a lawsuit.  I sued him.  But he realized that they had lied to him and that he probably should have looked a lot more into what they said instead of just taking their word for it.

He apologized after the lawsuit was over and he and I had a chance to talk.  He apologized to me and he said, you know, that's -- what happened to you is not going to happen again as long as I'm around.  And he was true to his word.  He didn't show favoritism like he had before.  He didn't give nobody advantages like he had before.  He didn't try to put me out of business like he had before.  And we had -- and I had a good working relationship with him and I had a good working relationship with all those people who worked for him, all the people that regulated my part of the department -- of teaching bail bonding.

Case 3:23-cr-00048-MOC-DCK     Document 234-5     Filed 07/14/26     Page 7 of 17

And for a very short period of time, I didn't have to look over my shoulder because Wayne had made a commitment to me that he was going to be fair and that he was going to treat everybody equally, which was all I really ever wanted.

When Wayne got -- and Susie, actually, the person that was in the car with me, was one of my instructors, she saw that we were treated fairly at that time too.  She had gone through a lot with us related to all the things that had happened prior to us coming to this agreement with Wayne and prior year -- and during our lawsuit.

So we all decided that we were going to support Wayne.  You know, Causey was very close to NCBAA, our competitors.  We knew he had meetings with them.  We knew that he had had -- that they were strongly supporting him.  And the reason they were supporting him was because they couldn't control Wayne anymore.  Wayne had barred them from coming in and having meetings with him when they were -- when they wanted to.  They were used to being able to walk in the door and get Wayne's attention anytime.  They weren't able to

Case 3:23-cr-00048-MOC-DCK     Document 234-5     Filed 07/14/26     Page 8 of 17

do that anyone.

So they basically told Wayne, fine, we're going to get rid of you and we'll get somebody else who will listen to us. And that's what they -- they pushed him really -- they pushed Causey really hard to the point that I was uncomfortable having anything to do with Causey. So was Dallas. So we didn't.

And so we had no -- even no thought that Causey would win, given his prior losses, and so we weren't really concerned about it. We just didn't pay any attention to him. Then causey wins, Causey turns up and starts calling me, talking to Dallas, and I think he was just looking for some extra money, you know, to pay off some of his campaign debts. But I'm not sure. That's what he told Dallas, that he needed money to pay -- that they had a lot of money -- a lot of debt that they needed to pay off. And he flat out asked Dallas for a fund -- to do a fundraiser for him.

BO GADDY: Were there any other instances where Causey reached out to you and Dallas on the phone or otherwise asking specifically about Greg Lindberg?

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 9 of 17

LYNE THOMPSON:  I spoke with Causey a number of times after Cannon got seized and one of the times I recorded.  It was about an hour-long phone call.  And I don't remember if any of -- most of those phone calls were about him seizing Cannon, him trying to get me to talk Dallas into taking Cannon back, once it got seized and once they saw the mistakes they had made, and that they had believed people that didn't know what they were talking about.  They were desperate for Dallas take Cannon back.

So he was trying his best to convince me to do that.  I can't remember specifically if he brought up Lindberg during that time.  I don't -- I can't -- I can't say that there was a specific instance.  I probably talked to him maybe five times.  We texted back and forth and we talked.  I know he told me that he did not tell his lawyers he was talking to me.  I feel like that's accurate because of some of the things that he said.  But you know, that's basically -- you know, that's what he told me.

He said he had -- he wanted to talk to me and he pushed me.  I sent you the transcript from the phone call.  And you can see in that

Case 3:23-cr-00048-MOC-DCK   Document 234-5   Filed 07/14/26   Page 10 of 17

transcript how hard he was pushing me to get Dallas to take the -- to take the insurance company back.

The other thing I thought that was odd about that trans -- about that phone call was he kept talking about needing all -- more -- Dallas needed more money, more money, even though he had all the money that he needed per statute.  Any other -- as much as any other insurance company. But he kept talking about how Dallas really needed more money.

And I don't know if that is because he didn't understand the bail surety company and the laws related to it any better than anyone else that regulated Dallas did, or if he was pushing for money because he wanted it?  I'm just not sure.  I thought it was odd though.

BO GADDY:  Well, Lynn, thank you so much for taking time to share here.  Is there anything else that comes to mind that you feel you need to get on the record about -- related to Greg Lindberg?

LYNE THOMPSON:  I might have to get back to you on that.  Let me think about it.

BO GADDY:  Understood.

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 11 of 17

LYNE THOMPSON:  There's just so much (indiscernible) that we have that is, you know, indirectly related in our criminal -- in all of our criminal discovery.  There's a lot.  But I think we would be better to all sit down and look at it and see what's pertinent and what is something that could be useful, other than me just guessing at it.

BO GADDY:  Understood.  Well, thank you very much for your time.

LYNE THOMPSON:  You're very welcome.

Case 3:23-cr-00048-MOC-DCK   Document 234-5   Filed 07/14/26   Page 12 of 17

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: April 1, 2024

**1**

**1** 12:16
**11501** 12:14
**12151** 12:9
**1709** 1:14
**1810** 2:2

**2**

**20** 2:2
**2011** 6:2
**2016** 2:10
**2024** 2:2 12:16
**240320** 1:14

**3**

**300** 12:13
**330** 12:12

**a**

**able** 7:24,25
**accurate** 9:20 12:4
**actual** 5:5
**actually** 2:9 7:7
**advantages** 6:18
**advice** 4:14
**agree** 4:24
**agreement** 6:4 7:12
**alamance** 2:17
**alluding** 4:17
**anymore** 6:6 7:21
**anytime** 7:25
**apologized** 6:12,14

**april** 12:16
**asked** 2:19 3:20 4:15 5:14 8:20
**asking** 3:25 5:15 8:24
**attention** 7:25 8:12
**aware** 5:16,21

**b**

**back** 3:19 9:7 9:11,17 10:3 10:24
**bail** 6:25 10:13
**barely** 2:15
**barred** 7:21
**basically** 2:6 8:2 9:22
**beat** 4:13
**beaten** 3:2
**believed** 9:9
**best** 9:12
**better** 10:14 11:5
**biggest** 3:12
**blew** 5:2
**bo** 2:1 5:21 8:22 10:18,25 11:9
**board** 5:4
**boardrooms** 3:24
**bonding** 6:25
**brag** 2:13
**brought** 4:8 9:14

**brown** 1:13
**buddy** 4:19
**building** 2:17
**bunch** 5:6
**business** 6:7,20

**c**

**c** 12:1,1
**call** 2:17 9:4,25 10:5
**called** 3:20
**calling** 2:11 8:13
**calls** 4:6,7 9:5
**campaign** 2:25 3:10,14 4:17 5:9 8:16
**cannon** 3:18 9:2,6,7,11
**car** 5:13 7:8
**carried** 4:11
**causey** 2:8,8 3:1,1,11 4:24 4:25 5:12,16 5:23 7:16 8:6,7 8:10,13,13,23 9:1
**certify** 12:3
**chance** 6:13
**close** 7:16
**come** 6:4
**comes** 10:20
**coming** 7:12,22
**commissioner** 4:18,23

**commitment** 7:3
**company** 10:3 10:9,13
**competitors** 7:17
**complaints** 5:3 5:7
**concerned** 3:8 5:24 8:11
**concerns** 4:9
**contributed** 2:25
**control** 7:21
**conversation** 2:19 4:23
**convince** 9:12
**country** 12:12
**criminal** 11:3,4

**d**

**dallas** 3:20,22 4:1,16,24 5:7 8:8,14,17,20,24 9:7,11 10:2,6 10:10,15
**date** 2:1 12:16
**debt** 5:1 8:19
**debts** 4:17 8:16
**decided** 5:7 7:15
**defeated** 2:15 2:15
**department** 6:24

**desperate** 9:11
**discovery** 11:4
**doi** 2:16
**door** 7:24
**driving** 3:19

**e**

**e** 12:1
**eastern** 2:2
**elected** 2:9,12 4:2,3,25
**election** 2:25 3:4 4:11 5:8
**elections** 5:4
**equally** 7:5
**evening** 2:4 3:19
**everybody** 7:5
**explained** 2:23
**extra** 8:15

**f**

**f** 12:1
**fair** 7:4
**fairly** 7:10
**favoritism** 6:17
**feel** 5:14 9:19 10:20
**felt** 3:4
**filed** 5:3,6
**finally** 6:3
**fine** 8:2
**first** 6:1
**five** 9:17
**flat** 8:20

**foregoing** 12:4
**forth** 9:17
**four** 3:8,13 4:11
**friend** 5:13
**fund** 8:20
**funding** 3:14
**fundraiser** 4:24 5:2,10 8:21

**g**

**gaddy** 2:1 5:21 8:22 10:18,25 11:9
**give** 4:16 6:18
**given** 8:10
**going** 2:13 3:12 5:17,23 6:5,6 6:15 7:4,4,15 8:3
**good** 6:21,22
**goodwin** 2:14 3:2,13 4:10,12 6:5
**goodwin's** 2:25
**gosh** 2:16
**gotten** 4:25
**greg** 2:20 3:3 3:25 8:25 10:22
**guessing** 11:8

**h**

**happen** 3:8 5:18 6:15

**happened** 6:2 6:15 7:12
**hard** 8:6 10:1
**heard** 2:21
**help** 4:16,18 6:6
**helping** 3:3
**hour** 9:3
**hours** 2:2
**hyde** 12:3
**hyper** 5:16,21

**i**

**indirectly** 11:3
**indiscernible** 4:21 5:3 11:2
**information** 5:20
**instance** 9:16
**instances** 8:23
**instructors** 7:9
**insurance** 4:18 4:22 10:2,9
**invitation** 5:4
**it'd** 4:18

**k**

**kapikian** 1:13
**kept** 4:15 10:6 10:10
**knew** 2:20 3:11 4:1 6:2,3 7:17 7:18
**know** 2:21,22 4:20 5:22,22 6:14 7:16 8:15

9:10,18,21,22 10:12 11:2
**known** 6:1

**l**

**late** 2:10
**laws** 10:14
**lawsuit** 6:8,12 7:14
**lawyers** 9:19
**led** 4:23
**ledanski** 12:3
**left** 5:5
**legal** 12:11
**lied** 6:9
**liked** 2:13
**lindberg** 2:20 2:23 3:3,25 4:8 8:25 9:14 10:22
**lindberg's** 4:9
**listen** 8:4
**long** 6:16 9:4
**look** 7:2 11:5
**looked** 6:10
**looking** 8:15
**losses** 8:10
**lot** 5:1 6:10 7:11 8:18,19 11:4
**lyne** 2:3,5 5:25 9:1 10:23 11:1 11:11
**lynn** 10:18

Case 3:23-cr-00048-MOC-DCK    Document 234-5    Filed 07/14/26    Page 15 of 17

**m**

made 7:3 9:9
make 4:22
march 2:1
mean 5:8 6:7
meetings 7:18 7:22
mike 2:8
mind 4:22 10:20
mine 5:13
mineola 12:14
mistakes 9:8
money 4:16 8:15,18,18 10:7,7,8,11,16
multimilliona... 2:24 3:14

**n**

n 12:1
name 5:5
ncbaa 4:21 5:3 6:6 7:17
need 10:21
needed 3:4 8:17 8:19 10:7,8,11
needing 10:6
never 4:22
new 2:16
number 9:2
ny 12:14

**o**

o 12:1

odd 10:4,17
office 2:9,12 3:7,18,21 4:4 5:18,24
offices 2:16
oh 2:5
old 12:12
once 5:18 9:7,8
ones 3:22

**p**

pac 5:5,5
part 6:24
pay 4:16 8:12 8:15,18,19
people 6:23,23 9:9
period 7:1
person 7:8
pertinent 11:6
phone 4:6,7 8:24 9:4,5,25 10:5
point 8:6
premature 3:7
preoccupied 3:16
pretty 5:11
prior 4:2,3,3 7:12,13 8:10
probably 3:22 4:12 5:15 6:9 9:16
problem 3:12
proceedings 12:5

pushed 8:5,6 9:24
pushing 10:1 10:15
put 6:6,19

**q**

questions 5:19
quite 3:15

**r**

r 12:1
raleigh 3:20
ran 3:13
reached 8:23
realized 5:23 6:8
really 3:23 4:5 4:14 7:5 8:5,6 8:11 10:10
reason 7:20
record 10:21 12:5
recorded 2:3 9:3
regulated 6:24 10:15
related 4:6 7:11 10:14,21 11:3
relationship 6:21,22
remember 3:23 4:5 5:15 9:4,13
rid 8:3
road 12:12

**s**

saw 7:9 9:8
school 6:1
see 9:25 11:6
seemed 3:7,15
seized 9:2,8
seizing 9:6
sent 9:24
share 10:19
short 7:1
shoulder 7:2
show 6:17
shown 2:15
sides 6:5
signature 12:9
sit 11:5
solutions 12:11
somebody 8:4
sonya 12:3
soon 3:9
sorry 5:8
sort 4:17
specific 9:16
specifically 8:25 9:13
spoke 9:1
start 3:10
started 2:11 6:1
starts 8:13
statement 2:3
statute 10:8
stop 3:21
stopped 3:21
strongly 2:24 7:19

stuff 6:2
sued 6:8
suite 12:13
support 4:9,10 7:16
supported 2:24
supporting 7:19,20
sure 8:17 10:17
surety 10:13
surety's 3:18
susie 7:7

**t**

t 12:1,1
take 5:23 6:5 9:11 10:2,2
taken 2:12 3:6 6:7
talk 6:13 9:6,23
talked 2:8 5:12 5:12 9:16,18
talking 3:25 4:15 8:14 9:10 9:19 10:6,10
teaching 6:25
tell 2:7,13 9:19
texted 9:17
thank 10:18 11:9
thanks 2:4
thing 5:9 10:4
things 7:11 9:21
think 2:16,17 8:14 10:24

11:5
thompson 1:13 1:14 2:3,4,5 5:25 9:1 10:23 11:1,11
thought 8:9 10:4,17
time 2:2,4,7 5:17 7:1,10 9:14 10:19 11:10
timeframe 3:17 4:6
times 2:7 5:11 5:12 9:2,3,17
told 2:21 3:6 8:2,17 9:18,22
took 2:9 5:18
trans 10:5
transcript 9:24 10:1 12:4
treat 7:4
treated 7:9
true 6:16 12:4
try 6:19
trying 9:6,12
turns 8:13
type 6:4

**u**

uncomfortable 8:7
understand 10:13
understood 10:25 11:9

used 7:24
useful 11:7

**v**

verifbr032824a 1:14
veritext 12:11
votes 3:2

**w**

walk 7:24
want 5:20
wanted 2:6 7:6 7:23 9:23 10:16
wayne 2:14 3:3 6:4 7:3,7,13,16 7:21,21 8:2
wayne's 3:14 7:25
wednesday 2:1
welcome 2:5 11:11
went 3:24
win 8:10
wins 8:13
won 3:1,9
word 6:11,17
worked 6:23
working 6:21 6:22
worried 3:3
worrying 3:10

**y**

y'all 4:21
year 7:13
years 3:8,13 4:12

Case 3:23-cr-00048-MOC-DCK   Document 234-5   Filed 07/14/26   Page 17 of 17