## EXHIBIT A5

*United States of America*
*v.*
*Greg E. Lindberg, John D. Gray, and John V. Palermo, Jr.*

# Closing Demonstratives

Case 3:23-cr-00048-MOC-DCK     Document 234-6     Filed 07/14/26     Page 2 of 22

# Day 1: Fired 13 Veteran Employees

**Ray Martinez**
(29 years at NCDOI)




**Louis Belo**
(24 years at NCDOI)














2

# Mike Causey Promotes Jackie Obusek



# How Things Changed When Mike Causey Took Office



Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 5 of 22



**Did the Government rule out _all_ reasonable doubt . . .**

**. . . as to every element of the offense?**



Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 6 of 22

5

# Reasonable Doubt

**Jury Charge, page 6:**

"If the jury views the evidence in the case as reasonably permitting **either of two conclusions**--one of not guilty, the other of guilt--**the jury must, of course, adopt the conclusion of not guilty**."

# Index of All FBI Video and Audio Recordings

## Audio and Video Recording Index

| | Date | Time | Control Number | File type |
|---|---|---|---|---|
| 1 | 1/27/2018 | 1-59pm | USA-00000130 | Audio |
| 2 | 1/27/2018 | 2-00pm | USA-00000132 | Audio |
| 3 | 1/27/2018 | 2-44pm | USA-00000134 | Audio |
| 4 | 1/27/2018 | 2-48pm | USA-00000136 | Audio |
| 5 | 1/29/2018 | 2-38pm | USA-00000138 | Audio |
| 6 | 1/30/2018 | 7-47pm | USA-00000140 | Audio |
| 7 | 2/2/2018 | 3-10pm | USA-00001142 | Video |
| 8 | 2/2/2018 | 3-29pm | USA-00000144 | Audio |
| 9 | 2/2/2018 | 3-40pm | USA-00000146 | Audio |
| 10 | 2/5/2018 | 8-13pm | USA-00000148 | Audio |
| 11 | 2/6/2018 | 8-26pm | USA-00000150 | Audio |
| 12 | 2/9/2018 | 8-48pm | USA-00000153 | Audio |
| 13 | 2/14/2018 | | CTRL_G_0000008320 | Video |
| 14 | 2/15/2018 | 8-23am | USA-00000155 | Audio |
| 15 | 2/15/2018 | 8-25am | USA-00000157 | Audio |
| 16 | 2/24/2018 | 5-46pm | USA-00000159 | Audio |
| 17 | 2/24/2018 | 5-57pm | USA-00000161 | Audio |
| 18 | 2/25/2018 | 8-09pm | USA-00000163 | Audio |
| 19 | 2/26/2018 | 11-24am | USA-00000167 | Audio |
| 20 | 2/26/2018 | 8-46pm | USA-00000165 | Audio |
| 21 | 2/26/2018 | | CTRL_G_0000008328 | Video |
| 22 | 2/28/2018 | 4-33pm | USA-00000170 | Audio |
| 23 | 3/1/2018 | 2-51pm | USA-00000172 | Audio |
| 24 | 3/1/2018 | 5-52pm | USA-00000174 | Audio |
| 25 | 3/1/2018 | 5-54pm | USA-00000176 | Audio |
| 26 | 3/1/2018 | 5-55pm | USA-00000178 | Audio |
| 27 | 3/5/2018 | 10-51am | USA-00000182 | Audio |
| 28 | 3/5/2018 | 10-56am | USA-00000184 | Audio |
| 29 | 3/5/2018 | 5-15pm | USA-00000180 | Audio |
| 30 | 3/5/2018 | | CTRL_G_0000008350 | Video |

| | Date | Time | Control Number | File type |
|---|---|---|---|---|
| 31 | 3/6/2018 | 11-43am | USA-00000188 | Audio |
| 32 | 3/6/2018 | 3-55pm | USA-00000186 | Audio |
| 33 | 3/7/2018 | 1-35pm | USA-00000190 | Audio |
| 34 | 3/7/2018 | 4-57pm | USA-00000192 | Audio |
| 35 | 3/7/2018 | 4-59pm | USA-00000194 | Audio |
| 36 | 3/8/2018 | 3-29pm | USA-00000196 | Audio |
| 37 | 3/8/2018 | 3-31pm | USA-00000198 | Audio |
| 38 | 3/8/2018 | | | |
| 39 | 3/8/2018 | | | |
| 40 | 3/8/2018 | | | |
| 41 | 3/8/2018 | | | |
| 42 | 3/8/2018 | | 008355 | Video |
| 43 | 3/9/2018 | | | |
| 44 | 3/11/2018 | | | |
| 45 | 3/15/2018 | | | |
| 46 | 3/21/2018 | | | |
| 47 | 3/21/2018 | | | |
| 48 | 3/22/2018 | | | |
| 49 | 3/22/2018 | 12-01pm | USA-00000010 | Audio |
| 50 | 3/22/2018 | 5-48pm | USA-00000006 | Audio |
| 51 | 3/27/2018 | 2-54pm | USA-00000012 | Audio |
| 52 | 3/27/2018 | | CTRL_G_0000008342 | Video |
| 53 | 3/28/2018 | 9-06pm | USA-00000014 | Audio |
| 54 | 3/29/2018 | 8-57pm | USA-00000016 | Audio |
| 55 | 4/3/2018 | 8-31pm | USA-00000018 | Audio |
| 56 | 4/3/2018 | 8-33pm | USA-00000020 | Audio |
| 57 | 4/5/2018 | 7-06pm | USA-00000022 | Audio |
| 58 | 4/5/2018 | 7-08pm | USA-00000024 | Audio |
| 59 | 4/5/2018 | 7-21pm | USA-00000027 | Audio |
| 60 | 4/7/2018 | 11-38am | USA-00000029 | Audio |

| | Date | Time | Control Number | File type |
|---|---|---|---|---|
| 61 | 4/7/2018 | 11-43am | USA-00000031 | Audio |
| 62 | 4/9/2018 | 4-13pm | USA-00000033 | Audio |
| 63 | 4/10/2018 | 5-39pm | USA-00000036 | Audio |
| 64 | 4/10/2018 | 9-05pm | USA-00000038 | Audio |
| 65 | 4/14/2018 | 4-42pm | USA-00000040 | Audio |
| 66 | 4/18/2018 | 2-10pm | USA-00000042 | Audio |
| 67 | 4/18/2018 | 4-48pm | USA-00000044 | |
| | | | 046 | Audio |
| | | | 048 | Audio |
| | | | 050 | Audio |
| | | | 053 | Audio |
| | | | 008355 | Video |
| | | | 055 | Audio |
| | | | 057 | Audio |
| | | | 059 | Audio |
| | | | 061 | Audio |
| | | | 063 | Audio |
| | | | 065 | Audio |
| 79 | 5/1/2018 | 5-04pm | USA-00000067 | Audio |
| 80 | 5/1/2018 | 6-27pm | USA-00000069 | Audio |
| 81 | 5/1/2018 | 6-31pm | USA-00000072 | Audio |
| 82 | 5/2/2018 | 1022am | CTRL_G_0000008364 | Video |
| 83 | 5/2/2018 | 4-14pm | USA-00000074 | Audio |
| 84 | 5/2/2018 | 5-27pm | USA-00000076 | Audio |
| 85 | 5/2/2018 | 8-23pm | USA-00000078 | Audio |
| 86 | 5/7/2018 | 5-19pm | USA-00000080 | Audio |
| 87 | 5/8/2018 | 11-16am | USA-00000084 | Audio |
| 88 | 5/8/2018 | 9-02am | USA-00000082 | Audio |
| 89 | 5/16/2018 | 1439pm | CTRL_G_0000008360 | Video |
| 90 | 5/16/2018 | 2-44pm | USA-00000086 | Audio |

| | Date | Time | Control Number | File type |
|---|---|---|---|---|
| 91 | 5/16/2018 | 5-17pm | USA-00000088 | Audio |
| 92 | 5/21/2018 | 6-06pm | USA-00000090 | Audio |
| 93 | 5/21/2018 | 6-09pm | USA-00000092 | Audio |
| 94 | 5/21/2018 | 7-14pm | USA-00000095 | Audio |
| 95 | 5/24/2018 | 4-53pm | USA-00000097 | Audio |
| 96 | 5/29/2018 | 2-31pm | USA-00000099 | Audio |
| 97 | 5/29/2018 | | CTRL_G_0000008367 | Video |
| 98 | 6/1/2018 | 1-25pm | USA-00000103 | Audio |
| 99 | 6/1/2018 | 3-48pm | USA-00000101 | Audio |
| 100 | 6/6/2018 | 8-24am | USA-00000105 | Audio |
| 101 | 6/13/2018 | 9-00am | USA-00000107 | Audio |
| 102 | 6/15/2018 | 1-03pm | USA-00000109 | Audio |
| 103 | 6/19/2018 | 11-16am | USA-00000111 | Audio |
| 104 | 6/19/2018 | | CTRL_G_0000008375 | Video |
| 105 | 7/9/2018 | 7-55pm | USA-00000113 | Audio |
| 106 | 7/11/2018 | 9-21pm | USA-00000115 | Audio |
| 107 | 7/25/2018 | | CTRL_G_0000008373 | Video |
| 108 | 8/2/2018 | 11-09am | USA-00000117 | Audio |
| 109 | 8/3/2018 | 6-22pm | USA-00000119 | Audio |
| 110 | 8/8/2018 | 11-48am | USA-00000125 | Audio |
| 111 | 8/8/2018 | 9-05am | USA-00000121 | Audio |
| 112 | 8/8/2018 | 9-06am | USA-00000123 | Audio |
| 113 | 8/20/2018 | 4-02pm | USA-00000127 | Audio |
| 114 | 8/28/2018 | unk | USA-00000128 | Audio |
| 115 | 8/28/2018 | | CTRL_G_0000008374 | Video |

**115** FBI Video and Audio Recordings

▸ Jackie **<u>Already</u>** Removed

**MIKE CAUSEY:**
"***<u>What's in it for me?</u>***"

▸ Greg offers a **<u>LEGAL</u>** alternative instead:

- The Independent Expenditure Committee (I.E.C.) **<u>via IRS</u>**



| 2016 Election | Causey in office | June meeting | 11/20 meeting | Causey to FBI | **ATTEMPT #** **30** |
|---|---|---|---|---|---|

**2 0 1 7**  **2 0 1 8**

**Obusek removed**

**772 TEXTS; 262 CALLS; >150 EMAILS**

Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 9 of 22













Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 13 of 22

# Greg Lindberg's Quotes

| | |
|---|---|
| **3/27/2018** | GREG LINDBERG: "**We're <u>not</u> asking for easy regulation. We're asking for tough regulatory scrutiny on an unbiased basis <u>and Debbie does not have a bias against us. Jackie does. It's that simple</u>**. " |
| **5/16/2018** | GREG LINDBERG: "Debbie will do a competent job, a very rigorous job, but she doesn't have a built-in bias against us. She's a regulator. **She is going to be tough and fair. That's all we need.**" |

| | |
|---|---|
| **6/19/2018** | GREG LINDBERG: "We're gonna do it right. And we're gonna do it with every single piece of law out there." |
| **7/25/2018** | GREG LINDBERG: "….If you and your advisors can figure out any other way for me to help you out, I'm happy to do it**. It just has to be compliant."** |
| | GREG LINDBERG: "…I don't know election law well enough. All I know is I give money to NCGOP, that's compliant. And if they give money to you, that's compliant." |
| | GREG LINDBERG: "**all we're asking for is an even playing field."** |
| | GREG LINDBERG: "You know, <u>**whatever is within the bounds of North Carolina election law,**</u> I'll do anything you want. That's the bottom line." |

# FBI Attempt #109 -- Final Words to Causey

**GREG LINDBERG:** *"You know, **whatever is within the bounds of North Carolina election law**, I'll do anything you want. That's the bottom line."*

## BRIBE?

## CRIMINAL INTENT?



**2016 Election** | **Causey in office** | **June meeting** | **11/20 meeting** | **Causey to FBI** | **ATTEMPT #** 8 15 16 17 18 19 | **109**

**2 0 1 7** | **2 0 1 8**

**Obusek removed**

**772 TEXTS; 262 CALLS; >150 EMAILS**

# Is a Campaign Contribution a Bribe?



**DONATION**

<u>**Hope**</u> things get better



**DONATION**

<u>**Guaranteed Benefit**</u>

**Jury Charge: Page 27**

"Campaign contributions given with only a **vague expectation** of some future benefit are **not bribes**"

Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 16 of 22

# Advice on Political Donation to NCGOP

ADVICE TO GREG LINDBERG:



**John Gray**
Advisor



**Mike Causey**
Ins. Commissioner



**Robert Cannon Hayes**
4-Term Congressman

**WHAT THEY SAID:**

"**That's what I recommend.** Mike, what do you say?"

"**Yes.**"

"Sure....**nothing wrong with it**..."

16

▶ Greg Lindberg circulates an email about this proposal to:









**Tamre Edwards**
Lawyer

**John Palermo**
Head of Campaign Compliance

**Lou Hensley**
CEO of GBIG

**Rod Perkins**
Vice President of Government Relations

# No objections.

Case 3:23-cr-00048-MOC-DCK     Document 234-6     Filed 07/14/26     Page 18 of 22

# Entrapment

▸ **Predisposition** – Predisposition refers to the defendant's state of mind before government agents make any suggestion that he commit a crime.

▸ **Inducement** – Inducement necessitates government overreaching and conduct sufficiently excessive to implant a criminal design in the mind of an otherwise innocent party.

**Jury Charge:** "In determining the question of entrapment, you should consider all of the evidence received in this case concerning the intentions and disposition of the defendant before contact with law enforcement, as well as the nature and the degree of the inducement provided by the law enforcement officer. The **burden is on the government** to prove beyond a reasonable doubt that the defendant had a previous disposition or willingness or intent to commit the crime charged **prior** to first being contacted by law enforcement officers."

18

# What Mike Causey Said

**1/27/2018**   **MIKE CAUSEY:**  "I have been thinking about you said that Greg wanted to meet with me. I'd be willing to do that with you, nobody but you and him and me somewhere away -- somewhere away from Raleigh, away from Chapel Hill where we -- **where we'll have privacy, and nobody is going to see us**."

**3/5/2018**   **MIKE CAUSEY:**  "But I guess **what's in it for me**, what can you do to help this, not going to be under the radar screen for me."

**5/16/2018**   **MIKE CAUSEY:**  "He gave Dan Forest a million and a half at one pop and I'm thinking, you know, **hell -- I'm the insurance commissioner. I should be as high on his radar** or list as Dan Forest or any of these other guys in other states."

**5/29/2018**   **MIKE CAUSEY:**  "Well, here is my position. We've talked about all of these different things. The numbers are changing. **I haven't seen anything directly to my benefit. I mean, I can move Jackie, I can do a lot of different things, but I don't want to do anything until we get something to say, "Okay, this thing is -- we're going forward. I've got the money in the bank** and we go can forward."



Case 3:23-cr-00048-MOC-DCK    Document 234-6    Filed 07/14/26    Page 21 of 22

# What Greg Lindberg Said:

