**EXHIBIT A11**

# EXHIBIT A11 (EXPANDED)

## Greg Lindberg's Insurance Investment from 2014 to 2018 — $963 Million Total Investment in the Insurance Group, with Source Documentation

This expanded exhibit presents Mr. Lindberg's total investment of $963 million in the insurance group from 2014 to 2018, as summarized in Part I, together with the source documentation supporting each line item. Source references in brackets [S-1] through [S-9] correspond to the source document descriptions in Part II. The primary sources are (i) publicly filed insurance company financial statements, available on the CBLife website as noted in Part II, and (ii) entity-level general ledger records from the INTACCT accounting system, reproduced at Appendix A. Figures prepared by S. Jain; amounts in the summary table are rounded to the nearest $1 million and exact ledger amounts appear in Appendix A.

## Part I — Summary of Total Investment

| # | Particulars | $ Millions | Source Documentation (see Part II) |
|---|---|---|---|
| 1 | **Total Investment In The Insurance Group (Overall Investment Broken Out By NC Insurers Vs. Other Insurers)** | | |
| | a. Colorado Bankers Life Insurance Company | 71 | SNG audited financial statements (FY2017); general ledger — Appendix A [S-1, S-6] |
| | a2. CBL additional capital invested | 193 | CBL 2018 statutory financial statements [S-2] |
| | b. Bankers Life Insurance Company | 35 | PPA / BLIC closing correspondence [S-3] |
| | c. Southland National Insurance Corporation | 48 | SNG audited financial statements (FY2017); general ledger — Appendix A [S-1, S-6] |
| | d. Southland National Reinsurance Corporation | 11 | SNG audited financial statements (FY2017); general ledger — Appendix A [S-1, S-6] |
| | e. Pavonia Life Insurance Company of Michigan (net of sale price) | 45 | SNG audited financial statements (purchase, $120M); Pavonia sources & uses (sale, $75M) [S-1, S-4] |
| | f. Private Bankers Life and Annuity Co., Ltd. | – | No cost basis included; fair value per KPMG valuation [S-5] |
| | g. Omnia Ltd. | – | No cost basis included; fair value per KPMG valuation [S-5] |
| | h. Conservatrix N.V | 80 | Acquisition records; fair value per KPMG valuation [S-5] |
| | i. Standard Re (Malta) Limited | 6 | Acquisition records; general ledger — Appendix A [S-6] |
| | j. GB Life Luxembourg S.A | 39 | Acquisition records; fair value per KPMG valuation [S-5] |
| | k. Bankers Reinsurance Company Ltd. | – | No cost basis included; fair value per KPMG valuation [S-5] |
| | l. PB Investment Holdings Ltd. | – | No cost basis included; fair value per KPMG valuation [S-5] |
| | m. BMX Bermuda Holdings | 31 | INTACCT general ledger [S-6] |
| | n. PBX Bermuda Holdings | | INTACCT general ledger [S-6] |
| | p. Lincoln Benefit Life (LBL — $25M investment in earnest money deposit on SPA) | 25 | Stock purchase agreement / earnest money deposit records; per GEL [S-7] |
| | q. Greenfield and New England Capital | 12 | Investment records; per GEL [S-7] |

| #   | Particulars | $ Millions | Source Documentation (see Part II) |
| --- | --- | --- | --- |
|     | r. The Englert office building | 5 | Property records (2327 Englert Drive, Durham, NC); per GEL [S-7] |
| 2   | Overhead For The Insurance Co Mgt Team | 83 | Payroll and overhead general ledger records [S-6] |
| 3   | Travel and one-time team relocation costs | 20 | N84GV aircraft activity and expense reports, 2014–2018 [S-8] |
| 4   | Investment Into Agera And Replacement Of Agera Assets On Insurance Co Balance Sheets | 187 | Interest Level Adjustment (ILA) documentation [S-9] |
| 5   | All Legal Costs Including Legal At The Insurance Co Management Company | 72 | Legal expense general ledger records [S-6] |
|     | **Total** | **963** | |

## Part II — Source Documentation

### S-1 — SNG Holdings & Reinsurance Company, Inc. Audited Non-Consolidated Financial Statements (December 31, 2017)

Audited non-consolidated financial statements of SNG Holdings & Reinsurance Company, Inc. as of and for the year ended December 31, 2017, documenting Mr. Lindberg's capital investment in Colorado Bankers Life Insurance Company ($71M through 2017), Southland National Insurance Corporation ($48.1M), Southland National Reinsurance Corporation ($10.9M), and the purchase of Pavonia Life Insurance Company of Michigan ($120.0M in 2017). Source file per S. Jain workpapers: "2017-12-31 SNG Financial Statements" (GG Legal Archives).

### S-2 — Colorado Bankers Life Insurance Company 2018 Statutory Financial Statements

Publicly filed 2018 statutory financial statements of Colorado Bankers Life Insurance Company documenting the additional $193M of capital invested in CBL (the $71M purchase price plus the capital contributions reflected on the 2018 statement, net of approximately $30M of capital on the balance sheet at acquisition, per GEL's reconciliation of September 21, 2025). CBL's publicly filed financial information, including balance sheets for CBL, Bankers Life Insurance Company, and Southland National, is published in the Rehabilitator's reports on the CBLife website: cblife.com/quarterly-rehabilitation-reports. The earliest reports on that page (2Q2019 through 4Q2019) present the financial position of the NC insurers immediately following the 2014–2018 investment period covered by this exhibit. Statutory annual statements are also on file with the North Carolina Department of Insurance and the NAIC.

### S-3 — Bankers Life Insurance Company — Purchase Price Allocation / Closing Correspondence

Purchase price allocation email and accompanying BLIC Closing Funds Flow spreadsheet documenting the $35.3M investment in Bankers Life Insurance Company (adjusted purchase price of $30.3M, including the $3.0M Bankers surplus note, plus a $5.0M post-closing capital infusion). Source files per S. Jain workpapers: "FW: Re: BLIC Closing" and "BLIC Closing Funds Flow" (GG Legal Archives).

### S-4 — Pavonia Life Insurance Company of Michigan — Sources & Uses (Sale)

Sources-and-uses statement for the sale of Pavonia Life Insurance Company of Michigan documenting the $75M sale price. Netted against the $120.0M purchase price (S-1), the net investment is $45.0M. Source file per S. Jain workpapers: "Pavonia S&U" (GG Legal Archives).

### S-5 — KPMG — Final Valuation of Eli Global Insurance Entities (August 24, 2018)

KPMG's final valuation of the Eli Global insurance entities, dated August 24, 2018 ("KPMG – Final Valuation of Eli Global Insurance Entities (8.24.18)"), prepared to satisfy NCDOI regulatory requirements. While this exhibit presents investment at cost, the KPMG valuation independently corroborates the value created by these investments: aggregate fair value of the insurance entities of approximately $1.07 billion (including Colorado Bankers Life at $380.5M, Private Bankers Life and Annuity at $283.5M, Pavonia at $120.0M, Conservatrix at €74.0M, and GB Life Luxembourg at €32.7M). The valuation is dated less than 60 days before the October 18, 2018 Consent Order for Administrative Supervision (S-10), making it contemporaneous evidence of the value of the companies at the time regulatory control was imposed. Transmitted to Katten counsel February 20, 2025.

### S-6 — General Ledger Records (INTACCT)

Entity-level general ledger detail from the INTACCT accounting system recording each investment and additional-paid-in-capital entry by year, 2014–2018. The complete ledger detail supporting the NC insurer and holding-company entries is reproduced at Appendix A. Supplemental GL extract on file: GBIG Holdings Inc. (f/k/a SNH Inc.) General Ledger Report, account 19200 (Investment in Subs – related), documenting $18.0M of additional SNIC capital contributions under the escrow agreement (2021–2022). Ledger access is maintained by the accounting team (S. Jain / Sidd).

### S-7 — Items Documented Per GEL

The Lincoln Benefit Life earnest money deposit ($25M under the stock purchase agreement), the Greenfield and New England Capital investment ($12M), and the Englert office building ($5M) are documented per GEL from transaction records maintained in company files.

### S-8 — Travel and One-Time Team Relocation Costs — Aircraft Activity Records

N84GV aircraft passenger activity, flight hour, and business travel expense reports for 2014–2018 (six workbooks, including the 2014 Passenger Activity Report (business vs. personal), the 2015 Flight Hour History, the 2016 Custom Passenger Activity Report, and the 2018 Flight Activity reports), documenting approximately $5M per year of plane costs during the investment period. Transmitted with GEL's review notes on September 21, 2025.

### S-9 — Agera Energy — Investment and Asset Replacement (ILA)

Interest Level Adjustment (ILA) documentation supporting $186.7M of investment into Agera Energy and the replacement of Agera assets on the insurance company balance sheets. Supporting payment records on file include eleven ILA payment advices (May 2020 through November 2022), ILA remittance summaries and treasury files, corroborating bank statements (GGHI, August and September 2022), and originating remittance email records, as transmitted by S. Jain to counsel in January and March 2026.

### S-10 — Consent Order for Administrative Supervision (October 18, 2018)

Confidential Consent Order for Administrative Supervision issued by the North Carolina Commissioner of Insurance on October 18, 2018, placing SNIC, BLIC, CBL, SNRC, and SRLIC under administrative supervision, requiring Commissioner approval for transactions over $10,000. The Order corroborates the effective transfer of control of the NC insurers to the regulator and its appointed supervisor, and establishes the contemporaneity of the KPMG valuation (S-5), which was issued less than 60 days prior. Signed copy on file.

## Appendix A — General Ledger Detail (INTACCT), Investments by Entity and Year, 2014–2018

The following entity-level general ledger detail records the investment and additional-paid-in-capital entries underlying the summary in Part I. Amounts are in U.S. dollars (unrounded).

| Entity / Ledger Entry | 2014 | 2015 | 2016 | 2017 | 2018 | Total ($) |
|---|---|---|---|---|---|---|
| **BLI** | **–** | **–** | **–** | **–** | **31,409,882** | **31,409,882** |
| Merger accounting — BLI | – | – | – | – | 31,409,882 | 31,409,882 |
| **BLIC** | **–** | **–** | **–** | **–** | **10,000,000** | **10,000,000** |
| Online transfer SNH to BLIC as APIC | – | – | – | – | 10,000,000 | 10,000,000 |
| **CBA** | **–** | **–** | **–** | **–** | **269,798** | **269,798** |
| Reclass IC as investment into CBA | – | – | – | – | 269,798 | 269,798 |
| **CBL** | **–** | **36,000,000** | **–** | **–** | **35,000,000** | **71,000,000** |
| Investment in CBL | – | 36,000,000 | – | – | – | 36,000,000 |
| Online transfer SNH to CBL as APIC | – | – | – | – | 35,000,000 | 35,000,000 |
| **CBLI** | **–** | **–** | **–** | **63,249,096** | **29,000,000** | **92,249,096** |
| APIC in CBL | – | – | – | – | 9,000,000 | 9,000,000 |
| APIC in CBLI | – | – | – | – | 20,000,000 | 20,000,000 |
| Investment in CBLI | – | – | – | 35,000,000 | – | 35,000,000 |
| Income tax payable forgiven adj. (CBLI) | – | – | – | 13,765,079 | – | 13,765,079 |
| Capital & surplus adj. (CBLI) | – | – | – | 14,484,017 | – | 14,484,017 |
| **CBX** | **–** | **–** | **–** | **–** | **14,061,898** | **14,061,898** |
| Merger accounting — CBX | – | – | – | – | 14,061,898 | 14,061,898 |
| **Cincinnati Equitable** | **–** | **–** | **–** | **–** | **2,500,000** | **2,500,000** |
| **GBIG (APIC)** | **–** | **–** | **–** | **–** | **10,200,000** | **10,200,000** |
| **Omnia, Ltd.** | **–** | **–** | **–** | **–** | **9,500,000** | **9,500,000** |
| **Others (audit adjustments / reclass)** | **-15,487,187** | **10,421,689** | **2,156,753** | **–** | **909,891** | **-1,998,854** |
| **Pavonia Holding** | **–** | **–** | **–** | **120,000,137** | **–** | **120,000,137** |
| Investment in Pavonia Holding | – | – | – | 120,000,137 | – | 120,000,137 |
| **PFC** | **–** | **4,384,371** | **–** | **-939,007** | **–** | **3,445,364** |
| **Sirius Capital** | **–** | **–** | **250,000** | **–** | **–** | **250,000** |
| **SN Malta** | **–** | **–** | **–** | **–** | **250,000** | **250,000** |
| **SNGD** | **–** | **–** | **8,892,083** | **-250,000** | **3,112,000** | **11,754,083** |
| **SNIC** | **30,560,925** | **18,909,187** | **–** | **-2,839,599** | **–** | **46,630,513** |
| Investment in SNIC | 30,560,925 | 18,909,187 | – | 7,000,000 | – | 56,470,112 |
| Income tax payable forgiven adj. (SNIC) | – | – | – | 348,429 | – | 348,429 |
| Capital & surplus adj. (SNIC) | – | – | – | -7,579,814 | – | -7,579,814 |
| Mother/DLE adj. (SNIC) | – | – | – | -2,608,214 | – | -2,608,214 |
| **SNRC** | **250,000** | **10,651,649** | **1,500,000** | **9,213,921** | **8,000,000** | **29,615,570** |
| Investment in SNRC | 250,000 | 10,651,649 | – | 2,100,000 | 8,000,000 | 21,001,649 |
| Equity investment in SNRC | – | – | 1,500,000 | – | – | 1,500,000 |
| Capital & surplus adj. (SNRC) | – | – | – | 7,113,921 | – | 7,113,921 |

*Note on presentation: certain holding-company-level ledger entities above (e.g., CBLI, SNGD, Pavonia Holding) roll up into the entity lines presented in Part I. The Part I presentation follows the exhibit prepared by S. Jain reconciling to the $963M total.*