**EXHIBIT A15**

From: **Christa Miller** cmiller@eliglobal.com
Subject: For the files
Date: January 6, 2019 at 9:08 PM
To: Peter Nordberg PNordberg@eliglobal.com
Cc: Greg E. Lindberg gel@eliequity.com, Chris Herwig cherwig@eliglobal.com



Peter,

Just to memorialize for our files a few comments that were made in the meeting with Ares on Friday, January 4 –

We were meeting with Ares to discuss in greater detail the affiliated loans currently associated with the US insurance companies and a proposed path forward to significantly reduce the affiliated loan portfolio.  When we entered into exclusivity with Ares related to their proposed purchase of the US insurance companies, a key component of their offer was that they were willing to keep a certain limited amount of affiliated loans after closing through an SPV structure that they proposed.  Although the exact amount of affiliated loans and the structure of the SPV were still to be determined and negotiated, this aspect of their offer was very appealing and put them at a big advantage compared to other prospective buyers.

In recent calls with Ares leading up to the meeting on Friday, it has become apparent that they are no longer favoring such an SPV structure where they would retain any affiliated loans.  In the meeting on Friday, when they reiterated their position of preferring to have a balance sheet upon closing of the purchase that would be completed devoid of any affiliated loans, we asked them if they were indeed taking this key term of their offer off of the table.  In response, they said that they had been told by a third party constituent that they should avoid any ongoing connection to Eli Global after the close.  They had made a similar comment in a call that we had with them on December 21.  In that call, they said that they had been advised to not have any ongoing ties to Eli Global after close.  When we asked who had given them this advice, they refused to say.  This call took place soon after a meeting/call that Ares had with the DOJ.  I am not aware of any meetings/calls that the NCDOI has had with Ares without someone from GBIG being present, but it is possible that they have had direct conversations without our participation.  In neither the meeting on Friday or the call on December 21 did Ares specifically mention the DOJ or NCDOI.  However, it seems very likely from their comments on both occasions that they have been heavily influenced by a third party with power.

Best regards,

Christa Miller
Eli Global
2222 Sedwick Rd
Durham, NC 27713
Office: 972-448-4663
Cell: 336-972-1831
VOIP: 3288
cmiller@eliglobal.com