**EXHIBIT A22**



# Southland National Insurance Corporation
# "SNIC"

9/17/2014

Eli Global, LLC

Case 3:23-cr-00048-MOC-DCK    Document 234-11    Filed 07/14/26    Page 2 of 19

# Agenda

- **Redomicile to NC?**
- **SNIC Transaction and Background**
- **Business Plan for SNIC**
  - **Affiliate Investments**
    - Advantages and Eli Global's investment track record
    - Clarification of regulations
    - Risk management strategy
    - Plan to increase surplus
    - Benefits to policy holders
  - **Reinsurance**
    - What is Department position on proposed reinsurance transaction?
    - Our proposal will increase surplus by a further $3M

# Redomicile to NC?

- Headquarters of Eli Global are 30 minutes from DOI
- We like the openness and availability of DOI
    - Second meeting with DOI; have been scheduled within week's notice in each instance
- Investment regulations appear to fit with our plan
    - One goal of this meeting is to get clarity on investment regulations

# SNIC – an Alabama insurance co

- Acquired by Southland National Holdings, LLC, an Eli Global company, on September 1, 2014
- $170M in assets with $12M in statutory reserve and $24M in GAAP equity
- Vast majority of reserves are for preneed run-off business
- $1-$2M of new premium for ongoing dental insurance business
- All existing preneed and current and future dental business handled by TPA in Alabama

# State of SNIC prior to acquisition

- Pre-need block in run-off with no plans to grow or diversify

- High expenses relative to administrative needs

- An investment portfolio not positioned to add surplus

- High interest rate risk from long duration fixed income instruments

- No further capital commitment from current owners

# Go Forward Business Plan

- Adding new and diversified business through acquisition, reinsurance, and direct writing
  - Pre-need, Final Expense, Whole Life, Dental, and other Life products
  - Fixed Annuities are large part of strategy
- Adding capital to grow the business
  - Plan to add $30 mm in surplus via capital infusion and improved profitability over next 3 years
- Fixed price admin agreement with previous TPA to ensure costs are controlled
- Improve investment results via floating rate debt in affiliates

# Current Product Development

- Pricing and building contract for a fixed Flexible Premium Deferred Annuity (FPDA)
  - Simple straight forward design with a 1 to 3 year guarantee with minimums to focus directly on the middle market consumer
  - Non-Qualified and Qualified
  - Distribution – Direct and Agent Sold
- Identifying administration system and overall process that is compliant but improves cost of administration expense ratios
- Beginning design on new website for SNIC, which will include online annuity purchase and service functionality
- Establishing the new investment guidelines for SNIC that incorporates the Annuity business

# The Advantages of Affiliate Investments

- Floating-rate controlled investments are best way to protect policy holders' interest
  - Rise in interest rates will crush traditional fixed income portfolios
    - Maintaining investments in floating rate securities remove this market price risk
  - Controlled aspect provides less risk with active oversight
    - Eli Global, unlike many other investors, has the ability and experience to efficiently operate acquired companies
  - Eli Global has a solid track record on these investments

# Eli Global's Successful Investment Record

- Eli Global has completed over 30 investments since 2001, ranging in price from $100K to $40M

- With our long-term buy and hold strategy, we have turned a $500k investment into over $350M of equity since our inception in 1991

- Eli Global has an excellent investing track record with 35% Compound Annual Growth Rate (CAGR)  since inception and 43% ROCE on investments made since 2001

- Our internal M&A team has a process that allows us to find investments that are not brokered and therefore not typically shopped to multiple buyers

- ZERO default rate on controlled investments since our inception

# Eli Global Investment Success Specifics

We have a solid track record of investment success in the acquisitions of financially sound companies

- **AAPC (American Academy of Professional Coders)**
  - Purchased for enterprise value of $40M in 2006, currently valued at over $350M
- **Others**
  - CMC, BCC Research, The Coding Institute
  - Smaller companies with solid cash flows acquired at good prices – hurdle rates of at least 20% have been achieved across all entities

We also are turnaround experts having successfully converted cash burning companies into cash generating ones

- **Beckett Media**
  - Acquired in 2008 for $500k
  - It was losing $4M with $65M of debt
  - Currently generating $8M in annual cash flow and debt free

We use offshore labor to lower post-close multiples which leads to increased margins and reduces risk in a downturn

We invest in diversified industries that tend to be non-cyclical

# NC DOI's view on affiliate investments?

- Appear to be allowed without limitation
  - N.C. Gen. Stat. § 58-7-170(d) provides that an insurer's investments in medium and lower quality obligations, *other than obligations of subsidiaries or affiliated corporations*, must be limited to: (i) no more than 20% of admitted assets; (ii) no more than 10% of admitted assets in obligations designated 4, 5, or 6 by the SVO; (iii) no more than 3% of admitted assets in obligations designated 5 or 6 by the SVO; and (iv) no more than 1% of admitted assets in obligations designated 6 by the SVO.
  - N.C. Gen. Stat. § 58-19-10(b)(1) limits investments in an insurer's subsidiaries to the lesser of 10% of the insurer's assets, or 50% of the insurer's surplus. This limitation does not appear to apply to investments in non-subsidiary affiliates.

Case 3:23-cr-00048-MOC-DCK     Document 234-11     Filed 07/14/26     Page 12 of 19

# Eli Global's Proposed Risk Management Strategy for SNIC

- Investments rated NAIC 6 will be contributed to SNIC to boost surplus

  - No additional risk to policy holders

- SNIC will maintain strong RBC ratio at all times, including taking full capital charge for NAIC 6 securities.

- Controlled investments will be personally guaranteed by Eli Global owner, Greg Lindberg – this puts in a backstop for any potential failed deals

  - Mr. Lindberg has audited personal net worth of $300M with strong cashflow from current portfolio companies

    - Estimating over $60M cashflow in 2014

    - Serve as backstop for any bad investments beyond historical zero percent default rate

# Investment Plan to Increase Surplus

- Our plan increases SNIC's surplus by 250% to $27 million, up from $12 million today

- We propose to contribute $12 million of NAIC 6 controlled securities to SNIC as additional surplus

- Additional surplus allows substantial cushion for additional Risk Based Capital required on these securities

- Future controlled floating rate investments will further boost surplus with superior returns and low risk

- We will continue to increase SNIC's surplus to maintain strong RBC ratios on all controlled/affiliate floating rate investments, which tend to carry higher capital charges

# Summary of Investment Policy

- Floating rate investments to avoid inflation and rate increase risk
- Controlled/affiliate investments to maintain active oversight and ability to intervene in downside scenario
- Focus on senior secured middle market loans to companies with strong cash flow characteristics, high barriers to entry, and diversified customer bases
- Investments will follow the same policies that have produced Eli Global's successful 23-year investment track record
- Stronger capitalization to accommodate higher capital charges for these types of middle market investments.
- The above plan is further outlined in our business plan submitted with our Form A application that we would be happy to share

# Benefits/Protections For SNIC and Policy Holders

- Additional surplus
- Controlled investments – we know how to do turnarounds
- GEL personal guaranty backstop
- Floating rate
- Senior secured
- Strong RBC ratio maintained
- Strong liquidity maintained

# Reinsurance

- Offshore reinsurance will allow for pickup of $3M in surplus due to immediate recognition of IMR

- Investments held in funds held account

  - Stay on SNIC balance sheet

  - Subject to North Carolina investment regulations

- Eli Global is in process of establishing reinsurer in Malta

  - Malta is stable jurisdiction and EU member

# Summary

- Reinsurance allows us to increase surplus by a further $3M

- Total surplus will be $27M at year-end 2014, significantly higher than currently and closer to our $35M surplus target we established in our business plan

- Strong risk management from (a) zero historical default rate on controlled deals, (b) strong RBC position with additional capital charges from controlled deals, and (C) full guarantee backstop from owner on all controlled deals

# Questions?

- Greg Lindberg (Chairman and owner of Eli Global)
  - gel@eliglobal.com
  - 919-544-0362
- Jeremy Ragsdale (CEO of SNIC)
  - jragsdale@eliglobal.com
  - 239-280-4250
- Chris Herwig (CFO of Eli Global)
  - cherwig@eliglobal.com
  - 239-280-4293
- Devin Solow (VP Insurance Acquisitions for Eli Global)
  - dsolow@eliglobal.com
  - 919-813-7652