## EXHIBIT B5

**Exhibit B5 – Standard Industry Practices on Affiliated Loans**

