# **EXHIBIT B6**



# Questions for Financial Analysis Working Group, NAIC

Causey, Mike [Mike.Causey@ncdoi.gov]

You forwarded this message on 2/22/2020 10:26 PM.

**Sent:** Friday, March 09, 2018 4:22 PM
**To:** gel@globalbankers.com
**Cc:** jvpalermojr@gmail.com

Greg,
You did an outstanding and impressive job of answering some really tough, hardball questions from state regulators today.

Here are three areas on which FAWG leaders have asked me to get answers:

1). A schedule of long term debt and debt service for you and all entities that you control.

2) An is explanation of your plans to get a GAAP consolidated audit, by a CPA firm qualified to audit assets in international jurisdictions where you have assets.

3) Details and status of plans to engage JP Morgan or KKR Capital Markets to provide financing to replace intercompany loans.

I need to get this information as early as you can next week, but not later than March 15, 2018. If you have any questions please let me know.

Thanks for your assistance in this matter.

Mike Causey
Commissioner
NC Department Insurance
.......Sent from my iPhone