**EXHIBIT B8**

# AMENDED & RESTATED BACKSTOP AGREEMENT

This AMENDED & RESTATED BACKSTOP AGREEMENT (this "**Backstop Agreement**"), dated as of March 11, 2019, is made by GREG E. LINDBERG, an individual ("**Lindberg**"), in favor of the Beneficiaries (as hereinafter defined).

RECITALS

A.      On March 10, 2019, Lindberg executed a certain Backstop Agreement (the "**Original Agreement**") in favor of the Beneficiaries.  Following execution, the Exhibits attached to the Original Agreement were discovered to contain certain errors.  In order to correct the errors contained therein, and in order to consolidate the corrected Exhibits with the same provisions as the Original Agreement, Lindberg hereby executes this Backstop Agreement, which is in the same form as the Original Agreement, with the sole revisions being this recital, the date, and the corrected Exhibits, in favor of the Beneficiaries.  This Backstop Agreement supersedes and replaces the Original Agreement in its entirety.

B.      Reference is made to the loans listed on **Exhibit A** attached hereto (the "**Loans**"), as evidenced by written agreements between the Borrowers (each, a "**Borrower**," and collectively, the "**Borrowers**") and Lenders (each individually, a "**Lender**," and collectively, the "**Lenders**") set forth therein (each, an "**Loan Agreement**" and collectively, the "**Loan Agreements**").

C.      Reference is made to the preferred equity obligations listed on **Exhibit B** attached hereto (the "**Preferred Equity Obligations**"), as evidenced by written agreements between the Preferred Equity Owners (each a "**Preferred Equity Owner**," and collectively, the "**Preferred Equity Owners**") and other equity owners set forth therein (each, an "**Operating Agreement**" and collectively, the "**Operating Agreements**").

D.      Lindberg desires to lend his credit support for certain obligations of Obligors (as hereinafter defined) under the Underlying Agreements (as hereinafter defined) as set forth herein.

AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and subject to the terms and conditions contained herein, Lindberg agrees as follows:

1.      <u>Definitions</u>.  As used herein, the following terms shall have the definitions set forth below:

a.      "**Beneficiary**" shall mean any Lender or Preferred Equity Owner. "**Beneficiaries**" shall mean, collectively, all of the Lenders and Preferred Equity Owners.

b.      "**Obligor**" shall mean any Borrower or Operating Company.  "**Obligors**" shall mean, collectively, all of the Borrowers and Operating Companies.

c.  "**Operating Company**" shall mean any company whose operations are governed by an Operating Agreement.  "**Operating Companies**" shall mean, collectively, all of the companies whose operations are governed by an Operating Agreements.

d.  "**Underlying Agreement**" shall mean any Loan Agreement or any Operating Agreement.  "**Underlying Agreements**" shall mean, collectively, all of the Loan Agreements and Operating Agreements.

2.  Credit Support.  Lindberg hereby agrees that if any Obligor fails to make a regularly scheduled payment of principal and/or interest required to be made under any Loan Agreement or any regularly scheduled preferred equity payment that are required to be made in cash in accordance with the terms of an Operating Agreement (each, a "**Required Payment**," and collectively, the "**Required Payments**"), Lindberg will pay or cause to be paid to such Beneficiary such Required Payments, subject to the conditions and limitations set forth herein (the "**Backstop Obligation**").

3.  Conditions on the Backstop Obligation.  The Backstop Obligation is subject to the following:

a.  The Backstop Obligation shall be specifically limited to regularly scheduled payments of principal and/or interest and/or regularly scheduled preferred equity payments required to be made in cash under the Underlying Agreements.  Without limiting the foregoing, the Backstop Obligation shall not include: (i) costs, fees, expenses, default interest, collection costs, commitment fees, indemnification obligations, counsel fees, servicing fees, liquidation fees, penalties, exit fees, prepayment fee, yield maintenance or similar obligations, or broker fees; (ii) funding of any reserves, including, without limitation, any tax, insurance, repair or payment reserves; (iii) payment of any taxes, insurance costs or expenses or other amounts related to any collateral secured by the Loans or Preferred Equity Obligations; (iv) governmental fees, charges or assessments; (v) deficiency or other judgments against Obligors; (vi) asset management fees; or (vii) dividends declared by any manager or other party in control of any Operating Company which are not regularly scheduled preferred equity return payments payable in cash based on such Beneficiary's equity interest in an Operating Company.

b.  The Backstop Obligation shall be specifically limited to the regularly scheduled payments of principal and interest and regularly scheduled preferred equity payments required under the Underlying Documents as and when required thereunder (subject to the notice and cure provisions provided in the Underlying Agreements and this Backstop Agreement) and shall not include any accelerated amount of the debt or equity. By way of example, should any amounts due under the Loans be accelerated, in whole or in part, so that such amounts are due and payable prior to the regularly scheduled payment dates for such amounts, Lindberg will not make any payment related to such accelerated portion of the Loans; provided, however, that Lindberg shall make such regularly scheduled payments on such regularly scheduled payment dates as and when required hereby as though such Loan had not been accelerated, to the extent that such Beneficiary will accept such regularly scheduled payments on such regularly scheduled payment dates. Similarly, should any event occur whereby the Preferred Equity Owners are entitled to a

Case 3:23-cr-00048-MOC-DCK    Document 234-17    Filed 07/14/26    Page 3 of 13

return of their capital plus their preferred equity payments, Lindberg will only make regularly scheduled payments of preferred equity payments as though the return of such capital contribution had not been accelerated.  Under no circumstances shall Lindberg be required to pay any Beneficiary any amount that would result in Beneficiary receiving more funds pursuant to an Underlying Agreement than Beneficiary would be entitled to had Lindberg not made any payments pursuant to this Backstop Agreement.

        c.      Lindberg shall not be liable hereunder for any amounts due or changes to amounts due under the Underlying Agreements to the extent the Underlying Agreements are amended or modified unless such amendment and/or modification was either (i) specifically agreed to in writing by Lindberg in his individual capacity (and not as an officer, director, manager or similar title of any Obligor), or (ii) occurred at any time before a Change of Control occurred.  As used in this Subsection (c), "**Change of Control**" shall mean, with respect to any Beneficiary, that the controlling party of such Beneficiary, including such trustees and third-party asset managers, as applicable, that are designated as of the time of this agreement, no longer directly or indirectly control the actions of such Beneficiary, including specifically, any change to the management of such Beneficiary which is not approved by the Controlling Party.

        d.      Lindberg shall not liable hereunder to the extent Beneficiary shall have collected from an Obligor any amount due under the Underlying Agreements in connection with any litigation or settlement of claims by a Beneficiary, it being specifically agreed that any amounts collected by a Beneficiary pursuant to any Underlying Agreement will be deemed to have been first applied to such regularly scheduled payments.  For purposes of clarification, in the event that a Beneficiary collects any amount from an Obligor, for purposes of this Backstop Obligation, such amount shall be applied as though it had been made to the principal and interest due or preferred equity payments required under the Underlying Agreements.  By way of example, if regularly scheduled payments of principal and interest are equal to $10,000 per month, and a Beneficiary collects $100,000 from an Obligor pursuant to the Underlying Agreements in excess of what would have been due at that time if regularly scheduled payments been made and no default had occurred, then such amount shall be applied to the next ten (10) payments due thereunder (e.g., ten (10) payments of $10,000), and Lindberg shall be obligated to make the eleventh (11th) payment next due.

    4.      <u>Backstop Procedures</u>.  Lindberg shall not be required to make any Required Payment pursuant to the terms of this Backstop Agreement unless Beneficiary shall have delivered written notice to such Obligor and Lindberg setting forth such Obligor's failure to make a Required Payment (the "**Default Notice**"), and such Obligor shall have failed to make such payment within ninety (90) days after delivery of the Default Notice.  In the event that such Obligor fails to make such payment within such ninety (90)-day period, then Lindberg shall make such Required Payment (including any other Required Payments scheduled after the initial failed Required Payment when due and payable) within one hundred twenty (120) days after Lindberg's receipt of the Default Notice, subject to the terms of this Agreement, including, without limitation, <u>Section 2</u> above.

Case 3:23-cr-00048-MOC-DCK     Document 234-17     Filed 07/14/26     Page 4 of 13

5. <u>Term; Termination</u>. The term of this Backstop Agreement shall commence on the date hereof and shall expire, and this Backstop Agreement shall automatically terminate, on the date that is ten (10) years after the date hereof. This Backstop Agreement and Lindberg's obligations hereunder shall automatically terminate without further action by any party or beneficiary, and this Backstop Agreement shall automatically become void and of no force or effect in the event that the North Carolina Department of Insurance (or other governmental body with regulatory oversight over the Beneficiaries) take any affirmative steps to put any Beneficiary or any affiliate of any Beneficiary or any affiliate of Lindberg under rehabilitation, receivership, liquidation, or similar oversight and/or control proceedings, in each case, without Lindberg's written consent..

6. <u>Notices</u>. All notices, requests, consents, demands and other communications to Lindberg or Beneficiaries (collectively, "**Notices**" and each, a "**Notice**") must be in writing and delivered to the parties at the addresses set forth below or to such other address as may be designated by the receiving party in a Notice given in accordance with this <u>Section 6</u>. All Notices shall be effective upon actual receipt.

**If to Lindberg:**

2222 Sedwick Rd.
Durham, NC 27713
with a copy to (which such copy shall not constitute notice):

Eli Global, LLC
2222 Sedwick Rd.
Durham, NC  27713
Attention:  Chris Herwig; Peter Nordberg
cherwig@eliglobal.com; pnordberg@eliglobal.com

**If to a Beneficiaries:**  To the address set forth in the applicable Underlying Agreement.

7. <u>Beneficiaries</u>. This Backstop Agreement shall be for the benefit of the Beneficiaries, all of which shall be third-party beneficiaries hereunder and shall have the right to enforce the terms and conditions hereof. Notwithstanding anything to the contrary contained herein, Beneficiary's consent shall not be required to effectuate a termination of this Agreement pursuant to the express termination rights and requirements contained herein.

8. <u>Governing Law</u>. THIS BACKSTOP AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA, WITHOUT REFERENCE TO ANY CHOICE OF LAW DOCTRINE.

9. <u>Entire Agreement; Amendments; Headings; Effectiveness</u>. This Backstop Agreement constitutes the sole and entire agreement of Lindberg with respect to the subject matter hereof and supersedes all previous agreements or understandings, oral or written, with respect to his Backstop Obligation. No amendment or waiver of any provision of this Backstop Agreement shall be valid and binding unless it is in writing and signed, in the case of an amendment, by

Case 3:23-cr-00048-MOC-DCK    Document 234-17    Filed 07/14/26    Page 5 of 13

Lindberg. Section headings are for convenience of reference only and shall not define, modify, expand or limit any of the terms of this Backstop Agreement.

[*SIGNATURE PAGE FOLLOWS*]

Case 3:23-cr-00048-MOC-DCK    Document 234-17    Filed 07/14/26    Page 6 of 13

IN WITNESS WHEREOF, Lindberg has executed this Backstop Agreement as of the day and year first above written.

**LINDBERG**:

_Greg E. Lindberg_ (signature)
_____

GREG E. LINDBERG

<strong><u>EXHIBIT A</u></strong>
<strong>LOANS/LOAN AGREEMENTS</strong>

| Lender | Borrower | Principal |
|---|---|---|
| Bankers Life Insurance Company | Augusta Asset Management, LLC | $4,962,311.57 |
| Bankers Life Insurance Company | Bank of Montreal | $5,000,000.00 |
| Bankers Life Insurance Company | Barclays Bank PLC | $6,039,266.13 |
| Bankers Life Insurance Company | Franklin Street 2018-1, LLC | $5,000,000.00 |
| Bankers Life Insurance Company | Gilford Asset Management, LLC | $5,432,017.42 |
| Bankers Life Insurance Company | Global Insurance Capital, LLC | $3,163,098.02 |
| Bankers Life Insurance Company | Lombard Street II, LLC | $6,000,000.00 |
| Bankers Life Insurance Company | Lombard Street, LLC | $6,000,000.00 |
| Bankers Life Insurance Company | Marseille ELN 2018-1, LLC | $4,999,923.16 |
| Bankers Life Insurance Company | NOM GB 2018 I, LLC | $1,999,991.00 |
| Bankers Life Insurance Company | Pierre Mendes, LLC | $6,000,000.00 |
| Bankers Life Insurance Company | Royal Bank of Canada | $4,000,000.00 |
| Bankers Life Insurance Company | TAC Investments, LLC | $5,458,227.85 |
| Bankers Life Insurance Company | UBS AG, London Branch | $5,000,000.00 |
| Bankers Life Insurance Company | White Tree, LLC | $5,000,000.00 |
| Bankers Life Insurance Company | Whitehorse 2018 I, LLC | $3,999,807.28 |

| Lender | Borrower | Principal |
|---|---|---|
| Colorado Bankers Life Insurance Company | Academy Financial Assets, LLC | $19,748,250.00 |
| Colorado Bankers Life Insurance Company | Agera Energy LLC | $35,000,000.00 |
| Colorado Bankers Life Insurance Company | Alpharetta | $2,097,464.80 |
| Colorado Bankers Life Insurance Company | AR Purchasing Solutions 2, LLC | $3,378,438.47 |
| Colorado Bankers Life Insurance Company | AR Purchasing Solutions, LLC | $2,765,837.81 |
| Colorado Bankers Life Insurance Company | AT DENMARK INVESTMENTS | $8,534,551.36 |
| Colorado Bankers Life Insurance Company | Augusta Asset Management, LLC | $4,974,874.38 |
| Colorado Bankers Life Insurance Company | Baldwin Asset Management, LLC | $30,076,748.24 |
| Colorado Bankers Life Insurance Company | Bank of Montreal | $62,200,000.00 |
| Colorado Bankers Life Insurance Company | Barclays Bank PLC | $76,706,790.43 |
| Colorado Bankers Life Insurance Company | Beaufort Holdings S.A. | $5,545,637.51 |
| Colorado Bankers Life Insurance Company | Blue Violet, LLC | $21,674,262.28 |
| Colorado Bankers Life Insurance Company | Capital Asset Management III, LLC | $29,700,000.00 |
| Colorado Bankers Life Insurance Company | Capital Assets Fund I, LLC | $21,773,063.27 |
| Colorado Bankers Life Insurance Company | Chatsworth Asset Management, LLC | $28,646,405.25 |
| Colorado Bankers Life Insurance Company | ComplySmart, LLC | $3,002,000.00 |

| | | |
|---|---|---|
| Colorado Bankers Life Insurance Company | Damascus Asset Management, LLC | $25,039,520.15 |
| Colorado Bankers Life Insurance Company | Ephesus Asset Management, LLC | $27,842,975.65 |
| Colorado Bankers Life Insurance Company | Forest Park Asset Management, LLC | $20,168,773.49 |
| Colorado Bankers Life Insurance Company | Franklin Street 2018-1, LLC | $47,991,805.06 |
| Colorado Bankers Life Insurance Company | GLOBAL INSURANCE CAPITAL LLC | $8,508,191.22 |
| Colorado Bankers Life Insurance Company | Hampton Asset Management, LLC | $27,878,955.42 |
| Colorado Bankers Life Insurance Company | Intralan Investments Limited | $5,248,029.60 |
| Colorado Bankers Life Insurance Company | Iron City Asset Management, LLC | $30,948,075.88 |
| Colorado Bankers Life Insurance Company | ITECH FUNDING LLC | $23,700,000.00 |
| Colorado Bankers Life Insurance Company | Jackson Asset Management, LLC | $30,075,588.95 |
| Colorado Bankers Life Insurance Company | Kite Asset Management, LLC | $38,552,814.50 |
| Colorado Bankers Life Insurance Company | Lares, LLC | $5,593,500.00 |
| Colorado Bankers Life Insurance Company | LILY ASSET MANAGEMENT, LLC | $39,800,000.00 |
| Colorado Bankers Life Insurance Company | Lombard Street II, LLC | $60,000,000.00 |
| Colorado Bankers Life Insurance Company | Lombard Street, LLC | $60,000,000.00 |
| Colorado Bankers Life Insurance Company | Marseille ELN 2018-1, LLC | $60,099,262.37 |
| Colorado Bankers Life Insurance Company | Marshall Asset Management, LLC | $41,380,393.40 |
| Colorado Bankers Life Insurance Company | NOM GB 2018 I, LLC | $2,433,801.00 |
| Colorado Bankers Life Insurance Company | Paradise Asset Management, LLC | $39,800,000.00 |
| Colorado Bankers Life Insurance Company | PCF, LLC | $3,540,494.74 |
| Colorado Bankers Life Insurance Company | Pierre Mendes, LLC | $60,000,000.00 |
| Colorado Bankers Life Insurance Company | Rockdale Asset Management, LLC | $39,800,000.00 |
| Colorado Bankers Life Insurance Company | Royal Bank of Canada | $40,000,000.00 |
| Colorado Bankers Life Insurance Company | Standard Financial Limited | $3,819,821.67 |
| Colorado Bankers Life Insurance Company | Summerville Asset Management, LLC | $25,027,645.26 |
| Colorado Bankers Life Insurance Company | Tybee Island Asset Management, LLC | $31,133,542.71 |
| Colorado Bankers Life Insurance Company | UBS AG, London Branch | $60,100,000.00 |
| Colorado Bankers Life Insurance Company | White Tree, LLC | $60,000,000.00 |
| Colorado Bankers Life Insurance Company | Whitehorse 2018 I, LLC | $60,097,104.38 |

| Lender | Borrower | Principal |
|---|---|---|
| Northstar Financial Services (Bermuda) Ltd. | 3BL Media, LLC | $2,595,998.65 |
| Northstar Financial Services (Bermuda) Ltd. | Barrington, LLC | $1,939,636.61 |
| Northstar Financial Services (Bermuda) Ltd. | Beaufort Holdings, LLC | $5,291,283.80 |
| Northstar Financial Services (Bermuda) Ltd. | Berlin, LLC | $3,579,090.91 |
| Northstar Financial Services (Bermuda) Ltd. | CARRINGTON HOLDING CO LLC | $19,942,728.00 |
| Northstar Financial Services (Bermuda) Ltd. | CBV Collection Services Ltd. | $1,748,736.55 |
| Northstar Financial Services (Bermuda) Ltd. | CMC Holdings Company, LLC | $2,825,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | Coding Institute, LLC | $2,805,118.71 |

Case 3:23-cr-00048-MOC-DCK    Document 234-17    Filed 07/14/26    Page 9 of 13

| | | |
|---|---|---|
| Northstar Financial Services (Bermuda) Ltd. | Dahlia Ten, LLC | $6,345,384.14 |
| Northstar Financial Services (Bermuda) Ltd. | GBIG Capital, LLC | $20,000,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | HPCSP Investments, LLC | $19,332,389.47 |
| Northstar Financial Services (Bermuda) Ltd. | IMW EMR, LLC | $2,168,201.21 |
| Northstar Financial Services (Bermuda) Ltd. | IMW EMR, LLC | $978,336.99 |
| Northstar Financial Services (Bermuda) Ltd. | LMG Holdings, LLC | $2,084,250.00 |
| Northstar Financial Services (Bermuda) Ltd. | Marval Investments Limited | $3,395,518.75 |
| Northstar Financial Services (Bermuda) Ltd. | Medical Physics, LLC | $900,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | Medical Physics, LLC | $3,100,947.07 |
| Northstar Financial Services (Bermuda) Ltd. | MRX Holdings, LLC | $345,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | MRX Holdings, LLC | $990,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | NOM GB 2018 I, LLC | $13,439,502.77 |
| Northstar Financial Services (Bermuda) Ltd. | PBX Bermuda Holdings, Ltd. | $8,800,241.13 |
| Northstar Financial Services (Bermuda) Ltd. | Sandown, LLC | $5,611,897.64 |
| Northstar Financial Services (Bermuda) Ltd. | Standard Malta Holdings Limited | $548,968.48 |
| Northstar Financial Services (Bermuda) Ltd. | Yarrow Three, LLC | $6,672,619.24 |

| Lender | Borrower | Principal |
|---|---|---|
| Private Bankers Life and Annuity Co., Ltd. | AGH PARENT, LLC ASSIGN-BBIL ULICO | $4,733,818.30 |
| Private Bankers Life and Annuity Co., Ltd. | Atkinson, LLC | $4,043,955.65 |
| Private Bankers Life and Annuity Co., Ltd. | Augusta Asset Management, LLC | $7,820,603.00 |
| Private Bankers Life and Annuity Co., Ltd. | BBLN-AGERA CORP BBIL CUSTODY-COPY | $4,432,286.02 |
| Private Bankers Life and Annuity Co., Ltd. | Begonia Eight, LLC | $9,438,802.57 |
| Private Bankers Life and Annuity Co., Ltd. | Blue Daffodil, LLC | $21,235,500.00 |
| Private Bankers Life and Annuity Co., Ltd. | Blue Violet, LLC | $29,185,642.31 |
| Private Bankers Life and Annuity Co., Ltd. | Capital Assets Fund I, LLC | $2,106,936.73 |
| Private Bankers Life and Annuity Co., Ltd. | Carnation Three, LLC | $17,640,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Chatsworth Asset Management, LLC | $8,056,370.51 |
| Private Bankers Life and Annuity Co., Ltd. | Chrysanthemum Two, LLC | $10,267,102.32 |
| Private Bankers Life and Annuity Co., Ltd. | Dahlia Ten, LLC | $13,212,148.87 |
| Private Bankers Life and Annuity Co., Ltd. | Daisy Seven, LLC | $15,147,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Epping, LLC | $4,043,955.65 |
| Private Bankers Life and Annuity Co., Ltd. | Erie Properties, LLC | $14,397,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Flowery Branch, LLC | $9,850,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Forsyth, LLC | $15,818,250.00 |
| Private Bankers Life and Annuity Co., Ltd. | Funston, LLC | $6,902,373.55 |
| Private Bankers Life and Annuity Co., Ltd. | Geranium Two, LLC | $17,550,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Gilford Asset Management, LLC | $12,674,707.32 |

| Private Bankers Life and Annuity Co., Ltd. | Greenfield Capital, LLC | $13,000,000.00 |
|---|---|---|
| Private Bankers Life and Annuity Co., Ltd. | Hooksett, LLC | $4,043,955.65 |
| Private Bankers Life and Annuity Co., Ltd. | Lilac Six, LLC | $13,175,793.29 |
| Private Bankers Life and Annuity Co., Ltd. | Macon, LLC | $12,379,721.78 |
| Private Bankers Life and Annuity Co., Ltd. | Morning Mountain Holdings, LLC | $3,300,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | New England Capital, LLC | $11,850,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Red Begonia, LLC | $17,346,938.78 |
| Private Bankers Life and Annuity Co., Ltd. | Sedwick, LLC | $3,705,045.12 |
| Private Bankers Life and Annuity Co., Ltd. | SNA Capital, LLC | $106,920,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Summerville Asset Management, LLC | $3,707,799.31 |
| Private Bankers Life and Annuity Co., Ltd. | Weare, LLC | $2,021,977.81 |
| Private Bankers Life and Annuity Co., Ltd. | Yarrow Three, LLC | $2,186,110.96 |
| Private Bankers Life and Annuity Co., Ltd. | Yellow Lotus, LLC | $21,284,841.12 |
| Private Bankers Life and Annuity Co., Ltd. | Yellow Sunflower, LLC | $14,820,571.48 |

| Lender | Borrower | Principal |
|---|---|---|
| Southland National Insurance Corporation | Augusta Asset Management, LLC | $5,954,773.86 |
| Southland National Insurance Corporation | Baldwin Asset Management, LLC | $10,862,564.26 |
| Southland National Insurance Corporation | Bank of Montreal | $10,000,000.00 |
| Southland National Insurance Corporation | Barclays Bank PLC | $10,000,000.00 |
| Southland National Insurance Corporation | Damascus Asset Management, LLC | $9,043,311.28 |
| Southland National Insurance Corporation | Ephesus Asset Management, LLC | $10,055,811.54 |
| Southland National Insurance Corporation | Forest Park Asset Management, LLC | $9,244,021.19 |
| Southland National Insurance Corporation | Franklin Street 2018-1, LLC | $10,000,000.00 |
| Southland National Insurance Corporation | Hampton Asset Management, LLC | $10,074,159.03 |
| Southland National Insurance Corporation | Iron City Asset Management, LLC | $5,239,353.21 |
| Southland National Insurance Corporation | ITECH Funding, LLC | $9,875,000.00 |
| Southland National Insurance Corporation | Jackson Asset Management, LLC | $5,091,645.57 |
| Southland National Insurance Corporation | Lombard Street II, LLC | $9,000,000.00 |
| Southland National Insurance Corporation | Lombard Street, LLC | $9,000,000.00 |
| Southland National Insurance Corporation | Marseille ELN 2018-1, LLC | $9,999,846.33 |
| Southland National Insurance Corporation | NOM GB 2018 I, LLC | $10,413,018.00 |
| Southland National Insurance Corporation | PBX Bermuda Holdings, Ltd. | $200,203.32 |
| Southland National Insurance Corporation | Pierre Mendes, LLC | $9,000,000.00 |
| Southland National Insurance Corporation | Royal Bank of Canada | $10,000,000.00 |
| Southland National Insurance Corporation | Southland National Holdings, Inc. | $35,000,000.00 |
| Southland National Insurance Corporation | Summerville Asset Management, LLC | $9,459,641.79 |
| Southland National Insurance Corporation | TAC Investments LLC | $4,334,561.54 |
| Southland National Insurance Corporation | UBS AG, London Branch | $10,000,000.00 |
| Southland National Insurance Corporation | White Tree, LLC | $10,000,000.00 |

| Southland National Insurance Corporation | Whitehorse 2018 I, LLC | $9,999,518.40 |

Case 3:23-cr-00048-MOC-DCK   Document 234-17   Filed 07/14/26   Page 12 of 13

# EXHIBIT B

## PREF EQUITY OBLIGATIONS/OPERATING AGREEMENTS

| Lender | Borrower | Principal |
|---|---|---|
| Northstar Financial Services (Bermuda) Ltd. | Agera Holdings, LLC | $1,125,052.05 |
| Northstar Financial Services (Bermuda) Ltd. | AGH Parent, LLC | $57,543.63 |
| Northstar Financial Services (Bermuda) Ltd. | ASL Holdings, LLC | $10,363,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | Atlanta Topco Limited | $2,578,301.18 |
| Northstar Financial Services (Bermuda) Ltd. | Beaufort Holdings, LLC Pref A | $2,274,300.00 |
| Northstar Financial Services (Bermuda) Ltd. | Beaufort Holdings, LLC Pref B | $14,277,360.00 |
| Northstar Financial Services (Bermuda) Ltd. | Daisy Seven, LLC | $1,753,309.81 |
| Northstar Financial Services (Bermuda) Ltd. | Fleet Assist Interco Limited | $5,813,153.00 |
| Northstar Financial Services (Bermuda) Ltd. | GBIG Capital, LLC | $9,000,000.00 |
| Northstar Financial Services (Bermuda) Ltd. | FS Topco Limited | $14,242,987.00 |
| Northstar Financial Services (Bermuda) Ltd. | Konnect Net Holdings, LLC | $662,049.18 |
| Northstar Financial Services (Bermuda) Ltd. | Triton Financial Limited | $22,728,850.00 |
| Northstar Financial Services (Bermuda) Ltd. | UKAT Holdings, LLC | $18,552,987.00 |

| Lender | Borrower | Principal |
|---|---|---|
| Private Bankers Life and Annuity Co., Ltd. | AAPC Holdings, LLC | $1,000,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | AGH PARENT LLC class C preferred | $83,159.50 |
| Private Bankers Life and Annuity Co., Ltd. | AGH PARENT, LLC class C preferred | $81,838.75 |
| Private Bankers Life and Annuity Co., Ltd. | BRC Holdings, LLC | $3,575,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Flagship Holdings, LLC | $11,000,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Itech Funding, LLC | $19,600,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | Limitless | $500,000.00 |
| Private Bankers Life and Annuity Co., Ltd. | LMG Holdings LLC | $393,483.33 |
| Private Bankers Life and Annuity Co., Ltd. | Paradigm Park Holdings, LLC | $3,400,000.00 |