**EXHIBIT B25**

SI.COM   ON SI   SI SWIMSUIT   SI TICKETS   SI RESORTS   SI SHOPS   MY ACCOUNT   SUBSCRIBE NOW

# Beckett acquired by PSA parent company

Big changes for the card grading industry

[Cole Benz](#) | Dec 15, 2025

            G Add us as a preferred source



PSA | https://www.psacard.com/home



Sea Bears defeat Bandits in battle of top 2 teams in West

Case 3:23-cr-00048-MOC-DCK   Document 234-21   Filed 07/14/26   Page 2 of 7

Following the February 2024 acquisition of the SGC grading company, Collectors (the parent company of Professional Sports Authenticator) is acquiring Beckett, another familiar brand in the hobby space. According to a press release published on their website, the two companies have entered into a "definitive agreement" for the sale.

"I am pleased to share that the iconic Beckett is joining the Collectors family and will continue to operate as its own independent brand within our portfolio," said Nat Turner, CEO of Collectors. "The first card I ever submitted for grading was to Beckett, and I consider Collectors custodians of this important icon in the hobby. We believe that strong, well-supported brands help grow access to the hobby."

**Sea Bears defeat Bandits in battle of top 2 teams in West**

Case 3:23-cr-00048-MOC-DCK     Document 234-21     Filed 07/14/26     Page 3 of 7

As Turner, highlighted Beckett will remain an independent company and continue to handle its own grading, magazine, and marketplace, among other services currently offered by Beckett.

**RELATED: PSA clarifies turnaround times as grading stays busy**

It's quite a shift in the hobby world. From 2020 to 2024, SGC had been growing and gaining some of the market share predominantly owned by Beckett and PSA. Then, in February of 2024, came the announcement that Collectors would be buying SGC. Early on, Collectors let the community know that SGC would continue to operate independently, much like they did today regarding Beckett.

However, a July 2025 announcement that former President and CEO Peter Steinberg was stepping down changed some of that, slightly. While SGC continued to operate independently, news came out that Collectors would be diverting some resources from SGC and transitioning the once No. 2 grading company into a "boutique shop." Numbers don't lie, and shortly after Steinberg stepped down, submission numbers to SGC started to drop, according to the latest numbers from Gem Rate.

Sea Bears defeat Bandits in battle of top 2 teams in West

Case 3:23-cr-00048-MOC-DCK    Document 234-21    Filed 07/14/26    Page 4 of 7

SI.COM    ON SI    SI SWIMSUIT    SI TICKETS    SI RESORTS    SI SHOPS    MY ACCOUNT    SUBSCRIBE NOW

## Items Graded - Last Week
### December 15, 2025

 **496.9k (+15%)**

**CGC** **122.6k (-3%)**

 **18.6k (+3%)**

**SGC** **11.6k (+34%)**

**TAG** **8.7k (+5%)**

Note: All data sourced from pop reports

Sea Bears defeat Bandits in battle of top 2 teams in West

The number of cards graded by SGC continue to
that SGC would be transitioned into a 'boutique' g

Beckett was founded by Dr. James as Bec
Beckett Media, they're mostly recognizab
most popular for their sports card price

Case 3:23-cr-00048-MOC-DCK    Document 234-21    Filed 07/14/26    Page 5 of 7

SI.COM    ON SI    SI SWIMSUIT    SI TICKETS    SI RESORTS    SI SHOPS    MY ACCOUNT    SUBSCRIBE NOW

Kevin Isaacson, CEO of Collēctivus said in the press release that he believes the company is in good hands, and that he respects Collectors' appreciation for the brand Beckett has become.

Collēctivus was announced as the new parent company of Beckett in December 2024.

According to the press release, the sales agreement does not include a change in pricing, nor does it affect any current orders bein Sea Bears defeat Bandits in battle of top 2 teams in West

TOP TRENDING COLLECTIBLES ARTICLE

- Boxing Legends and their highest sell

- 4 Vintage Basketball Rookie Cards Set

Case 3:23-cr-00048-MOC-DCK    Document 234-21    Filed 07/14/26    Page 6 of 7

 Add us as a preferred source on **Google**

Loading recommendations... Please wait while we load personalized content recommendations

Published Dec 15, 2025 | Modified Dec 15, 2025



**COLE BENZ**

After graduating from the University of North Dakota in 2008, Cole worked as an advertising copywriter until shifting to print journalism a few years later. Managing three weekly newspapers in the Dakotas, Cole...

   

Privacy Policy

Takedown Policy

SI Accessibility Statement

Cookie Policy

**Sea Bears defeat Bandits in battle of top 2 teams in West**

© 2026 ABG-SI LLC. - SPORTS ILLUSTRATED IS
Reserved. The content on this site is for ente
gambling content is intended for individuals 21
not that of Sports Illustrated or its affiliates, lic
suggestions only and not a guarantee of succe
problem, crisis counseling and referral se