## EXHIBIT C2

**From:** Rob Kiesel
**Sent:** Friday, February 8, 2019 7:40 AM
**To:** Chris Herwig <cherwig@eliglobal.com>; Christa Miller <cmiller@eliglobal.com>
**Subject:** Oaktree


Attached is the most recent proposal.  We discussed last night and we are going to revise again to not include any equity of GBIG, so only one SPV with the loans and pref.  Paul and I are tentatively scheduled to meet with Oaktree next Friday.


Let's discuss this morning.


Thanks,

Rob


Rob Kiesel
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 919.921.8127
Cell. 914.409.2103
Email. rkiesel@eliglobal.com


<Global Solution Presentation.pdf>

# Global Solution Presentation

February 2019

Confidential – For Discussion Purposes Only

# Executive Summary

- **Investment and Acquisition Structure**

  - The Investor Group ("IG"), as defined in the January 23rd LOI, will provide a global solution to the Owner of an insurance company platform ("GBIG") and a premier middle market private debt and equity investment portfolio ("PCA")

  - IG will fund a [$1.0B] investment into an SPV Holding Company that will be used to acquire 1. loan positions held by GBIG and 2. 100% of the GBIG equity from Owner. The IG investment at the SPV Holding Company level will be structured as a loan secured by 100% of the SPV's assets

  - Owner/IG will utilize an asset-protection structured finance "flip" transaction that simultaneously provides a liquidity solution to resolve a concentration of affiliated investments held by GBIG, sale of GBIG, and protection to PCA portfolio companies through the transfer of debt and equity assets into an SPV with a GP/LP structure

  - Owner will transfer 100% of its equity ownership of PCA (Academy Association, Inc.) into an SPV and [Owner or Owner Trust] will become an LP alongside of IG's LP investment

  - Owner will "flip" [90%] GP ownership/control of the Investment Assets (GP/LP) SPV to IG at close and retain a [10%] ownership in an Owner Trust. IG will operate the GP until a flip back to Owner occurs

  - Owner will sell 100% of GBIG for the following consideration: $200MM in cash, *plus* a [33%] economic participation (pari passu with the Investor Group) held in an Owner Trust, *plus* a [$200MM] loan payoff kicker payment

2

Case 3:23-cr-00048-MOC-DCK    Document 234-23    Filed 07/14/26    Page 4 of 8

# Owner's Current Investment Assets / Insurance Co. Assets

**Investment Assets**
Equity
(Owner/Academy
Assoc. Inc. 100%)

**Investment Assets**
Loans Held By
Global Bankers
Insurance Co.

**Global Bankers
Insurance Co.**
Equity (Owner
100%)

Secured Loans to Portfolio Companies
~ $0.8B to $1.0B

Preferred Equity Positions Loan
~ $0.4B to $0.45B

Equity Positions in Portfolio Companies
~ $0.5B to $1.0B

Equity Value of Insurance Company
~ $0.4B to $0.45B

Confidential - Internal Use Only

3



**Global Solution Transaction Sources and Uses**

|  | Sources ($B) | Uses ($B) |  |
|---|---|---|---|
| SPV HoldCo Loan allocation to GBIG Loan Acq. | $ 0.80 | $ 0.80 | Acquire/Paydown of Insurance Co. Affiliated Loan Positions |
| SPV HoldCo Loan allocation to GBIG Equity Acq. | $ 0.20 | $ 0.20 | Acquire 100% Insurance Co. Equity |
| Assumption of Loan Assets by Insurance Co. | $ 0.40 | $ 0.40 | Rollover Loan Assets to be held by Insurance Co. |
|  | $ 1.40 | $ 1.40 |  |

Confidential - Internal Use Only                4

# Transaction Flow - Investment Assets / Insurance Co. Assets

## Investment Assets
Equity
(Owner 100%)

**Equity Positions in Portfolio Companies ~ $1.0B to $0.5B**

## Investment Assets
Loans Held By GBIG

**Secured Loans to Portfolio Companies ~ $0.8B to $1.0B**

**Preferred Equity Positions Loan ~ $0.4B to $0.45B**

## Global Bankers Insurance Co.
Equity
(Owner 100%)

**Equity Value of Insurance Company ~ $0.4B to $0.45B**

---

## SPV Holding Company - $1.0B HoldCo Global Solution Loan*

### Investment Assets (GP/LP) Sub #1

#### Assets

**Secured Loans to Portfolio Companies ~ $0.5B to $0.65B**

**Preferred Equity Positions Loan ~ $0.4B to $0.45B**

**Equity Positions in Portfolio Companies ~ $0.5B to $1.0B**

#### Liabilities (LPs)

**Investor Group LP Investment ~ $0.8B to $1.0B**
*Minimum Return: 20% IRR/2x MOIC
Cash Pay: [L+500]bps
Collateral: SPV Assets

**Owner Trust LP Investment $0.5B to $1.0B**

### Insurance Co. Acquisition Sub #2

#### Investor Group Investment

*Assumed* Secured Loans ~$0.3B-$0.35B

Investor Group Equity Investment ~200MM for 100% control / [66.7%] Economic Interest

#### Owner Economics

**Owner Trust Loan Payoff Kicker Payment [~$0.2B]**

$200MM in cash + Owner Trust Equity Participation Instrument [33.3%] Economic Interest (~100MM )

Case 3:23-cr-00048-MOC-DCK    Document 234-23    Filed 07/14/26    Page 7 of 8

# Investment Assets (GP/LP) Sub #1 : GP "Flip" Structure Triggers

## GP "flip" Structure

GP Ownership/Control    Years

- Investor Group (90%)

         0 – 3

- Owner Trust    (10%)

**After Call Option Exercised/ Automatic "flip" back Trigger Event**

- Investor Group (10%)

         4 – ∞

- Owner/Trust    (90%)



## "Flip" Triggers

The GP Ownership and Control will flip back to Owner / Owner's Trust when the minimum return hurdle has been met and any of the following triggers occur:

- Owner exercises its call option prior to the 3rd anniversary (subject to "make whole") and the HoldCo Global Solution loan and any accrued fees and expenses are paid in full

- At the 3rd anniversary and the HoldCo Global Solution loan and any accrued fees and expenses are paid in full

- IG will have a block on any flip back if the HoldCo Global Solution loan will remain outstanding after any trigger event

Confidential - Internal Use Only