**EXHIBIT D2**

**Gmail**                                                                   **Greg Lindberg <gelindberg@gmail.com>**

# Re: Ares
1 message

**Greg Lindberg** <gelindberg@gmail.com>                              Tue, Feb 12, 2019 at 4:57 PM
To: Christa Miller <cmiller@eliglobal.com>, cherwig@eliglobal.com, rkiesel@globalbankerscapital.com
Bcc: gelindberg@gmail.com

Thanks...suggest we push these three options daily with some vigor...maybe a separate email a couple times per week?

Oaktree, HPS, and Ares SPV bridge loans and/or Ares retained assets.

We shouldn't wait to Friday to continue discussions with Oaktree. Can we get them a follow up to their proposal tomorrow?

Perhaps some of the options are:

* HPS/Oak Tree SPV:
  * $875M SPV loan, 1.25x takeout in first year
  * $480M Ares proceeds
  * AAH included as collateral in SPV, $900M equity
  * $1.3B of GBIG US assets included in SPV
  * 40% LTV
  = $1,355M net proceeds

* HPS/Oak Tree SPV idea 2:
  * $500M AAH pref ($375M net after payoff of AIC)..they fund or Soros funds
  * $500M loan from to SPV containing all GBIG US assets ($1.3B)...38% LTV
  * $480M proceeds from Ares
  = $1,355M...covers all assets to be purchased by SPV from GBIG US and fees/expenses

* Scenario 3:
  * Ares, commit to keeping $500M of assets
  * Then we can close in 60 days with Soros deal;
  * $500M Ares retained assets, $375M Soros, $480M Ares PP
  = $1,335M

* Scenario 4:
  * Ares, commit to keeping $200M of assets
  * OakTree/HPC do 35% loan on remaining $1B of assets plus AAH equity in SPV
  * $665M SPV loan on $1.9B value
  * $200M retained assets, $665M SPV loan, $480M Ares PP
  = $1,345M


Yours,
GREG

Greg Lindberg
2222 Sedwick Road
Durham, NC 27713
Tel. 919-544-0362
Cell. 919-308-9686
Email. gel@eliglobal.com

www.greglindberg.com

Thanks,
GREG

Greg Lindberg
2222 Sedwick Road
Durham, NC 27713
Tel. 919-544-0362
Cell. 919-308-9686
Email. gel@eliglobal.com

www.greglindberg.com


On Feb 12, 2019, at 4:41 PM, Christa Miller <cmiller@eliglobal.com> wrote:

> Ares has asked for Chris and me to go to NY to meet with them along with Lou on Thursday to hear their new proposal about their "bigger plan". Hoping that this turns into really good news. Will keep you informed.
>
>
> Best regards,
>
>
> Christa Miller
>
> Eli Global
>
> 2222 Sedwick Rd
>
> Durham, NC 27713
>
> Office: 972-448-4663
>
> Cell: 336-972-1831
>
> VOIP: 3288
>
> cmiller@eliglobal.com