# EXHIBIT D5

**gelindberg@gmail.com**

| | |
|---|---|
| **From:** | Mike Dinius <MDinius@noblecon.net> |
| **Sent:** | Thursday, June 27, 2019 10:39 AM |
| **To:** | Greg Lindberg |
| **Cc:** | Christa Miller; Mohsin Meghji; Brian Stewart; zacharysmith@mvalaw.com; David Paulson; cmoore@williamsmullen.com; John Murphy; John Hoomani |
| **Subject:** | Re: [External Email] Hi Mike, attached here are requested revolver draws as we discussed |

Greg,

That is not the deal. If you do not sign the consent, we will contact the guaranty associations and move directly to liquidation. You know what that means. I cannot believe that you would blow this up for less than $1m of legal fees. We discussed the legal fees on Tuesday and at that time we said that we would not commit NHC to paying those fees. If this is not signed, the P&I deferral ends immediately as that was the condition of the deferral. That means the ELI companies will be in default on millions of loan and interest payments. We will then take all legal action that is necessary.

I encourage you to get this signed so we have a good path forward.

Mike Dinius

On Jun 27, 2019, at 10:32 AM, Greg Lindberg <gelindberg@gmail.com> wrote:

> Christa: Will hold on signing rehab consent until this is confirmed.
>
> Thanks,
> GREG
>
> 1-919-308-9686
>
> On Jun 27, 2019, at 10:23 AM, Greg Lindberg <gelindberg@gmail.com> wrote:
>
>> Mike -- am I required to use this advance to pay these fees?
>>
>> Christa, I am willing to take over boat related expenses provided you approve the payment of the fees from AAI
>>
>> Yours,
>> GREG
>>
>> On Thu, Jun 27, 2019 at 10:21 AM Christa Miller <cmiller@eliglobal.com> wrote:
>>> Greg,
>>>
>>> My understanding of the $1 million advance to you that Mike has approved was that it would be used to pay these fees to Katten, Sitrick and Tobin. I also need for you to take over loan payments and expenses related to the

Double Down, as I am not allowed to borrow under the revolver to cover these.

Best regards,

Christa Miller
336-972-1831

> On Jun 27, 2019, at 7:16 AM, Mike Dinius <MDinius@noblecon.net> wrote:
>
> Greg,
>
> As I mentioned in our conversation, I have no control over the AAI cash.  What is paid via AAI is up to Christa.  I am not saying that I approve or disapprove these payments. Christa makes the final call on this.
>
> Mike Dinius
>
>> On Jun 27, 2019, at 10:10 AM, Greg Lindberg <gelindberg@gmail.com> wrote:
>>
>> Thanks Mike...so we will process the $1M revolver draw per below as soon as Ares funds hit CBL with proceeds going to me as advance on future paydown fees.
>>
>> As discussed, we will also pay from AAI cash (not using the revolver) the Katten, Sitrick, and Tobin fees.
>>
>> Thanks,
>> GREG
>>
>> 1-919-308-9686
>>
>>> On Jun 27, 2019, at 6:30 AM, Mike Dinius <MDinius@noblecon.net> wrote:
>>>
>>> Greg,
>>>
>>> Thanks for hanging in there to get this all completed.  I believe we have a good plan going forward and I look forward to the restructuring effort.
>>>
>>> As we have previously discussed, there is no fee to be paid on PI.  Any debt reduction from this point forward will count towards your success fee of 1.5%.  Also, as we discussed this week during our final negotiations, I cannot approve the payment of these legal and PR fees.  These types of fees will have to be approved by NHC. We will make getting NHC setup as a top

2

priority so that they can start their duties.  However, I will agree to advance you $1m towards your success fee. This will be enough to cover the legal and PR fees listed. This cannot be paid until we receive the funds from Ares as the original $15m is fully drawn.

>>>

>>> Brian and Christa, I approve a $1m draw for an advance to Greg on his success fee, once CBL has received the funds from Ares via the holding company.

>>>

>>> Mike Dinius

>>>

>>>> On Jun 27, 2019, at 1:42 AM, Greg Lindberg <gelindberg@gmail.com> wrote:

>>>>

>>>> Appreciate you reviewing...

>>>>

>>>> Request that this be approved contingent upon signing of the Ares deal today.

>>>>

>>>> Thanks,

>>>> GREG

>>>> <https://urldefense.proofpoint.com/v2/url?u=http-3A__6.27.19RevolverDraws.SEND.xlsx&d=DwIFAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=kfa-XAEKTn5oTMpr-H5x1-LipduxhJEJvxWpWPcX8D8&m=acH3fnekr4TKKVTZwl-fYC2B7dAQ3sB0d9-ifqciMk0&s=798HrJEgd9SrrUxNyfyF6Z2_TBCM7siVkEICC8MT_TY&e=>