**EXHIBIT E2**
Part 2
 KPMG
Valuations



# Valuation of AAPC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**





August 24, 2018

Greg Lindberg

Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet    www.us.kpmg.com

### Re: Valuation of AAPC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of American Academy Holdings, dba AAPC ("AAPC" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in AAPC.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of AAPC's business enterprise is estimated to be $900.0 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ AAPC provides education and professional certification services for physician-based medical coders
- ❖ The Company currently has over 175,000 members and provides 28 certifications, including service coding ("CPC"), billing ("CPB"), medical auditing ("CPMA"), clinical documentation ("CDEO"), medical compliance ("CPCO"), and physician practice management ("CPPM")
- ❖ AAPC's reputation and strong online presence drive approximately 1.2 million unique users per month on their website
- ❖ AAPC maintains a sales team of 30 people which are broken out into teams that focus on specific outbound efforts
- ❖ AAPC was founded in 1988 and is headquartered in Salt Lake City, Utah
- ❖ Approximately 80%-85% of memberships are from individual consumers while 10%-15% of memberships come from corporate customers and are expected to increase proportionally as AAPC focuses more on the business-to-business ("B2B") side of the business
- ❖ Overall membership renewal rate is approximately 80% - certified members who pass exams and maintain credentials renew at 95% while non-certified members who do not pass the exams renew 40% of the time
- ❖ Approximately 20% of all memberships are new, under 1 year
- ❖ Customers who earn certifications typically remain with the company and those who do not pass typically cancel after one or two years

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| 2006 | $30-$35 million | n/a |

- ❖ Brokered deal – other bidders were involved
- ❖ Acquisition Rationale
  - ▪ Eli was interested in the medical coding and certification industry and has another holding, The Coding Institute, with similar offerings
  - ▪ Opportunity to invest in the business to expand its certification offerings in order to drive significant growth going forward

[1] *Price for 100% of the business enterprise.*

## Key valuation drivers

- ❖ Medical codes increased from 17,000 to 140,000 following recent industry reforms
- ❖ AAPC maintains a market share between 60% - 70% of the outpatient medical billing market
- ❖ Number of medical coding jobs are expected to increase over 20% through 2022
- ❖ AAPC has approximately 1.2 million unique website visits per month
- ❖ AAPC's competitors include Optima Healthcare Solutions, LLC, DecisionHealth, LLC, AHIMA, and Ascend Learning, LLC

| AAPC | AHIMA |
|---|---|
| 28 Certifications | 11 Certifications |
| 175,000 members | 103,000 members |

### Key opportunities

- ❖ **Healthcare Regulation:** Changes to healthcare regulations presents an opportunity for new credentials and training opportunities
- ❖ **Geographic Expansion:** Opportunities to provide certifications in countries where U.S. healthcare is outsourced, such as India and the Philippines, or Africa where certifications for birth and death record keeping is needed
- ❖ **Commercial Sales:** The business traditionally focused on consumers (i.e. healthcare employees) but has implemented a sales team to transition to B2B sales to capture larger deals for memberships and licensing

### Key risks

- ❖ **Regulatory Uncertainty:** When uncertainty around healthcare reform/policy lingers companies are more likely to pause on paying for certifications and trainings that may no longer be relevant
- ❖ **Competition:** When a competitor becomes the "standard" for a specific certification it becomes difficult for AAPC to maintain market share for that certification

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/16 | 12/31/17 |
|---|---|---|
| Cash and Cash Equivalents | 15,491 | 3,809 |
| **Current Assets:** | | |
| Accounts Receivable | 2,942 | 3,638 |
| Inventory | 2,332 | 1,244 |
| Other Current Assets | 2,058 | 1,157 |
| **Current Liabilities:** | | |
| Accounts Payable | 1,151 | 907 |
| Other Current Liabilities | 3,933 | 4,937 |
| Net Working Capital (Excluding Cash) | 2,249 | 195 |
| *As a % of Revenue* | *2.6%* | *0.2%* |

❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to increase to approximately 4.0% over the projection period

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 89,686 | $ 98,649 | $ 107,357 | $ 117,265 | $ 128,736 | $ 140,080 |
| % Growth | *2.7%* | *10.0%* | *8.8%* | *9.2%* | *9.8%* | *8.8%* |
| Adjusted EBITDA | 53,071 | 58,225 | 63,489 | 69,515 | 76,464 | 83,503 |
| % Margin | *59.2%* | *59.0%* | *59.1%* | *59.3%* | *59.4%* | *59.6%* |



❖ Revenue growth in 2018 is expected to be driven through organic growth and focusing on expanding into new international territories

❖ EBITDA margin is expected to improve in 2019 through growing economies of scale from expanding into new territories

❖ EBITDA has been adjusted to exclude the following:

- Exploratory Research and Development
- Management Fee that is non-essential to the non-organic growth of the business
- Non-recurring Restructuring Costs



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 17.0x |
| TTM EBITDA | $53,071 |
| Plus: Cash | 3,809 |
| **Concluded Fair Value (Rounded)** | **$910,000** |
| *Weighting* | *50%* |

❖ Per Management, private equity interest has increased in recent years for certification and training companies in the healthcare space due to their strong recurring revenue model. As a result, companies within this space are commanding EBITDA multiples in the high teens

❖ No direct comparable public companies or transactions with available information exist for AAPC. Therefore we selected our multiple based on;

- A review of trading multiples in the healthcare technology industry of which all have a majority of revenues from subscriptions.

- A review of trading multiples of companies with significant market share and a large amount of recurring revenue. In particular, Sirius XM, who is much larger, which had a controlling EBITDA multiple of 18.9x.

- Ultimately, we relied on the trading multiples of Sirius XM and the healthcare technology companies to select our EBITDA multiple. We included a size discount when selecting our multiple for size as well as product diversification.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 10.5% |
| Long-Term Growth Rate | 3.5% |
| **Concluded Fair Value (Rounded)** | **$890,000** |
| *Weighting* | *50%* |

❖ Due to AAPC's considerable market share, its high recurring revenue model, and the expected growth in the medical coding industry, no additional company specific premium was included

❖ A long-term growth rate slightly higher than 3.0 percent was selected due to the significant need for credentialed medical coders in the US healthcare industry

❖ Refer to the Weighted Average Cost of Capital page for additional detail on the build up of the discount rate

| Enterprise value | $900,000,000 |
|---|---|

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 9 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **Healthcare Technology** [1] | | | | | | |
| Cerner Corporation | 26,565 | 1,387 | 27.8% | 18.0% | 19.1x | Provides health care information technology solutions and services in the US through one-time and subscription based sales |
| Allscripts Healthcare Solutions, Inc. | 4,929 | 174 | 10.1% | NMF | 28.4x | Provides information technology solutions to healthcare organizations in the US by direct license or subscription delivery models |
| Quality Systems, Inc. | 1,066 | 59 | 11.3% | 22.4% | 18.0x | Provides licensed and subscription software, services, and analytics solutions to medical and dental group practices in the US |
| HealthStream, Inc. | 763 | 38 | 15.6% | 42.1% | 20.1x | Provides workforce and provider subscription solutions to healthcare organizations in the US |
| Computer Programs and Systems, Inc. | 628 | 28 | 10.5% | 26.6% | 22.8x | Provides healthcare information technology services in the US through recurring and non-recurring revenue streams |
| **Other** [1] | | | | | | |
| Sirius XM Holdings Inc. | 36,219 | 1,911 | 35.9% | 12.5% | 18.9x | Provides subscription based satellite radio services in the US |



**Guideline multiples**



| Subject Company TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$53,071** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

# American Academy Holdings, dba AAPC

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 89,686 | $ 98,649 | $ 107,357 | $ 117,265 | $ 128,736 | $ 140,080 | $ 144,983 |
| *Net Revenue Growth (%)* | *n/a* | *10.0%* | *8.8%* | *9.2%* | *9.8%* | *8.8%* | *3.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 36,615 | 40,424 | 43,868 | 47,751 | 52,272 | 56,578 | 58,558 |
| **Equals: EBITDA** | $ 53,071 | $ 58,225 | $ 63,489 | $ 69,515 | $ 76,464 | $ 83,503 | $ 86,425 |
| *EBITDA Margin (%)* | *59.2%* | *59.0%* | *59.1%* | *59.3%* | *59.4%* | *59.6%* | *59.6%* |
| | | | | | | | |
| Less: Depreciation | 519 | 1,222 | 537 | 586 | 644 | 700 | 725 |
| **Equals: EBITA** | $ 52,552 | $ 57,003 | $ 62,952 | $ 68,929 | $ 75,820 | $ 82,802 | $ 85,700 |
| *EBITA Margin (%)* | *58.6%* | *57.8%* | *58.6%* | *58.8%* | *58.9%* | *59.1%* | *59.1%* |
| | | | | | | | |
| Less: Income Taxes | | 15,448 | 17,060 | 18,680 | 20,547 | 22,439 | 23,225 |
| **Equals: Debt Free Net Income** | | $ 41,555 | $ 45,892 | $ 50,249 | $ 55,273 | $ 60,363 | $ 62,476 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 1,222 | 537 | 586 | 644 | 700 | 725 |
| Less: Capital Expenditures | | 493 | 537 | 586 | 644 | 700 | 725 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 3,553 | 331 | 377 | 436 | 431 | 186 |
| **Equals: Debt Free Net Cash Flow** | | $ 38,730 | $ 45,561 | $ 49,872 | $ 54,837 | $ 59,932 | $ 62,289 |
| | | | | | | | |
| Terminal | | | | | | | 889,846 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9513 | 0.8609 | 0.7791 | 0.7051 | 0.6381 | 0.6381 |
| **Present Value of Debt Free Net Cash Flow** | | $ 36,844 | $ 39,224 | $ 38,856 | $ 38,664 | $ 38,241 | $ 567,786 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 191,829 |
| Plus: Present Value of Terminal Value | 567,786 |
| Plus: Tax Amortization Benefit | 127,471 |
| Plus: Cash and Cash Equivalents | 3,809 |
| **Equals: Business Enterprise Value** | **$ 890,000** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$D$ = Market value of debt
$E$ = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$\text{WACC} = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.13 based on the indicated comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 2.7 percent based on the historical incremental return on decile 9 stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 0.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---:|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.13 |
| Size Premium | 2.7% |
| **Cost of Equity** | **12.0%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 85.0% |
| Debt | 15.0% |
| **WACC (Rounded)** | **10.5%** |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Bureau of Labor Statistics.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 13 of 617

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of CBCS Operations, LLC



**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:  +1 704 335 5300
Internet     www.us.kpmg.com

### Re: Valuation of CBCS Operations, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of CBCS Operations, LLC ("CBCS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 75.0% controlling interest in CBCS, with the remaining minority interest of 25.0% owned by the former owners through an equity equivalency agreement. However, the Client requested a valuation of a 100% controlling interest in CBCS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of CBCS's business enterprise is estimated to be $2.2 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,




© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

## CBCS Operations, LLC

# Valuation Considerations



### Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

### Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

### Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

### Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

### Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBCS Operations, LLC**

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBCS Operations, LLC**

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we considered both the guideline public company and the guideline merged and acquired company method. However, no weighting was ultimately placed on the market approach. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## CBCS Operations, LLC
# Overview



### Company background

- ❖ CBCS was founded by Michael Bornstein, a comic enthusiast, who was dissatisfied with the level of service he was receiving from the industry leader, CGC Comics
- ❖ CBCS is a provider of comic book grading and authentication services with additional encapsulation services catered to the enthusiast market
- ❖ The company has operations in Dallas, TX and Tampa, FL. Following the acquisition, primarily all the employees were moved to Dallas
- ❖ CBCS accepts comics from around the world but almost all of its business is within the US and Canada
- ❖ Customers are acquired through trade shows and brand recognition, but the majority of customers are repeat enthusiasts with increasing volumes of grading requests
- ❖ Following the shift to Dallas, CBCS will be able to streamline grading services, work through backlog, and increase capacity to well over the current 8,500 comics graded per month

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| February 2017 | $1,100,000 | n/a |

- ❖ CBCS was acquired through a sole sourced process as Eli management had established a relationship with the former owner
- ❖ Prior to the acquisition the Company had not achieved positive EBITDA
- ❖ Acquisition Rationale
  - ▪ CBCS has strong leadership and a recognized brand to fit into Eli's growing collectibles and hobby portfolio
- ❖ Acquisition Synergies
  - ▪ Beckett Collectibles has relationships with plastic case providers in Mexico, allowing CBCS to decrease overall cost of encapsulation services

[1] *Price for 100% of the business enterprise.*

### Key valuation drivers

- ❖ CBCS Comics is the number two brand in the comic grading industry, there are two other major players, CGC Comics and PGX Comics
- ❖ Many collectors are switching to CBCS from the number one player, CGC Comics, resulting in increasing market share for CBCS
- ❖ CBCS employs one of the most well known comic book graders in the industry, which has drawn significant business away from CGC Comics in favor of CBCS. He entered into a long-term contract after the acquisition
- ❖ The comic book grading market has shown increased growth recently, due to motion pictures and large pop culture events taking place around the country, which have created a demand for both vintage and new-age, limited edition comics
- ❖ The relocation to Dallas reduces rent expense by over $90,000 per year, in addition to streamlining grading services
- ❖ Management has a high degree of confidence that the restructuring activities they've completed thus far will result in positive EBITDA for the business in 2018

#### Key opportunities

- ❖ **Increasing Volume:** CBCS is seeing increased volume as many collectors turn to professional grading services to value their collections with the rise in comic book popularity
- ❖ **Additional Services:** Opportunities to increase CBCS current restoration services as well as offer a wider range of grading options
- ❖ **Increased Market Share:** CGC currently controls 85 percent of the market, but CBCS has been winning significant market share recently

#### Key risks

- ❖ **Cost Improvements Required:** The Company has not been profitable and requires ongoing capital infusions sustained revenue growth and restructuring is required to maintain positive profitability
- ❖ **Scalability:** Growing the company is slowed by the ability to find dedicated and skilled graders

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## CBCS Operations, LLC
# Financial information



| Net Working Capital | |
|---|---|
| ($ in thousands) | 12/31/17 |
| Cash and Cash Equivalents | 1 |
| **Current Assets**: | |
| Accounts Receivable | 35 |
| Inventory | 97 |
| Other Current Assets | 28 |
| **Current Liabilities:** | |
| Accounts Payable | 106 |
| Other Current Liabilities | 114 |
| Net Working Capital (Excluding Cash) | (59) |
| *As a % of Revenue* | *(2.0%)* |

- ❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis
- ❖ Management indicated that net working capital is currently at a deficit and is expected to increase to 2.0% of revenue in 2018 and remain at that level over the long term

### Financial highlights [1]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 2,952 | $ 3,027 | $ 3,178 | $ 3,337 | $ 3,504 | $ 3,679 |
| % Growth | *n/a* | *2.6%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 606 | 464 | 547 | 677 | 814 | 958 |
| % Margin | *20.5%* | *15.3%* | *17.2%* | *20.3%* | *23.2%* | *26.0%* |



- ❖ The 2017 EBITDA represents an adjusted EBITDA provided by Management, excluding certain expenses that are expected to be non-recurring under Eli's ownership going forward. Prior to Eli's acquisition of CBCS, the company had not achieved positive EBITDA
- ❖ Revenue growth going forward is expected to be driven by increased market share in the grading and authentication space
- ❖ Management indicated they expect the EBITDA margin to be lower in 2018 than what is expected in the long term since they are still in the process of restructuring the business, moving people to Dallas, and improving overall profitability
- ❖ After 2018, the margin increase is related to achieving the cost savings Management expected at the time of the acquisition as well as the revenue growth outpacing expected growth in costs

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | nmf |
| TTM EBITDA | $606 |
| **Concluded Fair Value (Rounded)** | **nmf** |
| *Weighting* | *0%* |

❖ The only public comparable operating in CBCS's industry is Collectors Universe Inc. ("Collectors"), which had a controlling TTM EBITDA multiple of 18.4x as of the Valuation Date. However, Collectors is significantly larger than CBCS and has a more diversified product offering

❖ Ultimately, no weighting was placed on the market approach since the TTM EBITDA includes adjustments from Management that KPMG does not have transparency into and there is uncertainty associated with achieving the projected EBITDA in 2018

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 27.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$2,200** |
| *Weighting* | *100%* |

❖ Refer to the Weighted Average Cost of Capital page for detail on the build up of the discount rate

❖ An additional risk premium of 15.0% was included in the discount rate for the risk related to the growth in EBITDA given the Company's historical operating struggles, the risk of retaining key grading talent and identifying new talent to support growth, and the risk related to limited product diversification (comic books)

| Enterprise value | $2,200,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

8

**CBCS Operations, LLC**

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 2,952 | $ 3,027 | $ 3,178 | $ 3,337 | $ 3,504 | $ 3,679 | $ 3,753 |
| *Net Revenue Growth (%)* | *n/a* | *2.6%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 2,346 | 2,563 | 2,632 | 2,660 | 2,690 | 2,722 | 2,776 |
| **Equals: Adjusted EBITDA** | $ 606 | $ 464 | $ 547 | $ 677 | $ 814 | $ 958 | $ 977 |
| *Adjusted EBITDA Margin (%)* | *20.5%* | *15.3%* | *17.2%* | *20.3%* | *23.2%* | *26.0%* | *26.0%* |
| | | | | | | | |
| Less: Depreciation | - | 200 | 64 | 67 | 70 | 74 | 75 |
| **Equals: Adjusted EBITA** | $ 606 | $ 264 | $ 483 | $ 611 | $ 744 | $ 884 | $ 902 |
| *Adjusted EBITA Margin (%)* | *20.5%* | *8.7%* | *15.2%* | *18.3%* | *21.2%* | *24.0%* | *24.0%* |
| | | | | | | | |
| Less: Income Taxes | | 71 | 131 | 166 | 202 | 240 | 244 |
| **Equals: Debt Free Net Income** | | $ 192 | $ 352 | $ 445 | $ 542 | $ 645 | $ 657 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 200 | 64 | 67 | 70 | 74 | 75 |
| Less: Capital Expenditures | | 61 | 64 | 67 | 70 | 74 | 75 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 120 | 3 | 3 | 3 | 4 | 1 |
| **Equals: Debt Free Net Cash Flow** | | $ 212 | $ 349 | $ 442 | $ 539 | $ 641 | $ 656 |
| | | | | | | | |
| Terminal | | | | | | | 2,624 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.8874 | 0.6987 | 0.5502 | 0.4332 | 0.3411 | 0.3411 |
| **Present Value of Debt Free Net Cash Flow** | | $ 188 | $ 244 | $ 243 | $ 233 | $ 219 | $ 895 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 1,128 |
| Plus: Present Value of Terminal Value | 895 |
| Plus: Tax Amortization Benefit | 183 |
| Plus: Cash and Cash Equivalents | 1 |
| **Equals: Business Enterprise Value** | $ 2,200 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBCS Operations, LLC**

# Weighted Average Cost of Capital



---

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$

| | |
|---|---|
| D = Market value of debt | $R_d$ = Interest rate on debt |
| E = Market value of equity | $R_e$ = Required return on equity |

**1 — Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.14 based on the indicated comparable company betas.

**4 — Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**
KPMG selected a company specific risk premium of 15.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 — Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 — Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**
A 27.1 percent corporate tax rate represents a weighted-average tax rate based on EBITDA and the statutory tax rates per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 15.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.14 |
| Size Premium | 5.3% |
| **Cost of Equity** | **29.7%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **27.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

10

**Appendix**

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of CBS Group Services, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet   www.us.kpmg.com

**Re: Valuation of CBS Group Services, LLC**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of CBS Group Services, LLC ("CBS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in CBS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio for his personal balance sheet.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of CBS' business enterprise is estimated to be $450,000, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



2

**CBS Group Services, LLC**

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

**CBS Group Services, LLC**

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ CBS provides medical billing and coding services in the US to the healthcare industry
- ❖ The top 5 healthcare industries include; Physical Medicine, Primary Care, Radiology, Pathology, and Cardiology
- ❖ Most employees operate as billing representatives for their clients
- ❖ Headquartered in Upper Darby, Pennsylvania
- ❖ Nearly all of the company's customers are located in the Philadelphia area

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2015 | $1,000,000 | 4.5x |

- ❖ Sole-sourced acquisition
- ❖ Acquisition Rationale
  - ▪ Established Eli's entry into the growing medical billing market
  - ▪ Leverage Eli's vast knowledge in the healthcare RCM industry and add additional services to Eli's healthcare offering
- ❖ Acquisition Synergies
  - ▪ Maintaining one employee in the U.S. with the remaining team operating out of Eli's India Operations Center (finance, IT, and back office)
  - ▪ Cross sell services with Eli's existing healthcare offerings
- ❖ Additional Information
  - ▪ Post acquisition the former owners of the company left and tried to start a competing business, which ultimately hurt several relationships with customers and translated to weaker financial performance than expected

## Key valuation drivers

- ❖ Average customer has been with CBS for over 10 years with seven of the 36 clients being with CBS for more than 20 years
- ❖ Clients average 1-5 doctors per physician practice
- ❖ Major Competitors include Claim Pro, Medical Data Management, and Practice Management Advisors, as well as some smaller, regional billing services companies
- ❖ Current company management was installed in June of 2017 and have been able to prevent any additional customers from leaving the business and reestablish old relationships

### Key opportunities

- ❖ **Technology Assets:** Implementing a more robust software system to further automate the billing process
- ❖ **Organic Growth:** Increase marketing and sales while also increasing the services being provided
- ❖ **Cost Savings:** Continued profit margin expansion from offshoring certain functions to the India Operations Center
- ❖ **Market Share Expansion:** In Philadelphia area alone there is enough open market share to significantly increase revenues

### Key risks

- ❖ **Leadership Transition:** Incorporating new management into a largely relationship-based business may be a challenge going forward
- ❖ **Limited Customer Base and Market:** While the company's revenues are spread out amongst its clients, the company has less than 40 customers all located in one area, Philadelphia
- ❖ **Consolidation of Customers:** Healthcare provider mergers can often lead to lost clients if the buyer has a different pre-existing billing provider

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



**CBS Group Services, LLC**

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 29 |
| **Current Assets**: | |
| Accounts Receivable | 137 |
| Other Current Assets | 21 |
| **Current Liabilities:** | |
| Accounts Payable | 24 |
| Other Current Liabilities | 78 |
| Net Working Capital (Excluding Cash) | 56 |
| *As a % of Revenue* | *6.6%* |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to increase to 10.0% and remain there for the long term

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 848 | $ 944 | $ 991 | $ 1,041 | $ 1,093 | $ 1,147 |
| % Growth | *-38.5%* | *11.3%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| EBITDA | (600) | 116 | 99 | 104 | 109 | 115 |
| % Margin | *-70.8%* | *12.2%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |



❖ Revenues declined in 2017 due to poor management of company leadership as well as the former owners who created a new business and stole clients from CBS

❖ Revenue growth in 2018 and beyond will be driven by signing back lost customers and slowing returning to historical levels of revenue

❖ EBITDA margin is expected to increase related to scales of efficiency from increased revenues

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



7

**CBS Group Services, LLC**

# Valuation summary



<table>
<tr><td>Market approach results</td><td>

| (USD in thousands) | Selected |
| --- | --- |
| Selected EBITDA Multiple | 3.0x |
| NFY EBITDA | $116 |
| Plus: Cash | 29 |
| **Concluded Fair Value (Rounded)** | **$400** |
| *Weighting* | *50%* |

</td><td>

- ❖ Much large companies in CBS's industry sold for 6.3x – 32.2x with a median and average of 9.0x and 12.7x, respectively.
- ❖ We selected a 3.0x NFY EBITDA multiple given CBS's size and recent financial struggles

</td></tr>
</table>

<table>
<tr><td>Income approach results</td><td>

| (USD in thousands) | Key Assumptions |
| --- | --- |
| Selected Discount Rate | 19.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$500** |
| *Weighting* | *50%* |

</td><td>

- ❖ Refer to the weighted Average Cost of Capital page for details on the build up of the discount rate
- ❖ An additional risk premium of 10.0% based on the company's size and regional concentration as well as the risk associated with improving CBS' EBITDA margin to 12% in 2018 and achieving revenue growth of over 10% in 2018

</td></tr>
</table>

| Enterprise value | $450,000 |
| --- | --- |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## CBS Group Services, LLC

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Intermedix Corporation | 460 | 48 | 24.9% | n/a | 9.6x | Billing and revenue cycle management services |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Provides credit management services in Denmark |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Provides debt management services including payments monitoring and collection of overdue debts |
| Ikas Norge AS | 51 | 3 | 20.0% | n/a | 15.9x | Provides debt collection services in Norway |
| MDRX Medical Billing | 30 | 5 | 15.2% | n/a | 6.3x | Healthcare medical billing practice management |

**Guideline multiples**



| Subject Company TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2018** |
| **NFY EBITDA** | **$116** |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBS Group Services, LLC**

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| Net Revenue | $ 848 | $ 944 | $ 991 | $ 1,041 | $ 1,093 | $ 1,147 | $ 1,170 |
| *Net Revenue Growth (%)* | *n/a* | *11.3%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 1,448 | 828 | 892 | 937 | 984 | 1,033 | 1,053 |
| **Equals: EBITDA** | $ (600) | $ 116 | $ 99 | $ 104 | $ 109 | $ 115 | $ 117 |
| *EBITDA Margin (%)* | *(70.8%)* | *12.2%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |
| | | | | | | | |
| Less: Depreciation | 4 | 5 | - | - | - | - | - |
| **Equals: EBITA** | $ (604) | $ 111 | $ 99 | $ 104 | $ 109 | $ 115 | $ 117 |
| *EBITA Margin (%)* | *(71.2%)* | *11.7%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* | *10.0%* |
| | | | | | | | |
| Less: Income Taxes | | 30 | 27 | 28 | 30 | 31 | 32 |
| **Equals: Debt Free Net Income** | | $ 81 | $ 72 | $ 76 | $ 80 | $ 84 | $ 85 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 5 | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 38 | 5 | 5 | 5 | 5 | 2 |
| **Equals: Debt Free Net Cash Flow** | | $ 48 | $ 68 | $ 71 | $ 74 | $ 78 | $ 83 |
| | | | | | | | |
| Terminal | | | | | | | 488 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9167 | 0.7703 | 0.6473 | 0.5440 | 0.4571 | 0.4571 |
| **Present Value of Debt Free Net Cash Flow** | | $ 44 | $ 52 | $ 46 | $ 41 | $ 36 | $ 223 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 218 |
| Plus: Present Value of Terminal Value | 223 |
| Plus: Tax Amortization Benefit | 39 |
| Plus: Cash and Cash Equivalents | 29 |
| **Equals: Business Enterprise Value** | $ 500 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBS Group Services, LLC**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$\text{WACC} = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

- $D$ = Market value of debt
- $E$ = Market value of equity
- $R_d$ = Interest rate on debt
- $R_e$ = Required return on equity

**1. Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2. Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3. Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.33 based on the indicated comparable company betas.

**4. Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5. Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6. Company Specific Risk Premium** — KPMG selected a company specific risk premium of 10.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1. Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2. Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3. Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 10.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.33 |
| Size Premium | 5.3% |
| **Cost of Equity** | **25.9%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| **WACC (Rounded)** | **19.0%** |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence/ investment memos prepared and provided by Eli.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Appendix

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Claris Vision, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 46 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:   +1 704 335 5300
Internet        www.us.kpmg.com

### Re: Valuation of Claris Vision, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of Claris Vision, LLC ("Claris" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in Claris.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio for his personal balance sheet.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Claris' business enterprise is estimated to be $51.5 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,



  © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Claris Vision, LLC**

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Claris Vision, LLC**

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Claris Vision, LLC**

# Valuation Overview



| Valuation Overview |

| Valuation Overview |
| --- |

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. Additionally, we also considered the recent transaction price paid for the Company in the development of our income and market approaches. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Claris Vision, LLC

# Overview



### Company background

- ❖ Claris Vision is the largest provider of vision care services in the Northeast where it competes as one of the largest multi-specialty practices in the United States
- ❖ Formed in 2011 through the combination of some of New England's top eye care practices (primarily Koch Eye and Dartmouth)
- ❖ Provides full-service eye care, both medical and surgical, across approximately 175,000 annual patient visits
- ❖ The Claris Vision practice network promotes efficiency among the practices by creating internal referrals from Optometrists, which allows Ophthalmologists to concentrate on surgery, a higher-margin area of the business
- ❖ One of the main practices comprising Claris is led by Paul Koch who is a renowned doctor in the eye care industry and is integral to the business' success

### Original acquisition details

| Acquisition date | Price (USD) | Entry multiple[1] |
|---|---|---|
| December 2017 | $50,000,000 | 10.3x |

- ❖ Broker-led acquisition process
- ❖ Acquisition Rationale
  - ▪ Leverage Eli's vast knowledge in the healthcare EHR and PM industry and add additional services to Eli's healthcare offering
  - ▪ Recent healthcare initiatives are expected to expand the number of people with vision benefits, and increase the number of patient visits annually
- ❖ Acquisition Synergies
  - ▪ Use of Eli's Practice Management software (EyeCare Leaders)
  - ▪ Eliminate InVision IT contract of $30,000 per month for technology management

[1] *Based on December 2017 TTM EBITDA.*

### Key valuation drivers

- ❖ According to Management, historical growth in the industry has been approximately 40 percent and is expected to maintain going forward as the aging population requires eye care services
- ❖ Approximately 70.0 percent of referrals to Ophthalmologists are internal
- ❖ Claris, through a partnership with Partners in Vision, operates optical shops in each office that allows Claris to focus on patient care while still receiving revenue from retail sales. Claris receives 32.0 percent of retail sales.
- ❖ Claris owns two surgery centers where almost all procedures are performed, eliminating costly bookings of hospital operating facilities
- ❖ Claris operates its practices on Electronic Health Record systems owned by Eli Global, such as Medflow and Management Plus
- ❖ Eli has incorporated a call center to improve efficiency and the utilization of the physicians at each practice

| Name | # of Locations | # of Opthalmologist | # of Optometrist |
|---|---|---|---|
| Claris Vision | 16 | 19 | 28 |
| Boston Laser | 6 | 8 | 2 |
| Massachusetts Eye and Ear | 18 | 185 | 9 |
| Ophthalmic Consulatants of Boston | 13 | 39 | 17 |
| New England Eye Center | 12 | 41 | 11 |

#### Key opportunities

- ❖ **Expanding Services:** Expanding vision correction surgery and audiology and allergy testing

#### Key risks

- ❖ **Leadership and Provider Transition:** Leadership and some doctors are approaching retirement age, and incorporating new management and physicians into a largely relationship-based business may be a challenge going forward
- ❖ **Consolidation of Customers:** Healthcare provider mergers can often lead to lost clients if the buyer has a different pre-existing billing provider



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Claris Vision, LLC**

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 1,902 |
| **Current Assets**: | |
| Accounts Receivable | 2,770 |
| Other Current Assets | 1,558 |
| **Current Liabilities:** | |
| Accounts Payable | 2,483 |
| Other Current Liabilities | 3,036 |
| Net Working Capital (Excluding Cash) | (1,192) |
| *As a % of Revenue* | -2.4% |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to remain at current levels for the long term

## Financial highlights

| ($ in thousands) **Financial Highlights** | TTM **2017A** | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 50,217 | $ 47,452 | $ 49,350 | $ 51,324 | $ 53,377 | $ 55,512 |
| % Growth | *4.8%* | *-5.5%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* |
| EBITDA | 4,862 | 4,700 | 4,888 | 5,084 | 5,287 | 5,498 |
| % Margin | *9.7%* | *9.9%* | *9.9%* | *9.9%* | *9.9%* | *9.9%* |



❖ Projected growth is consistent with standard industry growth. Per Management, the compound annual growth rate ("CAGR") for cataract surgeries and optic care has been 4.0 percent

❖ The projected revenue decrease in 2018 is due to the management restructuring that is expected to take place during the first quarter of 2018



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 52 of 617

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 10.0x |
| TTM EBITDA | $4,862 |
| Plus: Cash | 1,902 |
| **Concluded Fair Value (Rounded)** | **$51,000** |
| *Weighting* | *50%* |

❖ Since the acquisition of the company took place within a month of our Valuation Date, we relied on the transaction price of $50.0 million to determine our fair value. The transaction price implies a TTM EBITDA multiple of approximately 10.0x

❖ We performed a search of third party guideline companies and transactions to test the reasonableness of the implied transaction multiple. The observed comparable transaction multiples ranged from 9.0x to 10.9x

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 10.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$52,000** |
| *Weighting* | *50%* |

❖ Refer to the weighted Average Cost of Capital page for details on the build up of the discount rate

❖ Utilizing the transaction price of the business and the forecast provided by Management, we developed a discount rate for the income approach. No additional company specific risk premium was included

| Enterprise value | $51,500,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

8

**Claris Vision, LLC**

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Clinica Baveria, S.A. | 206 | 19 | 17.1% | n/a | 10.9x | Network of ophthalmological clinics across Europe. The company maintains 80 centers in Spain, Germany, Austria, and Italy. Each clinic offers glaucoma, oculoplastic, cornea, cataract, retina and other ophthalmology services. The company is based in Madrid, Spain. |
| Abano Healthcare Group Limited | 196 | 22 | 13.6% | n/a | 9.0x | Provides healthcare services through dental and diagnostic segments. The dental segment offers a range of general and specialist dental work, including cosmetic. The company operates 205 dental practices in New Zealand. |

**Guideline multiples**



| | Subject Company TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **TTM EBITDA** | | **$4,862** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Claris Vision, LLC

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 50,217 | $ 47,452 | $ 49,350 | $ 51,324 | $ 53,377 | $ 55,512 | $ 57,178 |
| *Net Revenue Growth (%)* | *4.8%* | *(5.5%)* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 45,355 | 42,752 | 44,462 | 46,241 | 48,091 | 50,014 | 51,515 |
| **Equals: EBITDA** | $ 4,862 | $ 4,700 | $ 4,888 | $ 5,084 | $ 5,287 | $ 5,498 | $ 5,663 |
| *EBITDA Margin (%)* | *9.7%* | *9.9%* | *9.9%* | *9.9%* | *9.9%* | *9.9%* | *9.9%* |
| | | | | | | | |
| Less: Depreciation | n/a | 6,952 | 987 | 1,026 | 1,068 | 1,110 | 1,144 |
| **Equals: EBITA** | n/a | $ (2,252) | $ 3,901 | $ 4,057 | $ 4,219 | $ 4,388 | $ 4,520 |
| *EBITA Margin (%)* | *n/a* | *(4.7%)* | *7.9%* | *7.9%* | *7.9%* | *7.9%* | *7.9%* |
| | | | | | | | |
| Less: Income Taxes | | - | 1,057 | 1,099 | 1,143 | 1,189 | 1,225 |
| **Equals: Debt Free Net Income** | | $ (2,252) | $ 2,844 | $ 2,958 | $ 3,076 | $ 3,199 | $ 3,295 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 6,952 | 987 | 1,026 | 1,068 | 1,110 | 1,144 |
| Less: Capital Expenditures | | 949 | 987 | 1,026 | 1,068 | 1,110 | 1,144 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 135 | (47) | (49) | (51) | (53) | (42) |
| **Equals: Debt Free Net Cash Flow** | | $ 3,616 | $ 2,891 | $ 3,007 | $ 3,127 | $ 3,252 | $ 3,337 |
| | | | | | | | |
| Terminal | | | | | | | 47,665 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9535 | 0.8668 | 0.7880 | 0.7164 | 0.6512 | 0.6512 |
| **Present Value of Debt Free Net Cash Flow** | | $ 3,448 | $ 2,506 | $ 2,369 | $ 2,240 | $ 2,118 | $ 31,040 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 31,040 |
| Plus: Present Value of Terminal Value | 43,722 |
| Plus: Tax Amortization Benefit | 6,368 |
| Plus: Cash and Cash Equivalents | 1,902 |
| **Equals: Business Enterprise Value (Rounded)** | $ 52,000 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Claris Vision, LLC**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.71 based on the indicated comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 0.0 percent.

**1 Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---:|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.75 |
| Size Premium | 5.3% |
| **Cost of Equity** | **12.4%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 75.0% |
| Debt | 25.0% |
| **WACC (Rounded)** | **10.0%** |

  

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

Ben Siadak, CFA
Manager
KPMG LLP

James Weaver - Concurring
Partner Review



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Valuation services limiting assumptions

1.  Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2.  Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3.  Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4.  Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5.  Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6.  Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7.  Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8.  The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of ComplySmart



**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 61 of 617



August 24, 2018

Greg Lindberg
Owner
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:    +1 704 335 5300
Internet       www.us.kpmg.com

### Re: Valuation of ComplySmart

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of ComplySmart ("ComplySmart" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 80.0% controlling interest in ComplySmart, with the remaining minority interest of 20.0% owned by the former owners through an equity equivalency agreement. However, the Client requested a valuation of a 100% controlling interest in ComplySmart.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of ComplySmart's business enterprise is estimated to be $7.5 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 63 of 617

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results.  The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities.  KPMG has performed no diligence around this assumption.  Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

**ComplySmart**

# Valuation Overview



| Valuation Overview |
|---|

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

| Valuation Overview |
|---|

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. While a formal market approach was not relied upon, we did consider the recent transaction price paid for the Company in the development of the discount rate for the Income Approach. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## ComplySmart

# Overview



### Company background

- ❖ ComplySmart ("ComplySmart") is one of a limited number of Health Information Trust Alliance ("HITRUST") Certified Assessors and delivers services to help organizations achieve regulatory compliance and reduce IT and data security risks in the healthcare industry.
- ❖ ComplySmart focuses on small and medium sized business to help them become HITRUST certified
- ❖ The company's primary advantage is its internally developed end-to-end automated platform which enables its assessors to complete 3-4 times the volume of work as if done manually. Competitors have not been able to replicate this process
- ❖ Customers are spread out across all 50 states and in 2016, no one customer accounted for more than 6.2 percent of total revenue
- ❖ ComplySmart is able to offer its services at a price point below competitors due to its remote assessment model which allows assessors to replace on-site visits with Skype sessions or other means of virtual communication

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
| --- | --- | --- |
| November 2017 | $7,500,000 | 17.0x |

- ❖ No broker, Eli reached out to ComplySmart about the acquisition, there were no other bidders
- ❖ Acquisition Rationale
  - ▪ High recurring revenue model
  - ▪ The HITRUST space is a $250 million market growing at a CAGR of 15-20 percent
- ❖ Acquisition Synergies
  - ▪ ComplySmart fits well within the Drummond Group and adds another certification to the portfolio
  - ▪ Ability to cross sell with other certifications within the Drummond Group

### Key valuation drivers

- ❖ The company has a high recurring revenue business model. Once a HITRUST client is on board, a midterm assessment is required after one year, with a full assessment required again after two years.
- ❖ The company has a high retention rate of over 80.0 percent. Historically, it has only lost customers due to acquisitions.
- ❖ There is very little customer concentration in the business
- ❖ Strong barriers to entry as it would take at least 12 months for a new company to break into the market and compete with ComplySmart
- ❖ ComplySmart had approximately 60 HITRUST clients in 2016, and conservatively expect at least 100 new HITRUST clients in each of 2017 and 2018

#### Key opportunities

- ❖ **Market Share Growth:** Seven major health organizations (e.g. Anthem, UnitedHealth) requiring business partners (roughly 7,500 businesses) to be HITRUST compliance over next several years.
- ❖ **Cross Selling:** The company has the opportunity to cross sell to customers of the Drummond Group's existing customer base
- ❖ **Subscription Model:** Management is working on a subscription model to go along with the current contract structure that would serve to further increase the recurring revenue base
- ❖ **Automated Process:** The end-to-end automated process is at least two years ahead of any other company in this space and that can be leveraged as a competitive advantage to win more of the market share

#### Key risks

- ❖ **Employee Turnover:** If the two founders, Ken and Russ Rowe, were to leave, the Company would struggle to maintain their current operating levels
- ❖ **Competition:** As this is a relatively untapped market, there are opportunities for other competitors to enter the market and take away growth opportunities

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 66 of 617

**ComplySmart**

# Financial Information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 237 |
| **Current Assets**: | |
| Accounts Receivable | 201 |
| Prepaids | 7 |
| Other Current Assets | 1 |
| **Current Liabilities:** | |
| Accounts Payable | 45 |
| Accrued Liabilities | 71 |
| Other Current Liabilities | 55 |
| Net Working Capital (Excluding Cash) | 65 |
| *As a % of Revenue* | *4.0%* |

- ❖ Short-term debt and deferred revenue were excluded from the net working capital calculation
- ❖ Related party receivables/payables were excluded from the net working capital calculation since they are primarily non-operating in nature
- ❖ Management indicated that net working capital as a percentage of revenue would be consistent with historical levels going forward

## Financial highlights [1]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,643 | $ 2,373 | $ 3,524 | $ 4,841 | $ 6,305 | $ 7,662 |
| % Growth | *n/a* | *44.4%* | *48.5%* | *37.4%* | *30.2%* | *21.5%* |
| EBITDA | 544 | 1,083 | 1,899 | 2,794 | 4,108 | 5,313 |
| % Margin | *33.1%* | *45.7%* | *53.9%* | *57.7%* | *65.2%* | *69.3%* |



- ❖ Revenue growth for 2018 and 2019 is related to the certification of over approximately 10,000 organizations that is now required for all business associates of the seven major payors (e.g. UnitedHealth, Anthem)
- ❖ Long-term revenue growth is expected to be driven predominantly by HITRUST moving into other spaces and cross selling other services
- ❖ Historical EBITDA margin is consistent with projected margins



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 67 of 617

# Valuation Summary



| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 38.0% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (Rounded)** | **$7,500** |
| *Weighting* | *100%* |

**Income approach results**

❖ Ultimately, since the acquisition of the Company took place just one month prior to our Valuation Date, we relied on the transaction price of $7.5 million to determine our fair value

❖ Utilizing the transaction price of the business and the forecast provided by Management, we developed a discount rate for the income approach and applied a 100% weighting to this approach

❖ The transaction price implies a 13.2x TTM EBITDA multiple which is slightly below the median trading multiples the guideline public companies as of the Valuation Date.

❖ Refer to the Weighted Average Cost of Capital page for details on the build up of the discount rate

| **Enterprise value** | **$7,500,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# ComplySmart

# Income Approach Support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| Net Revenue | $ 1,643 | $ 2,373 | $ 3,524 | $ 4,841 | $ 6,305 | $ 7,662 | $ 7,854 |
| *Net Revenue Growth (%)* | *n/a* | *44.4%* | *48.5%* | *37.4%* | *30.2%* | *21.5%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 1,099 | 1,289 | 1,625 | 2,047 | 2,197 | 2,350 | 2,408 |
| **Equals: EBITDA** | $ 544 | $ 1,083 | $ 1,899 | $ 2,794 | $ 4,108 | $ 5,313 | $ 5,446 |
| *EBITDA Margin (%)* | *33.1%* | *45.7%* | *53.9%* | *57.7%* | *65.2%* | *69.3%* | *69.3%* |
| | | | | | | | |
| Less: Depreciation | - | 12 | 4 | 6 | 8 | 9 | 9 |
| **Equals: EBITA** | *n/a* | $ 1,071 | $ 1,895 | $ 2,788 | $ 4,100 | $ 5,304 | $ 5,436 |
| *EBITA Margin (%)* | *n/a* | *45.1%* | *53.8%* | *57.6%* | *65.0%* | *69.2%* | *69.2%* |
| | | | | | | | |
| Less: Income Taxes | | 290 | 513 | 756 | 1,111 | 1,437 | 1,473 |
| **Equals: Debt Free Net Income** | | $ 781 | $ 1,381 | $ 2,032 | $ 2,989 | $ 3,866 | $ 3,963 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 12 | 4 | 6 | 8 | 9 | 9 |
| Less: Capital Expenditures | | 3 | 4 | 6 | 8 | 9 | 9 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 30 | 46 | 53 | 59 | 54 | 8 |
| **Equals: Debt Free Net Cash Flow** | | $ 760 | $ 1,335 | $ 1,980 | $ 2,931 | $ 3,812 | $ 3,955 |
| | | | | | | | |
| Terminal | | | | | | | 11,142 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.8513 | 0.6169 | 0.4470 | 0.3239 | 0.2347 | 0.2347 |
| **Present Value of Debt Free Net Cash Flow** | | $ 647 | $ 824 | $ 885 | $ 949 | $ 895 | $ 2,615 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 4,200 |
| Plus: Present Value of Terminal Value | 2,615 |
| Plus: Tax Amortization Benefit | 398 |
| Plus: Cash | 237 |
| **Equals: Business Enterprise Value (Rounded)** | $ 7,500 |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 69 of 617

**ComplySmart**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity



**1** **Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** **Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



**3** **Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.08 based on the indicated comparable company betas.

**4** **Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**5** **Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** **Company Specific Risk Premium**

KPMG selected a company specific risk premium of 28.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.



**1** **Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** **Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.



**3** **Tax Rate**

A 27.1 percent corporate tax rate is based on long-term statutory tax rate for the United States, per KPMG's Corporate Tax Rate Survey.



| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 28.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.08 |
| Size Premium | 5.3% |
| **Cost of Equity** | **42.4%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| | |
| **WACC (Rounded)** | **38.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Sources of Information



- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

## Appendix

# Appraisal Certification



We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Mike Kuhn, CPA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

**Appendix**

# Valuation Services Limiting Assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of The Drummond Group

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**


Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 75 of 617



August 24, 2018

Greg Lindberg
Owner
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:  +1 704 335 5300
Internet  www.us.kpmg.com

**Re: Valuation of The Drummond Group**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of The Drummond Group ("DG" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in DG.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of DG's business enterprise is estimated to be $17.6 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,





© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use.  The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible.  The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset.  The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis.  Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation.  Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company.  Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

3

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Overview



| **Valuation Overview** | **Valuation Overview** |
|---|---|

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

# Overview



## Company background

❖ The Drummond Group ("DG") is an accredited test lab and certification group for both healthcare and non-healthcare services. The company's main business line is providing electronic healthcare records ("EHR") testing to healthcare information technology developers

❖ DG is one of a limited number of companies to hold an Office of the National Coordinator for Health Information technology accreditation as an Authorized Certification Body and Authorized Test Lab

❖ DG has two business units – Healthcare Compliance Security ("HCS") and Supply Chain Security ("SCS"). HCS makes up approximately 70% of revenue and provides EHR testing, support, and certification to more than 450 healthcare IT companies. SCS provides interoperability testing and certification for IT applications associated with B2B collaboration

## Original acquisition details

| Acquisition date | Price (USD) (1) | Entry multiple |
|---|---|---|
| **April 2015** | **$16,500,000** | **6.1x** |

❖ Acquisition Rationale

  ▪ High customer retention rate

  ▪ Fits within the Elevate portfolio with a strong focus on healthcare regulations and EHR capabilities which are part of the RCM process

❖ Acquisition Synergies

  ▪ Ability to cross sell with other healthcare certifications within Eli's U.S. healthcare portfolio

## Key valuation drivers

❖ Regulation regarding EHR software certification changes approximately every three years which requires healthcare software providers to get re-certified through DG or a similar service provider, resulting in a strong recurring revenue stream

❖ DG has two main competitors in the HCS business – ICSA Labs and Infogard. However, DG has approximately 78.0 percent of the HER testing and certification market. There are no direct competitors in the SCS business

❖ DG's client retention rate for the last two rounds of EHR certification was 84.0 percent. The company has also added 240 new clients since 2011 which amounts to 189.0 percent growth in client base

❖ DG's competitive advantage is the strong relationships it builds with the customers which incentivizes the customers to come back year after year instead of switching service providers

### Key opportunities

❖ **Market Share Growth:** Several competitors have decided to exit the market which has led several customers to transfer business to DG

❖ **Cross Selling:** DG is complimentary to other healthcare regulation service providers such as ComplySmart

❖ **Cost Cutting:** Management has been able to transfer certain overhead costs to the IOC and have been working on better seasonal elasticity by utilizing part time employees such as contractors and interns

❖ **Increased Regulation:** Over the years, healthcare regulation has increased. Management expects that additional increased regulation could lead to more service offerings for DG

### Key risks

❖ **Cyclicality:** This business model is very cyclical with an influx of business whenever new regulation is established approximately every three years. Once everyone is certified for the new regulation, there is very little opportunity left to generate revenue

❖ **Competition:** As this is a strong and relatively untapped market, there are opportunities for other competitors to enter the market and take away growth opportunities/market share

---

(1) *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

6

**Drummond Group**

# Financial Information



| Net Working Capital | | |
|---|---|---|
| *($ in thousands)* | **12/31/16** | **12/31/17** |
| Cash and Cash Equivalents | 523 | 355 |
| **Current Assets**: | | |
| Accounts Receivable | 355 | 1,052 |
| Other Current Assets | 63 | 86 |
| **Current Liabilities:** | | |
| Accounts Payable | 149 | 82 |
| Accrued Liabilities | 586 | 677 |
| Net Working Capital (Excluding Cash) | (317) | 379 |
| *As a % of Revenue* | *-12.1%* | *6.3%* |

- ❖ Short-term debt and deferred revenue were excluded from the net working capital calculation
- ❖ Related party receivables/payables were excluded from the net working capital calculation since they are primarily non-operating in nature
- ❖ Management indicated that net working capital as a percentage of revenue would be consistent with historical levels going forward

| Financial highlights [1] | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | TTM | Fiscal Year 12/31, | | | | |
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 6,041 | $ 5,491 | $ 5,891 | $ 6,234 | $ 6,711 | $ 7,456 |
| % Growth | *130.7%* | *-9.1%* | *7.3%* | *5.8%* | *7.6%* | *11.1%* |
| EBITDA | 2,181 | 1,787 | 2,063 | 1,949 | 2,015 | 2,366 |
| % Margin | *36.1%* | *32.5%* | *35.0%* | *31.3%* | *30.0%* | *31.7%* |



- ❖ The 2017 revenue growth of 130.7 percent is attributable to the cyclicality of the industry and more clients' need to be certified
- ❖ The revenue decline of 9.1 percent in 2018 is attributable to the cyclicality of the industry as implementation of the most recent regulation winds down
- ❖ Long-term revenue growth is expected to be driven predominantly by growth in the industry due to increased scrutiny and regulations regarding electronic health records
- ❖ Projected EBITDA margins are expected to fluctuate with the cyclicality of the industry



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Drummond Group

# Valuation Summary



### Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 8.0x |
| TTM EBITDA | $2,181 |
| Plus: Cash | 355 |
| **Concluded Fair Value (Rounded)** | **$17,800** |
| *Weighting* | *50%* |

❖ The Drummond Group was purchased in April 2015 for a TTM EBITDA multiple of approximately 6.1x. Since DG was acquired, the median TTM EBITDA multiple of the comparable guideline public companies increased from approximately 9.5x to 11.5x. Therefore, we selected a multiple consistent with the increase in guideline company multiples

❖ Furthermore, DG's projected 3-year revenue compound annual growth rate ("CAGR") is below the range of the guideline public companies which had controlling TTM EBITDA multiples ranging from 9.7x to 42.3x

### Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 13.0% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (Rounded)** | **$17,400** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for details on the build up of the discount rate

❖ No additional company-specific risk premium was applied since the projections are conservative in nature

| Enterprise value | $17,600,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Drummond Group**

# Market Approach Support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| Payment Software Company LLC | 18 | 2 | 16.8% | n/a | 11.7x | Provides compliance and consulting support services related to payment processing compliance. Industry standards include requirement such as network architecture, policies, procedures, and security management. |
| *Guideline Public Companies* [1] | | | | | | |
| CBIZ, Inc. | 1,210 | 90 | 10.7% | n/a | 13.5x | Professional services firm that provides accounting and tax compliance and consulting services. Consulting services provided includes Systems and Organization Control reports related to IT security. |

### Guideline multiples





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$2,181** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 83 of 617

## Drummond Group

# Income Approach Support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 6,041 | $ 5,491 | $ 5,891 | $ 6,234 | $ 6,711 | $ 7,456 | $ 7,642 |
| *Net Revenue Growth (%)* | *130.7%* | *(9.1%)* | *7.3%* | *5.8%* | *7.6%* | *11.1%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 3,860 | 3,704 | 3,828 | 4,285 | 4,696 | 5,090 | 5,218 |
| **Equals: EBITDA** | $ 2,181 | $ 1,787 | $ 2,063 | $ 1,949 | $ 2,015 | $ 2,366 | $ 2,425 |
| *EBITDA Margin (%)* | *36.1%* | *32.5%* | *35.0%* | *31.3%* | *30.0%* | *31.7%* | *31.7%* |
| | | | | | | | |
| Less: Depreciation | 33 | 154 | 34 | 34 | 34 | 34 | 35 |
| **Equals: EBITA** | $ 2,148 | $ 1,633 | $ 2,029 | $ 1,915 | $ 1,981 | $ 2,331 | $ 2,390 |
| *EBITA Margin (%)* | *35.6%* | *29.7%* | *34.4%* | *30.7%* | *29.5%* | *31.3%* | *31.3%* |
| | | | | | | | |
| Less: Income Taxes | | 442 | 550 | 519 | 537 | 632 | 648 |
| **Equals: Debt Free Net Income** | | $ 1,190 | $ 1,479 | $ 1,396 | $ 1,444 | $ 1,699 | $ 1,742 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 154 | 34 | 34 | 34 | 34 | 35 |
| Less: Capital Expenditures | | 35 | 34 | 34 | 34 | 34 | 35 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (35) | 25 | 22 | 30 | 47 | 12 |
| **Equals: Debt Free Net Cash Flow** | | $ 1,344 | $ 1,454 | $ 1,375 | $ 1,414 | $ 1,653 | $ 1,730 |
| | | | | | | | |
| Terminal | | | | | | | **16,479** |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9407 | 0.8325 | 0.7367 | 0.6520 | 0.5770 | 0.5770 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,265 | $ 1,210 | $ 1,013 | $ 922 | $ 954 | $ 9,508 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 5,363 |
| Plus: Present Value of Terminal Value | 9,508 |
| Plus: Tax Amortization Benefit | 2,154 |
| Plus: Cash | 355 |
| **Equals: Business Enterprise Value (Rounded)** | $ 17,400 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Drummond Group

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$



**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.13 based on the indicated comparable company betas.



**4 Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 0.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.



**1 Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.



**3 Tax Rate** — A 27.1 percent corporate tax rate is based on long-term statutory tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.13 |
| Size Premium | 5.3% |
| **Cost of Equity** | **14.7%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 85.0% |
| Debt | 15.0% |
| | |
| **WACC (Rounded)** | **13.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Sources of Information



- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 86 of 617

**Appendix**

# Appraisal Certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

Mike Kuhn, CPA
Manager
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Services Limiting Assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Futuresource Consulting Ltd

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 90 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:    +1 704 335 5300
Internet        www.us.kpmg.com

### Re: Valuation of Futuresource Consulting Ltd

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of Futuresource Consulting Ltd ("Futuresource" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0 % controlling interest in Futuresource.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg (the "Client"), with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), *Fair Value Measurements and Disclosures*, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Futuresource's business enterprise is estimated to be $18.1 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Futuresource Consulting Ltd**

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results.  The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities.  KPMG has performed no diligence around this assumption.  Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Futuresource Consulting Ltd
# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Futuresource Consulting Ltd
# Overview



### Company background

- ❖ Futuresource provides media and electronics market research and consulting services and is headquartered in Hertfordshire, United Kingdom
- ❖ Futuresource services a global client base (US, UK, Japan, Germany, Netherlands, South Korea, and several others)
- ❖ Offers subscription based reports (85%-90% of reports) as well as one-off and customer-specific reports (10%-15% of reports)
- ❖ Served industries include: Broadcast & Professional Video Equipment, Consumer Electronics, Professional Displays, Education Technology, Media & Entertainment, Print & Imaging, and Storage Media
- ❖ Futuresource was formed in 2008 through the merger of two competing consumer market research firms (Understanding & Solutions and Decision Tree Consulting)

### Original acquisition details

| Acquisition date | Price (GBP) [1] | Entry multiple |
|---|---|---|
| 2017 | £14,295,607 | 9.2x |

- ❖ Brokered sale process – Eli was the second highest offer.  Ultimately, Eli was chosen due to their strong reputation purchasing, holding, and growing successful companies
- ❖ Acquisition Rationale
  - ▪ Continue to grow Eli's market research portfolio after its first successful investment in the market research space with BCC Research
  - ▪ Futuresource has a first class customer base and strong reputation in its target market
- ❖ Acquisition Synergies
  - ▪ Potential to sell Futuresource reports through BCC Research's established reseller channel

### Key valuation drivers

- ❖ Have historically retained 95% of clients subscription contracts
- ❖ Subscription contracts vary in length from three months to a couple of years
- ❖ 75% of revenues are subscription based with 25% coming form consulting services (15% from existing customers and 10% from new customers)
- ❖ Large industry players do not compete directly with Futuresource due to its targeted offering

**2017 Customer Split**



- Apple, Inc
- Canon Europa
- Epson Eur
- Harman Kardon
- Intel Corp
- All Others

16% 15% 15% 12% 10% 32%

### Key opportunities

- ❖ **Grow the Team:** Futuresource plans to invest in new analysts and a robust sales engine to drive additional growth
- ❖ **Geographic Expansion:** Potential to develop relationships with customers in the Asian markets, given the strong electronics presence there
- ❖ **Industry Coverage:** Expand the market search offering to new industries with growing technical aspects and needs such as automotive and healthcare

### Key risks

- ❖ **Employee Retention:** The three founders are widely respected, which motivates customers to buy their research. The company must maintain strong relationships with leaders in the industry.
- ❖ **Competitive Market:** There are numerous firms offering varying levels of service
- ❖ **Consistent Innovation:** As technological markets mature, Futuresource's value proposition fades and the company must remain on top of latest trends and innovations in the industries it covers

[1] *Price for 100% of the business enterprise.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Futuresource Consulting Ltd**

# Financial information



## Net Working Capital

| (£ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 2,932 |
| **Current Assets**: | |
| Accounts Receivable | 1,037 |
| **Current Liabilities:** | |
| Accounts Payable | 670 |
| Due to Related Parties | 7 |
| Other Current Liabilities | 264 |
| Net Working Capital (Excluding Cash) | 97 |
| *As a % of Revenue* | *1.5%* |

❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to increase to around 10.0% going forward

## Financial highlights

(GBP in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | £ 6,390 | £ 6,950 | £ 7,380 | £ 7,900 | £ 8,450 | £ 9,040 |
| % Growth | *n/a* | *8.8%* | *6.2%* | *7.0%* | *7.0%* | *7.0%* |
| EBITDA | 1,033 | 1,599 | 1,712 | 1,857 | 2,028 | 2,188 |
| % Margin | *16.2%* | *23.0%* | *23.2%* | *23.5%* | *24.0%* | *24.2%* |



❖ Revenue growth is expected to be driven by geographic expansion into new markets and a more robust sales team to be built over the coming years

❖ EBITDA margin will grow in 2018 from continued use of Eli's Indian Operations Center and the reduction of redundant administrative positions


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Futuresource Consulting Ltd**

# Valuation summary



## Market approach results

| (in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 10.0x |
| TTM EBITDA | £1,033 |
| Plus: Cash | 2,932 |
| **Concluded Fair Value (GBP)** | **£13,260** |
| GBP:USD as of 12/31/2017 | 1.3491 |
| **Concluded Fair Value (Rounded, USD)** | **$17,900** |
| *Weighting* | *50%* |

❖ Similar companies sold between 6.9x and 14.4x with a median and average of 9.8x and 10.0x, respectively.

❖ We considered Futuresource's size as well as its future growth prospects when selecting our EBITDA multiple of 10.0x compared to the transactions and guideline companies observed in the market.

## Income approach results

| (in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 16.0% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (GBP)** | **£13,535** |
| GBP:USD as of 12/31/2017 | 1.3491 |
| **Concluded Fair Value (Rounded, USD)** | **$18,300** |
| *Weighting* | *50%* |

❖ Refer to the weighted Average Cost of Capital page for details on the build up of the discount rate

❖ An additional risk premium of 5.0% was included to account for the expected revenue and EBITDA growth in a highly competitive market after coming in below EBITDA expectations in 2017

| **Enterprise value** | **$18,100,000** |
|---|---|

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 97 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| New Paradigm Resources Group, Inc. | 28 | 3 | 32.2% | n/a | 10.1x | Identifies, analyzes, and forecasts emerging trends and technologies and provides market data for their clients' businesses |
| Keller Fay Group LLC | 3 | 0 | 16.4% | n/a | 6.9x | Provides marketing research and consulting services for brands, advertisers, agencies, media companies, and nonprofit organizations |
| Harris Interactive, Inc. | 64 | 7 | 8.4% | n/a | 8.9x | Provides market research and consulting services |
| Macromill, Inc. | 265 | 27 | 25.3% | n/a | 9.8x | Provides marketing research services worldwide |
| R.L. Polk | 983 | 68 | 25.1% | n/a | 14.4x | Provides market research, analytics, software tools, and vehicle histories for the automotive industry |
| ***Guideline Public Companies*** [1] | | | | | | |
| Ipsos SA | 1,816 | 174 | 11.1% | 6.5% | 10.4x | Provides survey-based research services for brands, companies, and institutions in Europe |
| Forrester Research, Inc. | 605 | 27 | 11.0% | (0.1%) | 22.2x | Operates as an independent research, data, and advisory services company |
| Infas Holding Aktiengesellschaft | 22 | 2 | 7.5% | n/a | 12.5x | Provides market and social research services worldwide for the education, labor market, health, and other areas of focus |
| IHS Markit Ltd. | 19,031 | 843 | 30.8% | 35.3% | 22.6x | Provides critical information, analytics, and solutions for various industries and markets |
| Intage Holdings Inc. | 412 | 38 | 11.5% | (3.0%) | 10.9x | Provides marketing research in Japan |



**Guideline multiples**

| Subject Company TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **£1,033** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

# Futuresource Consulting Ltd

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | Terminal |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | £ 6,390 | £ 6,950 | £ 7,380 | £ 7,900 | £ 8,450 | £ 9,040 | £ 9,266 |
| *Net Revenue Growth (%)* | *n/a* | *8.8%* | *6.2%* | *7.0%* | *7.0%* | *7.0%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 5,357 | 5,352 | 5,668 | 6,044 | 6,422 | 6,852 | 7,024 |
| **Equals: EBITDA** | £ 1,033 | £ 1,599 | £ 1,712 | £ 1,857 | £ 2,028 | £ 2,188 | £ 2,242 |
| *EBITDA Margin (%)* | *16.2%* | *23.0%* | *23.2%* | *23.5%* | *24.0%* | *24.2%* | *24.2%* |
| | | | | | | | |
| Less: Depreciation | 70 | 139 | 125 | 122 | 127 | 131 | 134 |
| **Equals: EBITA** | £ 963 | £ 1,460 | £ 1,587 | £ 1,734 | £ 1,901 | £ 2,057 | £ 2,108 |
| *EBITA Margin (%)* | *15.1%* | *21.0%* | *21.5%* | *22.0%* | *22.5%* | *22.8%* | *22.8%* |
| | | | | | | | |
| Less: Income Taxes | | 277 | 301 | 329 | 361 | 391 | 401 |
| **Equals: Debt Free Net Income** | | £ 1,182 | £ 1,285 | £ 1,405 | £ 1,540 | £ 1,666 | £ 1,707 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 139 | 125 | 122 | 127 | 131 | 134 |
| Less: Capital Expenditures | | 139 | 125 | 122 | 127 | 131 | 134 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 598 | 36 | 44 | 45 | 48 | 22 |
| **Equals: Debt Free Net Cash Flow** | | £ 584 | £ 1,250 | £ 1,361 | £ 1,495 | £ 1,618 | £ 1,686 |
| | | | | | | | |
| Terminal | | | | | | | 12,487 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9285 | 0.8004 | 0.6900 | 0.5948 | 0.5128 | 0.5128 |
| **Present Value of Debt Free Net Cash Flow** | | £ 542 | £ 1,000 | £ 939 | £ 889 | £ 830 | £ 6,403 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 4,200 |
| Plus: Present Value of Terminal Value | 6,403 |
| Plus: Cash and Cash Equivalents | 2,932 |
| **Business Enterprise Value (GBP)** | £ 13,535 |
| Multiplied by: GBP:USD Exchange Rate | 1.3491 |
| **Equals: Business Enterprise Value (Rounded, USD)** | £ 18,300 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Futuresource Consulting Ltd

# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1** **Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** **Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** **Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.64 based on the indicated comparable company betas.

**4** **Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** **Country Specific Risk Premium** — Country specific risk premium of 0.4 percent is based on information from Damodaran Online risk premiums for the United Kingdom.

**6** **Company Specific Risk Premium** — KPMG selected a company specific risk premium of 5.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** **Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** **Sovereign Spread Premium** — Sovereign spread premium of 0.5 percent is based on information from Damodaran Online risk premiums for the United Kingdom.

**3** **Tax Rate** — A 19.0 percent corporate tax rate is based on the corporate tax rate for the United Kingdom, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 5.0% |
| Country Risk Premium | 0.4% |
| Beta | 0.64 |
| Size Premium | 5.3% |
| **Cost of Equity** | **17.1%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.5% |
| Tax Rate | 19.0% |
| **After-Tax Cost of Debt** | **3.8%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| Currency Risk Premium [1] | 0.2% |
| **WACC (Rounded)** | **16.0%** |

*(1) Calculated using the U.S. and U.K. Long-term inflation projections and exchange rates as provided by the Economist Intelligence Unit and Oanda.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

---

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



## Appendix

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Global Health Technology Group, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 105 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:   +1 704 335 5300
Internet       www.us.kpmg.com

### Re: Valuation of the Global Health Technology Group, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Global Health Technology Group, LLC ("GHTG" or the "Company") on a marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") does not own a 100% controlling interest in all the GHTG-owned companies detailed in this report, with some minority interest amounts owned by the former owners through equity equivalency agreements. However, the Client requested a valuation of a 100% controlling interest in GHTG.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of GHTG's business enterprise is estimated to be $1.20 billion, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

**Global Health Technology Group**

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the GHTG companies (collectively, "Management") concerning the each company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of each GHTG company

❖ Consideration of the industry, economic conditions, and competitive environment in which each GHTG company operates

❖ Estimation of the fair value of the GHTG business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of GHTG's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the GHTG companies. Per Management, the scope of our valuation was to estimate the fair value of GHTG's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

3

**Global Health Technology Group**

# Valuation Considerations (continued)

| Extraordinary Assumptions |
|---|

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results.  The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities.  KPMG has performed no diligence around this assumption.  Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

| Hypothetical Conditions |
|---|

This appraisal does not make use of any hypothetical conditions.

| Disclosure of Subsequent Events |
|---|

KPMG is not aware of any material subsequent events impacting the fair value of the business enterprise between the Valuation Date and the date of this report.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Global Health Technology Group**

# Valuation Overview

**Valuation Overview**

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

**Income Approach**

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

**Market Approach**

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

**Valuation Overview**

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

**Cost Approach**

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

**Valuation Approaches Applied**

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of each company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the GHTG companies.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

| I. | **Summary** | |
| --- | --- | --- |
| | Summary of Values | 7 |

| II. | **Clanwilliam group portfolio** | |
| --- | --- | --- |
| | Overview | 8 |
| | Clanwilliam Investments | 9 – 12 |
| | Epic Solutions | 13 – 14 |
| | Maxwell Stanley | 15 – 16 |
| | Medical Business Systems | 17 – 18 |
| | Medisec | 19 – 20 |
| | Toniq | 21 – 22 |
| | PharmaSys | 23 – 24 |
| | Valuation Summary & Support | 26 – 25 |

| III. | **Eye care leaders** | |
| --- | --- | --- |
| | Overview/Financial Information | 30 – 32 |
| | Valuation Summary & Support | 33 – 36 |

| IV. | **Accounts receivable management portfolio** | |
| --- | --- | --- |
| | Overview | 37 |
| | CBV Collection Services Ltd | 38 – 39 |
| | Global Credit & Collections (Affinity Global) | 40 – 41 |
| | AR Allegiance | 42 – 43 |
| | FTGU Medical Consulting | 44 – 45 |
| | Trans-Continental Credit and Collections | 46 – 47 |
| | Credit Management Co. | 48 – 49 |
| | Valuation Summary & Support | 51 – 56 |

| V. | **Other entities** | |
| --- | --- | --- |
| | Standard Advisory Services Limited (SASL) | 57 – 60 |
| | India Operations Center | 61 – 64 |
| | Beckett Collectables Inc. | 65 – 69 |
| | Arcane Tinmen | 70 – 75 |
| | 3BL | 76 – 81 |
| | Fleet Assist Ltd | 82 – 87 |
| | Marval Group Limited | 88 – 93 |
| | The Coding Institute | 94 – 99 |
| | ASiM Holdings | 100 – 105 |
| | BCC Research | 106 – 111 |
| | Fiasco Fine Wine | 112 – 117 |
| | Ohio Medical Physics Consulting, Inc. (OMPC) | 118 – 123 |
| | Engaged Media | 124 – 129 |

| VI. | **Appendices** | |
| --- | --- | --- |
| | Sourced of Information | |
| | Appraisal Certification | |
| | Limiting Assumptions | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

6

# Summary of values

| Portfolio Company Values [1] | Fair Value |
|---|---|
| Clanwilliam Group | $200,000,000 |
| Eye Care Leaders | 191,000,000 |
| ARM Portfolio | 171,500,000 |
| SASL | 310,000,000 |
| IOC | 40,000,000 |
| Beckett Collectibles | 28,000,000 |
| Arcane Tinmen | 27,000,000 |
| 3BL | 21,000,000 |
| Fleet Assist | 21,000,000 |
| Marval | 16,500,000 |
| The Coding Institute | 14,500,000 |
| ASiM/ERAD | 11,000,000 |
| BCC | 8,250,000 |
| Fiasco Fine Wine | 5,650,000 |
| OMPC | 5,200,000 |
| Engaged Media | 2,700,000 |
| **(=) GHTG Portfolio Enterprise Value** | **$1,073,300,000** |
| *(+) Total GHTG Cash (12/31/17)* | *27,974,868* |
| *(+) Due from related parties (12/31/17)* | *60,503,391* |
| *(+) Loans receivable – related parties (12/31/17)* | *40,370,261* |
| *(-) Non-operating net working capital deficit (12/31/17)* | *2,387,435* |
| **(=) Total GHTG Enterprise Value (rounded)** | **$1,200,000,000** |



**GHTG Portfolio Enterprise Value**

■ ARM ■ ECL ■ Clanwilliam ■ SASL ■ Other

(1) Assumes a 100% controlling, marketable interest in each business.

(2) Represent net working capital and other long-term assets held at ASL Holdings LLC, Triton Financial Limited, American Healthcare Alliance Limited, and PMMS Investments, all GHTG holding companies.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview

All purchased between mid-2016 and mid-2017



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

8

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 112 of 617

# Overview



## Company overview

❖ Clanwilliam Health was formed in late 2014 from a merger between Helix Health and Socrates. Helix Health and Socrates were direct competitors, a new brand was created, Clanwilliam Health for the combined entity

❖ Provides practice management software to doctors and retail pharmacies in Ireland and the United Kingdom

❖ The practice management software for doctors (both hospitals and private room physicians) makes up approximately 80% – 85% of total revenue

❖ Low client concentration with approximately 90% of revenues coming from small practices that only spend a few thousand euros on the software per year

❖ Dominant market share of approximately 96% in Ireland

## Original acquisition details

### Helix Health

| Acquisition date | Price (EUR) | Entry multiple |
|---|---|---|
| 2014 | €40,000,000 | 12.1x |

### Socrates

| Acquisition date | Price (EUR) | Entry multiple |
|---|---|---|
| 2014 | €3,600,000 | 7.2x |

## Key valuation drivers

❖ There is limited competition in major markets, for example there is one other competitor in Ireland, which is a small, independent company in rural Ireland that has little chance of taking customers from Clanwilliam Health

❖ Thousands of individual customers, low customer churn, and very high renewal rates in both Ireland and the U.K.

❖ Almost every prescription in Ireland is going to come off of Clanwilliam Health software. Clanwilliam Health has health information data on almost every single person in Ireland

❖ Barriers to entry are high since the accreditation process in Ireland and the U.K. is very difficult and time consuming

### Key opportunities

❖ **Regulatory Changes:** Create new functionality in the software. Due to the new functionality, Clanwilliam Health is able to charge more for the software. Per Management, this is expected to lead to approximately 7% growth without a price increase

❖ **U.K. Market Expansion:** Clanwilliam Health has superior pharmacy technology. It is the only product that is hosted on the cloud and works on any device (tablets, mobile phones, computers, Apple, Windows, etc.). The sales force is signing approximately 20 new contracts every month

### Key risks

❖ **Customer Attrition:** When a pharmacy closes within a community there is risk an alternative pharmacist is not a Clanwilliam Health customer



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview





| Company overview | Company overview |
|---|---|

❖ Bluespier was acquired in April 2016. The company is a complex software product that manages the use of equipment and resourcing in the operating room, time in the operating room, nursing staff assignments, and medication dispensing

❖ Generally, hospitals do not have the in-house resources necessary to run operating rooms, so the Bluespier software integrates into the larger hospital system network

❖ The software is installed across 10 National Health Service ("NHS") Trusts. Bluespier focuses on smaller, but higher value customers

❖ Very steady business. The company might add one customer in a bad year and two customers in a good year

❖ Zero customer churn and very high renewal rates in both Ireland and the U.K. It has not lost a customer in the last 11 years

❖ High barriers to entry since the accreditation process in Ireland and the U.K. is very difficult and time consuming

❖ Claimsure software follows the revenue cycle, from patient admission to claims from private insurance. The company is adding more layers of service to the business, including placing staff into hospitals to help run the software and adding data analytics services

❖ Utilized by 100% of hospitals in Ireland and is the only product of its type in the market. Almost every prescription in Ireland is going to come off of Clanwilliam Health software

❖ The company has high levels of recurring revenue and any new business is related to change requests or modifications to the existing software, which is chargeable to the customers

❖ High barriers to entry are high since the accreditation process in Ireland and the U.K. is very difficult and time consuming

❖ Purchased for $10.7 million at a 12.5x EBITDA multiple

| Key risks/opportunities | Key risks/opportunities |
|---|---|

❖ **Limited Existing Customer Growth:** The NHS makes it difficult to get incremental price increases that aren't related to CPI

❖ **Employee Attrition:** If Bluespier lost more than one key developer, it would hurt their ability to generate new products/functionality

❖ **Product Stickiness:** It can take approximately three months to integrate the software into a new system. However, once the software is integrated, the hospital becomes completely reliant on it for documenting, ordering, etc. Once the hospital is reliant on the software, Bluespier is able to tailor the product to fit the hospital's specific needs and charge more for the new functionality

❖ **Additional Modules/Functionality:** Hospitals request for Claimsure to add additional functionality to the software when they encounter new problems. Claimsure charges an upfront fee to write the new software and then an additional yearly fee for the hospital to use the new functionality

❖ **New Regulation:** Claimsure must upgrade the functionality of the software, which opens up new incremental pricing opportunities

❖ **Additional Services:** Include putting staff into hospitals to run the software and adding data analytics services



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview

  

| Company overview |
| --- |

- ❖ AMI/Notochord are data analytics companies that specialize in breaking down
  large data dumps. The software has been tailored to be sold to large pharmaceutical chains

- ❖ Prior to the acquisition, AMI had a contract with the Clanwilliam Group to pull data out of their systems, analyze it, and then sell the data to pharmaceutical companies. The acquisition made sense since Clanwilliam was at the point where it had to renegotiate the contract with AMI

- ❖ Notochord was purchased for €882k

| Company overview |
| --- |

- ❖ Medical Management Service ("MMS") was acquired in June 2016. The company provides outsourced financial control and secretarial services to customers of Clanwilliam Health in the U.K.

- ❖ MMS only services a fraction of the Clanwilliam Health clients

- ❖ MMS only does business with customers who already use another product/software within the Clanwilliam Group

- ❖ There is an ability to drive business to MMS through existing Clanwilliam clients

- ❖ Purchased for $2.1 million at a 33.6x EBITDA multiple

| Key risks/opportunities |
| --- |

- ❖ **Cross Selling:** There are opportunities to cross sell products and create additional revenue streams across many of Clanwilliam's businesses.

- ❖ **Geographic Expansion:** If AMI is integrated with Toniq, there is the opportunity for geographic expansion to NZ and possibly Australia

| Key risks/opportunities |
| --- |

- ❖ **Market Share Expansion:** Since MMS only services a fraction of Clanwilliam Health clients, there is a significant opportunity for high growth from expanding its current customer base

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Clanwilliam Investments Ltd**

# Financial information



**TTM 2017 EBITDA adjustments** [1]

| TTM 2017 EBITDA | Employee Separation | Audit Expense | Consistent Currency | Reorg. Costs | Excluded M&A Expense | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|---|
| $14.5mn | | | | | | $10.9mn |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
  - M&A operating expenses not properly included (related to acquisition expenses outside of the GHTG portfolio)
  - Adjustment for former employee separation
  - Adjustment for pro forma audit expense
  - Adjustment for consistent currency



**Financial highlights** [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 29,578 | $ 31,944 | $ 33,541 | $ 35,218 | $ 36,979 | $ 38,828 |
| % Growth | 8.3% | 8.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 10,934 | 13,351 | 14,018 | 14,719 | 15,455 | 16,228 |
| % Margin | 37.0% | 41.8% | 41.8% | 41.8% | 41.8% | 41.8% |

❖ Historical revenue growth was driven by price increases and expansion into the U.K. market

❖ Revenue growth is expected to be driven by price increases on high levels of recurring revenue, sales of new software modules, product cross-selling and market share growth in the U.K.

❖ While the accrual 2017 EBITDA margin was 37%, the adjusted cash basis 2017 EBITDA margin was 40%, slightly below the projected cash basis EBITDA margin, which is expected to increase slightly due to the revenue growth initiatives

**2017 EBITDA**



- AMI/Notochord
- Bluespier
- Claimsure
- Clanwilliam Health
- PMMS

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Epic Solutions Ltd
# Overview



### Company overview

- ❖ Provider of software-as-a-service web-based clinical workflow technology for the Irish nursing home market

- ❖ Epic Solutions Ltd. ("Epic") is known for its scalable and integrated web-based care management system known as "epicCare" that is uniquely designed to help clients achieve high levels of compliance

- ❖ Epic software allows the nursing homes to seamlessly share data between physicians and pharmacies in order to communicate more effectively and efficiently

### Original acquisition details

| Acquisition date | Price (EUR) [1] | Entry multiple |
|---|---|---|
| June 2016 | €4,000,000 | 6.8x |

- ❖ Acquired 73% of Epic with an equity equivalency agreement established for the remaining 27%

- ❖ Acquisition Rationale

  - ▪ Software provides a solution to a need for connectivity between the nursing home, pharmacy, and doctor

  - ▪ Strong opportunity for growth by expanding to the United Kingdom

  - ▪ Epic has high recurring revenue and very little customer churn

  - ▪ Only one other competitor in the market

- ❖ Acquisition Synergies

  - ▪ Potential to use Epic's strong connection to software to connect nursing home customers to Clanwilliam's pharmacy solutions and services

  - ▪ Strength of Clanwilliam's brand/credibility in the U.K. market will be a great resource for launching Epic in the U.K.

[1] *Price for 100% of the business enterprise.*

### Key valuation drivers

- ❖ High amount of recurring revenue (96%) and very little historical customer attrition

- ❖ Significant market penetration in the Irish nursing home market with limited competition

- ❖ Low customer concentration with over 180 customers and no single customer accounting for more than 6% of revenue

#### Key opportunities

- ❖ **U.K. Market Expansion:** Penetration into the U.K. market utilizing Clanwilliam's accreditation and strong brand

- ❖ **New Customers:** Onboarding nursing homes transitioning from outdated systems or paper-based systems

- ❖ **Geographic Expansion:** Utilize Clanwilliam's New Zealand and Australia-based acquisitions (i.e., Toniq) to enhance opportunities for growth in those regions

#### Key risks

- ❖ **Limited Market Diversification:** Epic is reliant on the health of the Irish nursing home market

- ❖ **New Entrants:** Potential new entrant expanding into the Irish market

- ❖ **Employee retention.** The departure of multiple key employees at one time could significantly impact operations

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Epic Solutions Ltd**

# Financial information



### TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
    - Adjustment for loss on disposal of tangible assets
    - Adjustment for consulting fees
    - Adjustment for audit expense
    - Adjustment for consistent currency

### Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,288 | $ 1,417 | $ 1,488 | $ 1,563 | $ 1,641 | $ 1,723 |
| % Growth | 37.6% | 10.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 639 | 806 | 847 | 889 | 933 | 980 |
| % Margin | 49.6% | 56.9% | 56.9% | 56.9% | 56.9% | 56.9% |



- ❖ The revenue growth in 2017 was driven by a price harmonization project to make customer prices consistent across the board

- ❖ Revenue growth is expected to be driven by the transition of new customers to Epic's software from outdated systems as well as growth into the U.K. market

- ❖ While the accrual 2017 EBITDA margin was 50%, the adjusted cash basis 2017 EBITDA margin was 59%, slightly above the projected cash basis EBITDA margin

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

14

# Overview

**maxwell stanley** consulting

## Company background

❖ Provides coding consultancy and software to hospitals in the United Kingdom

❖ Every procedure has to be appropriately coded to receive proper reimbursement. Maxwell Stanley ("Maxwell") combines their consulting expertise and data analytics to advise hospitals on how much revenue was left on the table through incorrect coding, an issue the Maxwell software is designed to correct

❖ Two software tools:
  ▪ Tool which identifies potential underpayments
  ▪ Tracking tool that monitors people accessing patient information to provide a detailed audit of workflow for organizations

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
| --- | --- | --- |
| **March 2017** | **$4,462,594** | **6.8x** |

❖ Acquired 51% of Maxwell with an equity equivalency agreement established for the remaining 49%

❖ Acquisition Rationale
  ▪ Strong software revenue growth for a relatively new niche offering with little competition
  ▪ Maxwell has high recurring revenue and low customer churn
  ▪ Broadens Clanwilliam's offering to the U.K. healthcare space with a potential for more product bundling

❖ Acquisition Synergies
  ▪ Clanwilliam offers established relationships with major hospital groups such as HCA, Spire, and Circle
  ▪ Synergies between Bluespier, Maxwell and Medisec with all three selling to NHS Trusts. Presents an opportunity to sell multiple solutions to the NHS Trusts

[1] *Price for 100% of the business enterprise.*

## Key valuation drivers

❖ The consulting business peaks the interest of potential customers and drives sales of Maxwell's software platform

❖ High customer retention. Maxwell has had a retention rate of approximately 90% since 2013

❖ Maxwell is one of two companies offering this service in the U.K. and there are high barriers to entry

❖ Two customers accounted for over 25% of revenues but no other customer accounts for more than 5%

**Key opportunities**

❖ **New/Growing Market:** Coding is relatively new in the U.K. and there are still lots of potential to grow and expand to new customers

❖ **Cross Selling:** Maxwell can leverage the relationships of Medisec and Bluespier to expand their NHS Trust customer base

❖ **Geographic Expansion:** Potential to expand into Ireland, Australia, and New Zealand where Clanwilliam established relationships

**Key risks**

❖ **Maintain Consulting Backlog:** Large contracts, which typically last one to two years, generate very large profits in those periods

❖ **Employee retention:** The departure of multiple key employees at one time could significantly impact operations

❖ **Insourcing:** Potential for customers to insource solutions after several years of knowledge sharing from Maxwell

❖ **New Entrants:** Potential for new entrants since this service need has only been around for the last 5 – 7 years in the U.K.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

15

# Financial information

maxwell stanley consulting



**TTM 2017 EBITDA adjustments [1]**

$0.9mn

$0.3mn

| TTM 2017 EBITDA | Acquisition Related Bonus | Shareholder Dividend | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
- Adjustment for add back of a one time bonus payment
- Adjustment for shareholder dividend
- Adjustment for audit expense
- Adjustment for consistent currency

**Financial highlights [2]**



| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 2,356 | $ 2,474 | $ 2,597 | $ 2,727 | $ 2,863 | $ 3,007 |
| % Growth | 7.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 882 | 899 | 944 | 991 | 1,040 | 1,092 |
| % Margin | 37.4% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% |

$4,000
$3,000
$2,000
$1,000
$0

| 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |

■ Revenue ■ Pro Forma EBITDA

❖ Revenue and EBITDA have exceeded Eli's expectations for 2017 at the time of acquisition with EBITDA increasing by over 30% since the acquisition

❖ Revenue growth is expected to be driven by continued expansion of coding in the U.K. market by leveraging Bluespier and Medisec's existing customer base and price increases

❖ EBITDA margins are expected to remain at approximately 36%, relatively consistent with levels realized in 2017

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

16

## Medical Business Systems

# Overview



### Company background

- ❖ Medical Business Systems ("MBS") Provides a Practice Management ("PM") software package that caters to the invoicing and reporting needs of the Australian anesthetist

- ❖ Customers purchase the software under a license/maintenance contract framework

- ❖ The software assists with generating invoices, handling payments, producing outstanding accounts and up to the minute reporting of banking, billing revenue, and goods and services tax obligations

### Original acquisition details

| Acquisition date | Price [1] | Entry multiple |
|---|---|---|
| January 2017 | $7,362,984 | 8.4x |

- ❖ Acquired 80% of MBS with an equity equivalency agreement established for the remaining 20%
- ❖ Acquisition Rationale
  - ▪ First acquisition in Australia. Eli found the Australia healthcare technology industry to be appealing as the healthcare regulation/market is similar to the U.K.
  - ▪ CEO was well connected with potential to open the door to other transactions in the region
  - ▪ Strong customer base with little customer churn and high recurring revenue
- ❖ Acquisition Synergies
  - ▪ Potential to expand the use of MBS's software into Clanwilliam's established Ireland and U.K. customer bases
  - ▪ Opens the door for other Clanwilliam offerings to expand to Australia (i.e., Bluespier)

### Key valuation drivers

- ❖ Customer concentration and customer churn are both low. The average customer relationship duration of the top 15 group customers (around 500 doctors) is 13 years

- ❖ MBS has strong levels of recurring revenue (70% in 2015 and 90% in 2016)

- ❖ MBS controls over 50% of the market share in Australia.

#### Key opportunities

- ❖ **Market Share Growth:** Expansion of MBS's current market share in Australia

- ❖ **Geographic Expansion:** Expansion of MBS's offering to overseas customers through the Clanwilliam connection

- ❖ **Cross Selling:** Potential to expand MBS's product offering to existing customers with Clanwilliam's other services

- ❖ There is room for growth in product penetration into the top 15 customers in the "In-Theatre" module (46% penetration) and the online credit card authorization service (58% penetration)

#### Key risks

- ❖ **Employee Retention:** MBS only has 2 to 3 key developers, so if the company were to lose more than one programmer/developer, there may be a disruption in the business. Additionally, MBS's CEO, Mark Laforest, is well known in the market and his departure could negatively impact MBS's results

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:

- Adjustment for data limitations

- Adjustment for audit expense

- Adjustment for consistent currency

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,400 | $ 1,428 | $ 1,456 | $ 1,485 | $ 1,515 | $ 1,545 |
| % Growth | -13.5% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 804 | 880 | 898 | 916 | 934 | 953 |
| % Margin | 57.5% | 61.6% | 61.6% | 61.6% | 61.6% | 61.6% |



❖ Revenue and EBITDA have exceeded the original expectations at the time of acquisition

❖ Revenue declined in 2017 due to limited new business since the business unit leader had medical issues that limited his ability to focus on selling new work. These medical issues have since been resolved

❖ MBS has a conservative budget going forward, with a small amount of new customers included in the forecast

❖ EBITDA margins are expected to reach over 60% in 2018, which is consistent with levels achieved in 2016 prior to the revenue decline experienced in 2017

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 122 of 617

# Overview



## Company background

- ❖ Provides paperless digital dictation and clinical correspondence solutions to improve efficiency of the information flow from NHS Trusts to other primary and secondary care professionals

- ❖ Historically, the information flow in the U.K. between healthcare organizations had been a more manual and slow process, the Medisec software addresses that issue

- ❖ Medisec's products are compatible with all Patient Administration Systems ("PAS") and GP surgery systems

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2017 | $3,936,000 | 7.7x |

- ❖ Acquisition Rationale

  - ▪ High recurring revenue, low customer churn, and a low fixed cost base

  - ▪ At the time of the acquisition, Medisec had 12 NHS trusts. There were 157 NHS trusts in the U.K. presenting considerable opportunity to increase market share

  - ▪ Strong revenue growth (>25%) in the four years leading up to the acquisition

- ❖ Acquisition Synergies

  - ▪ Leverage NHS relationships at Bluespier and Maxwell. The combination of the three companies creates an opportunity to sell multiple solutions to NHS Trusts

## Key valuation drivers

- ❖ Medisec has established long-term contracts with its customers

- ❖ Typically one new NHS Trust is added every 12 – 18 months with the remaining growth coming from upselling modules and software changes to existing customers

- ❖ High levels of recurring revenue. At the time of the acquisition, recurring revenue represented approximately 83% of total revenue

- ❖ High customer concentration with 12 main NHS Trust customers and under 50 customers overall.

- ❖ Medisec's main competitive threat in the U.K. market is Docman

**Key opportunities**

- ❖ **Market Share Expansion:** Significant opportunity for market expansion into other U.K. NHS Trusts. This can be done by utilizing existing Clanwilliam relationships

- ❖ **Improve Product Offering:** With the backing of the Clanwilliam, Medisec is expected to improve its product offering in order to drive price increases beyond regular inflation

**Key risks**

- ❖ **Customer concentration:** The loss of a major customer would have a significant impact on the company's results

- ❖ **Strong Competition:** From Medisec's main competitor, Docman. Eli is looking at Docman as an acquisition target for the Clanwilliam Group

- ❖ **Leadership Transition:** The founder has transitioned out of the business which may lead to some disruption. However, the founder's daughter and current managing director appears to be a capable ongoing operational leader

- ❖ **Employee Retention:** With 11 employees, the departure of multiple key employees at one time could significantly impact operations



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 123 of 617

# Financial information





**TTM 2017 EBITDA adjustments** [1]

-$0.8mn

$0.4mn

| TTM 2017 EBITDA | Purchase Consideration | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
  ▪ Post-close purchase consideration that was wrongly booked as a dividend
  ▪ Adjustment for audit expense
  ▪ Adjustment for consistent currency



**Financial highlights** [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,048 | $ 1,069 | $ 1,090 | $ 1,112 | $ 1,134 | $ 1,157 |
| % Growth | -6.6% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 415 | 417 | 425 | 434 | 442 | 451 |
| % Margin | 39.6% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |

❖ The revenue decline in 2017 was due to the loss of a NHS customer

❖ Medisec has a conservative budget going forward, with a small amount of new customers included in the forecast

❖ EBITDA margins are expected to remain at 39%, consistent with levels achieved in 2017

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Overview



## Company background

❖ Toniq provides integrated dispensary and point of sale software to pharmacies in New Zealand

❖ The software includes retail point of sale software, pharmacy dispensing software, central retail management software, and electronic paperless medication chart system

## Original acquisition details

| Acquisition date | Price (USD)[1] | Entry multiple |
|---|---|---|
| **March 2017** | **$13,362,000** | **6.2x** |

❖ Acquired 70% of Toniq with an equity equivalency agreement established for the remaining 30%

❖ Acquisition Rationale

▪ The owner was nearing the end of his career and was looking for a strong partner to carry the company forward. Clanwilliam was able to purchase Toniq for a favourable price

▪ High recurring revenue and low customer churn

▪ Expands Clanwilliam's footprint in New Zealand.

▪ Dominant market share of approximately 85% in New Zealand

❖ Acquisition Synergies

▪ There are synergistic opportunities to team PharmaSys with Toniq and sell a combined solution to pharmacy customers

## Key valuation drivers

❖ Rarely loses customers and when it does it is typically due to a customer's retirement

❖ 85% market share in NZ with the next two largest competitors having 12% and 3%, respectively

❖ Large customer base with low customer concentration of over 900 customers

### Key opportunities

❖ **Product Improvement:** Increased functionality and newer versions of the software creates the opportunity to sell to a larger, more diverse customer base

❖ **New Products**: In-home care medications management software that it is currently pushing out which is going to drive continued growth

❖ **Cross Selling:** Cross sell products such as PharmaSys to the pharmacies in New Zealand

❖ **Geographic Expansion:** Expand into other regions outside of New Zealand, such as Australia

### Key risks

❖ **Leadership Transition:** Toniq needs to replace the retiring founder with a new CEO. The change in management could impact relationships with existing customers and subsequently results

❖ **Limited Market Diversification:** Toniq's sales are limited to one region with dominant market share. A downturn in that region or difficulties expanding to new regions could impact growth

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Toniq**

# Financial information





TTM 2017 EBITDA adjustments [1]

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
    - ▪ Adjustment for former employee separation
    - ▪ Adjustment for MD recruitment, relocation, and replacement
    - ▪ Adjustment for audit expense
    - ▪ Adjustment for consistent currency



Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 4,577 | $ 4,806 | $ 5,046 | $ 5,298 | $ 5,563 | $ 5,841 |
| % Growth | 5.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 2,121 | 2,276 | 2,620 | 3,122 | 3,278 | 3,442 |
| % Margin | 46.3% | 47.4% | 51.9% | 58.9% | 58.9% | 58.9% |

- ❖ Toniq has been outperforming expectations since its acquisition

- ❖ Revenue growth is expected to be driven by price increases and new customer wins in New Zealand as well as through an expansion into Samoa

- ❖ EBITDA margins are expected to increase from approximately 46% to 59% primarily due to savings expected to be realized by shifting certain back office functions to the India Operations Center as well as through implementing certain operational improvements

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**PharmaSys Limited**

# Overview



## Company background

- ❖ PharmaSys Limited ("PharmaSys") provides web-based pharmacy management systems for efficient dispensing of pharmaceutical drugs

- ❖ Prior to the acquisition, Clanwilliam Health was paying PharmaSys a royalty of 25% of revenue for exclusive rights to utilize the software in the U.K. and Ireland

- ❖ There are only four accredited programs in the United Kingdom, including PharmaSys. The other three programs are older and more costly

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| **February 2017** | **$7,800,000** | n/a |

- ❖ Acquisition Rationale

  - ▪ Eliminates the royalty fee that Clanwilliam Health was paying PharmaSys for the use of the software in the U.K. and Ireland. At the time of the acquisition, Clanwilliam Health was paying approximately £55,000 per month in royalty fees and the royalty payment was only expected to increase as Clanwilliam Health grew its customer base

  - ▪ Clanwilliam can now sell the software into new geographies outside of the U.K. and Ireland

- ❖ Acquisition Synergies

  - ▪ There are synergistic opportunities to combine PharmaSys with Toniq and cross-sell the combined product to combined customer base of the two businesses

  - ▪ Currently, the royalty fee would have been approximately £86,000 per month, immediate savings for Clanwilliam Health

## Key valuation drivers

- ❖ High barriers to entry in this market. The software must be accredited before it can be sold and the accreditation process takes at least two years. The accreditation process is completely transparent, so PharmaSys will be well aware if someone is trying to enter the market

- ❖ PharmaSys/Clanwilliam Health owns the IP for the whole world except for South Africa, which is licensed to the founder royalty-free, negotiated as part of the acquisition

- ❖ Clanwilliam Health is Pharmasys's only significant customer

**Key opportunities**

- ❖ **Market Share Expansion:** PharmaSys has an advantage over its competition due to its advanced cloud based software that is cheaper to operate allowing PharmaSys to gain market share from the other three accredited competitors

- ❖ **Geographic Expansion:** Potential for accreditation in other regions, which opens up new markets and could lead to significant growth

- ❖ **Cross Selling:** Opportunity to combine solutions with Toniq and gain immediate access's Toniq's robust customer base in the New Zealand market with the potential for growth into the Australian market

**Key risks**

- ❖ **Regulatory Hurdles:** If PharmaSys is unable to get accredited in Scotland or certain other areas, it loses a the potential to expand into those regions and drive additional growth

- ❖ **Employee Retention:** The departure of multiple key employees at one time could significantly impact operations

[1] *Price for 100% of the business enterprise.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**PharmaSys Limited**

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |
|---|---|---|---|
| $0.6mn | | | $0.6mn |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management.  In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
  - Adjustment for audit expense (-22k)
  - Adjustment for consistent currency (25k)

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,038 | $ 1,090 | $ 1,144 | $ 1,201 | $ 1,261 | $ 1,324 |
| % Growth | *41.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 628 | 634 | 666 | 699 | 734 | 770 |
| % Margin | *60.5%* | *58.2%* | *58.2%* | *58.2%* | *58.2%* | *58.2%* |

| | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| $1,500 | | | | | | |
| $1,000 | | | | | | |
| $500 | | | | | | |
| $0 | | | | | | |

■ Revenue   ■ Pro Forma EBITDA

❖ PharmaSys's primary customer is Clanwilliam Health.  The revenue growth in 2017 was due to Clanwilliam Health selling the RxWeb software into additional pharmacy locations

❖ Revenue growth in 2018 is expected to be driven by the continued growth in locations serviced by PharmaSys as Clanwilliam Health continues to push out the RxWeb offering

❖ EBITDA margins are expected to remain relatively consistent with levels achieved in 2017

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Portfolio summary



## Portfolio perspective

- ❖ Multiple cross selling and integration opportunities:
  - ▪ Integrate AMI/Notochord with Toniq's pharmacy software platform in New Zealand. Opportunity to generate an additional line of revenue by analyzing pharmacy data
  - ▪ Doctor prescriptions are a big issue for nursing home patients. Opportunity to integrate Epic with Clanwilliam Health to deliver broader benefits to doctors, pharmacists, and nursing homes
  - ▪ Epic and AMI/Notochord have been interfaced together to open up a new line of products. AMI/Notochord allows Epic to better connect nursing homes and pharmacies
  - ▪ At the time of the acquisitions, Bluespier, Maxwell, and Medisec all sold to NHS Trust hospitals and not a single one had any customer overlap. Since the acquisitions, the three companies have been able to leverage each other's customers contacts to cross-sell products
  - ▪ Both MBS and Bluespier are primarily used in the operating rooms of hospitals. Eli believes that Bluespier can help MBS infiltrate the U.K. market which would open up a large amount of growth opportunities
  - ▪ PharmaSys acquisition allowed the Clanwilliam Group to eliminated the £55,000 per month royalty it was paying for the PharmaSys software
- ❖ If the Clanwilliam Group were sold as one company, several synergies could be realized by a likely buyer:
  - ▪ Consolidation of executive management
  - ▪ Rationalization of certain administrative functions
  - ▪ Property and rental efficiencies
  - ▪ Elimination of redundant operations

## Hypothetical change of control

- ❖ Our analysis assumes a hypothetical change of control, as of the Valuation Date, at a price property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts
- ❖ In the event of a sale, Eli owns 100% of the Clanwilliam Group's equity interest with the exception of:
  - ▪ 49% of Maxwell
  - ▪ 30% of Toniq
  - ▪ 20% of MBS
  - ▪ 27% of Epic
- ❖ The most likely buyers for the Clanwilliam Group include:
  - ▪ **Strategic:** Constellation Software, EMIS Health, CompuGroup, and Cegedim. Many have already reached out to Clanwilliam Group
  - ▪ **Private Equity:** Many of whom, like KKR, have already reached out to Eli with interest

### TTM 2017 Revenue and EBITDA (including QoE adjustments)



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 12.5x |
| TTM Adjusted EBITDA* | $17,423 |
| **Concluded Fair Value (Rounded)** | **$218,000** |
| *Weighting* | *50%* |

*\* Refer to the next slide for the TTM Adjusted EBITDA buildup.*

- ❖ KPMG selected an EBITDA multiple of 12.5x based on observed M&A transactions (Aesynt and Corilus) as well as a review of the trading multiples of comparable public companies
- ❖ Our belief is that Clanwilliam has lower organic growth prospects due to its high market share in current geographies and it is too early to tell if Clanwilliam will be able to successfully realize organic growth through geographic expansion into U.K./Australia/NZ
- ❖ Scale and potential cost synergies were considered as part of the multiple selection and TTM Adjusted EBITDA
- ❖ Clanwilliam Group companies were acquired between late 2014 and July 2017 for EBITDA multiples ranging from approximately 3.1x to 12.5x (excluding negative multiples and MMS at 33.6x)

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 14.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$181,000** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ KPMG included additional risk premium of 3% in the discount rate to account for the risk of maintaining a long-term EBITDA margin at or above current levels
- ❖ KPMG also included a country-specific risk premium of 0.4% in the cost of equity, which represents a weighted-average premium based on EBITDA

| Enterprise value (rounded) | $200,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 3-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Aesynt Incorporated | 275 | 20 | 11.0% | n/a | 13.8x | Pharmacy automation and information management solutions for hospitals |
| Corilus SA | 81 | 5 | 11.7% | n/a | 15.0x | Software IT solutions for healthcare professionals and institutions |
| ***Guideline public companies*** [1] | | | | | | |
| Cegedim | 951 | 59 | 10.8% | 28.9% | 16.0x | Software for practice, pharmacy, and healthcare center management. Also offers software and services to pharma and healthcare insurance companies |
| EMIS Group | 993 | 77 | 35.6% | n/a | 13.2x | Software to connect primary & secondary healthcare services, manage pharmacy records and dispensing process, and specialist care IT systems |
| CompuGroup | 4,356 | 152 | 18.7% | 21.1% | 32.4x | Practice management and EMR software for office-based physicians, dentists, medical care centers, and physician networks |
| Pharmagest Interactive | 905 | 44 | 24.8% | n/a | 20.7x | Business management software solutions for pharmacies |

**Guideline multiples**



| Portfolio TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| Clanwilliam Group Adjusted EBITDA | $16,423 |
| (+) Portfolio Synergies* | 1,000 |
| *Consolidation of Executive Management* | *611* |
| *Rationalization of Administrative Functions* | *122* |
| *Property/Rental Efficiencies* | *61* |
| *Other Synergies* | *206* |
| **Clanwilliam Group Pro Forma EBITDA** | **$17,423** |

*\*Management provided portfolio synergies estimates of €650k related to consolidation of executive management, rationalization of administrative functions, and property/rent efficiencies with additional savings coming from elimination of duplicative leadership and administrative functions in a sales scenario bringing the total to $1.0 million. Overall management estimated €1.0 million to €2.0 million of synergies could be realized but KPMG believes it is unlikely a buyer would pay for all these synergies.*

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Clanwilliam Group

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Total Revenue** | $ 41,284 | $ 44,227 | $ 46,363 | $ 48,605 | $ 50,957 | $ 53,425 | $ 55,028 |
| *Revenue Growth (%)* | *7.7%* | *7.1%* | *4.8%* | *4.8%* | *4.8%* | *4.8%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 23,861 | 23,964 | 24,946 | 25,835 | 27,140 | 28,509 | 29,364 |
| **Equals: Adjusted EBITDA** | $ 17,423 | $ 20,262 | $ 21,417 | $ 22,769 | $ 23,817 | $ 24,917 | $ 25,664 |
| *Adjusted EBITDA Margin (%)* | *42.2%* | *45.8%* | *46.2%* | *46.8%* | *46.7%* | *46.6%* | *46.6%* |
| | | | | | | | |
| Less: Depreciation Expense | 3,239 | 873 | 899 | 927 | 825 | 740 | 682 |
| **Equals: Adjusted EBITA** | $ 14,184 | $ 19,390 | $ 20,518 | $ 21,843 | $ 22,992 | $ 24,177 | $ 24,982 |
| *Adjusted EBITA Margin (%)* | *34.4%* | *43.8%* | *44.3%* | *44.9%* | *45.1%* | *45.3%* | *45.4%* |
| | | | | | | | |
| Less: Income Taxes | | 3,965 | 4,196 | 4,124 | 4,341 | 4,565 | 4,717 |
| **Equals: Debt Free Net Income** | | $ 15,425 | $ 16,323 | $ 17,718 | $ 18,651 | $ 19,612 | $ 20,265 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 873 | 899 | 927 | 825 | 740 | 682 |
| Less: Capital Expenditures | | 545 | 572 | 601 | 631 | 663 | 682 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 164 | 107 | 112 | 118 | 123 | 80 |
| **Equals: Debt Free Net Cash Flow** | | $ 15,588 | $ 16,542 | $ 17,932 | $ 18,727 | $ 19,566 | $ 20,185 |
| | | | | | | | |
| Terminal | | | | | | | 183,496 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9366 | 0.8216 | 0.7207 | 0.6322 | 0.5545 | 0.5545 |
| **Present Value of Debt Free Net Cash Flow** | | $ 14,600 | $ 13,591 | $ 12,923 | $ 11,839 | $ 10,850 | $ 101,755 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 63,802 |
| Plus: Present Value of Terminal Value | 101,755 |
| Plus: Tax Benefit of Amortization | 15,308 |
| **Equals: Fair Value of Business Enterprise Value (Rounded)** | $ 181,000 |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Clanwilliam Group**

# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt  $R_d$ = Interest rate on debt
E = Market value of equity  $R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.82 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 4.1 percent based on the historical incremental return on 10a decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.4 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 3.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.4 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 18.9 percent corporate tax rate represents a weighted-average tax rate based on EBITDA and the statutory tax rates per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 3.0% |
| Country Risk Premium | 0.4% |
| Beta | 0.82 |
| Size Premium | 4.1% |
| **Cost of Equity** | **14.9%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.4% |
| Tax Rate | 18.9% |
| **After-Tax Cost of Debt** | **3.7%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **14.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

❖ Provider of practice management ("PM"), Electronic Health Records ("EHR"), and Ambulatory Surgery Center ("ASC") information technology services specifically tailored to Ophthalmology practices in the United States

❖ Eye Care Leaders ("ECL") currently serves over 9,000 practices (50% of the market) through a combination of cloud-based and internal server systems for ophthalmology and optometry practices

❖ ECL offers three primary solutions:

  ▪ *myCare iMedicWare*
    Fully integrated workflow solutions offering EHR, PM, ASC, retail software, patient portal, and analytics

  ▪ *myCare Integrity*
    Cheaper alternative to iMedicWare offering EHR, PM, with an option to add-on modules for ASC, retail software, patient portal, and analytics

  ▪ *myCare Services*
    Offers services to optimize operations and revenue including revenue cycle solutions, patient retention/acquisition, patient reactivation, MIPS assurance, and HIPAA compliance

❖ ECL also offers MedFlow, an enterprise product not in the cloud, for practices that prefer those systems

## Original acquisition details

❖ ECL, as it exists today, was built through a series of nine acquisitions occurring between 2015 and 2017

  ▪ Acquisitions have a total purchase price of $125.6 million

  ▪ Weighted-average EBITDA multiples paid of 13.7x

❖ Acquisitions were directly sourced by Eli's proprietary deal-sourcing team

❖ Acquisition Rationale

  ▪ Build a dominant market footprint through a series of roll-up acquisitions – currently provide solutions to 9,000 of the 18,000 doctors in the U.S. Ophthalmology market

  ▪ High amount of recurring revenue as customers do not often switch their medical software provider

  ▪ Purchase of iMedicWare and Integrity positioned ECL with the only cloud-based software on the market built from the ground up with Ophthalmology practices in mind

❖ Acquisition Synergies

  ▪ Potential to offshore certain back office and software development activities

  ▪ $750,000 of potential savings through the acquisition of Integrity from a combination of reduced overhead costs and moving software development personnel to India



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Key valuation drivers



## Key valuation drivers

❖ Revenue primarily derived from software subscription fees through the iMedicWare and Integrity solutions. The remaining revenue relates to ECL's service offerings

❖ 70% to 80% of ECL's customers are on its cloud-based SaaS systems (iMedicWare and Integrity). The rest utilize the MedFlow enterprise product, currently operating under a license + maintenance contract pricing system

❖ ECL is considered to be well insulated from economic downturns as patients will always need to make regular visits to their ophthalmologists

❖ Through the roll-up strategy, ECL has become the dominant provider in the ophthalmology market. Apart from ECL, the market is fragmented with over 10 other providers

❖ Primary competitors include:

- **Compulink**
  Offers a product similar to ECL's Integrity solution

- **NextGen Healthcare**
  Offers a product similar to ECL's iMedicWare solution. Provides services to over 3,000 doctors

- **NexTec Group**
  A combination of multiple software offerings, inferior product to ECL

## Key opportunities

❖ **Customer Upgrades:** Switch from ECL's enterprise solution to its cloud solutions. ECL's profit on cloud solutions is 4x higher than enterprise. Although, only approximately 20.0 – 30.0 percent of current customers are on the MedFlow system. Additionally, encourage Integrity customers to switch to the iMedicWare full offering, which is a higher price offering

❖ **Market Share Growth:** Continue to roll up the ophthalmology market through customer wins and/or acquisitions

❖ **New Markets:** Expand further into the optometry market and other niche medical offerings

## Key risks

❖ **New Entrants:** Entrance of other disruptive technologies is considered to be low probability risk due to the historical slow pace of technological change in this market

❖ **Industry Consolidation:** Management does not consider this to be likely as large hospital systems have historically not been interested in the ophthalmology market

❖ **Customer Attrition:** Doctors retire and are not replaced by a ECL user

❖ **Leadership Retention:** The founder of iMedicWare, Arun Kapur, is well known and trusted amongst physicians in the market. If he were to leave, this could hurt potential sales of the iMedicWare product



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TTM 2017 EBITDA | Alta | Medflow | MVE | Penn Medical | iMW | Other | TTM 2017 Adj. EBITDA |

($11.5mn ... $13.6mn)

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ Adjustments primarily relate to audit expenses, legal fees, rent expense adjustments, and headcount reductions
- ❖ MVE adjustments relate to significant reductions in headcount, a reduction in rent expense as well as the consolidation of MVE's HCCS subsidiary profits

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Pro Forma Revenue | $ 45,719 | $ 48,137 | $ 50,706 | $ 53,029 | $ 55,465 | $ 58,018 |
| % Growth | n/a | 5.3% | 5.3% | 4.6% | 4.6% | 4.6% |
| Pro Forma EBITDA | 15,600 | 19,235 | 21,832 | 22,826 | 23,868 | 24,960 |
| % Margin | 34.1% | 40.0% | 43.1% | 43.0% | 43.0% | 43.0% |

Chart (Revenue / Pro Forma EBITDA): 2017A, 2018E, 2019P, 2020P, 2021P, 2022P
- ■ Revenue ■ Pro Forma EBITDA

- ❖ Revenue growth is expected to be 60% driven by switching customers from enterprise to cloud or Integrity to iMedicWare. The remaining 40% is expected to be related to new customer wins in the ophthalmology market
- ❖ EBITDA margins are expected to increase as customers switch from the lower margin enterprise products to the higher margin Integrity and iMedicWare solutions
- ❖ EBITDA growth is also driven by expected savings from outsourcing certain functions to the India Operations Center throughout 2018 and 2019. This is discussed further in the market approach support

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 136 of 617

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 12.5x |
| TTM Adjusted EBITDA | $15,600 |
| **Concluded Fair Value (Rounded)** | **$195,000** |
| *Weighting* | *50%* |

❖ The Eye Care Leaders portfolio companies were acquired from 2015 to 2017 and entry multiples ranged from 6.3x to 19.6x

❖ KPMG selected an EBITDA multiple of 12.0x based on multiple paid in the Ifa Systems transaction and well as the Quality Systems trading multiple, which owns ECL's largest competitor in the ophthalmology market

❖ We have included $2.0 million of the $5.6 million of offshore cost savings expected to be realized in 2018 and 2019 in the TTM Adjusted EBITDA

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 13.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$187,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ Additional company-specific risk premium of 2.0% was included based on the risk associate with ECL's projected EBITDA margin growth from their unproven plan to outsource certain functions to the India Operations Center

| **Enterprise value (rounded)** | **$191,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

33

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Ifa Systems Ag | 46 | 3 | 29.3% | 11.6% (1-year) | 14.4x | EMR software, scheduling, workflow/quality management, and interface modules to eye care specialists in Germany |
| ***Guideline public companies***[(1)] | | | | | | |
| Allscripts Healthcare | 4,929 | 374 | 20.3% | 11.6% | 13.2x | Software for practice, pharmacy, and healthcare center management. Also offers software and services to pharma and healthcare insurance companies |
| athenahealth | 6,542 | 302 | 24.7% | 23.0% | 21.7x | Practice management and EHR software for medical groups and systems |
| Quality Systems | 1,066 | 68 | 12.8% | 7.2% | 15.7x | Own NextGen, one of ECL's primary competitors. Practice management, EHR, revenue cycle management software for medical and dental group practices and hospitals in the U.S. |
| Cerner | 26,565 | 1,647 | 32.0% | 9.7% | 16.1x | Software for patient health management and EHR, patient analytics, revenue cycle management, and consulting services for the healthcare industry |

**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **ECL Adjusted EBITDA** | **$13,600** |
| *(+) Expected IOC Savings* | *$2,000* |
| **ECL Pro Forma EBITDA** | **$15,600** |

*\*Management expects to achieve between $3.0 million to $5.0 million of annual cost savings related to outsourcing certain functions to the India Operations Center beginning in 2018 and 2019. KPMG believes a it is unlikely a buyer would pay for all these cost savings and included $2 million of the estimated savings.*

[(1)] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Eye Care Leaders

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 45,719 | $ 48,137 | $ 50,706 | $ 53,029 | $ 55,465 | $ 58,018 | $ 59,759 |
| *Revenue Growth (%)* | *n/a* | *5.3%* | *5.3%* | *4.6%* | *4.6%* | *4.6%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 30,119 | 28,902 | 28,873 | 30,203 | 31,597 | 33,058 | 34,050 |
| **Equals: Adjusted EBITDA** | $ 15,600 | $ 19,235 | $ 21,832 | $ 22,826 | $ 23,868 | $ 24,960 | $ 25,709 |
| *Adjusted EBITDA Margin (%)* | *34.1%* | *40.0%* | *43.1%* | *43.0%* | *43.0%* | *43.0%* | *43.0%* |
| | | | | | | | |
| Less: Depreciation | 7,968 | 17,005 | 1,000 | 1,000 | 1,000 | 1,000 | 1,030 |
| **Equals: Adjusted EBIT** | $ 7,632 | $ 2,230 | $ 20,832 | $ 21,826 | $ 22,868 | $ 23,960 | $ 24,679 |
| *Adjusted EBITA Margin (%)* | *16.7%* | *4.6%* | *41.1%* | *41.2%* | *41.2%* | *41.3%* | *41.3%* |
| | | | | | | | |
| Less: Income Taxes | | 604 | 5,646 | 5,915 | 6,197 | 6,493 | 6,688 |
| **Equals: Debt Free Net Income** | | $ 1,626 | $ 15,187 | $ 15,911 | $ 16,671 | $ 17,467 | $ 17,991 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 17,005 | 1,000 | 1,000 | 1,000 | 1,000 | 1,030 |
| Less: Capital Expenditures | | 4,059 | 1,000 | 1,000 | 1,000 | 1,000 | 1,030 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (192) | (154) | (139) | (146) | (153) | (104) |
| **Equals: Debt Free Net Cash Flow** | | $ 14,764 | $ 15,341 | $ 16,051 | $ 16,817 | $ 17,620 | $ 18,095 |
| | | | | | | | |
| Terminal | | | | | | | 180,953 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9407 | 0.8325 | 0.7367 | 0.6520 | 0.5770 | 0.5770 |
| **Present Value of Debt Free Net Cash Flow** | | $ 13,888 | $ 12,771 | $ 11,825 | $ 10,964 | $ 10,166 | $ 104,403 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 59,615 | | | | | |
| Plus: Present Value of Terminal Value | | 104,403 | | | | | |
| Plus: Tax Amortization Benefit | | 22,637 | | | | | |
| **Business Enterprise Value** | | $ 187,000 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Eye Care Leaders

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

| | |
|---|---|
| D = Market value of debt | $R_d$ = Interest rate on debt |
| E = Market value of equity | $R_e$ = Required return on equity |

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1**  **Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** **Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3**  **Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.06 based on the indicated comparable company betas.

**4**  **Size Premium** — KPMG selected a size premium of 4.1 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5**  **Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** **Company Specific Risk Premium** — KPMG selected a company specific risk premium of 2.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1**  **Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** **Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3**  **Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 2.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.06 |
| Size Premium | 4.1% |
| **Cost of Equity** | **15.1%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 80.0% |
| Debt | 20.0% |
| | |
| **WACC (Rounded)** | **13.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 141 of 617

# Overview



## Company background

- ❖ Provides accounts receivable management ("ARM") and end-to-end debt management and recovery solutions, primarily focusing on business to consumer collections in the financial, telecommunications, government, utilities, and commercial industries
- ❖ Offers third party collections ("Contingency"), debt collection services, and some first party collections
- ❖ Founded in 1921, CBV is one of Canada's largest and oldest ARM companies with a nationwide footprint
- ❖ CBV's unique comprehensive, nationwide service, attracts the largest Canadian customers

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2015 | $38,759,690 | 5.7x |

- ❖ Brokered sale with other bidders
- ❖ Acquisition Rationale
  - ▪ Market leader and dominant player in the Canadian collections and debt purchasing market
  - ▪ High recurring revenues in contingency business >95%
  - ▪ Opportunity to restructure and grow after recent struggles attempting to expand in the U.S.
  - ▪ Strong leadership team
- ❖ Acquisition Synergies
  - ▪ Offshore back-office processes, IT, and finance
  - ▪ Creating the Transfer Agent service to deal with Canadian clients reluctance to accept offshore work

## Key valuation drivers

- ❖ Revenue primarily split between contingency (40%) and liquidity debt purchasing (35%)

**Top 5 Contingency customers**   **Top 5 Debt purchasing customers**



- ❖ Key competitors include SquareTwo Financial Corporation, Total Credit Recovery Limited, Expert Global Solutions

### Key opportunities

- ❖ **Cross Selling/Synergies:** Operational and strategic synergies with other companies within Eli's ARM portfolio such as GCC
- ❖ **Operations Efficiencies:** Opportunity to realize additional savings from optimizing efficiency of workforce
- ❖ **Data Integration:** Utilize the proprietary collections data gathered through debt purchasing to provide a superior contingency services

### Key risks

- ❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle
- ❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada
- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **High Customer Concentration**

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 142 of 617

## CBV Collection Services Ltd

# Financial information





**TTM 2017 EBITDA adjustments** [1]

$9.1mn

$8.7mn

| TTM 2017 EBITDA | IOC Savings | Rent Expense | Severance | Finder Fees | Constant Currency | Other Adjustments | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ The adjustments primarily include:
  - IOC savings
  - Run rate for rent going forward
  - Non-recurring severances paid
  - One-time M&A finder fees
  - Constant currency
  - Other adjustments

---

**Financial highlights** [2]

*($ in thousands)*

|  | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 39,391 | $ 43,330 | $ 47,663 | $ 50,046 | $ 52,548 | $ 55,176 |
| % Growth | *20.2%* | *10.0%* | *10.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 8,710 | 9,833 | 10,817 | 11,358 | 11,925 | 12,522 |
| % Margin | *22.1%* | *22.7%* | *22.7%* | *22.7%* | *22.7%* | *22.7%* |



❖ Revenue growth in 2018 and 2019 is expected to be driven by a temporary lift from ramping up debt purchases after the acquisition. Growth is expected to revert to a more normalized level after this temporary lift

❖ Growth is also being driven by continued onboarding of first party contracts

❖ EBITDA margins are expected to remain high (~23%) as the debt purchasing business has higher margins and is expected to grow over the next several years

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 143 of 617

# Overview



## Company background

- ❖ Founded in 1999, GCC is a top 10 collection services provider in Canada and also services the U.S. market
- ❖ Long-tenured blue chip client base, including Citibank and Synchrony, with a diversified revenue stream in both first and third party collections
- ❖ Moving forward, GCC will begin to purchase debt, consistent with CBV's business model
- ❖ Also provides business process outsourcing services such as email transmissions, telephone operator services, customer acquisition services, and other customer management services

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| October 2017 | $20,806,102 | 5.9x |

- ❖ Eli was only bidder due to the complexity of carving out certain low profit customers and assuming a 7-year facility lease in Toronto
- ❖ The Canadian and U.S. business were acquired in separate transactions but on the same day
- ❖ Acquisition Rationale
  - ▪ Top 10 player in the Canadian collections market
  - ▪ Limited overlap with CBV clients
  - ▪ Strong potential for operational improvements
- ❖ Acquisition Synergies
  - ▪ Offshore back-office processes, IT, and finance
  - ▪ Creating the Transfer Agent service to deal with Canadian clients reluctance to accept offshore work
  - ▪ Move CBV's operations into GCC's office in Toronto

## Key valuation drivers

- ❖ Focus on first and third-party contingencies leads to a potential margin close to 10%, with additional possible for upside as it moves into debt purchasing



**Top 5 Canadian customers** — Rogers, Bell, CIBC, Canadian Tire, Citi: 23%, 20%, 10%, 6%, 6%

**Top 5 U.S. Customers** — Citi, GE, Citizen, Bank of America, Resurgent: 38%, 15%, 14%, 12%, 9%

### Key opportunities

- ❖ **U.S. Market Expansion:** Provides unique cross-border coverage to multinationals, such as Citibank. Canadian operations offer a lower cost compared to U.S. alternatives
- ❖ **Cost Savings:** Continued realization of outsourcing certain operations to the India Operations center
- ❖ **Operational Improvements:** Automate certain manual processes – $1 million CapEx planned for IT systems
- ❖ **Service Expansion:** Opportunity to offer debt purchasing

### Key risks

- ❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle
- ❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada
- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **High Customer Concentration**



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information





**TTM 2017 EBITDA adjustments** [1]

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
    - Adjustment for non-acquired GCC US earnings
    - Remove impact of intercompany loans written off
    - Adjustment for management compensation
    - Adjustment for run rate on rent
    - Remove impact of former client receivable write off
    - Other adjustments



**Financial highlights** [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 31,914 | $ 32,041 | $ 33,643 | $ 35,325 | $ 37,091 | $ 38,946 |
| % Growth | *-12.2%* | *0.4%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 1,740 | 1,972 | 4,053 | 4,256 | 4,469 | 4,692 |
| % Margin | *5.5%* | *6.2%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |

- ❖ The revenue decline in 2017 was due to the company refocusing efforts on profitable customers and ending relationships with less profitable clients

- ❖ Realized initial overhead savings within months following the acquisition and expecting an additional margin pickup from investments in processes automation

- ❖ Expected to realize additional margin improvements from outsourcing certain back-office functions to the India Operations Center

- ❖ GCC Canada is expected to leverage CBV to begin transition into servicing purchased debt
    - CBV purchases the debt for GCC Canada and receives a 5% margin while GCC Canada services the debt

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ Medical collections company that offers technology to enhance the management and efficiency of medical collections through their software platform, CollectPlus
- ❖ CollectPlus automates the debt collection cycle and interfaces with billing platforms with an integrated module interface displaying real-time debt collections, locations, demographics, etc., to improve decision making
- ❖ CollectPlus directs accounts through a series of actions beginning with initial invoicing and ending with turning uncollected accounts to third-party collection agencies
- ❖ Only RCM company that specializes in HME/DME collections with a network of outsourced bad debt collections firms throughout the bad debt lifecycle
- ❖ AR has over 200 customers in the U.S., primarily in the HME/DME industry

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| October 2014 | $8,570,000 | 6.0x |

- ❖ Acquisition was sourced through Eli's proprietary origination process
- ❖ Acquisition Rationale
  - ▪ A full-fledged RCM company with a dominant presence in the HME/DME space
  - ▪ Stronger margins than a traditional collections business
- ❖ Acquisition Synergies
  - ▪ Partner with affiliated ARM businesses to offer software solutions, providing an element of vertical integration and a preferred distribution network

## Key valuation drivers

- ❖ Revenues are separated into phases:
  - ▪ Phase 1&2 includes mailing invoices and collection statements, and automated phone calls. These phases yield a higher margin
  - ▪ Phase 3A begins with phone calls and then accounts are assigned to third-party collection agencies in Phases 3B and 4
- ❖ The 10 largest customers accounted for 41% of FY 2017 revenue
- ❖ The standard MSA contains a 6-month term followed by month-to-month renewals
- ❖ Largest competitor in the HME/DME space is Brightree which gained a copy of AR's software code from a former shareholder

### Key opportunities

- ❖ **U.S. Market Expansion:** Provides unique cross-border coverage to multinationals, such as Citibank. Canadian operations offer a lower cost compared to U.S. alternatives
- ❖ **Cost Savings:** Continued realization of outsourcing certain operations to the India Operations center
- ❖ **Operational Improvements:** Automate certain manual processes – $1 million CapEx planned for IT systems
- ❖ **Service Expansion:** Opportunity to offer debt purchasing

### Key risks

- ❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle
- ❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada
- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **High Customer Concentration**

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 146 of 617

# Financial information



## TTM 2017 EBITDA adjustments [1]



- TTM 2017 EBITDA
- Audit Fees
- TTM 2017 Adj. EBITDA

$1.0mn — $1.0mn

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments are related to pro forma audit fees

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 5,448 | $ 5,720 | $ 6,006 | $ 6,307 | $ 6,622 | $ 6,953 |
| % Growth | 19.7% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 1,018 | 1,138 | 1,195 | 1,255 | 1,317 | 1,383 |
| % Margin | 18.7% | 19.9% | 19.9% | 19.9% | 19.9% | 19.9% |



■ Revenue  ■ Pro Forma EBITDA

- ❖ The revenue growth in 2017 was primarily attributable to 34% growth in phase 1&2 revenue, which represents 52% of total revenue
- ❖ Revenue growth in 2018 is expected to be driven by continued growth in AR's customer base
- ❖ AR's EBITDA margin is expected to remain relatively consistent with levels achieved in 2017, maintaining a consistent revenue mix going forward
- ❖ Lower growth profile than CBV or GCC due to more specialized and localized nature of the business and the lack of debt purchasing

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

43

# Overview



## Company background

❖ Provides complete revenue cycle and claims management support for physician provider medical practice management systems with a focus on outsourced
medical billing

❖ FTGU primarily focuses on the orthopedic, spine, and neurosurgeon specialties

❖ Highly sustainable revenue with high retention rates, contracts are typically 48 months and auto-renew for 12 or 24 month periods,

❖ 51 clients in Dallas, Houston, Colorado, Arizona, and Florida

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| September 2016 | $5,000,00 | 3.2x |

❖ Acquired 80% of FTGU with an equity equivalency agreement established for the remaining 20%. TTM EBITDA must be above $1 million for the EEA to have value

❖ Broker-led process with multiple bidders

❖ Acquisition Rationale

  ▪ Opportunity to improve FTGU's margins by improving operational efficiency. FTGU had large teams focusing on one client, over concentrating resources and compressing margins despite strong revenue growth

  ▪ Establishes strong platform to acquire additional billing companies

❖ Acquisition Synergies

  ▪ Offshore back-office processes, IT, and finance. High overhead made this especially attractive

  ▪ Strong management. However, the owners left the Company sooner then expected resulting in FTGU missing its financial forecast in 2017. A new CEO has been hired and is optimistic on continued growth moving forward

[1] *Price for 100% of the business enterprise.*

## Key valuation drivers

❖ Secondary claims management comprises almost 90% of total revenues

❖ Critical to get back on track after a difficult year due to management turnover

❖ High customer concentration (FY 2017):



Legend:
- NAO
- OAP
- GHG
- Carrell Clinic
- CSOG

Values shown: 9%, 14%, 11%, 13%, 12%

### Key opportunities

❖ **Large Footprint:** Customers prefer larger providers, an advantage for FTGU, which has a large foot print and strong market share in their regional market

❖ **Cost Savings:** Continued profit margin expansion from offshoring certain functions to the IOC

❖ **Market Share Growth**: Increasing number of sales reps to acquire more leads
and opportunities

### Key risks

❖ **Leadership Transition:** Incorporating new management in a relationship-based business after the owners' departure

❖ **Customer Concentration:** High customer concentration with top 10 customers accounting for 90% of revenues

❖ **New Entrants:** Low barriers to entry for potential new competitors

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 148 of 617

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Prior Owner Compensation
  - Pro forma IOC Savings
  - COO Compensation
  - Contract Consulting
  - Contingent Consideration
  - Other Adjustments

## Financial highlights [2]

(\$ in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | \$ 6,772 | \$ 6,772 | \$ 6,772 | \$ 6,772 | \$ 6,772 | \$ 6,772 |
| % Growth | -20.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted EBITDA | 373 | 1,257 | 1,257 | 1,257 | 1,257 | 1,257 |
| % Margin | 5.5% | 18.6% | 18.6% | 18.6% | 18.6% | 18.6% |



- ❖ Revenue decline in 2017 related to customer attrition from loss of relationships held by the original owners, who left the business after the acquisition
- ❖ Conservative revenue growth forecast as new management comes on board and initially plan to focus on reducing costs and maintaining the current customer base
- ❖ EBITDA margin is expected to increase in 2018 due to realizing cost savings from offshoring certain positions to the India Operations Center

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 149 of 617

## Trans-Continental Credit and Collections

# Overview



### Company background

- ❖ Operates as a debt contact and account management firm serving commercial, consumer, healthcare, and public sector debts
- ❖ Full service collection agency with a presence in litigation based collections
- ❖ Provides mailings, phone calls, emails, insurance follow-up, litigation, debtor evaluation, debtor payment options, and seminars and consulting on receivables
- ❖ Headquartered in White Plains, New York and primarily services customers in the Northeast

### Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| June 2015 | $6,200,000 | 7.8x |

- ❖ Broker-led sale process
- ❖ Acquisition Rationale
  - ▪ Another low-margin business that could realize immediate gains through a reduction in the ownership salaries and additional savings in overhead
  - ▪ Believed to be a suitable fit for Nationwide Recovery System
  - ▪ Local agency with healthy margins and a large non-profit client base, which generally do not change providers
- ❖ Acquisition Synergies
  - ▪ Leverage a similar IOC model (finance, IT, and back office) as the other ARM companies
  - ▪ Immediate savings from reducing ownership salaries

### Key valuation drivers

- ❖ Large number of customers, over 100, with no customer representing more than 11.0% of revenues
- ❖ Top 10 customers represented 67.8% of 2017 revenues
- ❖ High customer retention of over 90%, large amount of non-profit customers (50% of revenue) generally do not switch providers. Several customers have been with TCC for more than 10 years
- ❖ Some of the services TCC provides are mailings, phone calls, emails, insurance follow-up, litigation, debtor evaluation, debtor payment options, and seminars and consulting on receivables
- ❖ TCC is one of the oldest and established collection agencies in New York

#### Key opportunities

- ❖ **Market Share Expansion:** Especially in the healthcare industry as the industry continues to grow at a constant pace
- ❖ **New Service Offerings**

#### Key risks

- ❖ **Regulatory Compliance:** TCC requires a lot of technology investment and regulatory compliance to maintain the customer base
- ❖ **Consolidation of Customers:** TCC has lost customers in the past due to acquisitions

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Post acquisition CEO salary adjustment
  - Pro Forma legal expenses
  - Prior CEO excess commission
  - Pro Forma telephone expense
  - Pro Forma audit adjustment

## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 4,997 | $ 5,147 | $ 5,302 | $ 5,461 | $ 5,625 | $ 5,793 |
| % Growth | 2.7% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Adjusted EBITDA | 1,216 | 1,297 | 1,336 | 1,376 | 1,417 | 1,459 |
| % Margin | 24.3% | 25.2% | 25.2% | 25.2% | 25.2% | 25.2% |



- ❖ Conservative revenue growth forecast due to well-established client base and mature northeast market
- ❖ EBITDA margin is expected to remain consistent with levels achieved in 2017, with potential upside related to operational efficiencies still being realized
- ❖ Lower growth profile than CBV or GCC due to more localized nature of the business and the lack of debt purchasing

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

47

**Credit Management Co.**

# Overview



## Company background

- ❖ Credit Management Co. ("CMC") provides an array of full service accounts receivable and collection management programs

- ❖ CMC's programs are across several industry segments with a focus on healthcare

- ❖ CMC's revenue base includes Early Out, Full Collections, and Rapid Response

- ❖ Founded in 1966 and headquartered in Pittsburgh, PA, CMC's services aim to increase cash flow, lower operating costs, reduce delinquency, and improve customer care and support

- ❖ Contracts vary – many are 1 year with automatic renewals

- ❖ Early Out – cost-effective method to turn client receivables into cash as quickly as possible

- ❖ Full Collections – focuses on the recovery of bad debt and to expedite cash flows

- ❖ Rapid Response – outbound call program that drives receivables in the door for the client

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2010 | $4,500,000 | N/A |

- ❖ Sole sourced
- ❖ Acquisition Rationale
  - ▪ Owner of CMC was older and looking to get out of the business
- ❖ Acquisition Synergies
  - ▪ Potential to offshore back-office processes, IT, and finance

## Key valuation drivers

- ❖ Top 5 Customers (FY 2017):



- ■ VH EPIC
- ■ Excela
- ■ UMPC
- ■ CHS EPIC
- ■ CVS

- ❖ 92% of customers are in the healthcare industry, the remaining customers are government, commercial businesses and law firms

- ❖ CMC has high retention rates and long tenured relationships with several customers

- ❖ CBCS and State Collections are two key competitors

### Key opportunities

- ❖ **Market Share Expansion:** Winning new clients through referrals and sales efforts. Some sizeable deals are being worked on, such as Alteon Health or Vanderbilt, that could replace Valley Health

- ❖ **Geographic Expansion:** Plans to expand into new territories – Ohio, Virginia, and New Jersey

### Key risks

- ❖ **Collection Period Shift:** Some customers are moving from Day 1 collection, which typically sees around 40% collection rate, to Day 30 or 45 which usually has a less than 20% collection rate

- ❖ **Insourcing:** Valley Health brought their $2 million book of business in house unexpectedly

- ❖ **Customer Consolidation:** Such as hospitals, being acquired and losing that book of business happens regularly


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Credit Management Co.**

# Financial information



## TTM 2017 EBITDA Adjustments [1]



| TTM 2017 EBITDA | Bad Debt Expense | Pro Forma Insurance Cost | Audit Expense | TTM 2017 Adj. EBITDA |
| --- | --- | --- | --- | --- |
| $2.5mn | | | | $2.5mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
  - ▪ Remove impact of bad debt expense
  - ▪ Run rate for lower insurance costs
  - ▪ Pro forma audit expense adjustment to reflect run rate

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 11,333 | $ 11,900 | $ 12,495 | $ 13,120 | $ 13,776 | $ 14,464 |
| % Growth | -1.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 2,502 | 2,600 | 2,730 | 2,867 | 3,010 | 3,160 |
| % Margin | 22.1% | 21.8% | 21.8% | 21.8% | 21.8% | 21.8% |



- ❖ Historically revenues and EBITDA have grown approximately 10% annually

- ❖ The decline in revenue in 2017 is related to losing a major client, Valley Health, due to insourcing

- ❖ Revenue growth is expected to be driven by new customers as CMC expands into new territories as well as increasing market share at among its current customers

- ❖ EBITDA margin is expected to remain consistent with levels achieved in 2017, with potential upside related to operational efficiencies and increased scale through possible expansion into new territories

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

49

# Portfolio summary

## Portfolio perspective

❖ CBV realized approximately $3.5m of annual savings from utilizing the IOC including:

■ Transfer back-office finance and IT functions

■ Utilizing transfer agents to support Canadian employees

❖ Cross Selling and Integration Opportunities:

■ Part of the ARM portfolio and shares office space with Global Credit Collections ("GCC") in Toronto

■ CBV executives have regular contact with executives in other ARM businesses

■ Separately CBV and GCC are top 5 in the Canadian collections market, combined they would have #1 or #2 market share

❖ If the ARM Portfolio were sold as one company, several synergies could quickly be realized by a likely buyer through consolidation of:

■ Executive management

■ IT operations

■ Properties and rent

■ Other selling and administrative activities

## Hypothetical change of control

❖ Our analysis assumes a hypothetical change of control, as of the Valuation Date, at a the price that the assets would transact assuming a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts.

❖ In the event of a sale, Eli owns 100% of the ARM Portfolio's equity interest except for 20% of FTGU Medical Consulting

❖ The most likely buyers for the ARM Portfolio include:

■ **Strategic:** Any large financial institution or industry participants such as SquareTwo, Total Credit Recovery Limited, or Expert Global Solution

■ **Private Equity**



**TTM 2017 Revenue & EBITDA (including QoE adjustments)**

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary

## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 9.0x |
| TTM Adjusted EBITDA* | $15,969 |
| Plus: GCC DCF Value | $24,000 |
| **Concluded Fair Value (Rounded)** | **$168,000** |
| *Weighting* | *50%* |

*\* Refer to the next slide for the TTM Adjusted EBITDA buildup.*

❖ The ARM portfolio has a weighted average entry multiple of 5.8x (most of the value acquired in 2015).

❖ Similar companies with a similar size sold for 8.2x – 8.3x. However, the pending Intrum Justitia transaction at 12.7x influenced our selection

❖ Another factor influencing our EBITDA multiple selection of 9.0x is that although we have included an adjustment to TTM EBITDA for $2.2 million of cost savings related to running these six entities as a unified company, we have not included the offshore cost savings expected to be realized in 2018 and 2019.

❖ Since GCC was recently purchased in October 2017 and Eli management is still currently restructuring the operating structure of this entity, its TTM EBITDA was excluded from the market approach and the estimated value using the DCF method for GCC was added to the market approach value

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 13.0% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (Rounded)** | **$175,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ Additional risk premium of 3.0% was included based on the risk associated with the ARM portfolio's projected EBTIDA margin growth from their expected offshoring plan to the India Operations Center.

| **Enterprise value** | **$171,500,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support

| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| Intrum Justitia AB (carve-out) | 858 | 67 | 28.9% | n/a | 12.7x | Debt collection and purchase, payment, and invoicing. Carve out of Intrum's in Denmark, Estonia, Finland, Sweden, and Germany |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Credit management services in Denmark for small and mid-sized businesses |
| ALTOR GmbH | 38 | 5 | 19.0% | n/a | 8.3x | Debt purchase and third-party collection services in Germany, primarily serving the financial sector |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Debt collection and purchase, receivables management in Poland |
| *Guideline Public Companies* [1] | | | | | | |
| Collection House Limited | 225 | 28 | 27.5% | 7.5% | 8.0x | Debt purchase and collection, receivables management in Australia and NZ serving financial services, government, insurance, and telecommunications |
| Encore Capital Group, Inc. | 4,410 | 368 | 32.2% | 26.7% | 12.0x | Debt recovery solutions, purchases portfolios of defaulted consumer receivables, debt collection and management activities in the U.S. |

**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| ARM Portfolio Adjusted EBITDA | $15,559 |
| (-) GCC TTM Adjusted EBITDA | 1,740 |
| (+) Portfolio Synergies* | 2,150 |
| *Consolidation of Executive Management Costs* | 198 |
| *Consolidation of IT Costs* | 548 |
| *Consolidation of Sales and Marketing and Other Costs* | 1,403 |
| **ARM Portfolio Pro Forma EBITDA** | **$15,969** |

*\*Management provided portfolio synergies of twice the amount stated above. Management believes, based on the recent realization of cost savings, that these would be easy to achieve in the next year by a potential buyer. However, KPMG believes it is unlikely that a buyer would pay for all of these synergies*

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support (Combined DCF)

| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | Terminal |
| **Net Revenue** | $ 99,856 | $ 104,911 | $ 111,881 | $ 117,031 | $ 122,434 | $ 128,105 | $ 131,307 |
| *Net Revenue Growth (%)* | *n/a* | *5.1%* | *6.6%* | *4.6%* | *4.6%* | *4.6%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 82,147 | 84,663 | 88,344 | 92,514 | 96,889 | 101,481 | 104,018 |
| **Equals: Adjusted EBITDA** | $ 17,709 | $ 20,247 | $ 23,537 | $ 24,517 | $ 25,545 | $ 26,623 | $ 27,289 |
| *Adjusted EBITDA Margin (%)* | *17.7%* | *19.3%* | *21.0%* | *20.9%* | *20.9%* | *20.8%* | *20.8%* |
| | | | | | | | |
| Less: Depreciation | 3,053 | 2,970 | 2,109 | 2,178 | 2,146 | 2,167 | 1,998 |
| **Equals: Adjusted EBITA** | $ 14,656 | $ 17,277 | $ 21,428 | $ 22,339 | $ 23,399 | $ 24,456 | $ 25,291 |
| *Adjusted EBITA Margin (%)* | *14.7%* | *16.5%* | *19.2%* | *19.1%* | *19.1%* | *19.1%* | *19.3%* |
| | | | | | | | |
| Less: Income Taxes | | 4,622 | 5,732 | 5,976 | 6,259 | 6,542 | 6,765 |
| **Equals: Debt Free Net Income** | | $ 12,656 | $ 15,696 | $ 16,363 | $ 17,140 | $ 17,914 | $ 18,525 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 2,970 | 2,109 | 2,178 | 2,146 | 2,167 | 1,998 |
| Less: Capital Expenditures | | 1,608 | 1,731 | 1,800 | 1,873 | 1,950 | 1,998 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 449 | 941 | 695 | 729 | 766 | 432 |
| **Equals: Debt Free Net Cash Flow** | | $ 13,569 | $ 15,133 | $ 16,046 | $ 16,683 | $ 17,366 | $ 18,093 |
| | | | | | | | |
| Terminal | | | | | | | 172,314 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9407 | 0.8325 | 0.7367 | 0.6520 | 0.5770 | 0.5770 |
| **Present Value of Debt Free Net Cash Flow** | | $ 12,764 | $ 12,598 | $ 11,821 | $ 10,877 | $ 10,020 | $ 99,418 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 58,080 |
| Plus: Present Value of Terminal Value | 99,418 |
| Plus: Tax Amortization Benefit | 17,881 |
| **Equals: Business Enterprise Value** | **$ 175,000** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Weighted Average Cost of Capital – Overall

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.92 based on the indicated comparable company betas.

**4 Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**
KPMG selected a company specific risk premium of 3.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 Pre-Tax Cost of Debt**
The 6.4 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BB-rated corporate bonds.

**2 Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**
A 26.8 percent corporate tax rate is based on information provided by Management.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 3.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.92 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.4%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 6.4% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 26.8% |
| **After-Tax Cost of Debt** | **4.7%** |
| | |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| | |
| **WACC (Rounded)** | **13.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support (GCC DCF)

| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | Terminal |
| **Net Revenue** | $ 31,914 | $ 32,041 | $ 33,643 | $ 35,325 | $ 37,091 | $ 38,946 | $ 39,920 |
| *Net Revenue Growth (%)* | *n/a* | *0.4%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 30,174 | 30,069 | 29,590 | 31,069 | 32,623 | 34,254 | 35,110 |
| **Equals: Adjusted EBITDA** | $ 1,740 | $ 1,972 | $ 4,053 | $ 4,256 | $ 4,469 | $ 4,692 | $ 4,809 |
| *Adjusted EBITDA Margin (%)* | *5.5%* | *6.2%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |
| | | | | | | | |
| Less: Depreciation | 1,224 | - | - | - | - | - | - |
| **Equals: Adjusted EBITA** | $ 517 | $ 1,972 | $ 4,053 | $ 4,256 | $ 4,469 | $ 4,692 | $ 4,809 |
| *Adjusted EBITA Margin (%)* | *1.6%* | *6.2%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* | *12.0%* |
| | | | | | | | |
| Less: Income Taxes | | 528 | 1,084 | 1,138 | 1,195 | 1,255 | 1,286 |
| **Equals: Debt Free Net Income** | | $ 1,445 | $ 2,969 | $ 3,117 | $ 3,273 | $ 3,437 | $ 3,523 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | - | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (99) | 16 | 17 | 18 | 19 | 10 |
| **Equals: Debt Free Net Cash Flow** | | $ 1,543 | $ 2,953 | $ 3,100 | $ 3,256 | $ 3,418 | $ 3,513 |
| | | | | | | | |
| Terminal | | | | | | | 24,228 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.4934 | 0.4934 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,427 | $ 2,333 | $ 2,094 | $ 1,879 | $ 1,686 | $ 11,953 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 11,953 |
| Plus: Present Value of Terminal Value | 21,373 |
| Plus: Tax Amortization Benefit | 2,313 |
| **Equals: Business Enterprise Value** | $ 24,000 |

*(1) The GCC DCF was discounted at a premium to the discount rate used in the overall DCF to account for the added risk associated with the greater margin expansion expected in the first two years of the forecast period.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 159 of 617

# Weighted Average Cost of Capital – GCC

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$



**Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.



**Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



**Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.92 based on the indicated comparable company betas.



**Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.



**Company Specific Risk Premium**

KPMG selected a company specific risk premium of 9.0 percent for the added risk associated with the greater margin expansion expected in the first two years of the forecast period.

**Pre-Tax Cost of Debt**

The 6.4 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BB-rated corporate bonds.

**Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**Tax Rate**

A 26.8 percent corporate tax rate is based on information provided by Management.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 9.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.92 |
| Size Premium | 5.3% |
| **Cost of Equity** | **22.4%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 6.4% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 26.8% |
| **After-Tax Cost of Debt** | **4.7%** |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| **WACC (Rounded)** | **17.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Standard Advisory Services Limited

# Overview

## Company background

- Standard Advisory Services Limited ("SASL") was established in 2016 initially as an M&A advisory firm to advise Eli-owned entities during their buy-side transactions

- In early 2017, SASL transitioned from M&A advisory to asset management and investment advisory for the Eli-owned insurance portfolio (outside the GHTG entity structure)

- SASL provides investigation, structuring, investment negotiation, and deposition services

- Last year, SASL had $31 million in revenue and expects $47 million in 2018

- 100% of SASL revenue and income is from contracts with related parties; growth is from contractual and non-contractual related parties, and there are no plans to offer services to third parties

- Per Eli's General Counsel, SASL's executed contracts stipulate the following (whether the contracting party remains a related party or becomes an unrelated party):

  - **Term:** 10 years with 5-year renewal terms

  - **Termination:** A very high hurdle for cancellation, cancelable only upon gross negligence

  - **Exclusivity:** SASL is the exclusive asset management provider for each contracting party

  - **Change of Control:** The contract remains in effect whether SASL or the contracting party undergoes a change of control

- SASL is located in Malta, which was selected for its favorable tax rate and to open access to European markets

- The leadership team has recently expanded to include an experienced CEO, CFO, investment officer, and chief risk officer

- It utilizes the India Operations Center for investment research and monitoring

## Key valuation drivers

- SASL earns fee-based revenue according to a percentage of assets under management ("AUM"), which is expected to be approximately 0.9% over the projection period (on a weighted-average basis)

- Per SASL and Eli management, this fee income is "at market" compared to SASL's competitors

- The current assets under management with contractual related parties are considered to be lower risk than the growth in AUM and other investment advisory income from these same parties under contract. The "exclusivity" legal language has a risk of being contested if an unrelated party acquires SASL or one of its customers

- Contracts have been established with 6 Eli companies for a 10-year initial term, effective January 1, 2018:

  - Atlantic Coast Life Insurance Co; Vista Life and Casualty Reinsurance Co. (U.S.); GBIG; Standard; PBLA; and Pavonia

## Financial highlights [1]

| ($ in thousands) Financial Highlights | TTM 2017A | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 35,957 | $ 47,376 | $ 120,447 | $ 171,529 | $ 221,678 | $ 267,161 |
| % Growth | n/a | 31.8% | 154.2% | 42.4% | 29.2% | 20.5% |
| Adjusted EBITDA | 32,665 | 43,928 | 111,059 | 158,884 | 205,882 | 248,480 |
| % Growth | 90.8% | 92.7% | 92.2% | 92.6% | 92.9% | 93.0% |



*(1) Represents Eli management's forecast for SASL. KPMG has adjusted this forecast for purposes of the valuation, which is detailed on the following page.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Standard Advisory Services Limited**

# Financial Information

| Projected revenue |
|---|

*($ in thousands)*



- ❖ Eli is projecting growth from three areas
  - Existing customer AUM growth (contractual)
  - New customers Eli has recently acquired (non-contractual)
  - New customers Eli has yet to acquire (non-contractual)
- ❖ Our premise of value assumes SASL will become an unrelated party to its customers on the valuation date
- ❖ In a hypothetical sale scenario of SASL, KPMG does not believe a likely buyer would pay for any non-contractual cash flows
- ❖ In addition, KPMG did not value SASL as a going concern beyond the remaining initial term of the current 10-year contracts, therefore no terminal value was included and the market approach was not utilized to determine SASL's fair value
- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ KPMG included a company-specific risk premium of 10% to account for (1) the risk of gross negligence, (2) the commercial risk that the assets do not grow as fast for the contracted customers as Eli management is projecting (5-year revenue CAGR of 24%), and (3) contract risk related to a potential legal challenge of the exclusivity language in the contract

**Income approach results**

| *(USD in thousands)* | Key Assumptions |
|---|---|
| Selected discount rate | 22.0% |
| | |
| **Concluded Fair Value (Rounded)** | **$310,000** |

| Enterprise value | $310,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Standard Advisory Services Limited**

# Income approach support

| | Historical | | | | | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 | 12/31/24 | 12/31/25 | 12/31/26 | 12/31/27 |
| **Total Revenue** | $ 35,957 | $ 42,809 | $ 65,481 | $ 76,897 | $ 88,313 | $ 99,728 | $ 104,715 | $ 109,950 | $ 115,448 | $ 121,220 | $ 127,281 |
| *Growth (%)* | *n/a* | *19.1%* | *53.0%* | *17.4%* | *14.8%* | *12.9%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Less: Total Expenses | 3,292 | 3,116 | 5,104 | 5,669 | 6,293 | 6,973 | 7,322 | 7,688 | 8,072 | 8,476 | 8,900 |
| **Equals: EBITDA** | $ 32,665 | $ 39,692 | $ 60,378 | $ 71,228 | $ 82,020 | $ 92,755 | $ 97,393 | $ 102,262 | $ 107,375 | $ 112,744 | $ 118,381 |
| *Margin (%)* | *90.8%* | *92.7%* | *92.2%* | *92.6%* | *92.9%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* |
| Less: Depreciation | - | - | - | - | - | - | - | - | - | - | - |
| **Equals: EBIT** | $ 32,665 | $ 39,692 | $ 60,378 | $ 71,228 | $ 82,020 | $ 92,755 | $ 97,393 | $ 102,262 | $ 107,375 | $ 112,744 | $ 118,381 |
| *Margin (%)* | *90.8%* | *92.7%* | *92.2%* | *92.6%* | *92.9%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* | *93.0%* |
| Less: Income Taxes at 5.0% | | 1,985 | 3,019 | 3,561 | 4,101 | 4,638 | 4,870 | 5,113 | 5,369 | 5,637 | 5,919 |
| **Equals: Debt Free Net Income** | | $ 37,708 | $ 57,359 | $ 67,667 | $ 77,919 | $ 88,117 | $ 92,523 | $ 97,149 | $ 102,007 | $ 107,107 | $ 112,462 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 5.5000 | 6.5000 | 7.5000 | 8.5000 | 9.5000 |
| Present Value Factor | | 0.9054 | 0.7421 | 0.6083 | 0.4986 | 0.4087 | 0.3350 | 0.2746 | 0.2251 | 0.1845 | 0.1512 |
| **Present Value of Debt Free Net Cash Flow** | | $ 34,139 | $ 42,566 | $ 41,160 | $ 38,849 | $ 36,011 | $ 30,993 | $ 26,675 | $ 22,958 | $ 19,759 | $ 17,005 |
| Present Value of Debt Free Net Cash Flows | | 310,116 | | | | | | | | | |
| Plus: Tax Benefit of Amortization | | n/a | | | | | | | | | |
| **Equals: Business Enterprise Value** | | $ 310,000 | | | | | | | | | |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 163 of 617

**Standard Advisory Services Limited**

# Weighted Average Cost of Capital

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1 Risk Free Rate** — The 2.4 percent risk-free rate reflects the yield on the 10-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.27 based on the indicated comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 4.1 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 10.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 Pre-Tax Cost of Debt** — The 5.5 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 10-year yield of BB-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate** — A 5.0 percent corporate tax rate is based on the corporate tax rate for Malta.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.4% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 10.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.27 |
| Size Premium | 4.1% |
| **Cost of Equity** | **24.1%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 5.5% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 5.0% |
| **After-Tax Cost of Debt** | **5.2%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **22.0%** |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 164 of 617

# Overview

## Company background

❖ The India Operations Center ("IOC") was established in 2007 and is a business process outsourcing and resource center located in several locations throughout India

❖ Provides support to Eli-owned entities for back office functions such as accounting/finance, as well as marketing services, IT operations, software programming, data analytics, collections, and investment research and monitoring

❖ IOC only services Eli-owned entities and enables the GHTG entities to achieve significant cost savings

❖ Per Eli management. IOC contracts directly with SASL and Standard Financial Limited ("SFL"), which is outside the GHTG entity structure. The operating entities contract with SFL for IOC services, as follows:



❖ Management provided a contract between SFL and Penn Medical as well as a Master Services Agreement between SFL, GHTG's parent entity, Academy Associate, Inc. ("AAI"), and various GHTG operating entities. The contracts stipulate a 10-year initial term and automatic 5-year renewals, unless there is a material breach including an inability to provide the services outlined in the contract. Per Eli management, all the entities in GHTG utilizing IOC have the same contract terms

❖ Eli management indicated that if a GHTG entity were sold, the IOC contract with the entity would transfer and remain in full effect for the remainder of the current contract term

## Key valuation drivers

❖ Earnings for the entity are based on a contractual cost-plus-15 percent arrangement. All costs are included in the cost-plus arrangement with total fiscal year income settled with SASL and SFL at the end of each fiscal year, which is at the end of March

❖ The cost-plus arrangement is determined through a third-party annual transfer pricing study

❖ Growth for IOC is tied to the needs of existing Eli portfolio companies that utilize IOC and outsourcing potential from recent acquisitions

## Financial highlights [1]

| ($ in thousands) | TTM | Calendar Year, 12/31 | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 37,823 | $ 41,605 | $ 45,766 | $ 50,342 | $ 55,376 | $ 60,914 |
| % Growth | 15.8% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Adjusted EBITDA | 5,554 | 6,241 | 6,865 | 7,551 | 8,306 | 9,137 |
| % Margin | 14.7% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |



*(1) Represents Eli management's forecast for IOC. KPMG has adjusted this forecast for purposes of the valuation, which is detailed on the following page.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

61

# Financial Information



**Projected revenue**

*($ in thousands)*

- Eli Projections (10% CAGR)
- KPMG Adjusted (3% CAGR)

Chart axis: $70,000 / $50,000 / $30,000 / $10,000; years 2017A, 2018P, 2019P, 2020P, 2021P, 2022P

❖ Eli is projecting growth from two areas

- Existing customer growth (contractual)

- Outsourcing potential from more recent acquisition (non-contractual)

❖ Our premise of value assumes IOC will become an unrelated party to its customers on the valuation date

❖ In a hypothetical sale scenario of IOC, KPMG does not believe a likely buyer would pay for any non-contractual cash flows

❖ At the end of the 10-year initial term the likelihood of renewal remains high since the alternatives for IOC's existing customers besides renewing the contract include, (1) establish a separate services center in India and hire and train a new workforce, (2) find another low cost provider and train their workforce, or (3) hire local resources at a higher cost

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ KPMG included an additional risk premium of 6.0% related to the risk of the contracts not renewing at the end of the 10-year initial term

❖ The market approach was not utilized to determine the fair value of the IOC since the income approach incorporates the probability that the contracts are not renewed after the current 10-year period.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 20.0% |
| Long-Tern Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$40,000** |

| **Enterprise value** | **$40,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support

| | TTM | Projected Fiscal Year Ending, | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | 12/31/2023 | 12/31/2024 | 12/31/2025 | 12/31/2026 | 12/31/2027 | Terminal |
| **Revenue** | $ 37,823 | $ 38,957 | $ 40,126 | $ 41,330 | $ 42,570 | $ 43,847 | $ 45,162 | $ 46,517 | $ 47,913 | $ 49,350 | $ 50,831 | $ 52,356 |
| *Revenue Growth (%)* | 17.3% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Less: Total Operating Expenses | 32,268 | 33,876 | 34,892 | 35,939 | 37,017 | 38,128 | 39,272 | 40,450 | 41,663 | 42,913 | 44,201 | 45,527 |
| **Equals: Adjusted EBITDA** | $ 5,554 | $ 5,081 | $ 5,234 | $ 5,391 | $ 5,553 | $ 5,719 | $ 5,891 | $ 6,067 | $ 6,249 | $ 6,437 | $ 6,630 | $ 6,829 |
| *Adjusted EBITDA Margin (%)* | 14.7% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Less: Depreciation | 681 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Equals: Adjusted EBIT** | $ 4,873 | $ 4,981 | $ 5,134 | $ 5,291 | $ 5,453 | $ 5,619 | $ 5,791 | $ 5,967 | $ 6,149 | $ 6,337 | $ 6,530 | $ 6,729 |
| *Adjusted EBIT Margin (%)* | 12.9% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.8% | 12.9% |
| Less: Income Taxes | | 1,724 | 1,777 | 1,831 | 1,887 | 1,945 | 2,004 | 2,065 | 2,128 | 2,193 | 2,260 | 2,329 |
| **Equals: Debt Free Net Income** | | $ 3,257 | $ 3,357 | $ 3,460 | $ 3,565 | $ 3,674 | $ 3,787 | $ 3,902 | $ 4,021 | $ 4,144 | $ 4,270 | $ 4,400 |
| **Sources and Uses of Cash Flow** | | | | | | | | | | | | |
| Plus: Depreciation | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Less: Capital Expenditures | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (9,254) | 117 | 120 | 124 | 128 | 132 | 135 | 140 | 144 | 148 | 152 |
| **Equals: Debt Free Net Cash Flow** | | $ 12,512 | $ 3,240 | $ 3,339 | $ 3,441 | $ 3,547 | $ 3,655 | $ 3,767 | $ 3,882 | $ 4,000 | $ 4,122 | $ 4,248 |
| Terminal | | | | | | | | | | | | 35,397 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 5.5000 | 6.5000 | 7.5000 | 8.5000 | 9.5000 | 9.5000 |
| Present Value Factor | | 0.9129 | 0.7607 | 0.6339 | 0.5283 | 0.4402 | 0.3669 | 0.3057 | 0.2548 | 0.2123 | 0.1769 | 0.2651 |
| **Present Value of Debt Free Net Cash Flow** | | $ 11,422 | $ 2,465 | $ 2,117 | $ 1,818 | $ 1,561 | $ 1,341 | $ 1,152 | $ 989 | $ 849 | $ 729 | $ 9,383 |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 33,825 | | | | | | | | | | |
| Plus: Tax Amortization Benefit | | 6,055 | | | | | | | | | | |
| **Business Enterprise Value, Rounded** | | $ 40,000 | | | | | | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Weighted Average Cost of Capital

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

WACC = $D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity


**Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.


**Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.


**Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.95 based on the indicated comparable company betas.


**Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.


**Country Specific Risk Premium** — No country risk premium for India was determined to be necessary because the overwhelming majority of IOC's revenue comes from the United States.


**Company Specific Risk Premium** — KPMG selected a company specific risk premium of 6.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.


**Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.


**Sovereign Spread Premium** — No sovereign spread premium for India was determined to be necessary because the overwhelming majority of IOC's revenue comes from the United States.


**Tax Rate** — A 34.6 percent corporate tax rate is based on the corporate tax rate for India.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 6.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.95 |
| Size Premium | 5.3% |
| **Cost of Equity** | **19.6%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 34.6% |
| **After-Tax Cost of Debt** | **2.7%** |
| | |
| **Capital Structure:** | |
| Equity | 100.0% |
| Debt | 0.0% |
| | |
| **WACC (Rounded)** | **20.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Beckett Collectibles Inc.

# Overview



### Company background

❖ Beckett Collectibles Inc. ("Beckett") operates as an appraiser and auctioneer of collectible items such as trading cards, coins, and comics. Beckett also offers customers grading and pricing services for collectibles. The Company has been in operation since 1984 and has a reputable brand among collectors

❖ Beckett also produces print media and other online material to actively price collectible items

❖ Beckett's revenues are derived from ecommerce sales, grading/authentication services, print media, and a small portion from trade commissions



**2015 Revenue**

- 35% Grading/Auth.
- 19% E-Commerce
- 10% Dealer
- 7% Newsstand
- 7% Advertising
- 6% Subscription
- 17% Other

**2016 Revenue**

- 39% Grading/Auth.
- 18% E-Commerce
- 8% Dealer
- 2% Newsstand
- 7% Advertising
- 6% Subscription
- 21% Other

**2017 Revenue**

- 51% Grading/Auth.
- 16% E-Commerce
- 7% Dealer
- 3% Newsstand
- 5% Advertising
- 16% Subscription
- Other

❖ Beckett was purchased out of bankruptcy by Eli in October 2008

❖ Acquisition rationale

- Minimal competitors in the industry

- Eli was confident that they could improve Beckett's business model by transitioning the business to have more of an online presence

- Beckett has a strong brand and reputation in the industry

### Key valuation drivers

❖ Beckett's experience and knowledge of the collectors market have made it a household name that is trusted and recognized among buyers and sellers

❖ Beckett's reputation maintains a monopolistic presence in the sports collectors market

#### Key opportunities

❖ **Geographic Expansion:** Beckett expects to expand into new markets such as China and Japan

❖ **Product/Service Diversification:** Beckett can diversify into new product offerings such as authentication of other collectibles like jerseys, magazines/books, and autographs

❖ **Volume:** Faster turn-around times and multiple grading locations allow Becket to increase volume

❖ **Increasing Demand:** Beckett has appeal to younger buyers who are willing to spend more money for specific high-value items rather than manufacturer packages, increasing demand for Beckett's service offering

#### Key risks

❖ **Competition:** Amazon and Ebay could push Beckett out of the market with their large ecommerce presence and data analytic capabilities

❖ **Industry Decline:** Notoriety and desirability of trading cards has declined causing manufacturers to struggle and reduce output

❖ **Geographic Expansion**: Lack of reputation in new geographic markets



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| | |
|---|---|
| $3.0mn | $3.1mn |
| TTM 2017 EBITDA | Intercompany Adjustment | Legal Expense | Audit Expense | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ Adjustment to TTM EBITDA include the following:
- Remove intercompany revenue related to providing IT and HR services to other Eli owned companies
- Remove legal fees for the Goodwin business
- Adjust for run rate audit expenses

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 16,250 | $ 17,062 | $ 17,915 | $ 18,811 | $ 19,375 | $ 19,956 |
| % Growth | 13.8% | 5.0% | 5.0% | 5.0% | 3.0% | 3.0% |
| Adjusted EBITDA | 3,050 | 4,095 | 4,300 | 4,515 | 4,650 | 4,790 |
| % Margin | 18.8% | 24.0% | 24.0% | 24.0% | 24.0% | 24.0% |



■ Revenue  ■ Pro Forma EBITDA

❖ Top line and EBITDA growth is expected to be driven by expansion into new geographic markets and diversification of product offerings

❖ While the accrual 2017 EBITDA margin was 20%, the adjusted cash basis 2017 EBITDA margin was 24%, which is consistent with the projected cash basis EBITDA margin

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

66

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 170 of 617

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 9.0x |
| TTM Adjusted EBITDA | $3,050 |
| **Concluded Fair Value (Rounded)** | **$27,000** |
| *Weighting* | *50%* |

❖ EBITDA multiple of 9.0x was selected based on the observable EBITDA multiple of Collectors Universe Inc. and considering a discount for smaller comparative size. This was the only comparable multiple observed for Beckett Collectibles

❖ Collectors Universe Inc. was trading at a controlling EBITDA multiple of 18.4x as of the valuation date

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 15.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$29,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ A 2.0% company-specific risk premium was included to account for the risks of achieving initial growth projections above industry expectations (2.9% per IBISWorld through 2023)

| **Enterprise value** | **$28,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

67

**Beckett Collectibles Inc.**

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 16,250 | $ 17,062 | $ 17,915 | $ 18,811 | $ 19,375 | $ 19,956 | $ 20,356 |
| *Revenue Growth (%)* | *13.8%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* | *3.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 13,199 | 12,967 | 13,615 | 14,296 | 14,725 | 15,167 | 15,470 |
| **Equals: Adjusted EBITDA** | $ 3,050 | $ 4,095 | $ 4,300 | $ 4,515 | $ 4,650 | $ 4,790 | $ 4,885 |
| *Adjusted EBITDA Margin (%)* | *18.8%* | *24.0%* | *24.0%* | *24.0%* | *24.0%* | *24.0%* | *24.0%* |
| | | | | | | | |
| Less: Depreciation | 157 | 709 | 255 | 268 | 276 | 284 | 290 |
| **Equals: Adjusted EBITA** | $ 2,894 | $ 3,386 | $ 4,045 | $ 4,247 | $ 4,374 | $ 4,506 | $ 4,596 |
| *Adjusted EBITA Margin (%)* | *17.8%* | *19.8%* | *22.6%* | *22.6%* | *22.6%* | *22.6%* | *22.6%* |
| | | | | | | | |
| Less: Income Taxes | | 918 | 1,096 | 1,151 | 1,185 | 1,221 | 1,245 |
| **Equals: Debt Free Net Income** | | $ 2,468 | $ 2,949 | $ 3,096 | $ 3,189 | $ 3,285 | $ 3,350 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 709 | 255 | 268 | 276 | 284 | 290 |
| Less: Capital Expenditures | | 243 | 255 | 268 | 276 | 284 | 290 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (88) | (92) | (97) | (61) | (63) | (43) |
| **Equals: Debt Free Net Cash Flow** | | $ 3,023 | $ 3,041 | $ 3,193 | $ 3,250 | $ 3,348 | $ 3,393 |
| | | | | | | | |
| Terminal | | | | | | | 26,104 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9325 | 0.8109 | 0.7051 | 0.6131 | 0.5332 | 0.5332 |
| **Present Value of Debt Free Net Cash Flow** | | $ 2,819 | $ 2,466 | $ 2,251 | $ 1,993 | $ 1,785 | $ 13,918 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 11,313 | | | | | |
| Plus: Present Value of Terminal Value | | 13,918 | | | | | |
| Plus: Tax Amortization Benefit | | 3,428 | | | | | |
| **Business Enterprise Value** | | $ 29,000 | | | | | |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 172 of 617

**Beckett Collectibles Inc.**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$

| | |
|---|---|
| D = Market value of debt | $R_d$ = Interest rate on debt |
| E = Market value of equity | $R_e$ = Required return on equity |

**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.26 based on the indicated comparable company betas.

**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**

KPMG selected a company specific risk premium of 2.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**

A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 2.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.16 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.9%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **15.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company overview

- Arcane Tinmen ("AT") is a provider of protective sleeves for the trading card game ("TCG") industry, selling more than 100 million individual sleeves per year

- Flagship product is the Dragon Shield sleeve, which is recognized for quality among customers and is the leading product in the market

- Primary distribution is in the United States

  - Approximately 12% of the distribution is in Canada

  - 30% in Europe

  - Remainder in the United States

- Manufacturing and distribution of the Company's products is performed by third parties

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| July 2017 | $21,076,728 | 6.5x |

- Acquired 55% of AT with an equity equivalency agreement established for the remaining 45%

- Acquisition Rationale

  - Originally got interested in AT based on Eli's ownership of Beckett, which operates in a similar industry

  - AT had strong profitability supported by their ownership of their products' intellectual property ("IP")

  - Gaming market has grown at a CAGR of 14% since 2012

*(1) Price for 100% of the business enterprise.*

## Key valuation drivers

- AT products are sold at a higher price than others in the market and are reliant on a reputation for quality

- Recently changed distribution model from one centralized distributor to several sub-distributors at more favorable terms

- Largest customers are Lion Rampant in Canada, Fantasy Flight Games in United States, and Blackfire in Europe

- AT owns the IP related to its products and has secured a long-term contract with its exclusive supplier located in Denmark

### Key opportunities

- **Geographic Expansion:** Asian market, particularly in Japan, China, and Korea, the largest market for TCG players

- **New Distribution Model:** Improvement of U.S. distribution system

  - Business had traditionally worked with an exclusive distribution model

  - Shifted from one major distributor (Fantasy Flight Games) to work directly with four smaller sub-distributors that Fantasy Flight Games had been using

  - Market research has shown that this will not cause any decline in sales for the U.S.

### Key risks

- **Barriers to New Markets:** Difficult to enter the Asian market, however, the Asian market is expected to drive future growth

  - Change is slow in the Asian market, particularly in Japan – due to cultural tendencies it is difficult to alter buying decisions

  - Harder to enter the Asian market by playing on price, with the exception of China

- **Product Differentiation:** Product is commoditized and sales depend on product reputation, branding, and ability to protect the IP

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 174 of 617

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Distribution Margin | Inventory True Up | Spoils Department | General Accrual Reversal | Audit Expense | Constant Currency | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|---|---|
| $2.5mn | | | | | | | $4.0mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ Adjustments include the following:
  - Normalization of revenue due to new distribution structure
  - Inventory true up
  - Adjustment to remove all spoils department P&L activity
  - Remove general accrual for unidentified costs
  - Adjustment of audit expenses to normalized run rate
  - Adjustment to normalize FX rate impact

## Financial highlights [2]

($ in thousands)



| Financial Highlights | TTM 2017A | Fiscal Year Ending 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 9,928 | $ 11,120 | $ 12,232 | $ 13,210 | $ 14,003 | $ 14,563 |
| % Growth | n/a | 12.0% | 10.0% | 8.0% | 6.0% | 4.0% |
| Adjusted EBITDA | 4,036 | 5,045 | 5,550 | 5,994 | 6,354 | 6,608 |
| % Growth | 40.7% | 45.4% | 45.4% | 45.4% | 45.4% | 45.4% |

- ❖ Revenue growth is expected to be driven by the growth in AT's current markets, which has grown at a CAGR of 14% since 2012, as well as an expansion into the Asian markets
- ❖ The EBITDA margin is expected to increase due to an increase in Arcane's gross margin from leveraging the new distribution model established in 2017
- ❖ There is potential EBITDA margin upside by teaming with Beckett's trading card business to achieve distribution cost savings

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Arcane Tinmen
# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 6.5x |
| TTM Adjusted EBITDA | $4,036 |
| **Concluded Fair Value (Rounded)** | **$26,000** |
| *Weighting* | *50%* |

❖ AT was purchased for $21.1 million in June 2017 for a 6.5x EBITDA multiple.

❖ KPMG selected an EBITDA multiple of 6.5x based on the observable M&A transactions of Nordenia and API, acquired for 5.6x and 6.0x, as well as a giving weighting to the recent entry multiple.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 22.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$28,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ KPMG included a company-specific risk premium of 11.0% to account for the risk related to successfully expanding into new geographic markets as well as the risk that AT is unable to sustain its EBITDA margin at or above current levels as AT expands into China and new competitors enter the marketplace

| **Enterprise value** | **$27,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 176 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Nordenia International AG | 750 | 134 | 11.6% | n/a | 5.6x | Produces and markets specialty films and flexible consumer packaging |
| API Group | 76 | 13 | 7.5% | n/a | 6.0x | Manufactures and distributes films and laminates for consumer packaging and printed media |
| AEP Industries Inc. | 763 | 100 | 9.1% | n/a | 7.6x | Markets flexible packaging films |
| ***Guideline public companies*** [1] | | | | | | |
| Supremex Inc. | 159 | 21 | 13.4% | 11.2% (2 year) | 7.5x | Manufactures specialty plastic packaging products, mailers, and envelopes |

**Guideline multiples**



| | TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **AT Adjusted EBITDA** | | **$4,036** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Arcane Tinmen

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | Terminal |
| **Total Revenue** | $ 9,928 | $ 11,120 | $ 12,232 | $ 13,210 | $ 14,003 | $ 14,563 | $ 15,000 |
| *Revenue Growth (%)* | *n/a* | *12.0%* | *10.0%* | *8.0%* | *6.0%* | *4.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Expenses | 5,892 | 6,074 | 6,682 | 7,216 | 7,649 | 7,955 | 8,194 |
| **Equals: Adjusted EBITDA** | $ 4,036 | $ 5,045 | $ 5,550 | $ 5,994 | $ 6,354 | $ 6,608 | 6,806 |
| *Adjusted EBITDA Margin (%)* | *40.7%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* |
| | | | | | | | |
| Less: Depreciation | 28 | - | - | - | - | - | - |
| **Equals: Adjusted EBIT** | $ 4,008 | $ 5,045 | $ 5,550 | $ 5,994 | $ 6,354 | $ 6,608 | 6,806 |
| *Adjusted EBIT Margin (%)* | *40.4%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* | *45.4%* |
| | | | | | | | |
| Less: Income Taxes | | 1,110 | 1,221 | 1,319 | 1,398 | 1,454 | 1,497 |
| **Equals: Debt Free Net Income** | | $ 3,935 | $ 4,329 | $ 4,675 | $ 4,956 | $ 5,154 | $ 5,309 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | - | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | - | 278 | 245 | 198 | 140 | 109 |
| **Equals: Debt Free Net Cash Flow** | | $ 3,935 | $ 4,051 | $ 4,431 | $ 4,758 | $ 5,014 | $ 5,199 |
| | | | | | | | |
| Terminal | | | | | | | 27,366 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9054 | 0.7421 | 0.6083 | 0.4986 | 0.4087 | 0.4087 |
| **Present Value of Debt Free Net Cash Flow** | | $ 3,563 | $ 3,006 | $ 2,695 | $ 2,372 | $ 2,049 | $ 11,184 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 13,686 | | | | | |
| Plus: Present Value of Terminal Value | | 11,184 | | | | | |
| Plus: Tax Benefit of Amortization | | 2,987 | | | | | |
| **Equals: Business Enterprise Value** | | $ 28,000 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Arcane Tinmen**

# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.73 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 11.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BB-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 22.0 percent corporate tax rate is based on the corporate tax rate for Denmark, per KPMG's Corporate Tax Rate Survey.

### WACC Calculation

**Cost of Equity:**

| | |
|---|---|
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 11.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.73 |
| Size Premium | 5.3% |
| **Cost of Equity** | **23.3%** |

**Cost of Debt:**

| | |
|---|---|
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 22.0% |
| **After-Tax Cost of Debt** | **3.3%** |

**Capital Structure:**

| | |
|---|---|
| Equity | 95.0% |
| Debt | 5.0% |
| **WACC (Rounded)** | **22.0%** |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# 3BL
# Overview



## Company overview

- ❖ 3BL distributes news and public relations content for corporations, focusing on sustainability, health, energy, education, philanthropy, community, and other social and environmental topics

- ❖ 3BL distributes traditional content such as press releases and announcements, as well as non-traditional media such as videos, blog posts, podcasts, and other forms of engagement

- ❖ Various portfolio offerings that have resulted from acquisitions, primarily corporate social responsibility ("CSR") focused, have allowed 3BL to become one of the biggest players in their niche offering

- ❖ Customers pay a subscription for access to 3BL's distribution service which also offers multi-channel distribution solutions and detailed analytics, tracking, reporting, and benchmarking

- ❖ Actively manages a client's pre-uploaded content

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| November 2016 | $20,000,000 | 10.0x |

- ❖ Acquired 70% with an equity equivalency agreement established for the remaining 30%
- ❖ Acquisition Rationale
  - ▪ 3BL has a strong recurring revenue stream model
  - ▪ Low client concentration, with 150-200 subscription-based clients
  - ▪ Corporate responsibility is a growth segment that isn't fully penetrated by larger traditional content distribution companies such as Business Wire or PRNewswire
- ❖ Acquisition Synergies
  - ▪ Transition some back office functions to the India Operations Center

*(1) Price for 100% of the business enterprise.*

## Key valuation drivers

- ❖ No one subscription customer makes up more than 1% of revenue
- ❖ 80% – 90% customer renewal rates on the subscription business
- ❖ Traditional competitors include Business Wire and PRNewswire, but 3BL offers more media distribution options than these services

### Key opportunities

- ❖ **High Growth Market:** Corporate social responsibility is a growing market and 3BL is better positioned to capture this growth compared to traditional distribution companies such as Business Wire and PRNewswire

- ❖ **Product Upgrades:** Management is encouraging current customers to switch from an older "Basic" service to the "Active Content Management" service which sells at a higher price point, is more profitable, and creates additional switching costs promoting higher customer retention

- ❖ **Scalable Model:** Business model can be easily scaled with an investment in additional sales and marketing resources. Annual required overhead is approximately $300k per month, which can be covered through expected renewals

### Key risks

- ❖ **Operational Structure:** Due to rapid expansion, the company has not had time to fully integrate recent acquisitions and realign its internal structure which impacted 2017 results. An outside consultant is currently working to realign sales efforts

- ❖ **Sales Plan Execution:** Management is looking to improve its sales and marketing efforts as it tries to competitively position itself in the market. The company has recently hired a sales manager but ramping up these efforts may take time

- ❖ **Leadership Transition:** The company is looking to hire a new CEO this year as the former owner transitions into an Eli portfolio manager role. This could lead to some disruption in the business

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 180 of 617

# Financial information



## TTM 2017 EBITDA adjustments [1]



$1.2mn

$2.0mn

| TTM 2017 EBITDA | Management Fees | 3BL Rebranding | Dunstans Loss | Other 3BL Adjustments | Transaction Expenses | Other CRB Adjustments | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The 2017 EBITDA adjustments primarily include:
  - One-time rebranding project started in 2017
  - Other 3BL adjustments include adjusting audit expenses and management fees, as well as for Dunstans and 3P losses
  - Remove one-time transaction related expenses for CRB

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Calendar Year | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 6,731 | $ 7,068 | $ 7,421 | $ 7,792 | $ 8,182 | $ 8,591 |
| % Growth | 9.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 1,993 | 2,827 | 2,969 | 3,117 | 3,273 | 3,436 |
| % Margin | 29.6% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |



- ■ Revenue  ■ Pro Forma EBITDA

- ❖ Approximately 80 to 85 percent of revenue is associated with contract-based products, which carry a renewal rate of approximately 85 percent. The remaining revenue is made up of periodic reports, conference hosting, social media promotion, and one time press release blasts

- ❖ The company has a history of increasing their pricing for new customers every year and have yet to detect any pushback from the market. There could be significant pricing upside

- ❖ 2017 was a down year in terms of growth – the average revenue growth rate from 2014 to 2016 was 45 percent, excluding CRB. Management attributed this to growing pains associated with recent acquisitions

- ❖ While the accrual 2017 EBITDA margin was 30%, the adjusted cash basis 2017 EBITDA margin was 37%, slightly below the projected cash basis EBITDA margin.

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 181 of 617

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 10.0x |
| TTM Adjusted EBITDA | $1,993 |
| **Concluded Fair Value (Rounded)** | **$20,000** |
| *Weighting* | *50%* |

- ❖ KPMG selected an EBITDA multiple of 10.0x based on the price paid in Cision's acquisition of PRNewswire as well as the original acquisition multiple paid for 3BL
- ❖ 3BL was acquired in November 2016 at a 10.0x EBITDA multiple

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 15.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$21,000** |
| *Weighting* | *50%* |

- ❖ Selected a beta of 0.97, size premium of 5.3%, risk-free rate of 2.6%, and pre-tax cost of debt of 4.2%, (weighted 15% of capital structure).
- ❖ Included additional company specific risk of 3% related to the risk of achieving the growth in the EBITDA margin

| Enterprise value | $21,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

78

**3BL**

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| PRNewswire | 841 | 75 | 25.0% | n/a | 11.2x | Provides news and content distribution services across multimedia platforms; focused on traditional public relations wires. |
| ***Guideline Public Companies***[1] | | | | | | |
| Cision Ltd. | 2,871 | 191 | 31.3% | 6.8% | 15.0x | Provides public relations ("PR") software, media distribution, media intelligence, and related professional services.. |
| MDC Partners Inc. | 1,791 | 169 | 11.3% | 16.1% | 10.6x | Provides marketing, advertising, activation, communications, and strategic consulting solutions. |
| Publicis Groupe S.A. | 20,850 | 1,969 | 17.6% | 9.8% | 10.6x | Provides marketing, communication, and digital transformation services. |
| WPP plc | 34,254 | 3,570 | 18.0% | 10.9% | 9.6x | Provides various communications services including advertising, branding and identity management, and custom marketing solutions. |

**Guideline multiples**





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **3BL Adjusted EBITDA** | **$1,993** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 183 of 617

## 3BL

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 6,731 | $ 7,068 | $ 7,421 | $ 7,792 | $ 8,182 | $ 8,591 | $ 8,849 |
| *Revenue Growth (%)* | 9.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 3.0% |
| | | | | | | | |
| Less: Total Operating Expenses | 4,739 | 4,241 | 4,453 | 4,675 | 4,909 | 5,155 | 5,309 |
| **Equals: Adjusted EBITDA** | $ 1,993 | $ 2,827 | $ 2,969 | $ 3,117 | $ 3,273 | $ 3,436 | $ 3,540 |
| *Adjusted EBITDA Margin (%)* | 29.6% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |
| | | | | | | | |
| Less: Depreciation | 3,361 | 177 | 11 | 11 | 12 | 12 | 13 |
| **Equals: Adjusted EBIT** | $ (1,368) | $ 2,650 | $ 2,958 | $ 3,106 | $ 3,261 | $ 3,424 | $ 3,527 |
| *Adjusted EBIT Margin (%)* | (20.3%) | 37.5% | 39.9% | 39.9% | 39.9% | 39.9% | 39.9% |
| | | | | | | | |
| Less: Income Taxes | | 718 | 802 | 842 | 884 | 928 | 956 |
| **Equals: Debt Free Net Income** | | $ 1,932 | $ 2,156 | $ 2,264 | $ 2,377 | $ 2,496 | $ 2,571 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 177 | 11 | 11 | 12 | 12 | 13 |
| Less: Capital Expenditures | | 10 | 11 | 11 | 12 | 12 | 13 |
| Less: Increases (Decreases) in Working Capital {Excluding Cash) | | 74 | 77 | 81 | 85 | 90 | 56 |
| **Equals: Debt Free Net Cash Flow** | | $ 2,025 | $ 2,079 | $ 2,183 | $ 2,292 | $ 2,407 | $ 2,515 |
| | | | | | | | |
| Terminal | | | | | | | 20,956 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9325 | 0.8109 | 0.7051 | 0.6131 | 0.5332 | 0.5332 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,888 | $ 1,686 | $ 1,539 | $ 1,405 | $ 1,283 | $ 11,173 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 7,802 | | | | | |
| Plus: Present Value of Terminal Value | | 11,173 | | | | | |
| Plus: Tax Amortization Benefit | | 2,183 | | | | | |
| **Business Enterprise Value, Rounded** | | $ 21,000 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## 3BL

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-}Tax\ rate) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.97 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on micro-cap decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 3.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.97 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.7%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 85.0% |
| Debt | 15.0% |
| | |
| **WACC (Rounded)** | **15.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- Specializes in supply chain management and consultancy for the fleet industry in the U.K.
- Managed Network Services ("MNS"):
  - Transaction Fees – receives a 3%-5% fee for work performed by garages in Fleet Assist's ("FAL") network
  - Subscription Fees – provides access to FAL's network of over 5,000 fully managed franchised and non-franchised garages
  - Service Booking – offers a service booking center to direct the work to member garages within FAL's network
- Vehicle Supply Services ("VSS"):
- Rental – supplies vehicles to independent rental companies, garages, and contract hire companies
- Developed the Atlas software platform, which monitors and coordinates when and where a fleet vehicle should have maintenance/repair work
- Founded in 2003, FAL is headquartered in Cambridgeshire, U.K. and provides services for over 800,000 fleet vehicles

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| **July 2017** | **$17,291,156** | **10.9x** |

- Broker-led deal process with 4 other bidders (incl. Eli)
  - Eli won the acquisition because of proposition of focusing on the brand and leaving FAL as an autonomous business
- Acquisition Rationale
  - Technology enabled business model with defensible IP ("Atlas" software platform) and a strong market foothold
  - Entry point into the vehicle supply and fleet management markets
- Acquisition Synergies
  - Potential to outsource certain operations, such as overnight Service Booking, to the India Operations Center

## Key valuation drivers

- MNS comprises approximately 75.0% of revenues while VSS represents approximately 25.0%
- Stable customer base with contractual agreements averaging 2-3 years with automatic renewals
- Customers are fleet management companies leveraging FAL's garage network, Atlas software platform, and vehicle supply business
- 28 MNS customers and 48 VSS customers with no one customer representing more than 7% of total revenues
- Customers include: Tuskerdirect Limited, Alphabet Group, Hitachi Capital Vehicle Solutions Ltd, Lex Autolease, Rabbits Vehicle Hire, Nationwide Fleet, TJs Self Drive, and Northern Vehicles

**Key opportunities**

- **Market Share Growth:** Several small to medium sized fleet management companies FAL does not currently serve. VSS business was started 15 months ago, there is significant scope to expand this offering within the U.K.
- **Expand Product/Service Offering:** Continued adoption of electric and automated vehicles with greater complexity requiring more technical maintenance
- **Geographic Expansion:** Expansion into other geographies with similar industry structure

**Key risks**

- **Labor Intensive Service Business:** To make a significant expansion economically feasible FAL would need large new wins
- **Competitive Market for VSS:** VSS has higher margins but operates in a significantly more competitive space making market share expansion more difficult

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 186 of 617

**Fleet Assist Ltd**

# Financial information



### TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Management Comp | Excercised Share Options | Corp Finance Fees | Audit Fees | Foreign Exchange | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|---|
| $1.7mn | | | | | | $1.9mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - ▪ Management team compensation post acquisition
  - ▪ Payment for exercising options as part of acquisition
  - ▪ Non-recurring acquisition fees
  - ▪ Pro forma audit fees
  - ▪ Adjustment to normalize the foreign exchange rate impact

### Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 9,011 | $ 10,092 | $ 11,101 | $ 11,990 | $ 12,709 | $ 13,217 |
| % Growth | 27.2% | 12.0% | 10.0% | 8.0% | 6.0% | 4.0% |
| Adjusted EBITDA | 1,925 | 2,068 | 2,274 | 2,456 | 2,604 | 2,708 |
| % Margin | 21.4% | 20.5% | 20.5% | 20.5% | 20.5% | 20.5% |



- ❖ Revenue growth in 2017 was driven by growth in the new VSS business and higher transaction fees
- ❖ Forecasted revenue growth is expected to be driven by the continued expansion of the VSS business, and an expanding customer base
- ❖ EBITDA margins are expected to remain relatively consistent with historical levels of profitability over the projection period. There is potential upside related to utilizing the India Operations Center for select service booking operations

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 187 of 617

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
| --- | --- |
| Selected EBITDA Multiple | 11.0x |
| TTM Adjusted EBITDA | $1,925 |
| **Concluded Fair Value (Rounded)** | **$21,000** |
| *Weighting* | *50%* |

❖ There are no directly comparable public companies or transactions to FAL but KPMG reviewed public companies and transactions in the fleet management and leasing services industry, including the Paragon and Webtech transactions

❖ Ultimately, KPMG selected an EBITDA multiple of 11.0x, which is consistent with the acquisition multiple paid for the company less than a year ago. FAL was acquired in July 2017 at a 10.9x EBITDA multiple

## Income approach results

| (USD in thousands) | Key Assumptions |
| --- | --- |
| Selected Discount Rate | 13.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$21,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ KPMG also included a U.K. country-specific risk premium of 0.5%

❖ Additional company-specific risk premium of 3.0% based on the risk associated with achieving FAL's growth forecast as FAL expands its VSS business line

| Enterprise value | $21,000,000 |
| --- | --- |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

84

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Paragon Automotive Ltd. | 177 | 14 | 7.0% | n/a | 12.3x | Outsourced new, in-life, and used vehicle services to manufacturers and fleet operators in the U.K.. Also provides bulk logistics services, remarketing services, and auctions. |
| Webtech Wireless Inc. | 17 | 1 | 5.9% | n/a | 14.0x | Fleet management telematics, global positioning system, and automatic vehicle location solutions worldwide. Webtech Fleet Center, a fleet management software for mixed fleets |
| SMA Vehicle Remarketing Limited | 65 | 7 | 12.6% | n/a | 9.1x | Vehicle inspection, collection, pool fleet management, in life condition management, post accident release inspection, driver exchange inspection, tactical repairs, auctions, and other fleet management services |

**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **FAL Adjusted EBITDA** | **$1,925** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | Terminal |
| **Net Revenue** | $ 9,011 | $ 10,092 | $ 11,101 | $ 11,990 | $ 12,709 | $ 13,217 | $ 13,614 |
| *Net Revenue Growth (%)* | *n/a* | *12.0%* | *10.0%* | *8.0%* | *6.0%* | *4.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 7,086 | 8,025 | 8,827 | 9,533 | 10,105 | 10,509 | 10,825 |
| **Equals: Adjusted EBITDA** | $ 1,925 | $ 2,068 | $ 2,274 | $ 2,456 | $ 2,604 | $ 2,708 | $ 2,789 |
| *Adjusted EBITDA Margin (%)* | *21.4%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* |
| | | | | | | | |
| Less: Depreciation Expense | 21 | - | - | - | - | - | - |
| **Equals: Adjusted EBITA** | $ 1,904 | $ 2,068 | $ 2,274 | $ 2,456 | $ 2,604 | $ 2,708 | $ 2,789 |
| *Adjusted EBITA Margin (%)* | *21.1%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* | *20.5%* |
| | | | | | | | |
| Less: Income Taxes | | 393 | 432 | 467 | 495 | 514 | 530 |
| **Equals: Debt Free Net Income** | | $ 1,675 | $ 1,842 | $ 1,990 | $ 2,109 | $ 2,193 | $ 2,259 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | - | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: (Increases) Decreases in Working Capital (Excluding Cash) | | 43 | (606) | (844) | (420) | 127 | 99 |
| **Equals: Debt Free Net Cash Flow** | | $ 1,631 | $ 2,448 | $ 2,833 | $ 2,529 | $ 2,066 | $ 2,160 |
| | | | | | | | |
| Terminal | | | | | | | 21,600 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9407 | 0.8325 | 0.7367 | 0.6520 | 0.5770 | 0.5770 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,535 | $ 2,038 | $ 2,087 | $ 1,649 | $ 1,192 | $ 12,462 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 8,501 |
| Plus: Present Value of Terminal Value | 12,462 |
| Plus: Tax Amortization Benefit | - |
| **Equals: Business Enterprise Value (Rounded)** | **$ 21,000** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Fleet Assist Ltd
# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.83 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.5 percent is based on information from Damodaran Online risk premiums for the United Kingdom.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 3.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.5 percent is based on information from Damodaran Online risk premiums for the United Kingdom.

**3** Tax Rate — A 19.0 percent corporate tax rate is based on the corporate tax rate for the United Kingdom, per KPMG's Corporate Tax Rate Survey.






| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 3.0% |
| Country Risk Premium | 0.5% |
| Beta | 0.83 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.3%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.5% |
| Tax Rate | 19.0% |
| **After-Tax Cost of Debt** | **3.8%** |
| **Capital Structure:** | |
| Equity | 75.0% |
| Debt | 25.0% |
| **WACC (Rounded)** | **13.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Marval Group Limited
# Overview



### Company background

- ❖ Marval Investments (dba Marval Group) develops, markets, and sells support IT helpdesk software
- ❖ One of the first Information Technology Infrastructure Library ("ITIL") companies, dedicated to helping design and plan IT infrastructure and services for public and private sector clients. ITIL is a set of detailed practices for IT service management ("ITSM") to align IT services with needs of the business
- ❖ Both founders, Mr. Page and Mr. Pritchett, are widely known in the ITSM industry, having co-authored ITIL, the related ISO certification, and the first relevant graduate education curriculum at the University of Northampton
- ❖ The company is headquartered in the U.K., with six affiliated reseller businesses serving different regions around the globe

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| October 2017 | $16,096,800 | 15.4x |

- ❖ Acquired 51% with an equity equivalency agreement established for the remaining 49%
- ❖ Acquisition Rationale
  - ▪ High quality and well-known provider of IT Services Management products and have a wide range of blue-chip customers
  - ▪ Recurring revenue streams from service contracts provide consistency, with high EBITDA margins and low capital needs
  - ▪ Leverage Eli's network to expand in the U.S.
- ❖ Acquisition Synergies
  - ▪ Provides a customer base with opportunities for complimentary IT sales from other Eli-owned companies
  - ▪ Back office and software development outsourcing opportunity

### Key valuation drivers

- ❖ Primary competitors include ServiceNow, Freshworks, HP Enterprise, Cherwell, Hornbill, and Top Desk
- ❖ Marval's pricing is below larger, more expensive providers (ServiceNow and HP), but more expensive than basic products (Top Desk and Freshworks)
- ❖ Marval's top five customers represent just under 50% of software-based revenue. Annual customer churn is approximately 3% to 4%, primarily related to insourcing

**Key opportunities**

- ❖ **Shift to SAAS Model:** Medium-term plans (3-5 years) include developing software-as-a-service ("SaaS") which would increase profitability and establish more steady revenue streams
- ❖ **U.S. Market Share Growth:** Improving Marval's exposure in the U.S. market; capturing a larger percentage of the world's largest IT marketplace would be a significant growth driver. Management has forecasted a higher sales and marketing spend in order to pursue this grow opportunity
- ❖ **Existing Client Penetration:** Increasing the user base at existing clients as IT service departments grow

**Key risks**

- ❖ **New Entrants:** Potential for larger players such as Salesforce and HP Enterprise to begin to offer a similar product/service to push other parts of their offering suite
- ❖ **Technological Shift:** Major technological disruption could hurt Marval's competitive positioning
- ❖ **Leadership Attrition:** Founders/ownership are considered critical to business operations, there is an agreement to retain both for five years. Losing these key managers could have an impact on Marval's future results

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The following adjustments were made to TTM EBITDA

  - ▪ Due diligence costs

  - ▪ Marval Baltic income

  - ▪ Pro forma audit expenses

## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 4,096 | $ 4,301 | $ 4,516 | $ 4,742 | $ 4,979 | $ 5,228 |
| % Growth | *10.9%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 1,391 | 1,413 | 1,597 | 1,677 | 1,761 | 1,849 |
| % Margin | *34.0%* | *32.9%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* |



- ❖ Revenue growth in 2017 was driven by growth in the new VSS business and higher transaction fees

- ❖ Forecasted revenue growth is expected to be driven by the continued expansion of the VSS business, and an expanding customer base

- ❖ EBITDA margins are expected to remain relatively consistent with historical levels of profitability over the projection period. There is potential upside related to utilizing the India Operations Center for select service booking operations

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 193 of 617

## Marval Group Limited
# Valuation summary



### Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 12.0x |
| TTM Adjusted EBITDA | $1,391 |
| **Concluded Fair Value (Rounded)** | **$17,000** |
| *Weighting* | *50%* |

- ❖ KPMG selected an EBITDA multiple of 12.0x based on the Octo Technology, Acentia, and Sigma transactions, as well as the trading multiples of Cancom and GPI. KPMG considered Marvals comparability to the guideline companies and relative size when selecting the EBITDA multiple
- ❖ Marval was acquired in October 2017 at a 15.4x EBITDA multiple

### Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 12.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$16,000** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ A country-specific risk premium was also included based on Damodaran's country risk premiums in the U.K.

| **Enterprise value** | **$16,500,000** |
|---|---|


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Octo Technology | 101 | 5 | 10.5% | n/a | 21.2x | Provides IT consulting, design, and implementation services |
| Acentia | 301 | 22 | 11.4% | n/a | 13.7x | Provides business management and technology consulting services |
| Sigma | 108 | 12 | 5.8% | 8.0% (2-year) | 9.3x | Provides information technology management and information logistic solutions |
| ***Guideline public companies***[1] | | | | | | |
| Cancom | 1,675 | 89 | 6.8% | 14.3% | 18.8x | Information technology infrastructure and services |
| GPI | 274 | 18 | 10.2% | n/a | 15.2x | Integrated information technology solutions and services |

**Guideline multiples**



| | TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **Marval Adjusted EBITDA** | | **$1,391** |



[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Marval Group Limited

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 4,096 | $ 4,301 | $ 4,516 | $ 4,742 | $ 4,979 | $ 5,228 | $ 5,385 |
| *Revenue Growth (%)* | *10.9%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 2,705 | 2,888 | 2,919 | 3,065 | 3,219 | 3,380 | 3,481 |
| **Equals: Adjusted EBITDA** | $ 1,391 | $ 1,413 | $ 1,597 | $ 1,677 | $ 1,761 | $ 1,849 | $ 1,904 |
| *Adjusted EBITDA Margin (%)* | *34.0%* | *32.9%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* |
| | | | | | | | |
| Less: Depreciation | 47 | - | - | - | - | - | - |
| **Equals: Adjusted EBIT** | $ 1,344 | $ 1,413 | $ 1,597 | $ 1,677 | $ 1,761 | $ 1,849 | $ 1,904 |
| *Adjusted EBIT Margin (%)* | *32.8%* | *32.9%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* |
| | | | | | | | |
| Less: Income Taxes | | 240 | 271 | 285 | 299 | 314 | 324 |
| **Equals: Debt Free Net Income** | | $ 1,173 | $ 1,325 | $ 1,392 | $ 1,461 | $ 1,534 | $ 1,580 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | - | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 17 | 18 | 18 | 19 | 20 | 13 |
| **Equals: Debt Free Net Cash Flow** | | $ 1,156 | $ 1,308 | $ 1,373 | $ 1,442 | $ 1,514 | $ 1,568 |
| | | | | | | | |
| Terminal | | | | | | | 17,418 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9449 | 0.8437 | 0.7533 | 0.6726 | 0.6005 | 0.6005 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,066 | $ 1,077 | $ 1,034 | $ 970 | $ 909 | $ 10,460 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 5,056 |
| Plus: Present Value of Terminal Value | 10,460 |
| Plus: Tax Amortization Benefit | 399 |
| **Business Enterprise Value, Rounded** | $ 16,000 |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Marval Group Limited**

# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

WACC = D/(D+E) * $R_d$ * (1-Tax rate) + E/(D+E) * $R_e$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** Risk Free Rate

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.76 based on the indicated comparable company betas.

**4** Size Premium

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium

Country specific risk premium of 0.4 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium

KPMG selected a company specific risk premium of 0.0 percent.

**1** Pre-Tax Cost of Debt

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.

**2** Sovereign Spread Premium

Sovereign spread premium of 0.6 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate

A 17.0 percent corporate tax rate is based on the corporate tax rate for the United Kingdom, per KPMG's Corporate Tax Rate Survey..

| WACC Calculation | |
|---|---:|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.4% |
| Beta | 0.76 |
| Size Premium | 5.3% |
| **Cost of Equity** | **12.9%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.5% |
| Tax Rate | 17.0% |
| **After-Tax Cost of Debt** | **3.9%** |
| | |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| | |
| **WACC (Rounded)** | **12.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ TCI provides educational materials primarily in the healthcare industry related to operations, specifically treatment coding for insurance purposes. The company also distributes medical newsletters and books

- ❖ Customers are typically private medical practices who need resources supporting insurance filing, especially Medicare-related

- ❖ The TCI holding company also includes the ProEdTech business, which is operated separately and provides educational resources for the healthcare space as well as approximately 14 other industry verticals. 70% of the business in non-healthcare related

- ❖ ProEdTech sells webinars, offered in a live format or access to archived sessions

- ❖ ProEdTech's products are typically sold directly to individuals. The company had over 22,000 customers in 2017

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| 2002 | $10,000,000 | n/a |

- ❖ Acquisition Rationale

  - ▪ TCI was a way for Eli to acquire a significant customer base in the medical newsletter industry without having to establish organic credibility

  - ▪ The acquisition and subsequent years has made Eli the largest medical newsletter publishing company

## Key valuation drivers

- ❖ In 2017, TCI and ProEdTech had similar revenues but ProEdTech contributed over 90% of 2017 EBITDA

- ❖ An impairment analysis for TCI was performed in 2017 and the company was considered to be impaired, primarily due to the decline in the newsletter industry

### Key opportunities

- ❖ **Subscription Products:** Focus on shifting TCI away from newsletters towards its online subscription-based products, which now represent 40% of revenue, which will drive recurring revenue and customer stickiness. ProEdTech would plans to begin offering enterprise and subscription-based models to improve recurring revenue (currently at 15%)

- ❖ **Increased Regulations**: Regulatory complexities are a plus for TCI – shifting coding standards led to significant revenue growth in 2015

- ❖ **Low Competition:** Limited competition in the marketplace for coding resources

- ❖ **New Products:** Develop more accredited courses for professionals to get continuing education credits

### Key risks

- ❖ **Industry Pressure:** The declining medical newsletter industry has hurt results over the past few years, and industry trends don't show signs of a reversal

- ❖ **Simplified Regulations:** The medical services industry is frequently the subject of significant disruption. A broad simplification of insurance policy, such as a single-payer system, may reduce the need for TCI's customers to buy educational materials

- ❖ **Sales Team Growth:** ProEdTech needs to build out a larger sales and marketing team to expand into the enterprise space

- ❖ **Product Differentiation:** Continuing to develop education content that is relevant and desired in a competitive market


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Non-recurring hiring expenses incurred related to the hiring of U.S.-based editorial staff members
  - Adjustments including carve-out expenses, product development, HIPAA Institute revenue, and pro forma audit expense

## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM 2017A | Calendar Year 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 13,729 | $ 14,004 | $ 14,284 | $ 14,569 | $ 14,861 | $ 15,158 |
| % Growth | -9.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 1,608 | 2,155 | 2,199 | 2,242 | 2,287 | 2,333 |
| % Margin | 11.7% | 15.4% | 15.4% | 15.4% | 15.4% | 15.4% |



- ❖ Revenue growth in 2018 is primarily driven by ProEdTech and growth in TCI's subscription-based business
- ❖ Margins are expected to increase slightly as higher margin products become a bigger part of the mix
- ❖ The customer base is extremely wide: there are approximately 20,000 clients, with the largest only contributing around $50 thousand in annual revenue
- ❖ While the accrual 2017 EBITDA margin was 12%, the adjusted cash basis 2017 EBITDA margin was 15%, which is consistent with the projected cash basis EBITDA margin

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 9.0x |
| TTM Adjusted EBITDA | $1,608 |
| **Concluded Fair Value (Rounded)** | **$14,000** |
| *Weighting* | *50%* |

❖ KPMG selected an EBITDA multiple of 9.0x based on the implied multiple of the 2015 SmartPros acquisition as well as the trading multiple of John Wiley & Sons, which are comparable to the ProEdTech segment of TCI. A discount was applied due to the decline in TCI's core business of newsletters and books.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 16.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$15,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ Additional company-specific risk premium of 5.0% was included due to the risk related to stabilizing the TCI business and sustaining consistent growth going forward

| Enterprise value | $14,500,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**The Coding Institute**

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| SmartPros | 11 | 1 | 8.5% | n/a | 10.9x | Provides learning and educational solutions for accounting/finance, legal, engineering, securities, and insurance markets |
| LINE Communications | 11 | 1 | 10.3% | n/a | 10.2x | Provides technology enabled learning and communications solutions |
| ***Guideline Public Companies***[1] | | | | | | |
| John Wiley & Sons, Inc. | 4,980 | 315 | 18.0% | 11.5% | 15.8x | Offers a mix of research journals and related content and services, as well as online program management for educational institutions and corporate learning services |

**Guideline multiples**



| | TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **TCI Adjusted TTM EBITDA** | | **$1,608** |



[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | Terminal |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 13,729 | $ 14,004 | $ 14,284 | $ 14,569 | $ 14,861 | $ 15,158 | $ 15,461 |
| *Revenue Growth (%)* | *n/a* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 12,121 | 11,848 | 12,085 | 12,327 | 12,573 | 12,825 | 13,081 |
| **Equals: Adjusted EBITDA** | $ 1,608 | $ 2,155 | $ 2,199 | $ 2,242 | $ 2,287 | $ 2,333 | $ 2,380 |
| *Adjusted EBITDA Margin (%)* | *11.7%* | *15.4%* | *15.4%* | *15.4%* | *15.4%* | *15.4%* | *15.4%* |
| | | | | | | | |
| Less: Depreciation | 67 | 33 | 33 | 33 | 25 | - | - |
| **Equals: Adjusted EBIT** | $ 1,542 | $ 2,122 | $ 2,165 | $ 2,209 | $ 2,262 | $ 2,333 | $ 2,380 |
| *Adjusted EBIT Margin (%)* | *11.2%* | *15.2%* | *15.2%* | *15.2%* | *15.2%* | *15.4%* | *15.4%* |
| | | | | | | | |
| Less: Income Taxes | | 575 | 587 | 599 | 613 | 632 | 645 |
| **Equals: Debt Free Net Income** | | $ 1,547 | $ 1,578 | $ 1,610 | $ 1,649 | $ 1,701 | $ 1,735 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 33 | 33 | 33 | 25 | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (35) | (35) | (36) | (37) | (38) | (38) |
| **Equals: Debt Free Net Cash Flow** | | $ 1,615 | $ 1,647 | $ 1,680 | $ 1,711 | $ 1,738 | $ 1,773 |
| | | | | | | | |
| Terminal | | | | | | | 12,665 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9285 | 0.8004 | 0.6900 | 0.5948 | 0.5128 | 0.5128 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,499 | $ 1,318 | $ 1,159 | $ 1,018 | $ 891 | $ 6,494 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 5,886 | | | | | |
| Plus: Present Value of Terminal Value | | 6,494 | | | | | |
| Plus: Tax Amortization Benefit | | 2,317 | | | | | |
| **Business Enterprise Value, Rounded** | | $ 15,000 | | | | | |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**The Coding Institute**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.00 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 5.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 27.1 percent corporate tax rate is based on the corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey..

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 5.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.00 |
| Size Premium | 5.3% |
| **Cost of Equity** | **18.9%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 80.0% |
| Debt | 20.0% |
| | |
| **WACC (Rounded)** | **16.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

❖ Advanced Studies in Medicine ("ASiM") and eRADIMAGING ("ERAD") were purchased together and have consolidated financials but operate as separate companies

❖ ERAD develops and provides continuing medical education software and services to healthcare professionals, specifically focusing on radiation physicians

❖ ASiM uses on-staff medical writers to create and provide quality healthcare education programs sponsored by large medical institutions. The programs are funded by grants sourced by ASiM and provided by pharmaceutical companies

❖ ASiM has represented a much larger portion of the combined businesses but this is expected to reverse as ERAD expects to achieve high growth over the next two years

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| March 2017 | $12,858,193 | 5.9x |

❖ Acquired 96% of ASiM/ERAD with an equity equivalency agreement established for the remaining 4%

❖ Acquisition Rationale
- Eli was primarily interested in ERAD since there is strong potential for increasing profits
- At the time of the acquisition ERAD EBITDA was approximately $440k. Management believes that by instituting a price increase to $49.95, the annualized EBITDA will be near $1.5 million

❖ Acquisition Synergies
- Potential to outsource certain medical writing activities at ASiM to India which allows ASiM employees to focus on getting the programs in front of as many doctors as possible

## Key valuation drivers

❖ Management believes increasing the sales force and its quality grant proposals at ASiM will increase volume and subsequently profits

❖ ERAD has approximately 12%-13% market share

❖ ASiM and ERAD's competitors include ASRT, X-Ray Lady, and RADUNITS

❖ ERAD has a much more attractive margin than ASiM:



### Key opportunities

❖ **Geographic Expansion:** ERAD expansion into international markets

❖ **Market Share Expansion:** Increase ASiM's market share by focusing on less competitive and smaller grants

❖ **Cost Savings:** Utilizing India Operations Center for medical writing

❖ **ERAD Price Increases:** ERAD is still competitively priced and may have room for further price increases

### Key risks

❖ **Customer Attrition:** Potential customer loss due to the price increases. However, market surveys indicated few customers (approximately 2%) would switch due to the increased price

❖ **Relationship Managers:** ASiM relies on its relationships with grant managers and key partnerships to win grants and provide programs. Losing key sales personnel could materially impact the business

❖ **Grant Reductions:** If the pharmaceutical grants are reduced or discontinued due to revised regulations or market shifts, it would significantly impact ASiM's results

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include the following:
  - Revenue written off at the time of acquisition
  - Pro-forma owners compensation
  - Former employee separation
  - ERAD migration
  - Pro-forma audit expenses

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 6,750 | $ 8,775 | $ 9,038 | $ 9,309 | $ 9,589 | $ 9,876 |
| % Growth | *-18.4%* | *30.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* |
| Adjusted EBITDA | 1,073 | 2,008 | 2,395 | 2,467 | 2,541 | 2,617 |
| % Margin | *15.9%* | *22.9%* | *26.5%* | *26.5%* | *26.5%* | *26.5%* |



- ❖ Revenue and EBITDA have been below expectations developed at the time of the acquisition
- ❖ Moderate revenue growth is projected based on potential upside related to ERAD price increases and expanding ERAD's market share
- ❖ EBITDA margins are expected to improve related to realizing cost savings from moving certain operational and development roles to the India Operations Center. Additionally, as ERAD becomes a larger portion of the combined business, overall margins are expected to improve

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## ASiM Holdings
# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 10.0x |
| TTM Adjusted EBITDA | $1,073 |
| **Concluded Fair Value (Rounded)** | **$10,500** |
| Implied NFY EBITDA Multiple | 5.2x |

- ❖ KPMG selected an EBITDA multiple of 10.0x based on observed M&A transaction, SmartPros, as well as a review of the trading multiples of comparable public companies such as HealthStream and GP Strategies
- ❖ KPMG considered the size and niche focus of ASiM/ERAD's operations compared to the more diversified services offered by SmartPros, HealthStream and GP Strategies
- ❖ ASiM was acquired in March 2017 at a 5.9x EBITDA multiple

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 21.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$11,500** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ Additional company-specific risk premium of 7.0% based on the risk associated with margin improvement after the combined business has experienced revenue and EBITDA declines since the acquisition

| **Enterprise value** | **$11,000,000** |
|---|---|

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| SmartPros | 13 | 1 | 8.5% | n/a | 10.9x | Learning and continued education solutions for accounting/finance, legal, engineering, securities, and insurance markets. Offers live seminars and a skills-based learning library |
| **_Guideline Public Companies_**[1] | | | | | | |
| GP Strategies | 512 | 47 | 9.3% | (3.3%) (1-year) | 10.9x | Performance improvement and learning solutions delivering training, curriculum design and development, digital learning, management learning to the healthcare, software, financial services, and other industries |
| HealthStream | 755 | 38 | 15.3% | 5.9% | 19.9x | SASS subscription-based workforce development solutions for talent management, training, certification, and development needs. Also provides applications for recruiting, performance appraisal, compensation management, and other workforce management needs |

**Guideline multiples**



| | TTM EBITDA |
|---|---|
| *(USD in thousands)* | **2017** |
| **ASiM & ERAD Adjusted EBITDA** | **$1,073** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

103

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 207 of 617

## ASiM Holdings
# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Total Revenue** | $ 6,750 | $ 8,775 | $ 9,038 | $ 9,309 | $ 9,589 | $ 9,876 | $ 10,074 |
| *Revenue Growth (%)* | *(18.4%)* | *30.0%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *2.0%* |
| Less: Total Operating Expenses | 5,677 | 6,767 | 6,643 | 6,842 | 7,048 | 7,259 | 7,404 |
| **Equals: Adjusted EBITDA** | $ 1,073 | $ 2,008 | $ 2,395 | $ 2,467 | $ 2,541 | $ 2,617 | $ 2,670 |
| *Adjusted EBITDA Margin (%)* | *15.9%* | *22.9%* | *26.5%* | *26.5%* | *26.5%* | *26.5%* | *26.5%* |
| Less: Depreciation Expense | 643 | 13 | - | - | - | - | - |
| **Equals: Adjusted EBITA** | $ 430 | $ 1,995 | $ 2,395 | $ 2,467 | $ 2,541 | $ 2,617 | $ 2,670 |
| *Adjusted EBITA Margin (%)* | *6.4%* | *22.7%* | *26.5%* | *26.5%* | *26.5%* | *26.5%* | *26.5%* |
| Less: Income Taxes | | 541 | 649 | 669 | 689 | 709 | 723 |
| **Equals: Debt Free Net Income** | | $ 1,454 | $ 1,746 | $ 1,798 | $ 1,852 | $ 1,908 | $ 1,946 |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 13 | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (322) | (42) | (43) | (44) | (46) | (31) |
| **Equals: Debt Free Net Cash Flow** | | $ 1,789 | $ 1,788 | $ 1,841 | $ 1,897 | $ 1,954 | $ 1,977 |
| Terminal | | | | | | | 10,408 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9091 | 0.7513 | 0.6209 | 0.5132 | 0.4241 | 0.4241 |
| **Present Value of Debt Free Net Cash Flow** | | $ 1,626 | $ 1,343 | $ 1,143 | $ 973 | $ 829 | $ 4,414 |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 5,915 | | | | | |
| Plus: Present Value of Terminal Value | | 4,414 | | | | | |
| Plus: Tax Benefit of Amortization | | 1,224 | | | | | |
| **Equals: Fair Value of Business Enterprise Value (Rounded)** | | $ 11,500 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**ASiM Holdings**

# Weighted Average Cost of Capital

 

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt  $R_d$ = Interest rate on debt

E = Market value of equity  $R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.09 based on the indicated comparable company betas.

**4 Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**
KPMG selected a company specific risk premium of 7.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**
A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 7.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.09 |
| Size Premium | 5.3% |
| **Cost of Equity** | **21.5%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 95.0% |
| Debt | 5.0% |
| | |
| **WACC (Rounded)** | **21.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ BCC was founded in 1971 and analyzes market, strategic, and technological trends for various industries including pharmaceuticals, industrials, and technology and provides market research reports to individuals, companies, or universities

- ❖ The company focuses on industries with a high rate of change either due to technological advancements or regulatory environments

- ❖ BCC offers access to their reports on a subscription service model, which provides access to all market research content in specific industry vertical, or on a customers can purchase a single report

- ❖ BCC utilizes a reseller network to market and sell its individual market reports

- ❖ BCC focuses on utilizing as much primary research as possible, which improves BCC's report quality compared to other competitors

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2005 | $4,200,000 | n/a |

- ❖ Acquisition Rationale
  - BCC offers quality product and has historically high customer retention rates

- ❖ Acquisition Synergies
  - Certain back office functions such as IT, accounting, production, and marketing are performed by Eli's India Operations Center

## Key valuation drivers

- ❖ BCC has a diversified customer base with the largest, Global Information, Inc. (reseller), representing just 6% of revenue and the top ten customers only representing 18% of revenue

- ❖ The industry is highly fragmented, with many large and smaller providers

- ❖ University customers represent an interesting target
  - Typically not as concerned with having the newest report
  - Require access to multiple different verticals
  - Can customize services leading to higher prices

- ❖ BCC replaced its CEO in 2017

### Key opportunities

- ❖ **Customer focus:** Increasing focus on education customers, which require access to many verticals and have high renewal rates.

- ❖ **Increasing market share:** Capturing growth in the healthcare space as new regulations and technologies drive change

- ❖ **Subscription business:** Continued growth in the subscription business while maintaining single-report sales

- ❖ **Product expansion:** Provide more general industry reports which could be done at a higher volume and lower cost

### Key risks

- ❖ **Competitive Industry:** The industry is highly competitive, especially in the single report market – competitors (primarily in Asia) are creating reports in bulk based mainly on secondary sources, which is shortening the viable life of an individual report and lowering the price point for the industry

- ❖ **Price Pressures:** Increasing number of resellers pushing report prices down and providing additional source options to end users


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | CEO Compensation | Rent Expense | Audit Fees | TTM 2017 Adj. EBITDA |

$1.3mn ... $1.3mn

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustment include the following:

  - Adjustment for severance for prior CEO

  - Adjustment for rent reduction

  - Adjustment for audit fees

## Financial highlights [2]

| ($ in thousands) **Financial Highlights** | TTM 2017A | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 6,947 | $ 7,086 | $ 7,228 | $ 7,372 | $ 7,520 | $ 7,670 |
| % Growth | *n/a* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* |
| Adjusted EBITDA | 1,287 | 1,312 | 1,339 | 1,365 | 1,393 | 1,421 |
| % Growth | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* |

$8,000
$6,000
$4,000
$2,000
$0

| 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |

■ Revenue  ▦ Pro Forma EBITDA

- ❖ BCC has experienced a decline in revenue as additional competitors have entered the market in the single report space

- ❖ The subscription-based business has been growing recently but the growth has been offset by the decline in the single report business

- ❖ Going forward, revenue is expected to increase by 2.0% annually with an EBITDA margin expected to be consistent with 2017 results

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 211 of 617

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected TTM EBITDA Multiple | 6.5x |
| TTM EBITDA | 1,287 |
| **Concluded Fair Value (Rounded)** | **$8,500** |
| *Weighting* | *50%* |

- ❖ KPMG selected an EBITDA multiple of 6.5x based on a review of the trading multiples of the guideline public companies and BCC's relative size and low expected growth
- ❖ BCC was purchased for $4.2 million in 2005.

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 16.0% |
| Long-Term Growth Rate | 1.0% |
| **Concluded Fair Value (Rounded)** | **$8,000** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ KPMG included additional company-specific risk of 4.0% to account for the risk of stabilizing the business after experiencing revenue and profit declines in 2015, 2016, and 2017

| **Enterprise value** | **$8,250,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

108

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 3-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| R.L. Polk & Co. | 1,484 | $103 | 25.1% | n/a | 14.4x | Provides market research and analytics for the automotive industry; offers insights and forecasts on market potential |
| Harris Interactive, Inc. | 105 | 12 | 8.4% | n/a | 8.9x | Offers polling on public opinion in the areas of sports, health, politics, and the economy; provides proprietary market and customer insight solutions |
| Macromill, Inc. | 436 | 45 | 25.3% | n/a | 9.8x | Provides online, mobile, and global marketing research, consumer buying patterns, and marketing consulting services; provides a proprietary automatic online marketing research and analytical reports |
| New Paradigm Resources Group, Inc. | 41 | 4 | 32.2% | n/a | 10.1x | Identifies and analyzes emerging trends and technologies; provides detailed research on pricing and promotional tactics; strategic consulting, sector analysis, and market analytics |
| *Guideline Public Companies*[1] | | | | | | |
| Intage Holdings | 557 | 51 | 11.5% | 2.8% | 11.0x | Market research firm in Japan; offers data, analysis, and contract and panel research, for manufacturers and services businesses |
| Forrester Research, Inc. | 819 | 37 | 11.0% | 435% (2-year) | 22.4x | Offers syndicated research to assist with strategic decision-making; provides products that interconnect reports and data for companies |
| Ipsos SA | 2,431 | 226 | 11.1% | 9.1% | 10.7x | Provides survey-based media and advertising research for brands; offers marking, brand growth, pack testing, and path to purchase research |

**Guideline Multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **BCC Adjusted EBITDA** | **$1,287** |



[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | Terminal |
| **Total Revenue** | $ 6,947 | $ 7,086 | $ 7,228 | $ 7,372 | $ 7,520 | $ 7,670 | $ 7,747 |
| *Revenue Growth (%)* | n/a | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.0% |
| | | | | | | | |
| Less: Total Expenses | 5,661 | 5,774 | 5,889 | 6,007 | 6,127 | 6,250 | 6,312 |
| **Equals: Adjusted EBITDA** | $ 1,287 | $ 1,312 | $ 1,339 | $ 1,365 | $ 1,393 | $ 1,421 | $ 1,435 |
| *Adjusted EBITDA Margin (%)* | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% |
| | | | | | | | |
| Less: Depreciation | 31 | 49 | 19 | 19 | 16 | 16 | 16 |
| **Equals: Adjusted EBIT** | $ 1,255 | $ 1,263 | $ 1,320 | $ 1,346 | $ 1,377 | $ 1,405 | $ 1,419 |
| *Adjusted EBIT Margin (%)* | 18.1% | 17.8% | 18.3% | 18.3% | 18.3% | 18.3% | 18.3% |
| | | | | | | | |
| Less: Income Taxes | | 342 | 358 | 365 | 373 | 381 | 384 |
| **Equals: Debt Free Net Income** | | $ 921 | $ 962 | $ 982 | $ 1,004 | $ 1,024 | $ 1,034 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 49 | 19 | 19 | 16 | 16 | 16 |
| Less: Capital Expenditures | | 12 | 19 | 19 | 16 | 16 | 16 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 26 | 26 | 27 | 27 | 28 | - |
| **Equals: Debt Free Net Cash Flow** | | $ 932 | $ 936 | $ 955 | $ 976 | $ 996 | $ 1,034 |
| | | | | | | | |
| Terminal | | | | | | | 6,895 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9285 | 0.8004 | 0.6900 | 0.5948 | 0.5128 | 0.5128 |
| **Present Value of Debt Free Net Cash Flow** | | $ 866 | $ 749 | $ 659 | $ 581 | $ 511 | $ 3,536 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 3,366 |
| Plus: Present Value of Terminal Value | 3,536 |
| Plus: Tax Benefit of Amortization | 1,108 |
| **Equals: Business Enterprise Value** | $ 8,000 |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

110

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.83 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 4.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BB-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 4.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.83 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.9%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 95.0% |
| Debt | 5.0% |
| **WACC (Rounded)** | **16.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

111

## Fiasco Fine Wine
# Overview



### Company background

- ❖ FFW distributes domestic and imported craft beer, wines, and uncommon spirits to retailers such as Costco, CVS, and Total Wine.

- ❖ The Company is the third largest alcoholic beverages distributor in New Mexico, founded in 2003. The Company does not have distribution licenses in other states as of the valuation date.

- ❖ Major competitors include national distributors such as Southern Glazer's Wine & Spirits and National Wine & Spirits as well as smaller players in the Southwest.

### Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| **July 2017** | **$6,200,000** | 8.0x |

- ❖ Acquired 80% with an equity equivalency agreement established for the remaining 20%

- ❖ Acquisition Rationale

  - ▪ FFW offers Eli an established business on which to begin a portfolio of alcohol-related companies

  - ▪ Distribution rights in New Mexico are protected by franchise law inhibiting clients from easily switching distributors.

  - ▪ Historically, FFW has consistently achieved high EBITDA with low capital expenditure requirements.

### Key valuation drivers

**Key opportunities**

- ❖ **Strategic Relationships**: FFW has opportunities to grow its relationships with major retailers such as Whole Foods, Total Wine, CVS, Costco, Food Lion, and Trader Joe's. New targets include Wal-Mart and Walgreens.

- ❖ **No Contracts**: FFW benefits from a lack of contracts with vendors or retailers; under New Mexico law, it is exceedingly difficult to change distributors except in the case of contract violation. Since FFW does not have contracts, contract violation is nearly impossible.

- ❖ **Product Expansion**: FFW can pursue additional vendors with niche products that are ignored by larger distributors and acquire brands that are dropped by competitors.

**Key risks**

- ❖ **Experience**: Eli has limited experience in the industry, and the founder, Thomas Wolinski, has shown some resistance to the new management structure. Retention of the sales staff is critical to maintaining pre-acquisition business-as-usual operations.

- ❖ **Customer Concentration**: The largest customer, Costco, represents one third of total revenue. Costco sales (particularly wine) are low margin, but are high volume. If Costco continues to squeeze margins, the Company may need to revaluate the relationship.

- ❖ **Regulatory**: Changes in unilateral legislation in New Mexico protecting distributors' would negatively impact the current business model and profitability.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information





## TTM 2017 EBITDA adjustments [1]

-$0.3mn · TTM 2017 EBITDA · Inventory Adjustment · M&A Legal Costs · Other Adjustments · $0.5mn TTM 2017 Adj. EBITDA

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The following adjustments were made to TTM EBITDA
  - ▪ One-time COGS inventory valuation true up in line with GAAP purchase accounting
  - ▪ M&A legal costs
  - ▪ Other adjustments include adjusting for compensation adjustments and run rate rental expense



## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 8,276 | $ 8,689 | $ 9,124 | $ 9,580 | $ 10,059 | $ 10,562 |
| % Growth | 10.1% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 500 | 818 | 859 | 902 | 947 | 994 |
| % Margin | 6.0% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% |

■ Revenue  ▨ Pro Forma EBITDA

- ❖ Growth expectations are based on relationship expansion with major retailers such as Whole Foods, Total Wine, CVS, Costco, Food Lion, and Trader Joe's, as well as potential new relationships with Wal-Mart and Walgreens
- ❖ Niche product expansion may help sustain future growth and profitability

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

113

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 11.5x |
| TTM Adjusted EBITDA | $500 |
| **Concluded Fair Value (Rounded)** | **$5,800** |
| *Weighting* | *50%* |

- ❖ FFW was acquired in July 2017 at a 10.3x EBITDA multiple for $6.2 million
- ❖ KPMG selected an EBITDA multiple of 11.5x based on a review of the guideline companies and guideline transactions on the following page such as AMCON Distributing Company

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 15.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$5,500** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ Additional company-specific risk premium of 5.0% based on the risk associated with FFW's expected revenue and margin growth after experiencing a decline in EBITDA in 2017

| Enterprise value | $5,650,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

114

## Fiasco Fine Wine

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Matthew Clark (Holdings) Limited | 270 | 34 | 3.1% | n/a | 7.8x | Alcoholic beverage distributor in the United Kingdom; handles wine, beer and spirits. |
| **_Guideline Public Companies_**[1] | | | | | | |
| AMCON Distributing Company | 129 | 8 | 0.9% | n/a | 15.6x | Specialty food company, distributing food, beverages, and other goods to health food stores, restaurants and bars, and other retailers. |

**Guideline multiples**





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **FFW Adjusted EBITDA** | **$500** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Fiasco Fine Wine

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 8,276 | $ 8,689 | $ 9,124 | $ 9,580 | $ 10,059 | $ 10,562 | $ 10,773 |
| *Revenue Growth (%)* | *10.1%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 7,775 | 7,871 | 8,265 | 8,678 | 9,112 | 9,568 | 9,759 |
| **Equals: Adjusted EBITDA** | $ 500 | $ 818 | $ 859 | $ 902 | $ 947 | $ 994 | $ 1,014 |
| *Adjusted EBITDA Margin (%)* | *6.0%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* |
| | | | | | | | |
| Less: Depreciation | 23 | - | - | - | - | - | - |
| **Equals: Adjusted EBIT** | $ 477 | $ 818 | $ 859 | $ 902 | $ 947 | $ 994 | $ 1,014 |
| *Adjusted EBIT Margin (%)* | *5.8%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* | *9.4%* |
| | | | | | | | |
| Less: Income Taxes | | 222 | 233 | 244 | 257 | 269 | 275 |
| **Equals: Debt Free Net Income** | | $ 596 | $ 626 | $ 657 | $ 690 | $ 725 | $ 739 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | - | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 200 | 43 | 46 | 48 | 50 | 21 |
| **Equals: Debt Free Net Cash Flow** | | $ 396 | $ 583 | $ 612 | $ 642 | $ 674 | $ 718 |
| | | | | | | | |
| Terminal | | | | | | | 5,524 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9325 | 0.8109 | 0.7051 | 0.6131 | 0.5332 | 0.5332 |
| **Present Value of Debt Free Net Cash Flow** | | $ 369 | $ 472 | $ 431 | $ 394 | $ 360 | $ 2,945 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 2,027 | | | | | |
| Plus: Present Value of Terminal Value | | 2,945 | | | | | |
| Plus: Tax Amortization Benefit | | 545 | | | | | |
| **Business Enterprise Value, Rounded** | | $ 5,500 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

116

## Fiasco Fine Wine

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity



**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.76 based on the indicated comparable company betas.

**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**

KPMG selected a company specific risk premium of 5.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.

**2 Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**

A 27.1 percent corporate tax rate is based on the corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey..

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 5.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.76 |
| Size Premium | 5.3% |
| **Cost of Equity** | **17.4%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 80.0% |
| Debt | 20.0% |
| | |
| **WACC (Rounded)** | **15.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Ohio Medical Physics Consulting, Inc.

# Overview



## Company background

❖ Ohio Medical Physics Consulting ("OMPC") provides outsourced physics services relating to radiation safety

❖ The Company has 3 primary business segments: diagnostics, therapy, and ZapIT. Diagnostics calibrates anything that uses x-rays. Therapy plans patients' cancer treatments and monitors the prescribed dosage, and does the commissioning of new facilities. ZapIT provides a software to benchmark and tracks quality assurance procedures for radiation machines

❖ OMPC offers a client friendly model that offers robust local client support and builds strong relationships

❖ Per Eli Management, the diagnostics segment has a 50-60% market share in Ohio and are expecting to have an 80-100% market share. OMPC is also the only major player in the outsourced therapy market

### Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| June 2016 | $4,170,000 | 4.3x |

❖ Acquired 80% of OMPC with an equity equivalency agreement established for the remaining 20%

❖ Acquisition Rationale

- OMPC reached out to Eli to gauge interest in the acquisition. Eli did not use a broker. There were no other bidders or potential buyers

- Eli specifically targeted the medical physics industry as it was a strong strategic opportunity for the company due to the portfolio manager's background in the industry

- Eli Management believes that the diagnostic business segment typically warrants approximately an 8.0x EBITDA multiple and Eli was able to acquire OMPC (a diagnostic company) for approximately a 4.6x EBITDA multiple

## Key valuation drivers

❖ OMPC's competitors include Kish, Unicon, West Physics, and Landauer. The larger competitors do not have local customer relationships like OMPC

❖ When renewing the contract with Mercy Health, OMPC raised its price from the previous contract and still beat its competition, showcasing the comparatively high quality of work performed by OMPC

❖ The Therapy segment represented 61% of 2017 revenues and the Diagnostics segment represented 39%. However, the Diagnostics segment is more profitable

### Key risks

❖ **Leadership Buy-In**: The former owner has not embraced outsourcing to India. This could place pressure on achieving certain cost savings

❖ **Price Sensitivity:** OMPC has not raised prices over the last three years for existing customers and would like to start increasing prices. OMPC just raised the price by 8% on their largest customer (Mercy) and kept the business but others may not be receptive

### Key opportunities

❖ **Cost Savings**: Potential to outsource report review and invoicing to India. This will allow the physicists to focus more on the clinic work which should increase volume and profits

❖ **Geographic Expansion**: Expansion to states outside Ohio. A strong local presence is a key factor to stealing market share from national companies such as Landauer and West Physics

❖ **Product Improvement**: OMPC is going to combine ZapIT with the recently purchased Alliance Radiology to create a more comprehensive solution, which will allow OMPC to continue increasing the price for the combined product offering

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Ohio Medical Physics Consulting, Inc.**

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Adjustment for audit expense related to ZapIT
  - Adjustment for legal fees
  - Adjustment for recruiting expense
  - Adjustment for audit fees

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 4,997 | $ 5,247 | $ 5,509 | $ 5,785 | $ 6,074 | $ 6,378 |
| % Growth | *44.5%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 816 | 866 | 909 | 954 | 1,002 | 1,052 |
| % Margin | *16.3%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* |



- ❖ The high revenue growth in 2017 was driven by price increases for existing customers
- ❖ Revenue growth is expected to be driven by geographic expansion outside of Ohio
- ❖ EBITDA margins are expected to remain consistent with recent historical results

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Ohio Medical Physics Consulting, Inc.**

# Valuation summary



## Market Approach Results

| (USD in thousands) | Selected |
| --- | --- |
| Selected EBITDA Multiple | 6.0x |
| TTM Adjusted EBITDA | $816 |
| **Concluded Fair Value (Rounded)** | **$4,900** |
| *Weighting* | *50%* |

❖ KPMG selected an EBITDA multiple of 6.0x based on observed M&A transactions of Landauer and Alliance Healthcare as well as the review of the trading multiples of the comparable public companies, Digirad and RadNet

❖ OMPC was acquired in June 2016 at a 4.3x EBITDA multiple

## Income Approach Results

| (USD in thousands) | Key Assumptions |
| --- | --- |
| Selected Discount Rate | 15.5% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$5,400** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate

❖ Additional company-specific risk premium was included of 4.0% based on the risk associated with successfully expanding geographic markets in order to support its growth expectations

| **Enterprise value** | **$5,200,000** |
| --- | --- |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Ohio Medical Physics Consulting, Inc.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Landauer | 741 | 44 | 28.5% | n/a | 17.0x | Provides technical and analytical services, and outsourced medical physics services. Segments include radiation measurement segment and medical physics segment |
| Envision Healthcare | 7,426 | 640 | 10.1% | n/a | 11.6x | Physician-led outsourced medical services to hospitals and healthcare systems |
| Alliance Healthcare | 823 | 127 | 26.9% | n/a | 6.5x | Provides outsourced healthcare services to hospitals through 3 segments: Radiology, Oncology, and Interventional |
| ***Guideline Public Companies*[1]** | | | | | | |
| Digirad Corporation | 80 | 10 | 8.5% | 26.5% | 8.0x | Provides healthcare solutions through 4 segments, including Diagnostic Services and Diagnostic Imaging |
| RadNet | 1,143 | 137 | 15.8% | n/a | 8.4x | Outpatient diagnostic imaging services including magnetic resonance imaging and diagnostic radiology |

**Guideline multiples**





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **OMPC Adjusted EBITDA** | **$816** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Ohio Medical Physics Consulting, Inc.

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Total Revenue** | $ 4,997 | $ 5,247 | $ 5,509 | $ 5,785 | $ 6,074 | $ 6,378 | $ 6,569 |
| *Revenue Growth (%)* | *44.5%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 4,181 | 4,381 | 4,600 | 4,830 | 5,072 | 5,325 | 5,485 |
| **Equals: Adjusted EBITDA** | $ 816 | $ 866 | $ 909 | $ 954 | $ 1,002 | $ 1,052 | $ 1,084 |
| *Adjusted EBITDA Margin (%)* | *16.3%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* | *16.5%* |
| | | | | | | | |
| Less: Depreciation Expense | 840 | 434 | 211 | 221 | 232 | 244 | 251 |
| **Equals: Adjusted EBITA** | $ (24) | $ 431 | $ 698 | $ 733 | $ 770 | $ 808 | $ 833 |
| *Adjusted EBITA Margin (%)* | *(0.5%)* | *8.2%* | *12.7%* | *12.7%* | *12.7%* | *12.7%* | *12.7%* |
| | | | | | | | |
| Less: Income Taxes | | 117 | 189 | 199 | 209 | 219 | 226 |
| **Equals: Debt Free Net Income** | | $ 314 | $ 509 | $ 535 | $ 561 | $ 589 | $ 607 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 434 | 211 | 221 | 232 | 244 | 251 |
| Less: Capital Expenditures | | 201 | 211 | 221 | 232 | 244 | 251 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (47) | (39) | (41) | (43) | (46) | (29) |
| **Equals: Debt Free Net Cash Flow** | | $ 596 | $ 548 | $ 576 | $ 605 | $ 635 | $ 636 |
| | | | | | | | |
| Terminal | | | | | | | 5,086 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9305 | 0.8056 | 0.6975 | 0.6039 | 0.5229 | 0.5229 |
| **Present Value of Debt Free Net Cash Flow** | | $ 554 | $ 442 | $ 402 | $ 365 | $ 332 | $ 2,659 |
| | | | | | | | |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 2,095 | | | | | |
| Plus: Present Value of Terminal Value | | 2,659 | | | | | |
| Plus: Tax Benefit of Amortization | | 660 | | | | | |
| **Equals: Fair Value of Business Enterprise Value (Rounded)** | | $ 5,400 | | | | | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Ohio Medical Physics Consulting, Inc.**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt   $R_d$ = Interest rate on debt

E = Market value of equity   $R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$



**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.



**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.81 based on the indicated comparable company betas.



**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**5 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**

KPMG selected a company specific risk premium of 4.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.



**1 Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.



**3 Tax Rate**

A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 4.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.81 |
| Size Premium | 5.3% |
| **Cost of Equity** | **16.8%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| | |
| **WACC (Rounded)** | **15.5%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

123

# Overview



## Company background

❖ Engaged Media is a magazine and online content publisher, providing publications related primarily to enthusiast markets in areas such as automotive, home, outdoor, and action sports

❖ The company's portfolio includes over 30 magazines, covering topics as diverse as fantasy football, interior design, drag racing, and paintball

❖ Revenues come from subscriptions, newsstand sales, and advertising

❖ Purchased out of bankruptcy

❖ Romantic Homes, a magazine dedicated to home decorating and interior design, is Engaged Media's highest volume product

❖ Revenue is primarily comprised of advertising revenue, newsstand sales, and subscriptions



## Key valuation drivers

❖ Experienced a large decline in newsstand volume starting in 2015. The company shifted focus in 2016 to drive advertising revenue and enhance Engaged's digital offerings

❖ In 2017, the Company brought in a new CEO but advertising revenue growth was offset by continued shrinkage in newsstand revenue

### Key opportunities

❖ **Digital Products**: Expansion of digital subscriptions and mobile apps - combined for $0.5 million of revenue in 2017

❖ **Advertising Growth**: Focusing on pushing content out through more channels beyond print. Advertisers are attracted to Engaged's content due to their loyal customer base and targeted subject matter

❖ **Expansion of Brands**: Capture new subject matter, particularly in the home and auto spaces

### Key risks

❖ **Industry Contraction**: Consistent with most print media, Engaged's newsstand business is declining. Although Engaged Media has established an online presence for some of its publications and is focusing on digital platforms, the company will continue to face industry headwinds

❖ **Limited Market Size**: Engaged's content targets small niche interest groups with limited organic expansion potential

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

124

# Financial information



## TTM 2017 EBITDA adjustments [1]



$0.4mn — TTM 2017 EBITDA
Audit Fees
CEO Compensation
$0.5mn — TTM 2017 Adj. EBITDA

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Pro forma audit fees
  - Reallocation of CEO bonus between 2016 and 2017 and run rate rent expense

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 17,307 | $ 17,653 | $ 18,006 | $ 18,366 | $ 18,733 | $ 19,108 |
| % Growth | -9.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 507 | 599 | 611 | 623 | 636 | 649 |
| % Margin | 2.9% | 3.4% | 3.4% | 3.4% | 3.4% | 3.4% |



■ Revenue  ■ Pro Forma EBITDA

- ❖ Newsstand revenue has declined from $12.0 million to $8.7 million from 2015 to 2017 while advertising revenue has grown from $5.0 million to $6.2 million over the same period
- ❖ Revenue is expected to stabilize as advertising and digital products provide an area for offsetting growth against the newsstand business
- ❖ Adjusted EBITDA margins are expected to remain consistent over the projection period
- ❖ While the accrual 2017 EBITDA margin was 2.9%, the adjusted cash basis 2017 EBITDA margin was 3.4%, which is consistent with the projected cash basis EBITDA margin

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 5.0x |
| TTM Adjusted EBITDA | $507 |
| **Concluded Fair Value (Rounded)** | **$2,500** |
| *Weighting* | *50%* |

- ❖ KPMG selected an EBITDA multiple of 5.0x based on the multiple of the Groupe Altice transaction as well as the trading multiples of GVIC Communications and Haynes Publishing
- ❖ KPMG considered Engaged's unique and targeted content but also its declining newsstand business when selecting our multiple

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 21.0% |
| Long-Term Growth Rate | 1.0% |
| **Concluded Fair Value (Rounded)** | **$3,100** |
| *Weighting* | *50%* |

- ❖ Refer to the Weighted Average Cost of Capital page for further detail on the build up of the discount rate
- ❖ An additional company-specific risk premium of 11.0% was included to account for the risk related to Engaged stabilizing the newsstand business going forward, and successfully building out the digital offering

| Enterprise value | $2,700,000 |
|---|---|

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

126

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 230 of 617

# Income approach support



| | Historical | Projected Fiscal Year Ending, | | | | | Terminal |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Revenue** | $ 17,307 | $ 17,653 | $ 18,006 | $ 18,366 | $ 18,733 | $ 19,108 | $ 19,299 |
| *Revenue Growth (%)* | *(9.4%)* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *1.0%* |
| Less: Total Operating Expenses | 16,800 | 17,054 | 17,395 | 17,743 | 18,097 | 18,459 | 18,644 |
| **Equals: Adjusted EBITDA** | $ 507 | $ 599 | $ 611 | $ 623 | $ 636 | $ 649 | $ 655 |
| *Adjusted EBITDA Margin (%)* | *2.9%* | *3.4%* | *3.4%* | *3.4%* | *3.4%* | *3.4%* | *3.4%* |
| Less: Depreciation | 22 | 143 | 79 | 79 | 30 | 30 | 30 |
| **Equals: Adjusted EBIT** | $ 485 | $ 456 | $ 532 | $ 544 | $ 606 | $ 619 | $ 625 |
| *Adjusted EBIT Margin (%)* | *2.8%* | *2.6%* | *3.0%* | *3.0%* | *3.2%* | *3.2%* | *3.2%* |
| Less: Income Taxes | | 124 | 144 | 147 | 164 | 168 | 169 |
| **Equals: Debt Free Net Income** | | $ 333 | $ 388 | $ 397 | $ 442 | $ 451 | $ 456 |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation | | 143 | 79 | 79 | 30 | 30 | 30 |
| Less: Capital Expenditures | | 30 | 30 | 30 | 30 | 30 | 30 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (18) | (19) | (19) | (19) | (20) | (10) |
| **Equals: Debt Free Net Cash Flow** | | $ 464 | $ 456 | $ 465 | $ 461 | $ 471 | $ 466 |
| Terminal | | | | | | | 2,329 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9091 | 0.7513 | 0.6209 | 0.5132 | 0.4241 | 0.4241 |
| **Present Value of Debt Free Net Cash Flow** | | $ 422 | $ 343 | $ 289 | $ 237 | $ 200 | $ 988 |
| Present Value of Debt Free Net Cash Flows in Projection Period | | 1,490 | | | | | |
| Plus: Present Value of Terminal Value | | 988 | | | | | |
| Plus: Tax Amortization Benefit | | 608 | | | | | |
| **Business Enterprise Value, Rounded** | | $ 3,100 | | | | | |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

127

**Engaged Media**

# Weighted Average Cost of Capital



### Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1 — Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.65 based on the indicated comparable company betas.

**4 — Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**
KPMG selected a company specific risk premium of 11.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 — Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of BBB-rated corporate bonds.

**2 — Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**
A 27.1 percent corporate tax rate is based on the corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey..

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 11.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.65 |
| Size Premium | 5.3% |
| **Cost of Equity** | **22.8%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **21.0%** |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 3-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Time Inc. | 2,805 | 388 | 13.5% | 7.9% | 7.2x | Operates a multi-platform media and content company; best known for publishing Time Magazine |
| Groupe Altice Media | 270 | n/a | n/a | n/a | 4.5x | Publishes and markets magazines, newsletters, and special issues |
| ***Guideline Public Companies*** [(1)] | | | | | | |
| GVIC Communications | 146 | 29 | 12.9% | n/a | 5.0x | Operates as an information and marketing company; publishes weekly farm papers, magazines, and periodicals, as well as regional newspapers and other publications |
| Haynes Publishing Group | 43 | 7 | 17.1% | n/a | 6.6x | Publishes and sells specialty materials such as automotive repair manuals and other DIY guides |

### Guideline multiples



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **Engaged Adjusted EBITDA** | **$507** |

[(1)] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

129

**Appendix**

# Sources of Information

- ❖ Historical and projected financial information for the GHTG portfolio companies, provided by Management.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence / investment memos prepared by Eli or third-party providers.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with portfolio Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

Mark Kitchen – Concurring Review Partner
James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Eli Global



**Valuation of Global Health Technology Group, LLC**

**Valuation Date: March 1, 2018**

**Report Date: April 11, 2018**



April 11, 2018

KPMG LLP
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

Tom Nolan
Associate
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**Re: Pricing Analysis for Global Health Technology Group, LLC**

Dear Mr. Nolan,

In accordance with the scope of services outlined in our engagement letter signed on February 26, 2018, KPMG's Economic and Valuation Services ("KPMG") hereby encloses our pricing analysis of the 37 operating companies (the "Subject Companies") of Global Health Technology Group, LLC ("GHTG", the "Target", or the "Company").

This report is to be used by Eli Global, LLC's ("Eli's") management ("Management") strictly for your internal planning purposes related to determining a range of potential prices for the enterprise value of GHTG, and the price will be determined solely by negotiation between Eli and potential investors or lendors. It is not to be used or relied upon for any other purpose without the express written consent of KPMG.

This pricing analysis cannot be used to determine a purchase price of GHTG or the Subject Companies. Our analysis as attached is intended to provide a broad and preliminary range of the value of GHTG which is supportable in terms of relevant pricing approaches such as comparisons to sales of other companies, discounted cash flow analyses, or other earnings-based analyses. Our pricing analysis is not a substitute for Eli's own due diligence.

In the attached report, the price is defined as:

*The price at which property would changes hands between a willing buyer and a willing seller when the former is not under an compulsion to buy and the latter is not under an compulsion to sell, both parties having reasonable knowledge of relevant facts.*

The report provided under this engagement letter is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

This report sets forth our conclusions and the primary factors we considered in the valuation. Our report is subject to the terms and conditions set forth in our engagement letter and the attached limiting assumptions. This report is not supporting a "listed" or "principal purpose" transaction.

Thank you for the opportunity to be of service to you.

Respectfully submitted,





© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Global Health Technology Group

# Table of contents

| I. | Summary | |
|---|---|---|
| | Summary of Values | 4 |
| | Extraordinary Assumptions | 5 |

| II. | Clanwilliam group portfolio | |
|---|---|---|
| | Overview | 6 |
| | Clanwilliam Investments | 7 – 10 |
| | Epic Solutions | 11 – 12 |
| | Maxwell Stanley | 13 – 14 |
| | Medical Business Systems | 15 – 16 |
| | Medisec | 17 – 18 |
| | Toniq | 19 – 20 |
| | PharmaSys | 21 – 22 |
| | Valuation Summary | 23 – 25 |

| III. | Eye care leaders | |
|---|---|---|
| | Overview/Financial Information | 26 – 28 |
| | Valuation Summary | 29 – 30 |

| IV. | Accounts receivable management portfolio | |
|---|---|---|
| | Overview | 31 |
| | CBV Collection Services Ltd | 32 – 33 |
| | Global Credit & Collections (Affinity Global) | 34 – 35 |
| | AR Allegiance | 36 – 37 |
| | FTGU Medical Consulting | 38 – 39 |
| | Trans-Continental Credit and Collections | 40 – 41 |
| | Credit Management Co. | 42 – 43 |
| | Valuation Summary | 44 – 46 |

| V. | Other entities | |
|---|---|---|
| | Standard Advisory Services Limited (SASL) | 47 – 48 |
| | India Operations Center | 49 – 50 |
| | Beckett Collectables Inc. | 51 – 53 |
| | Arcane Tinmen | 54 – 57 |
| | 3BL | 58 – 61 |
| | Fleet Assist Ltd | 62 – 65 |
| | Marval Group Limited | 66 – 69 |
| | The Coding Institute | 70 – 73 |
| | ASiM Holdings | 74 – 77 |
| | BCC Research | 78 – 81 |
| | Fiasco Fine Wine | 82 – 85 |
| | Ohio Medical Physics Consulting, Inc. (OMPC) | 86 – 89 |
| | Engaged Media | 90 – 93 |

| VI. | Appendices | |
|---|---|---|
| | Appraisal Certification | |
| | Limiting Assumptions | |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 240 of 617

# Summary of values

| | |
|---|---|
| **Portfolio enterprise value** [1] | **$1,006,450,000 – $1,137,550,000** |
| *(-) Management EEAs* [2] | *31,885,000 – 33,685,000* |
| **(=) Enterprise value, excl. management EEAs** *(rounded)* | **$975,000,000 – $1,100,000,000** |
| ***Non-operating items*** | |
| *(+) GHTG cash (12/31/17)* | *27,974,868* |
| *(+) Due from related parties (12/31/17)* | *60,503,391* |
| *(+) Loans receivable – related parties (12/31/17)* | *40,370,261* |
| *(-) Non-operating net working capital deficit (12/31/17)* [3] | *2,387,435* |
| **(=) Total enterprise value, adjusted for non-operating items** *(rounded)* | **$1,100,000,000 – $1,225,000,000** |
| *Liabilities on 12/31/17* [4] | |
| *Related-Party Debt/Payables* | *325,093,760* |
| *Third-Party Debt/Payables* | *183,009,557* |



**Portfolio total enterprise value**

- ARM 16%
- ECL 18%
- Clanwilliam 20%
- SASL 28%
- Other 19%

(1) Includes equity interests not owned by Eli. Assumes a 100% interest in the business enterprise.

(2) Includes the value of the EEAs for Marval, Arcane Tinmen, Toniq, Maxwell, MBS, 3BL, Epic, OMPC, ASIM, FFW, FTGU, and HRWeb. Refer to the individual company section for more detail.

(3) Represent net working capital and other long-term assets held at ASL Holdings LLC, Triton Financial Limited, American Healthcare Alliance Limited, and PMMS Investments.

(4) Includes all debt and debt-like items with third parties as well as related parties as of December 31, 2017.

## Key assumptions

- ❖ None of GHTG's debt was assessed as part of this valuation. Per management, the scope of our valuation is to estimate a range of value for enterprise value

- ❖ The equity equivalency agreement ("EEA") amounts were determined utilizing the EBITDA multiples specified in each agreement, which were provided by Eli management. Eli management indicated the EEAs would be called/payed out prior to an entity's hypothetical sale to a third party

- ❖ KPMG did not receive all contracts with the India Operations Center ("IOC") but utilized the Master Services Agreement, which includes a number of GHTG entities, as a representative sample contract for the basis of our valuation

## Key assumptions

- ❖ The financial data utilized in this valuation were provided by Eli management and represent the latest available financial data as of the date of this report

- ❖ Per Eli management, the "non-operating items" added to GHTG's enterprise value represent cash and non-operating accounts with entities outside GHTG as of December 31, 2017. These amounts represent what was most recently available as of the date of this report

- ❖ Our analysis assumes a hypothetical change of control, as of the Valuation Date, at a price property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Extraordinary assumptions

| Extraordinary assumptions |
|---|

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

# Overview



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

6

# Overview



## Company overview

- ❖ Clanwilliam Health was formed in late 2014 from a merger between Helix Health and Socrates. Helix Health and Socrates were direct competitors, a new brand was created, Clanwilliam Health for the combined entity

- ❖ Provides practice management software to doctors and retail pharmacies in Ireland and the United Kingdom

- ❖ The practice management software for doctors (both hospitals and private room physicians) makes up approximately 80% – 85% of total revenue

- ❖ Low client concentration with approximately 90% of revenues coming from small practices that only spend a few thousand euros on the software per year

- ❖ Dominant market share of approximately 96% in Ireland

## Original acquisition details

### Helix Health

| Acquisition date | Price (EUR) | Entry multiple |
|---|---|---|
| 2014 | €40,000,000 | 12.1x |

### Socrates

| Acquisition date | Price (EUR) | Entry multiple |
|---|---|---|
| 2014 | €3,600,000 | 7.2x |

## Key valuation drivers

- ❖ There is limited competition in major markets, for example there is one other competitor in Ireland, which is a small, independent company in rural Ireland that has little chance of taking customers from Clanwilliam Health

- ❖ Thousands of individual customers, low customer churn, and very high renewal rates in both Ireland and the U.K.

- ❖ Almost every prescription in Ireland is going to come off of Clanwilliam Health software. Clanwilliam Health has health information data on almost every single person in Ireland

- ❖ Barriers to entry are high since the accreditation process in Ireland and the U.K. is very difficult and time consuming

### Key opportunities

- ❖ **Regulatory Changes:** Create new functionality in the software. Due to the new functionality, Clanwilliam Health is able to charge more for the software. Per Management, this is expected to lead to approximately 7% growth without a price increase

- ❖ **U.K. Market Expansion:** Clanwilliam Health has superior pharmacy technology. It is the only product that is hosted on the cloud and works on any device (tablets, mobile phones, computers, Apple, Windows, etc.). The sales force is signing approximately 20 new contracts every month

### Key risks

- ❖ **Customer Attrition:** When a pharmacy closes within a community there is risk an alternative pharmacist is not a Clanwilliam Health customer



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

7

# Overview





| Company overview | Company overview |
|---|---|

❖ Bluespier was acquired in April 2016. The company is a complex software product that manages the use of equipment and resourcing in the operating room, time in the operating room, nursing staff assignments, and medication dispensing

❖ Generally, hospitals do not have the in-house resources necessary to run operating rooms, so the Bluespier software integrates into the larger hospital system network

❖ The software is installed across 10 National Health Service ("NHS") Trusts. Bluespier focuses on smaller, but higher value customers

❖ Very steady business. The company might add one customer in a bad year and two customers in a good year

❖ Zero customer churn and very high renewal rates in both Ireland and the U.K. It has not lost a customer in the last 11 years

❖ High barriers to entry since the accreditation process in Ireland and the U.K. is very difficult and time consuming

❖ Claimsure software follows the revenue cycle, from patient admission to claims from private insurance. The company is adding more layers of service to the business, including placing staff into hospitals to help run the software and adding data analytics services

❖ Utilized by 100% of hospitals in Ireland and is the only product of its type in the market. Almost every prescription in Ireland is going to come off of Clanwilliam Health software

❖ The company has high levels of recurring revenue and any new business is related to change requests or modifications to the existing software, which is chargeable to the customers

❖ High barriers to entry are high since the accreditation process in Ireland and the U.K. is very difficult and time consuming

❖ Purchased for $10.7 million at a 12.5x EBITDA multiple

| Key risks/opportunities | Key risks/opportunities |
|---|---|

❖ **Limited Existing Customer Growth:** The NHS makes it difficult to get incremental price increases that aren't related to CPI

❖ **Employee Attrition:** If Bluespier lost more than one key developer, it would hurt their ability to generate new products/functionality

❖ **Product Stickiness:** It can take approximately three months to integrate the software into a new system. However, once the software is integrated, the hospital becomes completely reliant on it for documenting, ordering, etc. Once the hospital is reliant on the software, Bluespier is able to tailor the product to fit the hospital's specific needs and charge more for the new functionality

❖ **Additional Modules/Functionality:** Hospitals request for Claimsure to add additional functionality to the software when they encounter new problems. Claimsure charges an upfront fee to write the new software and then an additional yearly fee for the hospital to use the new functionality

❖ **New Regulation:** Claimsure must upgrade the functionality of the software, which opens up new incremental pricing opportunities

❖ **Additional Services:** Include putting staff into hospitals to run the software and adding data analytics services

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 245 of 617

# Overview

 



| Company overview |
| --- |

- ❖ AMI/Notochord are data analytics companies that specialize in breaking down large data dumps. The software has been tailored to be sold to large pharmaceutical chains

- ❖ Prior to the acquisition, AMI had a contract with the Clanwilliam Group to pull data out of their systems, analyze it, and then sell the data to pharmaceutical companies. The acquisition made sense since Clanwilliam was at the point where it had to renegotiate the contract with AMI

- ❖ Notochord was purchased for €882k

| Company overview |
| --- |

- ❖ Medical Management Service ("MMS") was acquired in June 2016. The company provides outsourced financial control and secretarial services to customers of Clanwilliam Health in the U.K.

- ❖ MMS only services a fraction of the Clanwilliam Health clients

- ❖ MMS only does business with customers who already use another product/software within the Clanwilliam Group

- ❖ There is an ability to drive business to MMS through existing Clanwilliam clients

- ❖ Purchased for $2.1 million at a 33.6x EBITDA multiple

| Key risks/opportunities |
| --- |

- ❖ **Cross Selling:** There are opportunities to cross sell products and create additional revenue streams across many of Clanwilliam's businesses.

- ❖ **Geographic Expansion:** If AMI is integrated with Toniq, there is the opportunity for geographic expansion to NZ and possibly Australia

| Key risks/opportunities |
| --- |

- ❖ **Market Share Expansion:** Since MMS only services a fraction of Clanwilliam Health clients, there is a significant opportunity for high growth from expanding its current customer base

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 246 of 617

**Clanwilliam Investments Ltd**

# Financial information

## TTM 2017 EBITDA adjustments [1]



$14.5mn

$10.9mn

| TTM 2017 EBITDA | Employee Separation | Audit Expense | Consistent Currency | Reorg. Costs | Excluded M&A Expense | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - M&A operating expenses not properly included (related to acquisition expenses outside of the GHTG portfolio)
  - Adjustment for former employee separation
  - Adjustment for pro forma audit expense
  - Adjustment for consistent currency

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 29,578 | $ 31,944 | $ 33,541 | $ 35,218 | $ 36,979 | $ 38,828 |
| % Growth | 8.3% | 8.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 10,934 | 13,351 | 14,018 | 14,719 | 15,455 | 16,228 |
| % Margin | 37.0% | 41.8% | 41.8% | 41.8% | 41.8% | 41.8% |



Revenue — Pro Forma EBITDA

- ❖ Historical revenue growth was driven by price increases and expansion into the U.K. market
- ❖ Revenue growth is expected to be driven by price increases on high levels of recurring revenue, sales of new software modules, product cross-selling and market share growth in the U.K.
- ❖ While the accrual 2017 EBITDA margin was 37%, the adjusted cash basis 2017 EBITDA margin was 40%, slightly below the projected cash basis EBITDA margin, which is expected to increase slightly due to the revenue growth initiatives

**2017 EBITDA**



- ■ AMI/Notochord
- ■ Bluespier
- ■ Claimsure
- ■ Clanwilliam Health
- ■ PMMS

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Epic Solutions Ltd**

# Overview



## Company overview

- ❖ Provider of software-as-a-service web-based clinical workflow technology for the Irish nursing home market

- ❖ Epic Solutions Ltd. ("Epic") is known for its scalable and integrated web-based care management system known as "epicCare" that is uniquely designed to help clients achieve high levels of compliance

- ❖ Epic software allows the nursing homes to seamlessly share data between physicians and pharmacies in order to communicate more effectively and efficiently

## Original acquisition details

| Acquisition date | Price (EUR) [1] | Entry multiple |
|---|---|---|
| June 2016 | €4,000,000 | 6.8x |

- ❖ Acquired 73% of Epic with an equity equivalency agreement established for the remaining 27%

- ❖ Acquisition Rationale

  - ▪ Software provides a solution to a need for connectivity between the nursing home, pharmacy, and doctor

  - ▪ Strong opportunity for growth by expanding to the United Kingdom

  - ▪ Epic has high recurring revenue and very little customer churn

  - ▪ Only one other competitor in the market

- ❖ Acquisition Synergies

  - ▪ Potential to use Epic's strong connection to software to connect nursing home customers to Clanwilliam's pharmacy solutions and services

  - ▪ Strength of Clanwilliam's brand/credibility in the U.K. market will be a great resource for launching Epic in the U.K.

## Key valuation drivers

- ❖ High amount of recurring revenue (96%) and very little historical customer attrition

- ❖ Significant market penetration in the Irish nursing home market with limited competition

- ❖ Low customer concentration with over 180 customers and no single customer accounting for more than 6% of revenue

### Key opportunities

- ❖ **U.K. Market Expansion:** Penetration into the U.K. market utilizing Clanwilliam's accreditation and strong brand

- ❖ **New Customers:** Onboarding nursing homes transitioning from outdated systems or paper-based systems

- ❖ **Geographic Expansion:** Utilize Clanwilliam's New Zealand and Australia-based acquisitions (i.e., Toniq) to enhance opportunities for growth in those regions

### Key risks

- ❖ **Limited Market Diversification:** Epic is reliant on the health of the Irish nursing home market

- ❖ **New Entrants:** Potential new entrant expanding into the Irish market

- ❖ **Employee retention.** The departure of multiple key employees at one time could significantly impact operations

[1] *Price for 100% of the business enterprise.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



## Epic Solutions Ltd

# Financial information



### TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Loss on Disposal of Assets | Consulting Fees | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|
| $0.6mn | | | | | $0.6mn |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
- Adjustment for loss on disposal of tangible assets
- Adjustment for consulting fees
- Adjustment for audit expense
- Adjustment for consistent currency

### Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 1,288 | $ 1,417 | $ 1,488 | $ 1,563 | $ 1,641 | $ 1,723 |
| % Growth | 37.6% | 10.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 639 | 806 | 847 | 889 | 933 | 980 |
| % Margin | 49.6% | 56.9% | 56.9% | 56.9% | 56.9% | 56.9% |



■ Revenue  ■ Pro Forma EBITDA

❖ The revenue growth in 2017 was driven by a price harmonization project to make customer prices consistent across the board

❖ Revenue growth is expected to be driven by the transition of new customers to Epic's software from outdated systems as well as growth into the U.K. market

❖ While the accrual 2017 EBITDA margin was 50%, the adjusted cash basis 2017 EBITDA margin was 59%, slightly above the projected cash basis EBITDA margin

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Overview

**maxwell stanley** consulting

## Company background

- ❖ Provides coding consultancy and software to hospitals in the United Kingdom
- ❖ Every procedure has to be appropriately coded to receive proper reimbursement. Maxwell Stanley ("Maxwell") combines their consulting expertise and data analytics to advise hospitals on how much revenue was left on the table through incorrect coding, an issue the Maxwell software is designed to correct
- ❖ Two software tools:
  - ▪ Tool which identifies potential underpayments
  - ▪ Tracking tool that monitors people accessing patient information to provide a detailed audit of workflow for organizations

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| March 2017 | $4,462,594 | 6.8x |

- ❖ Acquired 51% of Maxwell with an equity equivalency agreement established for the remaining 49%
- ❖ Acquisition Rationale
  - ▪ Strong software revenue growth for a relatively new niche offering with little competition
  - ▪ Maxwell has high recurring revenue and low customer churn
  - ▪ Broadens Clanwilliam's offering to the U.K. healthcare space with a potential for more product bundling
- ❖ Acquisition Synergies
  - ▪ Clanwilliam offers established relationships with major hospital groups such as HCA, Spire, and Circle
  - ▪ Synergies between Bluespier, Maxwell and Medisec with all three selling to NHS Trusts. Presents an opportunity to sell multiple solutions to the NHS Trusts

[1] *Price for 100% of the business enterprise.*

## Key valuation drivers

- ❖ The consulting business peaks the interest of potential customers and drives sales of Maxwell's software platform
- ❖ High customer retention. Maxwell has had a retention rate of approximately 90% since 2013
- ❖ Maxwell is one of two companies offering this service in the U.K. and there are high barriers to entry
- ❖ Two customers accounted for over 25% of revenues but no other customer accounts for more than 5%

**Key opportunities**

- ❖ **New/Growing Market:** Coding is relatively new in the U.K. and there are still lots of potential to grow and expand to new customers
- ❖ **Cross Selling:** Maxwell can leverage the relationships of Medisec and Bluespier to expand their NHS Trust customer base
- ❖ **Geographic Expansion:** Potential to expand into Ireland, Australia, and New Zealand where Clanwilliam established relationships

**Key risks**

- ❖ **Maintain Consulting Backlog:** Large contracts, which typically last one to two years, generate very large profits in those periods
- ❖ **Employee retention:** The departure of multiple key employees at one time could significantly impact operations
- ❖ **Insourcing:** Potential for customers to insource solutions after several years of knowledge sharing from Maxwell
- ❖ **New Entrants:** Potential for new entrants since this service need has only been around for the last 5 – 7 years in the U.K.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Financial information

**maxwell stanley** consulting

## TTM 2017 EBITDA adjustments [1]



$0.9mn

$0.3mn

| TTM 2017 EBITDA | Acquisition Related Bonus | Shareholder Dividend | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Adjustment for add back of a one time bonus payment
  - Adjustment for shareholder dividend
  - Adjustment for audit expense
  - Adjustment for consistent currency

## Financial highlights [2]

| ($ in thousands) Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 2,356 | $ 2,474 | $ 2,597 | $ 2,727 | $ 2,863 | $ 3,007 |
| % Growth | 7.3% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 882 | 899 | 944 | 991 | 1,040 | 1,092 |
| % Margin | 37.4% | 36.3% | 36.3% | 36.3% | 36.3% | 36.3% |



- ❖ Revenue and EBITDA have exceeded Eli's expectations for 2017 at the time of acquisition with EBITDA increasing by over 30% since the acquisition
- ❖ Revenue growth is expected to be driven by continued expansion of coding in the U.K. market by leveraging Bluespier and Medisec's existing customer base and price increases
- ❖ EBITDA margins are expected to remain at approximately 36%, relatively consistent with levels realized in 2017

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

14



## Company background

❖ Medical Business Systems ("MBS") Provides a Practice Management ("PM") software package that caters to the invoicing and reporting needs of the Australian anesthetist

❖ Customers purchase the software under a license/maintenance contract framework

❖ The software assists with generating invoices, handling payments, producing outstanding accounts and up to the minute reporting of banking, billing revenue, and goods and services tax obligations

## Original acquisition details

| Acquisition date | Price [1] | Entry multiple |
|---|---|---|
| **January 2017** | **$7,362,984** | **8.4x** |

❖ Acquired 80% of MBS with an equity equivalency agreement established for the remaining 20%

❖ Acquisition Rationale

▪ First acquisition in Australia. Eli found the Australia healthcare technology industry to be appealing as the healthcare regulation/market is similar to the U.K.

▪ CEO was well connected with potential to open the door to other transactions in the region

▪ Strong customer base with little customer churn and high recurring revenue

❖ Acquisition Synergies

▪ Potential to expand the use of MBS's software into Clanwilliam's established Ireland and U.K. customer bases

▪ Opens the door for other Clanwilliam offerings to expand to Australia (i.e., Bluespier)

## Key valuation drivers

❖ Customer concentration and customer churn are both low. The average customer relationship duration of the top 15 group customers (around 500 doctors) is 13 years

❖ MBS has strong levels of recurring revenue (70% in 2015 and 90% in 2016)

❖ MBS controls over 50% of the market share in Australia.

### Key opportunities

❖ **Market Share Growth:** Expansion of MBS's current market share in Australia

❖ **Geographic Expansion:** Expansion of MBS's offering to overseas customers through the Clanwilliam connection

❖ **Cross Selling:** Potential to expand MBS's product offering to existing customers with Clanwilliam's other services

❖ There is room for growth in product penetration into the top 15 customers in the "In-Theatre" module (46% penetration) and the online credit card authorization service (58% penetration)

### Key risks

❖ **Employee Retention:** MBS only has 2 to 3 key developers, so if the company were to lose more than one programmer/developer, there may be a disruption in the business. Additionally, MBS's CEO, Mark Laforest, is well known in the market and his departure could negatively impact MBS's results

*[1] Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



---

## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Data Limitations | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|
| $0.8mn | | | | $0.8mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
    - ▪ Adjustment for data limitations
    - ▪ Adjustment for audit expense
    - ▪ Adjustment for consistent currency

---

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,400 | $ 1,428 | $ 1,456 | $ 1,485 | $ 1,515 | $ 1,545 |
| % Growth | -13.5% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 804 | 880 | 898 | 916 | 934 | 953 |
| % Margin | 57.5% | 61.6% | 61.6% | 61.6% | 61.6% | 61.6% |

Revenue chart ($1,500 / $1,000 / $500 / $0) for 2017A, 2018E, 2019P, 2020P, 2021P, 2022P

■ Revenue   ■ Pro Forma EBITDA

- ❖ Revenue and EBITDA have exceeded the original expectations at the time of acquisition

- ❖ Revenue declined in 2017 due to limited new business since the business unit leader had medical issues that limited his ability to focus on selling new work. These medical issues have since been resolved

- ❖ MBS has a conservative budget going forward, with a small amount of new customers included in the forecast

- ❖ EBITDA margins are expected to reach over 60% in 2018, which is consistent with levels achieved in 2016 prior to the revenue decline experienced in 2017

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ Provides paperless digital dictation and clinical correspondence solutions to improve efficiency of the information flow from NHS Trusts to other primary and secondary care professionals

- ❖ Historically, the information flow in the U.K. between healthcare organizations had been a more manual and slow process, the Medisec software addresses that issue

- ❖ Medisec's products are compatible with all Patient Administration Systems ("PAS") and GP surgery systems

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2017 | $3,936,000 | 7.7x |

- ❖ Acquisition Rationale
  - ▪ High recurring revenue, low customer churn, and a low fixed cost base
  - ▪ At the time of the acquisition, Medisec had 12 NHS trusts. There were 157 NHS trusts in the U.K. presenting considerable opportunity to increase market share
  - ▪ Strong revenue growth (>25%) in the four years leading up to the acquisition

- ❖ Acquisition Synergies
  - ▪ Leverage NHS relationships at Bluespier and Maxwell. The combination of the three companies creates an opportunity to sell multiple solutions to NHS Trusts

## Key valuation drivers

- ❖ Medisec has established long-term contracts with its customers

- ❖ Typically one new NHS Trust is added every 12 – 18 months with the remaining growth coming from upselling modules and software changes to existing customers

- ❖ High levels of recurring revenue. At the time of the acquisition, recurring revenue represented approximately 83% of total revenue

- ❖ High customer concentration with 12 main NHS Trust customers and under 50 customers overall.

- ❖ Medisec's main competitive threat in the U.K. market is Docman

### Key opportunities

- ❖ **Market Share Expansion:** Significant opportunity for market expansion into other U.K. NHS Trusts. This can be done by utilizing existing Clanwilliam relationships

- ❖ **Improve Product Offering:** With the backing of the Clanwilliam, Medisec is expected to improve its product offering in order to drive price increases beyond regular inflation

### Key risks

- ❖ **Customer concentration:** The loss of a major customer would have a significant impact on the company's results

- ❖ **Strong Competition:** From Medisec's main competitor, Docman. Eli is looking at Docman as an acquisition target for the Clanwilliam Group

- ❖ **Leadership Transition:** The founder has transitioned out of the business which may lead to some disruption. However, the founder's daughter and current managing director appears to be a capable ongoing operational leader

- ❖ **Employee Retention:** With 11 employees, the departure of multiple key employees at one time could significantly impact operations

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

17

# Financial information



## TTM 2017 EBITDA adjustments [1]



-$0.8mn

$0.4mn

| TTM 2017 EBITDA | Purchase Consideration | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
  - Post-close purchase consideration that was wrongly booked as a dividend
  - Adjustment for audit expense
  - Adjustment for consistent currency

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 1,048 | $ 1,069 | $ 1,090 | $ 1,112 | $ 1,134 | $ 1,157 |
| % Growth | -6.6% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 415 | 417 | 425 | 434 | 442 | 451 |
| % Margin | 39.6% | 39.0% | 39.0% | 39.0% | 39.0% | 39.0% |

$1,500
$1,000
$500
$0

| 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |

■ Revenue  ■ Pro Forma EBITDA

- ❖ The revenue decline in 2017 was due to the loss of a NHS customer

- ❖ Medisec has a conservative budget going forward, with a small amount of new customers included in the forecast

- ❖ EBITDA margins are expected to remain at 39%, consistent with levels achieved in 2017

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

❖ Toniq provides integrated dispensary and point of sale software to pharmacies in New Zealand

❖ The software includes retail point of sale software, pharmacy dispensing software, central retail management software, and electronic paperless medication
chart system

## Original acquisition details

| Acquisition date | Price (USD)[1] | Entry multiple |
|---|---|---|
| **March 2017** | **$13,362,000** | 6.2x |

❖ Acquired 70% of Toniq with an equity equivalency agreement established for the remaining 30%

❖ Acquisition Rationale

- The owner was nearing the end of his career and was looking for a strong partner to carry the company forward. Clanwilliam was able to purchase Toniq for a favourable price

- High recurring revenue and low customer churn

- Expands Clanwilliam's footprint in New Zealand.

- Dominant market share of approximately 85% in New Zealand

❖ Acquisition Synergies

- There are synergistic opportunities to team PharmaSys with Toniq and sell a combined solution to pharmacy customers

## Key valuation drivers

❖ Rarely loses customers and when it does it is typically due to a customer's retirement

❖ 85% market share in NZ with the next two largest competitors having 12% and 3%, respectively

❖ Large customer base with low customer concentration of over 900 customers

**Key opportunities**

❖ **Product Improvement:** Increased functionality and newer versions of the software creates the opportunity to sell to a larger, more diverse customer base

❖ **New Products**: In-home care medications management software that it is currently pushing out which is going to drive continued growth

❖ **Cross Selling:** Cross sell products such as PharmaSys to the pharmacies in New Zealand

❖ **Geographic Expansion:** Expand into other regions outside of New Zealand, such as Australia

**Key risks**

❖ **Leadership Transition:** Toniq needs to replace the retiring founder with a new CEO. The change in management could impact relationships with existing customers and subsequently results

❖ **Limited Market Diversification:** Toniq's sales are limited to one region with dominant market share. A downturn in that region or difficulties expanding to new regions could impact growth

[1] *Price for 100% of the business enterprise.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

19

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Former Employee Separation | MD Recruitment / Replacement | Audit Expense | Consistent Currency | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|
| $1.7mn | | | | | $2.1mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - ▪ Adjustment for former employee separation
  - ▪ Adjustment for MD recruitment, relocation, and replacement
  - ▪ Adjustment for audit expense
  - ▪ Adjustment for consistent currency

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 4,577 | $ 4,806 | $ 5,046 | $ 5,298 | $ 5,563 | $ 5,841 |
| % Growth | 5.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 2,121 | 2,276 | 2,620 | 3,122 | 3,278 | 3,442 |
| % Margin | 46.3% | 47.4% | 51.9% | 58.9% | 58.9% | 58.9% |

Revenue / Pro Forma EBITDA chart for 2017A, 2018E, 2019P, 2020P, 2021P, 2022P (values from $0 to $6,000)

- ❖ Toniq has been outperforming expectations since its acquisition
- ❖ Revenue growth is expected to be driven by price increases and new customer wins in New Zealand as well as through an expansion into Samoa
- ❖ EBITDA margins are expected to increase from approximately 46% to 59% primarily due to savings expected to be realized by shifting certain back office functions to the India Operations Center as well as through implementing certain operational improvements

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

20



## Company background

❖ PharmaSys Limited ("PharmaSys") provides web-based pharmacy management systems for efficient dispensing of pharmaceutical drugs

❖ Prior to the acquisition, Clanwilliam Health was paying PharmaSys a royalty of 25% of revenue for exclusive rights to utilize the software in the U.K. and Ireland

❖ There are only four accredited programs in the United Kingdom, including PharmaSys. The other three programs are older and more costly

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| February 2017 | $7,800,000 | n/a |

❖ Acquisition Rationale

- Eliminates the royalty fee that Clanwilliam Health was paying PharmaSys for the use of the software in the U.K. and Ireland. At the time of the acquisition, Clanwilliam Health was paying approximately £55,000 per month in royalty fees and the royalty payment was only expected to increase as Clanwilliam Health grew its customer base

- Clanwilliam can now sell the software into new geographies outside of the U.K. and Ireland

❖ Acquisition Synergies

- There are synergistic opportunities to combine PharmaSys with Toniq and cross-sell the combined product to combined customer base of the two businesses

- Currently, the royalty fee would have been approximately £86,000 per month, immediate savings for Clanwilliam Health

## Key valuation drivers

❖ High barriers to entry in this market. The software must be accredited before it can be sold and the accreditation process takes at least two years. The accreditation process is completely transparent, so PharmaSys will be well aware if someone is trying to enter the market

❖ PharmaSys/Clanwilliam Health owns the IP for the whole world except for South Africa, which is licensed to the founder royalty-free, negotiated as part of the acquisition

❖ Clanwilliam Health is Pharmasys's only significant customer

**Key opportunities**

❖ **Market Share Expansion:** PharmaSys has an advantage over its competition due to its advanced cloud based software that is cheaper to operate allowing PharmaSys to gain market share from the other three accredited competitors

❖ **Geographic Expansion:** Potential for accreditation in other regions, which opens up new markets and could lead to significant growth

❖ **Cross Selling:** Opportunity to combine solutions with Toniq and gain immediate access's Toniq's robust customer base in the New Zealand market with the potential for growth into the Australian market

**Key risks**

❖ **Regulatory Hurdles:** If PharmaSys is unable to get accredited in Scotland or certain other areas, it loses a the potential to expand into those regions and drive additional growth

❖ **Employee Retention:** The departure of multiple key employees at one time could significantly impact operations

[1] *Price for 100% of the business enterprise.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

21

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the Clanwilliam Group has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Adjustment for audit expense (-22k)
  - Adjustment for consistent currency (25k)

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 1,038 | $ 1,090 | $ 1,144 | $ 1,201 | $ 1,261 | $ 1,324 |
| % Growth | *41.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 628 | 634 | 666 | 699 | 734 | 770 |
| % Margin | *60.5%* | *58.2%* | *58.2%* | *58.2%* | *58.2%* | *58.2%* |

- ❖ PharmaSys's primary customer is Clanwilliam Health. The revenue growth in 2017 was due to Clanwilliam Health selling the RxWeb software into additional pharmacy locations
- ❖ Revenue growth in 2018 is expected to be driven by the continued growth in locations serviced by PharmaSys as Clanwilliam Health continues to push out the RxWeb offering
- ❖ EBITDA margins are expected to remain relatively consistent with levels achieved in 2017

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

22

# Portfolio summary



## Portfolio perspective

❖ Multiple cross selling and integration opportunities:

- Integrate AMI/Notochord with Toniq's pharmacy software platform in New Zealand. Opportunity to generate an additional line of revenue by analyzing pharmacy data

- Doctor prescriptions are a big issue for nursing home patients. Opportunity to integrate Epic with Clanwilliam Health to deliver broader benefits to doctors, pharmacists, and nursing homes

- Epic and AMI/Notochord have been interfaced together to open up a new line of products. AMI/Notochord allows Epic to better connect nursing homes and pharmacies

- At the time of the acquisitions, Bluespier, Maxwell, and Medisec all sold to NHS Trust hospitals and not a single one had any customer overlap. Since the acquisitions, the three companies have been able to leverage each other's customers contacts to cross-sell products

- Both MBS and Bluespier are primarily used in the operating rooms of hospitals. Eli believes that Bluespier can help MBS infiltrate the U.K. market which would open up a large amount of growth opportunities

- PharmaSys acquisition allowed the Clanwilliam Group to eliminated the £55,000 per month royalty it was paying for the PharmaSys software

❖ If the Clanwilliam Group were sold as one company, several synergies could be realized by a likely buyer:

- Consolidation of executive management

- Rationalization of certain administrative functions

- Property and rental efficiencies

- Elimination of redundant operations

## Hypothetical change of control

❖ Our analysis assumes a hypothetical change of control, as of the Valuation Date, at a price property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts

❖ In the event of a sale, Eli owns 100% of the Clanwilliam Group's equity interest with the exception of:

- 49% of Maxwell

- 30% of Toniq

- 20% of MBS

- 27% of Epic

❖ The most likely buyers for the Clanwilliam Group include:

- **Strategic:** Constellation Software, EMIS Health, CompuGroup, and Cegedim. Many have already reached out to Clanwilliam Group

- **Private Equity:** Many of whom, like KKR, have already reached out to Eli with interest

### TTM 2017 Revenue and EBITDA (including QoE adjustments)



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



23

# Clanwilliam Group

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 12.0x | To | 13.0x |
| TTM Adjusted EBITDA* | $17,423 | | $17,423 |
| **Concluded Range (Rounded)** | **$209,000** | **to** | **$226,000** |
| Implied NFY EBITDA Multiple | 10.3x | | 11.2x |

*\* Refer to the next slide for the TTM Adjusted EBITDA buildup.*

❖ KPMG selected an EBITDA multiple range of 12.0x to 13.0x based on observed M&A transactions (Aesynt and Corilus) as well as a review of the trading multiples of comparable public companies

❖ Our belief is that Clanwilliam has lower organic growth prospects due to its high market share in current geographies and it is too early to tell if Clanwilliam will be able to successfully realize organic growth through geographic expansion into U.K./Australia/NZ

❖ Scale and potential cost synergies were considered as part of the multiple selection and TTM Adjusted EBITDA

❖ Clanwilliam Group companies were acquired between late 2014 and July 2017 for EBITDA multiples ranging from approximately 3.1x to 12.5x (excluding negative multiples and MMS at 33.6x)

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 14.0% | to | 13.0% |
| Long-Term Growth Rate | 3.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$182,000** | **to** | **$199,000** |

❖ KPMG selected a beta of 0.75, size premium of 4.1%, risk-free rate of 3.0%, and cost of debt of 4.5% (weighted 10.0% of capital structure)

❖ KPMG included additional risk premium of 2% - 3% in the discount rate to account for the risk of maintaining a long-term EBITDA margin at or above current levels

❖ KPMG also included a country-specific risk premium of 0.4% in the cost of equity, which represents a weighted-average premium based on EBITDA

**Management EEA values:**

| | |
|---|---|
| Epic (27%) | $850,000 |
| Maxwell (49%) | $2,809,000 |
| MBS (20%) | $1,384,000 |
| Toniq (30%) | $5,090,000 |

Calculated based on the EBITDA multiple specified in the EEA agreement

| **Enterprise value** | **$195,000,000 – $225,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

24

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 3-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Aesynt Incorporated | 275 | 20 | 11.0% | n/a | 13.8x | Pharmacy automation and information management solutions for hospitals |
| Corilus SA | 81 | 5 | 11.7% | n/a | 15.0x | Software IT solutions for healthcare professionals and institutions |
| ***Guideline public companies*** [1] | | | | | | |
| Cegedim | 1,064 | 38 | 7.4% | n/a | 27.8x | Software for practice, pharmacy, and healthcare center management. Also offers software and services to pharma and healthcare insurance companies |
| EMIS Group | 753 | 51 | 24.8% | 14.2% | 14.7x | Software to connect primary & secondary healthcare services, manage pharmacy records and dispensing process, and specialist care IT systems |
| CompuGroup | 3,695 | 152 | 21.1% | 12.2% | 24.3x | Practice management and EMR software for office-based physicians, dentists, medical care centers, and physician networks |
| Pharmagest Interactive | 1,100 | 38 | 24.0% | 20.4% | 29.3x | Business management software solutions for pharmacies |

### Guideline multiples



### Portfolio TTM EBITDA

| (USD in thousands) | 2017 |
|---|---|
| Clanwilliam Group Adjusted EBITDA | $16,423 |
| (+) Portfolio Synergies* | 1,000 |
| *Consolidation of Executive Management* | 611 |
| *Rationalization of Administrative Functions* | 122 |
| *Property/Rental Efficiencies* | 61 |
| *Other Synergies* | 206 |
| **Clanwilliam Group Pro Forma EBITDA** | **$17,423** |

*\*Management provided portfolio synergies estimates of €650k related to consolidation of executive management, rationalization of administrative functions, and property/rent efficiencies with additional savings coming from elimination of duplicative leadership and administrative functions in a sales scenario bringing the total to $1.0 million. Overall management estimated €1.0 million to €2.0 million of synergies could be realized but KPMG believes it is unlikely a buyer would pay for all these synergies.*

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Eye Care Leaders
# Overview



| Company background | Original acquisition details |
|---|---|

**Company background**

- ❖ Provider of practice management ("PM"), Electronic Health Records ("EHR"), and Ambulatory Surgery Center ("ASC") information technology services specifically tailored to Ophthalmology practices in the United States
- ❖ Eye Care Leaders ("ECL") currently serves over 9,000 practices (50% of the market) through a combination of cloud-based and internal server systems for ophthalmology and optometry practices
- ❖ ECL offers three primary solutions:
  - *myCare iMedicWare*
    Fully integrated workflow solutions offering EHR, PM, ASC, retail software, patient portal, and analytics
  - *myCare Integrity*
    Cheaper alternative to iMedicWare offering EHR, PM, with an option to add-on modules for ASC, retail software, patient portal, and analytics
  - *myCare Services*
    Offers services to optimize operations and revenue including revenue cycle solutions, patient retention/acquisition, patient reactivation, MIPS assurance, and HIPAA compliance
- ❖ ECL also offers MedFlow, an enterprise product not in the cloud, for practices that prefer those systems

**Original acquisition details**

- ❖ ECL, as it exists today, was built through a series of nine acquisitions occurring between 2015 and 2017
  - Acquisitions have a total purchase price of $125.6 million
  - Weighted-average EBITDA multiples paid of 13.7x
- ❖ Acquisitions were directly sourced by Eli's proprietary deal-sourcing team
- ❖ Acquisition Rationale
  - Build a dominant market footprint through a series of roll-up acquisitions – currently provide solutions to 9,000 of the 18,000 doctors in the U.S. Ophthalmology market
  - High amount of recurring revenue as customers do not often switch their medical software provider
  - Purchase of iMedicWare and Integrity positioned ECL with the only cloud-based software on the market built from the ground up with Ophthalmology practices in mind
- ❖ Acquisition Synergies
  - Potential to offshore certain back office and software development activities
  - $750,000 of potential savings through the acquisition of Integrity from a combination of reduced overhead costs and moving software development personnel to India



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

26

# Key valuation drivers



## Key valuation drivers

❖ Revenue primarily derived from software subscription fees through the iMedicWare and Integrity solutions. The remaining revenue relates to ECL's service offerings

❖ 70% to 80% of ECL's customers are on its cloud-based SaaS systems (iMedicWare and Integrity). The rest utilize the MedFlow enterprise product, currently operating under a license + maintenance contract pricing system

❖ ECL is considered to be well insulated from economic downturns as patients will always need to make regular visits to their ophthalmologists

❖ Through the roll-up strategy, ECL has become the dominant provider in the ophthalmology market. Apart from ECL, the market is fragmented with over 10 other providers

❖ Primary competitors include:

▪ *Compulink*
Offers a product similar to ECL's Integrity solution

▪ *NextGen Healthcare*
Offers a product similar to ECL's iMedicWare solution. Provides services to over 3,000 doctors

▪ *NexTec Group*
A combination of multiple software offerings, inferior product to ECL

## Key opportunities

❖ **Customer Upgrades:** Switch from ECL's enterprise solution to its cloud solutions. ECL's profit on cloud solutions is 4x higher than enterprise. Although, only approximately 20.0 – 30.0 percent of current customers are on the MedFlow system. Additionally, encourage Integrity customers to switch to the iMedicWare full offering, which is a higher price offering

❖ **Market Share Growth:** Continue to roll up the ophthalmology market through customer wins and/or acquisitions

❖ **New Markets:** Expand further into the optometry market and other niche medical offerings

## Key risks

❖ **New Entrants:** Entrance of other disruptive technologies is considered to be low probability risk due to the historical slow pace of technological change in this market

❖ **Industry Consolidation:** Management does not consider this to be likely as large hospital systems have historically not been interested in the ophthalmology market

❖ **Customer Attrition:** Doctors retire and are not replaced by a ECL user

❖ **Leadership Retention:** The founder of iMedicWare, Arun Kapur, is well known and trusted amongst physicians in the market. If he were to leave, this could hurt potential sales of the iMedicWare product

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Financial information



## TTM 2017 EBITDA adjustments (1)



$11.5mn

$13.6mn

| TTM 2017 EBITDA | Alta | Medflow | MVE | Penn Medical | iMW | Other | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ Adjustments primarily relate to audit expenses, legal fees, rent expense adjustments, and headcount reductions

❖ MVE adjustments relate to significant reductions in headcount, a reduction in rent expense as well as the consolidation of MVE's HCCS subsidiary profits

## Financial highlights (2)

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Pro Forma Revenue | $ 45,719 | $ 48,137 | $ 50,706 | $ 53,029 | $ 55,465 | $ 58,018 |
| % Growth | n/a | 5.3% | 5.3% | 4.6% | 4.6% | 4.6% |
| Pro Forma EBITDA | 15,600 | 19,235 | 21,832 | 22,826 | 23,868 | 24,960 |
| % Margin | 34.1% | 40.0% | 43.1% | 43.0% | 43.0% | 43.0% |

| | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P |
■ Revenue  ■ Pro Forma EBITDA

❖ Revenue growth is expected to be 60% driven by switching customers from enterprise to cloud or Integrity to iMedicWare. The remaining 40% is expected to be related to new customer wins in the ophthalmology market

❖ EBITDA margins are expected to increase as customers switch from the lower margin enterprise products to the higher margin Integrity and iMedicWare solutions

❖ EBITDA growth is also driven by expected savings from outsourcing certain functions to the India Operations Center throughout 2018 and 2019. This is discussed further in the market approach support

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 265 of 617

# Valuation summary



**Market approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 12.0x | to | 13.0x |
| TTM Adjusted EBITDA | $15,600 | | $15,600 |
| **Concluded Range (Rounded)** | **$187,000** | **to** | **$203,000** |
| *NFY EBITDA Multiple* | *9.7x* | *to* | *10.6x* |

❖ The Eye Care Leaders portfolio companies were acquired from 2015 to 2017 and entry multiples ranged from 6.3x to 19.6x

❖ KPMG selected an EBITDA multiple range of 12.0x to 13.0x based on multiple paid in the Ifa Systems transaction and well as the Quality Systems trading multiple, which owns ECL's largest competitor in the ophthalmology market

❖ We have included $2.0 million of the $5.6 million of offshore cost savings expected to be realized in 2018 and 2019 in the TTM Adjusted EBITDA

**Income approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 13.5% | to | 12.5% |
| Long-Term Growth Rate | 3.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$180,000** | **to** | **$196,000** |

❖ Selected a beta of 0.90, size premium of 4.1%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 20.0% of capital structure)

❖ Additional company-specific risk premium of 2.0% was included in the low end value based on the risk associate with ECL's projected EBITDA margin growth from their unproven plan to outsource certain functions to the India Operations Center

| **Enterprise value** | **$180,000,000 – $203,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

29

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 266 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Ifa Systems Ag | 46 | 3 | 29.3% | 11.6% (1-year) | 14.4x | EMR software, scheduling, workflow/quality management, and interface modules to eye care specialists in Germany |
| ***Guideline public companies(1)*** | | | | | | |
| Allscripts Healthcare | 4,766 | 374 | 20.3% | 12.3% | 13.1x | Software for practice, pharmacy, and healthcare center management. Also offers software and services to pharma and healthcare insurance companies |
| athenahealth | 6,172 | 302 | 24.7% | 16.2% | 22.3x | Practice management and EHR software for medical groups and systems |
| Quality Systems | 878 | 68 | 12.8% | 7.9% | 14.1x | Own NextGen, one of ECL's primary competitors. Practice management, EHR, revenue cycle management software for medical and dental group practices and hospitals in the U.S. |
| Cerner | 22,539 | 1,647 | 32.0% | 7.7% | 14.9x | Software for patient health management and EHR, patient analytics, revenue cycle management, and consulting services for the healthcare industry |

## Guideline multiples



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **ECL Adjusted EBITDA** | **$13,600** |
| *(+) Expected IOC Savings* | *$2,000* |
| **ECL Pro Forma EBITDA** | **$15,600** |

*Management expects to achieve between $3.0 million to $5.0 million of annual cost savings related to outsourcing certain functions to the India Operations Center beginning in 2018 and 2019. KPMG believes a it is unlikely a buyer would pay for all these cost savings and included $2 million of the estimated savings.*

(1) *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 267 of 617

# Overview

```
                          ┌─────────────────┐
                          │   ARM Portfolio │
                          └─────────────────┘
```

**Affinity Global**
Connecting People with Solutions

*(Global Credit & Collections)*

FTGU Medical Consulting, LLC.

CMC Credit Management Company

CBV COLLECTION SERVICES LTD.
Your source for accounts receivable recovery since 1921

Trans-Continental Credit & Collection Corp.

allegiancegroup
IGNITING POSSIBILITIES

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**CBV Collection Services Ltd**

# Overview



## Company background

- ❖ Provides accounts receivable management ("ARM") and end-to-end debt management and recovery solutions, primarily focusing on business to consumer collections in the financial, telecommunications, government, utilities, and commercial industries
- ❖ Offers third party collections ("Contingency"), debt collection services, and some first party collections
- ❖ Founded in 1921, CBV is one of Canada's largest and oldest ARM companies with a nationwide footprint
- ❖ CBV's unique comprehensive, nationwide service, attracts the largest Canadian customers

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2015 | $38,759,690 | 5.7x |

- ❖ Brokered sale with other bidders
- ❖ Acquisition Rationale
  - Market leader and dominant player in the Canadian collections and debt purchasing market
  - High recurring revenues in contingency business >95%
  - Opportunity to restructure and grow after recent struggles attempting to expand in the U.S.
  - Strong leadership team
- ❖ Acquisition Synergies
  - Offshore back-office processes, IT, and finance
  - Creating the Transfer Agent service to deal with Canadian clients reluctance to accept offshore work

## Key valuation drivers

- ❖ Revenue primarily split between contingency (40%) and liquidity debt purchasing (35%)



**Top 5 Contingency customers**

- ■ BC
- ■ Manitoba Justice
- ■ Telus
- ■ Capital One
- ■ BMO

15%, 13%, 11%, 10%, 8%

**Top 5 Debt purchasing customers**

- ■ Telus
- ■ Rogers
- ■ National Money Mart
- ■ Wells Fargo
- ■ BNS

2% 2%, 13%, 42%, 25%

- ❖ Key competitors include SquareTwo Financial Corporation, Total Credit Recovery Limited, Expert Global Solutions

**Key opportunities**

- ❖ **Cross Selling/Synergies:** Operational and strategic synergies with other companies within Eli's ARM portfolio such as GCC
- ❖ **Operations Efficiencies:** Opportunity to realize additional savings from optimizing efficiency of workforce
- ❖ **Data Integration:** Utilize the proprietary collections data gathered through debt purchasing to provide a superior contingency services

**Key risks**

- ❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle
- ❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada
- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **High Customer Concentration**

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## CBV Collection Services Ltd
# Financial information



### TTM 2017 EBITDA adjustments [1]



$9.1mn     $8.7mn

| TTM 2017 EBITDA | IOC Savings | Rent Expense | Severance | Finder Fees | Constant Currency | Other Adjustments | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|---|---|---|

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments primarily include:
  - IOC savings
  - Run rate for rent going forward
  - Non-recurring severances paid
  - One-time M&A finder fees
  - Constant currency
  - Other adjustments

### Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 39,391 | $ 43,330 | $ 47,663 | $ 50,046 | $ 52,548 | $ 55,176 |
| % Growth | 20.2% | 10.0% | 10.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 8,710 | 9,833 | 10,817 | 11,358 | 11,925 | 12,522 |
| % Margin | 22.1% | 22.7% | 22.7% | 22.7% | 22.7% | 22.7% |



Revenue    Pro Forma EBITDA

- ❖ Revenue growth in 2018 and 2019 is expected to be driven by a temporary lift from ramping up debt purchases after the acquisition. Growth is expected to revert to a more normalized level after this temporary lift
- ❖ Growth is also being driven by continued onboarding of first party contracts
- ❖ EBITDA margins are expected to remain high (~23%) as the debt purchasing business has higher margins and is expected to grow over the next several years

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

33

# Overview



## Company background

- ❖ Founded in 1999, GCC is a top 10 collection services provider in Canada and also services the U.S. market
- ❖ Long-tenured blue chip client base, including Citibank and Synchrony, with a diversified revenue stream in both first and third party collections
- ❖ Moving forward, GCC will begin to purchase debt, consistent with CBV's business model
- ❖ Also provides business process outsourcing services such as email transmissions, telephone operator services, customer acquisition services, and other customer management services

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| **October 2017** | **$20,806,102** | **5.9x** |

- ❖ Eli was only bidder due to the complexity of carving out certain low profit customers and assuming a 7-year facility lease in Toronto
- ❖ The Canadian and U.S. business were acquired in separate transactions but on the same day
- ❖ Acquisition Rationale
  - ▪ Top 10 player in the Canadian collections market
  - ▪ Limited overlap with CBV clients
  - ▪ Strong potential for operational improvements
- ❖ Acquisition Synergies
  - ▪ Offshore back-office processes, IT, and finance
  - ▪ Creating the Transfer Agent service to deal with Canadian clients reluctance to accept offshore work
  - ▪ Move CBV's operations into GCC's office in Toronto

## Key valuation drivers

- ❖ Focus on first and third-party contingencies leads to a potential margin close to 10%, with additional possible for upside as it moves into debt purchasing

**Top 5 Canadian customers**  **Top 5 U.S. Customers**



### Key opportunities

- ❖ **U.S. Market Expansion:** Provides unique cross-border coverage to multinationals, such as Citibank. Canadian operations offer a lower cost compared to U.S. alternatives
- ❖ **Cost Savings:** Continued realization of outsourcing certain operations to the India Operations center
- ❖ **Operational Improvements:** Automate certain manual processes – $1 million CapEx planned for IT systems
- ❖ **Service Expansion:** Opportunity to offer debt purchasing

### Key risks

- ❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle
- ❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada
- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **High Customer Concentration**



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

34

# Global Credit & Collections (Affinity Global)

# Financial information



## TTM 2017 EBITDA adjustments [1]



- **-$5.7m** TTM 2017 EBITDA
- **$1.7m** TTM 2017 Adj. EBITDA

Categories: TTM 2017 EBITDA | GCC US Earnings | Intercompany Write-Off | Management Comp | Rent Expense | Client AR Write-Off | Other Adjustments | TTM 2017 Adj. EBITDA

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Adjustment for non-acquired GCC US earnings
  - Remove impact of intercompany loans written off
  - Adjustment for management compensation
  - Adjustment for run rate on rent
  - Remove impact of former client receivable write off
  - Other adjustments

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 31,914 | $ 32,041 | $ 33,643 | $ 35,325 | $ 37,091 | $ 38,946 |
| % Growth | -12.2% | 0.4% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 1,740 | 1,972 | 4,053 | 4,256 | 4,469 | 4,692 |
| % Margin | 5.5% | 6.2% | 12.0% | 12.0% | 12.0% | 12.0% |



Legend: ■ Revenue  ■ Pro Forma EBITDA

- ❖ The revenue decline in 2017 was due to the company refocusing efforts on profitable customers and ending relationships with less profitable clients
- ❖ Realized initial overhead savings within months following the acquisition and expecting an additional margin pickup from investments in processes automation
- ❖ Expected to realize additional margin improvements from outsourcing certain back-office functions to the India Operations Center
- ❖ GCC Canada is expected to leverage CBV to begin transition into servicing purchased debt
  - CBV purchases the debt for GCC Canada and receives a 5% margin while GCC Canada services the debt

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

35

# Overview



## Company background

❖ Medical collections company that offers technology to enhance the management and efficiency of medical collections through their software platform, CollectPlus

❖ CollectPlus automates the debt collection cycle and interfaces with billing platforms with an integrated module interface displaying real-time debt collections, locations, demographics, etc., to improve decision making

❖ CollectPlus directs accounts through a series of actions beginning with initial invoicing and ending with turning uncollected accounts to third-party collection agencies

❖ Only RCM company that specializes in HME/DME collections with a network of outsourced bad debt collections firms throughout the bad debt lifecycle

❖ AR has over 200 customers in the U.S., primarily in the HME/DME industry

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| October 2014 | $8,570,000 | 6.0x |

❖ Acquisition was sourced through Eli's proprietary origination process

❖ Acquisition Rationale

  ▪ A full-fledged RCM company with a dominant presence in the HME/DME space

  ▪ Stronger margins than a traditional collections business

❖ Acquisition Synergies

  ▪ Partner with affiliated ARM businesses to offer software solutions, providing an element of vertical integration and a preferred distribution network

## Key valuation drivers

❖ Revenues are separated into phases:

  ▪ Phase 1&2 includes mailing invoices and collection statements, and automated phone calls. These phases yield a higher margin

  ▪ Phase 3A begins with phone calls and then accounts are assigned to third-party collection agencies in Phases 3B and 4

❖ The 10 largest customers accounted for 41% of FY 2017 revenue

❖ The standard MSA contains a 6-month term followed by month-to-month renewals

❖ Largest competitor in the HME/DME space is Brightree which gained a copy of AR's software code from a former shareholder

### Key opportunities

❖ **U.S. Market Expansion:** Provides unique cross-border coverage to multinationals, such as Citibank. Canadian operations offer a lower cost compared to U.S. alternatives

❖ **Cost Savings:** Continued realization of outsourcing certain operations to the India Operations center

❖ **Operational Improvements:** Automate certain manual processes – $1 million CapEx planned for IT systems

❖ **Service Expansion:** Opportunity to offer debt purchasing

### Key risks

❖ **Contingency Pressure:** Declining contingency volume as customers move to sell debt earlier in the collection cycle

❖ **Offshore Risk:** Customers' reluctance to accept offshore delivery model heightened by restrictive privacy legislation in Canada

❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry

❖ **High Customer Concentration**

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# AR Allegiance

# Financial information



## TTM 2017 EBITDA adjustments [1]



| $1.0mn | | $1.0mn |
|---|---|---|
| TTM 2017 EBITDA | Audit Fees | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ The adjustments are related to pro forma audit fees

## Financial highlights [2]

(*$ in thousands*)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 5,448 | $ 5,720 | $ 6,006 | $ 6,307 | $ 6,622 | $ 6,953 |
| % Growth | *19.7%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 1,018 | 1,138 | 1,195 | 1,255 | 1,317 | 1,383 |
| % Margin | *18.7%* | *19.9%* | *19.9%* | *19.9%* | *19.9%* | *19.9%* |

Chart: $8,000 / $6,000 / $4,000 / $2,000 / $0 — 2017A, 2018E, 2019P, 2020P, 2021P, 2022P — ■ Revenue ■ Pro Forma EBITDA

❖ The revenue growth in 2017 was primarily attributable to 34% growth in phase 1&2 revenue, which represents 52% of total revenue

❖ Revenue growth in 2018 is expected to be driven by continued growth in AR's customer base

❖ AR's EBITDA margin is expected to remain relatively consistent with levels achieved in 2017, maintaining a consistent revenue mix going forward

❖ Lower growth profile than CBV or GCC due to more specialized and localized nature of the business and the lack of debt purchasing

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 274 of 617

# Overview



## Company background

❖ Provides complete revenue cycle and claims management support for physician provider medical practice management systems with a focus on outsourced medical billing

❖ FTGU primarily focuses on the orthopedic, spine, and neurosurgeon specialties

❖ Highly sustainable revenue with high retention rates, contracts are typically 48 months and auto-renew for 12 or 24 month periods,

❖ 51 clients in Dallas, Houston, Colorado, Arizona, and Florida

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| **September 2016** | **$5,000,00** | **3.2x** |

❖ Acquired 80% of FTGU with an equity equivalency agreement established for the remaining 20%. TTM EBITDA must be above $1 million for the EEA to have value

❖ Broker-led process with multiple bidders

❖ Acquisition Rationale

▪ Opportunity to improve FTGU's margins by improving operational efficiency. FTGU had large teams focusing on one client, over concentrating resources and compressing margins despite strong revenue growth

▪ Establishes strong platform to acquire additional billing companies

❖ Acquisition Synergies

▪ Offshore back-office processes, IT, and finance. High overhead made this especially attractive

▪ Strong management. However, the owners left the Company sooner then expected resulting in FTGU missing its financial forecast in 2017. A new CEO has been hired and is optimistic on continued growth moving forward

## Key valuation drivers

❖ Secondary claims management comprises almost 90% of total revenues

❖ Critical to get back on track after a difficult year due to management turnover

❖ High customer concentration (FY 2017):



- NAO
- OAP
- GHG
- Carrell Clinic
- CSOG

**Key opportunities**

❖ **Large Footprint:** Customers prefer larger providers, an advantage for FTGU, which has a large foot print and strong market share in their regional market

❖ **Cost Savings:** Continued profit margin expansion from offshoring certain functions to the IOC

❖ **Market Share Growth**: Increasing number of sales reps to acquire more leads and opportunities

**Key risks**

❖ **Leadership Transition:** Incorporating new management in a relationship-based business after the owners' departure

❖ **Customer Concentration:** High customer concentration with top 10 customers accounting for 90% of revenues

❖ **New Entrants:** Low barriers to entry for potential new competitors

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

38

# Financial information





**TTM 2017 EBITDA adjustments** (1)

Chart showing waterfall of EBITDA adjustments from $0.2mn (TTM 2017 EBITDA) through Prior Owner Comp, Pro Forma IOC Savings, COO Comp, Contract Consulting, Cont. Consid., Other Adjustments to $0.4mn (TTM 2017 Adj. EBITDA)

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management.  In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - Prior Owner Compensation
  - Pro forma IOC Savings
  - COO Compensation
  - Contract Consulting
  - Contingent Consideration
  - Other Adjustments

**Financial highlights** (2)



*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 6,772 | $ 6,772 | $ 6,772 | $ 6,772 | $ 6,772 | $ 6,772 |
| % Growth | -20.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted EBITDA | 373 | 1,257 | 1,257 | 1,257 | 1,257 | 1,257 |
| % Margin | 5.5% | 18.6% | 18.6% | 18.6% | 18.6% | 18.6% |

- ❖ Revenue decline in 2017 related to customer attrition from loss of relationships held by the original owners, who left the business after the acquisition
- ❖ Conservative revenue growth forecast as new management comes on board and initially plan to focus on reducing costs and maintaining the current customer base
- ❖ EBITDA margin is expected to increase in 2018 due to realizing cost savings from offshoring certain positions to the India Operations Center

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

39

# Overview



## Company background

- ❖ Operates as a debt contact and account management firm serving commercial, consumer, healthcare, and public sector debts
- ❖ Full service collection agency with a presence in litigation based collections
- ❖ Provides mailings, phone calls, emails, insurance follow-up, litigation, debtor evaluation, debtor payment options, and seminars and consulting on receivables
- ❖ Headquartered in White Plains, New York and primarily services customers in the Northeast

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| June 2015 | $6,200,000 | 7.8x |

- ❖ Broker-led sale process
- ❖ Acquisition Rationale
  - Another low-margin business that could realize immediate gains through a reduction in the ownership salaries and additional savings in overhead
  - Believed to be a suitable fit for Nationwide Recovery System
  - Local agency with healthy margins and a large non-profit client base, which generally do not change providers
- ❖ Acquisition Synergies
  - Leverage a similar IOC model (finance, IT, and back office) as the other ARM companies
  - Immediate savings from reducing ownership salaries

## Key valuation drivers

- ❖ Large number of customers, over 100, with no customer representing more than 11.0% of revenues
- ❖ Top 10 customers represented 67.8% of 2017 revenues
- ❖ High customer retention of over 90%, large amount of non-profit customers (50% of revenue) generally do not switch providers. Several customers have been with TCC for more than 10 years
- ❖ Some of the services TCC provides are mailings, phone calls, emails, insurance follow-up, litigation, debtor evaluation, debtor payment options, and seminars and consulting on receivables
- ❖ TCC is one of the oldest and established collection agencies in New York

### Key opportunities

- ❖ **Market Share Expansion:** Especially in the healthcare industry as the industry continues to grow at a constant pace
- ❖ **New Service Offerings**

### Key risks

- ❖ **Regulatory Compliance:** TCC requires a lot of technology investment and regulatory compliance to maintain the customer base
- ❖ **Consolidation of Customers:** TCC has lost customers in the past due to acquisitions

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information





**TTM 2017 EBITDA adjustments** [1]

- TTM 2017 EBITDA: $1.0mn
- Prior CEO Comp
- Legal Expenses
- CEO Excess Commission
- Telephone Expenses
- Audit Expense
- TTM 2017 Adj. EBITDA: $1.2mn

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:
  - Post acquisition CEO salary adjustment
  - Pro Forma legal expenses
  - Prior CEO excess commission
  - Pro Forma telephone expense
  - Pro Forma audit adjustment

**Financial highlights** [2]



| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 4,997 | $ 5,147 | $ 5,302 | $ 5,461 | $ 5,625 | $ 5,793 |
| % Growth | 2.7% | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Adjusted EBITDA | 1,216 | 1,297 | 1,336 | 1,376 | 1,417 | 1,459 |
| % Margin | 24.3% | 25.2% | 25.2% | 25.2% | 25.2% | 25.2% |

■ Revenue   ■ Pro Forma EBITDA

❖ Conservative revenue growth forecast due to well-established client base and mature northeast market

❖ EBITDA margin is expected to remain consistent with levels achieved in 2017, with potential upside related to operational efficiencies still being realized

❖ Lower growth profile than CBV or GCC due to more localized nature of the business and the lack of debt purchasing

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

41

# Overview



## Company background

- ❖ Credit Management Co. ("CMC") provides an array of full service accounts receivable and collection management programs

- ❖ CMC's programs are across several industry segments with a focus on healthcare

- ❖ CMC's revenue base includes Early Out, Full Collections, and Rapid Response

- ❖ Founded in 1966 and headquartered in Pittsburgh, PA, CMC's services aim to increase cash flow, lower operating costs, reduce delinquency, and improve customer care and support

- ❖ Contracts vary – many are 1 year with automatic renewals

- ❖ Early Out – cost-effective method to turn client receivables into cash as quickly as possible

- ❖ Full Collections – focuses on the recovery of bad debt and to expedite cash flows

- ❖ Rapid Response – outbound call program that drives receivables in the door for the client

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2010 | $4,500,000 | N/A |

- ❖ Sole sourced
- ❖ Acquisition Rationale
  - ▪ Owner of CMC was older and looking to get out of the business
- ❖ Acquisition Synergies
  - ▪ Potential to offshore back-office processes, IT, and finance

## Key valuation drivers

- ❖ Top 5 Customers (FY 2017):



Legend: ■ VH EPIC ■ Excela ■ UMPC ■ CHS EPIC ■ CVS

- ❖ 92% of customers are in the healthcare industry, the remaining customers are government, commercial businesses and law firms

- ❖ CMC has high retention rates and long tenured relationships with several customers

- ❖ CBCS and State Collections are two key competitors

### Key opportunities

- ❖ **Market Share Expansion:** Winning new clients through referrals and sales efforts. Some sizeable deals are being worked on, such as Alteon Health or Vanderbilt, that could replace Valley Health

- ❖ **Geographic Expansion:** Plans to expand into new territories – Ohio, Virginia, and New Jersey

### Key risks

- ❖ **Collection Period Shift:** Some customers are moving from Day 1 collection, which typically sees around 40% collection rate, to Day 30 or 45 which usually has a less than 20% collection rate

- ❖ **Insourcing:** Valley Health brought their $2 million book of business in house unexpectedly

- ❖ **Customer Consolidation:** Such as hospitals, being acquired and losing that book of business happens regularly



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

42

**Credit Management Co.**

# Financial information



## TTM 2017 EBITDA Adjustments [1]



| TTM 2017 EBITDA | Bad Debt Expense | Pro Forma Insurance Cost | Audit Expense | TTM 2017 Adj. EBITDA |
| --- | --- | --- | --- | --- |
| $2.5mn | | | | $2.5mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - ▪ Remove impact of bad debt expense
  - ▪ Run rate for lower insurance costs
  - ▪ Pro forma audit expense adjustment to reflect run rate

## Financial highlights [2]

| ($ in thousands) Financial Highlights | TTM 2017A | Fiscal Year 12/31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 11,333 | $ 11,900 | $ 12,495 | $ 13,120 | $ 13,776 | $ 14,464 |
| % Growth | -1.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 2,502 | 2,600 | 2,730 | 2,867 | 3,010 | 3,160 |
| % Margin | 22.1% | 21.8% | 21.8% | 21.8% | 21.8% | 21.8% |



■ Revenue ■ Pro Forma EBITDA

- ❖ Historically revenues and EBITDA have grown approximately 10% annually
- ❖ The decline in revenue in 2017 is related to losing a major client, Valley Health, due to insourcing
- ❖ Revenue growth is expected to be driven by new customers as CMC expands into new territories as well as increasing market share at among its current customers
- ❖ EBITDA margin is expected to remain consistent with levels achieved in 2017, with potential upside related to operational efficiencies and increased scale through possible expansion into new territories

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Portfolio summary

| Portfolio perspective | Hypothetical change of control |
|---|---|

❖ CBV realized approximately $3.5m of annual savings from utilizing the IOC including:

▪ Transfer back-office finance and IT functions

▪ Utilizing transfer agents to support Canadian employees

❖ Cross Selling and Integration Opportunities:

▪ Part of the ARM portfolio and shares office space with Global Credit Collections ("GCC") in Toronto

▪ CBV executives have regular contact with executives in other ARM businesses

▪ Separately CBV and GCC are top 5 in the Canadian collections market, combined they would have #1 or #2 market share

❖ If the ARM Portfolio were sold as one company, several synergies could quickly be realized by a likely buyer through consolidation of:

▪ Executive management

▪ IT operations

▪ Properties and rent

▪ Other selling and administrative activities

❖ Our analysis assumes a hypothetical change of control, as of the Valuation Date, at a the price that the assets would transact assuming a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts.

❖ In the event of a sale, Eli owns 100% of the ARM Portfolio's equity interest except for 20% of FTGU Medical Consulting

❖ The most likely buyers for the ARM Portfolio include:

▪ **Strategic:** Any large financial institution or industry participants such as SquareTwo, Total Credit Recovery Limited, or Expert Global Solution

▪ **Private Equity**

### TTM 2017 Revenue & EBITDA (including QoE adjustments)



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



44

# Valuation summary

**Market approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 9.0x | to | 10.0x |
| TTM Adjusted EBITDA* | $15,969 | | $15,969 |
| Plus: GCC DCF Value | $22,000 | | $24,000 |
| **Concluded Range (Rounded)** | **$166,000** | **to** | **$184,000** |
| *Implied NFY EBITDA Multiple* | *8.2x* | | *9.1x* |

*\* Refer to the next slide for the TTM Adjusted EBITDA buildup.*

❖ The ARM portfolio has a weighted average entry multiple of 5.8x (most of the value acquired in 2015).

❖ Similar companies with a similar size sold for 8.2x – 8.3x. However, the pending Intrum Justitia transaction at 13.3x influenced our selection

❖ Another factor influencing our EBITDA multiple selection of 9.0x – 10.0x is that although we have included an adjustment to TTM EBITDA for $2.2 million of cost savings related to running these six entities as a unified company, we have not included the offshore cost savings expected to be realized in 2018 and 2019.

❖ Since GCC was recently purchased in October 2017 and Eli management is still currently restructuring the operating structure of this entity, its TTM EBITDA was excluded from the market approach and the estimated value range using the DCF method for GCC was added to the market approach value

**Income approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 14.0% | to | 13.0% |
| Long-Term Growth Rate | 2.5% | | 2.5% |
| **Concluded Range (Rounded)** | **$163,000** | **to** | **$176,000** |

❖ Selected a beta of 0.70, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 6.7%, (weighted 30% debt and 70% equity)

❖ Additional risk premium of 3.0% based on the risk associated with the ARM portfolio's projected EBTIDA margin growth from their offshoring plan.

**Enterprise value**      **$163,000,000 – $184,000,000**

**Management EEA values:**

| FTGU (20%) | - |
|---|---|

According to FTGU's EEA agreement, if FTGU's TTM EBITDA is below $1.0 million, the EEA has no value.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support

| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Intrum Justitia AB (carve-out) | 899 | 68 | 28.9% | n/a | 13.3x | Debt collection and purchase, payment, and invoicing. Carve out of Intrum's in Denmark, Estonia, Finland, Sweden, and Germany |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Credit management services in Denmark for small and mid-sized businesses |
| ALTOR GmbH | 38 | 5 | 19.0% | n/a | 8.3x | Debt purchase and third-party collection services in Germany, primarily serving the financial sector |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Debt collection and purchase, receivables management in Poland |
| **_Guideline Public Companies_** [1] | | | | | | |
| Collection House Limited | 232 | 29 | 28.2% | 8.2% | 8.0x | Debt purchase and collection, receivables management in Australia and NZ serving financial services, government, insurance, and telecommunications |
| Encore Capital Group, Inc. | 4,690 | 407 | 34.3% | 10.2% | 11.5x | Debt recovery solutions, purchases portfolios of defaulted consumer receivables, debt collection and management activities in the U.S. |

## Guideline multiples



| TTM EBITDA | |
|---|---|
| _(USD in thousands)_ | **2017** |
| ARM Portfolio Adjusted EBITDA | $15,559 |
| (-) GCC TTM Adjusted EBITDA | 1,740 |
| (+) Portfolio Synergies* | 2,150 |
| _Consolidation of Executive Management Costs_ | _198_ |
| _Consolidation of IT Costs_ | _548_ |
| _Consolidation of Sales and Marketing and Other Costs_ | _1,403_ |
| **ARM Portfolio Pro Forma EBITDA** | **$15,969** |

*Management provided portfolio synergies of twice the amount stated above. Management believes, based on the recent realization of cost savings, that these would be easy to achieve in the next year by a potential buyer. However, KPMG believes it is unlikely that a buyer would pay for all of these synergies*

(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

46

# Overview

## Company background

❖ Standard Advisory Services Limited ("SASL") was established in 2016 initially as an M&A advisory firm to advise Eli-owned entities during their buy-side transactions

❖ In early 2017, SASL transitioned from M&A advisory to asset management and investment advisory for the Eli-owned insurance portfolio (outside the GHTG entity structure)

❖ SASL provides investigation, structuring, investment negotiation, and deposition services

❖ Last year, SASL had $31 million in revenue and expects $47 million in 2018

❖ 100% of SASL revenue and income is from contracts with related parties; growth is from contractual and non-contractual related parties, and there are no plans to offer services to third parties

❖ Per Eli's General Counsel, SASL's executed contracts stipulate the following (whether the contracting party remains a related party or becomes an unrelated party):

  ▪ **Term:** 10 years with 5-year renewal terms

  ▪ **Termination:** A very high hurdle for cancellation, cancelable only upon gross negligence

  ▪ **Exclusivity:** SASL is the exclusive asset management provider for each contracting party

  ▪ **Change of Control:** The contract remains in effect whether SASL or the contracting party undergoes a change of control

❖ SASL is located in Malta, which was selected for its favorable tax rate and to open access to European markets

❖ The leadership team has recently expanded to include an experienced CEO, CFO, investment officer, and chief risk officer

❖ It utilizes the India Operations Center for investment research and monitoring

## Key valuation drivers

❖ SASL earns fee-based revenue according to a percentage of assets under management ("AUM"), which is expected to be approximately 0.9% over the projection period (on a weighted-average basis)

❖ Per SASL and Eli management, this fee income is "at market" compared to SASL's competitors

❖ The current assets under management with contractual related parties are considered to be lower risk than the growth in AUM and other investment advisory income from these same parties under contract. The "exclusivity" legal language has a risk of being contested if an unrelated party acquires SASL or one of its customers

❖ Contracts have been established with 6 Eli companies for a 10-year initial term, effective January 1, 2018:

  - Atlantic Coast Life Insurance Co; Vista Life and Casualty Reinsurance Co. (U.S.); GBIG; Standard; PBLA; and Pavonia

### Financial highlights [1]



| ($ in thousands) | TTM | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 35,957 | $ 47,376 | $ 120,447 | $ 171,529 | $ 221,678 | $ 267,161 |
| % Growth | n/a | 31.8% | 154.2% | 42.4% | 29.2% | 20.5% |
| Adjusted EBITDA | 32,665 | 43,928 | 111,059 | 158,884 | 205,882 | 248,480 |
| % Growth | 90.8% | 92.7% | 92.2% | 92.6% | 92.9% | 93.0% |



*(1) Represents Eli management's forecast for SASL. KPMG has adjusted this forecast for purposes of the valuation, which is detailed on the following page.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial Information



**Projected revenue**

*($ in thousands)*

Eli Projections (50% CAGR)

KPMG Adjusted (24% CAGR)

- ❖ Eli is projecting growth from three areas
  - ▪ Existing customer AUM growth (contractual)
  - ▪ New customers Eli has recently acquired (non-contractual)
  - ▪ New customers Eli has yet to acquire (non-contractual)
- ❖ Our premise of value assumes SASL will become an unrelated party to its customers on the valuation date
- ❖ In a hypothetical sale scenario of SASL, KPMG does not believe a likely buyer would pay for any non-contractual cash flows
- ❖ In addition, KPMG did not value SASL as a going concern beyond the remaining initial term of the current 10-year contracts, therefore no terminal value was included
- ❖ To calculate our discount rate, KPMG selected a beta of 1.15, size premium of 4.1%, risk-free rate of 2.8%, and cost of debt of 4.3% (weighted 10% of capital structure)
- ❖ KPMG included a base company-specific risk premium of 10% to account for (1) the risk of gross negligence, (2) the commercial risk that the assets do not grow as fast for the contracted customers as Eli management is projecting (5-year revenue CAGR of 24%), and (3) contract risk related to a potential legal challenge of the exclusivity language in the contract

**Income approach results**

| *(USD in thousands)* | Low | | High |
|---|---|---|---|
| Selected discount rate | 26.0% | to | 22.0% |
| | | | |
| Concluded range (Rounded) | $280,000 | to | $310,000 |

| Enterprise value | $280,000,000 – $310,000,000 |
|---|---|



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

48

# Overview

## Company background

❖ The India Operations Center ("IOC") was established in 2007 and is a business process outsourcing and resource center located in several locations throughout India

❖ Provides support to Eli-owned entities for back office functions such as accounting/finance, as well as marketing services, IT operations, software programming, data analytics, collections, and investment research and monitoring

❖ IOC only services Eli-owned entities and enables the GHTG entities to achieve significant cost savings

❖ Per Eli management. IOC contracts directly with SASL and Standard Financial Limited ("SFL"), which is outside the GHTG entity structure. The operating entities contract with SFL for IOC services, as follows:



❖ Management provided a contract between SFL and Penn Medical as well as a Master Services Agreement between SFL, GHTG's parent entity, Academy Associate, Inc. ("AAI"), and various GHTG operating entities. The contracts stipulate a 10-year initial term and automatic 5-year renewals, unless there is a material breach including an inability to provide the services outlined in the contract. Per Eli management, all the entities in GHTG utilizing IOC have the same contract terms

❖ Eli management indicated that if a GHTG entity were sold, the IOC contract with the entity would transfer and remain in full effect for the remainder of the current contract term

## Key valuation drivers

❖ Earnings for the entity are based on a contractual cost-plus-15 percent arrangement. All costs are included in the cost-plus arrangement with total fiscal year income settled with SASL and SFL at the end of each fiscal year, at the end of March

❖ The cost-plus arrangement is determined through a third-party annual transfer pricing study

❖ Growth for IOC is tied to the needs of existing Eli portfolio companies that utilize IOC and outsourcing potential from recent acquisitions

## Financial highlights [1]

| ($ in thousands) | TTM | Calendar Year, 12/31 | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 37,823 | $ 41,605 | $ 45,766 | $ 50,342 | $ 55,376 | $ 60,914 |
| % Growth | 15.8% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Adjusted EBITDA | 5,554 | 6,241 | 6,865 | 7,551 | 8,306 | 9,137 |
| % Margin | 14.7% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |



*(1) Represents Eli management's forecast for IOC. KPMG has adjusted this forecast for purposes of the valuation, which is detailed on the following page.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

49

# Financial Information



**Projected revenue**

*($ in thousands)*

Eli Projections (10% CAGR)

KPMG Adjusted (3% – 4% CAGR)

$70,000
$50,000
$30,000
$10,000

2017A  2018P  2019P  2020P  2021P  2022P

**Income approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 20.0% | to | 19.0% |
| Long-Tern Growth Rate | 3.0% | | 4.0% |
| **Concluded Range (Rounded)** | **$38,000** | **to** | **$43,000** |

❖ Eli is projecting growth from two areas

- Existing customer growth (contractual)

- Outsourcing potential from more recent acquisition (non-contractual)

❖ Our premise of value assumes IOC will become an unrelated party to its customers on the valuation date

❖ In a hypothetical sale scenario of IOC, KPMG does not believe a likely buyer would pay for any non-contractual cash flows

❖ At the end of the 10-year initial term the likelihood of renewal remains high since the alternatives for IOC's existing customers besides renewing the contract include, (1) establish a separate services center in India and hire and train a new workforce, (2) find another low cost provider and train their workforce, or (3) hire local resources at a higher cost

❖ To calculate our discount rate, we selected a beta of 0.7, size premium of 5.3%, risk-free rate of 2.8%, and cost of debt of 4.3% (with no debt weighting in the capital structure)

❖ KPMG included an additional risk premium of 5.0% related to the risk of the contracts not renewing at the end of the 10-year initial term

❖ We ranged the projected growth from 3% to 4% in determining our value in order to account for higher level price increases as well as additional outsourced services from existing contracted customers

| Enterprise value | $38,000,000 – $43,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

50

**Beckett Collectibles Inc.**

# Overview



## Company background

- ❖ Beckett Collectibles Inc. ("Beckett") operates as an appraiser and auctioneer of collectible items such as trading cards, coins, and comics. Beckett also offers customers grading and pricing services for collectibles. The Company has been in operation since 1984 and has a reputable brand among collectors

- ❖ Beckett also produces print media and other online material to actively price collectible items

- ❖ Beckett's revenues are derived from ecommerce sales, grading/authentication services, print media, and a small portion from trade commissions



*2015 Revenue* — 35% Grading/Auth., 19% E-Commerce, 10% Dealer, 7% Newsstand, 7% Advertising, 6% Subscription, 17% Other

*2016 Revenue* — 39% Grading/Auth., 18% E-Commerce, 8% Dealer, 2% Newsstand, 7% Advertising, 6% Subscription, 21% Other

*2017 Revenue* — 51% Grading/Auth., 16% E-Commerce, 7% Dealer, 3% Newsstand, 5% Advertising, 16% Other

Legend:
- Grading/Auth.
- E-Commerce
- Dealer
- Newsstand
- Advertising
- Subscription
- Other

- ❖ Beckett was purchased out of bankruptcy by Eli in October 2008
- ❖ Acquisition rationale
  - ▪ Minimal competitors in the industry
  - ▪ Eli was confident that they could improve Beckett's business model by transitioning the business to have more of an online presence
  - ▪ Beckett has a strong brand and reputation in the industry

## Key valuation drivers

- ❖ Beckett's experience and knowledge of the collectors market have made it a household name that is trusted and recognized among buyers and sellers

- ❖ Beckett's reputation maintains a monopolistic presence in the sports collectors market

### Key opportunities

- ❖ **Geographic Expansion:** Beckett expects to expand into new markets such as China and Japan

- ❖ **Product/Service Diversification:** Beckett can diversify into new product offerings such as authentication of other collectibles like jerseys, magazines/books, and autographs

- ❖ **Volume:** Faster turn-around times and multiple grading locations allow Becket to increase volume

- ❖ **Increasing Demand:** Beckett has appeal to younger buyers who are willing to spend more money for specific high-value items rather than manufacturer packages, increasing demand for Beckett's service offering

### Key risks

- ❖ **Competition:** Amazon and Ebay could push Beckett out of the market with their large ecommerce presence and data analytic capabilities

- ❖ **Industry Decline:** Notoriety and desirability of trading cards has declined causing manufacturers to struggle and reduce output

- ❖ **Geographic Expansion**: Lack of reputation in new geographic markets

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Intercompany Adjustment | Legal Expense | Audit Expense | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|
| $3.0mn | | | | $3.1mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ Adjustment to TTM EBITDA include the following:
  - Remove intercompany revenue related to providing IT and HR services to other Eli owned companies
  - Remove legal fees for the Goodwin business
  - Adjust for run rate audit expenses

## Financial highlights [2]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 16,250 | $ 17,062 | $ 17,915 | $ 18,811 | $ 19,375 | $ 19,956 |
| % Growth | *13.8%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* | *3.0%* |
| Adjusted EBITDA | 3,050 | 4,095 | 4,300 | 4,515 | 4,650 | 4,790 |
| % Margin | *18.8%* | *24.0%* | *24.0%* | *24.0%* | *24.0%* | *24.0%* |



■ Revenue  ■ Pro Forma EBITDA

- ❖ Top line and EBITDA growth is expected to be driven by expansion into new geographic markets and diversification of product offerings
- ❖ While the accrual 2017 EBITDA margin was 20%, the adjusted cash basis 2017 EBITDA margin was 24%, which is consistent with the projected cash basis EBITDA margin

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Beckett Collectibles Inc.

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 9.0x | to | 10.0x |
| TTM Adjusted EBITDA | $3,050 | | $3,050 |
| **Concluded Range (Rounded)** | **$27,000** | **to** | **$31,000** |
| *NFY EBITDA Multiple* | *6.6x* | *to* | *7.6x* |

- ❖ EBITDA multiple range of 9.0x to 10.0x was selected based on the observable EBITDA multiple of Collectors Universe Inc. and considering a discount for smaller comparative size.
- ❖ Collectors Universe Inc. was trading at a controlling EBITDA multiple of 12.7x as of the valuation date

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 16.0% | to | 15.0% |
| Long-Term Growth Rate | 2.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$27,000** | **to** | **$30,000** |

- ❖ KPMG selected a beta of 1.1, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 10.0% of capital structure)
- ❖ A 2.0% company-specific risk premium was included to estimated the low end value to account for the risks of achieving initial growth projections above industry expectations (2.9% per IBISWorld through 2023)

| Enterprise value | $27,000,000 – $31,000,000 |
|---|---|


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company overview

❖ Arcane Tinmen ("AT") is a provider of protective sleeves for the trading card game ("TCG") industry, selling more than 100 million individual sleeves per year

❖ Flagship product is the Dragon Shield sleeve, which is recognized for quality among customers and is the leading product in the market

❖ Primary distribution is in the United States

▪ Approximately 12% of the distribution is in Canada

▪ 30% in Europe

▪ Remainder in the United States

❖ Manufacturing and distribution of the Company's products is performed by third parties

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| **July 2017** | **$21,076,728** | **6.5x** |

❖ Acquired 55% of AT with an equity equivalency agreement established for the remaining 45%

❖ Acquisition Rationale

▪ Originally got interested in AT based on Eli's ownership of Beckett, which operates in a similar industry

▪ AT had strong profitability supported by their ownership of their products' intellectual property ("IP")

▪ Gaming market has grown at a CAGR of 14% since 2012

*(1) Price for 100% of the business enterprise.*

## Key valuation drivers

❖ AT products are sold at a higher price than others in the market and are reliant on a reputation for quality

❖ Recently changed distribution model from one centralized distributor to several sub-distributors at more favorable terms

❖ Largest customers are Lion Rampant in Canada, Fantasy Flight Games in United States, and Blackfire in Europe

❖ AT owns the IP related to its products and has secured a long-term contract with its exclusive supplier located in Denmark

### Key opportunities

❖ **Geographic Expansion:** Asian market, particularly in Japan, China, and Korea, the largest market for TCG players

❖ **New Distribution Model:** Improvement of U.S. distribution system

▪ Business had traditionally worked with an exclusive distribution model

▪ Shifted from one major distributor (Fantasy Flight Games) to work directly with four smaller sub-distributors that Fantasy Flight Games had been using

▪ Market research has shown that this will not cause any decline in sales for the U.S.

### Key risks

❖ **Barriers to New Markets:** Difficult to enter the Asian market, however, the Asian market is expected to drive future growth

- Change is slow in the Asian market, particularly in Japan – due to cultural tendencies it is difficult to alter buying decisions

- Harder to enter the Asian market by playing on price, with the exception of China

❖ **Product Differentiation:** Product is commoditized and sales depend on product reputation, branding, and ability to protect the IP

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



54

# Arcane Tinmen
# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ Adjustments include the following:
  - Normalization of revenue due to new distribution structure
  - Inventory true up
  - Adjustment to remove all spoils department P&L activity
  - Remove general accrual for unidentified costs
  - Adjustment of audit expenses to normalized run rate
  - Adjustment to normalize FX rate impact

## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|---|
| | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 9,928 | $ 11,120 | $ 12,232 | $ 13,210 | $ 14,003 | $ 14,563 |
| % Growth | n/a | 12.0% | 10.0% | 8.0% | 6.0% | 4.0% |
| Adjusted EBITDA | 4,036 | 5,045 | 5,550 | 5,994 | 6,354 | 6,608 |
| % Growth | 40.7% | 45.4% | 45.4% | 45.4% | 45.4% | 45.4% |



- ❖ Revenue growth is expected to be driven by the growth in AT's current markets, which has grown at a CAGR of 14% since 2012, as well as an expansion into the Asian markets

- ❖ The EBITDA margin is expected to increase due to an increase in Arcane's gross margin from leveraging the new distribution model established in 2017

- ❖ There is potential EBITDA margin upside by teaming with Beckett's trading card business to achieve distribution cost savings

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 6.0x | to | 6.5x |
| TTM Adjusted EBITDA | $4,036 | | $4,036 |
| **Concluded Range (Rounded)** | **$24,000** | **To** | **$26,000** |
| *NFY EBITDA Multiple* | *4.8x* | *to* | *5.2x* |

- ❖ AT was purchased for $21.1 million in June 2017 for a 6.5x EBITDA multiple.
- ❖ KPMG selected an EBITDA multiple range of 6.0x to 6.5x based on the observable M&A transactions of Nordenia and API, acquired for 5.6x and 6.0x, as well as a giving weighting to the recent entry multiple.

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 22.0% | to | 22.0% |
| Long-Term Growth Rate | 2.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$27,000** | **to** | **$28,000** |

- ❖ Selected a beta of 0.7, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 5% of capital structure)
- ❖ KPMG included a company-specific risk premium of 10.0% to account for the risk related to successfully expanding into new geographic markets as well as the risk that AT is unable to sustain its EBITDA margin at or above current levels as AT expands into China and new competitors enter the marketplace

**Enterprise value**     **$24,000,000 – $28,000,000**

**Management EEA values:**

Arcane (45%)    $10,800,000 – $12,600,000

Calculated based on the EBITDA multiple specified in the EEA agreement

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 293 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Nordenia International AG | 750 | 134 | 11.6% | n/a | 5.6x | Produces and markets specialty films and flexible consumer packaging |
| API Group | 76 | 13 | 7.5% | n/a | 6.0x | Manufactures and distributes films and laminates for consumer packaging and printed media |
| AEP Industries Inc. | 763 | 100 | 9.1% | n/a | 7.6x | Markets flexible packaging films |
| ***Guideline public companies*** [1] | | | | | | |
| Supremex Inc. | 150 | 21 | 14.8% | 14.6% (2 year) | 7.1x | Manufactures specialty plastic packaging products, mailers, and envelopes |

**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **AT Adjusted EBITDA** | **$4,036** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



## Company overview

❖ 3BL distributes news and public relations content for corporations, focusing on sustainability, health, energy, education, philanthropy, community, and other social and environmental topics

❖ 3BL distributes traditional content such as press releases and announcements, as well as non-traditional media such as videos, blog posts, podcasts, and other forms of engagement

❖ Various portfolio offerings that have resulted from acquisitions, primarily corporate social responsibility ("CSR") focused, have allowed 3BL to become one of the biggest players in their niche offering

❖ Customers pay a subscription for access to 3BL's distribution service which also offers multi-channel distribution solutions and detailed analytics, tracking, reporting, and benchmarking

❖ Actively manages a client's pre-uploaded content

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| November 2016 | $20,000,000 | 10.0x |

❖ Acquired 70% with an equity equivalency agreement established for the remaining 30%

❖ Acquisition Rationale
  - 3BL has a strong recurring revenue stream model
  - Low client concentration, with 150-200 subscription-based clients
  - Corporate responsibility is a growth segment that isn't fully penetrated by larger traditional content distribution companies such as Business Wire or PRNewswire

❖ Acquisition Synergies
  - Transition some back office functions to the India Operations Center

*(1) Price for 100% of the business enterprise.*

## Key valuation drivers

❖ No one subscription customer makes up more than 1% of revenue

❖ 80% – 90% customer renewal rates on the subscription business

❖ Traditional competitors include Business Wire and PRNewswire, but 3BL offers more media distribution options than these services

### Key opportunities

❖ **High Growth Market:** Corporate social responsibility is a growing market and 3BL is better positioned to capture this growth compared to traditional distribution companies such as Business Wire and PRNewswire

❖ **Product Upgrades:** Management is encouraging current customers to switch from an older "Basic" service to the "Active Content Management" service which sells at a higher price point, is more profitable, and creates additional switching costs promoting higher customer retention

❖ **Scalable Model:** Business model can be easily scaled with an investment in additional sales and marketing resources. Annual required overhead is approximately $300k per month, which can be covered through expected renewals

### Key risks

❖ **Operational Structure:** Due to rapid expansion, the company has not had time to fully integrate recent acquisitions and realign its internal structure which impacted 2017 results. An outside consultant is currently working to realign sales efforts

❖ **Sales Plan Execution:** Management is looking to improve its sales and marketing efforts as it tries to competitively position itself in the market. The company has recently hired a sales manager but ramping up these efforts may take time

❖ **Leadership Transition:** The company is looking to hire a new CEO this year as the former owner transitions into an Eli portfolio manager role. This could lead to some disruption in the business


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

58

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The 2017 EBITDA adjustments primarily include:
  - One-time rebranding project started in 2017
  - Other 3BL adjustments include adjusting audit expenses and management fees, as well as for Dunstans and 3P losses
  - Remove one-time transaction related expenses for CRB

## Financial highlights [2]

($ in thousands)



| Financial Highlights | TTM 2017A | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 6,731 | $ 7,068 | $ 7,421 | $ 7,792 | $ 8,182 | $ 8,591 |
| % Growth | 9.2% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 1,993 | 2,827 | 2,969 | 3,117 | 3,273 | 3,436 |
| % Margin | 29.6% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% |

- ❖ Approximately 80 to 85 percent of revenue is associated with contract-based products, which carry a renewal rate of approximately 85 percent. The remaining revenue is made up of periodic reports, conference hosting, social media promotion, and one time press release blasts
- ❖ The company has a history of increasing their pricing for new customers every year and have yet to detect any pushback from the market. There could be significant pricing upside
- ❖ 2017 was a down year in terms of growth – the average revenue growth rate from 2014 to 2016 was 45 percent, excluding CRB. Management attributed this to growing pains associated with recent acquisitions
- ❖ While the accrual 2017 EBITDA margin was 30%, the adjusted cash basis 2017 EBITDA margin was 37%, slightly below the projected cash basis EBITDA margin.

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



**Market approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 10.0x | to | 11.0x |
| TTM Adjusted EBITDA | $1,993 | | $1,993 |
| **Concluded Range (Rounded)** | **$20,000** | **to** | **$22,000** |
| *Implied NFY EBITDA Multiple* | *7.1x* | | *7.8x* |

- ❖ KPMG selected an EBITDA multiple range of 10.0x to 11.0x based on the price paid in Cision's acquisition of PRNewswire
- ❖ 3BL was acquired in November 2016 at a 10.0x EBITDA multiple

**Income approach results**

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 15.0% | to | 15.0% |
| Long-Term Growth Rate | 2.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$20,000** | **To** | **$21,000** |

- ❖ Selected a beta of 0.90, size premium of 5.3%, risk-free rate of 3.0%, and pre-tax cost of debt of 4.5%, (weighted 15% of capital structure).
- ❖ Included additional company specific risk of 3% related to the risk of achieving the growth in the EBITDA margin

| **Enterprise value** | **$20,000,000 – $22,000,000** |
|---|---|

**Management EEA values:**

| 3BL (20%) | $3,542,000 |
|---|---|

Calculated based on the EBITDA multiple specified in the EEA agreement and 3BL adjusted TTM EBITDA.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 297 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| PRNewswire | 841 | 75 | 25.0% | n/a | 11.2x | Provides news and content distribution services across multimedia platforms; focused on traditional public relations wires. |
| ***Guideline Public Companies***[1] | | | | | | |
| Cision Ltd. | 2,889 | 191 | 31.3% | 9.0% | 15.1x | Provides public relations ("PR") software, media distribution, media intelligence, and related professional services.. |
| MDC Partners Inc. | 1,602 | 1,514 | 11.6% | 11.1% | 9.1x | Provides marketing, advertising, activation, communications, and strategic consulting solutions. |
| Publicis Groupe S.A. | 20,682 | 11,635 | 18.4% | 4.4% | 9.6x | Provides marketing, communication, and digital transformation services. |
| WPP plc | 33,476 | 20,633 | 15.5% | 1.2% | 10.5x | Provides various communications services including advertising, branding and identity management, and custom marketing solutions. |

### Guideline multiples



| | TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **3BL Adjusted EBITDA** | | **$1,993** |



[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Fleet Assist Ltd
# Overview



## Company background

- ❖ Specializes in supply chain management and consultancy for the fleet industry in the U.K.
- ❖ Managed Network Services ("MNS"):
  - ▪ Transaction Fees – receives a 3%-5% fee for work performed by garages in Fleet Assist's ("FAL") network
  - ▪ Subscription Fees – provides access to FAL's network of over 5,000 fully managed franchised and non-franchised garages
  - ▪ Service Booking – offers a service booking center to direct the work to member garages within FAL's network
- ❖ Vehicle Supply Services ("VSS"):
- ❖ Rental – supplies vehicles to independent rental companies, garages, and contract hire companies
- ❖ Developed the Atlas software platform, which monitors and coordinates when and where a fleet vehicle should have maintenance/repair work
- ❖ Founded in 2003, FAL is headquartered in Cambridgeshire, U.K. and provides services for over 800,000 fleet vehicles

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| July 2017 | $17,291,156 | 10.9x |

- ❖ Broker-led deal process with 4 other bidders (incl. Eli)
  - ▪ Eli won the acquisition because of proposition of focusing on the brand and leaving FAL as an autonomous business
- ❖ Acquisition Rationale
  - ▪ Technology enabled business model with defensible IP ("Atlas" software platform) and a strong market foothold
  - ▪ Entry point into the vehicle supply and fleet management markets
- ❖ Acquisition Synergies
  - ▪ Potential to outsource certain operations, such as overnight Service Booking, to the India Operations Center

## Key valuation drivers

- ❖ MNS comprises approximately 75.0% of revenues while VSS represents approximately 25.0%
- ❖ Stable customer base with contractual agreements averaging 2-3 years with automatic renewals
- ❖ Customers are fleet management companies leveraging FAL's garage network, Atlas software platform, and vehicle supply business
- ❖ 28 MNS customers and 48 VSS customers with no one customer representing more than 7% of total revenues
- ❖ Customers include: Tuskerdirect Limited, Alphabet Group, Hitachi Capital Vehicle Solutions Ltd, Lex Autolease, Rabbits Vehicle Hire, Nationwide Fleet, TJs Self Drive, and Northern Vehicles

### Key opportunities

- ❖ **Market Share Growth:** Several small to medium sized fleet management companies FAL does not currently serve. VSS business was started 15 months ago, there is significant scope to expand this offering within the U.K.
- ❖ **Expand Product/Service Offering:** Continued adoption of electric and automated vehicles with greater complexity requiring more technical maintenance
- ❖ **Geographic Expansion:** Expansion into other geographies with similar industry structure

### Key risks

- ❖ **Labor Intensive Service Business:** To make a significant expansion economically feasible FAL would need large new wins
- ❖ **Competitive Market for VSS:** VSS has higher margins but operates in a significantly more competitive space making market share expansion more difficult

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| | | | | | | |
|---|---|---|---|---|---|---|
| $1.7mn | | | | | | $1.9mn |
| TTM 2017 EBITDA | Management Comp | Excercised Share Options | Corp Finance Fees | Audit Fees | Foreign Exchange | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustments include:
  - Management team compensation post acquisition
  - Payment for exercising options as part of acquisition
  - Non-recurring acquisition fees
  - Pro forma audit fees
  - Adjustment to normalize the foreign exchange rate impact

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 9,011 | $ 10,092 | $ 11,101 | $ 11,990 | $ 12,709 | $ 13,217 |
| % Growth | 27.2% | 12.0% | 10.0% | 8.0% | 6.0% | 4.0% |
| Adjusted EBITDA | 1,925 | 2,068 | 2,274 | 2,456 | 2,604 | 2,708 |
| % Margin | 21.4% | 20.5% | 20.5% | 20.5% | 20.5% | 20.5% |

*Fiscal Year 12/31,*



- ❖ Revenue growth in 2017 was driven by growth in the new VSS business and higher transaction fees

- ❖ Forecasted revenue growth is expected to be driven by the continued expansion of the VSS business, and an expanding customer base

- ❖ EBITDA margins are expected to remain relatively consistent with historical levels of profitability over the projection period. There is potential upside related to utilizing the India Operations Center for select service booking operations

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 300 of 617

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 11.0x | to | 11.0x |
| TTM Adjusted EBITDA | $1,925 | | $1,925 |
| **Concluded Range (Rounded)** | **$21,000** | **to** | **$21,000** |
| *Implied NFY EBITDA Multiple* | *10.2x* | | *10.2x* |

- ❖ There are no directly comparable public companies or transactions to FAL but KPMG reviewed public companies and transactions in the fleet management and leasing services industry, including the Paragon and Webtech transactions

- ❖ Ultimately, KPMG selected an EBITDA multiple of 11.0x, which is consistent with the acquisition multiple paid for the company less than a year ago. FAL was acquired in July 2017 at a 10.9x EBITDA multiple

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 14.0% | to | 13.0% |
| Long-Term Growth Rate | 2.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$18,000** | **to** | **$21,000** |

- ❖ Selected a beta of 0.65, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 25.0% of capital structure)

- ❖ KPMG also included a U.K. country-specific risk premium of 0.5%

- ❖ Additional company-specific risk premium of 2.0% based on the risk associated with achieving FAL's growth forecast as FAL expands its VSS business line

| Enterprise value | $18,000,000 – $21,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

64

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| Paragon Automotive Ltd. | 177 | 14 | 7.0% | n/a | 12.3x | Outsourced new, in-life, and used vehicle services to manufacturers and fleet operators in the U.K.. Also provides bulk logistics services, remarketing services, and auctions. |
| Webtech Wireless Inc. | 17 | 1 | 5.9% | n/a | 14.0x | Fleet management telematics, global positioning system, and automatic vehicle location solutions worldwide. Webtech Fleet Center, a fleet management software for mixed fleets |
| SMA Vehicle Remarketing Limited | 65 | 7 | 12.6% | n/a | 9.1x | Vehicle inspection, collection, pool fleet management, in life condition management, post accident release inspection, driver exchange inspection, tactical repairs, auctions, and other fleet management services |

**Guideline multiples**



| **TTM EBITDA** | |
|---|---|
| *(USD in thousands)* | **2017** |
| **FAL Adjusted EBITDA** | **$1,925** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

65

## Marval Group Limited

# Overview



### Company background

- Marval Investments (dba Marval Group) develops, markets, and sells support IT helpdesk software
- One of the first Information Technology Infrastructure Library ("ITIL") companies, dedicated to helping design and plan IT infrastructure and services for public and private sector clients. ITIL is a set of detailed practices for IT service management ("ITSM") to align IT services with needs of the business
- Both founders, Mr. Page and Mr. Pritchett, are widely known in the ITSM industry, having co-authored ITIL, the related ISO certification, and the first relevant graduate education curriculum at the University of Northampton
- The company is headquartered in the U.K., with six affiliated reseller businesses serving different regions around the globe

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
| --- | --- | --- |
| October 2017 | $16,096,800 | 15.4x |

- Acquired 51% with an equity equivalency agreement established for the remaining 49%
- Acquisition Rationale
  - High quality and well-known provider of IT Services Management products and have a wide range of blue-chip customers
  - Recurring revenue streams from service contracts provide consistency, with high EBITDA margins and low capital needs
  - Leverage Eli's network to expand in the U.S.
- Acquisition Synergies
  - Provides a customer base with opportunities for complimentary IT sales from other Eli-owned companies
  - Back office and software development outsourcing opportunity

### Key valuation drivers

- Primary competitors include ServiceNow, Freshworks, HP Enterprise, Cherwell, Hornbill, and Top Desk
- Marval's pricing is below larger, more expensive providers (ServiceNow and HP), but more expensive than basic products (Top Desk and Freshworks)
- Marval's top five customers represent just under 50% of software-based revenue. Annual customer churn is approximately 3% to 4%, primarily related to insourcing

**Key opportunities**

- **Shift to SAAS Model:** Medium-term plans (3-5 years) include developing software-as-a-service ("SaaS") which would increase profitability and establish more steady revenue streams
- **U.S. Market Share Growth:** Improving Marval's exposure in the U.S. market; capturing a larger percentage of the world's largest IT marketplace would be a significant growth driver. Management has forecasted a higher sales and marketing spend in order to pursue this grow opportunity
- **Existing Client Penetration:** Increasing the user base at existing clients as IT service departments grow

**Key risks**

- **New Entrants:** Potential for larger players such as Salesforce and HP Enterprise to begin to offer a similar product/service to push other parts of their offering suite
- **Technological Shift:** Major technological disruption could hurt Marval's competitive positioning
- **Leadership Attrition:** Founders/ownership are considered critical to business operations, there is an agreement to retain both for five years. Losing these key managers could have an impact on Marval's future results

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Marval Group Limited
# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Due Diligence Costs | Marval Baltic | Other Adjustments | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|
| $1.2mn | | | | $1.4mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The following adjustments were made to TTM EBITDA
  - ▪ Due diligence costs
  - ▪ Marval Baltic income
  - ▪ Pro forma audit expenses

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Calendar Year 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 4,096 | $ 4,301 | $ 4,516 | $ 4,742 | $ 4,979 | $ 5,228 |
| % Growth | *10.9%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 1,391 | 1,413 | 1,597 | 1,677 | 1,761 | 1,849 |
| % Margin | *34.0%* | *32.9%* | *35.4%* | *35.4%* | *35.4%* | *35.4%* |

Chart y-axis: $6,000 / $4,000 / $2,000 / $0 — categories: 2017A, 2018E, 2019P, 2020P, 2021P, 2022P — legend: ■ Revenue ■ Pro Forma EBITDA

- ❖ Revenue growth in 2017 was driven by growth in the new VSS business and higher transaction fees
- ❖ Forecasted revenue growth is expected to be driven by the continued expansion of the VSS business, and an expanding customer base
- ❖ EBITDA margins are expected to remain relatively consistent with historical levels of profitability over the projection period. There is potential upside related to utilizing the India Operations Center for select service booking operations

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

67

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 12.0x | to | 13.0x |
| TTM Adjusted EBITDA | $1,391 | | $1,391 |
| **Concluded Range (Rounded)** | **$17,000** | **to** | **$18,000** |
| *Implied NFY EBITDA Multiple* | *12.0x* | | *12.7x* |

- ❖ KPMG selected an EBITDA multiple range of 12.0x to 13.0x based on the Octo Technology, Acentia, and Sigma transactions, as well as the trading multiples of Cancom and GPI. KPMG considered Marvals comparability to the guideline companies and relative size when selecting the EBITDA multiple
- ❖ Marval was acquired in October 2017 at a 15.4x EBITDA multiple

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 12.0% | to | 11.0% |
| Long-Term Growth Rate | 3.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$16,000** | **to** | **$18,000** |

- ❖ Selected a beta of 0.70, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 10% of capital structure)
- ❖ A country-specific risk premium was also included based on Damodaran's country risk premiums in the U.K.

| **Enterprise value** | **$16,000,000 – $18,000,000** |
|---|---|

**Management EEA values:**

| Marval (49%) | $5,453,000 |
|---|---|

Calculated based on the EBITDA multiple specified in the EEA agreement

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

68

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Octo Technology | 101 | 5 | 10.5% | n/a | 21.2x | Provides IT consulting, design, and implementation services |
| Acentia | 301 | 22 | 11.4% | n/a | 13.7x | Provides business management and technology consulting services |
| Sigma | 108 | 12 | 5.8% | 8.0% (2-year) | 9.3x | Provides information technology management and information logistic solutions |
| ***Guideline public companies***[1] | | | | | | |
| Cancom | 1,908 | 89 | 6.8% | 15.4% | 21.8x | Information technology infrastructure and services |
| GPI | 278 | 18 | 10.2% | n/a | 15.5x | Integrated information technology solutions and services |



**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **Marval Adjusted EBITDA** | **$1,391** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ TCI provides educational materials primarily in the healthcare industry related to operations, specifically treatment coding for insurance purposes. The company also distributes medical newsletters and books

- ❖ Customers are typically private medical practices who need resources supporting insurance filing, especially Medicare-related

- ❖ The TCI holding company also includes the ProEdTech business, which is operated separately and provides educational resources for the healthcare space as well as approximately 14 other industry verticals. 70% of the business in non-healthcare related

- ❖ ProEdTech sells webinars, offered in a live format or access to archived sessions

- ❖ ProEdTech's products are typically sold directly to individuals. The company had over 22,000 customers in 2017

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| **2002** | **$10,000,000** | **n/a** |

- ❖ Acquisition Rationale

  - ▪ TCI was a way for Eli to acquire a significant customer base in the medical newsletter industry without having to establish organic credibility

  - ▪ The acquisition and subsequent years has made Eli the largest medical newsletter publishing company

## Key valuation drivers

- ❖ In 2017, TCI and ProEdTech had similar revenues but ProEdTech contributed over 90% of 2017 EBITDA

- ❖ An impairment analysis for TCI was performed in 2017 and the company was considered to be impaired, primarily due to the decline in the newsletter industry

**Key opportunities**

- ❖ **Subscription Products:** Focus on shifting TCI away from newsletters towards its online subscription-based products, which now represent 40% of revenue, which will drive recurring revenue and customer stickiness. ProEdTech would plans to begin offering enterprise and subscription-based models to improve recurring revenue (currently at 15%)

- ❖ **Increased Regulations**: Regulatory complexities are a plus for TCI – shifting coding standards led to significant revenue growth in 2015

- ❖ **Low Competition:** Limited competition in the marketplace for coding resources

- ❖ **New Products:** Develop more accredited courses for professionals to get continuing education credits

**Key risks**

- ❖ **Industry Pressure:** The declining medical newsletter industry has hurt results over the past few years, and industry trends don't show signs of a reversal

- ❖ **Simplified Regulations:** The medical services industry is frequently the subject of significant disruption. A broad simplification of insurance policy, such as a single-payer system, may reduce the need for TCI's customers to buy educational materials

- ❖ **Sales Team Growth:** ProEdTech needs to build out a larger sales and marketing team to expand into the enterprise space

- ❖ **Product Differentiation:** Continuing to develop education content that is relevant and desired in a competitive market

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | Hiring Expenses | Other Adjustments | TTM 2017 Adj. EBITDA |
|---|---|---|---|
| $1.2mn | | | $1.6mn |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ The adjustments include:

- Non-recurring hiring expenses incurred related to the hiring of U.S.-based editorial staff members

- Adjustments including carve-out expenses, product development, HIPAA Institute revenue, and pro forma audit expense

## Financial highlights [2]

($ in thousands)

| Financial Highlights | TTM 2017A | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 13,729 | $ 14,004 | $ 14,284 | $ 14,569 | $ 14,861 | $ 15,158 |
| % Growth | -9.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 1,608 | 2,155 | 2,199 | 2,242 | 2,287 | 2,333 |
| % Margin | 11.7% | 15.4% | 15.4% | 15.4% | 15.4% | 15.4% |



❖ Revenue growth in 2018 is primarily driven by ProEdTech and growth in TCI's subscription-based business

❖ Margins are expected to increase slightly as higher margin products become a bigger part of the mix

❖ The customer base is extremely wide: there are approximately 20,000 clients, with the largest only contributing around $50 thousand in annual revenue

❖ While the accrual 2017 EBITDA margin was 12%, the adjusted cash basis 2017 EBITDA margin was 15%, which is consistent with the projected cash basis EBITDA margin

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 9.0x | to | 10.0x |
| TTM Adjusted EBITDA | $1,608 | | $1,608 |
| **Concluded Range (Rounded)** | **$14,000** | **to** | **$16,000** |
| *Implied NFY EBITDA Multiple* | *6.5x* | | *7.4x* |

- ❖ KPMG selected an EBITDA multiple range of 9.0x to 10.0x based on the implied multiple of the 2015 SmartPros acquisition as well as the trading multiple of John Wiley & Sons, which are comparable to the ProEdTech segment of TCI. A discount was applied due to the decline in TCI's core business of newsletters and books.

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 16.0% | to | 15.0% |
| Long-Term Growth Rate | 2.0% | | 2.0% |
| **Concluded Range (Rounded)** | **$15,000** | **to** | **$16,000** |

- ❖ Selected a beta of 0.85, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 20.0% of capital structure)
- ❖ Additional company-specific risk premium of 3.0% was included due to the risk related to stabilizing the TCI business and sustaining consistent growth going forward

| **Enterprise value** | **$14,000,000 – $16,000,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 309 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA margin | 2-year EBITDA CAGR | Controlling TTM EBITDA multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| SmartPros | 11 | 1 | 8.5% | n/a | 10.9x | Provides learning and educational solutions for accounting/finance, legal, engineering, securities, and insurance markets |
| LINE Communications | 11 | 1 | 10.3% | n/a | 10.2x | Provides technology enabled learning and communications solutions |
| *Guideline Public Companies*[1] | | | | | | |
| John Wiley & Sons, Inc. | 4,682 | 326 | 18.4% | 10.7% | 14.3x | Offers a mix of research journals and related content and services, as well as online program management for educational institutions and corporate learning services |

### Guideline multiples





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TCI Adjusted TTM EBITDA** | **$1,608** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

73

# Overview



## Company background

❖ Advanced Studies in Medicine ("ASiM") and eRADIMAGING ("ERAD") were purchased together and have consolidated financials but operate as separate companies

❖ ERAD develops and provides continuing medical education software and services to healthcare professionals, specifically focusing on radiation physicians

❖ ASiM uses on-staff medical writers to create and provide quality healthcare education programs sponsored by large medical institutions. The programs are funded by grants sourced by ASiM and provided by pharmaceutical companies

❖ ASiM has represented a much larger portion of the combined businesses but this is expected to reverse as ERAD expects to achieve high growth over the next two years

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| **March 2017** | **$12,858,193** | **5.9x** |

❖ Acquired 96% of ASiM/ERAD with an equity equivalency agreement established for the remaining 4%

❖ Acquisition Rationale

▪ Eli was primarily interested in ERAD since there is strong potential for increasing profits

▪ At the time of the acquisition ERAD EBITDA was approximately $440k. Management believes that instituting a price increase to $49.95 at the end of March, the annualized EBITDA will be near $1.5 million

❖ Acquisition Synergies

▪ Potential to outsource certain medical writing activities at ASiM to India which allows ASiM employees to focus on getting the programs in front of as many doctors as possible

## Key valuation drivers

❖ Management believes increasing the sales force and its quality grant proposals at ASiM will increase volume and subsequently profits

❖ ERAD has approximately 12%-13% market share

❖ ASiM and ERAD's competitors include ASRT, X-Ray Lady, and RADUNITS

❖ ERAD has a much more attractive margin than ASiM:




2017 Revenue: 12% eRAD, 89% ASiM

2017 EBITDA: 29% ASiM, 71% eRAD

### Key opportunities

❖ **Geographic Expansion:** ERAD expansion into international markets

❖ **Market Share Expansion:** Increase ASiM's market share by focusing on less competitive and smaller grants

❖ **Cost Savings:** Utilizing India Operations Center for medical writing

❖ **ERAD Price Increases:** ERAD is still competitively priced and may have room for further price increases

### Key risks

❖ **Customer Attrition:** Potential customer loss due to the March price increases. However, market surveys indicated few customers (approximately 2%) would switch due to the increased price

❖ **Relationship Managers:** ASiM relies on its relationships with grant managers and key partnerships to win grants and provide programs. Losing key sales personnel could materially impact the business

❖ **Grant Reductions:** If the pharmaceutical grants are reduced or discontinued due to revised regulations or market shifts, it would significantly impact ASiM's results



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



-$0.8mn

$1.1mn

| TTM 2017 EBITDA | Revenue Written off at Acquisition | Owners Comp. | Employee Separation | ERAD Migration | Audit Expense | TTM 2017 Adj. EBITDA |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include the following:
  - Revenue written off at the time of acquisition
  - Pro-forma owners compensation
  - Former employee separation
  - ERAD migration
  - Pro-forma audit expenses

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 6,750 | $ 8,775 | $ 9,038 | $ 9,309 | $ 9,589 | $ 9,876 |
| % Growth | -18.4% | 30.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| Adjusted EBITDA | 1,073 | 2,008 | 2,395 | 2,467 | 2,541 | 2,617 |
| % Margin | 15.9% | 22.9% | 26.5% | 26.5% | 26.5% | 26.5% |



☒ Revenue  ☒ Pro Forma EBITDA

- ❖ Revenue and EBITDA have been below expectations developed at the time of the acquisition
- ❖ Moderate revenue growth is projected based on potential upside related to ERAD price increases and expanding ERAD's market share
- ❖ EBITDA margins are expected to improve related to realizing cost savings from moving certain operational and development roles to the India Operations Center. Additionally, as ERAD becomes a larger portion of the combined business, overall margins are expected to improve

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 10.0x | to | 11.0x |
| TTM Adjusted EBITDA | $1,073 | | $1,073 |
| **Concluded Range (Rounded)** | **$10,500** | **to** | **$12,000** |
| Implied NFY EBITDA Multiple | 5.2x | | 6.0x |

- ❖ KPMG selected an EBITDA multiple range of 10.0x to 11.0x based on observed M&A transaction, SmartPros, as well as a review of the trading multiples of comparable public companies such as HealthStream and GP Strategies
- ❖ KPMG considered the size and niche focus of ASiM/ERAD's operations compared to the more diversified services offered by SmartPros, HealthStream and GP Strategies
- ❖ ASiM was acquired in March 2017 at a 5.9x EBITDA multiple

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 21.0% | to | 22.0% |
| Long-Term Growth Rate | 2.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$11,000** | **to** | **$12,000** |

- ❖ KPMG selected a beta of 1.05, size premium of 5.3%, risk-free rate of 3.0%, and pre-tax cost of debt of 4.5% (weighted 5.0% of capital structure)
- ❖ Additional company-specific risk premium of 7.0% based on the risk associated with margin improvement after the combined business has experienced revenue and EBITDA declines since the acquisition

| **Enterprise value** | **$10,500,000 - $12,000,000** |
|---|---|

**Management EEA values:**

| ASiM/ERAD (4%) | $306,000 |
|---|---|

Calculated based on the EBITDA multiple specified in the EEA agreement



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

76

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| SmartPros | 13 | 1 | 8.5% | n/a | 10.9x | Learning and continued education solutions for accounting/finance, legal, engineering, securities, and insurance markets. Offers live seminars and a skills-based learning library |
| ***Guideline Public Companies***[1] | | | | | | |
| GP Strategies | 434 | 47 | 9.3% | (3.3%) (1-year) | 10.0x | Performance improvement and learning solutions delivering training, curriculum design and development, digital learning, management learning to the healthcare, software, financial services, and other industries |
| HealthStream | 717 | 38 | 15.3% | 5.9% | 20.9x | SASS subscription-based workforce development solutions for talent management, training, certification, and development needs. Also provides applications for recruiting, performance appraisal, compensation management, and other workforce management needs |

### Guideline multiples



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **ASiM & ERAD Adjusted EBITDA** | **$1,073** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Overview



## Company background

❖ BCC was founded in 1971 and analyzes market, strategic, and technological trends for various industries including pharmaceuticals, industrials, and technology and provides market research reports to individuals, companies, or universities

❖ The company focuses on industries with a high rate of change either due to technological advancements or regulatory environments

❖ BCC offers access to their reports on a subscription service model, which provides access to all market research content in specific industry vertical, or on a customers can purchase a single report

❖ BCC utilizes a reseller network to market and sell its individual market reports

❖ BCC focuses on utilizing as much primary research as possible, which improves BCC's report quality compared to other competitors

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2005 | $4,200,000 | n/a |

❖ Acquisition Rationale

 ▪ BCC offers quality product and has historically high customer retention rates

❖ Acquisition Synergies

 ▪ Certain back office functions such as IT, accounting, production, and marketing are performed by Eli's India Operations Center

## Key valuation drivers

❖ BCC has a diversified customer base with the largest, Global Information, Inc. (reseller), representing just 6% of revenue and the top ten customers only representing 18% of revenue

❖ The industry is highly fragmented, with many large and smaller providers

❖ University customers represent an interesting target

 ▪ Typically not as concerned with having the newest report

 ▪ Require access to multiple different verticals

 ▪ Can customize services leading to higher prices

❖ BCC replaced its CEO in 2017

### Key opportunities

❖ **Customer focus:** Increasing focus on education customers, which require access to many verticals and have high renewal rates.

❖ **Increasing market share:** Capturing growth in the healthcare space as new regulations and technologies drive change

❖ **Subscription business:** Continued growth in the subscription business while maintaining single-report sales

❖ **Product expansion:** Provide more general industry reports which could be done at a higher volume and lower cost

### Key risks

❖ **Competitive Industry:** The industry is highly competitive, especially in the single report market – competitors (primarily in Asia) are creating reports in bulk based mainly on secondary sources, which is shortening the viable life of an individual report and lowering the price point for the industry

❖ **Price Pressures:** Increasing number of resellers pushing report prices down and providing additional source options to end users



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## TTM 2017 EBITDA adjustments [1]



| TTM 2017 EBITDA | CEO Compensation | Rent Expense | Audit Fees | TTM 2017 Adj. EBITDA |
|---|---|---|---|---|
| $1.3mn | | | | $1.3mn |

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

- ❖ The adjustment include the following:
  - ▪ Adjustment for severance for prior CEO
  - ▪ Adjustment for rent reduction
  - ▪ Adjustment for audit fees

## Financial highlights [2]

| ($ in thousands) **Financial Highlights** | TTM 2017A | Fiscal Year Ending 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 6,947 | $ 7,086 | $ 7,228 | $ 7,372 | $ 7,520 | $ 7,670 |
| % Growth | *n/a* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* |
| Adjusted EBITDA | 1,287 | 1,312 | 1,339 | 1,365 | 1,393 | 1,421 |
| % Growth | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* | *18.5%* |



- ❖ BCC has experienced a decline in revenue as additional competitors have entered the market in the single report space

- ❖ The subscription-based business has been growing recently but the growth has been offset by the decline in the single report business

- ❖ Going forward, revenue is expected to increase by 2.0% annually with an EBITDA margin expected to be consistent with 2017 results

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



### Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected TTM EBITDA Multiple | 6.5x | | 7.0x |
| TTM EBITDA | 1,287 | | 1,287 |
| **Concluded Range (Rounded)** | **$8,500** | **To** | **$9,000** |
| *Implied NFY EBITDA Multiple* | *6.5x* | | *6.9x* |

- ❖ KPMG selected EBITDA multiples between 6.5x and 7.0x based on a review of the trading multiples of the guideline public companies and BCC's relative size and low expected growth
- ❖ BCC was purchased for $4.2 million in 2005.

### Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 16.0% | To | 15.0% |
| Long-Term Growth Rate | 1.0% | | 2.0% |
| **Concluded Range (Rounded)** | **$8,000** | **to** | **$9,000** |

- ❖ Selected a beta of 0.8, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 5% of capital structure)
- ❖ KPMG included additional company-specific risk of 2.0% to account for the risk of stabilizing the business after experiencing revenue and profit declines in 2015, 2016, and 2017

| Enterprise value | $8,000,000 - $9,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

80

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 3-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| R.L. Polk & Co. | 1,484 | $103 | 25.1% | n/a | 14.4x | Provides market research and analytics for the automotive industry; offers insights and forecasts on market potential |
| Harris Interactive, Inc. | 105 | 12 | 8.4% | n/a | 8.9x | Offers polling on public opinion in the areas of sports, health, politics, and the economy; provides proprietary market and customer insight solutions |
| Macromill, Inc. | 436 | 45 | 25.3% | n/a | 9.8x | Provides online, mobile, and global marketing research, consumer buying patterns, and marketing consulting services; provides a proprietary automatic online marketing research and analytical reports |
| New Paradigm Resources Group, Inc. | 41 | 4 | 32.2% | n/a | 10.1x | Identifies and analyzes emerging trends and technologies; provides detailed research on pricing and promotional tactics; strategic consulting, sector analysis, and market analytics |
| **_Guideline Public Companies_**[1] | | | | | | |
| Intage Holdings | 489 | 47 | 12.0% | 4.5% | 10.4x | Market research firm in Japan; offers data, analysis, and contract and panel research, for manufacturers and services businesses |
| Forrester Research, Inc. | 734 | 35 | 11.0% | 26.6% (2-year) | 21.2x | Offers syndicated research to assist with strategic decision-making; provides products that interconnect reports and data for companies |
| Ipsos SA | 2,531 | 243 | 11.4% | 6.4% | 10.4x | Provides survey-based media and advertising research for brands; offers marking, brand growth, pack testing, and path to purchase research |

### Guideline Multiples





| TTM EBITDA | |
|---|---|
| _(USD in thousands)_ | **2017** |
| **BCC Adjusted EBITDA** | **$1,287** |

[1] _Controlling TTM EBITDA multiples were estimated assuming a 20% control premium._


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

81

**Fiasco Fine Wine**

# Overview



## Company background

❖ FFW distributes domestic and imported craft beer, wines, and uncommon spirits to retailers such as Costco, CVS, and Total Wine.

❖ The Company is the third largest alcoholic beverages distributor in New Mexico, founded in 2003. The Company does not have distribution licenses in other states as of the valuation date.

❖ Major competitors include national distributors such as Southern Glazer's Wine & Spirits and National Wine & Spirits as well as smaller players in the Southwest.

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| July 2017 | $6,200,000 | 8.0x |

❖ Acquired 80% with an equity equivalency agreement established for the remaining 20%

❖ Acquisition Rationale

- FFW offers Eli an established business on which to begin a portfolio of alcohol-related companies

- Distribution rights in New Mexico are protected by franchise law inhibiting clients from easily switching distributors.

- Historically, FFW has consistently achieved high EBITDA with low capital expenditure requirements.

## Key valuation drivers

**Key opportunities**

❖ **Strategic Relationships**: FFW has opportunities to grow its relationships with major retailers such as Whole Foods, Total Wine, CVS, Costco, Food Lion, and Trader Joe's. New targets include Wal-Mart and Walgreens.

❖ **No Contracts**: FFW benefits from a lack of contracts with vendors or retailers; under New Mexico law, it is exceedingly difficult to change distributors except in the case of contract violation. Since FFW does not have contracts, contract violation is nearly impossible.

❖ **Product Expansion**: FFW can pursue additional vendors with niche products that are ignored by larger distributors and acquire brands that are dropped by competitors.

**Key risks**

❖ **Experience**: Eli has limited experience in the industry, and the founder, Thomas Wolinski, has shown some resistance to the new management structure. Retention of the sales staff is critical to maintaining pre-acquisition business-as-usual operations.

❖ **Customer Concentration**: The largest customer, Costco, represents one third of total revenue. Costco sales (particularly wine) are low margin, but are high volume. If Costco continues to squeeze margins, the Company may need to revaluate the relationship.

❖ **Regulatory**: Changes in unilateral legislation in New Mexico protecting distributors' would negatively impact the current business model and profitability.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

82

# Fiasco Fine Wine
# Financial information



## TTM 2017 EBITDA adjustments [1]



| | | | | |
|---|---|---|---|---|
| -$0.3mn | | | | $0.5mn |
| TTM 2017 EBITDA | Inventory Adjustment | M&A Legal Costs | Other Adjustments | TTM 2017 Adj. EBITDA |

❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included

❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure

❖ The following adjustments were made to TTM EBITDA
  ▪ One-time COGS inventory valuation true up in line with GAAP purchase accounting
  ▪ M&A legal costs
  ▪ Other adjustments include adjusting for compensation adjustments and run rate rental expense

## Financial highlights [2]

| ($ in thousands) | TTM | Calendar Year | | | | |
|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
| Revenue | $ 8,276 | $ 8,689 | $ 9,124 | $ 9,580 | $ 10,059 | $ 10,562 |
| % Growth | 10.1% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 500 | 818 | 859 | 902 | 947 | 994 |
| % Margin | 6.0% | 9.4% | 9.4% | 9.4% | 9.4% | 9.4% |



❖ Growth expectations are based on relationship expansion with major retailers such as Whole Foods, Total Wine, CVS, Costco, Food Lion, and Trader Joe's, as well as potential new relationships with Wal-Mart and Walgreens

❖ Niche product expansion may help sustain future growth and profitability

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 11.5x | to | 12.0x |
| TTM Adjusted EBITDA | $500 | | $500 |
| **Concluded Range (Rounded)** | **$5,800** | **to** | **$6,000** |
| *Implied NFY EBITDA Multiple* | *7.1x* | | *7.3x* |

❖ FFW was acquired in July 2017 at a 10.3x EBITDA multiple for $6.2 million

❖ KPMG selected an EBITDA multiple range of 11.5x to 12.0x based on a review of the guideline companies and guideline transactions on the following page such as AMCON Distributing Company

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 12.0% | to | 11.0% |
| Long-Term Growth Rate | 3.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$5,300** | **to** | **$6,100** |

❖ Selected a beta of 0.7, size premium of 5.3%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 20% of capital structure)

❖ Additional company-specific risk premium of 5.0% based on the risk associated with FFW's expected revenue and margin growth after experiencing a decline in EBITDA in 2017

| Enterprise value | $5,300,000 - $6,000,000 |
|---|---|

**Management EEA values:**

| FFW (20%) | $700,000 |
|---|---|

Calculated based on the EBITDA multiple specified in the EEA agreement

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



84

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Matthew Clark (Holdings) Limited | 270 | 34 | 3.1% | n/a | 7.8x | Alcoholic beverage distributor in the United Kingdom; handles wine, beer and spirits. |
| **_Guideline Public Companies_**[1] | | | | | | |
| AMCON Distributing Company | 90 | 7 | 0.8% | n/a | 12.0x | Specialty food company, distributing food, beverages, and other goods to health food stores, restaurants and bars, and other retailers. |



**Guideline multiples**



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **FFW Adjusted EBITDA** | **$500** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Ohio Medical Physics Consulting, Inc.**

# Overview



## Company background

❖ Ohio Medical Physics Consulting ("OMPC") provides outsourced physics services relating to radiation safety

❖ The Company has 3 primary business segments: diagnostics, therapy, and ZapIT. Diagnostics calibrates anything that uses x-rays. Therapy plans patients' cancer treatments and monitors the prescribed dosage, and does the commissioning of new facilities. ZapIT provides a software to benchmark and tracks quality assurance procedures for radiation machines

❖ OMPC offers a client friendly model that offers robust local client support and builds strong relationships

❖ Per Eli Management, the diagnostics segment has a 50-60% market share in Ohio and are expecting to have an 80-100% market share. OMPC is also the only major player in the outsourced therapy market

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| June 2016 | $4,170,000 | 4.3x |

❖ Acquired 80% of OMPC with an equity equivalency agreement established for the remaining 20%

❖ Acquisition Rationale

▪ OMPC reached out to Eli to gauge interest in the acquisition. Eli did not use a broker. There were no other bidders or potential buyers

▪ Eli specifically targeted the medical physics industry as it was a strong strategic opportunity for the company due to the portfolio manager's background in the industry

▪ Eli Management believes that the diagnostic business segment typically warrants approximately an 8.0x EBITDA multiple and Eli was able to acquire OMPC (a diagnostic company) for approximately a 4.6x EBITDA multiple

## Key valuation drivers

❖ OMPC's competitors include Kish, Unicon, West Physics, and Landauer. The larger competitors do not have local customer relationships like OMPC

❖ When renewing the contract with Mercy Health, OMPC raised its price from the previous contract and still beat its competition, showcasing the comparatively high quality of work performed by OMPC

❖ The Therapy segment represented 61% of 2017 revenues and the Diagnostics segment represented 39%. However, the Diagnostics segment is more profitable

### Key risks

❖ **Leadership Buy-In**: The former owner has not embraced outsourcing to India. This could place pressure on achieving certain cost savings

❖ **Price Sensitivity:** OMPC has not raised prices over the last three years for existing customers and would like to start increasing prices. OMPC just raised the price by 8% on their largest customer (Mercy) and kept the business but others may not be receptive

### Key opportunities

❖ **Cost Savings**: Potential to outsource report review and invoicing to India. This will allow the physicists to focus more on the clinic work which should increase volume and profits

❖ **Geographic Expansion**: Expansion to states outside Ohio. A strong local presence is a key factor to stealing market share from national companies such as Landauer and West Physics

❖ **Product Improvement**: OMPC is going to combine ZapIT with the recently purchased Alliance Radiology to create a more comprehensive solution, which will allow OMPC to continue increasing the price for the combined product offering



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 323 of 617

# Ohio Medical Physics Consulting, Inc.

# Financial information



## TTM 2017 EBITDA adjustments (1)



$0.5mn — TTM 2017 EBITDA | Audit Expense | Legal Fees | Recruiting Expense | $0.8mn — TTM 2017 Adj. EBITDA

- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
    - Adjustment for audit expense related to ZapIT
    - Adjustment for legal fees
    - Adjustment for recruiting expense
    - Adjustment for audit fees

## Financial highlights (2)

($ in thousands)

| Financial Highlights | TTM 2017A | Fiscal Year 12/31, 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 4,997 | $ 5,247 | $ 5,509 | $ 5,785 | $ 6,074 | $ 6,378 |
| % Growth | 44.5% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Adjusted EBITDA | 816 | 866 | 909 | 954 | 1,002 | 1,052 |
| % Margin | 16.3% | 16.5% | 16.5% | 16.5% | 16.5% | 16.5% |



- ❖ The high revenue growth in 2017 was driven by price increases for existing customers
- ❖ Revenue growth is expected to be driven by geographic expansion outside of Ohio
- ❖ EBITDA margins are expected to remain consistent with recent historical results

(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.
(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Ohio Medical Physics Consulting, Inc.

# Valuation summary



### Market Approach Results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 6.0x | to | 7.0x |
| TTM Adjusted EBITDA | $816 | | $816 |
| **Concluded Range (Rounded)** | **$4,900** | **to** | **$5,700** |
| Implied NFY EBITDA Multiple | 5.7x | | 6.6x |

- ❖ KPMG selected an EBITDA multiple range of 6.0x to 7.0x based on observed M&A transactions of Landauer and Alliance Healthcare as well as the review of the trading multiples of the comparable public companies, Digirad and RadNet
- ❖ OMPC was acquired in June 2016 at a 4.3x EBITDA multiple

### Income Approach Results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 15.5% | to | 14.5% |
| Long-Term Growth Rate | 3.0% | | 3.0% |
| **Concluded Range (Rounded)** | **$5,500** | **to** | **$5,900** |

- ❖ KPMG selected a beta of 0.75, size premium of 5.3%, risk-free rate of 3.0%, and pre-tax cost of debt of 4.5% (weighted 10.0% of capital structure)
- ❖ Additional company-specific risk premium of 3.0% based on the risk associated with successfully expanding geographic markets in order to support its growth expectations

| **Enterprise value** | **$4,900,000 - $5,900,000** |
|---|---|

**Management EEA values:**

| OMPC (20%) | $816,000 |
|---|---|

Calculated based on the EBITDA multiple specified in the EEA agreement

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Ohio Medical Physics Consulting, Inc.
# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Landauer | 741 | 44 | 28.5% | n/a | 17.0x | Provides technical and analytical services, and outsourced medical physics services. Segments include radiation measurement segment and medical physics segment |
| Envision Healthcare | 7,426 | 640 | 10.1% | n/a | 11.6x | Physician-led outsourced medical services to hospitals and healthcare systems |
| Alliance Healthcare | 823 | 127 | 26.9% | n/a | 6.5x | Provides outsourced healthcare services to hospitals through 3 segments: Radiology, Oncology, and Interventional |
| ***Guideline Public Companies***[1] | | | | | | |
| Digirad Corporation | 65 | 10 | 8.5% | 39.0% | 7.0x | Provides healthcare solutions through 4 segments, including Diagnostic Services and Diagnostic Imaging |
| RadNet | 1,144 | 137 | 15.0% | 17.4% | 8.3x | Outpatient diagnostic imaging services including magnetic resonance imaging and diagnostic radiology |

### Guideline multiples





| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **OMPC Adjusted EBITDA** | **$816** |

[1] *Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Overview



## Company background

❖ Engaged Media is a magazine and online content publisher, providing publications related primarily to enthusiast markets in areas such as automotive, home, outdoor, and action sports

❖ The company's portfolio includes over 30 magazines, covering topics as diverse as fantasy football, interior design, drag racing, and paintball

❖ Revenues come from subscriptions, newsstand sales, and advertising

❖ Purchased out of bankruptcy

❖ Romantic Homes, a magazine dedicated to home decorating and interior design, is Engaged Media's highest volume product

❖ Revenue is primarily comprised of advertising revenue, newsstand sales, and subscriptions



### 2015 Revenue
2% · 10% · 63% · 26%
- Advertising
- Newsstand
- Subscription

**$18.6 million**

### 2016 Revenue
2% · 11% · 56% · 31%
- Advertising
- Newsstand
- Subscription

**$19.1 million**

### 2017 Revenue
3% · 12% · 50% · 36%
- Advertising
- Newsstand
- Subscription

**$17.3 million**

## Key valuation drivers

❖ Experienced a large decline in newsstand volume starting in 2015. The company shifted focus in 2016 to drive advertising revenue and enhance Engaged's digital offerings

❖ In 2017, the Company brought in a new CEO but advertising revenue growth was offset by continued shrinkage in newsstand revenue

### Key opportunities

❖ **Digital Products**: Expansion of digital subscriptions and mobile apps - combined for $0.5 million of revenue in 2017

❖ **Advertising Growth**: Focusing on pushing content out through more channels beyond print. Advertisers are attracted to Engaged's content due to their loyal customer base and targeted subject matter

❖ **Expansion of Brands**: Capture new subject matter, particularly in the home and auto spaces

### Key risks

❖ **Industry Contraction**: Consistent with most print media, Engaged's newsstand business is declining. Although Engaged Media has established an online presence for some of its publications and is focusing on digital platforms, the company will continue to face industry headwinds

❖ **Limited Market Size**: Engaged's content targets small niche interest groups with limited organic expansion potential



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 327 of 617

# Financial information



## TTM 2017 EBITDA adjustments [1]



- ❖ Eli management has indicated that 2017 expenses have been fully burdened with market salaries for executive level management. In instances where the KPMG financial due diligence team has found these salaries not to be at market levels, an adjustment was included
- ❖ Eli management indicated there are no holding company management fees included in the entity's expense structure and the entity has sufficient resources to operate independently from the GHTG structure
- ❖ The adjustments include:
  - ▪ Pro forma audit fees
  - ▪ Reallocation of CEO bonus between 2016 and 2017 and run rate rent expense

## Financial highlights [2]

*($ in thousands)*

| Financial Highlights | TTM 2017A | Calendar Year 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 17,307 | $ 17,653 | $ 18,006 | $ 18,366 | $ 18,733 | $ 19,108 |
| % Growth | -9.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Adjusted EBITDA | 507 | 599 | 611 | 623 | 636 | 649 |
| % Margin | 2.9% | 3.4% | 3.4% | 3.4% | 3.4% | 3.4% |



■ Revenue  ■ Pro Forma EBITDA

- ❖ Newsstand revenue has declined from $12.0 million to $8.7 million from 2015 to 2017 while advertising revenue has grown from $5.0 million to $6.2 million over the same period
- ❖ Revenue is expected to stabilize as advertising and digital products provide an area for offsetting growth against the newsstand business
- ❖ Adjusted EBITDA margins are expected to remain consistent over the projection period
- ❖ While the accrual 2017 EBITDA margin was 2.9%, the adjusted cash basis 2017 EBITDA margin was 3.4%, which is consistent with the projected cash basis EBITDA margin

*(1) EBITDA adjustments were determined by the KPMG financial due diligence team. For further detail, please refer to their report dated April 7, 2018.*
*(2) The historical financials are presented on an accrual basis while the projected financials were provided on a cash basis.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

91

# Valuation summary



## Market approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected EBITDA Multiple | 4.5x | to | 5.5x |
| TTM Adjusted EBITDA | $507 | | $507 |
| **Concluded Range (Rounded)** | **$2,300** | **to** | **$2,800** |
| *Implied NFY EBITDA Multiple* | *3.8x* | | *4.7x* |

❖ KPMG selected an EBITDA multiple range of 4.5x to 5.5x based on the multiple of the Groupe Altice transaction as well as the trading multiples of GVIC Communications and Haynes Publishing

❖ KPMG considered Engaged's unique and targeted content but also its declining newsstand business when selecting our multiple range

## Income approach results

| (USD in thousands) | Low | | High |
|---|---|---|---|
| Selected Discount Rate | 21.5% | to | 20.5% |
| Long-Term Growth Rate | 1.0% | | 1.0% |
| **Concluded Range (Rounded)** | **$3,000** | **to** | **$3,200** |

❖ Selected a beta of 0.60, size premium of 5.6%, risk-free rate of 3.0%, and cost of debt of 4.5%, (weighted 10% of capital structure).

❖ An additional company-specific risk premium of 10.0% was included to account for the risk related to Engaged stabilizing the newsstand business going forward, and successfully building out the digital offering

| **Enterprise value** | **$2,300,000 - $3,200,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

92

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 3-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Time Inc. | 2,805 | 388 | 13.5% | 7.9% | 7.2x | Operates a multi-platform media and content company; best known for publishing Time Magazine |
| Groupe Altice Media | 270 | n/a | n/a | n/a | 4.5x | Publishes and markets magazines, newsletters, and special issues |
| **_Guideline Public Companies_** [(1)] | | | | | | |
| GVIC Communications | 159 | 29 | 12.9% | n/a | 5.4x | Operates as an information and marketing company; publishes weekly farm papers, magazines, and periodicals, as well as regional newspapers and other publications |
| Haynes Publishing Group | 54 | 8 | 19.2% | 13.2% | 6.3x | Publishes and sells specialty materials such as automotive repair manuals and other DIY guides |

### Guideline multiples



| | TTM EBITDA | |
|---|---|---|
| _(USD in thousands)_ | | **2017** |
| **Engaged Adjusted EBITDA** | | **$507** |

[(1)] _Controlling TTM EBITDA multiples were estimated assuming a 20% control premium._

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



93

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____               _____
Jennifer C. Hunter, CFA, ASA                            Ben Siadak, CFA
Partner                                                               Manager
KPMG LLP                                                          KPMG LLP

Mark Kitchen – Concurring Review Partner
James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Harvard Collection Services, Inc.

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**





August 24, 2018

KPMG LLP
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**Re: Valuation of Harvard Collection Services, Inc.**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Harvard Collection Services, Inc. ("HCS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100% controlling interest in HCS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of HCS' business enterprise is estimated to be $2.9 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Harvard Collection Services, Inc.
# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Harvard Collection Services, Inc.
# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Harvard Collection Services, Inc.
# Overview



## Company background

- ❖ Harvard Collection Services ("HCS") provides accounts receivable collection and consulting services, typically operating in the third-party collections space
- ❖ Founded in 1982 in Chicago , HCS serves two primary customers, Pendrick Capital Partners ("Pendrick") and the Illinois Department of Revenue ("IDOR")
- ❖ Pendrick is one of the largest healthcare debt buyers in the U.S.
- ❖ HCS offers services for a variety of industries, including: Healthcare, Government, Telecom, Financial Services, Utilities, and Education

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2007 | $100,000 | n/a |

- ❖ The sale was sole sourced.  The Company was struggling to meet payroll obligations and needed to find a buyer quick
- ❖ Acquisition Rationale
  - ▪ Timely acquisition resulted in a favorable acquisition price
  - ▪ One of Eli's first accounts receivable management ("ARM") purchases, adding to its strategy to grow the portfolio
- ❖ Acquisition Synergies
  - ▪ Gain operational efficiencies and share certain back-office processes, IT, and finance with Eli's other ARM companies

## Key valuation drivers

- ❖ IDOR represents approximately 42% of the Company's revenues while Pendrick represents another 37%.
- ❖ The Company is expected to renew its contract with IDOR in February of 2018 for another three years.
- ❖ Recently added two additional clients including Philadelphia Gas Works which are ramping up volumes and expected to contribute to expected growth

### Key opportunities

- ❖ **Cross Selling/Synergies:** Operational and strategic synergies with other companies within Eli's ARM portfolio, such as Van Ru
- ❖ **New Customers:** Expecting a ramp up in sales from the two recent customer wins, both with established customer contracts
- ❖ **Market Share Growth:** Have hired a dedicated experienced sales person, Mark, to go after new business

### Key risks

- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **Volume Stagnation:** Need to be able to expand volumes at existing customers such as Philadelphia Gas Works due to HCS's high dependence on each customer's volume to sustain growth
- ❖ **Extremely High Customer Concentration:** IDOR and Pendrick represented almost 80% of HCS' 2017 revenue


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/16 | 12/31/17 |
|---|---|---|
| Cash and Cash Equivalents | 1,285 | 1,239 |
| **Current Assets**: | | |
| Accounts Receivable | 33 | 88 |
| Inventory | - | - |
| Other Current Assets | 34 | 33 |
| **Current Liabilities:** | | |
| Accounts Payable | 138 | 111 |
| Other Current Liabilities | 365 | 377 |
| Net Working Capital (Excluding Cash | (436) | (366) |
| *As a % of Revenue* | *(10.7%)* | *(9.5%)* |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to remain relatively constant at *negative* 8.0% going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 3,862 | $ 4,367 | $ 4,585 | $ 4,815 | $ 5,007 | $ 5,157 |
| % Growth | -5.4% | 13.1% | 5.0% | 5.0% | 4.0% | 3.0% |
| EBITDA | 246 | 294 | 321 | 337 | 351 | 361 |
| % Margin | 6.4% | 6.7% | 7.0% | 7.0% | 7.0% | 7.0% |



❖ Revenue growth in 2018 is expected to be driven by newly signed contracts, increasing volumes from IDOR and Pendrick, as well as new customers from an increased sales focus

❖ EBITDA margins are expected to increase slightly to approximately 7% over the projection period driven by the high growth expected in 2018



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Harvard Collection Services, Inc.
# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 6.0x |
| TTM EBITDA | $246 |
| Plus: Cash | 1,239 |
| **Concluded Fair Value (Rounded)** | **$2,700** |
| *Weighting* | *50%* |

❖ Larger companies in the debt collections industry sold for 8.2x – 15.9x with a median of 8.3x.

❖ We selected a TTM EBITDA multiple of 6.0x, slightly below the multiples observed in recent transactions as well as Collection House Limited's trading multiple, due to Harvard's much smaller size and limited customer diversification

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 17.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$3,000** |
| *Weighting* | *50%* |

❖ Refer to the Weighted Average Cost of Capital page for detail on the build up of the discount rate

❖ An additional risk premium of 10.0% was included to account for the risk related to HCS's extremely high customer concentration, its size, as well the risk associated with achieving strong EBITDA growth in 2018 after experiencing a decline in 2017.

| Enterprise value | $2,900,000 |
|---|---|

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Harvard Collection Services, Inc.
# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Transcom Worldwide AB | 271 | 33 | 5.2% | n/a | 8.3x | Debt collection and other customer experience services in Stockholm, Sweden |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Credit management services in Denmark |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Debt collection and purchase, receivables management in Poland |
| Ikas Norge AS | 34 | 2 | 20.0% | n/a | 15.9x | Debt collection services in Norway |
| ***Guideline Public Companies*** [1] | | | | | | |
| Collection House Limited | 225 | 28 | 27.5% | 7.5% | 8.0x | Debt purchase and collection, receivables management in Australia and NZ serving financial services, government, insurance, and telecommunications |
| Encore Capital Group, Inc. | 4,410 | 368 | 32.2% | 26.7% | 12.0x | Debt recovery solutions, purchases portfolios of defaulted consumer receivables, debt collection and management activities in the U.S. |

**Guideline multiples**



| | Subject Company TTM EBITDA | |
|---|---|---|
| *(USD in thousands)* | | **2017** |
| **TTM EBITDA** | | **$246** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Harvard Collection Services, Inc.

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 3,862 | $ 4,367 | $ 4,585 | $ 4,815 | $ 5,007 | $ 5,157 | $ 5,261 |
| *Net Revenue Growth (%)* | *n/a* | *13.1%* | *5.0%* | *5.0%* | *4.0%* | *3.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 3,616 | 4,073 | 4,264 | 4,478 | 4,657 | 4,796 | 4,892 |
| **Equals: Adjusted EBITDA** | $ 246 | $ 294 | $ 321 | $ 337 | $ 351 | $ 361 | $ 368 |
| *Adjusted EBITDA Margin (%)* | *6.4%* | *6.7%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* |
| | | | | | | | |
| Less: Depreciation | 99 | 231 | 46 | 48 | 50 | 52 | 53 |
| **Equals: Adjusted EBITA** | $ 147 | $ 62 | $ 275 | $ 289 | $ 300 | $ 309 | $ 316 |
| *Adjusted EBITA Margin (%)* | *3.8%* | *1.4%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* | *6.0%* |
| | | | | | | | |
| Less: Income Taxes | | 17 | 75 | 78 | 81 | 84 | 86 |
| **Equals: Debt Free Net Income** | | $ 45 | $ 201 | $ 211 | $ 219 | $ 226 | $ 230 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 231 | 46 | 48 | 50 | 52 | 53 |
| Less: Capital Expenditures | | 44 | 46 | 48 | 50 | 52 | 53 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 17 | (17) | (18) | (15) | (12) | (8) |
| **Equals: Debt Free Net Cash Flow** | | $ 216 | $ 218 | $ 229 | $ 234 | $ 238 | $ 238 |
| | | | | | | | |
| Terminal | | | | | | | 1,589 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.4934 | 0.4934 |
| **Present Value of Debt Free Net Cash Flow** | | $ 200 | $ 172 | $ 155 | $ 135 | $ 117 | $ 784 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 779 |
| Plus: Present Value of Terminal Value | 784 |
| Plus: Tax Amortization Benefit | 177 |
| Plus: Cash and Cash Equivalents | 1,239 |
| **Equals: Business Enterprise Value** | $ 3,000 |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Harvard Collection Services, Inc.**

# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity
$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 — Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.79 based on the indicated comparable company betas.

**4 — Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**
KPMG selected a company specific risk premium of 10.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 — Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 — Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**
A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 10.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.79 |
| Size Premium | 5.3% |
| **Cost of Equity** | **22.6%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| **WACC (Rounded)** | **17.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity.
All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of HealthLink Investments Limited

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**





August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

### Re: Valuation of HealthLink Investments Limited

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of HealthLink Investments Limited ("HealthLink" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns an 80% controlling interest in HealthLink, with the remaining minority interest of 20% owned by the former owners through an equity equivalency agreement. However, the Client requested a valuation of a 100% controlling interest in HealthLink.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of HealthLink's business enterprise is estimated to be $32.0 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

3

**HealthLink Investments Limited**

# Valuation Considerations (continued)



<div style="background:#1b2f7a;color:white;text-align:center;font-weight:bold">Extraordinary Assumptions</div>

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

<div style="background:#1b2f7a;color:white;text-align:center;font-weight:bold">Hypothetical Conditions</div>

This appraisal does not make use of any hypothetical conditions.

<div style="background:#1b2f7a;color:white;text-align:center;font-weight:bold">Disclosure of Subsequent Events</div>

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

**HealthLink Investments Limited**

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies.  These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests.  The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value.  The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account.  When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. We did not utilize the market approach due to a lack of comparable public companies/transactions. However, we did consider the recent transaction price paid for the Company in the development of our income approach. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## HealthLink Investments Limited

# Overview



### Company background

- ❖ HealthLink Investments Limited ("HealthLink") is a health-system integrator that enables medical practices to communicate electronically with the rest of the health system and seamlessly transfer patient information
- ❖ HealthLink provides the computer communications system that links the information technology systems of more than 15,500 medical organizations across Australia and New Zealand
- ❖ HealthLink has 3 core technologies:
  - SmartForms – enables healthcare providers to electronically share information or refer a patient to any other healthcare provider
  - Messaging –enables providers to send information securely to a number of databases and applications
  - CareInsight – enables clinicians to retrieve patient information in real time with added capability of onsite patient consent

### Original acquisition details

| Acquisition date | Price (NZD) [1] | Entry multiple |
|---|---|---|
| September 2017 | $45,000,000 | 10.1x |

- ❖ The Clanwilliam Group, an Eli owned company operating out of Ireland, reached out directly to HealthLink, a slightly higher offer was submitted by Accel-KKR, but HealthLink accepted Eli's offer due to the 20% EEA offered to the former owners
- ❖ Acquisition Rationale
  - Further grows the Clanwilliam Group's position in New Zealand and Australasia and sets a precedent for the Clanwilliam Group to pursue future acquisitions in the Australasia region
  - High recurring revenue model
- ❖ Acquisition Synergies
  - The Clanwilliam Group already has a strong customer base in NZ through its previous acquisition in Toniq to involve HealthLink in electronic prescribing
  - Ability to cut down on a small amount of overhead costs

[1] *Price for 100% of the business enterprise.*

### Key valuation drivers

- ❖ HealthLink has high recurring revenue of approximately 95.0 percent with extremely low customer churn
- ❖ The Company charges a transaction fee for every message sent on its system based on the type and size of the message sent
- ❖ This kind of central messaging infrastructure is typically owned by the government. It is uncommon for it to be privately held as is the case with HealthLink. The company is the dominant provider in the New Zealand
- ❖ In New Zealand, the largest single customer accounts for less than 6.0 percent of total revenues and the top 5 customers account for less than 25.0 percent of total New Zealand revenues
- ❖ It would take several years for a new entrant, such as the New Zealand government, to build the infrastructure to compete with HealthLink

#### Key opportunities

- ❖ **Toniq Partnership:** The Clanwilliam Group's ownership of Toniq puts it in a ideal position to influence and benefit from the development of e-prescribing in New Zealand, which would significantly increase messaging traffic
- ❖ **Australia:** The Australia market is still young and there is a renewed interest for electronic health software
- ❖ **New Government Policies:** As the government roles out new national programs, such as national screening programs, it creates the opportunity for HealthLink to increase functionality, and in turn, increase prices
- ❖ **Price Increases:** The company has only been able to roll out approximately 60.0 percent of its intended price increases. There is still room for additional price increases going forward

#### Key risks

- ❖ **Government Takeover:** Risk that that government decides to take over this messaging service and de-privatize it similar to how it is operated in Ireland and the United Kingdom. Management indicated this is highly unlikely
- ❖ **Australia Salesforce:** The company needs to invest further in a sales force in Australia in order to generate the expected growth throughout the country. Any delays or set-backs to the hiring process could delay the Company's plans

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



**HealthLink Investments Limited**

# Financial Information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 455 |
| **Current Assets:** | |
| Accounts Receivable | 2,063 |
| Other Current Assets | 268 |
| **Current Liabilities:** | |
| Accounts Payable | 558 |
| Other Payables | 883 |
| Net Working Capital (Excluding Cash) | 890 |
| *As a % of Revenue* | *6.4%* |

❖ Deferred revenue was excluded from the net working capital calculation since Management indicated that the projections were provided on a cash basis

❖ A large deferred tax liability was excluded from the net working capital calculation since the business was valued assuming a taxable transaction structure, per Management

❖ Management indicated that the Company had excess net working capital as of the Valuation Date and that net working capital as a percentage of revenue would be approximately zero going forward

## Financial highlights [1]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 13,971 | $ 15,668 | $ 16,451 | $ 17,274 | $ 18,138 | $ 19,045 |
| % Growth | *n/a* | *12.1%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* |
| EBITDA | 1,916 | 3,325 | 3,491 | 3,665 | 3,849 | 4,041 |
| % Margin | *13.7%* | *21.2%* | *21.2%* | *21.2%* | *21.2%* | *21.2%* |



❖ Revenue growth in 2018 is expected to be driven by further expansion into the Australia market, transaction volume increases through the adoption of electronic prescribing services, and pricing increases

❖ Revenue growth for 2019 through 2022 is conservative and is based on population growth and the aging population in the markets the Company serves

❖ The Company's EBITDA margin is expected to be higher than historical levels due to overhead reduction and other synergies now that the Company is a part of the larger Clanwilliam Group

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Summary





**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 11.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$32,000** |
| *Weighting* | *100%* |

❖ The Company was acquired approximately three months prior to our Valuation Date for a purchase price of approximately $30.5 million (converted from NZD)

❖ The concluded fair value is slightly higher than the transaction price due to the synergies Management expects to realize through the Company's partnership with Toniq and the rest of the Clanwilliam Group portfolio

❖ Refer to the Weighted Average Cost of Capital page for details on the build up of the discount rate

❖ Due to HealthLink's dominant position in New Zealand and limited risks to achieving Management's forecast, no company specific risk was included in the selected discount rate

| **Enterprise value** | **$32,000,000** |
|---|---|


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**HealthLink Investments Limited**

# Income Approach Support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| Net Revenue | $ 13,971 | $ 15,668 | $ 16,451 | $ 17,274 | $ 18,138 | $ 19,045 | $ 19,616 |
| *Net Revenue Growth (%)* | *n/a* | *12.1%* | *5.0%* | *5.0%* | *5.0%* | *5.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 12,055 | 12,343 | 12,961 | 13,609 | 14,289 | 15,003 | 15,454 |
| **Equals: EBITDA** | $ 1,916 | $ 3,325 | $ 3,491 | $ 3,665 | $ 3,849 | $ 4,041 | $ 4,162 |
| *EBITDA Margin (%)* | *13.7%* | *21.2%* | *21.2%* | *21.2%* | *21.2%* | *21.2%* | *21.2%* |
| | | | | | | | |
| Less: Depreciation | 662 | 350 | 350 | 350 | 350 | 350 | 361 |
| **Equals: EBITA** | $ 1,254 | $ 2,975 | $ 3,141 | $ 3,315 | $ 3,499 | $ 3,691 | $ 3,802 |
| *EBITA Margin (%)* | *n/a* | *19.0%* | *19.1%* | *19.2%* | *19.3%* | *19.4%* | *19.4%* |
| | | | | | | | |
| Less: Income Taxes | | 833 | 879 | 928 | 980 | 1,033 | 1,064 |
| **Equals: Debt Free Net Income** | | $ 2,142 | $ 2,261 | $ 2,387 | $ 2,519 | $ 2,658 | $ 2,737 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 350 | 350 | 350 | 350 | 350 | 361 |
| Less: Capital Expenditures | | 350 | 350 | 350 | 350 | 350 | 361 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | (890) | - | - | - | - | - |
| **Equals: Debt Free Net Cash Flow** | | $ 3,032 | $ 2,261 | $ 2,387 | $ 2,519 | $ 2,658 | $ 2,737 |
| | | | | | | | |
| Terminal | | | | | | | 34,216 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9492 | 0.8551 | 0.7704 | 0.6940 | 0.6252 | 0.6252 |
| **Present Value of Debt Free Net Cash Flow** | | $ 2,878 | $ 1,934 | $ 1,839 | $ 1,748 | $ 1,662 | $ 21,393 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 10,060 |
| Plus: Present Value of Terminal Value | 21,393 |
| Plus: Tax Amortization Benefit | - |
| Plus: Cash | 455 |
| **Equals: Business Enterprise Value (Rounded)** | **$ 32,000** |

*(1) Per tax guidance, goodwill is not amortizable in New Zealand, and therefore, a tax amortization benefit was not included.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 357 of 617

**HealthLink Investments Limited**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.7 based on the indicated comparable company betas.

**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**

KPMG selected a company specific risk premium of 0.0 percent.

**1 Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**

A 28.0 percent corporate tax rate is based on long-term statutory tax rate for New Zealand, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.70 |
| Size Premium | 5.3% |
| **Cost of Equity** | **12.1%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 28.0% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **11.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Sources of Information



- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence/ investment memos prepared and provided by Eli.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

**Appendix**

# Appraisal Certification



We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Appendix
# Valuation Services Limiting Assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Lumina Media, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**





August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet     www.us.kpmg.com

### Re: Valuation of Lumina Media, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Lumina Media, LLC ("Lumina" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100% controlling interest in Lumina.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Lumina's business enterprise is estimated to be $2.3 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Lumina Media, LLC**

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use.  The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible.  The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset.  The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis.  Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation.  Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company.  Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)

## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Lumina Media, LLC

# Valuation Overview

## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. While a formal market approach was not relied upon, we did consider the recent transaction price paid for the Company in the development of the discount rate for the Income Approach. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Lumina Media, LLC

# Overview

### Company background

- ❖ Founded in 2013, Lumina is a print and digital media company based in Irving, CA

- ❖ Eli acquired four of Lumina's magazine products: Chickens, Young Rider, Hobby Farms, and Horse Illustrated. These were considered to be the best performing Lumina media products

- ❖ Hobby Farms, Chickens, and Young Rider are released six times per year and Horse Illustrated is released 12 times per year

- ❖ Lumina generates revenue by selling online and print ad sales space, print magazine subscriptions, newsstand sales, and specialty distribution sales in tractor supplies / online ad sales

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| November 2017 | $2,300,000 | n/a |

- ❖ Broker involved – Lumina was selling its portfolio of media assets to multiple buyers, Eli was told there were other bidders for the magazine titles they were interested in but no other information was provided

- ❖ Since the magazine titles were for sale for over a year, there was some reputational damage that lost certain advertising customers

- ❖ Acquisition Rationale
  - ▪ Eli has similar production and hobby market experience through its holdings in Beckett Collectibles
  - ▪ The selected magazine titles have a strong and loyal following

- ❖ Acquisition Synergies
  - ▪ Integrate certain operational functions with Beckett for improved efficiencies

### Key valuation drivers

- ❖ Approximately 85% of revenue is generated from the print business and 15% from the digital business, with almost all sales coming from within the US

- ❖ Hobby Farms is ranked as the number one title in its category with Horse Illustrated ranked third in its category. There are no direct competitors for Hobby Farms and Chickens

- ❖ Western Horseman and Horse & Rider are the closest competitors for Horse Illustrated and Young Rider

- ❖ In 2017 the four magazines averaged an overall renewal rate of approximately 30%. Management expects this to improve going forward

| Publication | Subscribers | Subscription Price |
|---|---|---|
| Chickens | 15,011 | $19.99/year |
| Hobby Farms | 35,719 | $14.99/year |
| Young Rider | 22,729 | $14.99/year |
| Horse Illustrated | 28,079 | $10.99/year |

### Key opportunities

- ❖ **Advertiser Growth:** Management has won back some lost advertisers during the acquisition period and have recently added new contracts as well

- ❖ **Online Expansion:** Planning to build an online marketplace, store directory, social media, and sales program for Hobby Farms and both horse publications

- ❖ **Regional Growth:** Develop regional content & ad sales programs for small to medium scale businesses

### Key risks

- ❖ **Print Industry Declines:** Fight against declining print business by investing in online marketplace

- ❖ **Customer Concentration:** Most magazines currently share similar advertising customers

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Lumina Media, LLC**

# Financial information

## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 1 |
| **Current Assets**: | |
| Accounts Receivable | - |
| Inventory | - |
| Other Current Assets | - |
| **Current Liabilities:** | |
| Accounts Payable | - |
| Other Current Liabilities | 62 |
| Net Working Capital (Excluding Cash | (62) |
| *As a % of Revenue* | *(1.2%)* |

❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis

❖ Management indicated that the net working capital (less excluded items) was at a deficit as of the Valuation Date since the publications had just been acquired, and was expected to increase to 2.5% of revenue going forward

## Financial highlights

| ($ in thousands) **Financial Highlights** | TTM **2017A** | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| | | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 4,926 | $ 4,998 | $ 5,148 | $ 5,302 | $ 5,541 | $ 5,707 |
| % Growth | *n/a* | *1.4%* | *3.0%* | *3.0%* | *4.5%* | *3.0%* |
| EBITDA | n/a | 1,152 | 1,390 | 1,432 | 1,496 | 1,541 |
| % Margin | *n/a* | *23.1%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* |



❖ According to Management, historical EBITDA was unavailable at the publication level before the acquisition

❖ Revenue growth is expected to be modest with a slight bump in 2021 from when the online marketplace is expected to be completed

❖ Some growth is also expected to be driven by increasing subscribers and advertising customers

❖ The EBITDA margin is expected to grow in 2019 as investments in the digital side of business, which require lower overhead, start generating additional revenue

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Lumina Media, LLC

# Valuation summary

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 50.0% |
| Long-Term Growth Rate | 1.0% |
| **Concluded Fair Value (Rounded)** | **$2,300** |
| *Weighting* | *100%* |

- ❖ Due to the lack of available TTM EBITDA information and the uncertainty associated with achieving the projected EBITDA in 2018, we did not rely on the market approach

- ❖ Ultimately, since the acquisition of the Company took place just before the Valuation Date and Management is still in the process of restructuring the business and winning back advertisers, we relied on the transaction price of $2.3 million to determine our fair value

- ❖ Utilizing the transaction price of the business and the forecast provided by Management, we developed a discount rate for the income approach and applied a 100% weighting to this approach

- ❖ The transaction price implies a 0.46x TTM revenue multiple which is slightly below the trading multiples of Gannett Co., Inc. and Glacier Media Inc. as of the Valuation Date.

- ❖ Refer to the Weighted Average Cost of Capital page for detail on the build up of the discount rate. The guideline companies utilized for the beta calculation included Gannett Co., Inc., Glacier Media Inc., GVIC Communications Corp, and John Wiley & Sons, Inc.

| **Enterprise value** | **$2,300,000** |
|---|---|

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



**Lumina Media, LLC**

# Income approach support

| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 4,926 | $ 4,998 | $ 5,148 | $ 5,302 | $ 5,541 | $ 5,707 | $ 5,764 |
| *Net Revenue Growth (%)* | *n/a* | *1.4%* | *3.0%* | *3.0%* | *4.5%* | *3.0%* | *1.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 4,926 | 3,845 | 3,758 | 3,870 | 4,045 | 4,166 | 4,208 |
| **Equals: EBITDA** | n/a | $ 1,152 | $ 1,390 | $ 1,432 | $ 1,496 | $ 1,541 | $ 1,556 |
| *EBITDA Margin (%)* | *n/a* | *23.1%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* |
| | | | | | | | |
| Less: Depreciation | n/a | 50 | 51 | 53 | 55 | 57 | 58 |
| **Equals: EBITA** | n/a | $ 1,102 | $ 1,338 | $ 1,379 | $ 1,441 | $ 1,484 | $ 1,499 |
| *EBITA Margin (%)* | *n/a* | *22.1%* | *26.0%* | *26.0%* | *26.0%* | *26.0%* | *26.0%* |
| | | | | | | | |
| Less: Income Taxes | | 299 | 363 | 374 | 390 | 402 | 406 |
| **Equals: Debt Free Net Income** | | $ 804 | $ 976 | $ 1,005 | $ 1,050 | $ 1,082 | $ 1,092 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 50 | 51 | 53 | 55 | 57 | 58 |
| Less: Capital Expenditures | | 50 | 51 | 53 | 55 | 57 | 58 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 187 | 4 | 4 | 6 | 4 | 1 |
| **Equals: Debt Free Net Cash Flow** | | $ 617 | $ 972 | $ 1,001 | $ 1,044 | $ 1,078 | $ 1,091 |
| | | | | | | | |
| Terminal | | | | | | | 2,227 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.8165 | 0.5443 | 0.3629 | 0.2419 | 0.1613 | 0.1613 |
| **Present Value of Debt Free Net Cash Flow** | | $ 504 | $ 529 | $ 363 | $ 253 | $ 174 | $ 359 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 1,823 |
| Plus: Present Value of Terminal Value | 359 |
| Plus: Tax Amortization Benefit | 104 |
| Plus: Cash and Cash Equivalents | 1 |
| **Equals: Business Enterprise Value** | $ 2,300 |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Lumina Media, LLC**

# Weighted Average Cost of Capital

## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$D$ = Market value of debt
$E$ = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 — Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.71 based on the indicated comparable company betas.

**4 — Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**
KPMG selected a company specific risk premium of 50.0 percent, which represents the risk related to the size of the business, forecast, and market concentration

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 — Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 — Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**
A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 50.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.71 |
| Size Premium | 5.3% |
| **Cost of Equity** | **62.2%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 80.0% |
| Debt | 20.0% |
| **WACC (Rounded)** | **50.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Sources of Information

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

**Appendix**

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____  
Jennifer C. Hunter, CFA, ASA  
Partner  
KPMG LLP

_____  
Ben Siadak, CFA  
Manager  
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Nationwide Recovery Systems, Ltd



**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet      www.us.kpmg.com

**Re: Valuation of Nationwide Recovery Systems, Ltd**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Nationwide Recovery Systems, Ltd ("NRS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100% controlling interest in NRS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP").  This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA").  This report states the appraisal procedures and conclusions developed.  Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files.  This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of NRS' business enterprise is estimated to be $4.1 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you.  If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,




© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

3

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Nationwide Recovery Systems, Ltd
# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Nationwide Recovery Systems, Ltd
# Overview



## Company background

- ❖ NRS provides first and third party collection services as well as medical billing services, insurances claims management, and other practice management services
- ❖ Founded in 1974, NRS operates in Dallas, Texas and Tyler, Texas
- ❖ Primarily services companies in the financial services industry (i.e. credit cards, mortgages, auto loans, etc.) and the healthcare industry but also serves customers in government, communications, and energy industries
- ❖ One of NRS's major customers is another Eli-owned business, AR Allegiance, who outsources the collection services they provide to NRS
- ❖ NRS can utilize liens, file bond claims, perform other actions to collect past-due accounts when settling debts between general contractors and sub-contractors
- ❖ NRS will also help resolve disputed invoices and file suits for refusal to pay when customers have broken off communication

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
|---|---|---|
| 2008 | N/A | N/A |

- ❖ At the time of the acquisition, NRS was losing considerable cash flow and need to sell in order to stay in business
- ❖ Acquisition Rationale
  - ▪ Fit into Eli's account receivable management ("ARM") portfolio
  - ▪ Timely acquisition as the business was struggling at the time
  - ▪ Could work with Harvard Collection Services to provide collections services to Pendrick
- ❖ Acquisition Synergies
  - ▪ Improve operational efficiencies and back-office processes, IT

## Key valuation drivers

### Top 5 Customer Segments



- Healthcare — 39%
- Pendrick — 24%
- Allegiance Group — 20%
- Commercial — 14%
- All Others — 3%

- ❖ Customer contracts have an average term of 1-2 years
- ❖ Pendrick provides approximately $300,000 of revenue per month
- ❖ Volvo is the largest customer in the commercial segment

### Key opportunities

- ❖ **Market Focus:** The Company's sales focus is on growing the healthcare segment by utilizing existing strong relationships in the space due to higher margins in this space
- ❖ **Operational Improvements:** Utilize the technology practices and resources from other Eli ARM companies to improve the Company's processes and systems

### Key risks

- ❖ **Leadership Attrition:** A stable and strong management team is key due to the relationship-driven nature of the industry
- ❖ **Customer Consolidation:** Lost clients in 2015 in the healthcare space due to consolidation in the industry. NRS is often not utilized by the larger buyers who have pre-existing relationships with other agencies
- ❖ **High Customer Concentration:** Pendrick and AR Allegiance represent a large portion of the Company's revenue. Additionally, AR Allegiance is an Eli owned Company

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/16 | 12/31/17 |
|---|---|---|
| Cash and Cash Equivalents | 1,679 | 876 |
| **Current Assets**: | | |
| Accounts Receivable | 565 | 269 |
| Inventory | - | - |
| Other Current Assets | 250 | 261 |
| **Current Liabilities:** | | |
| Accounts Payable | 558 | 400 |
| Other Current Liabilities | 253 | 365 |
| Net Working Capital (Excluding Cash) | 4 | (235) |
| *As a % of Revenue* | *0.1%* | *(4.3%)* |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to normalize to 7.5% going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 5,473 | $ 6,237 | $ 6,861 | $ 7,341 | $ 7,708 | $ 8,093 |
| % Growth | *14.2%* | *14.0%* | *10.0%* | *7.0%* | *5.0%* | *5.0%* |
| Adjusted EBITDA | 369 | 440 | 549 | 587 | 617 | 647 |
| % Margin | *6.7%* | *7.1%* | *8.0%* | *8.0%* | *8.0%* | *8.0%* |



❖ The revenue growth in 2017 was primarily attributable to winning new work in the healthcare segment

❖ Revenue growth in 2018 is expected to be driven by new contracts on the healthcare side and continued growth of existing customers

❖ NRS' EBITDA margin is expected to remain relatively consistent with levels achieved in 2017, with a slight increase related to a higher level of healthcare clients, which typically offer higher margins



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

7

# Valuation summary



| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 6.0x |
| TTM EBITDA | $369 |
| Plus: Cash | $876 |
| Plus: Long Term Loan to Van Ru | $1,000 |
| **Concluded Fair Value (Rounded)** | **$4,100** |
| *Weighting* | *50%* |

**Market approach results**

❖ Larger companies in the debt collections industry sold for 8.2x – 15.9x with a median of 8.3x.

❖ We selected a TTM EBITDA multiple of 6.0x, below the multiples observed in recent transactions as well as Collection House Limited's trading multiple, due to NRS's much smaller size and limited customer diversification

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 17.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$4,100** |
| *Weighting* | *50%* |

**Income approach results**

❖ Refer to the Weighted Average Cost of Capital page for details on the build up of the discount rate

❖ An additional risk premium of 10.0% was included to account for the risk related to NRS's customer concentration as well as achieving the extremely high revenue and margin growth expected in the next several years.

❖ The concluded fair value includes the Long Term Loan to Van Ru of $1.0 million

| Enterprise value | $4,100,000 |
|---|---|

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



**Nationwide Recovery Systems, Ltd**

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Transcom Worldwide AB | 271 | 33 | 5.2% | n/a | 8.3x | Debt collection and other customer experience services in Stockholm, Sweden |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Credit management services in Denmark |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Debt collection and purchase, receivables management in Poland |
| Ikas Norge AS | 34 | 2 | 20.0% | n/a | 15.9x | Debt collection services in Norway |
| **_Guideline Public Companies_** [1] | | | | | | |
| Collection House Limited | 225 | 28 | 27.5% | 7.5% | 8.0x | Debt purchase and collection, receivables management in Australia and NZ serving financial services, government, insurance, and telecommunications |
| Encore Capital Group, Inc. | 4,410 | 368 | 32.2% | 26.7% | 12.0x | Debt recovery solutions, purchases portfolios of defaulted consumer receivables, debt collection and management activities in the U.S |



**Guideline multiples**

Transcom 8.3x · Dansk 8.2x · Kredyt Inkaso 8.3x · Ikas Norge 15.9x · Collection House Limited 8.0x · Encore Capital 12.0x · Average 10.1x · Selected 6.0x

| | Subject Company TTM EBITDA | |
|---|---|---|
| _(USD in thousands)_ | | **2017** |
| **TTM EBITDA** | | **$369** |

_(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market._



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

# Nationwide Recovery Systems, Ltd
# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 5,473 | $ 6,237 | $ 6,861 | $ 7,341 | $ 7,708 | $ 8,093 | $ 8,255 |
| *Net Revenue Growth (%)* | *n/a* | *14.0%* | *10.0%* | *7.0%* | *5.0%* | *5.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 5,104 | 5,797 | 6,312 | 6,754 | 7,091 | 7,446 | 7,595 |
| **Equals: Adjusted EBITDA** | $ 369 | $ 440 | $ 549 | $ 587 | $ 617 | $ 647 | $ 660 |
| *Adjusted EBITDA Margin (%)* | *6.7%* | *7.1%* | *8.0%* | *8.0%* | *8.0%* | *8.0%* | *8.0%* |
| | | | | | | | |
| Less: Depreciation | 62 | 241 | 69 | 73 | 77 | 81 | 83 |
| **Equals: Adjusted EBITA** | $ 307 | $ 199 | $ 480 | $ 514 | $ 540 | $ 567 | $ 578 |
| *Adjusted EBITA Margin (%)* | *5.6%* | *3.2%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* |
| | | | | | | | |
| Less: Income Taxes | | 54 | 130 | 139 | 146 | 154 | 157 |
| **Equals: Debt Free Net Income** | | $ 145 | $ 350 | $ 375 | $ 393 | $ 413 | $ 421 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 241 | 69 | 73 | 77 | 81 | 83 |
| Less: Capital Expenditures | | 62 | 69 | 73 | 77 | 81 | 83 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 391 | 187 | 208 | 28 | 29 | 12 |
| **Equals: Debt Free Net Cash Flow** | | $ (67) | $ 163 | $ 167 | $ 366 | $ 384 | $ 409 |
| | | | | | | | |
| Terminal | | | | | | | 2,728 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.4934 | 0.4934 |
| **Present Value of Debt Free Net Cash Flow** | | $ (62) | $ 129 | $ 113 | $ 211 | $ 189 | $ 1,346 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 580 |
| Plus: Present Value of Terminal Value | 1,346 |
| Plus: Tax Amortization Benefit | 341 |
| Plus: Cash and Cash Equivalents | 876 |
| Plus: Long Term Loan to Van Ru | 1,000 |
| **Equals: Business Enterprise Value** | $ 4,100 |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



**Nationwide Recovery Systems, Ltd**

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 — Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.79 based on the indicated comparable company betas.

**4 — Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**

KPMG selected a company specific risk premium of 10.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 — Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 — Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**

A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 10.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.79 |
| Size Premium | 5.3% |
| **Cost of Equity** | **22.6%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| | |
| **WACC (Rounded)** | **17.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence/ investment memos prepared and provided by Eli.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____          _____
Jennifer C. Hunter, CFA, ASA          Ben Siadak, CFA
Partner                                          Manager
KPMG LLP                                     KPMG LLP


James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Next Level Purchasing, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 392 of 617



August 24, 2018

Greg Lindberg
Owner
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

### Re: Valuation of Next Level Purchasing, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Next Level Purchasing, LLC ("NLPA" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in NLPA.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of NLPA's business enterprise is estimated to be $500,000 as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



2

**Next Level Purchasing, LLC**

# Valuation Considerations



### Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

### Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

### Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

### Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

### Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Next Level Purchasing, LLC**

# Valuation Considerations (continued)



| **Extraordinary Assumptions** |
| --- |

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

| **Hypothetical Conditions** |
| --- |

This appraisal does not make use of any hypothetical conditions.

| **Disclosure of Subsequent Events** |
| --- |

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Next Level Purchasing, LLC**

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

❖ Next Level Purchasing, LLC ("NLPA") offers education for the Senior Professional in Supply Management ("SPSM") certification for procurement specialists. NLPA competes in the global procurement professional certification space

❖ Approximately 70.0 percent of revenue is earned through the SPSM certification program with the remaining 30.0 percent coming from ancillary revenue streams such as conferences and continuing education

❖ The company's SPSM 4-year renewal rate is approximately 20.0 percent and NLPA seeks to retain its active members by offering annual webinars and continuing education programs

❖ NLPA currently has approximately 3,100 certified members

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| November 2016 | $865,720 | n/a |

❖ No broker, Eli reached out to NLPA about the acquisition

❖ Acquisition Rationale

  ▪ Fits well with Eli's CertiTrek Group that includes certification companies across a variety of industries

  ▪ Potential for strong recurring revenue model

  ▪ Ability to leverage Eli's India Operations Center ("IOC")

❖ Acquisition Synergies

  ▪ Can cut costs by sharing back office operations, financials, and software with other CertiTrek companies working out of the same office building

  ▪ Bundle with other certification trainings under the CertiTrek Group

## Key valuation drivers

❖ NLPA estimates 600,000 procurement professionals in the United States with only 10.0 percent holding any procurement-related certification. Significant opportunity to capture additional market share

❖ The addressable SPSM market in the United States is approximately 22,000 professionals

❖ There is little customer concentration with the top 25 customers generating approximately 30.0 percent of total revenues in 2016

❖ The founder, Charles Dominick, has been transitioning out of the business for the 2 years following the acquisition date. This leadership change has disrupted the Company's recent financial performance.

❖ Management has revamped the revenue model to increase recurring revenue stream.

### Key opportunities

❖ **Enterprise Growth:** The plan is to rework the enterprise customer pricing model to capture more repeat business

❖ **Recurring Revenue Business Model:** Opportunity to change certification from renewal every 4 years to renewal every year to increase the recurring revenue stream

❖ **Bundling Certification Programs:** Opportunity to cross-sell with other certification programs within the CertiTrek Group

❖ **Cost Savings:** Continue to cut costs by sharing operations and resources with the other CertiTrek companies and IOC resources

### Key risks

❖ **Low Renewal Rate:** Historically, the four-year certification renewal rate has been approximately 30.0 percent

❖ **Employee Turnover:** The main content provider/founder, Charles Dominick, will be transitioning out of the business.

❖ **Competition:** Dominant competitor Institute for Supply Management provides competing certification and controls approximately 75.0 percent of all certification holders in the industry

[1] *Price for 100% of the business enterprise.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Next Level Purchasing, LLC

# Financial Information



### Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 53 |
| **Current Assets**: | |
| Accounts Receivable | 32 |
| Prepaids | 10 |
| **Current Liabilities:** | |
| Accounts Payable | 20 |
| Accrued Liabilities | 55 |
| Net Working Capital (Excluding Cash) | (33) |
| *As a % of Revenue* | *-4.0%* |

❖ Related party receivables/payables were excluded from the net working capital calculation since they are primarily non-operating in nature

❖ Management indicated that net working capital as a percentage of revenue would be approximately 0.5 percent of revenue going forward

### Financial highlights [1]

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 828 | $ 1,148 | $ 1,492 | $ 1,940 | $ 2,522 | $ 3,279 |
| % Growth | *n/a* | *38.6%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* |
| EBITDA | 50 | 179 | 298 | 427 | 580 | 820 |
| % Margin | *6.1%* | *15.6%* | *20.0%* | *22.0%* | *23.0%* | *25.0%* |

$4,000
$3,000
$2,000
$1,000
$0

2017A  2018E  2019P  2020P  2021P  2022P

■ Revenue  ■ EBITDA

❖ Revenue growth is expected to be driven predominantly by an increase in market share by capturing even a small portion of the large procurement professionals market.

❖ Historical EBITDA margin is related to leadership turnover disrupting the business.

❖ Projected EBITDA margin increase is due the shift to enterprise work which has a higher margin



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 8.0x |
| TTM EBITDA | $50 |
| Plus: Cash | 53 |
| **Concluded Fair Value (Rounded)** | **$500** |
| *Weighting* | *50.0%* |

❖ Most comparable public company, GP Strategies, specializes in providing professional training and education with a TTM controlling EBITDA multiple of 10.9x.

❖ The most recent comparable transaction, SmartPros Ltd., provides learning and education solutions for professionals including live seminars and course preparation for vocational-specific designations. SmartPros was acquired in December 2015 for on a TTM controlling EBITDA multiple of 10.9x

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 67.5% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (Rounded)** | **$500** |
| *Weighting* | *50.0%* |

❖ Refer to the Weighted Average Cost of Capital page for details on the build up of the discount rate

❖ Additional company-specific risk premium of 60.0% based on the risk associated with NLPA's high levels of growth and compared to historical levels. It also captures the execution risk associated with proving there is a large demand for the SPSM certification within the industry.

| Enterprise value | $500,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

8

**Next Level Purchasing, LLC**

# Market Approach Support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| SmartPros | 13 | 1 | 8.5% | n/a | 10.9x | Learning and continued education solutions for accounting/finance, legal, engineering, securities, and insurance markets. Offers live seminars and a skills-based learning library |
| Eukleia Training Limited | 16 | 1 | 12.2% | n/a | 17.0x | Offers online and instructor-led programs in the areas of risk management and compliance |
| ***Guideline Public Companies*** [1] | | | | | | |
| GP Strategies | 512 | 47 | 9.3% | 1.3% | 10.9x | Performance improvement and learning solutions delivering training, curriculum design and development, digital learning, management learning to the healthcare, software, financial services, and other industries |
| Franklin Covey Co. | 386 | 20 | 10.5% | nmf | 19.1x | Provides training services in the areas of leadership, productivity, strategic execution, and communication effectiveness skills |



**Guideline multiples**

- SmartPros: 10.9x
- Eukleia: 17.0x
- GP Strategies: 10.9x
- Franklin Covey: 19.1x
- Average: 14.5x
- Selected: 8.0x



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$50** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Income Approach Support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 828 | $ 1,148 | $ 1,492 | $ 1,940 | $ 2,522 | $ 3,279 | $ 3,361 |
| *Net Revenue Growth (%)* | *n/a* | *38.6%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 778 | 969 | 1,194 | 1,513 | 1,942 | 2,459 | 2,521 |
| **Equals: EBITDA** | $ 50 | $ 179 | $ 298 | $ 427 | $ 580 | $ 820 | $ 840 |
| *EBITDA Margin (%)* | *6.1%* | *15.6%* | *20.0%* | *22.0%* | *23.0%* | *25.0%* | *25.0%* |
| | | | | | | | |
| Less: Depreciation | 4 | 15 | 7 | 8 | 11 | 14 | 21 |
| **Equals: EBITA** | $ 47 | $ 164 | $ 292 | $ 418 | $ 569 | $ 805 | $ 820 |
| *EBITA Margin (%)* | *5.6%* | *14.2%* | *19.6%* | *21.6%* | *22.6%* | *24.6%* | *24.4%* |
| | | | | | | | |
| Less: Income Taxes | | 44 | 79 | 113 | 154 | 218 | 222 |
| **Equals: Debt Free Net Income** | | $ 119 | $ 213 | $ 305 | $ 415 | $ 587 | $ 598 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation Expense | | 15 | 7 | 8 | 11 | 14 | 21 |
| Less: Capital Expenditures | | 5 | 40 | 20 | 20 | 20 | 21 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 39 | 2 | 2 | 3 | 4 | 0 |
| **Equals: Debt Free Net Cash Flow** | | $ 91 | $ 178 | $ 291 | $ 403 | $ 578 | $ 597 |
| | | | | | | | |
| Terminal | | | | | | | 919 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.7727 | 0.4613 | 0.2754 | 0.1644 | 0.0982 | 0.0982 |
| **Present Value of Debt Free Net Cash Flow** | | $ 70 | $ 82 | $ 80 | $ 66 | $ 57 | $ 90 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 355 |
| Plus: Present Value of Terminal Value | 90 |
| Plus: Tax Amortization Benefit | 16 |
| Plus: Cash | 53 |
| **Equals: Business Enterprise Value (Rounded)** | $ 500 |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

## Next Level Purchasing, LLC

# Weighted Average Cost of Capital



**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1** **Risk Free Rate**
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** **Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** **Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.08 based on the indicated comparable company betas.

**4** **Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** **Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** **Company Specific Risk Premium**
KPMG selected a company specific risk premium of 60.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** **Pre-Tax Cost of Debt**
The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** **Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** **Tax Rate**
A 27.1 percent corporate tax rate is based on long-term statutory tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 60.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.08 |
| Size Premium | 5.3% |
| **Cost of Equity** | **74.4%** |
| | |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| | |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| | |
| **WACC (Rounded)** | **67.5%** |

     

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Appendix**

# Sources of Information



- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

**Appendix**

# Appraisal Certification



We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Mike Kuhn, CPA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Valuation Services Limiting Assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Practice Insight, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**





August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

### Re: Valuation of Practice Insight, LLC

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Practice Insight, LLC ("PI" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in PI.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of PI's business enterprise is estimated to be $146.0 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

**Practice Insight, LLC**

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

**Hypothetical Conditions**

This appraisal does not make use of any hypothetical conditions.

**Disclosure of Subsequent Events**

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

**Practice Insight, LLC**

# Valuation Overview



### Valuation Overview

### Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

#### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

#### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

#### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

#### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

**Practice Insight, LLC**

# Overview



## Company background

- ❖ Practice Insight ("PI") is a provider of Software-as-a-Service revenue cycle management solutions for healthcare providers
- ❖ PI's software manages all stages of a healthcare provider's revenue cycle workflow, including eligibility verification, claim scrubbing, claim submission, remittance, and other processes
- ❖ The software is sold wholesale through vendor relationships or resellers, directly to practice management software providers or other revenue cycle management ("RCM") software providers
- ❖ 75% - 80% of the company's customers integrate the product into their own private branded solution
- ❖ PI manages ambulatory, institutional, and dental claims
- ❖ Between 65,000 and 70,000 physicians use the company's product
- ❖ The company does not interact directly with the physicians, limiting the customer support services required considerably
- ❖ 35 employees

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| July 2017 | $145,000,000 | 14.7x |

- ❖ Broker-led process with 36 letters of intent submitted and 3 potential finalists
- ❖ Acquisition Rationale
  - ▪ Fits well with Eli's focus on healthcare software companies
  - ▪ Subscription based business with strong recurring revenue
  - ▪ Strong management team
- ❖ Acquisition Synergies
  - ▪ Integrate PI software with the Eli's Eye Care Leaders software offerings, opening up thousands of additional physicians to the company
  - ▪ Offshore certain back-office processes, IT, and finance to Eli's India Operations Center ("IOC")

[1] *Price for 100% of the business enterprise.*

## Key valuation drivers

- ❖ Top 10 customers have been with PI for an average of 9 years
- ❖ Overall they've experienced a 98% retention rate with their customers
- ❖ Initial software integration is free, which creates a highly stick product once integrated with customer's practice management or RCM systems
- ❖ The management team has been working together for nearly 30 years
- ❖ Closest competitors include Gateway EDI, Inc., Availity, LLC, eSolutions, Inc., and Change Healthcare Holdings, Inc.



2013-2016 Vendor Mix

- ■ Developer — 58%
- ■ Clearing House — 17%
- ■ Value Added Reseller — 14%
- ■ RCM — 8%
- ■ Provider Group — 2%
- ■ Collections Agency — 0%

### Key opportunities

- ❖ **Data Services:** The company is seeing strong growth in providing aggregated data services and insights to their customers and others summarizing and detailing certain claims and payment trends
- ❖ **Additional Product Offerings:** Opportunity to sell additional software modules to their customers such as Patient Calculator and Denial Management tools
- ❖ **Increase Visibility**: Hosting more webinars and hiring additional trainers and implementation experts to promote additional business
- ❖ **Cost Savings:** Continued profit margin expansion from offshoring certain functions to the IOC

### Key risks

- ❖ **Healthcare Policy Changes:** A shift to a single payer healthcare model would have a negative impact on the company's outlook
- ❖ **Migration to New Technology:** Must maintain a strong and relevant product for the end user in order to maintain current customers and win new customers
- ❖ **Employee Retention:** The company has a strong management team and a close knit team, significant attrition could negatively impact the business

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Practice Insight, LLC

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/16 | 12/31/17 |
|---|---|---|
| Cash and Cash Equivalents | 2,556 | 2,229 |
| **Current Assets**: | | |
| Accounts Receivable | 2,733 | 3,400 |
| Other Current Assets | 286 | 393 |
| **Current Liabilities:** | | |
| Accounts Payable | 475 | 687 |
| Due to Related Party | - | 199 |
| Other Current Liabilities | 473 | 660 |
| Net Working Capital (Excluding Cash) | 2,071 | 2,247 |
| *As a % of Revenue* | *n/a* | *10.5%* |

- ❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis
- ❖ Management indicated that net working capital as a percentage of revenue was expected to remain constant at 10.5% going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 21,499 | $ 23,874 | $ 26,739 | $ 29,011 | $ 31,332 | $ 33,839 |
| % Growth | *n/a* | *11.0%* | *12.0%* | *8.5%* | *8.0%* | *8.0%* |
| EBITDA | 10,219 | 11,309 | 13,717 | 14,912 | 16,105 | 17,393 |
| % Margin | *47.5%* | *47.4%* | *51.3%* | *51.4%* | *51.4%* | *51.4%* |



- ❖ Revenue growth in 2018 and 2019 is expected to be driven predominantly through providing more webinars for clients and educating the client base on what the full suite of software products can perform
- ❖ Some growth is also expected to come through leveraging Eli's other healthcare companies
- ❖ EBITDA margin is expected to increase in 2019 due to greater cost efficiencies and scaling of more clients and revenues



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Practice Insight, LLC**

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 14.5x |
| TTM EBITDA | $10,219 |
| Plus: Cash | 2,299 |
| **Concluded Fair Value (Rounded)** | **$150,000** |
| *Weighting* | *50%* |

- ❖ The guideline company multiples ranged from 17.6x to 33.3x
- ❖ Since PI is not directly comparable to any of our guideline companies or transactions, we ultimately selected an EBITDA multiple consistent with the EBITDA multiple paid by Eli to acquire PI in July of last year.

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 12.0% |
| Long-Term Growth Rate | 3.0% |
| **Concluded Fair Value (Rounded)** | **$142,000** |
| *Weighting* | *50%* |

- ❖ Please refer to the Weighted Average Cost of Capital page for further details regarding the build up of the discount rate.
- ❖ An additional risk premium of 2.0% was included in the build up of the discount rate due to the risk associated with maintaining an EBITDA margin above 50% in the long term as new technologies and competition enter the market.

| Enterprise value | $146,000,000 |
|---|---|

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Practice Insight, LLC**

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| ABILITY Network Inc. | 1,200 | 72 | 51.5% | n/a | 16.6x | Web-based software-as-a-service solutions for healthcare providers |
| Brightree LLC | 800 | 42 | 37.3% | n/a | 18.9x | Cloud-based patient management software solutions |
| ***Guideline Public Companies*** [1] | | | | | | |
| Formpipe Software AB | 116 | 6 | 12.1% | 51.7% | 20.2x | Develops and provides enterprise content management software solutions |
| Cegedim SA | 939 | 38 | 7.4% | 82.6% | 24.6x | Operates as a technology and services company in the design of enterprise software for healthcare and insurance professionals |
| Cotiviti Holdings, Inc. | 4,221 | 240 | 35.9% | 18.3% | 17.6x | Provides analytics driven payment accuracy and spend management solutions for the healthcare industry |
| HMS Holdings Corp. | 1,871 | 95 | 19.1% | 19.9% | 19.6x | Provides cost containment solutions in the healthcare marketplace |



| TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$10,219** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

# Income approach support

**Practice Insight, LLC**



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 21,499 | $ 23,874 | $ 26,739 | $ 29,011 | $ 31,332 | $ 33,839 | $ 34,854 |
| *Net Revenue Growth (%)* | *n/a* | *11.0%* | *12.0%* | *8.5%* | *8.0%* | *8.0%* | *3.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 11,279 | 12,565 | 13,022 | 14,100 | 15,227 | 16,446 | 16,939 |
| **Equals: Adjusted EBITDA** | $ 10,219 | $ 11,309 | $ 13,717 | $ 14,912 | $ 16,105 | $ 17,393 | $ 17,915 |
| *Adjusted EBITDA Margin (%)* | *47.5%* | *47.4%* | *51.3%* | *51.4%* | *51.4%* | *51.4%* | *51.4%* |
| | | | | | | | |
| Less: Depreciation | 306 | 1,143 | 401 | 435 | 470 | 508 | 523 |
| **Equals: Adjusted EBITA** | $ 9,914 | $ 10,166 | $ 13,316 | $ 14,477 | $ 15,635 | $ 16,886 | $ 17,392 |
| *Adjusted EBITA Margin (%)* | *46.1%* | *42.6%* | *49.8%* | *49.9%* | *49.9%* | *49.9%* | *49.9%* |
| | | | | | | | |
| Less: Income Taxes | | 2,755 | 3,609 | 3,923 | 4,237 | 4,576 | 4,713 |
| **Equals: Debt Free Net Income** | | $ 7,411 | $ 9,707 | $ 10,553 | $ 11,398 | $ 12,310 | $ 12,679 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 1,143 | 401 | 435 | 470 | 508 | 523 |
| Less: Capital Expenditures | | 358 | 401 | 435 | 470 | 508 | 523 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 248 | 299 | 238 | 243 | 262 | 106 |
| **Equals: Debt Free Net Cash Flow** | | $ 7,948 | $ 9,408 | $ 10,316 | $ 11,155 | $ 12,048 | $ 12,573 |
| | | | | | | | |
| Terminal | | | | | | | 139,698 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9449 | 0.8437 | 0.7533 | 0.6726 | 0.6005 | 0.6005 |
| **Present Value of Debt Free Net Cash Flow** | | $ 7,510 | $ 7,937 | $ 7,771 | $ 7,503 | $ 7,235 | $ 83,890 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 37,955 |
| Plus: Present Value of Terminal Value | 83,890 |
| Plus: Tax Amortization Benefit | 17,797 |
| Plus: Cash and Cash Equivalents | 2,299 |
| **Equals: Business Enterprise Value (Rounded)** | **$ 142,000** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



10

**Practice Insight, LLC**

# Weighted Average Cost of Capital



Practice Insight®

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-}Tax\ rate) + E/(D+E) * R_e$$

**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.87 based on the indicated comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 2.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---:|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 2.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.87 |
| Size Premium | 5.3% |
| **Cost of Equity** | **15.1%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 75.0% |
| Debt | 25.0% |
| **WACC (Rounded)** | **12.0%** |

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

# Sources of Information

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____       _____

Jennifer C. Hunter, CFA, ASA      Ben Siadak, CFA
Partner      Manager
KPMG LLP      KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Prolimiate Solutions

**Valuation of Prolimiate Solutions**

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:  +1 704 335 5300
Internet      www.us.kpmg.com

### Re: Valuation of Prolimiate Solutions

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of Prolimiate Solutions ("Prolimiate" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 75.0% controlling interest in Prolimiate, with the remaining minority interest of 25.0% owned by the former owners through an equity equivalency agreement. However, the Client requested a valuation of a 100% controlling interest in Prolimiate.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP").  This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA").  This report states the appraisal procedures and conclusions developed.  Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files.  This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Prolimiate's business enterprise is estimated to be $4.0 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you.  If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Prolimiate Solutions**

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)

## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results.  The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities.  KPMG has performed no diligence around this assumption.  Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Prolimiate Solutions**

# Valuation Overview

## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. While a formal market approach was not relied upon, we did consider the recent transaction price paid for the Company in the development of the discount rate for the Income Approach. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 426 of 617

**Prolimiate Solutions**

# Overview

## Company background

❖ Prolimiate operates two nationwide directory websites, Buprenorphine-Doctors.com and SubstanceRehabCenter.com, of doctors and treatment facilities for opioid and substance abuse

❖ The websites generate revenue through Google AdSense, Direct Advertising, and Call Box Advertising

❖ Google AdSense is a program provided by Google that allows publishers to serve automatic text, image, video, or interactive media advertisements that are targeted to the sites content and audience

❖ Direct Advertising is sourced from doctors and treatment facilities paying monthly subscription fees for featured directory listings on the websites

❖ The Call Box ad is a highly optimized, site-wide ad placement that generates a high volume of calls each month from individuals looking for help

❖ Call Box advertisers are billed on a per unique call basis with the calls being automatically directed to the advertiser as Prolimiate has no part in handling such calls

## Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| September 2017 | $4,000,000 | n/a |

❖ Was a brokered deal with other bidders

❖ Acquisition Rationale

▪ Looked attractive given the Company's established base in google keyword searches for substance abuse phrases and words

▪ Very little costs related to the business, only needs one employee to maintain the business

▪ Potential to lay the foundation for a new portfolio for Eli

## Key valuation drivers

❖ Prolimiate's closest competitors include buprenorphine.us and methadone.us

❖ The Call Box works as an automated directory utilizing software to analyze the needs of the individual callers and directing them to a specific doctor or facility in their area

### YTD Revenue Split



- Direct Advertising
- Call Box
- Google Ads

7% / 34% / 59%

### Key opportunities

❖ **Call Box Advertising:** Have expanded from one Call Box advertiser to five with the ability to quickly sell to more

❖ **Improve Website Content:** Providing more details on the websites such as doctors' expertise, hours of operations, staff information, and other pertinent information

### Key risks

❖ **Google:** Google can and has eliminated web searches for opioid abuse treatment in the past to deter bad actors that were engaged in Patient Brokering

❖ **Healthcare Regulation:** The opioid and substance abuse treatment market face ever changing regulations given the current opioid abuse epidemic in the US

[1] *Price for 100% of the business enterprise.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

6

**Prolimiate Solutions**

# Financial information

## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 187 |
| **Current Assets**: | |
| Accounts Receivable | 65 |
| Inventory | - |
| Other Current Assets | 67 |
| **Current Liabilities:** | |
| Accounts Payable | 3 |
| Other Current Liabilities | 92 |
| Net Working Capital (Excluding Cash) | 36 |
| *As a % of Revenue* | *4.0%* |

❖ Deferred revenue changes were excluded from the net working capital calculation since the projections were provided on a cash basis

❖ Management indicated that net working capital (less excluded items) was at a deficit as of the Valuation Date and is expected to increase to 15.0% of revenue going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $    918 | $   1,100 | $   1,419 | $   1,575 | $   1,670 | $   1,736 |
| % Growth | *n/a* | *19.8%* | *29.0%* | *11.0%* | *6.0%* | *4.0%* |
| EBITDA | *n/a* | 800 | 1,135 | 1,292 | 1,386 | 1,459 |
| % Margin | *n/a* | *72.7%* | *80.0%* | *82.0%* | *83.0%* | *84.0%* |



❖ Revenue growth in 2018 and 2019 is expected to be driven by call box volumes doubling

❖ EBITDA margin improvements are driven by the expected growth in revenues. The Company only requires one employee to support the forecasted revenues. Therefore, there is very little overhead required.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Valuation summary

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 28.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$4,000** |
| *Weighting* | *100%* |

❖ Due to the lack of available TTM EBITDA information and the uncertainty associated with achieving the projected EBITDA in 2018, we did not rely on the market approach

❖ Ultimately, since the acquisition of the Company took place just a few months before the Valuation Date, we relied on the transaction price of $4.0 million to determine our fair value

❖ Utilizing the transaction price of the business and the forecast provided by Management, we developed a discount rate for the income approach and applied a 100% weighting to this approach

❖ The transaction price implies a 4.4x TTM revenue multiple which is near the average of the trading multiples of all the guideline companies as of the Valuation Date.

❖ Refer to the Weighted Average Cost of Capital page for detail on the build up of the discount rate. The guideline companies utilized for the beta calculation included Care.com, Inc., Cars.com Inc., LendingTree, Inc., XO Group, Inc., Zillow Group, Inc., and Liberty TripAdvisor Holdings, Inc.

| Enterprise value | $4,000,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Prolimiate Solutions**

# Income approach support

| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 918 | $ 1,100 | $ 1,419 | $ 1,575 | $ 1,670 | $ 1,736 | $ 1,771 |
| *Net Revenue Growth (%)* | *n/a* | *19.8%* | *29.0%* | *11.0%* | *6.0%* | *4.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | n/a | 300 | 284 | 284 | 284 | 278 | 283 |
| **Equals: EBITDA** | n/a | $ 800 | $ 1,135 | $ 1,292 | $ 1,386 | $ 1,459 | $ 1,488 |
| *EBITDA Margin (%)* | *n/a* | *72.7%* | *80.0%* | *82.0%* | *83.0%* | *84.0%* | *84.0%* |
| | | | | | | | |
| Less: Depreciation | n/a | 2 | - | - | - | - | - |
| **Equals: EBITA** | n/a | $ 798 | $ 1,135 | $ 1,292 | $ 1,386 | $ 1,459 | $ 1,488 |
| *EBITA Margin (%)* | *n/a* | *72.5%* | *80.0%* | *82.0%* | *83.0%* | *84.0%* | *84.0%* |
| | | | | | | | |
| Less: Income Taxes | | 216 | 308 | 350 | 376 | 395 | 403 |
| **Equals: Debt Free Net Income** | | $ 582 | $ 828 | $ 942 | $ 1,010 | $ 1,063 | $ 1,085 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 2 | - | - | - | - | - |
| Less: Capital Expenditures | | - | - | - | - | - | - |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 129 | 48 | 23 | 14 | 10 | 5 |
| **Equals: Debt Free Net Cash Flow** | | $ 455 | $ 780 | $ 918 | $ 996 | $ 1,053 | $ 1,079 |
| | | | | | | | |
| Terminal | | | | | | | 4,151 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.8839 | 0.6905 | 0.5395 | 0.4215 | 0.3293 | 0.3293 |
| **Present Value of Debt Free Net Cash Flow** | | $ 402 | $ 538 | $ 495 | $ 420 | $ 347 | $ 1,367 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 2,203 |
| Plus: Present Value of Terminal Value | 1,367 |
| Plus: Tax Amortization Benefit | 270 |
| Plus: Cash and Cash Equivalents | 187 |
| **Equals: Business Enterprise Value** | $ 4,000 |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Prolimiate Solutions

# Weighted Average Cost of Capital

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$D$ = Market value of debt $\quad$ $R_d$ = Interest rate on debt

$E$ = Market value of equity $\quad$ $R_e$ = Required return on equity

$$\text{WACC} = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1** Risk Free Rate — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 1.35 based on the indicated comparable company betas.

**4** Size Premium — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Country Specific Risk Premium — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6** Company Specific Risk Premium — KPMG selected a company specific risk premium of 15.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1** Pre-Tax Cost of Debt — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2** Sovereign Spread Premium — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3** Tax Rate — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
| --- | --- |
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 15.0% |
| Country Risk Premium | 0.0% |
| Beta | 1.35 |
| Size Premium | 5.3% |
| **Cost of Equity** | **31.0%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 90.0% |
| Debt | 10.0% |
| **WACC (Rounded)** | **28.0%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 431 of 617

**Appendix**

# Sources of Information

❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖ Historical customer sales and retention data.

❖ Due diligence/ investment memos prepared and provided by Eli.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 432 of 617

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____
Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

_____
Ben Siadak, CFA
Manager
KPMG LLP

James Weaver – Concurring Review Partner



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Standard Investment Capital Ltd.

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 436 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

**Re: Valuation of Standard Investment Capital Ltd.**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Standard Investment Capital Ltd. ("SICL" or the "Company") on a marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date").

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of SICL's pipeline is estimated to be $22 million as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative



Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 437 of 617

2

**Standard Investment Capital Ltd.**

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management ("Management") concerning the company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the company operates
- ❖ Estimation of the fair value of the business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of any debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of SICL's business enterprise

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

3

# Valuation Considerations (continued)

### Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results.  The extraordinary assumptions relied upon are as follows:

- ❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities.  KPMG has performed no diligence around this assumption.  Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

### Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

### Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the business enterprise between the Valuation Date and the date of this report.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative



4

**Standard Investment Capital Ltd.**

# Valuation Overview

## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies.  These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests.  The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value.  The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account.  When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on the income approach to arrive at our estimate of the fair value of the SICL pipeline. Under the income approach, we utilized the DCF Method to arrive at our estimate of the pipeline value. We did not utilize the market approach we did not consider SICL under a going concern assumption. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as SICL.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

5

**Standard Investment Capital Ltd**

# Overview

### Company background

❖ Standard Investment Capital Ltd ("SICL") has historically operated as part of Standard Advisory Services Limited ("SASL"), which now strictly performs asset management services for other Eli-owned companies

❖ At the end of 2017, SICL was established as a separate entity to focus on transaction advisory services for Eli-owned companies

❖ SICL provides assistance with lead generation, deal pricing, financial and operational due diligence, creating acquisition structures, evaluating financing options, and putting financing in place

❖ 100% of SICL's revenue and income is from contracts with related parties; growth is from contractual and non-contractual related parties, and there are no plans to offer services to third parties

❖ An Acquisition and Financing Advice Agreement (the "Agreement") was established on December 31, 2017 between SICL and Eli, which outlines the contractual framework for any Eli-owned company if they wish to utilize SICL's services

❖ Per Eli's General Counsel, the Agreement stipulates the following (whether the contracting party remains a related party or becomes an unrelated party):

■ **Term:** The client is bound by the terms and conditions of the Agreement until the proposed transaction is either complete or abandoned or there has been a material breach

■ **Change of Control:** The contract remains in effect whether SICL or the contracting party undergoes a change of control

❖ Located in Malta, which was selected for its favorable tax rate

❖ Full time employees include a general manager, operations manager, and financial controller

❖ SICL utilizes outsourcing arrangements with other Eli-owned companies, such as the India Operations Center, in order to provide its services. According to Management, these services are charged to SICL at market rates

### Key valuation drivers

❖ SICL earns fee-based revenue according to a percentage of the enterprise value of the target and a percentage of any funded loan amount established as part of the transaction

■ **Success Fee:** A success fee of 4.0% of the enterprise value of the target being acquired in a successfully closed acquisition

■ **Loan Fee:** A fee of 1.5% of the funded amount of any loan that SICL assists the acquirer in procuring as part of an acquisition

■ **Expense Reimbursement:** Reimbursed for due diligence costs incurred in assisting with an acquisition

  ■ For financial due diligence, $75,000;
  ■ For legal due diligence, $75,000;
  ■ For technological due diligence, $50,000; and
  ■ For human resources due diligence, $25,000.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

6

# Standard Investment Capital Ltd

# Valuation Summary

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected discount rate | 12.0% |
| | |
| **Concluded Fair Value (Rounded)** | **$22,000** |

❖ Our premise of value assumes SICL will become an unrelated party to its customers

❖ In a hypothetical sale of SICL, KPMG does not believe a market-participant buyer would pay for any cash flows that are not currently in the contractual pipeline

❖ Management provided the total EBITDA of the targets in SICL's deal pipeline that would transfer to a market-participant buyer, as of the Valuation Date. KPMG determined the value of only this deal pipeline and did not value SICL as a going concern

❖ Management indicated the deal pipeline could be split into three categories:

- Targets in exploratory/financial review
- Targets with letters of intent ("LOIs") outstanding
- Targets undergoing due diligence

❖ Management provided Eli's historical rates of successfully completing acquisitions in each category

❖ Management also indicated that the blended average EBITDA multiple expected to be paid in those deals is 9.0x, based on Eli's historical acquisition experience

❖ The success fee of 4.0% was applied to the total probability-adjusted enterprise value to determine SICL's estimate revenue from the deal pipeline

❖ Cash flows related to potential loan fees were excluded since it would be difficult for a market-participant buyer to predict the terms (amount, volume, etc.) of debt financing and what additional services, if any, would be required to complete each deal

❖ Expenses were calculated from the following provided by Management:

- M&A expenses of approximately $220,000 per month; plus
- Corporate costs of approximately $180,000 per quarter; plus
- Outsourced services to the India Operations Center of $930,000 per year

| | FYE 12/31/18 |
|---|---|
| EBITDA from Targets in Exploratory / Financial Review | 251,820 |
| *Success Rate* | *10.0%* |
| Probability-Weighted EBITDA [A] | 25,182 |
| | |
| EBITDA from Targets with LOI Outstanding | 85,680 |
| *Success Rate* | *24.5%* |
| Probability-Weighted EBITDA [B] | 20,992 |
| | |
| EBITDA from Targets in Due Diligence | 65,500 |
| *Success Rate* | *50.0%* |
| Probability-Weighted EBITDA [C] | 32,750 |
| | |
| Total Target EBITDA = [A]+[B]+[C] | 78,924 |
| Multiplied by: Average EV / EBITDA Multiple | 9.0x |
| **Equals: Total Enterprise Value** | **710,312** |
| | |
| **Total Deal Enterprise Value** | **710,312** |
| Multiplied by: Success Fee | *4.0%* |
| **Equals: Total Revenue** | **$ 28,412** |
| *Growth (%)* | *n/a* |
| | |
| Less: Expenses | 4,292 |
| **Equals: EBITDA** | **$ 24,121** |
| *Margin (%)* | *84.9%* |
| | |
| Less: Income Taxes at 5.0% | 1,206 |
| **Equals: Debt Free Net Income** | **$ 22,915** |
| | |
| Partial Year Adjustment | 1.0000 |
| Present Value Period | 0.5000 |
| Present Value Factor at 12.0% | 0.9449 |
| **Present Value of Debt Free Net Cash Flow** | **$ 21,653** |
| | |
| Present Value of Debt Free Net Cash Flows | 21,653 |
| | |
| **Fair Value of Pipeline** | **$ 22,000** |

Note: All deals are expected to close in FY 2018.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 442 of 617

# Weighted Average Cost of Capital

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

D = Market value of debt

E = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

**1 — Risk Free Rate**
The 1.8 percent risk-free rate reflects the yield on the 1-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**
Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.9 based on the indicated comparable company betas.

**4 — Size Premium**
KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10a decline stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Country Specific Risk Premium**
Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 — Company Specific Risk Premium**
KPMG selected a company specific risk premium of 0.0 percent. Company specific risk has been captured in the success rate probabilities included in the forecast.

**1 — Pre-Tax Cost of Debt**
The 0.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 1-year yield of BB-rated corporate bonds.

**2 — Sovereign Spread Premium**
Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 — Tax Rate**
A 5.0 percent corporate tax rate is based on the corporate tax rate for Malta.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 1.8% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.90 |
| Size Premium | 5.3% |
| **Cost of Equity** | **12.5%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 0.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 5.0% |
| **After-Tax Cost of Debt** | **0.2%** |
| **Capital Structure:** | |
| Equity | 100.0% |
| Debt | 0.0% |
| **WACC (Rounded)** | **12.0%** |

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

8

# Sources of Information

❖ Historical and projected financial information for the company, provided by Management.

❖ Other pertinent information provided by Eli.

❖ Interviews with Management.

❖ SEC filings of identified guideline public companies.

❖ S&P Capital IQ Research Systems.

❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

9

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____      _____

Jennifer C. Hunter, CFA, ASA     Ben Siadak, CFA
Partner     Manager
KPMG LLP     KPMG LLP

James Weaver – Concurring Review Partner

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 445 of 617

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 446 of 617





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.





# Valuation of Van Ru Credit Corp

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone: +1 704 335 5300
Internet www.us.kpmg.com

### Re: Valuation of Van Ru Credit Corp

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100% interest in the business enterprise of Van Ru Credit Corp ("Van Ru" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100% controlling interest in Van Ru.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Van Ru's business enterprise is estimated to be $4.7 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use.  The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible.  The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset.  The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis.  Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

❖ Independent of the reporting entity (that is, they are not related parties)

❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary

❖ Able to transact for the asset or liability

❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry

❖ Analysis of available unaudited historical and forecasted financial data of the Company

❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates

❖ Estimation of the fair value of the Company's business enterprise

❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

❖ KPMG did not assess the fair value of the debt as part of this valuation.  Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise

❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company.  Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the income approach to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. We did not utilize the market approach due to a negative EBITDA in 2017 and the uncertainty associated with achieving the projected EBITDA in 2018. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Overview



## Company background

- ❖ Van Ru provides accounts receivable management services for clients in the education, energy, financial services, government, healthcare, and telecommunications industries
- ❖ Exclusively provides third-party contingency services
- ❖ The Company has recently hired a new CEO to tighten up operations and win new work after the loss of the Department of Education ("DoE") contracts
- ❖ Headquartered in Chicago, Illinois with other operations in Kansas City and Wisconsin
- ❖ The Kansas City site services a variety of bank card and credit card providers
- ❖ The Chicago office services local utilities and some healthcare providers

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple |
| --- | --- | --- |
| **April 2017** | **$3,025,000** | **n/a** |

- ❖ At the time of the acquisition, the owner was terminally ill and the Company had recently lost its DoE contracts, the owner was looking to sell the business quickly
- ❖ Acquisition Rationale
  - ▪ Realize immediate gains through a reduction in overhead as well as the use of Eli's India Operations Center ("IOC")
  - ▪ Fits well into Eli's overall ARM portfolio of companies
  - ▪ Strong IT and compliance infrastructure in place
- ❖ Acquisition Synergies
  - ▪ Offshore certain back-office processes, IT, and finance to the IOC
  - ▪ Immediate savings from reducing ownership salaries and reducing rent costs

## Key valuation drivers

- ❖ Management believes that the business is built to sustain a much larger revenue base
- ❖ Following the acquisition, Management began a cost savings initiative by restructuring ownership and relocating the office in Chicago for a lower rent payment
- ❖ Eli's first acquisition with experience servicing the DoE
- ❖ Have contracts with customers with terms from 1 to 3 years and automatic renewals
- ❖ At the time of acquisition, the Company had 25 customers with Discover representing 23% of the revenue



**2017 Top Customers % of Revenue**

- ■ Discover Card
- ■ DM Services
- ■ Navient-USAF
- ■ Bluestem
- ■ Navient - Michigan
- ■ All Others

### Key opportunities

- ❖ **Market Share Expansion:** Banking remains a mainstay in the debt collection industry, however, demand for healthcare, telecommunications, utilities, and governments has increased significantly
- ❖ **Discover Card:** Potential to add $300,000 a month in revenue if win new business available at Discover Card
- ❖ **Leverage Existing Infrastructure:** Eli acquired all of the necessary technology, processes, and licensing to service the DoE, potential to regain lost contracts in the future

### Key risks

- ❖ **Leadership Transition:** The Company recently hired a new CEO, which may impact current customers relationships since the industry is driven off strong relationships
- ❖ **Customer Concentration:** A large portion of Van Ru's revenue is contingent on their relationship with a few customers



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 646 |
| **Current Assets:** | |
| Accounts Receivable | 945 |
| Inventory | - |
| Other Current Assets | 1,326 |
| **Current Liabilities:** | |
| Accounts Payable | 730 |
| Other Current Liabilities | 700 |
| Net Working Capital (Excluding Cash | 841 |
| *As a % of Revenue* | *9.6%* |

❖ Management indicated that there was excess net working capital related to a $1.1 million Contrinution Receivable for an Eli owned Entity. As a result, net working capital (less excluded items) as a percentage of revenue is expected to decrease to 7.5% going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 8,736 | $ 10,776 | $ 11,314 | $ 11,767 | $ 12,120 | $ 12,484 |
| % Growth | *n/a* | *23.3%* | *5.0%* | *4.0%* | *3.0%* | *3.0%* |
| EBITDA | (857) | 619 | 792 | 824 | 848 | 874 |
| % Margin | *-9.8%* | *5.7%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* |



❖ Revenue growth in 2018 is expected to be driven by winning additional work with Discover. After 2018, the Company is expected to focus on expanding market share in the financial and healthcare industries

❖ The increase in the EBITDA margin is related to realizing operational efficiencies and overhead reductions that have been implemented since the Company's acquisition. Management indicated they've made significant progress towards reducing costs since the acquisition. Management indicated there is a high likelihood that the Company achieves strong positive EBITDA in 2018.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

7

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | nmf |
| NFY EBITDA | $619 |
| Plus: Cash | 646 |
| **Concluded Fair Value (Rounded)** | **nmf** |
| *Weighting* | *0%* |

- ❖ Larger companies in the debt collections industry sold for 8.2x – 15.9x with a median of 8.3x.
- ❖ Ultimately, no weighting was placed on the market approach due to a negative EBITDA in 2017 and the uncertainty associated with achieving the projected EBITDA in 2018

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 17.0% |
| Long-Term Growth Rate | 2.0% |
| **Concluded Fair Value (Rounded)** | **$4,700** |
| *Weighting* | *100%* |

- ❖ Refer to the weighted Average Cost of Capital page for details on the build up of the discount rate
- ❖ An additional risk premium of 10.0% based on the risk associated with Van Ru's high customer concentration risk as well as reaching its expected EBITDA targets

| Enterprise value | $4,700,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| *Transactions* | | | | | | |
| Transcom Worldwide AB | 271 | 33 | 5.2% | n/a | 8.3x | Debt collection and other customer experience services in Stockholm, Sweden |
| Dansk Kreditorservice | 17 | 2 | 31.3% | n/a | 8.2x | Credit management services in Denmark |
| Kredyt Inkaso S.A. | 51 | 6 | 67.6% | n/a | 8.3x | Debt collection and purchase, receivables management in Poland |
| Ikas Norge AS | 34 | 2 | 20.0% | n/a | 15.9x | Debt collection services in Norway |

| Target | Controlling BEV | NFY EBITDA | NFY EBITDA Margin | 2-year EBITDA CAGR | Controlling NFY EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| *Guideline Public Companies* (1) | | | | | | |
| Collection House Limited | 225 | 30 | 27.6% | 7.5% | 7.5x | Debt purchase and collection, receivables management in Australia and NZ serving financial services, government, insurance, and telecommunications |
| Encore Capital Group, Inc. | 4,410 | 403 | 34.6% | 26.7% | 10.9x | Debt recovery solutions, purchases portfolios of defaulted consumer receivables, debt collection and management activities in the U.S. |

### Guideline multiples





| Subject Company NFY EBITDA | |
|---|---|
| *(USD in thousands)* | **2018** |
| **NFY EBITDA** | **$619** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Van Ru Credit Corp

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 8,736 | $ 10,776 | $ 11,314 | $ 11,767 | $ 12,120 | $ 12,484 | $ 12,733 |
| *Net Revenue Growth (%)* | *n/a* | *23.3%* | *5.0%* | *4.0%* | *3.0%* | *3.0%* | *2.0%* |
| | | | | | | | |
| Less: Total Operating Expenses | 9,593 | 10,157 | 10,522 | 10,943 | 11,272 | 11,610 | 11,842 |
| **Equals: Adjusted EBITDA** | $ (857) | $ 619 | $ 792 | $ 824 | $ 848 | $ 874 | $ 891 |
| *Adjusted EBITDA Margin (%)* | *(9.8%)* | *5.7%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* | *7.0%* |
| | | | | | | | |
| Less: Depreciation | 293 | 628 | 57 | 59 | 61 | 62 | 64 |
| **Equals: Adjusted EBITA** | $ (1,150) | $ (9) | $ 735 | $ 765 | $ 788 | $ 811 | $ 828 |
| *Adjusted EBITA Margin (%)* | *(13.2%)* | *(0.1%)* | *6.5%* | *6.5%* | *6.5%* | *6.5%* | *6.5%* |
| | | | | | | | |
| Less: Income Taxes | | - | 199 | 207 | 213 | 220 | 224 |
| **Equals: Debt Free Net Income** | $ (9) | $ 536 | $ 558 | $ 574 | $ 592 | $ 603 | |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 628 | 57 | 59 | 61 | 62 | 64 |
| Less: Capital Expenditures | | 54 | 57 | 59 | 61 | 62 | 64 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 129 | (121) | 34 | 26 | 27 | 19 |
| **Equals: Debt Free Net Cash Flow** | | $ 436 | $ 657 | $ 524 | $ 548 | $ 564 | $ 585 |
| | | | | | | | |
| Terminal | | | | | | | 3,898 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.4934 | 0.4934 |
| **Present Value of Debt Free Net Cash Flow** | | $ 403 | $ 519 | $ 354 | $ 316 | $ 278 | $ 1,923 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 1,871 |
| Plus: Present Value of Terminal Value | 1,923 |
| Plus: Tax Amortization Benefit | 257 |
| Plus: Cash and Cash Equivalents | 646 |
| **Equals: Business Enterprise Value** | $ 4,700 |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Van Ru Credit Corp
# Weighted Average Cost of Capital



## Weighted Average Cost of Capital ("WACC")

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

D = Market value of debt
E = Market value of equity

$R_d$ = Interest rate on debt
$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1\text{-Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.79 based on the indicated comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium** — KPMG selected a company specific risk premium of 10.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

**1 Pre-Tax Cost of Debt** — The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium** — Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate** — A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

### WACC Calculation

| | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 10.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.79 |
| Size Premium | 5.3% |
| **Cost of Equity** | **22.6%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 70.0% |
| Debt | 30.0% |
| **WACC (Rounded)** | **17.0%** |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence/ investment memos prepared and provided by Eli.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

12

**Appendix**

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

_____  
Jennifer C. Hunter, CFA, ASA  
Partner  
KPMG LLP

_____  
Ben Siadak, CFA  
Manager  
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

13

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Vision Care Services, LLC

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 463 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:  +1 704 335 5300
Internet      www.us.kpmg.com

**Re: Valuation of Vision Care Services, LLC**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of Vision Care Services, LLC ("VCS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 100.0% controlling interest in VCS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP").  This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA").  This report states the appraisal procedures and conclusions developed.  Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files.  This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio for his personal balance sheet.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of VCS' business enterprise is estimated to be $700,000, as of the Valuation Date.**

Thank you for the opportunity to be of service to you.  If you have any questions, please contact Jennifer Hunter at 704-371-8180 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation Considerations (continued)



<div style="background:#003399;color:white;text-align:center;font-weight:bold">Extraordinary Assumptions</div>

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

<div style="background:#003399;color:white;text-align:center;font-weight:bold">Hypothetical Conditions</div>

This appraisal does not make use of any hypothetical conditions.

<div style="background:#003399;color:white;text-align:center;font-weight:bold">Disclosure of Subsequent Events</div>

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4

# Valuation Overview



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

## Valuation Overview

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied solely on the market approach to arrive at our estimate of the fair value of the business enterprise. We considered the income approach, but ultimately, no weighting was applied. Refer to the valuation summary for further detail. Under the market approach, we applied the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5



## Company background

- ❖ VCS is a general Ophthalmology practice located in Columbia, SC
- ❖ The practice employs one Ophthalmologist, Dr. Walter Bogart, who is the sole owner of the business
- ❖ At the time of the acquisition, Dr. Bogart intended to work for the practice for another five years. According to Management, this time frame has not changed.
- ❖ VCS also maintains an optical shop in the practice that creates another revenue stream

## Original acquisition details

| Acquisition date | Price (USD) | Entry multiple [1] |
|---|---|---|
| **March 2016** | **$650,000** | 3.1x |

- ❖ Acquisition Rationale
  - ▪ Established a footprint in the ophthalmology market and boosts reputation to aid in the purchase of larger practices in the future
- ❖ Acquisition Synergies
  - ▪ Eli's management has the opportunity to hire additional full-time healthcare providers, freeing up Dr. Bogart to operate, and eliminating per-diem costs of hiring temporary doctors from staffing agencies
  - ▪ VCS does not currently use Eli-owned RCM or Practice Management software systems. Their use going forward provides an opportunity for cost savings.

## Key valuation drivers

- ❖ VCS' historic success is due to the physician's reputation and the location of the individual practice
- ❖ Dr. Bogart has been practicing in his area for 16 years and has a very loyal client base, creating stable recurring revenues
- ❖ The practice offers a variety of services, including LASIK, that many small practices do not offer, which differentiates the business in the market
- ❖ The practice expects to go from one full time doctor, Dr. Bogart, to four full time doctors by the end of the year, which is expected to drive increased patient volume and assist with Dr. Bogart's transition to retirement

### Key opportunities

- ❖ **Support from Other Eli Owned Companies:** Eli continues to invest in the region which should attract additional doctors to the business
- ❖ **Hiring New Doctors:** The business expects to hire additional doctors to increase the amount of annual patient visits
- ❖ **Cost Elimination:** Eli expects to replace certain IT and finance systems and has hired a new practice manager to improve the cost efficiency of the business

### Key risks

- ❖ **Leadership Transition:** There is potential for Dr. Bogart to retire in the next few years and upon his retirement his patients may choose to transition to a competing practice

[1] *Calculated using an adjusted TTM EBITDA based on cost savings Eli expects to achieve going forward.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## Net Working Capital

| *($ in thousands)* | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 3 |
| **Current Assets**: | |
| Other Current Assets | 4 |
| **Current Liabilities:** | |
| Accounts Payable | 1 |
| Accrued Expenses | 9 |
| Net Working Capital (Excluding Cash) | (6) |
| *As a % of Revenue* | *-0.4%* |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to remain at current levels for the long term

## Financial highlights



| *($ in thousands)* **Financial Highlights** | TTM 2017A | 2018P | 2019P | 2020P | 2021P | 2022P |
|---|---|---|---|---|---|---|
| Revenue | $ 1,695 | $ 1,746 | $ 1,799 | $ 1,835 | $ 1,871 | $ 1,909 |
| % Growth | *4.6%* | *3.0%* | *3.0%* | *2.0%* | *2.0%* | *2.0%* |
| EBITDA | 38 | 87 | 126 | 183 | 187 | 191 |
| % Margin | *2.2%* | *5.0%* | *7.0%* | *10.0%* | *10.0%* | *10.0%* |

*TTM and Fiscal Year 12/31,*

❖ Revenue growth is expected to be moderate throughout the discrete period due to the hiring of new full time doctors and increased patient load

❖ EBITDA margin is expected to increase due to increased cost efficiency related to the hiring of a new practice manager, as well as implementing back-office cost efficiencies



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation summary



## Market approach results

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 3.0x |
| TTM EBITDA | $233 |
| Plus: Cash | 3 |
| **Concluded Fair Value (Rounded)** | **$700** |
| *Weighting* | *100%* |

- ❖ Management indicated that companies in VCS' industry that are of comparable size typically have EBITDA multiples that range from 4.0x to 6.0x
- ❖ KPMG's transaction search yielded comparable transaction multiples ranging from 1.4x to 3.1x
- ❖ We selected a TTM EBITDA multiple of 3.0x, which is consistent with the multiple paid for the business in 2016, as well as within the range of the guideline transaction multiples
- ❖ The TTM EBITDA used in the market approach was adjusted for incremental cost savings expected to be realized by reducing operating costs due to updating the business' IT finance software and hiring a new practice manager

## Income approach results

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | n/a |
| Long-Term Growth Rate | n/a |
| **Concluded Fair Value (Rounded)** | **n/a** |
| *Weighting* | *0%* |

- ❖ No weight was applied to the income approach since it is difficult to estimate a discount rate that can accurately capture the risks in the cash flows associated with:
  - ▪ The practice's reliance on Dr. Bogart's patient relationships as he nears retirement
  - ▪ The threat of potential new entrants into the market
  - ▪ The uncertainty of an appropriate market participant tax structure
- ❖ KPMG believes it is most likely a market participant would purchase this business based on a market transaction multiple rather than relying on the income approach

| **Enterprise value** | **$700,000** |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Market approach support



*($ in thousands)*

| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| ***Transactions*** | | | | | | |
| Margate Opticians | 120 | 45 | 19.0% | n/a | 2.7x | Retail eye wear located in Margate, Florida |
| Arizona Vein and Vascular Center | 24,379 | 7,763 | 39.0% | n/a | 3.1x | Vein clinics and podiatry centers operator in Surprise, Arizona |
| MBW | 565 | 319 | 26.0% | n/a | 1.8x | Dental practice/periodontics in Gaithersburg, Maryland |
| Dr. David Brown MD | 150 | 107 | 45.0% | n/a | 1.4x | Optometry clinic in Ottowa, ON, Canada |
| Arnold R. Rudman, DDS, Inc. | 335 | 154 | 25.0% | n/a | 2.2x | Dental practice in Thousand Oaks, CA |

**Guideline multiples**



| Subject Company TTM EBITDA[1] | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$38** |
| Management Adjustments | 195 |
| **TTM Adjusted EBITDA** | **$233** |

[1] *The TTM EBITDA used in the market approach was adjusted for incremental add-backs related to reducing operating costs due to updating the business' IT finance software and hiring a new practice manager. Additionally, costs are expected to decrease with the retirement of Dr. Bogart.*



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

**Appendix**

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Historical customer sales and retention data.
- ❖ Due diligence/ investment memos prepared and provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Pratt's Stats – Acquired Private Company Transaction Comparables
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

10

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

Ben Siadak, CFA
Manager
KPMG LLP

James Weaver - Concurring
Partner Review



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of Worldwide Staffing

**Valuation of Worldwide Staffing**

**Valuation Date: December 31, 2017**

**Report Date: August 24, 2018**



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 476 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

**KPMG LLP**
550 S Tryon St Suite 3200
Charlotte, NC 28202

Telephone:     +1 704 335 5300
Internet         www.us.kpmg.com

**Re: Valuation of Worldwide Staffing**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the business enterprise of Worldwide Staffing ("WWS" or the "Company") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Greg Lindberg (the "Client") owns a 70.0% controlling interest in WWS, with the remaining minority interest of 30.0% owned by the former owners through an equity equivalency agreement. However, the Client requested a valuation of a 100% controlling interest in WWS.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP").  This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA").  This report states the appraisal procedures and conclusions developed.  Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files.  This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of WWS' business enterprise is estimated to be $4.2 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you.  If you have any questions, please contact Jennifer Hunter at 404-822-6267 or jenniferhunter@kpmg.com.

Respectfully submitted,



 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

2

# Valuation Considerations



## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Company (collectively, "Management") concerning the Company's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of the Company
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Company operates
- ❖ Estimation of the fair value of the Company's business enterprise
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of this valuation. Per Management, the scope of our valuation is to estimate the fair value of the Company's business enterprise
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli Global LLC ("Eli") and/or the former owners of the Company. Per Management, the scope of our valuation was to estimate the fair value of the Company's business enterprise on a 100% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0 percent interest in the Company on a marketable basis.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

3

# Valuation Considerations (continued)



## Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

## Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

## Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of the Company's business enterprise between the Valuation Date and the date of this report.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

4



## Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

❖ Income approach

❖ Market approach

❖ Cost approach

### Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. The discounted cash flow method ("DCF Method") is a form of the income approach that is commonly used to value business interests. The DCF Method involves estimating the future cash flows of the business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from alternative investments of similar type and quality as of the Valuation Date.

More specifically, the DCF Method bases the value of a company on the cash flow attributable to that company. This approach is based on the assumptions that: (i) a company is worth what it can generate in future cash flows to its owners; (ii) the future cash flows are reasonably predictable; and (iii) the cost of capital and investors' required rates of return on invested capital can be estimated. This approach assumes that the income derived from a company will, to a large extent, control the value of that company.

### Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue,

earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions. The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

### Cost Approach

The cost approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. In doing so, adjustments for physical deterioration and obsolescence are taken into account. When using the cost approach to value a business enterprise, the equity value is estimated as the appraised value of the individual assets that comprise the business less the value of the liabilities that encumber those assets.

### Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the business enterprise. Under the income approach, we utilized the DCF Method to arrive at our estimate of the Company's business enterprise value. Under the market approach, we applied the guideline public company method, and the guideline merged and acquired company method. We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Company.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

5

## Worldwide Staffing
# Overview



### Company background

- ❖ WWS provides temporary nurse staffing for nursing homes, hospitals, schools, assisted living facilities and rehab centers in Massachusetts, Connecticut, and New Hampshire
- ❖ WWS staffs registered nurses, licensed practical nurses, and certified nursing assistants. WWS specializes in filling shifts rather than full-time positions
- ❖ The WWS University operates as an in-house testing system for verification of staff certifications
- ❖ The Company has historically stayed away from staffing services for physical therapists and occupational therapists
- ❖ Agreements with customers does not obligate them to spend any money with WWS, only what the agreed upon rates are for different combinations of shifts and certifications of nurses and assistants
- ❖ WWS was founded in 1999 and is headquartered in Massachusetts

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry multiple |
|---|---|---|
| 2017 | $3,700,000 | 7.0x |

- ❖ Not a brokered deal – The owner's brother had previously sold his business to Eli, saw the benefits
- ❖ Acquisition Rationale
  - ▪ Fit well with Eli's healthcare related businesses
  - ▪ Growth of healthcare spending and aging baby boomers population
- ❖ Acquisition Synergies
  - ▪ Strong management team

### Key valuation drivers

- ❖ Nursing is a highly credentialized business, allowing WWS to match qualified nurses and job openings with minimal human interaction.
- ❖ WWS leverages software to track nurses scheduling, certifications, and payments. WWS expands into new territories without opening new offices through the online software tool and the highly credentialized nature of the nursing business.
- ❖ Low customer concentration, no single customer comprises more than 10% of revenues
- ❖ WWS has a strong track record of customer retention with customers only leaving due to budget constraints
- ❖ The Company has a large market share in Western Massachusetts.
- ❖ Consolidation in the nursing home market provides opportunity to offer staffing services to new owners as warm leads.
  - ▪ Hospitals and nursing homes want the same nurses for continuity and assurance that the staff know what they are doing

### Key opportunities

- ❖ **Margin Improvement:** As WWS expands into other states without mandated rate tables the additional volume will be on a more profitable margin
- ❖ **High Demand:** Expect a nurse shortfall to continue over the next 25-30 years as baby boomers age out
- ❖ **Market Share Growth:** WWS is expanding into states outside of Massachusetts where their existing client base have other facilities

### Key risks

- ❖ **Skills Gap:** WWS' growth is primarily limited by its ability to identifying qualified nurses for its 'inventory' of temps
- ❖ **State Mandated Charge Rates:** Some states, such as Massachusetts, create rate tables that limit how much WWS can charge for each shift and staffing position type

[1] *Price for 100% of the business enterprise.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Financial information



## Net Working Capital

| ($ in thousands) | 12/31/17 |
|---|---|
| Cash and Cash Equivalents | 363 |
| **Current Assets:** | |
| Accounts Receivable | 1,347 |
| Inventory | - |
| Other Current Assets | 55 |
| **Current Liabilities:** | |
| Accounts Payable | 13 |
| Other Current Liabilities | 171 |
| Net Working Capital (Excluding Cash | 1,219 |
| *As a % of Revenue* | *18.4%* |

❖ Management indicated that net working capital (less excluded items) as a percentage of revenue was expected to remain constant at 20.0% going forward

## Financial highlights

| ($ in thousands) | TTM | Fiscal Year 12/31, | | | | |
|---|---|---|---|---|---|---|
| **Financial Highlights** | **2017A** | **2018P** | **2019P** | **2020P** | **2021P** | **2022P** |
| Revenue | $ 6,619 | $ 7,627 | $ 8,542 | $ 9,397 | $ 10,336 | $ 11,370 |
| % Growth | *n/a* | *15.2%* | *12.0%* | *10.0%* | *10.0%* | *10.0%* |
| EBITDA | 457 | 655 | 726 | 799 | 879 | 966 |
| % Margin | *6.9%* | *8.6%* | *8.5%* | *8.5%* | *8.5%* | *8.5%* |



❖ Revenue growth in 2018 and 2019 driven predominantly through expansion into new territories with some growth coming through further penetration in existing territories.

❖ EBITDA margin is expected to increase in 2019 due to (i) expansion into states that do not have state-mandated pricing caps and (ii) the economies of scale as WWS runs a lean business due to highly credentialized nature of nursing.



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

7

# Valuation summary



**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected EBITDA Multiple | 8.0x |
| TTM EBITDA | $457 |
| Plus: Cash | 363 |
| **Concluded Fair Value (Rounded)** | **$4,000** |
| *Weighting* | *50%* |

❖ One of WWS' most comparable companies, Cross Country, acquired Advantage RN in July 2017 for a TTM controlling EBITDA multiple of 8.7x, Similar to WWS, Advantage RN is a staffing agency that also specializes in placing nursing professionals.

❖ Another factor influencing our EBITDA multiple selection of 8.0x is that WWS' comparable guideline companies had TTM controlling EBITDA multiples from 10.8x to 24.1x with a median and average of 13.0x and 14.7x, respectively.

❖ Since WWS was acquired for am Entry Multiple of 7.0x, the TTM controlling EBITDA multiples of WWS' most comparable companies, AMN and Cross Country, slightly increased.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 15.5% |
| Long-Term Growth Rate | 2.5% |
| **Concluded Fair Value (Rounded)** | **$4,300** |
| *Weighting* | *50%* |

❖ Refer to the weighted Average Cost of Capital page for details on the build up of the discount rate

❖ An additional risk premium of 4.0% based on the risk associated with WWS' expected revenue and margin growth. The company's growth is contingent on the expand into new territories and identify an 'inventory' of nurses within those new territories.

| Enterprise value | $4,150,000 |
|---|---|



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 483 of 617

# Market approach support



| Target | Controlling BEV | TTM EBITDA | TTM EBITDA Margin | 2-year EBITDA CAGR | Controlling TTM EBITDA Multiples | Comments |
|---|---|---|---|---|---|---|
| **_Transactions_** | | | | | | |
| Healthcare Operations of Attendo AB | 275 | 23 | 8.5% | n/a | 11.7x | Provides staffing services for primary, dental, occupational, and other healthcare providers |
| Advantage RN, LLC | 87 | 10 | 10.0% | n/a | 8.7x | A staffing company, provides nurses and healthcare professionals for hospitals and medical facilities |
| Team Health Holdings, Inc. | 6,030 | 402 | 9.2% | n/a | 15.0x | Provides outsourced healthcare professional staffing and administrative services to hospitals and other healthcare providers |
| Envision Healthcare Holdings, Inc. | 7,426 | 640 | 10.1% | n/a | 11.6x | Offers a range of hospital-based physician staffing and related management services |
| **_Guideline Public Companies_** [1] | | | | | | |
| AMN Healthcare Services, Inc. | 3,123 | 240 | 12.2% | 7.1% | 13.0x | Provides healthcare workforce and staffing solutions in the US |
| Cross Country Healthcare, Inc. | 644 | 39 | 4.5% | 12.4% | 16.4x | Provides healthcare staffing, recruiting, and workforce solutions in the US |

### Guideline multiples





| Subject Company TTM EBITDA | |
|---|---|
| *(USD in thousands)* | **2017** |
| **TTM EBITDA** | **$457** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium based on observed control premiums in the target market.*

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

9

# Worldwide Staffing

# Income approach support



| | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | Terminal |
| **Net Revenue** | $ 6,619 | $ 7,627 | $ 8,542 | $ 9,397 | $ 10,336 | $ 11,370 | $ 11,654 |
| *Net Revenue Growth (%)* | *n/a* | *15.2%* | *12.0%* | *10.0%* | *10.0%* | *10.0%* | *2.5%* |
| | | | | | | | |
| Less: Total Operating Expenses | 6,162 | 6,972 | 7,816 | 8,598 | 9,458 | 10,403 | 10,664 |
| **Equals: EBITDA** | $ 457 | $ 655 | $ 726 | $ 799 | $ 879 | $ 966 | $ 991 |
| *EBITDA Margin (%)* | *6.9%* | *8.6%* | *8.5%* | *8.5%* | *8.5%* | *8.5%* | *8.5%* |
| | | | | | | | |
| Less: Depreciation | - | 52 | 43 | 47 | 52 | 57 | 58 |
| **Equals: EBITA** | $ 457 | $ 603 | $ 683 | $ 752 | $ 827 | $ 910 | $ 932 |
| *EBITA Margin (%)* | *6.9%* | *7.9%* | *8.0%* | *8.0%* | *8.0%* | *8.0%* | *8.0%* |
| | | | | | | | |
| Less: Income Taxes | | 163 | 185 | 204 | 224 | 246 | 253 |
| **Equals: Debt Free Net Income** | | $ 440 | $ 498 | $ 548 | $ 603 | $ 663 | $ 680 |
| | | | | | | | |
| **Sources and Uses of Cash Flow** | | | | | | | |
| Plus: Depreciation and Amortization Expense | | 52 | 43 | 47 | 52 | 57 | 58 |
| Less: Capital Expenditures | | 38 | 43 | 47 | 52 | 57 | 58 |
| Less: Increases (Decreases) in Working Capital (Excluding Cash) | | 306 | 183 | 171 | 188 | 207 | 57 |
| **Equals: Debt Free Net Cash Flow** | | $ 147 | $ 315 | $ 377 | $ 415 | $ 456 | $ 623 |
| | | | | | | | |
| Terminal | | | | | | | 4,791 |
| | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 4.5000 |
| Present Value Factor | | 0.9305 | 0.8056 | 0.6975 | 0.6039 | 0.5229 | 0.5229 |
| **Present Value of Debt Free Net Cash Flow** | | $ 137 | $ 254 | $ 263 | $ 251 | $ 239 | $ 2,505 |

| | |
|---|---|
| Present Value of Debt Free Net Cash Flows in Projection Period | 1,143 |
| Plus: Present Value of Terminal Value | 2,505 |
| Plus: Tax Amortization Benefit | 299 |
| Plus: Cash and Cash Equivalents | 363 |
| **Equals: Business Enterprise Value** | $ 4,300 |


© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Weighted Average Cost of Capital



**WORLDWIDE STAFFING**
Care for Your World

**Weighted Average Cost of Capital ("WACC")**

The DCF model uses a weighted average cost of capital (WACC) to discount future cash flows into present value.

$D$ = Market value of debt

$E$ = Market value of equity

$R_d$ = Interest rate on debt

$R_e$ = Required return on equity

$$WACC = D/(D+E) * R_d * (1-\text{Tax rate}) + E/(D+E) * R_e$$

**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized a re-levered beta of 0.96 based on the indicated comparable company betas.

**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**6 Company Specific Risk Premium**

KPMG selected a company specific risk premium of 4.0 percent. Refer to the Valuation Summary slide for further discussion on the selected premium.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1 Pre-Tax Cost of Debt**

The 4.2 percent pre-tax cost of debt reflects the estimated cost to obtain long-term financing as of the Valuation Date, based on the 20-year yield of Baa-rated corporate bonds.

**2 Sovereign Spread Premium**

Sovereign spread premium of 0.0 percent is based on information from Damodaran Online risk premiums.

**3 Tax Rate**

A 27.1 percent corporate tax rate is based on the fully-blended federal and state corporate tax rate for the United States, per KPMG's Corporate Tax Rate Survey.

| WACC Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Company Specific Risk Premium | 4.0% |
| Country Risk Premium | 0.0% |
| Beta | 0.96 |
| Size Premium | 5.3% |
| **Cost of Equity** | **17.7%** |
| **Cost of Debt:** | |
| Pre-Tax Cost of Debt | 4.2% |
| Sovereign Spread Premium | 0.0% |
| Tax Rate | 27.1% |
| **After-Tax Cost of Debt** | **3.0%** |
| **Capital Structure:** | |
| Equity | 85.0% |
| Debt | 15.0% |
| **WACC (Rounded)** | **15.5%** |



© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

11

# Sources of Information

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

- ❖ Historical customer sales and retention data.

- ❖ Due diligence/ investment memos prepared and provided by Eli.

- ❖ Other pertinent information provided by Eli.

- ❖ Interviews with Management.

- ❖ SEC filings of identified guideline public companies.

- ❖ S&P Capital IQ Research Systems.

- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.



# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

————————————————————

Jennifer C. Hunter, CFA, ASA
Partner
KPMG LLP

————————————————————

Mike Kuhn, CPA
Manager
KPMG LLP

James Weaver – Concurring Review Partner

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 © 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 489 of 617





**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



**KPMG**

# Valuation of
# Global Bankers Insurance Group's
# Insurance Entities

 **Global Bankers**

Valuation Date: December 31, 2017

Report Date: August 24, 2018



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

KPMG LLP
345 Park Avenue
New York, NY 10154

Telephone: +1 212 758 9700
Internet www.us.kpmg.com

**Re: Valuation of Certain Insurance Entities owned by Global Bankers Insurance Group.**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0 percent interest in the equity of certain insurance entities (the "Subject Companies" or each "Subject Company") owned by Global Bankers Insurance Group ("Global Bankers", "GBIG", or the "Client"), an affiliate of Eli Global, LLC. ("Eli") on marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date"). GBIG's company background and organization chart is presented in the appendix at the end of the report.

The Subject Companies we valued include:

| Entity | |
|---|---|
| Colorado Bankers Life Insurance Company | Omnia Ltd. |
| Bankers Life Insurance Company | Conservatrix N.V |
| Southland National Insurance Corporation | Standard Re (Malta) Limited |
| Southland National Reinsurance Corporation | GB Life Luxembourg S.A |
| Pavonia Life Insurance Company of Michigan | Bankers Reinsurance Company Ltd. |
| Private Bankers Life and Annuity Co., Ltd. | PB Investment Holdings Ltd. |

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA").

This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files.

This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

We also understand that the Client's audited personal balance sheet is being developed for, and will be utilized by, the North Carolina Department of Insurance to satisfy certain regulatory requirements related to Client's ownership of several insurance companies. No other use or users are intended or should be inferred.

During the course of our valuation analysis, we were provided with historical audited and unaudited financial statements, as well as unaudited financial projections and operational data regarding the Subject Companies. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Subject Companies. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

2

**KPMG**



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

KPMG LLP
345 Park Avenue
New York, NY 10154

Telephone: +1 212 758 9700
Internet www.us.kpmg.com

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

Based on the analysis discussed and presented in this report, the fair values of the Subject Companies as of the Valuation Date are estimated as shown below.

| Entity | | Fair Value |
|---|---|---|
| Colorado Bankers Life Insurance Company | $ | 380,500,000 |
| Bankers Life Insurance Company | $ | 57,500,000 |
| Southland National Insurance Corporation | $ | 29,000,000 |
| Southland National Reinsurance Corporation | $ | 46,500,000 |
| Pavonia Life Insurance Company of Michigan | $ | 120,000,000 |
| Private Bankers Life and Annuity Co., Ltd. | $ | 283,500,000 |
| Omnia Ltd. | $ | 7,000,000 |
| Conservatrix N.V | € | 74,000,000 |
| Standard Re (Malta) Limited | € | 4,000,000 |
| GB Life Luxembourg S.A | € | 32,700,000 |
| Bankers Reinsurance Company Ltd. | $ | 12,400,000 |
| PB Investment Holdings Ltd. | $ | 8,300,000 |

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Van Dalen at 212-872-3560 or jvandalen@kpmg.com.

Respectfully submitted,

KPMG LLP

**KPMG**

3

# Table of Contents

## I. Summary

| | |
|---|---|
| Fair Value Conclusions | 5 |
| Valuation Considerations | 6 – 7 |
| Valuation Overview | 8 – 12 |

## II. Global Banker's Insurance Entities

| | |
|---|---|
| Colorado Bankers Life Insurance Company | 13 – 19 |
| Bankers Life Insurance Company | 20 – 26 |
| Southland National Insurance Corporation | 27 – 33 |
| Southland National Reinsurance Corporation | 34 – 40 |
| Pavonia Life Insurance Company of Michigan | 41 – 44 |
| Private Bankers Life and Annuity Co., Ltd. | 45 – 51 |
| Omnia Ltd. | 52 – 56 |
| Conservatrix N.V | 57 – 61 |
| Standard Re (Malta Limited) | 62 – 67 |
| GB Life Luxembourg S.A | 68 – 73 |
| Bankers Reinsurance Company Ltd. | 74 – 78 |
| PB Investment Holdings Ltd. | 79 – 84 |

## I. Appendices

Client Overview

Organization Chart

Sources of Information

Appraisal Certification

Valuation Services Limiting Assumptions

*KPMG*

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 494 of 617

# Fair Value Conclusions

| Entity | Fair Value of Equity |
|---|---|
| Colorado Bankers Life Insurance Company ("CBL") | $ 380,500,000 |
| Bankers Life Insurance Company ("BLIC") | $ 57,500,000 |
| Southland National Insurance Corporation ("SNIC") | $ 29,000,000 |
| Southland National Reinsurance Corporation ("SNRC") | $ 46,500,000 |
| Pavonia Life Insurance Company of Michigan ("PLICMI") | $ 120,000,000 |
| Private Bankers Life and Annuity Co., Ltd. ("PBLA") | $ 283,500,000 |
| Omnia Ltd. ("Omnia") | $ 7,000,000 |
| Conservatrix N.V ("Conservatrix") | € 74,000,000 |
| Standard Re (Malta) Limited ("Standard Re") | € 4,000,000 |
| GB Life Luxembourg S.A ("GB Life") | € 32,700,000 |
| Bankers Reinsurance Company Ltd. ("Bankers Re") | $12,400,000 |
| PB Investment Holdings Ltd. ("PBIHL") | $8,300,000 |

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of the Subject Companies (collectively, "Management") concerning the Subject Companies' history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available audited and unaudited historical and forecasted financial data of the Subject Companies
- ❖ Consideration of the industry, economic conditions, and competitive environment in which the Subject Companies operate
- ❖ Estimation of the fair value of the Subject Companies' equity
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of the valuation of the Subject Companies
- ❖ Per Management, the scope of our valuation was to estimate the fair value of the Subject Companies' equity on a 100.0% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0% interest in the Subject Companies on a marketable basis.

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 496 of 617

# Valuation Considerations (continued)

**Extraordinary Assumptions**

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

- ❖ Per Global Banker's management's direction, the entities are most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

- ❖ Where applicable, based on if assets or stock are acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. In instances where the Subject Companies were not based in the United States, KPMG relied on the tax rates and laws applicable to the respective country. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

**Hypothetical Conditions**

This appraisal does not make use of any hypothetical conditions.

**Disclosure of Subsequent Events**

KPMG is not aware of any material subsequent events impacting the fair value of the Subject Companies' equity between the Valuation Date and the date of this report.

*KPMG*

7

# Valuation Overview

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- Income approach
- Market approach
- Cost approach

**Income Approach**

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. A common form of the Income Approach is the Dividend Discount Model ("DDM"). The DDM involves estimating the future dividends to equity holders of a business and discounting them to their present value. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from investments of a similar type and quality as of the subject Valuation Date.

**Market Approach**

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the guideline public companies.

The guideline merged and acquired company method compares the Company to similar companies recently sold in arm's length transactions.

The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Company versus the acquired companies.

**Cost Approach**

The Cost Approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity or asset than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. When applied to the valuation of a business, value is based on the Fair Value of the entity's underlying net assets. This technique entails a recasting of the balance sheet of the enterprise in which the Fair Values of assets and liabilities are substituted for their book values. This method is also known as the Net Asset Value ("NAV") Method.

**Regulation**

Insurance companies are required to maintain specified levels of capital in order to keep operating their businesses. These regulations differ according to the regulatory jurisdictions and countries in which these company operate. Following a series of large company insolvencies in the late 1980s and early 1990s, the National Association of Insurance Commissioners ("NAIC") introduced the concept of risk-based capital ("RBC") ratio. RBC measures the amount of capital an insurance entity must have to support its overall business operations considering its portfolio size and risk profile. The RBC ratio is considered the regulatory capital standard these entities should have at any point in time. Companies can elect to keep a higher ratio of capital, implying a lower risk of insolvency and hence a higher credit rating.

**Valuation Approaches Applied**

The following page summarizes the valuation approaches we utilized for each Subject Company. Further, we provided rationales of selecting the valuation approach as we deem appropriate and reasonable.

*KPMG*      8

# Valuation Overview (continued)

| Entity | Income Approach | Net Asset Value Approach | Own Transaction Approach | Market Approach | Rationale |
|---|---|---|---|---|---|
| CBL | ✓ | X | X | X | For the purposes of this analysis, we relied on the income approach to arrive at our estimate of the equity value. Given that Management provided cash flows projected based on new business and run-off estimates, the income approach provides a reasonable indication of value. The NAV and transaction approach were not relied on, as the company was acquired more than a year before the Valuation Date and expects a long-tail run off until 2066. Additionally, the market approach was not relied on as there was limited comparability between CBL, its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. Lastly, given the regulatory nature of the insurance industry, there were data limitations when comparing GAAP financial data of the guideline companies with statutory financial information for the Subject Company. |
| BLIC | ✓ | X | X | X | For the purposes of this analysis, we relied on the income approach to arrive at our estimate of the equity value. Given that Management provided cash flows projected based on new business and run-off estimates, the income approach provides a reasonable indication of value. The NAV and transaction approach were not relied on, as the company was acquired more than a year before the Valuation Date and expects a run off until 2029. Additionally, the market approach was not relied on as there was limited comparability between BLIC, its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. Lastly, given the regulatory nature of the insurance industry, there were data limitations when comparing GAAP financial data of the guideline companies with statutory financial information for the Subject Company. |
| SNIC | ✓ | X | X | X | For the purposes of this analysis, we relied on the income approach to arrive at our estimate of the equity value. Given that Management provided cash flows projected based on run-off estimates, the income approach provides a reasonable indication of value. The NAV and transaction approach were not relied on, as the company was acquired more than a year before the Valuation Date and expects a run off until 2067. Additionally, the market approach was not relied on as there was limited comparability between SNIC, its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. Lastly, given the regulatory nature of the insurance industry, there were data limitations when comparing GAAP financial data of the guideline companies with statutory financial information for the Subject Company. |

KPMG

# Valuation Overview (continued)

| Entity | Income Approach | Net Asset Value Approach | Own Transaction Approach | Market Approach | Rationale |
|---|---|---|---|---|---|
| SNRC | ✓ | X | X | X | For the purposes of this analysis, we relied on the income approach to arrive at our estimate of the equity value. Given that Management provided cash flows projected based on run-off estimates, the income approach provides a reasonable indication of value. The NAV and transaction approach were not relied on, as the company was acquired more than a year before the Valuation Date and expects a long-tail run off until 2067. Additionally, the market approach was not relied on as there was limited comparability between SNRC, its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. Lastly, given the regulatory nature of the insurance industry, there were data limitations when comparing GAAP financial data of the guideline companies with statutory financial information for the Subject Company. |
| PLICMI | X | X | ✓ | X | For the purposes of this analysis, we relied on the transaction approach to arrive at our estimate of the equity value. Given that Management acquired PLICMI in December 2017 and no significant events occurred between the acquisition date and Valuation Date, we applied 100.0 percent weight to the acquisition price. The NAV approach was not relied on, as the company expects to operate the business within the foreseeable future. The income approach was not relied on as the recent nature of the transaction may not represent a normalized level of projections. Lastly, the market approach was not relied on as there was limited comparability between PLICMI, its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. Lastly, given the regulatory nature of the insurance industry, there were data limitations when comparing GAAP financial data of the guideline companies with statutory financial information for the Subject Company. |
| PBLA | ✓ | X | X | X | For the purposes of this analysis, we relied on the income approach to arrive at our estimate of the equity value. Given that Management provided cash flows projected based on run-off estimates, the income approach provides a reasonable indication of value. The NAV and transaction approach were not relied on, as the company was created as a start-up within a year of the Valuation Date and expects a long-tail run off until 2067. Given that a majority of net revenue is driven by premiums assumed from BLIC's operations, KPMG shortened the projection period to 2029, as this time horizon matches that of BLIC's. Additionally, the market approach was not relied on as there was limited comparability between PBLA, its corresponding peers and identified transactions. Many of the guideline public reinsurance companies operate in the Property & Casualty sector, which have very different risk factors, economics and regulations. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |

# Valuation Overview (continued)

| Entity | Income Approach | Net Asset Value Approach | Own Transaction Approach | Market Approach | Rationale |
|---|---|---|---|---|---|
| Omnia | X | ✓ | X | X | For the purposes of this analysis, we relied on the NAV method to arrive at our estimate of the equity value. Given that Omnia plans to run-off the business within a short period of time and does not expect to have new contracts to be added in the meantime, the NAV of the cost approach provides a reasonable indication of fair value. The income approach was not relied on, as the company expects to run off existing insurance book within a year and did not expect any active operations for the company going forward. Additionally, the market approach was not relied on as there was limited comparability between Omnia, its corresponding peers and identified transactions. The guideline companies engaged in active operations compared to Omnia in winding down its operations. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |
| Conservatrix | X | ✓ | X | X | For the purposes of this analysis, we relied on the NAV approach to arrive at our estimate of the equity value. Given that Conservatrix is under reorganization to stabilize its current operating environment and does not anticipate to underwrite any new insurance contracts nor expect to start underwriting new business in the future until reorganization is complete. Further, Conservatrix has recently completed the recapitalization by Global Bankers as part of the share transfer to GBIG from its previous owner. Based on the foregoing, the NAV of the cost approach provides a reasonable indication of fair value. The income approach was not relied on, as the company did not prepare a financial projections and the business is undergoing reorganization upon the recent transaction with GBIG. Additionally, the market approach was not relied on as there was limited comparability between Conservatrix, its corresponding peers and identified transactions. The guideline companies engaged in active operations, much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |
| Standard Re | X | ✓ | X | X | For the purposes of this analysis, we relied on the NAV approach to arrive at our estimate of the equity value. Given that Standard Re holds certain reinsurance contracts and loans to related parties, the NAV of the cost approach provides a reasonable indication of the company's fair value. The income approach was not relied on, as the company did not prepare financial projections due to the lack of active business in the company's operations. Additionally, the market approach was not relied on as there was limited comparability between Standard Re and its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |

# Valuation Overview (continued)

| Entity | Income Approach | Net Asset Value Approach | Own Transaction Approach | Market Approach | Rationale |
|---|---|---|---|---|---|
| GB Life | ✓ | X | X | X | For the purposes of this analysis, we considered the transaction approach to arrive at our estimate of the equity value given that Management acquired GB Life in October 2017 and no significant events occurred between the acquisition date and Valuation Date; however, we did not apply any weight to the acquisition price. Instead, we relied on the income approach to arrive at the estimated equity value. This was based on Management's estimation of the required capital needed at any particular year and the Subject Company's closing capital in that year. The NAV approach was not relied on, as the company expects to operate the business within the foreseeable future. Lastly, the market approach was not relied on as there was limited comparability with its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. |
| Bankers Re | X | ✓ | X | X | For the purposes of this analysis, we relied on the NAV approach to arrive at our estimate of the equity value. Given that Bankers Re holds reinsurance contracts from a related party, and the fact the company commenced its operation as of the Valuation Date, the NAV of the cost approach provides a reasonable indication of the company's fair value on day one of the operations. The income approach was not relied on, as the company did not prepare financial projections due to the lack of sufficient business activity. Additionally, the market approach was not relied on as there was limited comparability between Bankers Re and its corresponding peers and identified transactions. The guideline companies were much larger and diversified in nature with multiple product lines. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |
| PBIHL | X | ✓ | X | X | For the purposes of this analysis, we relied on the NAV method to arrive at our estimate of the equity value. Given that PBIHL plans to run-off the business within a short period of time and does not expect to have new contracts within this period, the NAV of the cost approach provides a reasonable indication of fair value. The income approach was not relied on, as the company expects to run off the existing insurance book within three years and did not expect any active operations for the company going forward. Further, the revenue of PBIHL is expected to be earned by realizing gains and losses on its investments which are fair valued on the balance sheet. Additionally, the market approach was not relied on as there was limited comparability between PBIHL, its corresponding peers and identified transactions. The guideline companies engaged in active operations compared to PBIHL in winding down its operations. The guideline transactions we observed appeared to be unique to the specific buyers with limited data and information to compare with from a pricing standpoint. |

**KPMG**

12



# Colorado Bankers
# Life Insurance Company

**KPMG**

13

**Colorado Bankers Life Insurance Company**

# Overview



---

| **Company Background** |
| --- |

- ❖ CBL is a leading underwriter and provider of supplemental coverages and annuities for a variety of employer sponsored, government, and individual marketplaces.
- ❖ It offers individual and term life insurance, accident insurance, critical illness insurance, and annuity products primarily through employee payroll deduction, federal, postal and military allotments, state and local government payroll systems.

| **Original Acquisition Details** | | |
| --- | --- | --- |
| **Acquisition Date** | **Price (USD)** [1] | **Entry Price-to-Book Multiple** |
| December 2015 | $70,000,000 | 1.9x |

| **Key Valuation Drivers** |
| --- |

- ❖ CBL launched a simple annuity product in 2017 that has been driving strong growth in premiums underwritten which will continue for the next three to five years.
- ❖ As premiums related to the annuity products grow in the next five years, life reserves are also expected to increase.
- ❖ For the purpose of this valuation analysis, Management projected active underwriting on annuity products for the first 5 years of the projection period through 2022. After 2022, Management expected the business to be benefited from the operating profits generated by the insurance book built in the first 5 years from net investment incomes, release of required capital due to decrease in the insurance reserves as well as lowered required RBC ratio. Also from 2023 and onward, premiums underwritten are expected to come primarily from existing traditional life policies on which policyholders continue paying annual premiums.
- ❖ Investments consist of life reserves and required capital and move accordingly with underwriting activities. As such, when life reserves and required capital increase, so do investments, and vice versa.
- ❖ Management expects different levels of capital over the projection period based on estimated rating needs. Management expected CBL to achieve A.M. Best rating of A- from a current rating of B++ by maintaining the RBC level of 450.0% for a rating of A- through the active underwriting period (i.e., 2022). As the business transitions into running off its insurance book, Management is expected to migrate to a lower RBC level of 250.0%, allowing it to release capital and surplus.
- ❖ Given the nature of run-off insurance book over a long period of time, the cash flows were extended through 2066 until minimal present value of such cash flow can be derived.
- ❖ Some of the closest competitors, per Management, include Assurity Life Insurance Company, Massachusetts Mutual Life Insurance Company, Kansas City Life Insurance Company, American Amicable Life Insurance Company.

[1] *Price for 100% of the equity.*

**KPMG**

14

## Colorado Bankers Life Insurance Company

# Financial information



### Balance Sheet

| ($ in thousands) | 12/31/16 | 12/31/17 |
|---|---|---|
| **Assets:** | | |
| Cash and Investments | 330,824 | 1,250,990 |
| Other Assets | 23,230 | 67,486 |
| **Liabilities:** | | |
| Reserves | 100,241 | 840,363 |
| Other Liabilities | 195,325 | 356,375 |
| **Equity:** | | |
| Capital and Surplus | 58,489 | 121,738 |

- The increase in Cash and investments in 2017 were primarily driven by the increase in Investments by approximately $520.8 million.
- Given the increase in reserves as noted below in 2017, investments correspondingly increased significantly.
- In 2017, reinsurance assets increased by $40.2 million.
- Lastly, life reserves and funds held for reinsurance increased by $740.1 million and $126.9 million, respectively, in 2017.

### Financial Highlights

| ($ in thousands) | TTM | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|
| Financial Highlights | 2017A | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| Premiums and Annuity Considerations | 783,211 | 818,995 | 1,328,539 | 1,597,013 | 1,613,458 | 1,629,069 | 115,294 |
| Net Investment Income | 35,154 | 62,621 | 120,118 | 206,968 | 309,000 | 399,816 | 413,802 |
| Capital & Surplus | 121,738 | 110,577 | 184,429 | 272,683 | 362,053 | 438,539 | 354,229 |
| Target RBC Ratio | n/a | 450.0% | 450.0% | 450.0% | 450.0% | 450.0% | 410.0% |
| Dividends / Contribution | n/a | 23,076 | (55,636) | (43,430) | (4,834) | 38,943 | 258,339 |



*(1) Starting in 2023, CBL is no longer assumed to sell its simple annuity product and will start running-off its business.*

- Premiums are expected to increase from $819.0 million in 2018 to $1.6 billion by 2022, primarily due to the underwriting of annuity products.
- For the purpose of this valuation analysis, no new underwriting activity on simple annuity product is expected starting in 2023 as implied by the decrease in net revenue.
- Net investment income is expected to increase from $62.6 million in 2018 to $413.8 million by 2023 driven by the increase in investment portfolios due to increases in insurance reserves.
- As of the Valuation Date and for the purpose of this valuation analysis, Management expected that the company will run-off starting in 2023. As such, reserves on the balance sheet were also projected to start declining through the final projected year of 2067.
- For the purpose of this valuation analysis, Management projected new underwriting activities through 2022 only. As such, CBL is expected to free up its capital by lowering its target RBC ratio. Management expected this ratio to decrease from 450.0% in 2022 to 250.0% by 2027.
- Dividends were calculated based on the excess adjusted capital available to the company at the end of each period.

**KPMG**

15

**Colorado Bankers Life Insurance Company**

# Valuation summary



| Income Approach Results | (USD in thousands) | Key Assumptions |
|---|---|---|
| | Selected Discount Rate | 16.5% |
| | Long-Term Growth Rate | n/a |
| | Concluded Fair Value (Rounded) | $380,500 |
| | Weighting | 100% |

❖ Discount rate is based on a selected beta of 1.20, size premium of 1.8%, risk-free rate of 2.6%, and a company specific risk premium of 5.0% based on (i) the risk associated with CBL's significant projections in the first five years, specifically in years 2019 and 2020, for the annuity products, (ii) the fact that company does not have a long track record of operations in the annuity insurance line, and (iii) the desire to maintain the same historical investment yields throughout the projection period. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity Value (Rounded) | $380,500,000 |
|---|---|

## Colorado Bankers Life Insurance Company

# Income approach support - DCF



| | Historical | Projected Fiscal Year Ending, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/66 | Terminal Year |
| **Investments** | | | | | | | | | |
| Beginning Investments | | 1,250,990 | 1,981,442 | 3,280,372 | 4,832,610 | 6,404,483 | | 628,781 | |
| Plus: Increase/(Decrease) in Life Reserves | | 741,613 | 1,225,078 | 1,463,984 | 1,482,503 | 1,268,774 | | (547) | |
| Plus: Net Income | | 11,915 | 18,216 | 44,824 | 84,536 | 115,429 | | 9,170 | |
| Plus: Contribution/(Dividends) | | (23,076) | 55,636 | 43,430 | 4,834 | (38,943) | | (9,187) | |
| Ending Investments | 1,250,990 | 1,981,442 | 3,280,372 | 4,832,610 | 6,404,483 | 7,749,743 | | 628,216 | |
| *CAL RBC as a % of Assets* | | *1.3%* | *1.3%* | *1.3%* | *1.3%* | *1.3%* | | *1.3%* | |
| CAL RBC | | 25,035 | 41,446 | 61,058 | 80,918 | 97,915 | | 7,937 | |
| **Total Adjusted Capital ("TAC")** | | | | | | | | | |
| Beginning TAC | | 123,817 | 112,656 | 186,508 | 274,762 | 364,132 | | 19,861 | |
| Plus: Net Income | | 11,915 | 18,216 | 44,824 | 84,536 | 115,429 | | 9,170 | |
| Less: Ending TAC | 123,817 | 112,656 | 186,508 | 274,762 | 364,132 | 440,618 | | 19,843 | |
| TAC / Target RBC Ratio | | *450.0%* | *450.0%* | *450.0%* | *450.0%* | *450.0%* | | *250.0%* | |
| Dividends/(Contribution) | | 23,076 | (55,636) | (43,430) | (4,834) | 38,943 | | 9,187 | |
| **Capital & Surplus** | | | | | | | | | |
| Beginning Capital & Surplus | | 121,738 | 110,577 | 184,429 | 272,683 | 362,053 | | 17,782 | |
| Plus: Net Income | | 11,915 | 18,216 | 44,824 | 84,536 | 115,429 | | 9,170 | |
| Plus: Contribution/(Dividends) | | (23,076) | 55,636 | 43,430 | 4,834 | (38,943) | | (9,187) | |
| Ending Capital & Surplus | 121,738 | 110,577 | 184,429 | 272,683 | 362,053 | 438,539 | | 17,764 | |
| **Dividends/(Contributions)** | | $ 23,076 | $ (55,636) | $ (43,430) | $ (4,834) | $ 38,943 | | $ 9,187 | |
| **Terminal Year of Capital & Surplus** | | | | | | | | | $ 17,764 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | | 48.5000 | 49.0000 |
| Present Value Factor | | 0.9265 | 0.7953 | 0.6826 | 0.5859 | 0.5030 | | 0.0006 | 0.0006 |
| **Present Value of Equity Cash Flows** | | $ 21,379 | $ (44,245) | $ (29,647) | $ (2,832) | $ 19,587 | | $ 6 | $ 10 |

| | |
|---|---|
| Present Value of Equity Cash Flows in Projection Period | 353,042 |
| Plus: Present Value of Capital & Surplus at the End of Projection Period | 10 |
| Plus: Tax Benefit of Amortization | 27,559 |
| **Sum of Present Values (Rounded)** | **$ 380,500** |

# Colorado Bankers Life Insurance Company

# Income approach support – P&L



| | Historical | Projected Fiscal Year Ending, | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/66 |
| Premiums and Annuity Considerations | 783,211 | 818,995 | 1,328,539 | 1,597,013 | 1,613,458 | 1,629,069 | | 4,950 |
| Net Commission on Reinsurance Ceded | 8,193 | 516 | 412 | 272 | 50 | (201) | | 0 |
| Net Investment Income Yield % | n/a | 4.8% | 5.2% | 5.5% | 5.8% | 5.9% | | 5.9% |
| Net Investment Income | 35,154 | 62,621 | 120,118 | 206,968 | 309,000 | 399,816 | | 19,090 |
| Other Income | 2,021 | 2,000 | 2,003 | 1,825 | 1,301 | 1,052 | | (0) |
| **Total Net Revenue** | $ 828,580 $ | 884,131 $ | 1,451,071 $ | 1,806,079 $ | 1,923,809 $ | 2,029,735 | $ | 24,040 |
| Revenue Growth (%) | n/a | 6.7% | 64.1% | 24.5% | 6.5% | 5.5% | | (0.5%) |
| Increase in Reserves | 732,068 | 741,613 | 1,225,078 | 1,463,984 | 1,482,503 | 1,268,774 | | (547) |
| Benefits and other Related Expenses | 23,844 | 59,460 | 109,916 | 170,632 | 211,130 | 485,509 | | 721 |
| G&A Expenses | 17,089 | 16,984 | 18,852 | 20,994 | 22,436 | 23,824 | | 11,280 |
| Commissions | 37,206 | 43,007 | 68,386 | 84,358 | 89,270 | 91,159 | | 9 |
| Other Expenses | 3,076 | 6,722 | 3,852 | 4,625 | 2,509 | 2,130 | | - |
| **Less: Total Operating Expenses** | $ 813,284 $ | 867,786 $ | 1,426,084 $ | 1,744,592 $ | 1,807,848 $ | 1,871,396 | $ | 11,462 |
| *As a Percent of Revenue* | 98.2% | 98.2% | 98.3% | 96.6% | 94.0% | 92.2% | | 47.7% |
| Equals: Earning Before Tax (EBT) | 15,296 | 16,345 | 24,987 | 61,487 | 115,962 | 158,339 | | 12,578 |
| EBT Margin (%) | 1.8% | 1.8% | 1.7% | 3.4% | 6.0% | 7.8% | | 52.3% |
| Less: Taxes | 10,508 | 4,429 | 6,772 | 16,663 | 31,426 | 42,910 | | 3,409 |
| *As a Percent of EBT* | 68.7% | 27.1% | 27.1% | 27.1% | 27.1% | 27.1% | | 27.1% |
| Plus: Net Realized Capital Gains | 9,760 | - | - | - | - | - | | - |
| **Equals: Net Income** | $ 14,548 $ | 11,915 $ | 18,216 $ | 44,824 $ | 84,536 $ | 115,429 | $ | 9,170 |
| Net Income Margin (%) | 1.8% | 1.3% | 1.3% | 2.5% | 4.4% | 5.7% | | 38.1% |

*KPMG*

18

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 508 of 617

**Colorado Bankers Life Insurance Company**

# Discount Rate



---

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + SP + CSRP\ CRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

CRP = Country risk premium

---



**① Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.



**② Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



**③ Beta** — Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ. KPMG utilized an observed beta of 1.20 based on the comparable company betas.



**④ Size Premium** — KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**⑤ Company Specific Risk Premium** — Company specific risk premium of 5.0 percent is based on the risk assessment associated with the significant growth EVS observed in the near term projections. Please refer to page 16 for more details.



**⑥ Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.20 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 5.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **16.5%** |
| **Discount Rate (Rounded)** | **16.5%** |

*KPMG*

19



# Bankers Life Insurance Company

*KPMG*



20

**Bankers Life Insurance Company**

# Overview


**BANKERS LIFE**
**INSURANCE COMPANY**

## Company Background

- ❖ BLIC is a leading underwriter and provider of annuity products for customers and business partners.
- ❖ The company strategically uses reinsurance to reduce its liabilities where needed and increase its capital & surplus.
- ❖ A key business focus is serving clients and offering competitive annuity rates.
- ❖ Fifty percent of premiums are expected to be ceded to PBLA.

### Original Acquisition Details

| Acquisition Date | Price (USD) [1] | Entry Price-to-Book Multiple |
|---|---|---|
| December 2016 | $29,700,000 | 1.5x |

## Key Valuation Drivers

- ❖ Similar to CBL, BLIC also focused on providing simple annuity products as the main driver of the business. These products have driven strong growth in premiums underwritten which were expected to continue growing in the next three to five years.
- ❖ As premiums related to the annuity products grow in the next five years, life reserves are also expected to increase.
- ❖ Management expects different levels of capital over the projection period based on estimated rating needs. Management expected BLIC to achieve A.M. Best rating of B by maintaining the RBC level of 400.0% through the active underwriting period (i.e., 2022). After 2022, for valuation purposes, the business will benefit from the operating profits generated by the insurance book built in the first 5 years from net investment incomes, release of required capital due to decrease in the insurance reserves as well as lowered required RBC ratio.
- ❖ As the business transitions into managing the insurance book built up during the first 5 year of the projection period for valuation purposes, the business is expected to migrate to a lower RBC level of 250.0%, allowing it to release capital and surplus.
- ❖ As of the Valuation Date, Management expected for valuation purposes that the company would be able to run-off its insurance book relatively quickly starting in 2023. As such, Management only provided projections through 2029 and considered an exit multiple to capture the remaining value of the capital & surplus.
- ❖ Some of the closest competitors, per Management, include Oxford Life Insurance Company, Eagle Life Insurance Company, Delaware Life Insurance Company, Brighthouse Life Insurance Company, and American General Life Insurance Company.

[1] *Price for 100% of the equity.*

**KPMG**

21

**Bankers Life Insurance Company**

# Financial information



| Balance Sheet | | |
|---|---|---|
| ($ in thousands) | 12/31/16 | 12/31/17 |
| **Assets:** | | |
| Cash and Investments | 428,734 | 219,252 |
| Other Assets | 18,633 | 15,037 |
| **Liabilities:** | | |
| Reserves | 276,978 | 98,925 |
| Other Liabilities | 143,010 | 99,636 |
| **Equity:** | | |
| Capital and Surplus | 27,378 | 35,728 |

- ❖ Cash and investments decreased between 2016 and 2017; this was mainly due to the decrease of $214.7 million in investments.
- ❖ Reserves also decreased by approximately $178.1 million in 2017.
- ❖ The funds held for reinsurance also decreased significantly by approximately $56.0 million in 2017.
- ❖ With decreases in both assets and liabilities, changes in the capital and surplus was approximately $8.4 million in 2017.

| Financial Highlights | | | | | | | |
|---|---|---|---|---|---|---|---|
| ($ in thousands) | TTM | | | Projected Fiscal Year Ending, | | | |
| **Financial Highlights** | **2017A** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** |
| Premiums and Annuity Considerations | (176,571) | 150,000 | 225,000 | 250,000 | 250,000 | 250,000 | - |
| Net Investment Income | 10,354 | 11,608 | 25,155 | 39,471 | 52,931 | 65,513 | 66,940 |
| Capital & Surplus | 35,728 | 55,894 | 75,037 | 92,681 | 82,383 | 89,888 | 71,308 |
| *Target RBC Ratio* | n/a | 400.0% | 400.0% | 400.0% | 400.0% | 400.0% | 370.0% |
| Dividends / Contribution | n/a | (21,122) | (15,685) | (10,346) | 21,390 | 6,425 | 41,322 |



(1) Premiums were negative in 2017.

(2) Starting in 2023, BLIC is not expected to sell its simple annuity product for valuation purposes. As such, premiums were projected to drop to zero.

- ❖ As of the Valuation Date, Management projected premiums to grow from $150.0 million in 2018 to $250.0 million by 2022, before dropping to zero in 2023 as no new underwriting of annuity products was expected. For valuation purposes, revenues beyond 2023 relate to any reinsurance ceded and net investment income.
- ❖ Net investment income was projected to increase from $11.6 million in 2018 to $66.9 million by 2023 due to the increase in insurance reserves during the same period.
- ❖ Management expected that the company will run-off its insurance book starting in 2023. As such, reserves on the balance sheet were also projected to decline through the final projected year of 2029, after which an exit multiple was applied to the remaining capital & surplus.
- ❖ For the purpose of this valuation analysis, Management projected new underwriting activities through 2022 only. As such, BLIC will be able to free up its capital allowing it to trend downward to a lower target RBC ratio. Management projected this ratio will decrease from 400.0% in 2022 to 250.0% by 2027.
- ❖ Dividends were calculated based on the excess adjusted capital available to the company at the end of each period.

**KPMG**

22

**Bankers Life Insurance Company**

# Valuation summary



| Income Approach Results | (USD in thousands) | Key Assumptions |
|---|---|---|
| | Selected Discount Rate | 12.5% |
| | Long-Term Growth Rate | n/a |
| | Concluded Fair Value (Rounded) | $57,500 |
| | Weighting | 100% |

❖ Discount rate is based on a selected beta of 1.20, size premium of 1.8%, risk-free rate of 2.6%, and a company specific risk premium of 1.0% based on (i) the risk associated with BLIC's aggressive projections in the first five years, specifically in years 2018 through 2020, for the annuity products and (ii) the desire to maintain the same historical investment yields throughout the projection period. We note that a lower company specific risk premium was used, as compared to that of CBL, due to (i) the fact that 50.0% of BLIC's premiums are expected to be ceded to PBLA and (ii) the smaller size of BLIC's insurance book and gaining in market share as compared to that of CBL. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity Value (Rounded) | $57,500,000 |
|---|---|



*KPMG*

23

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 513 of 617

**Bankers Life Insurance Company**

# Income approach support - DCF



| | Historical | Projected Fiscal Year Ending, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/29 | Terminal |
| **Total Adjusted Capital ("TAC")** | | | | | | | | | |
| Beginning TAC | | 36,993 | 57,159 | 76,302 | 93,946 | 83,648 | | 4,398 | |
| Plus: Net Income | | -957 | 3,458 | 7,298 | 11,092 | 13,929 | | 2,419 | |
| Less: Ending TAC | 36,993 | 57,159 | 76,302 | 93,946 | 83,648 | 91,152 | | 4,348 | |
| *TAC / Target RBC Ratio* | | *400%* | *400%* | *400%* | *400%* | *400%* | | *250%* | |
| Dividends/(Contribution) | | (21,122) | (15,685) | (10,346) | 21,390 | 6,425 | | 2,469 | |
| **Dividends/(Contributions)** | | $ (21,122) $ | (15,685) $ | (10,346) $ | 21,390 $ | 6,425 | | $ 2,469 | |
| **Terminal Value of Capital & Surplus @ 1.0x Exit Multiple** | | | | | | | | | $ 3,083 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | | 11.5000 | 12.0000 |
| Present Value Factor | | 0.9428 | 0.8381 | 0.7449 | 0.6622 | 0.5886 | | 0.2581 | 0.2433 |
| **Present Value of Equity Cash Flows** | | $ (19,914) $ | (13,145) $ | (7,707) $ | 14,164 $ | 3,781 | | $ 637 $ | 750 |

| | |
|---|---|
| Present Value of Equity Cash Flows in Projection Period | 53,880 |
| Plus: Present Value of Capital & Surplus at the End of Projection Period | 750 |
| Plus: Tax Benefit of Amortization | 2,868 |
| **Sum of Present Values (Rounded)** | **$ 57,500** |

**Bankers Life Insurance Company**

# Income approach support – P&L



| | Historical | Projected Fiscal Year Ending, | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/29 |
| Premiums and Annuity Considerations | (176,571) | 150,000 | 225,000 | 250,000 | 250,000 | 250,000 | | - |
| Net Commission on Reinsurance Ceded | 4,286 | 4,884 | 7,141 | 8,001 | 8,165 | 8,346 | | - |
| Net Investment Income Yield % | n/a | 4.2% | 5.0% | 5.3% | 5.4% | 5.4% | | 5.4% |
| Net Investment Income | 10,354 | 11,608 | 25,155 | 39,471 | 52,931 | 65,513 | | 5,523 |
| Other Income | 600 | (50) | (52) | (53) | (51) | (52) | | (18) |
| **Total Net Revenue** | **$ (161,331)** | **$ 166,442** | **$ 257,244** | **$ 297,418** | **$ 311,046** | **$ 323,808** | | **$ 5,505** |
| Revenue Growth (%) | n/a | nmf | 54.6% | 15.6% | 4.6% | 4.1% | | -1.2% |
| | | | | | | | | |
| Increase in Reserves | (178,053) | 147,372 | 210,511 | 237,579 | 239,260 | 232,343 | | (1,133) |
| Benefits and other Related Expenses | 6,767 | 6,590 | 23,856 | 28,276 | 34,040 | 48,866 | | 1,319 |
| G&A Expenses | 4,740 | 4,900 | 4,500 | 6,000 | 6,500 | 7,000 | | 2,000 |
| Commissions | 5,630 | 8,892 | 13,634 | 15,554 | 16,030 | 16,492 | | - |
| Other Expenses | 3,832 | 0 | (0) | 0 | 0 | 0 | | (0) |
| **Less: Total Operating Expenses** | **$ (157,084)** | **$ 167,754** | **$ 252,501** | **$ 287,408** | **$ 295,830** | **$ 304,700** | | **$ 2,186** |
| *As a Percent of Revenue* | 97.4% | 100.8% | 98.2% | 96.6% | 95.1% | 94.1% | | 39.7% |
| Equals: Earning Before Tax (EBT) | $ (4,246) | $ (1,312) | $ 4,743 | $ 10,011 | $ 15,216 | $ 19,107 | | $ 3,318 |
| EBT Margin (%) | 2.6% | -0.8% | 1.8% | 3.4% | 4.9% | 5.9% | | 60.3% |
| | | | | | | | | |
| Less: Taxes | (227) | (356) | 1,285 | 2,713 | 4,123 | 5,178 | | 899 |
| *As a Percent of EBT* | 5.3% | 27.1% | 27.1% | 27.1% | 27.1% | 27.1% | | 27.1% |
| Plus: Net Realized Capital Gains | - | - | - | - | - | - | | - |
| **Equals: Net Income** | **$ (4,019)** | **$ (957)** | **$ 3,458** | **$ 7,298** | **$ 11,092** | **$ 13,929** | | **$ 2,419** |
| Net Income Margin (%) | 2.5% | -0.6% | 1.3% | 2.5% | 3.6% | 4.3% | | 43.9% |

*KPMG*

25

**Bankers Life Insurance Company**

# Discount Rate

**BANKERS LIFE**
INSURANCE COMPANY

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + SP + CSRP + CRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

CRP = Country risk premium



**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.



**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



**3 Beta**

Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ. KPMG utilized an observed beta of 1.20 based on the comparable company betas.



**4 Size Premium**

KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



**5 Company Specific Risk Premium**

Company specific risk premium of 1.0 percent is based on the risk assessment associated with the significant growth EVS observed in the near term projections. Please refer to page 23 for more details.

**6 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
| --- | --- |
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.20 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 1.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **12.5%** |
| **Discount Rate (Rounded)** | **12.5%** |

*KPMG*

26



# Southland National Insurance Corporation

**Southland National Insurance Corporation**

# Overview



---

## Company Background

- ❖ SNIC is a life insurance underwriter with a focus on final expense, pre-need, and life product segments.
  - ❖ Final Expense: covers all expenses related to death incidents by providing beneficiaries with a certain amount of money used for any matter (i.e arrangements are not pre-planned).
  - ❖ Pre-Need: covers expenses related to funeral services by providing beneficiaries with a certain amount of money used for pre-planned arrangements with the policyholder.
  - ❖ Life Product: also known as life insurance policy, it provides financial care for the policyholders' dependents and loved ones.
- ❖ SNIC was founded in 1969 in Tuscaloosa, Alabama.
- ❖ It was formerly known as The New Southland National Insurance Corporation.
- ❖ SNIC offers various products including, but not limited to, flexible premium deferred annuities; pre-need policies; and dental products, such as dental passive PPO, dental incentive PPO, indemnity, and high-low plan design products.

## Key Valuation Drivers

- ❖ SNIC operates with a portfolio of run-off insurance policies serving a very large number of blue collar workers and fishermen who purchased small ticket insurance policies to cover themselves and their families for minor incidents and secure their minds about their future.
- ❖ SNIC is unrated allowing it to maintain a lower target RBC of 250.0% for valuation purposes.
- ❖ Some of the closest competitors, per Management, include Atlantic Coast Life Insurance Company, National Guardian Life Insurance Company, Security National Life Insurance Company, Torchmark Corporation, and Forethought Life Insurance Company.

## Original Acquisition Details

| Acquisition Date | Price (USD) [1] | Entry Price-to-Book Multiple |
|---|---|---|
| August 2014 | 20,500,000 | 2.1x |

[1] Price for 100% of the equity.

**KPMG**

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 518 of 617

**Southland National Insurance Corporation**

# Financial information



| Balance Sheet | | |
|---|---|---|
| ($ in thousands) | 12/31/16 | 12/31/17 |
| **Assets:** | | |
| Cash and Investments | 374,995 | 354,934 |
| Other Assets | 56,690 | 63,386 |
| **Liabilities:** | | |
| Reserves | 243,142 | 230,910 |
| Other Liabilities | 154,511 | 153,609 |
| **Equity:** | | |
| Capital and Surplus | 34,032 | 33,801 |

❖ While Cash decreased by $78.7 million to $67.4 million in 2017, Investments increased by $58.6 million to $287.5 million resulting in a net decrease of approximately $20.1 million in this aggregated asset account.

❖ While premiums and considerations decreased by approximately $45.4 million in 2017, reinsurance assets increased by approximately $49.5 million in the same year.

❖ Total reserves decreased by approximately $12.2 million in 2017 due to the run-off nature of the business, with no new underwritten policies.



| Financial Highlights | | | | | | | |
|---|---|---|---|---|---|---|---|
| ($ in thousands) | TTM | Projected Fiscal Year Ending, | | | | | |
| **Financial Highlights** | 2017A | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| Premiums and Annuity Considerations | 7,536 | 5,614 | 4,888 | 4,188 | 3,545 | 3,144 | 2,856 |
| Net Investment Income | 22,379 | 11,991 | 11,802 | 12,105 | 12,162 | 11,907 | 11,526 |
| Capital & Surplus | 33,801 | 15,791 | 15,119 | 14,488 | 13,886 | 13,316 | 12,773 |
| Target RBC Ratio | n/a | 250.0% | 250.0% | 250.0% | 250.0% | 250.0% | 250.0% |
| Dividends / Contribution | n/a | 13,575 | (2,221) | (1,178) | (323) | 348 | 951 |

❖ Management did not expect to grow the business and did not forecast to underwrite any new insurance policies as of the Valuation Date. As such, premiums were projected to decline over a long period based on the current book of business per actuarial assessment.

❖ Net investment income was projected to slowly decline through 2067.

❖ Reserves were expected to decrease based on actuarial assessment on the payout pattern.

❖ The entity targeted to maintain a RBC ratio of 250.0%.

❖ Capital & Surplus were expected to decline as the entity pay down insurance policies and release capital & surplus.

❖ Dividends were calculated based on the excess adjusted capital available to the company at the end of each period.

**KPMG**

29

**Southland National Insurance Corporation**

# Valuation summary





| *(USD in thousands)* | **Key Assumptions** |
|---|---|
| Selected Discount Rate | 10.5% |
| Long-Term Growth Rate | n/a |
| Concluded Fair Value (Rounded) | $29,000 |
| Weighting | 100% |

❖ Discount rate is based on a selected beta of 1.06, size premium of 1.8%, risk-free rate of 2.6%. Neither country risk premium nor company specific risk premium were applied as SNIC operates in the US and the projections were deemed achievable. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity Value (Rounded) | $29,000,000 |
|---|---|

**KPMG**

30

**Southland National Insurance Corporation**

# Income approach support - DCF



| | Historical | | | | | Projected Fiscal Year Ending, | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/67 | Terminal Year |
| **Investments** | | | | | | | | | |
| Beginning Investments | | 354,934 | 325,612 | 313,776 | 302,666 | 292,070 | | 115,349 | |
| Plus: Increase/(Decrease) in Life Reserve | | (11,313) | (11,163) | (10,479) | (9,994) | (9,465) | | (183) | |
| Plus: Net Income | | (4,435) | (2,893) | (1,809) | (925) | (222) | | 4,855 | |
| Plus: Contribution/(Dividends) | | (13,575) | 2,221 | 1,178 | 323 | (348) | | (4,866) | |
| Ending Investments | 354,934 | 325,612 | 313,776 | 302,666 | 292,070 | 282,035 | | 115,154 | |
| CAL RBC as a % of Assets | | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | | 2.3% | |
| CAL RBC | | 7,398 | 7,129 | 6,876 | 6,636 | 6,408 | | 2,616 | |
| | | | | | | | | | |
| **Total Adjusted Capital ("TAC")** | | | | | | | | | |
| Beginning TAC | | 36,504 | 18,494 | 17,822 | 17,191 | 16,589 | | 6,552 | |
| Plus: Net Income | | (4,435) | (2,893) | (1,809) | (925) | (222) | | 4,855 | |
| Less: Ending TAC | | 18,494 | 17,822 | 17,191 | 16,589 | 16,019 | | 6,541 | |
| TAC / Target RBC Ratio | | 250.0% | 250.0% | 250.0% | 250.0% | 250.0% | | 250.0% | |
| Dividends/(Contribution) | | 13,575 | (2,221) | (1,178) | (323) | 348 | | 4,866 | |
| | | | | | | | | | |
| **Capital & Surplus** | | | | | | | | | |
| Beginning Capital & Surplus | | 33,801 | 15,791 | 15,119 | 14,488 | 13,886 | | 3,848 | |
| Plus: Net Income | | (4,435) | (2,893) | (1,809) | (925) | (222) | | 4,855 | |
| Plus: Contributions/(Dividends) | | (13,575) | 2,221 | 1,178 | 323 | (348) | | (4,866) | |
| Ending Capital & Surplus | | 15,791 | 15,119 | 14,488 | 13,886 | 13,316 | | 3,837 | |
| | | | | | | | | | |
| **Dividends/(Contributions)** | | $ 13,575 | $ (2,221) | $ (1,178) | $ (323) | $ 348 | | $ 4,866 | |
| | | | | | | | | | |
| **Terminal Value of Capital & Surplus** | | | | | | | | | $ 3,837 |
| | | | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | | 49.5000 | 50.0000 |
| Present Value Factor | | 0.9513 | 0.8609 | 0.7791 | 0.7051 | 0.6381 | | 0.0071 | 0.0068 |
| **Present Value of Equity Cash Flows** | | $ 12,914 | $ (1,912) | $ (918) | $ (228) | $ 222 | | $ 35 | $ 26 |

| | |
|---|---|
| Present Value of Equity Cash Flows in Projection Period | 28,776 |
| Plus: Present Value of Capital & Surplus at the End of Projection Period | 26 |
| Plus: Tax Benefit of Amortization | - |
| **Sum of Present Values (Rounded)** | $ 29,000 |

*KPMG*

**Southland National Insurance Corporation**

# Income approach support – P&L



| | Historical | | | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/67 |
| Premiums and Annuity Considerations | 7,536 | 5,614 | 4,888 | 4,188 | 3,545 | 3,144 | | 6 |
| Net Commission on Reinsurance Ceded | 7,338 | 6,467 | 6,040 | 5,647 | 5,285 | 4,947 | | 159 |
| Net Investment Income Yield % | n/a | 0 | 0 | 0 | 0 | 0 | | 7.0% |
| Net Investment Income | 22,379 | 11,991 | 11,802 | 12,105 | 12,162 | 11,907 | | 7,216 |
| Other Income | 1,128 | - | - | - | - | - | | - |
| **Total Net Revenue** | **$ 38,381** | **$ 24,072** | **$ 22,730** | **$ 21,940** | **$ 20,992** | **$ 19,998** | | **$ 7,382** |
| Revenue Growth (%) | n/a | (37.3%) | (5.6%) | (3.5%) | (4.3%) | (4.7%) | | (0.6%) |
| | | | | | | | | |
| Increase in Reserves | (12,232) | (11,313) | (11,163) | (10,479) | (9,994) | (9,465) | | (183) |
| Benefits and other Related Expenses | 28,387 | 25,458 | 23,350 | 21,824 | 20,570 | 19,389 | | 260 |
| G&A Expenses | 11,847 | 10,130 | 9,113 | 8,096 | 7,080 | 6,071 | | 500 |
| Commissions | 6,687 | 5,880 | 5,400 | 4,981 | 4,604 | 4,308 | | 146 |
| Other Expenses | 10,499 | - | - | - | - | - | | - |
| **Less: Total Operating Expenses** | **$ 45,188** | **$ 30,155** | **$ 26,699** | **$ 24,422** | **$ 22,260** | **$ 20,303** | | **$ 722** |
| As a Percent of Revenue | 117.7% | 125.3% | 117.5% | 111.3% | 106.0% | 101.5% | | 9.8% |
| | | $ | $ | $ | $ | $ | | |
| **Equals: Earning Before Tax (EBT)** | **$ (6,807)** | **(6,083)** | **(3,968)** | **(2,482)** | **(1,268)** | **(304)** | | **$ 6,659** |
| EBT Margin (%) | (17.7%) | (25.3%) | (17.5%) | (11.3%) | (6.0%) | (1.5%) | | 90.2% |
| | | | | | | | | |
| Less: Taxes | (1,480) | (1,649) | (1,075) | (673) | (344) | (83) | | 1,805 |
| *As a Percent of EBT* | 21.7% | 27.1% | 27.1% | 27.1% | 27.1% | 27.1% | | 27.1% |
| Plus: Net Realized Capital Gains | (7) | - | - | - | - | - | | - |
| | | $ | $ | $ | $ | $ | | |
| **Equals: Net Income** | **$ (5,333)** | **(4,435)** | **(2,893)** | **(1,809)** | **(925)** | **(222)** | | **$ 4,855** |
| Net Income Margin (%) | (13.9%) | (18.4%) | (12.7%) | (8.2%) | (4.4%) | (1.1%) | | 65.8% |

*KPMG* 32

**Southland National Insurance Corporation**

# Discount Rate


**southland** NATIONAL **insurance**

---

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f$ + ($\beta$ x ERP) + SP + CSRP CRP

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

CRP = Country risk premium

---

**1** Risk Free Rate

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2**  Market Risk Premium

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3**  Beta

Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 1.06 based on the comparable company betas.

**4**  Size Premium

KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5**  Company Specific Risk Premium

Company specific risk premium of 0.0 percent is based on the risk assessment associated with the projections that were deemed achievable.

**6**  Country Specific Risk Premium

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.06 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **10.7%** |
| **Discount Rate (Rounded)** | **10.5%** |

*KPMG*

33



# Southland National Reinsurance Corporation

KPMG

34

**Southland National Reinsurance Corporation**

# Overview

 Global Bankers

| Company Background |
| --- |

- ❖ SNRC is a captive reinsurance entity, which reinsures insurance policies from Southland National Insurance Corporation and Colorado Bankers Life Insurance Company.
- ❖ GBIG formed this entity as a start-up in 2014.

| Key Valuation Drivers |
| --- |

- ❖ SNRC assumed insurance policies ceded by CBL and SNIC and was not expected to further assuming policies underwriting by the two entities in Management's projection.
- ❖ Due to the nature of the captive business model, Management projected a target capital and surplus ratio of 8.5% of assets on GAAP basis. This entity is not subject to any regulatory capital requirement.
- ❖ As an in-house reinsurance arm, Management did not provide any comparable competitors.

(1) Not available.

**KPMG**

35

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 525 of 617

**Southland National Reinsurance Corporation**

# Financial information



| Balance Sheet | | |
|---|---|---|
| *($ in thousands)* | **12/31/16** | **12/31/17** |
| **Assets:** | | |
| Cash and Investments | 872 | 287 |
| Other Assets | 329,908 | 349,154 |
| **Liabilities:** | | |
| Losses and Reserves | 305,184 | 310,988 |
| Other Liabilities | 7,099 | 10,743 |
| **Equity:** | | |
| Total Shareholder's Equity | 18,497 | 27,711 |

❖ Other Assets includes Reinsurance assets which was increased by approximately $21.2 million in 2017 from 2016.

❖ Total losses and reserves increased by approximately $5.8 million in 2017 as the Company increased its reinsurance assets.

| Financial Highlights | | | | | | | |
|---|---|---|---|---|---|---|---|
| *($ in thousands)* | TTM | Projected Fiscal Year Ending, | | | | | |
| Financial Highlights | 2017A | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| Premiums and Annuity Considerations | 36,305 | 33,197 | 29,558 | 26,358 | 23,514 | 21,013 | 18,791 |
| Net Investment Income | 28,262 | 19,940 | 21,470 | 22,615 | 23,225 | 23,227 | 22,684 |
| Capital & Surplus | 27,711 | 30,371 | 30,443 | 30,218 | 29,735 | 29,119 | 28,318 |
| Dividends / Contribution | n/a | (2,509) | 1,626 | 3,284 | 4,509 | 5,146 | 5,487 |



❖ As of the Valuation Date, SNRC expects to run-off its existing insurance books. As such, premiums were projected to gradually decline through year 2067.

❖ Net investment income is projected to grow in the first few years through 2022 before gradually declining starting in 2023.

❖ Reserves are expected to decrease with time, allowing Management to release more capital.

❖ Dividends were calculated based on the excess adjusted capital available to the company at the end of each period.

**KPMG**

36

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 526 of 617

**Southland National Reinsurance Corporation**

# Valuation summary





**Income Approach Results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 9.0% |
| Long-Term Growth Rate | n/a |
| **Concluded Fair Value (Rounded)** | **$46,500** |
| *Weighting* | *100%* |



❖ Discount rate is based on a selected beta of 0.80, size premium of 1.8%, risk-free rate of 2.6%. Neither country risk premium nor company specific risk premium were applied as SNRC operates in the US and the projections were deemed achievable. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity Value (Rounded) | $46,500,000 |
|---|---|

## Southland National Reinsurance Corporation

# Income approach support - DCF



| | Historical | | | Projected Fiscal Year Ending, | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/67 | Terminal Year |
| **Investments** | | | | | | | | | |
| Beginning Investments | | 338,910 | 346,781 | 347,616 | 344,974 | 339,289 | | 7,379 | 5,763 |
| Plus: Increase/(Decrease) in Life Reserve | | 5,210 | 764 | (2,418) | (5,201) | (6,633) | | (1,479) | 0 |
| Plus: Net Income | | 152 | 1,697 | 3,059 | 4,026 | 4,530 | | (819) | 0 |
| Plus: Contribution/(Dividends) | | 2,509 | (1,626) | (3,284) | (4,509) | (5,146) | | 682 | 0 |
| Ending Investments | 338,910 | 346,781 | 347,616 | 344,974 | 339,289 | 332,040 | | 5,763 | 5,763 |
| | | | | | | | | | |
| Plus: Other Assets | | 10,531 | 10,531 | 10,531 | 10,531 | 10,531 | | 10,531 | 0 |
| **Total Assets** | $ 357,312 | $ 358,147 | $ 355,505 | $ 349,820 | $ 342,571 | | | $ 16,294 | $ 5,763 |
| | | | | | | | | | |
| **Capital & Surplus ("C&S")** | | | | | | | | | |
| Beginning Capital & Surplus | | 27,711 | 30,371 | 30,443 | 30,218 | 29,735 | | 1,522 | 0 |
| Plus: Net Income | | 152 | 1,697 | 3,059 | 4,026 | 4,530 | | (819) | 0 |
| Less: Ending Capital & Surplus | | 30,371 | 30,443 | 30,218 | 29,735 | 29,119 | | 1,385 | 0 |
| Target C&S Ratio | | 8.5% | 8.5% | 8.5% | 8.5% | 8.5% | | 8.5% | 0.0% |
| Dividends/(Contribution) | | (2,509) | 1,626 | 3,284 | 4,509 | 5,146 | | (682) | 0 |
| | | | | | | | | | |
| **Dividends/(Contributions)** | $ (2,509) | $ 1,626 | $ 3,284 | $ 4,509 | $ 5,146 | | | $ (682) | |
| | | | | | | | | | |
| **Terminal Year of Capital & Surplus** | | | | | | | | | $ 1,385 |
| | | | | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | | 49.5000 | 50.0000 |
| Present Value Factor | | 0.9578 | 0.8787 | 0.8062 | 0.7396 | 0.6785 | | 0.0140 | 0.0134 |
| **Present Value of Equity Cash Flows** | $ (2,403) | $ 1,429 | $ 2,647 | $ 3,335 | $ 3,492 | | | $ (10) | $ 19 |

| | |
|---|---|
| Present Value of Equity Cash Flows in Projection Period | 43,850 |
| Plus: Present Value of C&S at the End of Projection Period | 19 |
| Plus: Tax Benefit of Amortization | 2,836 |
| **Sum of Present Values (Rounded)** | $ 46,500 |

**Southland National Reinsurance Corporation**

# Income approach support – P&L



| | Historical | Projected Fiscal Year Ending, | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | ... | 12/31/67 |
| Premiums and Annuity Considerations | 36,305 | 33,197 | 29,558 | 26,358 | 23,514 | 21,013 | | 728 |
| Net Commission on Reinsurance Ceded | - | - | - | - | - | - | | - |
| Net Investment Income Yield % | 8.3% | 5.8% | 6.2% | 6.5% | 6.8% | 6.9% | | 7.8% |
| Net Investment Income | 28,262 | 19,940 | 21,470 | 22,615 | 23,225 | 23,227 | | 515 |
| Other Income | 214 | - | - | - | - | - | | - |
| **Total Net Revenue** | $ 64,781 | $ 53,137 | $ 51,028 | $ 48,973 | $ 46,739 | $ 44,240 | | $ 1,244 |
| Revenue Growth (%) | n/a | (18.0%) | (4.0%) | (4.0%) | (4.6%) | (5.3%) | | (13.9%) |
| | | | | | | | | |
| Underwriting Expenses | - | - | - | - | - | - | | - |
| Increase in Reserves | 5,804 | 5,210 | 764 | (2,418) | (5,201) | (6,633) | | (1,479) |
| Benefits and other Related Expenses | 37,025 | 36,024 | 37,031 | 37,030 | 36,950 | 35,848 | | 2,281 |
| G&A Expenses | 4,015 | 3,800 | 3,600 | 3,400 | 3,200 | 3,000 | | 1,400 |
| Commissions | 7,563 | 7,895 | 7,305 | 6,765 | 6,268 | 5,811 | | 165 |
| Other Expenses | 367 | - | - | - | - | - | | - |
| **Less: Total Operating Expenses** | $ 54,774 | $ 52,928 | $ 48,701 | $ 44,777 | $ 41,217 | $ 38,026 | | $ 2,367 |
| As a Percent of Revenue | 84.6% | 99.6% | 95.4% | 91.4% | 88.2% | 86.0% | | 190.3% |
| **Equals: Earning Before Tax (EBT)** | $ 10,006 | $ 209 | $ 2,328 | $ 4,196 | $ 5,522 | $ 6,214 | | $ (1,124) |
| EBT Margin (%) | 15.4% | 0.4% | 4.6% | 8.6% | 11.8% | 14.0% | | (90.3%) |
| | | | | | | | | |
| Less: Taxes | 2,893 | 57 | 631 | 1,137 | 1,496 | 1,684 | | (304) |
| As a Percent of EBT | 28.9% | 27.1% | 27.1% | 27.1% | 27.1% | 27.1% | | 27.1% |
| Plus: Net Realized Capital Gains | - | - | - | - | - | - | | - |
| **Equals: Net Income** | $ 7,114 | $ 152 | $ 1,697 | $ 3,059 | $ 4,026 | $ 4,530 | | $ (819) |
| Net Income Margin (%) | 11.0% | 0.3% | 3.3% | 6.2% | 8.6% | 10.2% | | (65.9%) |

*KPMG*

39

**Southland National Reinsurance Corporation**

# Discount Rate

 Global Bankers

| Discount Rate | |
|---|---|
| The DCF model uses a cost of equity to discount future cash flows into present value. | $R_f$ = Risk-Free Rate |
| | $\beta$ = Beta |
| | ERP = Equity risk premium |
| Cost of equity = $R_f$ + ($\beta$ x ERP) + SP + CSRP CRP | SP = Size Premium |
| | CSRP = Company Specific Risk Premium |
| | CRP = Country risk premium |

**1** Risk Free Rate

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta

Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 0.80 based on the comparable company betas.

**4** Size Premium

KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Company Specific Risk Premium

Company specific risk premium of 0.0 percent is based on the risk assessment associated with the projections that were deemed achievable.

**6** Country Specific Risk Premium

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 0.80 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **9.1%** |
| **Discount Rate (Rounded)** | **9.0%** |

*KPMG*

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 530 of 617

**PAVONIA**

# Pavonia Life Insurance Company of Michigan

*KPMG*

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 531 of 617

**Pavonia Life Insurance Company of Michigan**

# Overview

*PAVONIA*

---

### Company Background

❖ PLICMI is a provider of closed blocks of life and annuity products.

❖ The annuity business primarily consists of products in structured settlements. As such, the annuities proxy as payment for specific customers.

❖ The life business consists of term, assumed reinsurance, credit and disability products.

❖ A key business aspect is the lifetime duration of these annuity products.

❖ For Global Bankers, PLICMI fits the strategy of its insurance business as the company focuses on life and annuity products. By acquiring a business that focuses on these products, GBIG will enhance the performance of its annuity books.

### Key Valuation Drivers

❖ Company was acquired around the Valuation Date from Enstar Group Limited for $120.0 million.

❖ Projections, provided by Management, only represent five years of actuarial data.

### Original Acquisition Details

| Acquisition Date | Price (USD) [1] | Entry Price-to-Book Multiple |
|---|---|---|
| December 2017 | $120,000,000 | 1.8x |

[1] *Price for 100% of the equity.*

**KPMG**

**Pavonia Life Insurance Company of Michigan**

# Financial information

*PAVONIA*

| Balance Sheet | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| **Assets:** | |
| Cash and Investments | 1,006,091 |
| Other Assets | 28,440 |
| **Liabilities:** | |
| **Reserves** | 897,557 |
| Other Liabilities | 70,335 |
| **Equity:** | |
| Capital and Surplus | 66,639 |

❖ This represents latest balance sheet as of the Valuation Date.

| Financial Highlights | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | TTM | Projected Fiscal Year Ending, | | | | |
| **Financial Highlights** | 2017A | 2018 | 2019 | 2020 | 2021 | 2022 |
| Premiums and Annuity Considerations | 51,573 | 49,788 | 41,482 | 37,527 | 34,384 | 30,211 |
| Net Investment Income | 50,110 | 39,991 | 53,160 | 55,619 | 56,697 | 55,962 |
| Capital & Surplus | 66,639 | 58,984 | 56,914 | 55,407 | 54,134 | 52,148 |
| *Target RBC Ratio* | n/a | 250.0% | 250.0% | 250.0% | 250.0% | 250.0% |
| Dividends / Contribution | n/a | 10,298 | 16,239 | 17,096 | 15,784 | 15,242 |



❖ Management provided five-year actuarial projections.

**KPMG**

43

**Pavonia Life Insurance Company of Michigan**

# Valuation summary



**Transaction Approach Results**

*(USD in thousands)*

| | **Key Assumptions** |
|---|---|
| **Acquisition Purchase Price** | $120,000 |
| *Weighting* | *100%* |

❖ Given the proximity of the acquisition date of PLICMI to the Valuation Date, we placed a 100.0% weight on the transaction purchase price.

| Equity Value (Rounded) | $120,000,000 |
|---|---|



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 534 of 617



# Private Bankers Life and Annuity Co., Ltd.

KPMG

**Private Bankers Life and Annuity Co., Ltd.**

# Overview



| Company Background |
|---|
| ❖ PBLA is a class E registered insurer based in Bermuda. |
| ❖ PBLA currently operates in the reinsurance space and is expected to assume 50.0% of BLIC's written premiums and annuity contracts. This will represent a significant portion of PBLA's reinsurance operations. |
| ❖ The company currently reinsures $564.0 million of reserves from a third party, ULICO. |
| ❖ PBLA will continue to assume new fixed annuity business in the near term from related parties, e.g., BLIC. |

| Key Valuation Drivers |
|---|
| ❖ PBLA operates reinsurance contracts assumed from BLIC, a US affiliate of Global Bankers. The company's entire book is re-ceded from the related party[2]. |
| ❖ The selected targeted regulatory BSCR ratio of 135.0%, as provided by Management. |
| ❖ Some of the closest competitors, per Management, include Athene Life Re Ltd, Global Atlantic Life Re, Wilton Re, Monument Re Limited, and Aureum Re. These companies are all privately held companies. |

(1)  Price for 100% of the equity.
(2)  Based on arm's length transactions which must be approved by BLIC's regulator, the North Carolina Department of Insurance.

**KPMG**

46

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 536 of 617

**Private Bankers Life and Annuity Co., Ltd.**

# Financial information



| Balance Sheet | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| **Assets:** | |
| Cash and Investments | 682,173 |
| Other Assets | 51,369 |
| **Liabilities:** | |
| Policy Holder Funds | 563,631 |
| Other Liabilities | 953 |
| **Equity:** | |
| Capital and Surplus | 168,958 |

❖ Investments, totaling approximately $664.0 million, mainly consist of commercial papers, private loans and mortgages, repurchase agreements and preferred equity securities.

❖ About 86.1% of the policyholders fund reserves relate to statutory reserves for the in-force ULICO business.

| Financial Highlights | | | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | **TTM** | | | | **Fiscal Year 12/31,** | |
| **Financial Highlights** | **2017A** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Net Investment Income | 35,154 | 29,611 | 37,834 | 51,676 | 65,453 | 78,169 |
| *% Yield* | *n/a* | *4.0%* | *4.4%* | *4.6%* | *4.8%* | *4.8%* |
| *Target BSCR Ratio* | *n/a* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* |
| Dividends / Contribution | n/a | 135,744 | (11,943) | (7,849) | 3,992 | 10,895 |



❖ Net revenue is expected to increase from $244.9 million in 2018 to $393.5 million by 2022 as PBLA assumes more reinsurance contracts to be underwritten by related entities.

❖ Starting in 2023, net revenues are expected to drop as no new reinsurance contracts being assumed from other related entities.

❖ Similarly, the reserves on the balance sheet are expected to significantly decline in 2023 as the business begins to run-off into the long term.

❖ PBLA is expected to operate at a target Bermuda Solvency Capital Requirement (BSRC) of 135.0%.

**KPMG**

47

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 537 of 617

**Private Bankers Life and Annuity Co., Ltd.**

# Valuation summary





| | Key Assumptions |
|---|---|
| *(USD in thousands)* | |
| Selected Discount Rate | 10.0% |
| Long-Term Growth Rate | n/a |
| Concluded Fair Value (Rounded) | $283,500 |
| *Weighting* | *100%* |

Income Approach Results

- ❖ Discount rate is based on a selected beta of 0.80, size premium of 1.8%, risk-free rate of 2.6%, and a company specific risk premium of 1.0% based on (i) the risk associated with PBLA's projections as they depend on BLIC's ability to achieve its underwriting volume in the first five years (ii) the desire to maintain the same historical investment yields through the projection period, and (iii) the risk when assuming BLIC's ceded insurance contracts. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

- ❖ An exit multiple of 1.0x was selected to calculate the terminal value of capital & surplus. This multiple is based on the same exit multiple utilized in the BLIC analysis. It is also consistent with the 5-year historical multiples of the comparable companies.

| Equity Value (Rounded) | $283,500,000 |
|---|---|

**Private Bankers Life and Annuity Co., Ltd.**

# Income approach support - DCF



| | Historical | | | | | | Projected Fiscal Year Ending. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 | 12/31/24 | 12/31/25 | 12/31/26 | 12/31/27 | 12/31/28 | 12/31/29 | Terminal Year |
| **Capital & Surplus ("C&S")** | | | | | | | | | | | | | | |
| Beginning Capital & Surplus | | 172,349 | 46,338 | 60,694 | 76,605 | 92,085 | 107,293 | 92,827 | 73,821 | 53,433 | 33,828 | 15,464 | 13,569 | |
| Plus: Net Income | | 9,733 | 2,413 | 8,061 | 19,473 | 26,103 | 35,190 | 33,194 | 53,014 | 43,199 | 34,137 | 19,457 | 16,984 | |
| Less: Ending Capital & Surplus | 172,349 | 46,338 | 60,694 | 76,605 | 92,085 | 107,293 | 92,827 | 73,821 | 53,433 | 33,828 | 15,464 | 13,569 | 11,910 | |
| *Target BSCR Ratio* | | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | *135.0%* | |
| Dividends/(Contribution) | | 135,744 | (11,943) | (7,849) | 3,992 | 10,895 | 49,656 | 52,200 | 73,401 | 62,804 | 52,502 | 21,352 | 18,644 | |
| **Dividends/(Contributions)** | | $ 135,744 $ | (11,943) $ | (7,849) $ | 3,992 $ | 10,895 $ | 49,656 $ | 52,200 $ | 73,401 $ | 62,804 $ | 52,502 $ | 21,352 $ | 18,644 | |
| **Terminal Value of Capital & Surplus @ 1.0x Exit Multiple** | | | | | | | | | | | | | | $ 11,910 |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 5.5000 | 6.5000 | 7.5000 | 8.5000 | 9.5000 | 10.5000 | 11.5000 | 12.0000 |
| Present Value Factor | | 0.9535 | 0.8668 | 0.7880 | 0.7164 | 0.6512 | 0.5920 | 0.5382 | 0.4893 | 0.4448 | 0.4044 | 0.3676 | 0.3342 | 0.3186 |
| **Present Value of Equity Cash Flows** | | $ 129,427 $ | (10,352) $ | (6,185) $ | 2,860 $ | 7,095 $ | 29,398 $ | 28,094 $ | 35,913 $ | 27,935 $ | 21,230 $ | 7,849 $ | 6,230 $ | 3,795 |
| Present Value of Equity Cash Flows in Projection Period | 279,494 | | | | | | | | | | | | | |
| Plus: Present Value of Capital & Surplus at the End of Projection Period | 3,795 | | | | | | | | | | | | | |
| Plus: Tax Benefit of Amortization | - | | | | | | | | | | | | | |
| Sum of Present Values (Rounded) | $ 283,500 | | | | | | | | | | | | | |

KPMG

49

**Private Bankers Life and Annuity Co., Ltd.**

# Income approach support – P&L



| | Historical | | | | | | Projected Fiscal Year Ending, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 | 12/31/24 | 12/31/25 | 12/31/26 | 12/31/27 | 12/31/28 | 12/31/29 |
| Premiums and Annuity Considerations | 783,211 | 215,361 | 290,361 | 315,361 | 315,361 | 315,361 | - | - | - | - | - | - | - |
| Net Commission on Reinsurance Ceded | 8,193 | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Investment Income Yield % | n/a | 4.0% | 4.4% | 4.6% | 4.8% | 4.8% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% | 4.3% |
| Net Investment Income | 35,154 | 29,611 | 37,834 | 51,676 | 65,453 | 78,169 | 69,266 | 57,681 | 44,046 | 30,203 | 17,061 | 10,049 | 8,819 |
| Other Income | 2,021 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Net Revenue** | $ 828,580 | $ 244,972 | $ 328,194 | $ 367,036 | $ 380,813 | $ 393,529 | $ 69,266 | $ 57,681 | $ 44,046 | $ 30,203 | $ 17,061 | $ 10,049 | $ 8,819 |
| Revenue Growth (%) | n/a | (70.4%) | 34.0% | 11.8% | 3.8% | 3.3% | (82.4%) | (16.7%) | (23.6%) | (31.4%) | (43.5%) | (41.1%) | (12.2%) |
| | | | | | | | | | | | | | |
| Increase in Reserves | 732,068 | 142,229 | 218,683 | 242,363 | 235,813 | 231,653 | (220,363) | (289,514) | (310,560) | (298,634) | (279,749) | (28,860) | (25,277) |
| Benefits and other Related Expenses | 23,844 | 77,148 | 88,486 | 96,790 | 105,283 | 115,178 | 249,206 | 309,547 | 299,469 | 284,048 | 261,506 | 18,520 | 16,292 |
| G&A Expenses | 17,089 | 1,500 | 1,750 | 2,000 | 2,250 | 2,500 | - | - | - | - | - | - | - |
| Commissions | 37,206 | 14,361 | 16,862 | 17,822 | 17,994 | 18,096 | 5,233 | 4,453 | 2,123 | 1,590 | 1,167 | 931 | 820 |
| Other Expenses | 3,076 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Less: Total Operating Expenses** | $ 813,284 | $ 235,239 | $ 325,782 | $ 358,975 | $ 361,340 | $ 367,427 | $ 34,076 | $ 24,487 | $ (8,968) | $ (12,996) | $ (17,076) | $ (9,409) | $ (8,166) |
| *As a Percent of Revenue* | 98.2% | 96.0% | 99.3% | 97.8% | 94.9% | 93.4% | 49.2% | 42.5% | (20.4%) | (43.0%) | (100.1%) | (93.6%) | (92.6%) |
| Equals: Earning Before Tax (EBT) | 15,296 | 9,733 | 2,413 | 8,061 | 19,473 | 26,103 | 35,190 | 33,194 | 53,014 | 43,199 | 34,137 | 19,457 | 16,984 |
| EBT Margin (%) | 1.8% | 4.0% | 0.7% | 2.2% | 5.1% | 6.6% | 50.8% | 57.5% | 120.4% | 143.0% | 200.1% | 193.6% | 192.6% |
| | | | | | | | | | | | | | |
| Less: Taxes | 10,508 | - | - | - | - | - | - | - | - | - | - | - | - |
| *As a Percent of EBT* | 68.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Equals: Net Income** | $ 14,548 | $ 9,733 | $ 2,413 | $ 8,061 | $ 19,473 | $ 26,103 | $ 35,190 | $ 33,194 | $ 53,014 | $ 43,199 | $ 34,137 | $ 19,457 | $ 16,984 |
| Net Income Margin (%) | 1.8% | 4.0% | 0.7% | 2.2% | 5.1% | 6.6% | 50.8% | 57.5% | 120.4% | 143.0% | 200.1% | 193.6% | 192.6% |

**KPMG**

50

**Private Bankers Life and Annuity Co., Ltd.**

# Discount Rate



---

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + CRP + SP + CSRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

CRP = Country risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

---

**1 — Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 — Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 — Beta**

Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ. KPMG utilized an observed beta of 0.80 based on the comparable company betas.

**4 — Size Premium**

KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 — Company Specific Risk Premium**

Company specific risk premium of 1.0 percent is based on the risk assessment associated with the significant growth EVS observed in the near term projections. Please refer to page 48 for more details.

**6 — Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
| --- | --- |
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 0.80 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 1.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **10.1%** |
| **Discount Rate (Rounded)** | **10.0%** |

**KPMG**

# Omnia Ltd.

**Omnia Ltd.**

# Overview

# Omnia Ltd.

| Company Background |
|---|

- ❖ Omnia Ltd. ("Omnia") is a run-off company and part of the Global Bankers Insurance Group, which provides wealth management and reinsurance services to institutions and global high net worth individual investors.
- ❖ In June 2017, PBX Holdings acquired Omnia Ltd. The purchase price to seller was $1.00 cash plus assets transferred to seller valued at $15 million.
- ❖ Omnia had multiple investment plans and gave its customers exposure to international economies and while protecting their confidentiality through participation in a secure Bermuda trust structure.
- ❖ Omnia expects to run-off most of its business after August of 2018. Management plans to keep the remaining investments in the dormant company and/or sell its assets to another entity for cash to pay any remaining liabilities.

| Original Acquisition Details | | |
|---|---|---|
| **Acquisition Date** | **Price (USD) [1]** | **Entry Price-to-Book Multiple** |
| June 2017 | $15,000,000 | n/a |

| Key Valuation Considerations |
|---|

- ❖ Omnia plans to run-off the business and does not expect to have new contracts to be added in the future.
  - ❖ Separate account reserves of $500 million to run-off substantially by October 31, 2018.
  - ❖ 50.0% of the benefit reserves are also expected to run-off substantially by October 31, 2018, while the remaining 50.0% will continue to run-off thereafter.
- ❖ Financial projections were not prepared due to lack of active business in the operation of Omnia, since the business is expected to run-off .
- ❖ Omnia expects its reinsurance fee income and general administrative expenses to decrease in the future due to expiry of the contracts.
- ❖ As of the Valuation Date, Omnia did not record any goodwill.
- ❖ Management does not expect any additional cost in the run-off other than the normal maintenance administrative costs which are offset by some minimal incomes from investments.

[1] Per Management, the purchase price to seller was $1.00 cash plus assets transferred to seller valued at $15M.

 **KPMG**

53

Omnia Ltd.

# Financial information

# Omnia Ltd.

| Balance Sheet | |
|---|---|
| ($ in thousands) | 12/31/17 |
| **Assets:** | |
| Cash and Investments | 63,975 |
| Other Assets | 511,599 |
| **Liabilities:** | |
| Reserves | 62,127 |
| Other Liabilities | 506,410 |
| **Equity:** | |
| Total Shareholders' Equity | 7,037 |

- ❖ Cash and Investments includes the investments of $57 million which is at fair value.
- ❖ The Separate Accounts, totaling $500.4 million as of the Valuation Date, represents the majority of the Other Assets and Other Liabilities accounts.
- ❖ Per Management, the inclusion of Separate Accounts, in both assets and liabilities, is in line with US GAAP rules ("SOP 03-1") for companies with Separate Accounts in which the investment performance of the Separate Accounts assets inures to the benefit Separate Accounts contract holder.

| Income Statement | |
|---|---|
| ($ in thousands) | 12/31/17 |
| **Net Insurance Income** | 4,316 |
| Net Investment Income | 4,570 |
| **Total Net Revenue** | 8,886 |
| Total Operating Expenses | 3,943 |
| **Earnings Before Tax** | 4,943 |
| Taxes | - |
| Net Realized Capital Gain / (Loss) | (465) |
| Net Income | 4,478 |

- ❖ Net investment income relates to the mutual fund revenue generated.
- ❖ Omnia expects its reinsurance fee income and general administrative expenses to decrease in the near term due to expiry of the contracts within 2018.
  - ❖ Third Party Administrator fees in general administrative expenses, represent payable to the policy administrator, Artex. This is also expected to decline with the level of activity.

*KPMG*

54

Omnia Ltd.

# Valuation summary

# Omnia Ltd.



**Cost Approach Results**

| (USD in thousands) | Book Value | Adjustments | Fair Value |
|---|---|---|---|
| Total Assets | 575,574 | - | 575,574 |
| Total Liabilities | 568,537 | - | 568,537 |
| Equity | | | 7,037 |

| Equity Value (Rounded) | $7,000,000 |
|---|---|

**Omnia Ltd.**

# Net asset value method support          Omnia Ltd.

| | Book Value 12/31/17 | | Marked to Market | FV Adjustment | | | FV |
|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | 6,857 | Yes | - | | | 6,857 |
| Investments | | 57,118 | Yes | - | [1] | | 57,118 |
| Separate Accounts | | 500,433 | Yes | - | [2] | | 500,433 |
| Accounts and premiums receivable | | 7,890 | Yes | - | [3] | | 7,890 |
| Other Assets | | 3,276 | Yes | - | | | 3,276 |
| Goodwill & Other Intangible Assets | | - | Yes | - | [4] | | - |
| **Total Assets** | $ | **575,574** | | | $ - | $ | **575,574** |
| | | | | | | | |
| Future Policy Benefit Reserves | | 62,127 | Yes | - | [3] | | 62,127 |
| Separate Accounts | | 500,433 | Yes | - | [2] | | 500,433 |
| Accounts Payables and Accrued Liab | | 3,853 | Yes | - | [3] | | 3,853 |
| Other Liabilities | | 2,124 | Yes | - | | | 2,124 |
| **Total Liabilities** | $ | **568,537** | | | $ - | $ | **568,537** |
| | | | | | | | |
| **Total Equity** | $ | **7,037** | | | $ - | [5] $ | **7,037** |

[1] Investments are recorded as fair value. Management provided third party valuation reports for the investments under Omnia.

[2] Management confirmed that the book value of Separate Accounts is fairly representative of the fair value. Any additional adjustment will be applied to both assets and liabilities side, which evens out in Net Asset Valuation method.

[3] Management confirmed that due to their liquid and short-term in nature, the book values of receivables, payables and future policy benefit reserves are fairly representative of the fair values.

[4] Management indicated that there is no goodwill or other intangible assets associated with the entity as the business is being winding down within a year.

[5] Management expects minimal net income to be earned as the business going into dormant state after the current insurance books wind-down.



Conservatrix

# Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V.

**KPMG**

57

**Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V.**

# Overview

 Conservatrix

## Company Background [1]

- ❖ Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V. ("Conservatrix ") is a life insurer that specializes in life insurances, pension and mortgage insurance products.
- ❖ As a result of insufficient funds to meet its future obligation to policyholders, Conservatrix followed a request by the Dutch supervisor to transfer the shares of the company to a new owner as of May 15, 2017 to Global Bankers.
- ❖ As part of the purchase agreement, Global Bankers recapitalized the company above the envisaged minimum Solvency II ratio of 135% by injecting €18.4 million capital directly and via a €72.1 million reinsurance agreement with GBIG's CBL, an officiated US company.
- ❖ The primary goal of the company was to reorganize and stabilize the operating environment and fulfill its obligations to the stakeholders.
- ❖ Currently, Conservatrix is not underwriting any new insurance contracts and the business focus on running off the existing book.
- ❖ At the end of 2017, Conservatrix reached a Solvency II ratio of 188% compared with -16% ratio in 2016.
- ❖ As of the Valuation Date, the company had 35 permanent staff members.

## Key Valuation Considerations

- ❖ As of the Valuation Date, Conservatrix did not underwrite any new insurance contracts and did not expect to start underwriting new business in the future.
- ❖ Financial projections were not prepared due to lack of active business in the operation of Conservatrix as the business focus on running off the existing book.
- ❖ Management expects minimum profitability due to the historical track record of net loss and the company is in the process of being working out.
- ❖ As part of the purchase, Conservatrix will refrain from declaring or paying out any dividend within a period of 10 years. There is a recapitalization commitment from direct and indirect shareholders to replenish any shortfall in the Solvency Capital Ratio.
- ❖ Per Management, no value was ascribed to assembled workforce.
- ❖ As of the Valuation Date, Conservatrix did not record any goodwill.

## Original Acquisition Details

| Acquisition Date | Price (EUR) [2] | Entry Price-to-Book Multiple |
|---|---|---|
| May 2017 | €18,400,000 | n/a |

[1] Company background information is based on the Conservatrix Annual Report 2017 and discussion with Management

[2] Per Management, the purchase price to seller was EUR 1.00. Management recapitalized the company with a €18.4m capital injection and reinsurance agreement

**KPMG**

58

**Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V.**

# Financial information

 Conservatrix

| Balance Sheet | | |
|---|---|---|
| (€ in thousands) | 12/31/16 | 12/31/17 |
| **Assets:** | | |
| Cash and Investments | 684,848 | 567,469 |
| Other Assets | 15,803 | 35,373 |
| **Liabilities:** | | |
| Net Insurance Liabilities | 686,403 | 516,363 |
| Other Liabilities | 10,295 | 12,239 |
| **Equity:** | | |
| Total Shareholders' Equity | 3,953 | 74,240 |

- ❖ As stated in the company background, there is a one time reinsurance agreement of €100 million premium with CBL as part of the acquisition by GBIG, investments decreased accordingly in 2017.
- ❖ At the same time, net insurance liabilities also decreased by €170.0 million in the same year.
- ❖ Per Management, the book value of investments fairly represents the fair value of the asset.

| Income Statement | | |
|---|---|---|
| (€ in thousands) | 12/31/16 | 12/31/17 |
| Net Premiums Earned | 30,920 | (71,799) |
| Other Income | (7,248) | 206,043 |
| **Total Net Revenue** | 23,672 | 134,244 |
| Total Operating Expenses | 41,746 | 49,304 |
| **Earnings Before Tax** | (18,074) | 84,940 |
| Taxes | (3,200) | (10,221) |
| **Net Income** | (14,874) | 95,161 |

- ❖ Premiums earned were derived from insurance contracts in the Netherlands.
- ❖ The decrease in net premiums earned is due to the outgoing reinsurance premiums, related to the reinsurance agreement with CBL. It also decreased the required technical provision balance, which had an overall positive outcome for the revenue.

**KPMG**

59

**Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V.**

# Valuation summary

Conservatrix



| (EUR in thousands) | Book Value | Adjustments | Fair Value |
|---|---|---|---|
| Total Assets | 602,842 | - | 602,842 |
| Total Liabilities | 528,602 | - | 528,602 |
| Equity | | | 74,240 |

**Cost Approach Results**

| Equity Value (Rounded) | €74,000,000 |
|---|---|

**Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V.**

# Net asset value method support

 Conservatrix

| | Book Value 12/31/17 | | Marked to Market | FV Adjustment | | | FV | |
|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | 23,653 | Yes | - | | | | 23,653 |
| Investments | | 543,816 | Yes | - | [1] | | | 543,816 |
| Equipments | | 907 | Yes | - | | | | 907 |
| Receivables | | 3,096 | Yes | - | [2] | | | 3,096 |
| Deferred Tax Asset | | 30,343 | Yes | - | | | | 30,343 |
| Accrued Income | | 1,027 | Yes | - | | | | 1,027 |
| Goodwill & Other Intangible Assets | | - | Yes | - | [3] | | | - |
| **Total Assets** | € | **602,842** | | € - | | € | | **602,842** |
| | | | | | | | | |
| Net Insurance Liabilities | | 516,363 | Yes | - | [4] | | | 516,363 |
| Provisions | | 826 | Yes | - | | | | 826 |
| Long-term Liabilities | | 34 | Yes | - | | | | 34 |
| Short-term Liabilities | | 11,379 | Yes | - | [2] | | | 11,379 |
| **Total Liabilities** | € | **528,602** | | € - | | € | | **528,602** |
| | | | | | | | | |
| **Total Equity** | € | **74,240** | | € - | [5] | € | | **74,240** |

[1] Majority of the Investments consist of government-backed mortgages. EVS reviewed the supporting documents provided by Management and confirmed that the book value of the investments is fairly representative of the fair value.

[2] Management confirmed that due to their short-term in nature, the book values of receivables and payables are fairly representative of the fair values.

[3] Management indicated that there is no goodwill or other intangible assets associated with the entity.

[4] Management confirmed that Net Insurance Liabilities are at fair value, based on the calculation from the risk free interest term structure of the European regulatory framework.

[5] Given the recent recapitalization and historical lack of profitability, as the company works out its existing insurance book, no adjustments were made to total equity from the perspective of operating profits or loss.



# Standard Re (Malta) Limited

**KPMG**

62

**Standard Re (Malta) Limited**

# Overview

 Global Bankers

| Company Background |
| --- |

❖ Standard Re (Malta) Limited ("Standard Re"), a limited liability company, operates as a subsidiary of Standard Insurance Holdings, Inc. It was formed in 2015 and is incorporated in Malta in accordance with the Companies Act 1995, (Cap 386, Laws of Malta).

❖ Standard Re is licensed by the Malta Financial Services Authority to write general business related to accident, sickness, and other health products.

❖ Global Bankers formed this entity as a start-up in 2015.

| Key Valuation Considerations |
| --- |

❖ Main operations of Standard Re are holding reinsurance and loans to related parties. There are no other active operating businesses.

❖ Per our discussions with Management, we assessed whether the book values of assets and liabilities represent their fair values.

❖ Management indicated that Standard Re is looking to add a new reinsurance treaty to help cover its operating costs and thus turn the business into a profitable one starting in 2019.

*KPMG*

63

**Standard Re (Malta) Limited**

# Financial information



| Balance Sheet | | |
|---|---|---|
| (€ in thousands) | 12/31/16 | 12/31/17 |
| **Assets:** | | |
| Cash and Investments | 399 | 1,997 |
| Loans to Related Parties | 4,200 | 2,523 |
| Other Assets | 529 | 471 |
| **Liabilities:** | | |
| Technical Provisions | 130 | 184 |
| Other Liabilities | 237 | 625 |
| **Equity:** | | |
| Total Shareholders' Equity | 4,761 | 4,183 |

❖ The majority of the other assets relates to loans to related parties. These loans represent long-term unsecured to group companies with fixed maturity dates ranging from 2020 to 2027.

❖ The increase in cash and cash equivalents is as a result of CBX and SNA paying back their loans totaling approximately $1.8 million.

| Income Statement | | |
|---|---|---|
| (€ in thousands) | 12/31/16 | 12/31/17 |
| Net Premiums Earned | 2,429 | 3,626 |
| Other Income | 201 | 278 |
| **Total Net Revenue** | 2,630 | 3,904 |
| Total Operating Expenses | 2,895 | 3,936 |
| **Earnings Before Tax** | (265) | (32) |
| Taxes | (93) | (11) |
| **Net Income** | (172) | (21) |

❖ Standard Re has generated losses in the last two years. Overall, total revenues generated have yet to sufficiently cover the company's operating costs.

  ❖ Net loss has decreased between 2016 and 2017. Management expected minimal profitability in the near future.

**KPMG**

64

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 554 of 617

**Standard Re (Malta) Limited**

# Valuation summary





| (EUR in thousands) | Book Value | Adjustments | Fair Value |
|---|---|---|---|
| Total Assets | 4,992 | 314 | 5,306 |
| Total Liabilities | 808 | - | 808 |
| Equity | | | 4,498 |
| Present Value of Future Results | | | (534) |
| Adjusted Equity | | | 3,964 |

| Equity Value (Rounded) | €4,000,000 |
|---|---|

**Standard Re (Malta) Limited**

# Net asset value method support



| | Book Value 12/31/17 | Marked to Market | FV Adjustment | | FV | |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 1,955 | Yes | - | | 1,955 | |
| Investments under Finance Lease | 43 | Yes | - | | 43 | |
| Loans to Related Parties | 2,523 | No | 314 | [1] | 2,838 | |
| Insurance and Other Receivables | 471 | Yes | - | [2] | 471 | |
| Deferred Tax Assets | - | Yes | - | | - | |
| Goodwill & Other Intangible Assets | - | Yes | - | [3] | - | |
| **Total Assets** | € 4,992 | | € 314 | | € 5,306 | |
| | | | | | | |
| Technical Provisions | 184 | Yes | - | | 184 | |
| Deferred Tax Liability | 35 | Yes | - | | 35 | |
| Other Payables and Accruals | 590 | Yes | - | [2] | 590 | |
| **Total Liabilities** | € 808 | | € - | | € 808 | |
| | | | | | | |
| **Total Equity** | € 4,183 | | € 314 | | € 4,498 | |
| | | | | | | |
| Adjustment to Total Equity | | | | [4] | (534) | |
| **Adjusted Total Equity** | | | | | € 3,964 | |

[1] We independently calculated the indicative of fair values using the market yield based on the credit rating of the loans and the contractual cash flows. The adjustments were made by taking the difference between the fair values and book values.

[2] Management confirmed that the book values of receivables and payables are fairly representative of the fair values due to their short-term nature of these items.

[3] Management indicated that there is no goodwill or other intangible assets associated with the entity.

[4] The adjustment reflects the fact that the company has incurred losses from its operations over the last two fiscal years ("FY"). We applied the direct capitalization method where we calculated a present value of future cash flows based on the recent two year operating result as a proxy for the future performance and a discount rate of 11.0 percent. The first scenario assumes that the entity will generate net loss using FY 2017 net loss as a proxy. This resulted in a present value of negative €190 thousand. The second scenario assumes that the entity will generate a net loss based on the average of FY 2016 and FY 2017 losses as a proxy. This results in a present value of negative €878 thousand. For the purpose of our valuation analysis, we took the average present values derived from both scenarios, indicating in an adjustment of negative €534 thousand.

**KPMG** 66

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 556 of 617

**Standard Re (Malta) Limited**

# Discount Rate


Global Bankers

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + CRP + SP + CSRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

CRP = Country risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

**1** Risk Free Rate
The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium
Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta
Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ. KPMG utilized an observed beta of 0.80 based on the comparable company betas.

**4** Size Premium
KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Company Specific Risk Premium
Company specific risk premium of 0.0 percent is based on the risk assessment associated with the projections that were deemed achievable.

**6** Country Specific Risk Premium
Country specific risk premium of 1.7 percent is based on information from Damodaran Online risk premiums for companies that are based in Malta.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 0.80 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 1.7% |
| **Cost of Equity** | **10.8%** |
| **Discount Rate (Rounded)** | **11.0%** |

*KPMG*

67

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 557 of 617



# GB Life Luxembourg S.A



Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 558 of 617

**GB Life Luxembourg S.A**

# Overview

 GB Life

## Company Background

❖ GB Life is a leading cross-border life insurance platform in Europe.

❖ The company offers unit-linked products that have a high degree of flexibility in terms of investment goals and can be adapted to different tax and regulatory regimes.

❖ Specific purchase policies link to securities, which ultimately provides interest to the holder.

## Original Acquisition Details

| Acquisition Date | Price (€) [1] | Entry Price-to-Book Multiple |
|---|---|---|
| October 2017 | €32,500,000 | 1.38x |

## Key Valuation Drivers

❖ Company was recently acquired as of the Valuation Date.

❖ Required capital is based on target solvency ratio of 150.0%.

❖ Growth is projected in unit-linked products starting in FY 2020.

❖ Per Management, the purchase price of €32.5 million was determined based on a premium over the Subject Company's balance of own funds of €23.6 million as of December 31, 2016.

❖ Management also provided projection which were relied on to develop a discounted cash flow analysis.

❖ Some of the closest competitors, per Management, include One Life, SoGeLife Lux, Vitislife, North European Life and Waelins/Foyer.

[1] Price for 100% of the equity.

**KPMG**

69

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 559 of 617

**GB Life Luxembourg S.A**

# Financial information

 Life

| Balance Sheet | | |
|---|---|---|
| (€ in thousands) | 12/31/16 | 12/31/17 |
| **Assets:** | | |
| Cash and Investments | 2,427,532 | 2,361,409 |
| Other Assets | 6,091 | 2,757 |
| **Liabilities:** | | |
| Technical Life Insurance Provisions | 2,389,008 | 2,330,645 |
| Other Liabilities | 16,712 | 18,931 |
| **Equity:** | | |
| Capital and Surplus | 27,902 | 14,591 |

❖ Cash and cash equivalents increased by approximately €1.6 million in 2017.

❖ Meanwhile, investments decreased by approximately €67.7 million in 2017.

❖ Technical life insurance provisions decreased by approximately €58.4 million in 2017.

❖ As of the Valuation Date, the own funds balance was €32.6 million. This was derived by adjusting the equity balance of €14.6 million, a Luxembourg GAAP figure. These adjustments included the revaluation of investments, reinsurance assets, and technical provisions. They also included adjustments for risk margin, deferred tax assets and liabilities.

| Financial Highlights | | | | | | | |
|---|---|---|---|---|---|---|---|
| (EUR in thousands) | TTM | | | Fiscal Year 12/31, | | | |
| **Financial Highlights** | **2017A** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** |
| Net Income | 689 | (925) | (1,142) | (242) | 90 | 414 | 690 |
| Change in Reserves | n/a | (423) | 1,221 | 1,585 | 8,255 | 8,786 | 9,397 |
| Target Solvency Ratio | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% |
| Required SCR Capital | 24,334 | 27,069 | 32,484 | 42,540 | 66,078 | 68,128 | 71,069 |
| Dividends / Contribution | 8,291 | (4,083) | (5,336) | (8,712) | (15,193) | 7,149 | 7,146 |

❖ Per Management, GB Life was expected to operate at a target solvency ratio of 150.0%.

❖ Management provided the capital distribution or injection over the target solvency capital requirement through the projection period.

❖ Total funds needed to operate the business are based upon products such as unit-linked and guaranteed products.

**KPMG**

**GB Life Luxembourg S.A**

# Valuation summary

 GB Life


**Transaction Approach Results**

| (EUR in thousands) | Key Assumptions |
|---|---|
| Acquisition Purchase Price | €32,500 |
| Weighting | 0% |

❖ Given the proximity of the acquisition date of GB Life to the Valuation Date, we considered but did not place any weight on the transaction purchase price. Management identified no significant events between the acquisition date and the Valuation Date that would indicate the purchase price would have changed.


**Income Approach Results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 12.0% |
| Long-Term Growth Rate | n/a |
| Concluded Fair Value (Rounded) | €32,700 |
| Weighting | 100% |

❖ Discount rate is based on a selected beta of 1.16, size premium of 1.8%, risk-free rate of 2.6%, and a company specific risk premium of 0.5%, which accounts for the additional risk associated with the projected growth in the unit-linked products starting in FY 2020.

❖ An exit multiple of 1.0x was selected to calculate the terminal value of capital & surplus, based on the required capital in FY 2027. This multiple is based on the historical multiples of the comparable companies.

| Equity Value (Rounded) | €32,700,000 |
|---|---|

*KPMG*

71

**GB Life Luxembourg S.A**

# Income approach support - DCF



| | Historical | | | | | Projected Fiscal Year Ending, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/17 | | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | 12/31/22 | 12/31/23 | 12/31/24 | 12/31/25 | 12/31/26 | 12/31/27 | Terminal Year |
| Beginning Required Capital | | | 24,334 | 27,069 | 32,484 | 42,540 | 66,078 | 68,128 | 71,069 | 74,972 | 82,853 | 91,993 | |
| Plus: Net Income/(Loss) | | | (925) | (1,142) | (242) | 90 | 414 | 690 | 1,146 | 1,953 | 3,003 | 3,361 | |
| Plus: Change in Reserves | | | (423) | 1,221 | 1,585 | 8,255 | 8,786 | 9,397 | 9,910 | 10,227 | 10,490 | 11,645 | |
| **Closing Capital** | € 32,625 | € | 22,986 € | 27,148 € | 33,828 € | 50,884 € | 75,278 € | 78,214 € | 82,124 € | 87,152 € | 96,346 € | 106,999 | |
| | | | | | | | | | | | | | |
| Total SCR | 16,223 | | 18,046 | 21,656 | 28,360 | 44,052 | 45,419 | 47,379 | 49,981 | 55,236 | 61,329 | 68,385 | |
| *Target Solvency Ratio* | 150.0% | | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | 150.0% | |
| **Required SCR Capital** | € 24,334 | € | 27,069 € | 32,484 € | 42,540 € | 66,078 € | 68,128 € | 71,069 € | 74,972 € | 82,853 € | 91,993 € | 102,578 | |
| Distribution/(Capital Injection) | € 8,291 | € | (4,083) € | (5,336) € | (8,712) € | (15,193) € | 7,149 € | 7,146 € | 7,153 € | 4,299 € | 4,353 € | 4,422 | |
| | | | | | | | | | | | | | |
| **Terminal Value @ 1.0x Exit Multiple** | | | | | | | | | | | | | € 102,578 |
| | | | | | | | | | | | | | |
| Partial Year Adjustment | | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| **Present Value Period** | | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 4.5000 | 5.5000 | 6.5000 | 7.5000 | 8.5000 | 9.5000 | 10.0000 |
| Present Value Factor | | | 0.9449 | 0.8437 | 0.7533 | 0.6726 | 0.6005 | 0.5362 | 0.4787 | 0.4274 | 0.3816 | 0.3407 | 0.3220 |
| Present Value of Equity Cash Flows | | € | (3,858) € | (4,502) € | (6,563) € | (10,219) € | 4,293 € | 3,831 € | 3,424 € | 1,837 € | 1,661 € | 1,507 € | 33,027 |
| | | | | | | | | | | | | | |
| Present Value of Equity Cash Flows in Projection Period | (8,587) | | | | | | | | | | | | |
| Plus: Present Value of Capital & Surplus at the End of Projection Period | 33,027 | | | | | | | | | | | | |
| Plus: Tax Amortization Benefit | 12 | | | | | | | | | | | | |
| **Sum of Present Values** | € 24,452 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Plus: Beginning Balance of Excess Capital | 8,291 | | | | | | | | | | | | |
| **Value Indication (Rounded)** | € 32,700 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| *Implied Price to Book Value* | 1.00x | | | | | | | | | | | | |

KPMG

72

**GB Life Luxembourg S.A**

# Discount Rate

 GBLife

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + CRP + SP + CSRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

CRP = Country risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium



**1 Risk Free Rate** — The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium** — Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta** — Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 1.16 based on the comparable company betas.

**4 Size Premium** — KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Company Specific Risk Premium** — Company specific risk premium of 0.5 percent is based on the risk assessment associated with the significant growth EVS observed in the near term projections. Please refer to page 70 for more details.

**6 Country Specific Risk Premium** — Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.16 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 0.5% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **11.8%** |
| **Discount Rate (Rounded)** | **12.0%** |



# Bankers Reinsurance Company Ltd.

*KPMG*

74

**Bankers Reinsurance Company Ltd.**

# Overview

 Global Bankers

| Company Background | Key Valuation Considerations |
|---|---|

**Company Background**

❖ Bankers Re operates as a start-up entity within GBIG and is based in Barbados.

❖ The company is set up to engage in internal reinsurance for ceding entities. Management does not anticipate Bankers Re to assume business from an external entity.

❖ The company currently assumes an insurance treaty that was originally underwritten by Conservatrix but was subsequently ceded to CBL via a purchase agreement. Please refer to page 58 of this report for more details.

❖ Management provided that Conservatrix could, with proper regulatory approval, potentially cede business directly to Bankers Re in case of any treaty amendments in the future.

**Key Valuation Considerations**

❖ Per Management, the assets backing reserves are held in the ceding entity as Funds Withheld; however, the profits will be booked at Bankers Re.

❖ Initial accounting for the insurance treaty becomes effective on December 31, 2017, the first day of the business operations.

❖ Management did not prepare projections as the company was still at early stage of being set up and operational as of the Valuation Date.

❖ Bankers Re is based in Barbados and is subject to the Barbados Solvency rules.

**KPMG**

**Bankers Reinsurance Company Ltd.**

# Financial information


Global Bankers

| Balance Sheet | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| **Assets:** | |
| Cash and Investments | 367 |
| Deferred Acquisition Costs | 17,057 |
| Funds Withheld Asset | 117,469 |
| **Liabilities:** | |
| Reserves | 105,372 |
| Other Liabilities | 17,073 |
| Equity: | |
| **Total Shareholders' Equity** | 12,449 |

- ❖ Invested assets are held by the ceding entity as this is a funds withheld ("FWH") treaty.
- ❖ The ceding company (i.e., Conservatrix and CBL) will cede Bankers Re's share of net investment income on the assets backing FWH.
- ❖ The balance sheet was created as of the Valuation Date, the first day of its operations with a fresh start of accounting. As such, its components are considered to be at fair value (i.e. marked to market).

| Income Statement | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| Premium | 117,469 |
| Net Investment Income | - |
| **Total Net Revenue** | **117,469** |
| Total Operating Expenses | 105,398 |
| **Earnings Before Tax** | **12,071** |
| Taxes | - |
| **Net Income** | **12,071** |

- ❖ The income statement represents the assets transferred, liabilities assumes, and allocated capital made up of allocated net income on the first day of the business operations.
- ❖ Management confirmed that, as of the Valuation Date, no definitive plans were in place to write additional policies in the near future.

*KPMG*

76

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 566 of 617

**Bankers Reinsurance Company Ltd.**

# Valuation summary

 Global Bankers


Cost Approach Results

| (USD in thousands) | Book Value | Adjustments | Fair Value |
|---|---|---|---|
| Total Assets | 134,893 | - | 134,893 |
| Total Liabilities | 122,444 | - | 122,444 |
| Equity | | | 12,449 |

| Equity Value (Rounded) | $12,400,000 |
|---|---|

**KPMG**

77

**Bankers Reinsurance Company Ltd.**

# Net asset value method support



| | Book Value 12/31/17 | Marked to Market | FV Adjustment | | FV |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | 367 | Yes | - | | 367 |
| Investments | - | Yes | - | [1] | - |
| Deferred Acquisition Costs | 17,057 | Yes | - | | 17,057 |
| Funds Withheld Asset | 117,469 | Yes | - | | 117,469 |
| Other Assets | - | Yes | - | | - |
| Goodwill & Other Intangible Assets | - | Yes | - | [2] | - |
| **Total Assets** | $ 134,893 | | $ - | | $ 134,893 |
| | | | | | |
| Reserves | 105,372 | Yes | - | [3] | 105,372 |
| Other Liabilities | 17,073 | Yes | - | [4] | 17,073 |
| **Total Liabilities** | $ 122,444 | | $ - | | $ 122,444 |
| | | | | | |
| **Total Equity** | $ 12,449 | | $ - | | $ 12,449 |

[1] Management confirmed that Bankers Re does not hold investments on its balance sheet, as the funds withheld treaty accounts for investments on the ceding entities' balance sheets.

[2] Management indicated that there is no goodwill or other intangible assets associated with the entity.

[3] Due to the nature of the reserves, management represent that the book value is fairly representative of the fair value.

[4] Represents management fees payable and cede commissions payable that will be settled after December 31, 2017.



# PB Investment Holdings Ltd.

*KPMG*

79

**PB Investment Holdings Ltd.**

# Overview



**Private Bankers**

## Company Background

- ❖ Prior to the acquisition, PBIHL used to operate as Beechwood Bermuda International Holdings, Ltd ("Beechwood").
- ❖ PBIHL is an off-shore entity and a member of Global Bankers.
- ❖ The company currently holds the majority of the investments and underwritten business acquired from Beechwood. PBIHL also underwrote a few "Preferred Rate Plus" policies that were considered insignificant in values by Management. These newly underwritten products will be transferred to an affiliated entity, PB Investment Co., Ltd., once the latter receives its operating license, which is expected around October of 2018.
- ❖ As of the Valuation Date, Management expected PBIHL to run-off most of its business in the next three years. At that point, PBIHL could be dissolved or merged into another related entity.

## Original Acquisition Details

| Acquisition Date | Price (USD) [1] | Entry Price-to-Book Multiple |
|---|---|---|
| June 2017 | $12,000,000 | n/a |

## Key Valuation Considerations

- ❖ Since acquisition, the company has mainly overseen its existing book of insurance contracts that are tied into a total net fixed investment portfolio of which more than 95.0 percent is held in Agera Holdings. LLC ("AGH").
  - ❖ Duff & Phelps performed a fair value analysis on the investment in AGH as of the Valuation Date. Management then represented the fair value of the investment derived by Duff & Phelps on PBIHL's balance sheet. KPMG did not perform any further valuation procedures on this investment.
- ❖ In addition, PBIHL has sold a very small number of new Preferred Rate Plus (Guaranteed Fixed Rate Plan) investment products.
- ❖ PBIHL is based in Bermuda and is subject to the Bermuda Monetary Authority regulations.

[1] Per Management, the purchase price to seller was $1.00 cash plus assets transferred to seller valued at $12M.

**KPMG**

80

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 570 of 617

**PB Investment Holdings Ltd.**

# Financial information



| Balance Sheet | |
|---|---|
| ($ in thousands) | 12/31/17 |
| **Assets:** | |
| Other Assets | 250 |
| Cash | 3,689 |
| Investments | 63,754 |
| **Liabilities:** | |
| Reserves | 55,417 |
| Other Liabilities | 1,011 |
| **Equity:** | |
| **Total Shareholders' Equity** | 11,264 |

- ❖ Investments consist of fixed and variable investments.
- ❖ Per Management, more than 95.0 percent of the company's total net fixed investments relate to the investments held in AGH. These investments consist of Class B-1 preferred units and secured notes.
  - ❖ Duff & Phelps performed a fair value analysis on the investment in AGH as of the Valuation Date. Management then represented the fair value of the investment derived by Duff & Phelps on PBIHL's balance sheet. KPMG did not perform any further valuation procedures on this investment.

| Total Expenses | |
|---|---|
| ($ in thousands) | 12/31/17 |
| Revenue in GBIG from Allocation | 640 |
| TPA Fee | 90 |
| Travel Reimbursement | 3 |
| Hedge Fees | 28 |
| **Total Expenses** | 761 |

- ❖ Total expenses represent approximately 6 months of expenses from July 1, 2017 to December 31, 2017.
- ❖ Revenue in GBIG represents GBIG's expenses allocated to PBIHL.
- ❖ Management indicated that earnings will reflect the gains or losses on the investments, less all expenses.
- ❖ Per Management, TPA fees relate to administrative expenses for the purpose of monitoring and managing policyholder payments.
- ❖ Hedge fees relate to fees paid to Deutsche Bank for the purpose of hedging the variable investments.

**KPMG**

81

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 571 of 617

# PB Investment Holdings Ltd.

# Valuation summary





| (USD in thousands) | Book Value | Adjustments | Fair Value |
|---|---|---|---|
| Total Assets | 67,692 | - | 67,692 |
| Total Liabilities | 56,428 | - | 56,428 |
| Equity | | | 11,264 |
| Present Value of Future Operating Expense | | | (2,997) |
| Adjusted Equity | | | 8,267 |

| Equity Value (Rounded) | $8,300,000 |
|---|---|

**PB Investment Holdings Ltd.**

# Net asset value method support



| | Book Value 12/31/17 | Marked to Market | FV Adjustment | | FV |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | 3,689 | Yes | - | | 3,689 |
| Fixed Investments - Net | 57,613 | Yes | - | [1] | 57,613 |
| Variable Investments | 6,141 | Yes | - | [2] | 6,141 |
| Other Assets | 250 | Yes | - | [3] | 250 |
| Goodwill & Other Intangible Assets | - | Yes | - | [4] | - |
| **Total Assets** | **$ 67,692** | | **$ -** | | **S 67,692** |
| | | | | | |
| Reserves | 55,417 | Yes | - | | 55,417 |
| Other Liabilities | - | Yes | - | | - |
| **Total Liabilities** | **$ 56,428** | | **$ -** | | **S 56,428** |
| | | | | | |
| **Total Equity** | **$ 11,264** | | **$ -** | | **S 11,264** |
| | | | | | |
| Adjustment to Total Equity | | | | [5] | (2,997) |
| **Adjusted Total Equity** | | | | | **S 8,267** |

[1] We note that the AGH investment represents approximately $55.7 million out of the total net fixed investments balance of S57.6 million. The remainder balance of $1.9 million represents other small, marked to market securities. Regarding the AGH investment. EVS relied on the fair value analysis performed by Duff & Phelps on the investment in AGH as of the Valuation Date. Management represented the fair value derived by Duff & Phelps and KPMG did not perform any further valuation procedures on AGH.

[2] Management confirmed that variable investments consist primarily of public and liquid investments and hence book values fairly represent the fair values.

[3] Other assets includes wholesale distribution agreement with another Bermuda agent.

[4] Management indicated that there is no goodwill or other intangible assets associated with the entity.

[5] This adjustment reflects the present value of the future operating expenses in the next 3 years as the business runs off its existing insurance contracts. To calculate this adjustment, we applied the discounted cash flow method where we calculated the present value of future operating expenses to be incurred over a 3 year period. Management provided that the business is expected to incur approximately $1.2 million in operating costs per year. The revenue will be earned in a form of realized gains or losses when the investment is sold or liquidated. Cash flows were then discounted using a discount rate of 12.5 percent based on risks inherent to the company and the overall market.

**KPMG**

83

**PB Investment Holdings Ltd.**

# Discount Rate



**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + CRP + SP + CSRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

CRP = Country risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

**1** Risk Free Rate

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2** Market Risk Premium

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3** Beta

Based on the 5-year monthly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 1.20 based on the comparable company betas.

**4** Size Premium

KPMG selected a size premium of 1.8 percent based on the historical incremental return on mid-cap stocks similar to the size of overall GBIG's insurance entity as a whole. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5** Company Specific Risk Premium

Company specific risk premium of 0.0 percent is based on the risk assessment associated with the projections that were deemed achievable.

**6** Country Specific Risk Premium

Country specific risk premium of 1.2 percent is based on information from Damodaran Online risk premiums for companies that are based in Bermuda.

| Cost of Equity Calculation | |
|---|---|
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.20 |
| Size Premium | 1.8% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 1.2% |
| **Cost of Equity** | **12.7%** |
| **Discount Rate (Rounded)** | **12.5%** |

# Appendices

85

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 575 of 617



# Global Bankers

*KPMG*

86

# Client overview



---

**Company background**

❖ Global Bankers Insurance Group is a family of insurance and reinsurance companies, focused on Life Insurance and Annuities. Its members include Bankers Life Insurance Company, Colorado Bankers Life Insurance Company, and Southland National Insurance Corporation.

❖ Global Bankers Insurance Group is part of the privately-held Eli Global federation of autonomous businesses serving a diversified range of industries including insurance, financial services, healthcare services, revenue cycle management, information technology, marketing and sales, publishing, distribution, market research, and business information.

*(1) Price for 100% of the equity.*

**KPMG**

87

**Appendix**

# Organization Chart



Note: subject to reorganizational changes. This is a summary schematic and does not include all companies held by Greg Lindberg.
[1] Dually registered as SNG Holdings & Reinsurance Company Inc. (Barbados).

**KPMG**

88

# Organizational Chart (continued)



Note: subject to reorganizational changes. This is a summary schematic and does not include all companies held by Greg Lindberg

Case 3:23-cr-00048-MOC-DCK     Document 234-30     Filed 07/14/26     Page 579 of 617

**Appendix**

# Sources of Information

---

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by GBIG.
- ❖ Other pertinent information provided by GBIG.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

*KPMG* 90

Case 3:23-cr-00048-MOC-DCK    Document 234-30    Filed 07/14/26    Page 580 of 617

# Appendix
# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer Van Dalen
Managing Director
KPMG LLP

Jun Li
Senior Manager
KPMG LLP

Kevin Voigt – Concurring Review Partner

**KPMG**

91

# Appendix

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.

 **KPMG**

92



KPMG



kpmg.com/socialmedia

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.



# Valuation of
# Prime Mortgage Lending, Inc.



Valuation Date: December 31, 2017

Report Date: August 24, 2018



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

KPMG LLP
345 Park Avenue
New York, NY 10154

Telephone: +1 212 758 9700
Internet www.us.kpmg.com

**Re: Valuation of Prime Mortgage Lending, Inc.**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0% interest in Prime Mortgage Lending, Inc. ("PML" or the "Subject Company") on a marketable, controlling interest equity of basis as of December 31, 2017 (the "Valuation Date"). It is KPMG's understanding that Eli Global, LLC ("Eli" or the "Client") owns a 50.0% interest in PML, through its control of TAC investments, LLC, with the remaining interest of 50.0% and operating control maintained by John Rodgers. However, the Client requested a valuation of a 100.0% controlling interest in PML.

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Subject Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Subject Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of PML's equity is estimated to be $23.5 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Van Dalen at 212-872-3560 or jvandalen@kpmg.com.

Respectfully submitted,

*KPMG LLP*

2

**KPMG**

# Valuation Considerations

 PRIME

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

- ❖ Independent of the reporting entity (that is, they are not related parties)
- ❖ Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
- ❖ Able to transact for the asset or liability
- ❖ Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

- ❖ Interviews with management of PML (collectively, "Management") concerning PML's history, customers, risks and opportunities, competition, and industry
- ❖ Analysis of available unaudited historical and forecasted financial data of PML
- ❖ Consideration of the industry, economic conditions, and competitive environment in which PML operates
- ❖ Estimation of the fair value of PML's equity
- ❖ Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

- ❖ KPMG did not assess the fair value of the debt as part of the valuation of the Subject Company
- ❖ KPMG did not assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli and the former owners of the Subject Company. Per Management, the scope of our valuation was to estimate the fair value of PML's equity on a 100.0% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0% interest in PML on a marketable basis.

**KPMG**

3

# Valuation Considerations (continued)

 PRIME

### Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, PML is most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

### Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

### Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of PML's equity between the Valuation Date and the date of this report.

*KPMG*

4

# Valuation Overview



Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

## Income Approach

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. A common form of the Income Approach is the Discounted Cash Flow Method ("DCF Method"). The DCF Method involves estimating the future cash flows of the business and discounting them to their present value.. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from investments of a similar type and quality as of the subject Valuation Date.

## Market Approach

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Subject Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Subject Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Subject Company versus the guideline public companies.

The guideline merged and acquired company method compares the Subject Company to similar companies recently sold in arm's length transactions.

The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Subject Company versus the acquired companies.

## Cost Approach

The Cost Approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity or asset than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. When applied to the valuation of a business, value is based on the Fair Value of the entity's underlying net assets. This technique entails a recasting of the balance sheet of the enterprise in which the Fair Values of assets and liabilities are substituted for their book values. This method is also known as the Net Asset Value ("NAV") Method.

## Valuation Approaches Applied

We relied on both the income and market approaches to arrive at our estimate of the fair value of the Subject Company's equity. Under the income approach, we utilized the DCF Method to arrive at our estimate of the fair value of Subject Company's equity. Under the market approach, we utilized the guideline public company ("GPC") method to arrive at the estimate. We placed a 75.0% weight on the DCF method and 25.0% weight on the GPC method. This was based on the fact that none of the selected guideline companies purely operate as mortgage originators. As such, given the limited comparability between our selected GPCs and the Subject Company, we placed less weight on the market approach.

We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Subject Company.

*KPMG*

5

**Prime Mortgage Lending, Inc.**

# Overview

 **PRIME**

### Company background

- PML is a mortgage originator with 25 retail branches offering both government and retail mortgages.
- Primary focus of PML is purchase originations as opposed to refinance originations. In addition, PML engages in warehouse lending.
- Its product mix includes conventional, Federal Housing Administration ("FHA"), U.S. Department of Agriculture ("USDA"), and Veterans Affairs ("VA") loans.
  - VA loans are viewed as an area of expertise.
- PML does not engage in sub-prime origination.
- Management is planning to invest in mortgage servicing business for a natural hedge against volatility of housing originations, which can create a predictable stream of annuity earnings for the company.

### Original acquisition details

| Acquisition date | Price - 50.0% of equity (USD) [1] | Entry TTM adjusted EBITDA [2] |
|---|---|---|
| January 2017 | $13,400,000 | 5.3x |

[1] Price for 50.0% of the equity.
[2] Implied multiple based on the purchase price of 100.0% of the equity.

### Key valuation drivers

- PML is projecting geographic expansion in areas such as Southern California, Florida and Texas due to housing fundamentals and high average loan balances.
- Management provided a 4 year profit and loss projection from 2018 to 2021 which form the basis of our valuation.
- Within the PML's financial projections, the company has adjusted for items that include replacement in salaries and owner's expenses and compensation to a market level. PML expects to achieve these adjustments.
- The company needs to maintain specific covenant terms such as minimum liquidity as well as minimum tangible net worth in order to utilize warehouse lines with corresponding banks. However, there are no regulatory requirements on a minimum regulatory capital to be held.

**Key opportunities**

- **Pricing Power:** The company has applied to be an approved seller for Fannie Mae.
- **Market Share Growth:** Increasing number of loan officers and opening of new states to fund mortgages.
- **Synergies:** Through Eli's acquisition of PML, pricing leverage with vendors is expected in addition to the creation of a centralized securitization platform.

**Key risks**

- **Employee Attrition:** The attrition rate of employees since Eli's acquisition of PML is 57.0%, as compared to the industry's average of 35.0%. This has lead to the closure of three offices.
- **Competition:** Banks offer lower cost of capital and have access to larger marketing budgets.
- **Shift in Product Mix:** PML has experienced a peak level of origination in 2016 with volume coming from refinancing loans. This has since shifted to the origination of new loans as opposed to refinancing loans. Management has reflected the downward adjustments in the mix of loan volumes in their projections.

**KPMG**

6

**Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 589 of 617**

**Prime Mortgage Lending, Inc.**

# Financial information

 PRIME

| Balance Sheet | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| **Assets:** | |
| Loans Held for Sale | 21,979 |
| Other Assets | 5,025 |
| **Liabilities:** | |
| Warehouse Lines | 21,507 |
| Other Liabilities | 2,013 |
| **Equity:** | |
| Shareholder's Equity | 3,484 |

- ❖ Loans held for sale are usually held on the balance sheet for 10 to 12 days.
- ❖ First Tennessee Bank and Horizon Bank are the two providers of the warehouse lines. Covenants call for a liquidity minimum of $1.0 million and a tangible net worth of $3.0 million.

| Financial highlights | | | | | |
|---|---|---|---|---|---|
| *($ in thousands)* | **TTM** | **Projected Fiscal Year Ending,** | | | |
| **Financial Highlights** | **2017A** | **2018** | **2019** | **2020** | **2021** |
| Total Revenue | 23,151 | 21,053 | 23,925 | 25,452 | 27,043 |
| Gross Profit | 20,532 | 19,259 | 21,886 | 23,283 | 24,739 |
| Total Operating Expenses | 19,738 | 16,919 | 19,163 | 20,364 | 21,615 |
| EBITDA | n/a | 2,340 | 2,723 | 2,919 | 3,124 |
| Adjusted EBITDA | n/a | 3,868 | 4,475 | 4,788 | 5,115 |
| Adjusted Pre-Tax Net Income | 794 | 3,568 | 4,133 | 4,425 | 4,729 |



■ Total Revenue   ▨ Total Operating Expenses

- ❖ Management provided 11 months of data for 2017. TTM 2017 figures represent the annualized figures estimated by KPMG.
- ❖ Generally, cost of goods sold, in dollar terms, were projected to be lower in the next four years as compared to 2017 levels.,
- ❖ Gross profit margins were projected to remain flat in the projected period.
- ❖ Operating expenses were projected to be lower in 2018 and 2019 than those in 2017.
- ❖ Company expects to expand government product mix to help drive strong pricing margins.

*KPMG*

7

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 590 of 617

**Prime Mortgage Lending, Inc.**

# Valuation summary



| (USD in thousands) | Selected |
|---|---|
| Selected NFY Revenue Multiple | 0.9x |
| NFY Revenue | $21,053 |
| Multiple Weight | 25.0% |
| Selected NFY Net Income Multiple [1] | 7.6x |
| NFY Net Income | $2,601 |
| Multiple Weight | 75.0% |
| Concluded Fair Value (Rounded) | $19,400 |
| Approach Weighting | 25.0% |

**Market approach results**

- ❖ Guideline public companies have a range of NFY revenue multiples between 0.6x and 5.3x with a median and average of 1.2x and 1.8x, respectively.
- ❖ They also have a range of NFY earnings multiples between 9.0x and 12.7x with a median and average of 11.6x and 11.1x, respectively.
- ❖ The NFY Revenue multiple was selected by considering the average of the lower quartile and median multiples of the GPCs. This selection was based on the performance of the company relative to those of the GPCs in 2018.
- ❖ The NFY Net Income multiple was selected by considering the median multiple of the GPCs, based on the company's performance relative to the GPCs, and adjusted for an additional discount of 35.0% to the selected multiple. This discount is consistent with the discount observed at the time of the transaction between the implied multiple paid and the market earnings multiples of the comparable companies.

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 17.0% |
| Long-Term Growth Rate | 2.5% |
| Concluded Fair Value (Rounded) | $25,000 |
| Approach Weighting | 75.0% |

**Income approach results**

- ❖ Discount rate is based on a selected beta of 1.26, size premium of 5.3%, risk-free rate of 2.6%, and company specific risk premium of 1.5% based on (i) the increased attrition rate that has led to the closing of multiple branches and (ii) the risk associated with achieving the projections, specially those related to the payroll and replacement salary savings. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity value | $23,500,000 |
|---|---|

(1) Based on a 35.0% discount to the peer's median multiple.

**KPMG**

8

**Prime Mortgage Lending, Inc.**

# Market approach support



| Target | Equity Value | NFY Revenue | Controlling NFY Revenue Multiples | NFY Net Income | NFY Net Income Margin | Controlling NFY Net Income Multiples | Comments |
|---|---|---|---|---|---|---|---|
| **Guideline Public Companies** [1] | | | | | | | |
| Impac Mortgage | 255,418 | 210,900 | 1.2x | 51,800 | 24.6% | NM | An independent residential mortgage lender |
| Merchants Bancorp | 677,429 | 128,023 | 5.3x | 53,337 | 41.7% | 12.7x | A diversified bank holding company, with approximately 75.0% of its revenues derived from mortgage origination and servicing |
| Nationstar Mortgage | 2,169,527 | 1,854,000 | 1.2x | 186,528 | 10.1% | 11.6x | Provides servicing, origination, and transaction based services primarily to single-family residences |
| Ocwen Financial Corporation | 491,507 | 888,000 | 0.6x | (94,500) | NM | NM | A financial services holding company, originates and services loans |
| PennyMac Financial | 624,603 | 1,033,867 | 0.6x | 69,364 | 6.7% | 9.0x | Through its subsidiaries, engages in the mortgage banking and investment management operating |





| Financial Metrics | |
|---|---|
| *(USD in thousands)* | **2018** |
| **NFY Revenue** | **$21,053** |
| **NFY Net Income** | **$2,601** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium*

**KPMG**

9

**Prime Mortgage Lending, Inc.**

# Income approach support - DCF



| | Historical | Projected Fiscal Year Ending, | | | | |
|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | Terminal |
| Total Revenue | 23,151 | 21,053 | 23,925 | 25,452 | 27,043 | |
| *Revenue Growth (%)* | 17.4% | (9.1%) | 13.6% | 6.4% | 6.3% | |
| Less: Total Expenses | 22,357 | 18,713 | 21,202 | 22,532 | 23,919 | |
| **Equals: Pre-Tax Net Income** | $ 794 | $ 3,568 | $ 4,133 | $ 4,425 | $ 4,729 | |
| | | | | | | |
| Less: Taxes | 196 | 967 | 1,120 | 1,199 | 1,282 | |
| *Tax Rate (%)* | 24.6% | 27.1% | 27.1% | 27.1% | 27.1% | |
| **Net Income** | $ 598 | $ 2,601 | $ 3,013 | $ 3,226 | $ 3,448 | |
| | | | | | | |
| Plus: (Increase)/Decrease in Networking Capital | | 68 | (93) | (50) | (52) | |
| *Net Working Capital as a Percentage of Revenue (%)* | | 3.3% | 3.3% | 3.3% | 3.3% | |
| **Free Cash Flow to Shareholders** | | $ 2,669 | $ 2,920 | $ 3,176 | $ 3,396 | |
| | | | | | | |
| Terminal Year Value | | | | | | $ 24,004 |
| | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 3.5000 |
| Present Value Factor | | 0.9245 | 0.7902 | 0.6754 | 0.5772 | 0.5772 |
| **Present Value of Free Cash Flows** | | $ 2,468 | $ 2,307 | $ 2,145 | $ 1,960 | $ 13,856 |
| | | | | | | |
| Present Value of Free Cash Flows | | 8,880 | | | | |
| Plus: Present Value of Terminal Value | | 13,856 | | | | |
| Plus: Tax Benefit of Amortization | | 2,239 | | | | |
| **Business Enterprise Value (Rounded)** | | $ 25,000 | | | | |

**KPMG**

10

**Prime Mortgage Lending, Inc.**

# Income approach support – P&L



| | Historical | Projected Fiscal Year Ending, | | | |
|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 |
| Loan Fees | | 21,008 | 23,874 | 25,397 | 26,986 |
| Appraisal Income | | 45 | 51 | 54 | 58 |
| **Total Revenue** | **$ 23,151** | **$ 21,053** | **$ 23,925** | **$ 25,452** | **$ 27,043** |
| *Revenue Growth (%)* | *17.4%* | *(9.1%)* | *13.6%* | *6.4%* | *6.3%* |
| | | | | | |
| Cost of Goods Sold | 2,619 | 1,794 | 2,039 | 2,169 | 2,304 |
| **Gross Profit** | **$ 20,532** | **$ 19,259** | **$ 21,886** | **$ 23,283** | **$ 24,739** |
| *Gross Profit Margin (%)* | *88.7%* | *91.5%* | *91.5%* | *91.5%* | *91.5%* |
| | | | | | |
| Payroll Expense | | 14,656 | 16,655 | 17,718 | 18,826 |
| Insurance Expense | | 620 | 705 | 750 | 797 |
| Rent Expense | | 316 | 325 | 335 | 345 |
| Other Operating Expenses | | 1,327 | 1,478 | 1,561 | 1,647 |
| **Total Operating Expenses** | **$ 19,738** | **$ 16,919** | **$ 19,163** | **$ 20,364** | **$ 21,615** |
| *As a Percentage of Revenue (%)* | *85.3%* | *80.4%* | *80.1%* | *80.0%* | *79.9%* |
| | | | | | |
| **EBITDA** | | **$ 2,340** | **$ 2,723** | **$ 2,919** | **$ 3,124** |
| | | | | | |
| Adjustments | | 1,528 | 1,752 | 1,869 | 1,991 |
| **Adjusted EBITDA** | | **$ 3,868** | **$ 4,475** | **$ 4,788** | **$ 5,115** |
| *Adjusted EBITDA as a Percentage of Gross Profit (%)* | | *20.1%* | *20.4%* | *20.6%* | *20.7%* |
| | | | | | |
| Depreciation and Amortization Expenses | | 287 | 327 | 348 | 369 |
| **Adjusted EBIT** | | **$ 3,581** | **$ 4,148** | **$ 4,441** | **$ 4,746** |
| | | | | | |
| Interest Expenses | | 13 | 15 | 16 | 17 |
| **Adjusted Pre-Tax Net Income** | **$ 794** | **$ 3,568** | **$ 4,133** | **$ 4,425** | **$ 4,729** |
| *Adjusted Pre-Tax Net Income as a Percentage of Gross Profit (%)* | *3.9%* | *18.5%* | *18.9%* | *19.0%* | *19.1%* |
| | | | | | |
| Less: Taxes | 196 | 967 | 1,120 | 1,199 | 1,282 |
| *Tax Rate (%)* | *24.6%* | *27.1%* | *27.1%* | *27.1%* | *27.1%* |
| **Adjusted Net Income** | **$ 598** | **$ 2,601** | **$ 3,013** | **$ 3,226** | **$ 3,448** |
| *Adjusted Net Income as a Percentage of Gross Profit (%)* | *2.9%* | *13.5%* | *13.8%* | *13.9%* | *13.9%* |

**KPMG**

11

**Prime Mortgage Lending, Inc.**

# Discount Rate

 PRIME

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + SP + CSRP\ CRP$

$R_f$ = Risk-Free Rate
$\beta$ = Beta
ERP = Equity risk premium
SP = Size Premium
CSRP = Company Specific Risk Premium
CRP = Country risk premium



**1 Risk Free Rate**

The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.

**2 Market Risk Premium**

Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.

**3 Beta**

Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 1.26 based on the indicated comparable company betas.

**4 Size Premium**

KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as of the Valuation Date. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.

**5 Company Specific Risk Premium**

Company specific risk premium of 1.5 percent is based on the risk assessment associated with the projections. Please refer to page 8 for more details.

**6 Country Specific Risk Premium**

Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
| --- | --- |
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.26 |
| Size Premium | 5.3% |
| Company Specific Risk Premium | 1.5% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **17.0%** |
| **Discount Rate (Rounded)** | **17.0%** |

# Appendices

**KPMG**

13

**Appendix**

# Sources of Information

---

- ❖ Historical and projected financial information for the Company, including the balance sheet, provided by Eli.
- ❖ Other pertinent information provided by Eli.
- ❖ Interviews with Management.
- ❖ SEC filings of identified guideline public companies.
- ❖ S&P Capital IQ Research Systems.
- ❖ Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.



**KPMG**

**Appendix**

# Appraisal certification

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

- ❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

- ❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

- ❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

- ❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

- ❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- ❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

- ❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

- ❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer Van Dalen
Managing Director
KPMG LLP

Jun Li
Senior Manager
KPMG LLP

Kevin Voigt – Concurring Review Partner

# Appendix

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.





**KPMG**



**kpmg.com/socialmedia**

The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.

**KPMG**

# Valuation of
# Western Bancorp, Inc.

Valuation Date: December 31, 2017

Report Date: August 24, 2018

Case 3:23-cr-00048-MOC-DCK   Document 234-30   Filed 07/14/26   Page 601 of 617



August 24, 2018

Greg Lindberg
Chairman
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713

KPMG LLP
345 Park Avenue
New York, NY 10154

Telephone: +1 212 758 9700
Internet www.us.kpmg.com

**Re: Valuation of Western Bancorp, Inc.**

Dear Mr. Lindberg,

In accordance with the scope of services outlined in our engagement letter dated May 21, 2018, KPMG's Economic and Valuation Services practice ("KPMG") has completed its valuation engagement to determine the fair value of a 100.0% interest in the equity of Western Bancorp, Inc. ("Western" or the "Subject Company") owned by Eli Global, LLC. ("Eli" or the Client) on a marketable, controlling interest basis as of December 31, 2017 (the "Valuation Date").

Our valuation considerations and conclusions are outlined within this Restricted Appraisal Report in accordance with Standards 202, 8-2, and 10-2 of the Uniform Standards of Professional Appraisal Practice ("USPAP"). This Restricted Appraisal Report is consistent with the guidelines set forth for a Summary Report as defined by the American Institute of Certified Public Accountants ("AICPA"). This report states the appraisal procedures and conclusions developed. Our rationale and consideration to certain assumptions may not be fully understood without access to additional information within our work files. This valuation report considers information provided to us as of the date of this report and may not be updated should additional information become available subsequent to this report date.

We understand that our valuation is to be used solely to assist you, Mr. Greg Lindberg, with financial reporting requirements in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 820 ("ASC Topic 820"), Fair Value Measurements and Disclosures, related to mark-to-market requirements on a personal investment portfolio.

During the course of our valuation analysis, we were provided with historical unaudited financial statements, as well as unaudited financial projections and operational data regarding the Subject Company. Without independent verification, we have relied upon this data as accurately reflecting the results of the operations and financial position of the Subject Company. We, as valuation consultants, have not audited this data and express no opinion or other form of assurance regarding its accuracy or fairness of presentation.

Our report is subject to the terms and conditions set forth in our engagement letter and the limiting assumptions set forth at the end of this report. This report is not supporting a "listed" or "principal purpose" transaction and is not intended to be used, and cannot be used, in connection with any federal or state tax matter unless, in advance of such use, you request such use in writing and we agree to such use.

The value opinions expressed in this appraisal are contingent upon the analysis, facts, and conditions presented in the accompanying report.

**Based on the analysis discussed and presented in this report, the fair value of Western's equity is estimated to be $2.7 million, as of the Valuation Date.**

Thank you for the opportunity to be of service to you. If you have any questions, please contact Jennifer Van Dalen at 212-872-3560 or jvandalen@kpmg.com.

Respectfully submitted,

*KPMG LLP*

2

**KPMG**

# Valuation Considerations

## Standard of Value

The standard of value for financial reporting is fair value, which is defined in ASC Topic 820 as:

*The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

## Premise of Value

Inherent in the definition of value is the premise used to measure the fair value of an asset, which assumes that a market participant would use the asset at its highest and best use. The highest and best use of a nonfinancial asset takes into account the use that is physically possible, legally permissible, and financially feasible. The current use of a nonfinancial asset is presumed to be its highest and best use unless market or other facts suggest that a different use by market participants would maximize the value of the asset. The highest and best use of a nonfinancial asset might provide maximum value to market participants through its use in combination with other assets or other assets and liabilities as a group or on a standalone basis. Assumptions about the highest and best use of a nonfinancial asset should be consistent for all of the assets of the group.

## Market Participant Assumption

Fair value is a market based measurement rather than an entity specific measurement. Market participants are buyers and sellers in the principal (or most advantageous) market for the asset or liability that have all of the following characteristics:

* Independent of the reporting entity (that is, they are not related parties)
* Knowledgeable, having a reasonable understanding about the asset or liability and the transaction, based on all available information, including information that might be obtained through due diligence efforts that are usual and customary
* Able to transact for the asset or liability
* Willing to transact for the asset or liability (that is, they are motivated but not forced or otherwise compelled to do so)

## Scope

Based on our understanding of the objectives of the engagement, the scope of our analysis included the following general elements:

* Interviews with management of Western (collectively, "Management") concerning Western's history, customers, risks and opportunities, competition, and industry
* Analysis of available unaudited historical and forecasted financial data of Western
* Consideration of the industry, economic conditions, and competitive environment in which Western operates
* Estimation of the fair value of Western's equity
* Preparation of this Restricted Appraisal Report in accordance with USPAP and AICPA standards

Our valuation engagement is subject to the following scope restrictions as agreed upon with Management:

* KPMG did not assess the fair value of the debt as part of the valuation of the Subject Company
* KPMG did assess the fair value of any deferred consideration, contingent consideration, or equity equivalency agreement put/call options available to Eli and the former owners of the Subject Company. Per Management, the scope of our valuation was to estimate the fair value of Western's equity on a 100.0% controlling, marketable basis

## Elements of Ownership and Marketability

This valuation assumes that Client owns a 100.0% interest in Western on a marketable basis.

*KPMG*

3

# Valuation Considerations (continued)

---

### Extraordinary Assumptions

This appraisal makes use of certain extraordinary assumptions, any of which, if inaccurate, could lead to different valuation results. The extraordinary assumptions relied upon are as follows:

❖ Per Eli management's direction, Western is most likely to be sold in a taxable transaction, where the buyer would realize tax amortization benefits on the latest price of the assets

❖ Since management has assumed that assets, and not stock, will likely be acquired, KPMG has valued the entities assuming the U.S. entities would be structured as a C-Corporation and assumed a similar taxable structure for non-U.S. entities. KPMG has performed no diligence around this assumption. Therefore, any change to this extraordinary assumption could have a material impact on our value conclusions, and is a limitation to our analysis

### Hypothetical Conditions

This appraisal does not make use of any hypothetical conditions.

### Disclosure of Subsequent Events

KPMG is not aware of any material subsequent events impacting the fair value of Western's equity between the Valuation Date and the date of this report.

*KPMG*

4

# Valuation Overview

**Valuation Overview**

Generally accepted valuation practice indicates that companies may be valued using a range of methodologies. These methodologies can be broadly classified into three general approaches:

- ❖ Income approach
- ❖ Market approach
- ❖ Cost approach

**Income Approach**

The income approach recognizes that the value of an investment is premised on the receipt of future economic benefits. These benefits can include earnings, cost savings, tax deductions, and the proceeds from disposition. A common form of the Income Approach is the Discounted Cash Flow Method ("DCF Method"). The DCF Method involves estimating the future cash flows of the business and discounting them to their present value.. The discount rate selected is based on consideration of the risks inherent in the investment and market rates of return available from investments of a similar type and quality as of the subject Valuation Date.

**Market Approach**

The market approach measures the value of a company through an analysis of recent sales or offerings of comparable companies. The guideline public company method and the guideline merged and acquired company method are two forms of the market approach commonly used to value business interests.

The guideline public company method involves comparing the Subject Company to similar companies whose stock is freely traded on an organized exchange. The application of this method generally entails the development of revenue, earnings, or operational multiples based on the market value of the guideline companies. These multiples are then used to develop an estimate of value for the Subject Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Subject Company versus the guideline public companies.

The guideline merged and acquired company method compares the Subject Company to similar companies recently sold in arm's length transactions.

**Valuation Overview**

The application of the guideline merged and acquired company method generally entails the development of revenue or earnings multiples based on the market value of the guideline companies recently acquired. These multiples are then used to develop an estimate of value for the Company. When applying this method, consideration is given to differences in the financial condition and operating performance of the Subject Company versus the acquired companies.

**Cost Approach**

The Cost Approach considers reproduction or replacement cost as an indicator of value. The cost approach is based on the assumption that a prudent investor would pay no more for an entity or asset than the amount for which he could replace or re-create it. Historical costs are often used to estimate the current cost of replacing the entity valued. When applied to the valuation of a business, value is based on the Fair Value of the entity's underlying net assets. This technique entails a recasting of the balance sheet of the enterprise in which the Fair Values of assets and liabilities are substituted for their book values. This method is also known as the Net Asset Value ("NAV") Method.

**Valuation Approaches Applied**

We relied on both the income and market approaches to arrive at our estimate of the fair value of the Subject Company's equity. Under the income approach, we utilized the DCF Method to arrive at our estimate of the fair value of Subject Company's equity. Under the market approach, we utilized the guideline public company ("GPC") method to arrive at the estimate. We placed a 75.0% weight on the DCF method and 25.0% weight on the GPC method. This was based on the fact that none of the selected guideline companies purely operate as mortgage originators. As such, given the limited comparability between our selected GPCs and the Subject Company, we placed less weight on the market approach.

We did not utilize the cost approach because it would not be expected to render a reasonable fair value for a cash flow generating business such as the Subject Company.

*KPMG*

5

**Western Bancorp, Inc.**

# Overview

## Company background

❖ Western offers mortgage banking services and originates loans through independent brokers in the Northern California market.

❖ Business has primarily been driven by refinancing of mortgages, with approximately 70.0% of the business composed of these mortgages in 2016 and 2017.

❖ Approximately 200 brokers, managed by Account Executives.

❖ The company expected an expansion plan driven by an additional $3.0 million in funding from Eli to increase production volumes in 2018.

### Original acquisition details

| Acquisition date | Price (USD) [1] | Entry price-to-book multiple [2] |
|---|---|---|
| July 2017 | $4,100,000 | 1.2x |

## Key valuation drivers

❖ Eli prepared a 5-year profit and loss projection that were used as the basis of the DCF method.

❖ Management incorporated estimated improvements in warehouse margin, led by employee costs.

**Key opportunities**

❖ **Growth Initiative:** Expected building of in-house call center will increase the number of agents and improve growth potential.

❖ **Market Share Growth:** Northern California market is characterized by high housing prices and low volume of new construction.

❖ **Synergies:** Through Eli's acquisition of Western, pricing leverage with vendors is expected in addition to the creation of a centralized securitization platform.

❖ **Breakeven Volume:** Headcount reductions in recent quarters have lowered the expected breakeven volume by reducing employee expenses.

**Key risks**

❖ **Product mix:** Majority of operations are driven by the refinancing business, which is closely tied to macroeconomic factors. However, the company is shifting focus towards the purchase/origination of new loans.

❖ **Management Integration:** New management team has recently been established after the removal of previous CEO. Major growth initiatives have already been delayed and the company is expecting a loss in 2018.

❖ **Competition:** Banks offer lower cost of capital and have access to larger marketing budgets.

❖ **Employee Expenses:** Management indicated that the company has historically experienced significantly high employee expenses (as a percentage of total revenue).

[1] Price for 100.0% of the equity.

[2] Implied multiple based on book value of business of $3.4 million plus $700,000.

**KPMG**

6

**Western Bancorp, Inc.**

# Financial information

| Balance Sheet | |
|---|---|
| *($ in thousands)* | **12/31/17** |
| **Assets:** | |
| Loans Held for Sale | 23,950 |
| **Other Assets** | 4,938 |
| Liabilities: | |
| **Warehouse Lines** | 23,658 |
| Other Liabilities | 569 |
| **Equity:** | |
| Shareholder's Equity | 4,663 |

❖ Loans held for sale were expected to be held on the balance sheet for a short period of time until they are sold into securitization.

❖ Flagstar, Comerica, and Horizon Bank are the three providers of the warehouse lines. Covenants call for a liquidity minimum of $2.0 million and a tangible net worth of $1.5 million. The warehouse lines were taken for the short term financing needs as the Subject Company provide to the borrowers to fund the loan purchase.

| | Financial highlights | | | | |
|---|---|---|---|---|---|
| *($ in thousands)* | **TTM** | **Projected Fiscal Year Ending,** | | | |
| **Financial Highlights** | **2017A** | **2018** | **2019** | **2020** | **2021** |
| Total Revenue | 3,144 | 7,175 | 6,735 | 6,717 | 6,664 |
| Gross Profit | 1,632 | 3,878 | 4,156 | 4,154 | 4,100 |
| Total Operating Expenses | 3,393 | 4,035 | 3,266 | 3,336 | 3,393 |
| Pre-Tax Net Income | (1,899) | (382) | 742 | 725 | 649 |



❖ Management expects strong growth in 2018 with increasing in revenues and decrease in net loss compared to 2017 due to implementation of new management and call center.

❖ Total revenue is not expected to grow beyond 2018.

❖ Overall, cost of goods sold and operating expenses are projected to remain relatively steady with no significant changes beyond 2018.

❖ The business is expected to become profitable starting in 2019 and remain relatively flat in 2019 and beyond.

**KPMG**

7

**Western Bancorp, Inc.**

# Valuation summary

**Market approach results**

| (USD in thousands) | Selected |
|---|---|
| Selected NFY+1 Revenue Multiple | 0.6x |
| NFY+1 Revenue | $6,735 |
| Multiple Weighting | 25.0% |
| Selected NFY+1 Net Income Multiple (1) | 5.6x |
| NFY+1 Net Income | $541 |
| Multiple Weighting | 75.0% |
| Concluded Fair Value (Rounded) | $3,200 |
| Approach Weighting | 25.0% |

❖ Guideline public companies have a range of NFY+1 revenue multiples from 0.6x to 4.6x with a median and average of 0.9x and 1.8x, respectively.

❖ They also have a range of NFY+1 earnings multiples from 8.7x to 11.2x with a median and average of 10.2x and 10.0x, respectively.

❖ The NFY+1 Revenue multiple was selected by considering the minimum multiple of the GPCs. This selection was based on the performance of the company relative to the those of the GPCs in 2019.

❖ The NFY+1 Net Income multiple was selected by considering the minimum multiple of the GPCs and then adjusted with the company's performance relative to the GPCs in terms of size, product mix, growth, and operating margins.

**Income approach results**

| (USD in thousands) | Key Assumptions |
|---|---|
| Selected Discount Rate | 15.5% |
| Long-Term Growth Rate | 2.5% |
| Concluded Fair Value (Rounded) | $2,500 |
| Approach Weighting | 75.0% |

❖ Discount rate is based on a selected beta of 1.26, size premium of 5.3%, and risk-free rate of 2.6%. Given the nature of the business, only the cost of equity was relied on when discounting the cash flows.

| Equity value | $2,700,000 |
|---|---|

(1) Based on a 35.0% discount to the peer's minimum multiple.

**KPMG**

8

**Western Bancorp, Inc.**

# Market approach support

Western

| Target | Equity Value | NFY+1 Revenue | Controlling NFY+1 Revenue Multiples | NFY+1 Net Income | NFY+1 Net Income Margin | Controlling NFY+1 Net Income Multiples | Comments |
|---|---|---|---|---|---|---|---|
| *Guideline Public Companies* [1] | | | | | | | |
| Impac Mortgage | 255,418 | NA | NM | NA | NM | NM | An independent residential mortgage lender |
| Merchants Bancorp | 677,429 | 145,887 | 4.6x | 66,267 | 45.4% | 10.2x | A diversified bank holding company, with approximately 75.0% of its revenues derived from mortgage origination and servicing |
| Nationstar Mortgage | 2,169,527 | 1,780,500 | 1.2x | 194,067 | 10.9% | 11.2x | Provides servicing, origination, and transaction based services primarily to single-family residences |
| Ocwen Financial Corporation | 491,507 | 841,000 | 0.6x | (45,000) | NM | NM | A financial services holding company, originates and services loans |
| PennyMac Financial | 624,603 | 1,100,068 | 0.6x | 72,000 | 6.5% | 8.7x | Through its subsidiaries, engages in the mortgage banking and investment management operating |



| Financial Metrics | |
|---|---|
| *(USD in thousands)* | **2019** |
| **NFY+1 Revenue** | **$6,735** |
| **NFY+1 Net Income** | **$541** |

*(1) Controlling TTM EBITDA multiples were estimated assuming a 20% control premium*

**KPMG**

9

**Western Bancorp, Inc.**

# Income approach support - DCF

| | Historical | Projected Fiscal Year Ending, | | | | |
|---|---|---|---|---|---|---|
| | 12/31/17 | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 | Terminal |
| Total Revenue | 3,144 | 7,175 | 6,735 | 6,717 | 6,664 | |
| *Revenue Growth (%)* | n/a | 128.2% | (6.1%) | (0.3%) | (0.8%) | |
| Less: Total Expenses | 4,904 | 7,331 | 5,845 | 5,899 | 5,957 | |
| Less: Depreciation and Amortization Expenses | | 225 | 148 | 93 | 58 | |
| **Equals: Pre-Tax Net Income** | $ (1,761) | $ (382) | $ 742 | $ 725 | $ 649 | |
| | | | | | | |
| Less: Taxes | n/a | n/a | 201 | 197 | 176 | |
| *Tax Rate (%)* | 27.1% | 27.1% | 27.1% | 27.1% | 27.1% | |
| **Net Income** | $ (1,761) | $ (382) | $ 541 | $ 529 | $ 473 | |
| | | | | | | |
| Plus: Depreciation and Amortization Expenses | | 225 | 148 | 93 | 58 | |
| Less: Capital Expenditures | | 225 | 148 | 93 | 58 | |
| Plus: (Increase)/Decrease in Networking Capital | | (292) | (198) | (9) | (10) | |
| Net Working Capital | (396) | (103) | 95 | 104 | 114 | |
| *As a Percentage of Revenue (%)* | | (1.4%) | 1.4% | 1.5% | 1.7% | |
| **Free Cash Flow to Shareholders** | | $ (674) | $ 342 | $ 520 | $ 463 | |
| | | | | | | |
| Terminal Year Value | | | | | | $ 3,649 |
| | | | | | | |
| Partial Year Adjustment | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| Present Value Period | | 0.5000 | 1.5000 | 2.5000 | 3.5000 | 3.5000 |
| Present Value Factor | | 0.9305 | 0.8056 | 0.6975 | 0.6039 | 0.6039 |
| **Present Value of Free Cash Flows** | | $ (627) | $ 276 | $ 363 | $ 279 | $ 2,204 |
| | | | | | | |
| Present Value of Free Cash Flows | | 291 | | | | |
| Plus: Present Value of Terminal Value | | 2,204 | | | | |
| Plus: Tax Benefit of Amortization | | - | | | | |
| **Business Enterprise Value** | | $ 2,500 | | | | |

**KPMG**

**Western Bancorp, Inc.**

# Income approach support – P&L

| | Historical | | Projected Fiscal Year Ending, | | | |
|---|---|---|---|---|---|---|
| | 12/31/17 | | 12/31/18 | 12/31/19 | 12/31/20 | 12/31/21 |
| **Originations** | 333,537 | | 743,387 | 753,748 | 715,482 | 715,482 |
| *Originations Growth (%)* | *n/a* | | *122.9%* | *1.4%* | *(5.1%)* | *0.0%* |
| | | | | | | |
| Gain on Sale | 2,268 | | 4,888 | 5,288 | 5,023 | 5,023 |
| Fee Income | 773 | | 1,847 | 1,642 | 1,695 | 1,695 |
| Loan Servicing | 119 | | 126 | - | - | - |
| Hedging | (17) | | 314 | (195) | - | (53) |
| **Total Revenue** | $ 3,144 | $ | 7,175 $ | 6,735 $ | 6,717 $ | 6,664 |
| *Total Revenue Growth (%)* | *n/a* | | *128.2%* | *(6.1%)* | *(0.3%)* | *(0.8%)* |
| | | | | | | |
| Commission Expense | 1,135 | | 2,006 | 1,371 | 1,390 | 1,390 |
| Warehouse Expense | 49 | | 174 | 174 | 175 | 175 |
| Investor/Tax Fees | 168 | | 530 | 496 | 502 | 502 |
| Loan Loss Reserve | 4 | | 143 | 138 | 86 | 86 |
| Loan Vendor Fees | 141 | | 404 | 375 | 387 | 387 |
| Other Expenses | 15 | | 39 | 24 | 25 | 25 |
| **Total Origination Expense** | $ 1,512 | $ | 3,297 $ | 2,579 $ | 2,564 $ | 2,564 |
| *As a percentage of Total Revenue (%)* | *48.1%* | | *45.9%* | *38.3%* | *38.2%* | *38.5%* |
| | | | | | | |
| **Gross Profit** | $ 1,632 | $ | 3,878 $ | 4,156 $ | 4,154 $ | 4,100 |
| *Gross Profit Margin (%)* | *51.9%* | | *54.1%* | *61.7%* | *61.8%* | *61.5%* |
| | | | | | | |
| Employee Expense | 2,358 | | 2,654 | 1,909 | 1,960 | 2,005 |
| *As a percentage of Total Revenue (%)* | *75.0%* | | *37.0%* | *28.3%* | *29.2%* | *30.1%* |
| General and Administrative | 300 | | 327 | 258 | 258 | 258 |
| Marketing | 211 | | 151 | 120 | 120 | 120 |
| Loan Servicing Expense | 48 | | 42 | - | - | - |
| Other Operating Expenses | 476 | | 860 | 979 | 998 | 1,011 |
| **Total Operating Expense** | $ 3,393 | $ | 4,035 $ | 3,266 $ | 3,336 $ | 3,393 |
| *As a percentage of Total Revenue (%)* | *107.9%* | | *56.2%* | *48.5%* | *49.7%* | *50.9%* |
| | | | | | | |
| **EBITDA** | $ (1,761) | $ | (156) $ | 890 $ | 818 $ | 707 |
| *EBITDA as a Percentage of Gross Profit (%)* | *(107.9%)* | | *(4.0%)* | *21.4%* | *19.7%* | *17.2%* |
| | | | | | | |
| Less: Depreciation and Amortization Expenses | 138 | | 225 | 148 | 93 | 58 |
| **Pre-Tax Net Income** | $ (1,899) | $ | (382) $ | 742 $ | 725 $ | 649 |
| *Pre-Tax Net Income as a Percentage of Gross Profit (%)* | *(116.4%)* | | *(9.8%)* | *17.8%* | *17.5%* | *15.8%* |
| | | | | | | |
| Less: Taxes | - | | - | 201 | 197 | 176 |
| *Tax Rate (%)* | *27.1%* | | *27.1%* | *27.1%* | *27.1%* | *27.1%* |
| **Net Income** | $ (1,899) | $ | (382) $ | 541 $ | 529 $ | 473 |
| *Net Income as a Percentage of Gross Profit (%)* | *(116.4%)* | | *(9.8%)* | *13.0%* | *12.7%* | *11.5%* |

**KPMG**

11

**Western Bancorp, Inc.**

# Discount Rate

---

**Discount Rate**

The DCF model uses a cost of equity to discount future cash flows into present value.

Cost of equity = $R_f + (\beta \times ERP) + SP + CSRP\ CRP$

$R_f$ = Risk-Free Rate

$\beta$ = Beta

ERP = Equity risk premium

SP = Size Premium

CSRP = Company Specific Risk Premium

CRP = Country risk premium

---



The 2.6 percent risk-free rate reflects the yield on the 20-year U.S. Treasury Bond as of the Effective Date.



Based on KPMG's review of recently published articles, academic studies and surveys that attempt to quantify the expected equity risk premium for U.S. common stocks.



Based on the 5-year weekly adjusted betas determined using individual closing prices as provided by S&P Capital IQ, KPMG utilized an observed beta of 1.26 based on the indicated comparable company betas.



KPMG selected a size premium of 5.3 percent based on the historical incremental return on 10x decile stocks as of the Valuation Date. The size premium data is published by Duff & Phelps in the 2017 Valuation Handbook - Guide to Cost of Capital.



Company specific risk premium of 0.0 percent is based on the risk assessment associated with the projections that were deemed achievable.



Country specific risk premium of 0.0 percent is based on information from Damodaran Online risk premiums.

| Cost of Equity Calculation | |
| --- | --- |
| **Cost of Equity:** | |
| Risk-Free Rate | 2.6% |
| Market Risk Premium | 6.0% |
| Beta | 1.26 |
| Size Premium | 5.3% |
| Company Specific Risk Premium | 0.0% |
| Country Risk Premium | 0.0% |
| **Cost of Equity** | **15.5%** |
| **Discount Rate (Rounded)** | **15.5%** |

**KPMG**

12

# Appendices

13

**Appendix**

# Sources of Information

---

❖  Historical and projected financial information for the Company, including the balance sheet, provided by Eli.

❖  Other pertinent information provided by Eli.

❖  Interviews with Management.

❖  SEC filings of identified guideline public companies.

❖  S&P Capital IQ Research Systems.

❖  Duff & Phelps' 2017 Valuation Handbook – Guide to Cost of Capital.

**Appendix**

# Appraisal certification

---

We hereby, to our best knowledge and belief, certify the following statements regarding this opinion:

❖ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions, and conclusions.

❖ We have no present or prospective interest in the properties that are the subject of this report, and we have no personal interest with respect to the parties involved.

❖ We have not performed services, as an appraiser or in an other capacity, regarding the Business that is the subject of this report.

❖ We have no bias with respect to the properties that are the subject of this report or to the parties involved with this assignment.

❖ Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

❖ Our compensation for completing this engagement is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the Clients or the Business, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

❖ Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

❖ We are subject to the code of professional ethics and standards of professional conduct and are in compliance with the certification programs of the professional appraisal organizations of which we are members.

❖ The persons listed below provided significant professional assistance to the persons signing this certification.

Jennifer Van Dalen
Managing Director
KPMG LLP

Jun Li
Senior Manager
KPMG LLP

Kevin Voigt – Concurring Review Partner

**KPMG**

15

**Appendix**

# Valuation services limiting assumptions

1. Nature of Opinion. Neither our opinion nor our report are to be construed as a fairness opinion as to the fairness of an actual or proposed transaction, a solvency opinion, or an investment recommendation, but, instead, are the expression of our determination of the price of the Subject Assets between a hypothetical willing buyer and a hypothetical willing seller in an assumed transaction on an assumed Effective Date. For various reasons, the price at which the Subject Assets might be sold in a specific transaction between specific parties on a specific date might be significantly different from the prices expressed in our report.

2. Going Concern Assumption, No Undisclosed Contingencies. Our analysis (i) assumes that as of the Effective Date the Company and its assets will continue to operate as configured as a going concern; (ii) is based on the past and present financial condition of the Company and its assets as of the Effective Date; and (iii) assumes that the Company had no undisclosed real or contingent assets or liabilities, no unusual obligations or substantial commitments, other than in the ordinary course of business, nor had any litigation pending or threatened that would have a material effect on our analysis.

3. Reliance on Forecasted Data. Any use of management's projections or forecasts in our analysis does not constitute an examination or compilation of prospective financial statements in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA"). We do not express an opinion or any other form of assurance on the reasonableness of the underlying assumptions or whether any of the prospective financial statements, if used, are presented in conformity with AICPA presentation guidelines. Further, there will usually be differences between prospective and actual results because events and circumstances frequently do not occur as expected and those differences may be material.

4. Verification of Legal Description or Title. We have made no investigation of legal description or title and have assumed that owner(s) claims to property are valid. No consideration will be given to liens or encumbrances which may be against the property except as specifically stated as part of the financial statements you provide to us as part of this engagement. Full compliance with all applicable federal, state and local zoning, environmental, and similar laws and regulations is assumed, unless otherwise stated, and responsible ownership and competent management are assumed.

5. Verification of Hazardous Conditions. We will not investigate the extent of any hazardous substances that may exist as we are not qualified to test for such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation or other hazardous substances or environmental conditions may affect the value of the property, the value will be estimated predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility will be assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.

6. Condition of Property. We assume no liability whatsoever with respect to the condition of the subject property for hidden or unapparent conditions, if any, of the subject property, subsoil or structures, and further assume no liability or responsibility whatsoever with respect to the correction of any defects which may now exist or which may develop in the future. Equipment components considered, if any, were assumed to be adequate for the needs of the property's improvements, and in good working condition, unless otherwise reported.

7. Zoning. It is assumed that all public and private zoning and use restrictions and regulations had been complied with, unless nonconformity was stated, defined and considered in the report.

8. The Americans with Disabilities Act ("ADA"). The ADA became effective January 26, 1992. We will not make a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more requirements of the ADA. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we will not consider possible non-compliance with the requirements of the ADA in estimating the value of the property.



16



kpmg.com/socialmedia



The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

© 2018 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

The KPMG name and logo are registered trademarks or trademarks of KPMG International.