## EXHIBIT E6

 **Gmail**

**Greg Lindberg <gelindberg@gmail.com>**

# Re: Ares
1 message

**Greg Lindberg** <gelindberg@gmail.com>                    Wed, Feb 13, 2019 at 4:23 PM
To: Chris Herwig <cherwig@eliglobal.com>
Cc: Christa Miller <cmiller@eliglobal.com>, Rob Kiesel <rkiesel@globalbankerscapital.com>

Excellent progress

Suggest we push these options hard

Happy to help

Yours,
GREG

Greg Lindberg
2222 Sedwick Road
Durham, NC 27713
Tel. 919-544-0362
Cell. 919-308-9686
Email. gel@eliglobal.com

www.greglindberg.com


On Feb 13, 2019, at 4:05 PM, Chris Herwig <cherwig@eliglobal.com> wrote:

> Hi Greg, quick update on this.  Let us know if any questions/comments.
>
> Rob received new LOI from OakTree….he will circulate and we can mark up this evening.  Issue with those guys is that they are looking for longer term hold but we can propose shorter and move that forward. Meeting in LA Friday.
>
> HPS – looking to do the $40 - $200 mm of pref/subdebt at US insurance cos, AFA, and PBLA.  Will give us go/no-go by next Friday.  In exchange we will market them as stapled financing on sale process.  They are also looking at holistic option.  Meeting tomorrow in NY to discuss further.
>
> Ares – I requested materials in advance of meeting tomorrow but have not received yet…otherwise will get more info tomorrow at meeting in NY.
>
> Landmark Partners, Collier Capital, Lexington, and Nomura in early stages of looking at holistic solution.
>
> Met appears to have a couple bidders for AAPC pref/subdebt – they requested additional info today and will come back with a price.

Plan is to go out to more funds like HPS with shorter hold periods on AAPC pref/subdebt.  Rob working with Tom on list and will start reaching out ASAP.


Thanks,

Chris


Chris Herwig

Eli Global, LLC

2222 Sedwick Road

Durham, NC 27713

Tel. 239-280-4293

Fax. 919-287-2638

Cell. 443-928-3272

VOIP 3354

Email. cherwig@eliglobal.com

---

**From:** Greg Lindberg [mailto:gelindberg@gmail.com]
**Sent:** Tuesday, February 12, 2019 4:58 PM
**To:** Christa Miller <cmiller@eliglobal.com>; Chris Herwig <cherwig@eliglobal.com>; Rob Kiesel <rkiesel@globalbankerscapital.com>
**Subject:** Re: Ares


Thanks...suggest we push these three options daily with some vigor...maybe a separate email a couple times per week?


Oaktree, HPS, and Ares SPV bridge loans and/or Ares retained assets.


We shouldn't wait to Friday to continue discussions with Oaktree. Can we get them a follow up to their proposal tomorrow?


Perhaps some of the options are:


* HPS/Oak Tree SPV:

   * $875M SPV loan, 1.25x takeout in first year

   * $480M Ares proceeds

   * AAH included as collateral in SPV, $900M equity

   * $1.3B of GBIG US assets included in SPV

   * 40% LTV

= $1,355M net proceeds


* HPS/Oak Tree SPV idea 2:

  * $500M AAH pref ($375M net after payoff of AIC)..they fund or Soros funds

  * $500M loan from to SPV containing all GBIG US assets ($1.3B)...38% LTV

  * $480M proceeds from Ares

  = $1,355M...covers all assets to be purchased by SPV from GBIG US and fees/expenses


* Scenario 3:

  * Ares, commit to keeping $500M of assets

  * Then we can close in 60 days with Soros deal;

  * $500M Ares retained assets, $375M Soros, $480M Ares PP

  = $1,335M


* Scenario 4:

  * Ares, commit to keeping $200M of assets

  * OakTree/HPC do 35% loan on remaining $1B of assets plus AAH equity in SPV

  * $665M SPV loan on $1.9B value

  * $200M retained assets, $665M SPV loan, $480M Ares PP

  = $1,345M



Yours,

GREG


Greg Lindberg

2222 Sedwick Road

Durham, NC 27713

Tel. 919-544-0362

Cell. 919-308-9686

Email. gel@eliglobal.com


www.greglindberg.com


Case 3:23-cr-00048-MOC-DCK    Document 234-33    Filed 07/14/26    Page 4 of 5

Thanks,

GREG


Greg Lindberg

2222 Sedwick Road

Durham, NC 27713

Tel. 919-544-0362

Cell. 919-308-9686

Email. gel@eliglobal.com


www.greglindberg.com


On Feb 12, 2019, at 4:41 PM, Christa Miller <cmiller@eliglobal.com> wrote:

Ares has asked for Chris and me to go to NY to meet with them along with Lou on Thursday to hear their new proposal about their "bigger plan". Hoping that this turns into really good news. Will keep you informed.


Best regards,


Christa Miller

Eli Global

2222 Sedwick Rd

Durham, NC 27713

Office: 972-448-4663

Cell: 336-972-1831

VOIP: 3288

cmiller@eliglobal.com


Case 3:23-cr-00048-MOC-DCK    Document 234-33    Filed 07/14/26    Page 5 of 5