## EXHIBIT F2

NORTH CAROLINA DEPARTMENT OF INSURANCE

Raleigh, North Carolina

TO:    Southland National Insurance Corporation
2327 Englert Drive
Durham, NC  27713

Bankers Life Insurance Company
2327 Englert Drive
Durham, NC 27713

Colorado Bankers Life Insurance Company
2327 Englert Drive
Durham, NC 27713

Southland National Reinsurance Corporation
2327 Englert Drive
Durham, NC 27713

Standard Risk and Life Insurance Company
2327 Englert Drive
Durham, NC 27713

**CONSENT ORDER FOR ADMINISTRATIVE SUPERVISION**

THIS CAUSE came on for consideration upon review by the Commissioner of Insurance

for the State of North Carolina ("Commissioner") of the financial condition of Southland National

Insurance Corporation ("SNIC"), Bankers Life Insurance Company ("BLIC"), Colorado Bankers

Life Insurance Company ("CBL"), Southland National Reinsurance Corporation ("SNRC"), and

Standard Risk and Life Insurance Company ("SRLIC"), (collectively the "Companies").  After a

review of the entire record and upon consideration thereof, and otherwise being fully advised in

the premises, the Commissioner hereby finds as follows:

(1)     SNIC is a licensed North Carolina domestic life and accident and health insurer subject to regulation by the Commissioner, pursuant to Chapter 58 of the North Carolina General Statutes.

(2)     SNIC is licensed in 16 additional states.

(3)     BLIC is a licensed North Carolina domestic life and accident and health insurer subject to regulation by the Commissioner, pursuant to Chapter 58 of the North Carolina General Statutes.

(4)     BLIC is licensed in 37 additional states and the District of Columbia.

(5)     CBL is a licensed North Carolina domestic life and accident and health insurer subject to regulation by the Commissioner, pursuant to Chapter 58 of the North Carolina General Statutes.

(6)     CBL is licensed in 48 additional states, the District of Columbia, and Guam.

(7)     SNRC is licensed as a North Carolina captive insurance company.

(8)     SRLIC is licensed as a North Carolina special purpose captive insurance company.

(9)     Pursuant to N.C. Gen. Stat. § 58-30-62(c) and N.C. Gen. Stat. § 58-10-475, the Commissioner may subject an insurer to administrative supervision if, among other things, the insurer has consented to administrative supervision.

(10)     The Companies have consented to administrative supervision for the purpose of protecting the assets of the Companies and protecting the interests of the Companies' insureds during the implementation of a proposed corrective action plan ("Plan"), which will replace the May 2, 2018, Remediation Plan submitted to the Commissioner by the Companies. The Plan, which is designed to abate certain conditions in accordance with N.C. Gen. Stat. § 58-30-62(d), will result in a significant restructuring of the Companies' investments and potentially a change in

management and/or ownership.  A period of administrative supervision will permit the Companies to effectuate the Plan, subject to supervision by the Commissioner.

(11)    The Companies have been cooperative with the Commissioner and consent to being placed under administrative supervision for a period of 120 days from the date of execution of this Consent Order with an understanding that the Companies may be released from supervision by the Commissioner in connection with any approved change in control of the Companies.  Such administrative supervision may be extended in 120-day increments in the discretion of the Commissioner.

(12)    The Companies hereby knowingly and voluntarily waive the requirement for written notice and hearing under N.C. Gen. Stat. § 58-30-62(e), and therefore agree that any timelines outlined in this Consent Order will be binding, notwithstanding any timelines provided for in N.C. Gen. Stat. § 58-30-62.

(13)    The Companies shall file their Plan with the Commissioner by the close of business Friday, October 26, 2018.  The Plan must include, but is not limited to, the following:

        a.    A timeline and plan, acceptable to the Commissioner, for refinancing affiliated loans with third parties to reduce affiliate exposure;

        b.    A timeline and plan, acceptable to the Commissioner, for liquidating principal protected notes;

        c.    A timeline to have all investments, previously rated by Egan Jones, rated by an approved and eligible NAIC Credit Rating Provider, acceptable to the Commissioner, which utilizes at a minimum, audited financial statements during the rating process;

d.    A requirement that all ratings to be received will be on the actual securities held by the Companies;

e.    A requirement to submit to the Commissioner a monthly investment report that will include a detailed listing of all investments held by the Companies where Mr. Greg Lindberg, the Ultimate Controlling Person ("UCP") maintains substantial economic interest in the direct or underlying borrower;

f.    An overview of the restructuring and cost reduction measures to make the Companies more self-sufficient, to include the use of unaffiliated third-party reinsurance, reduction in expenses, transition of treasury management activities, and transition of asset management functions;

g.    A requirement to submit monthly statutory financial statements for the Companies on an individual basis to the Commissioner;

h.    A plan, acceptable to the Commissioner, detailing the business to be written by the Companies on a monthly basis by company, product type, and state;

i.    A plan, acceptable to the Commissioner, detailing the amount of capital and surplus that will be maintained to support the business written;

j.    A requirement to provide a monthly report to the Commissioner detailing premium writings by company, product type, state, for the month and year to date;

k.    A requirement that the Companies will establish and maintain a formal process to track all intercompany transactions on an ongoing basis and will reconcile the transactions on at least an annual basis;

l.  A requirement to provide a weekly written report and bi-weekly oral report updating the Commissioner on the status of Plan implementation and progress.

m.  A requirement that the Companies will annually complete a combined balance sheet and income statement on a best-efforts GAAP basis of the entities controlled by the UCP and submit these statements to the Commissioner annually for so long as Greg Lindberg is the UCP;

n.  For so long as Greg Lindberg is the UCP, a requirement that, for the subsidiaries that comprise 85% or more of the UCP's equity holdings, appraisals will carry an appraiser's certification as required by the USPAP and conform to any of the reporting requirements expressly required under USPAP or the business valuation standards promulgated by the American Institute of Certified Public Accountants, the American Society of Appraisers, or the National Association of Certified Valuation Analysts; and

o.  To provide such other information as the Commissioner may require.

IT IS THEREFORE ORDERED, upon execution of this Consent Order, which shall be confidential pursuant to N.C. Gen. Stat. § 58-30-62(f), the Companies shall be placed under the Commissioner's supervision pursuant to the provisions of N.C. Gen. Stat. § 58-30-62, and that the Commissioner be vested with the authority to effect and apply the provisions of said statute and this Consent Order.

Case 3:23-cr-00048-MOC-DCK    Document 234-35    Filed 07/14/26    Page 6 of 14

IT IS FURTHER ORDERED that, during the period of supervision, the Companies shall not do any of the following acts, without the prior written approval of the Commissioner or his appointed representative for supervision (NOTE – the dollar thresholds set forth below shall be reevaluated once the supervisor has an opportunity to determine appropriate thresholds for each type of transaction):

(1)     Dispose of, convey, or encumber any of their assets or their business in force in amounts of more than $10,000;

(2)     Withdraw from any of their bank accounts amounts of more than $10,000; provided that this will not include approval for any outside counsel legal fees or expenses incurred directly by the Companies in response to the ongoing investigation and related regulatory matters; and provided further that this will not include approval for the items identified on Schedule A attached hereto (NOTE – the items identified in Schedule A are subject to further review and change by the supervisor);

(3)     Lend any of their funds to affiliates, officers, directors, shareholders, or third parties;

(4)     Invest any of their funds other than in US Treasury obligations, common stocks actively traded on an exchange, or such assets as described in N.C. Gen. Stat. § 58-7-173(1)-(8);

(5)     Transfer any of their property in amounts of more than $10,000;

(6)     Incur any debt, obligation or liability;

(7)     Merge or consolidate with another company; provided that nothing in this Consent Order shall restrict the Companies and the UCP from pursuing and negotiating a

sale or restructuring of the Companies subject to required regulatory approvals;

(8)    In the aggregate, the Companies shall not write new business in excess of $25,000,000 per month on a direct or assumed basis;

(9)    Enter into any new reinsurance contract or treaty or amend any existing reinsurance contract or treaty;

(10)    Terminate, forfeit, convert, or lapse any policy or contract of insurance, except for nonpayment of premiums due;

(11)    Release, pay, or refund premium deposits, accrued cash, or loan values, unearned premiums, or other reserves on any insurance coverage;

(12)    Make any material change in management;

(13)    Increase salaries or benefits of officers or directors or make preferential payment of bonuses, dividends, or other payments considered preferential; or

(14)    Make any other material changes in their operations.

IT IS FURTHER ORDERED that in order to carry out the provisions of this Consent Order the Commissioner, as the supervisor, shall contract with an independent third-party paid for by the Companies. The independent third-party shall act on behalf of the Commissioner and shall have the full authority of the Commissioner, including free access to all data relating to the property, assets, business and affairs of the Companies, and to conduct examinations of the Companies' operations and financial condition at the supervisor's direction. The administrative supervision of the Companies shall continue until the Commissioner releases the Companies from supervision.

Issued under my hand and seal this 18th day of October, 2018.

Mike Causey
Commissioner of Insurance

COMPANY CONSENT:

**Southland National Insurance Corporation**

By: _____

Lou Hensley
Chief Executive Officer

**Bankers Life Insurance Company**

By: _____

Lou Hensley
Chief Executive Officer

**Colorado Bankers Life Insurance Company**

By: _____

Lou Hensley
Chief Executive Officer

**Southland National Reinsurance Corporation**

By: _____

Lou Hensley
Chief Executive Officer


**Standard Risk and Life Insurance Company**

By: _____

Lou Hensley
Chief Executive Officer

**SCHEDULE A**

**LIST OF PRE-APPROVED EXPENSES**

See attached spreadsheet.

Case 3:23-cr-00048-MOC-DCK    Document 234-35    Filed 07/14/26    Page 11 of 14

# GBIG Expense Analysis - U.S. Insurance

**Recurring Expenses**

| Vendor | Monthly Run-rate | Description | Frequency |
|---|---|---|---|
| Durham, NC - Rent & Related | 60 | Rent for Durham office | Mth |
| Denver, CO - Rent & Related | 39 | Monthly Rent for Denver office; ending 2/1/2018 | Mth |
| Basking Ridge, NJ - Rent & Related | 15 | Rent for Pavonia office | Mth |
| St Pete, FL - Rent & Related | 6 | Rent for BLIC office; attempting to sub-lease | Mth |
| Louisiana (4 offices) - Rent & Related | 13 | Leases expire between March and Sept 2019; attempting to sub-lease | Mth |
| Washington D.C. - Rent & Related | 16 | Rent for Washington DC office; attempting to sub-lease | Mth |
| Iron Mountain, Inc | 5 | Off-site Storage facility for printed materials (currently $5k/mo) | Mth |
| **Facilities** | **154** | | |
| | | | |
| Corporate Insurance | 58 | D&O, E&O, Instit Bond, Excess Side A, Cyber, Worker's Comp, Umbrella | Ann |
| **Insurance** | **58** | | |
| | | | |
| Indeed, Inc. | 4 | Recruiting advertising | Mth |
| **Recruiting** | **4** | | |
| | | | |
| Axway Inc | 6 | Annual license fee for file transfer platform; mulitiple annual payments | Ann |
| Blue Hill Data Services | 57 | Mainframe Disaster Recovery Services; expanding services in 2019; also includes Xybernet claims system expenses | Mth |
| Canon Solutions America Inc | 2 | Copier Maintenance | Mth |
| Citrix Systems Inc | 2 | Remote Desktop Licenses (inc support) | Ann |
| Connectivity Systems Dba: CSI International | 2 | Mainframe software - BIM-Alert, BIM-PC, BIM-Transverse, BIM-FAQS | Ann |
| Cyxtera Communications, LLC | 5 | Colorado Data Center; expected to continue using for another year or so as we transition operations to Durham Data Center | Mth |
| DTCC | 8 | eApp services for banks writing annuities | Mth |
| Earthlink Business 1058 | 2 | Durham office Phone charges | Mth |
| GGYAXIS Inc | 7 | License fees paid quarterly for AXIS actuarial system | Qtr |
| IBM Corporation | 1 | Primarily IT Disaster Recovery services and mainframe maintenance | Ann |
| Clearwater Analytics | 80 | Investment Accounting Services | Mth |
| Host Analytics | 3 | Financial reporting/analytics software | Ann |
| Apps & Associates | 12 | Oracle managed service general ledger support | Mth |
| Markit North America Inc | 1 | WSO implementation fees/quarterly servicing fees (software for portfolio administration) | Qtr |
| MVP Systems Software, Inc. | 1 | JAMS enterprise job scheduling and workload automation software | Ann |
| National Financial Services | 3 | Post contracts and new apps transactions; maintenance fee (for DTCC) | Mth |
| NFS | 36 | AnnuityNet for Bank distribution | Mth |
| Oracle America | 11 | GL system | Ann |
| Pershing | 12 | AnnuityNet for Bank distribution | Mth |
| Praeses, LLC | - | PocketLife Moble Agent application license fees | Ann |
| Pinpoint Global Communications | 3 | Portal Hosting and training and administrative fees | Mth |
| QL Admin Solutions | 4 | Admin system for SNIC / BLIC | Mth |
| Red Hat | 12 | Linux operating systems and subscription; need to expand server environment, decision to expand using Linux - main reasons are licenses are cheaper than Windows, industry uses Linux | Ann |
| Secureworks, Inc | 2 | Advanced Threat Protection, active threat management tools; 3-year license fee | Multi |
| Sovos Compliance, LLC | 10 | Printing/Mailing 1099s for customers and agents | Ann |
| TierPoint | 5 | IT RTP DataCenter | Mth |
| Tritech Software Development Corp | 2 | Software Licenses for Premium Tax software (Premium Pro Life) | Ann |
| HMR | 60 | P1-Life Admin System (Pavonia) | Mth |
| Canon Financial Services, Inc | 10 | Canon vendor for leasing copiers/printers, maintenance, toner, etc (started 2018) | Mth |
| Verizon Wireless | 3 | Wireless for GB employees (includes phones, tablets, hotspots, etc) | Mth |
| CenturyLink | 21 | Telecom data lines; we have multiple contracts (IQ Networking between CO Data Center and Tierpoint in Durham @ Variable/month based on Mbps; manage hardware, VPN, backbone, etc connected to CenturyLink) | Mth |
| FAST | 281 | Quarterly payments for FAST system - maintenance and development | Qtr |
| Vertafore | 13 | IT - ImageRight product & imaging fees; Also Licensing & Compliance for Sircon expenses | Ann |
| **IT** | **678** | | |

# GBIG Expense Analysis - U.S. Insurance

**Recurring Expenses**

| Vendor | Monthly Run-rate | Description | Frequency |
|---|---|---|---|
| Sidley | 50 | Law firm | Mth |
| Condon Tobin Sladek Thorton | 16 | Law firm | Mth |
| Greenberg Traurig, P.A. | 20 | Law firm | Mth |
| Hutchison, PLLC | 10 | Law firm | Mth |
| Mayer Brown LLP | 10 | Law firm for regulatory matters | Mth |
| **Legal** | **106** | | |
| | | | |
| Colorado Bankers Services | 5 | Agency development (including sponsorships); 2019 may go to other Agencies - placeholder | Mth |
| Consolidated Financial Group | 5 | Agency development; 2019 may go to other Agencies - placeholder | Mth |
| Employer's First Choice | 5 | Agency Development; 2019 may go to other Agencies - placeholder | Mth |
| **Agency development** | **15** | | |
| | | | |
| Bulger, Lenardson & Associates Inc | 4 | Admin Fees (TPA) | Mth |
| City Employee Club | 15 | Monthly Admin Fees; billed $3.00 per policy (positive payment) | Mth |
| FBMC Benefits Management | 2 | TPA Admin Fees (~ $3.00 per policy positive payment) | Mth |
| National Fringe Benefits | 19 | Monthly Admin Fees; billed $3.00 or $2.50 per policy (positive payment) depending on issue date | Mth |
| SF&C | 30 | Primarily Admin Fees in Finance Other; some agency development expenses in L&W | Mth |
| United Bank And Capital Trust | 20 | Monthly Admin Fees; billed $1.00 per policy (positive payment) | Mth |
| **Admin Fees** | **90** | | |
| | | | |
| American Para Professional Systems | 1 | Medical tests for agents | Mth |
| Annuity Rate Watch | 1 | Online portal containing informaiton about Annuity products (CBL and BLIC each have license) | Ann |
| Corporation Service Company | 4 | Maintains listing of Registered Agents, Regulatory Licensing and Filings for all 50 states + PR and Guam, Renewals for Regulatory Licensing for all 50 states + PR and Guam | Mth |
| CoventBridge | 2 | Quarterly SIU Admin Fees; Anti-fraud planning | Mth |
| Ebix, Inc | 17 | IT Consulting (supporting DTCC and AnnuityNet) | Mth |
| Experian Marketing Solutions (QAS) | 2 | Address-checking software subscription | Ann |
| General Information Services, Inc | 11 | Per report charges (validation, KwikScreen, Criminal History, Drug Screen, Civil Service, DOT, etc) | Mth |
| LexisNexis Risk Solutions | 2 | Claims investigations/ Customer Validation Tool; Bridger insight XG services, Bridger Standard watchlists (to be replaced in 2019; savings TBD) | Mth |
| LIMRA | 2 | Membership, AML courses | Ann |
| LL Global, Inc | 2 | LIMRA/AML Services; training, LOMA courses | Mth |
| Management Research Services | 7 | APS Medical Record Requests | Mth |
| MIB Inc | 3 | Database used for medical screening of potential policy applicants | Mth |
| Milliman Solutions LLC | 22 | Medical Inspection reports, risk score study/ALFA maintenance | Mth |
| Sircon Corporation | 12 | Appointments/Training | Mth |
| Sircon Corporation, a Vertafore Business | 6 | Agent Appointments | Ann |
| Southland Benefits Solution | 142 | TPA for SNIC; Monthly Payments; change in pricing each September | Mth |
| PSI Services, LLC | 2 | Monthly appointment billings for GA, AL | Mth |
| **Operations Services** | **237** | | |
| | | | |
| American Solutions For Business | 1 | Printing and/or Office Supplies | Mth |
| C&D Printing | - | Printing - primarily BLIC materials | Mth |
| Fedex | 6 | Overnight / Shipping; primarily sending agent materials (policies, checks, marketing materials) | Mth |
| Four Print | - | Printing charges (forms, applications, disclosures) | Mth |
| Mailfinance | 3 | Mailing service / leasing expenses for postage machines - expected to decline with eApps | |
| UPS | 15 | Shipping | Mth |
| Worth Higgins | 14 | Printing vendor, taking over for prior vendors starting late 2018 | Mth |
| **Printing/Postage** | **39** | | |
| | | | |
| Lewis & Ellis, Inc. | 83 | Actuarial support - appointed actuary for SNIC & CBL | Mth |

**GBIG Expense Analysis - U.S. Insurance**

**Recurring Expenses**

| Vendor | Monthly Run-rate | Description | Frequency |
|---|---|---|---|
| Rives & Associates, LLP | 48 | Auditing expense for BLIC, CBL, SNIC, SNRC, GBIG, LLC | Qtr |
| Milliman Inc | 42 | Actuarial consulting including hedging for FIA | Mth |
| KPMG LLP | 11 | Auditing expense for Pavonia | Mth |
| Staples Advantage | 3 | Office Supplies | Mth |
| Well-Bean Coffee Company | 3 | Office Coffee | Mth |
| William H. Lanford | 6 | Contractual payment from SNIC acquisition | Mth |
| Financial Media Group | 1 | Advisor Direct Connect License renewal (maintains database of licensed agents) | Ann |
| NAIC | 2 | Filing Fees/Annual Insurer Fee | Ann |
| **Other** | **199** | | |
| **Total** | **1,579** | | |