**EXHIBIT H**

| From: | Paul Brown <paul.brown@GlobalBankers.com> |
|---|---|
| Sent: | Monday, October 28, 2019 4:53 PM |
| To: | Greg Lindberg |
| Cc: | Chris Herwig |
| Subject: | some good news |
| Attachments: | Book1.xlsx |

I wanted to be sure you guys saw this on the PPN final outcome.  With the dip in rates a couple of weeks ago we went back at some of the issuers of the zeros underlying the remaining PPNs and, with a combination of veiled threats and negotiation, were able to improve their terms.  Recall that the ones that were left were the ones that were priced most out of the money.  Earlier in the year we talked about a best case loss on the zeros in the -50mm to -60mm range but we ended up making +6mm on the disposals.  Every little bit helps.


Best,
Paul