## EXHIBIT H2

**Intial Economics at Issuance**

| Issuer | Cusip | Coupon | | Frequency | $ Price at Purchase | | Notional | Matruity |
|---|---|---|---|---|---|---|---|---|
| CIBC | 13605AAY5 | 0.30% | S/A | | $ | 33,722,603 | $ 74,100,000 | 4/13/2048 |
| CITI | 172967LX7 | 0.30% | S/A | | $ | 24,570,000 | $ 63,000,000 | 5/14/2048 |
| TVA 2065 whole bond | 880591ES7 | 4.25% | S/A | | $ | 6,113,907 | $ 5,165,000 | 9/15/2065 |
| TVA 2060 P Strip | 88059FBT7 | 0.00% | NA | | $ | 7,149,389 | $ 30,837,000 | 9/15/2060 |
| TVA 2065 P Strip | 88059FCG4 | 0.00% | NA | | $ | 7,628,793 | $ 39,100,000 | 9/15/2065 |
| Nomura | 65538XAG6 | 0.25% | S/A | | $ | 5,604,671 | $ 14,846,810 | 3/14/2048 |
| Wells Fargo | 949746SW2 | 0.30% | A | | $ | 42,600,000 | $ 150,000,000 | 7/26/2053 |
| Natixis | 63873DAA1 | 0.30% | A | | $ | 55,850,000 | $ 150,000,000 | 6/25/2048 |
| Barclays | 06739FJM4 | 0.00% | NA | | $ | 41,018,804 | $ 92,746,057 | 3/31/2048 |
| RBC | 78013GSS5 | 0.00% | NA | | $ | 24,705,000 | $ 54,000,000 | 3/21/2048 |
| BMO | 06367UAA5 | 0.00% | NA | | $ | 33,715,838 | $ 77,200,000 | 6/29/2048 |
| UBS | 90270KVK2 | 0.00% | NA | | $ | 27,036,000 | $ 75,100,000 | 6/7/2048 |
| JPM | 48128GR77 | 0.30% | S/A | | $ | 49,999,883 | $ 180,145,000 | 8/28/2053 |

$ 359,714,888.58    $    1,006,239,867