**EXHIBIT I2**

**Zero Coupon Loss by Dinius Decision to Sell Early**

**611,660,960**

**Intial Economics at Issuance**

| Issuer | Cusip | Coupon | Frequency | $ Price at Purchase | Notional | Matruity |
|---|---|---|---|---|---|---|
| CIBC | 13605AAY5 | 0.30% | S/A | $ 33,722,603 | $ 74,100,000 | 4/13/2048 |
| CITI | 172967LX7 | 0.30% | S/A | $ 24,570,000 | $ 63,000,000 | 5/14/2048 |
| TVA 2065 whole bond | 880591ES7 | 4.25% | S/A | $ 6,113,907 | $ 5,165,000 | 9/15/2065 |
| TVA 2060 P Strip | 88059FBT7 | 0.00% | NA | $ 7,149,389 | $ 30,837,000 | 9/15/2060 |
| TVA 2065 P Strip | 88059FCG4 | 0.00% | NA | $ 7,628,793 | $ 39,100,000 | 9/15/2065 |
| Nomura | 65538XAG6 | 0.25% | S/A | $ 5,604,671 | $ 14,846,810 | 3/14/2048 |
| Wells Fargo | 949746SW2 | 0.30% | A | $ 42,600,000 | $ 150,000,000 | 7/26/2053 |
| Natixis | 63873DAA1 | 0.30% | A | $ 55,850,000 | $ 150,000,000 | 6/25/2048 |
| Barclays | 06739FJM4 | 0.00% | NA | $ 41,018,804 | $ 92,746,057 | 3/31/2048 |
| RBC | 78013GSS5 | 0.00% | NA | $ 24,705,000 | $ 54,000,000 | 3/21/2048 |
| BMO | 06367UAA5 | 0.00% | NA | $ 33,715,838 | $ 77,200,000 | 6/29/2048 |
| UBS | 90270KVK2 | 0.00% | NA | $ 27,036,000 | $ 75,100,000 | 6/7/2048 |
| JPM | 48128GR77 | 0.30% | S/A | $ 49,999,883 | $ 180,145,000 | 8/28/2053 |
| | | | | $ 359,714,888.58 | $ 1,006,239,867 | |

| Total Zero Gain/Loss | | |
|---|---|---|
| Issuer | Cusip | Cash Gain/Loss |
| CIBC | 13605AAY5 | 469,697 |
| CITI | 172967LX7 | 2,084,748 |
| TVA 2065 whole bond | 880591ES7 | 1,731 |
| TVA 2060 P Strip | 88059FBT7 | (3,068) |
| TVA 2065 P Strip | 88059FCG4 | (24,361) |
| Nomura | 65538XAG6 | 360,000 |
| Wells Fargo | 949746SW2 | (2,524,722) |
| Natixis | 63873DAA1 | 12,800,000 |
| Barclays | 06739FJM4 | 1,198,000 |
| RBC | 78013GSS5 | (5,394,600) |
| BMO | 06367UAA5 | 1,256,093 |
| UBS | 90270KVK2 | (3,726,745) |
| JPM | 48128GR77 | (460,008) |

| | | |
|---|---|---|
| Total Gain | | 6,036,766 |

| Total Cash Proceeds by Lender | | | | | |
|---|---|---|---|---|---|
| Issuer | Cusip | CBL | BLIC | SNIC | Total |
| CIBC | 13605AAY5 | 32,402,189 | 1,530,900 | 3,827,250 | 37,760,339 |
| CITI | 172967LX7 | 31,454,008 | 2,030,375 | 4,060,750 | 37,545,133 |
| TVA 2065 whole bond | 880591ES7 | 6,907,085 | 402,048 | 804,095 | 8,113,227 |
| TVA 2060 P Strip | 88059FBT7 | 7,843,635 | 448,786 | 897,572 | 9,189,993 |
| TVA 2065 P Strip | 88059FCG4 | 8,110,459 | 473,694 | 947,388 | 9,531,541 |
| Nomura | 65538XAG6 | 885,697 | 727,827 | 3,789,455 | 5,402,979 |
| Wells Fargo | 949746SW2 | 32,325,000 | 3,232,500 | 4,848,750 | 40,406,250 |
| Natixis | 63873DAA1 | 54,918,000 | 5,033,900 | 8,695,600 | 68,647,500 |
| Barclays | 06739FJM4 | 34,824,883 | 2,741,827 | 4,540,000 | 42,106,709 |
| RBC | 78013GSS5 | 20,370,085 | 1,430,400 | 3,576,000 | 25,376,485 |
| BMO | 06367UAA5 | 28,174,774 | 2,264,853 | 4,529,706 | 34,969,333 |
| UBS | 90270KVK2 | 21,413,398 | 1,525,381 | 3,050,762 | 25,989,542 |
| JPM | 48128GR77 | 49,539,875 | - | - | 49,539,875 |

| | | | | | |
|---|---|---|---|---|---|
| Total Proceeds | | 329,169,088 | 21,842,490 | 43,567,329 | 394,578,906 |

| | | | | | |
|---|---|---|---|---|---|
| Recent | | 210,365,734 | 11,074,084 | 22,012,567 | 243,452,385 |