# EXHIBIT I3

# Investor Presentation

January 2024

 

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 2 of 63

# About this Presentation

The presentation is provided by Quadro Acquisition One Corp. ("Quadro") to provide information that would allow interested parties in making their own evaluation with respect to a proposed financing and simultaneous business combination (together with the related transactions, the "proposed transaction") between Quadro and seven operational divisions and their subsidiaries (collectively the "Operating Businesses" or "Global Growth Businesses") that comprise Global Growth Holdings, Inc. ("Global Growth").

Presently, the 7 Operating Businesses are held by Global Growth LLC and it is contemplated that after the completion of the financing and business combination, following the transaction, the Operating Businesses will be fully owned by NHC Merger Sub, Inc., which in turn will be owned by Quadro and will be referred to as "The Post-Transaction Holding Group".

The proposed transaction will be completed only upon completion of the financing transaction and approval of the business combination. This presentation is not a free writing prospectus or proxy statement, and the proxy solicitation will only be provided pursuant to a separate proxy statement of Quadro filed with and declared by the Securities and Exchange Commission (the "SEC").

The information contained herein does not purport to be all inclusive and no representations or warranties, expressed or implied, are given in, or in respect of, this presentation or any other written or oral communication communicated to the recipient during the recipient's evaluation of the Global Growth Businesses , Quadro, or their respective affiliates. The information contained in this presentation is preliminary in nature and is subject to change, and any such changes may be material. You should consult your own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this presentation, you confirm that you are not relying upon the information contained herein to make any decision. The recipient shall not rely upon any statement, representation or warranty made by any other person, firm or corporation in making its investment or decision to invest in The Pre-Transaction Companies, Quadro, or their respective affiliates. To the fullest extent permitted by law, in no circumstances will The Pre-Transaction Companies, Quadro, or any of their respective subsidiaries, interest holders, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Please refer to the definitive merger agreement and other related transaction documents, when available, for the full terms of the proposed transaction. The distribution of this presentation may also be restricted by law and persons into whose possession this presentation comes should inform themselves about and observe any such restrictions. The recipient acknowledges that it is (a) aware that the United States securities laws prohibit any person who has material, non-public information concerning a company from purchasing or selling securities of such company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities, and (b) familiar with the United State Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder (collectively, the "Exchange Act") and that the recipient will neither use, nor cause any third party to use, this presentation or any information contained herein in contravention of the Exchange Act, including, without limitation, Rule 10b-5 thereunder.

**Forward Looking Statements**

This presentation includes "forward-looking statements" within the meaning of the "safe harbor" provision of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "estimate," "plan," "project," "forecast," "intend," "will," "expect," "anticipate," "believe," "seek," "target," "continue," "could," "may," "might," "possible," "potential," "predict" or other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. The Pre-Transaction Companies and Quadro have based these forward-looking statements on each of its current expectations and projections about future event. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of financial and operation metrics. These statements are based on various assumptions, whether or not identified in this communication, and on the current expectation of The Pre-Transaction Companies' and Quadro's respective management teams and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and may materially differ from assumptions. Many actual events and circumstances are beyond the control of The Pre-Transaction Companies and Quadro. These forward-looking statements are subject to known and unknown risks, uncertainties and assumptions about The Pre-Transaction Companies and Quadro that may cause each of its actual results, levels of activity, performance or achievements to be materially different from any future results, levels of activity, performance or achievements expressed or implied by such forward-looking statements.

Such risks and uncertainties include: (i) changes in domestic and foreign business changes in the competitive environment in which The Pre-Transaction Companies operate; (ii) the ability of The Pre-Transaction Companies to manage its growth prospects, meet its operational and financial targets, and execute its strategies; (iii) the impact of any economic disruptions, decreased market demand and other macroeconomic factors, including the effect of a global pandemic, to The Pre-Transaction Companies' business, projected results of operations, financial performance or other financial metrics; (iv) expectations as to future growth in demand for The Pre-Transaction Companies' products and services; (v) The Pre-Transaction Companies' reliance on its senior management team and key employees; (vi) risks related to liquidity, capital resources and capital expenditures; failure to comply with applicable laws and regulations or changes in the regulatory environment in which The Pre-Transaction Companies operate; (vii) the outcome of any potential litigation, government and regulatory proceedings, investigations and inquiries that The Pre-Transaction Companies may face; (viii) assumptions or analyses used for The Pre-Transaction Companies' forecasts proving to be incorrect and causing its actual operating and financial results to be significantly below their forecasts; (ix) The Pre-Transaction Companies failing to maintain their current level of acquisitions or an acquisition not occurring as planned and negatively affecting operating results, the inability of the parties to successfully or timely consummate the proposed transaction, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect The Post-Transaction Holding Group, or the expected benefits of the proposed transaction or that the approval of the shareholders of Quadro is not obtained; (x) the risk that shareholders of Quadro could elect to have their shares redeemed by Quadro, thus leaving The Pre-Transaction Companies insufficient cash to complete the proposed transaction or grow their business; (xi) the outcome of any legal proceedings that may be instituted against The Pre-Transaction Companies or Quadro; failure to realize the anticipated benefits of the proposed transaction; (xii) risks relating to the uncertainty of the projected financial information with respect of The Pre-Transaction Companies; (xiii) the effects of competition; (xiv) changes in applicable laws or regulations; (xv) the ability of The Pre-Transaction Companies to manage expenses and recruit and retain key employees; (xvi) the ability of The Pre-Transaction Companies or Quadro to issue equity or equity linked securities in connection with the proposed transaction or in the future; (xvii) the outcome of any potential litigation, government and regulatory proceedings, investigation and inquiries; (xviii) the potential U.S. government shutdown; the impact or certain geopolitical events, including wars in Ukraine and the surrounding region and between Israel and Hamas; (xix) the impact of a current or future pandemic or any future pandemic on The Pre-Transaction Companies, Quadro or The Post-Transaction Holding Group's projected results of operations, financial performance or other financial metrics, or on any of the foregoing risks; and (xx) those factors discussed under the heading "Risk Factors" in the registration statement on [Form F-4 (the "Registration Statement") filed with the SEC by The Post-Transaction Holding Group on November 17th, 2023], as may be amended from time to time, and other documents filed, or to be filed, with the SEC by Quadro or The Post-Transaction Holding Group. If any of these risks materialize or The Pre-Transaction Companies or Quadro's assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward looking statements reflect The Pre-Transaction Companies and Quadro's expectations, plans or forecasts of future events and views as of the date of this presentation. The Pre-Transaction Companies and Quadro anticipate that subsequent events and developments will cause The Pre-Transaction Companies and Quadro's assessments to change. However, while The Pre-Transaction Companies and Quadro may elect to update these forward-looking statements at some point in the future, The Pre-Transaction Companies and Quadro specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing The Pre-Transaction Companies or Quadro's assessments as of any date subsequent to the date of this presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements. An investment in The Pre-Transaction Companies or Quadro is not an investment in any of The Pre-Transaction Companies or Quadro's founders' or sponsors' past investments or companies or any funds affiliated with any of the foregoing. The historical results of these investments are not indicative of future performance of The Pre-Transaction Companies or Quadro, which may differ materially from performance of past investments, companies or affiliated funds. [NTD: What does this F-4 refer to.]

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 3 of 63

# About this Presentation

**Financial Information**

The Financial information contained in this presentation has been taken from or prepared based on the historical financial statements of The Pre-Transaction Companies for the periods presented. The Pre-Transaction Companies historical financial information prior to 2021 was prepared in accordance with the generally accepted accounting practice in the U.S. ("U.S. GAAP"). Such information has not been audited in accordance with Public Company Accounting Oversight Board ("PCAOB") standards. Neither Quadro nor The Pre-Transaction Companies can assure you that, had the financial statements been compliant with Regulation S-X under the United States Securities Act of 1933, as amended (the "Securities Act"), and the regulations of the SEC promulgated thereunder or audited in accordance with PCAOB standards, there would not be differences and such differences could be material. The Pre-Transaction Companies' financial statements included in the registration statement have been prepared in accordance with IFRS. Furthermore, all financial information of The Pre-Transaction Companies included in this presentation subsequent to June 30, 2023, is preliminary and unaudited. The Pre-Transaction Companies' independent auditors have not reviewed or performed any procedures on the preliminary, unaudited financial results included in this presentation. Accordingly, there may be material differences between the presentation of the financial information included in the presentation and in the Registration Statement. Certain monetary amounts, percentages and other figures included in this presentation have been subject to rounding adjustments. Certain other amounts that appear in this presentation may not sum due to rounding.

**Non-GAAP Financial Measures**

This presentation includes certain financial measures not presented in accordance with U.S. GAAP or IFRS including, but not limited to, Adjusted revenues, Adjusted EBITDA, Free Cash Flow, Margin, ROIC and certain ratios and other metrics derived therefrom. These non-GAAP financial measures are not measures of financial performance in accordance with U.S. GAAP, or IFRS or any other GAAP and may exclude items that are significant in understanding and assessing The Pre-Transaction Companies' financial results. Therefore, these measures should not be considered in isolation or as an alternative to net income, cash flows from operations or other measures of profitability, liquidity or performance under U.S. GAAP, IFRS, or any other GAAP. You should be aware that The Pre-Transaction Companies presentation of these measures may not be comparable to similarly-titled measures used by other companies.

The Pre-Transaction Companies believe these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to The Pre-Transaction Companies' financial condition and results of operations. The Pre-Transaction Companies believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating ongoing operating results and trends and in comparing The Pre-Transaction Companies' financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. These non-GAAP measures are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures.

This presentation also includes certain projections of non-GAAP financial measures. Due to the high variability and difficulty in making accurate forecasts and projections of some of the information excluded from these projected measures, together with some of the excluded information not being ascertainable or accessible, The Pre-Transaction Companies are unable to quantify certain amounts that would be required to be included in the most directly comparable GAAP financial measures without unreasonable effort. Consequently, no disclosure of estimated comparable GAAP measures is included and no reconciliation of the forward-looking non-GAAP financial measures is included. Please see the appendix to this presentation for reconciliation of non-GAAP financial measures used in this presentation to their most directly comparable GAAP metric.

**Industry and Market Data; Trademarks**

This presentation also contains certain statistical data, estimates and forecasts that are based on independent industry publications or other publicly available information, as well as information based on other third-party or internal sources. This information involves many assumptions and limitations, and you are cautioned not to give undue weight to such information. None of The Pre-Transaction Companies, Quadro or any placement agent has independently verified the accuracy or completeness of the information contained in the industry publications and other publicly available information. Accordingly, none of The Pre-Transaction Companies, Quadro or any placement agent makes any representation as to the accuracy or completeness of that information nor does The Pre-Transaction Companies, Quadro or any placement agent undertake to update such information after the date of this presentation. In addition, this presentation does not purport to be all-inclusive or to contain all information that may be required to make a full analysis of The Pre-Transaction Companies or the proposed transaction. You should make your own evaluation of The Pre-Transaction Companies and of the relevance and adequacy of the information and should make such other investigations as you deem necessary. The information contained in the third-party citations referenced in this presentation is not incorporated by reference into this presentation.

This presentation may contain trademarks, service marks, trade names and copyrights of other companies, which are property of their respective owners. Solely for convenience, some of the trademarks, service marks, trade names and copyrights referred to in this presentation may be listed without the TM, SM, (c) or (r)-symbols, but The Pre-Transaction Companies and Quadro will assert, to the fullest extent under applicable law, the right of the applicable owners, if any, to these trademarks, service marks, trade names and copyrights.

**Additional Information about the Proposed Transaction and Where to Find It**

This presentation does not contain all the information that should be considered concerning the proposed transactions and is not intended to form the basis of any investment decision or any other decision in respect of the proposed transaction. The Post-Transaction Holding Group has filed a Registration Statement with the SEC, which includes a proxy statement/prospectus to be distributed to Quadro's shareholders and warrant holders in connection with Quadro's solicitation for proxies for the votes by Quadro's shareholders and warrant holders in connection with the proposed transaction and other matters described in the Registration Statement, as well as the prospectus relating to the offer of the securities to be issued by The Post-Transaction Holding Group to Quadro shareholders and warrant holders in connection with the completion of the proposed transaction. Before making any voting or other investment decisions, Quadro's shareholders and warrant holders and other interested persons are advised to read the Registration Statement and any amendments thereto and, once available, the definitive proxy statement/prospectus, in connection with Quadro's solicitation of proxies for its special meeting of shareholders and its special meeting of warrant holders to be held to approve, among other things, the proposed transaction, as well as other documents filed with the SEC by Quadro, The Pre-Transaction Companies or The Post-Transaction Holding Group in connection with the proposed transaction, as these documents will contain important information about The Pre-Transaction Companies, The Post-Transaction Holding Group, Quadro and the proposed transaction. After the Registration Statement has been declared effective, Quadro will mail a definitive proxy statement/prospectus and other relevant documents to its shareholders and warrant holders as of the record date established for voting on the proposed transaction. Quadro's shareholders and warrant holders may also obtain a copy of the Registration Statement or definitive proxy statement/prospectus, once available, as well as other documents filed by Quadro with the SEC, without charge, at the SEC's website located at www.sec.gov or by directing a written request to Quadro at 2685 Nottingham Avenue, Los Angeles, CA 90027.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 4 of 63

# About this Presentation

**Participants in the Solicitation**

The Pre-Transaction Companies, The Post-Transaction Holding Group, Quadro and their respective directors and executive officers may be deemed participants in the solicitation of proxies from Quadro's shareholders and warrant holders with respect to the proposed transaction. A list of the names of Quadro's directors and executive officers and a description of their interests in Quadro is set forth in Quadro's filings with the SEC (including the Registration Statement and the Annual Reports and Quarterly Reports filed by Quadro with the SEC on Forms 10-K and 10-Q, respectively, and any other documents filed in connection with the proposed transaction) and are available free of charge at the SEC's website located at www.sec.gov, or by directing a written request to Quadro at 2685 Nottingham Avenue, Los Angeles, CA 90027.

Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests will be included in the definitive proxy statement/prospectus when it becomes available. Shareholders, potential investors and other interested persons should read each of the Registration Statement, and the definitive proxy statement/prospectus carefully when it becomes available before making any voting or investment decisions. You may obtain free copies of these documents from the sources indicated above.

**No Offer or Solicitation**

This presentation and the information contained herein does not constitute (i) (a) an offer to sell or the solicitation of an offer to buy any securities, or a solicitation of any vote or approval, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction or (b) a proxy statement or solicitation of a proxy, a prospectus, an advertisement or a public offering of the securities described herein in the United States or any other jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act or exemptions therefrom. Investment in any securities described herein has not been approved by the SEC or any other regulatory authority nor has any authority passed upon or endorsed the merits of the offering or the accuracy or adequacy of the information contained herein, any representation to the contrary is a criminal offense.

**Risk Factors**

For a non-exhaustive description of certain risks relating to The Pre-Transaction Companies and The Post-Transaction Holding Group, including their business and operations, and the proposed transaction, we refer you to "Risk Factors" at the end of this presentation. Please also see the section titled "Risk Factors" in the Registration Statement for more information.

**Use of Projections**

This presentation contains certain financial forecast information of The Pre-Transaction Companies, including, but not limited to, estimated results for fiscal year 2023, including Adjusted EBITDA, revenue and gross margin, and The Pre-Transaction Companies' long-term business model. Such financial forecast information constitutes forward-looking information and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties. See "Forward-Looking Statements" above and "Selected Risk Factors" at the end of this presentation. Actual results may differ materially from the results contemplated by the financial forecast information contained in this presentation, and the inclusion of such information in this presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved. None of The Pre-Transaction Companies or Quadro's independent auditors have audited, reviewed, complied or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation; and, accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this presentation. In addition, the analyses of The Pre-Transaction Companies and Quadro contained herein are not, and do not purport to be, appraisals of the securities, assets or business of The Pre-Transaction Companies or Quadro.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 5 of 63

# Today's Presenters – 1 of 3: Global Growth



**Greg Lindberg**
Board Observer

Greg is a successful entrepreneur, philanthropist, and author.

- **Current Role:** Founder of Global Growth Holdings with over 120 acquisitions over 20 years. As a 100% ultimate beneficiary of the holding, Greg provides shareholder oversight of the holding's strategies.
- Throughout his career, he has acquired and transformed more than 100 companies that were either failing or underperforming. Today, these companies are worth over $6 billion and employ 7,000 people.
- Lindberg has authored three books: *Failing Early & Failing Often*, *633 Days Inside*, and *Lifelong*.



**Prashant Upadhyaya**
CEO

Prashant is a seasoned business executive with over 28 years of experience in Advertising and Marketing, Media and Publishing, Certifications, Research & Consulting as well as Healthcare IT.

- **Current Role:** Portfolio Leader of SixSails, a portfolio with 15 businesses, and CEO of ShopperLocal and Certitrek Group.
- Prashant has worked in COO, CEO and Portfolio Manager roles in his career.
- He has led turnarounds for multiple companies, grown sales teams, and launched startups that have grown to profitable multi-million dollar businesses.
- He has led teams across multiple geographies, like the US, UK, India, and the Philippines.



**Surinder Jain**
CFO

Surinder is a Certified Public Accountant and Indian Chartered Accountant with 20+ years of experience in consulting with large corporations across sectors.

- **Current Role:** CFO of New Degree Growth.
- Surinder has significant experience working for US public companies during the IPO process and complying with various SEC regulations including periodic and annual reporting.
- A seasoned professional who has dealt with IPOs, debt financing, transactions, divestitures, complex accounting, and regulatory matters.
- Surinder has consulted with teams in the US, UK, Europe, Middle East, and Philippines.



**Bob Alban**
Chairman of the Board

Bob is an insurance industry entrepreneur and advisor with expertise in risk-based capital models, reinsurance, Federal Home Loan Bank ("FHLB") matters, insurance tax and accounting considerations, and the insurance product and distribution marketplace.

- **Current Role:** Principal of Montshire Advisors, a firm he co-founded in 2011, where he brokers reinsurance, advises insurers on product, distribution, and FHLB matters, and represents investments and investment firms for the US insurance industry.
- Bob brings business development and M&A experience to the team.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 6 of 63

# Today's Presenters – 2 of 3: Global Growth



**Craig Ive**
Company CEO

Craig brings 35 years of experience in the global technology industry. He had two successful bootstrap technology business exits and eight successful technology business turnarounds in his career.

- **Current Role:** CEO of Damovo and Clanwilliam.
- Craig has extensive global executive experience within the SaaS, Outsourcing, Data and Enterprise Software marketplaces.



**Abhinav Khattar**
VP Finance

As a CFA Charterholder, Abhinav excels in Financial Analysis and has experience in debt financing.

- **Current Role:** VP of Finance for Global Growth
- He has been heavily involved in the corporate finance side as the former Sr. Vice President, Reports & Analytics and the Director of M&A.
- Abhinav is a financial leader with 18+ years of experience driving efficiency, transparency, and increased profitability for global tech & service businesses.



**Kathy Million**
VP of M&A

Kathy is a multi-talented professional with 25+ years of experience implementing and managing organization-wide initiatives and programs.

- **Current Role:** Chief of Staff
- She manages critical initiatives across portfolios and projects like this SPAC engagement.
- She has experience directing local and international M&A functions to drive efficiencies in managing deals and corporate compliance.
- Kathy built a team and managed the buy-side engagement processes, delivering a 95% on-time close rate.
- She is a results-driven professional with a solid career track leading customer service, business development, M&A, and operations.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 7 of 63

GU0

# Today's Presenters – 3 of 3: Quadro Acquisition One Corp.



**Dimitri Elkin**
CEO

Dimitri has served as the CEO of Quadro Acquisition One Corp. since June 2022.

- **Current Role:** CEO of Quadro Acquisition One Corp since June 2022. Chief Executive Officer and Director of Twelve Seas Investment Company II. From December 2017 - December 2019, he served as CEO of Twelve Seas Investment Company I.
- Since April 2013, Dimitri has been a Founding Partner of Twelve Seas Limited.
- Dimitri has held several leadership positions as a General Partner of UFG Private Equity, an investment executive at Kohlberg Kravis Roberts & Co. and an investment banker at Lehman Brothers.



**Giedrius Pukas**
Managing Member

Giedrius has served as a Managing Member of Quadro Sponsor LLC since June 2022.

- **Current Role:** Founder and Managing Partner at Quadro Capital Partners.
- Prior to establishing Quadro Capital Partners in 2009, Mr. Pukas worked as a managing director at Troika Capital Partners, a leading private equity fund in Russia.
- Giedrius has held several leadership positions as an Investment Director at Alfa Capital Partners, an Investment Director responsible for the CIS with Swiss fund management company Finartis Capital in Moscow, and Managing Partner at the investment boutique MAS Consult, where he was a lead manager on several private equity transactions that took place across the Baltic States and Scandinavia.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 8 of 63

**GU0**    Need to confirm with Dimitri who should be on this slide.  KM  We will likely just have Dimitri and Giedrius and the a slide with all of the Board Members.

Guest User, 2024-01-02T17:55:26.436

# Quadro Acquisition One Corp. Board of Directors



**Jonathan Morris**
Independent Director

**Jonathan Morris** is a Partner/Member of Investment Committee at **The Lawrie Group**. Jonathan has a strong operational and execution track record with over 20 years of experience with leading financial institutions.

Jonathan led principal investments and structuring at a large family office, which has signed over $1.3 billion committed capital agreements. Prior to that, Morris was an Investment Banker with the Blackstone Group where he oversaw several transactions and from 2012-16 served on the Board of SunGard AS. Before joining Blackstone, Morris was in the TMT Investment Banking Group of Credit Suisse where he successfully completed ~100 billion of transactions.

Jonathan was a capital founder of GAIN Capital, a start-successfully IPO'd.

Jonathan joined the Quadro Acquisition One Corp. Board in January of 2024.



**Gregory Nelson**
Independent Director

**Gregory D. Nelson** currently serves as Managing Director at **TAG Financial Institutions Group, LLC** a New York City investment banking boutique focused on the financial services industry, with an emphasis on executing M&A and capital raising services for clients operating within the global insurance and broader financial services sectors.

Formerly, he was Senior Vice President of U.S. RE Securities LLC where his responsibilities included sourcing and executing insurance and reinsurance industry investment banking assignments including mergers and acquisitions advisory, private debt and equity capital-raising activities, and risk securitizations.

Prior to joining U.S. RE Securities, Mr. Nelson was a member of the Financial Institutions Group of Banc of America Securities in New York, where he was responsible for executing merger and acquisition transactions and public / private capital-raising assignments primarily for mid-cap and large-cap insurance industry clients.

Gregory joined the Quadro Acquisition One Corp. Board in January of 2024



**Konstantin Tourevski**
Independent Director

**Konstantin Tourevski** is a managing partner at **New Age Alpha, LLC**, an asset management firm, where he oversees fixed-income and alternative investments.

Prior to Joining New Age Alpha in 2019, Konstantin managed investments at Loews Corporation (NYSE: L) for 16 years and worked in fixed-income research at JP Morgan Investment Management from 1999 to 2001. Throughout his career he focused on issuers in technology, telecom, media, gaming, and leisure industries.

He is a CFA Charterholder.

Konstantin has been an Independent Director of Quadro Acquisition One Corp. since March 2023.

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 10 of 63

**Slide 8**

**GU0**    Need to confirm with Dimitri who should be on this slide.  KM  We will likely just have Dimitri and Giedrius and the a slide with all of the Board Members.

Guest User, 2024-01-02T17:55:26.436



# Agenda

- Executive Summary
- Platform Overview
- Value Creation
- Tangible Upside Levers
- Compounding Returns
- Selected Risk Factors
- Appendix
  - o Pre-Transaction Group
  - o Pre-Transaction Companies



9

# Executive Summary



# Executive Summary

- Rare opportunity to invest in a "buy and hold" group of companies assembled by founder Greg Lindberg over the last 20+ years.

- Lindberg's exit from the insurance sector creates an opportunity to invest in this group of companies for the first time. This will also entail payment of $509M insurance debt over and above third-party debt.

- Proven platform model that has delivered 22%+ CAGR in EBITDA over the last 5 years.

- Proven acquisition model with $75M in EBITDA in pipeline deals.

- Globally diversified group of companies in counter-cyclical markets with hundreds of add-on acquisition targets identified.

- Closing expected by mid 2024.

**Key Benefits to the Merger
with Quadro Acquisition One Corporation**

- Provides over $2 billion of cash and public securities for Lindberg's exit from the insurance sector.
- Replaces independent trusts with public-company oversight for improved accountability and performance focus.
- Enhances transparency with public-company financial report and governance.
- Allows Lindberg's insurers to exit rehabilitation so that policyholders can access their full policy benefits.
- Eliminates a significant amount of litigation "noise" with Lindberg's exit from the insurance business.
- Policyholder reserves will be backed by cash and publicly traded securities which will replace the private placements currently backing policyholder reserves.
- Improves access to capital markets with public-company debt and equity financing.

# Subset of Global Growth Assets to Go Public in Partnership with Quadro Acquisition One Corp.

**$3.15 Billion deal for 38% of Lindberg's portfolio.**
Greg Lindberg to merge a group of his investments with Quadro Acquisition One Corp. in a $3.15 billion deal. This group of Lindberg's investments, a portion of Lindberg's Global Growth portfolio, will go public via a business combination agreement with Quadro Acquisition One Corp.

**22% EBITDA CAGR over last 5 years.**
The group of investments consists of 7 operating companies that make up approximately 38% of Lindberg's investment portfolio. These operating companies generated $1.1 billion in revenues and $142 million in Adj. EBITDA in 2023. From 2019 to 2023 the group delivered organic Adj. EBITDA CAGR of 22% and total revenue CAGR of 23%.

**$75M in EBITDA from acquisitions lined up to close with public company debt and equity financing.**
In partnership with Quadro Acquisition One Corp., this group of companies, to be known as Beckett Corporation, will accelerate its successful platform acquisition strategy with improved access to capital markets. The public-company structure will significantly increase access to debt and equity markets which will allow the group to rapidly close acquisitions from a $75M EBITDA pipeline of deals that have been sourced globally.

**Significantly improved performance with public company oversight and accountability.**
Currently, the group of companies operates within independent trusts without any shareholder accountability and with little oversight and performance focus. Terminating these trusts and placing this group of companies under one public-company CEO and CFO will significantly enhance the performance culture and accountability to improve returns.

**Proven acquisition track record with over 100 deals.**
Lindberg and his team have completed over 100 acquisitions over the last 20 years and have become a preferred buyer for founder-led companies across the US and Europe.
The group of companies has a unique model that allows each operating company to maintain its own brand, identity, and customers as the original founder envisioned.

**Closing expected by mid-2024.**

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 15 of 63

# Transaction Summary

## Transaction Overview

- Pro forma pre-money enterprise value of **$3.2 billion**, including debt (22.1x 2023E Adj. EBITDA)
- Current shareholders rolling over **100% of equity** with cash proceeds used to pay down existing debt and pay insurance obligations
- Pro forma net leverage of **4.42x** 2023E Adj. EBITDA

## Sources & Uses

| Cash sources | $M |
|---|---|
| First Lien Term Loan | 630 |
| Preferred Equity | 350 |
| Trust Roll | 6 |
| Total sources | 986 |

| Cash uses | $M |
|---|---|
| 3rd Party Debt | 444 |
| Insurance Debt & Preferred Equity | 509 |
| Deal Fees | 33 |
| Total uses | 986 |

*Executives/ Sellers payouts are to be determined and not considered in above calculations.*

## Illustrative Pro Forma Equity Ownership



Greg Lindberg, 96.3%
Quadro Sponsor, 2.9%
Quadro Public Shareholders, 0.8%

## Pro Forma Valuation (at closing)

| Enterprise value | $M |
|---|---|
| Shares outstanding (M)<br>(x) Share price | 216.7<br>$10.0 |
| Equity value | 2,167.0 |
| (+) Pro forma net debt | 986.0 |
| Proforma enterprise value | 3,153.0 |

| Transaction multiples | |
|---|---|
| Enterprise value / 2023E Adj. EBITDA | 22.14x |
| 2023E Adj. EBITDA pro forma net leverage | 4.42x |

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 16 of 63

# Platform Overview



14

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 17 of 63

# The Combined Platform of Pre-Transaction Companies

A diversified platform underpinned by a foundation of proven assets and supplemented by an acquisition engine that is expected to drive shareholder returns

**Current Key Statistics of
7 Pre-Transaction Companies**



**28** years
average age of subsidiaries

**7** years
average age in portfolio

**38\***
Acquisitions completed by the Pre-Transaction Companies

**2,500+**
Employees

**$142M**
EBITDA 2023

**$1.1B**
Revenue 2023

\* Total history of acquisitions by Pre-Transaction Companies

**Engine for Value Creation**



Stable, Cash Generative Companies + Consistent and Accretive Acquisition Engine

**Acquisition Engine**

**$88M**
Revenue acquired by the Pre-Transaction Companies every year (2019-2023)

**Stable**
Retained proven management team

**$10M**
EBITDA acquired by the Pre-Transaction Companies every year (2019-2023)

Global Growth | Quadro Acquisition One Corp.

15

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 18 of 63

# Global Growth's Acquisition Structure Focuses on Lowering Risk and Driving Returns

Pre-Transaction Companies achieve consistently attractive returns on their deployed capital partially through acquisition structures

## Acquisition structure

Acquisition cost at
**Single**
digits of EV/EBITDA multiple

**$109M**
Investment for acquisitions since 2019

Achieved
**+17%**
return on investments

## Acquisition structure benefits

Status of
**"Preferred Buyer"**
enables owners to continue to grow their business at attractive multiples

Immediate and growing
**FCF**

Potential to add
**attractive**
returns on deployed capital

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 19 of 63

# Financial Overview of Pre-Transaction Companies

Pre-Transaction Companies demonstrate high top-line growth and profit generation, driven by their acquisition strategy



**Historical Financial Performance**
2019-2023, US$ million

**Growth metrics**

**13%** Current Adj. EBITDA margin

**23%** Revenues CAGR 2019-2023

**22%** EBITDA CAGR 2019-2023

**Diversified portfolio**

Revenues by geography, 2023, %
APAC, 3%; EU, 22%; USA, 75%

Revenues by industry, 2023, %
Healthcare soft, 9%; Business soft, 15%; Healthcare-related, 18%; Collectibles, 58%

Revenues by company, 2023, %
Other, 17%; Clanwilliam, 9%; HPC Specialty, 10%; Damovo, 15%; Southern Hobby, 49%

EBITDA by company, 2023, %
Other, 15%; AT, 10%; Damovo, 12%; Clanwilliam, 25%; Southern Hobby, 38%

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 20 of 63

# The Compounding Platform Strategy of Pre-Transaction Companies has Delivered Profits, Growth, and Significant Funding Capabilities

Combining its diversified portfolio of stable growing companies and a low-risk, high-cash return acquisition strategy has provided the base for significant growth of cash-generating capabilities



**Historical Roadmap for Achieving Compounding Profits Growth, $M**

62.8 — Adj. EBITDA, 2019

28.9 — Organic growth

50.7 — EBITDA from operating entities acquired by Pre-Transaction Companies

142.4 — Adj. EBITDA, 2023

Global Growth | Quadro Acquisition One Corp.

18

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 21 of 63

# Partnership with Quadro Anticipated to Help Unlock Next Leg of Growth for Pre-Transaction Companies

## Pre-Transaction Companies

- Founder-led, scaled, profitable, and diversified compounder
- Established M&A playbook with flexible structures in a large pool of potential acquisitions
- Proprietary sourcing channels developed on the back of strong reputation and trust
- Perpetual ownership horizon, prudent leverage focused on long-term value creation
- Decentralized operation style empowering management and fostering autonomy
- Strong net surplus cash flow and potential ability for large-scale reinvestments in development
- Scalable model with a track record of growth and resilience through cycles

## Quadro

- Aligned interests and complementary skills to the management team and shareholders
- Strong leadership team with extensive networks of corporates, advisors and investors
- Access to capital with potential to accelerate the growth and the pace of further acquisitions
- Infrastructure to assist financing the growth and value enhancement
- Significant experience in capital markets, M&A, private equity investments and bringing companies public
- Line-up of former executives of S&P 500 companies with significant operational experience across industries
- Multiple M&A and investment transactions closed recently



**Group's revenues and adj. EBITDA,**
2019-2028F, US$ million

| | CAGR, 2019-2023 | CAGR**, 2023-2028 |
|---|---|---|
| Revenues | 23% | 6.4% |
| Adj. EBITDA | 22.0% | 6.5% |

Revenues: 473.4 (2019), 1,095.4 (2023), 1,493.3 (2028F)
Adj. EBITDA: 62.8 (2019), 142.4 (2023), 195.5 (2028F)

*** Includes organic growth only*

Global Growth | Quadro Acquisition One Corp.

19

**GU0**  we are reviewing the forecast & financial model to refine our assumption for forecasts. We will update the 2028 numbers accordingly (week of 15th jan)

Guest User, 2024-01-12T12:13:18.130

# Opportunity to Own a Differentiated Growth Story

## 1. Platform for Value Creation

| | |
|---|---|
| 1A | Proven strategy to drive value creation |
| 1B | Existing diversified portfolio |
| 1C | "Preferred buyer" status drives accretive values |
| 1D | Established and respected owner & management team |

**+**

## 2. Tangible Growth Drivers
Adj. EBITDA CAGR of 22%

| | |
|---|---|
| 2A | Multiple opportunities to drive growth supported by industry trends |
| 2B | Established M&A playbook and tight parameters for acquisitions |
| 2C | Access to capital designed to accelerate acquisition pace |
| 2D | Robust pipeline of attractive business acquisitions |

## 3. Compounding Returns
EBITDA Growth + Acquisitions = Long-Term Shareholder Value

| | | |
|---|---|---|
| 3A | Compelling financial profile designed to deliver compounding returns | MS0 |
| 3B | Market Leadership and comparative analysis | |
| 3C | Total return story fueled by attractive acquisitions | |
| 3D | Compelling cash profile with strong capital returns | |

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 24 of 63

**Slide 20**

**MS0**    This doesn't seem to correspond with the 3B slides. Should we change to something like "Comparable company analysis demonstrates market leadership"
Miranda Satterly, 2024-01-10T19:46:23.370

# Value Creation



21

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 26 of 63

# Proven Strategy to Drive Value Creation

The value creation ability of Pre-Transaction Companies has been refined since 2018 into a well-oiled acquisition and operations machine

## AAA Score Selection System

| Parameters | Weight | AAA Rating |
|---|---|---|
| Barriers to entry | 3 | 1-5 points |
| Company's growth rate | 1 | 1-5 points |
| Industry growth rate | 3 | 1-5 points |
| Place in the industry | 1.5 | 1-5 points |
| Physical CAPEX requirements | 2 | 1-5 points |
| % of revenue that is recurring | 3 | 1-5 points |
| Diversity of customer base | 1.5 | 1-5 points |
| Offshore labor potential | 3 | 1-5 points |
| Platform potential | 1 | 1-5 points |
| Existing roll-in potential | 1 | 1-5 points |
| TOTAL AAA Scoring | | to be >85 |

## Approach to Acquisitions



Employs a lower-risk strategy to acquire stable and profitable founder-led SMEs with operating track records

Retention of founders and management teams ensures continued entrepreneurial approach

Helps drive organic growth across the portfolio

Leverages scale to professionalize portfolio companies

M&A track record and market reputation

## Track Record

| | |
|---|---|
| **>28 years**<br>Average age of companies | Established and profitable |
| Aligned interests with founder-sellers post-acquisition | Drives "preferred buyer" status |
| **9.5%**<br>Organic Adj. EBITDA CAGR | Cross-selling opportunities |
| Back-office support | Deploy best practices across portfolio |
| **12.9%**<br>EBITDA CAGR through acquisitions | Growth Opportunities |

Global Growth | Quadro Acquisition One Corp.

22

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 27 of 63

# Existing Diversified Portfolio

Seven diversified portfolio comprises of several business help to mitigate risk through cycles

## Select End Markets Served

| | |
|---|---|
| Collectibles | Business Software Solutions |
| Specialty Pharmacy | Healthcare Software |
| Medical Equipment | Gaming Accessories |
| Communication solutions | Billing |
| Analytics | Media |

## Headquarter locations with customer base across 20+ countries



**Diversified and large end markets help the overall portfolio risk mitigation**

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 28 of 63

# "Preferred Buyer" Status on the Back of Management-Empowered Value Proposition Drives Accretive Values

The "preferred buyers" status and patience are key to driving accretive acquisition

## Preserving the Entrepreneurial Spirit

Keeping founder management teams in place and allowing them to continue to execute successful business strategy after acquisition

Management teams can benefit from the group's deep commercial expertise, portfolio knowledge, and best practices to achieve next-level growth

The group supports investment into business and management for long-term performance, rather than deploying quick, short-sighted, cost-cutting initiatives often employed by trade buyers or PE firms

Succession plans are established for each portfolio company to help ensure a smooth transition in management roles post-retirement of founders

**Retained owner managers** at acquisition still actively engaged in business

At least one member of **underlying management** remained with new group for at least three years

## "Preferred Buyer" Status

Strong **reputation** paired with in-depth industry and geographical **knowledge**

Strategic partner interested in **long-term performance and not forced to sell** the business to satisfy any PE-like fund returns

Allows successful businesses to continue to thrive **independently**

Support for **personal and professional development**

Opportunities to extract operational **synergies** via cross-fertilization with other portfolio companies

Forming deep relationships with and allowing independent businesses to execute their own strategy enables the group to purchase off-market assets for attractive multiples

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 29 of 63

# Established and Respected Owner & Management Team

Relationship-focused management team creates opportunities to find target companies through existing networks

Strong organic growth compounded with disciplined M&A that has diversified and enhanced the platform of Pre-Transaction Companies

Highly qualified executive leadership team, led by Greg Lindberg, who identified the potential in the SME markets across the world and founders' reluctance to sell to PE and trade buyers

Management forms deep relationships with subsidiaries, understanding their vision and giving them autonomy in running their business – this allows management to purchase off-market assets for attractive multiples

Senior management brings together the necessary commercial knowledge, extensive networks, and operational awareness to make successful acquisitions



**Adj. EBITDA growth breakdown, $M**

62.8 — Adj. EBITDA, 2019
Organic growth — 28.9
EBITDA from operating entities acquired by Pre-Transaction Companies — 50.7
142.4 — Adj. EBITDA, 2023

**History of portfolio build-up**

| YEAR | # OF COMPANIES ACQUIRED |
|---|---|
| 2022 | 3 |
| 2021 | 1 |
| 2020 | 3 |
| 2019 | 1 |
| 2018 | 8 |
| 2017 | 8 |
| 2016 | 5 |
| 2015 | 3 |
| 2014 | 5 |
| Pre-2014 | 1 |
| **Total** | **38** |

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 30 of 63

# Tangible Upside Levers



Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 31 of 63



| Grow Core Initiatives | | Expand the Core: M&A and Targeted Support | | |
|---|---|---|---|---|
| | Proven M&A playbook for compounding growth | Accelerate growth via access to capital | Target-rich environment for growth | Target greater scale and new geographies |
| Organic growth from existing businesses | | | | |
| Secular trends in core business | Continue accretive M&A strategy | Accessing liquid, public markets capital | Large pipeline of opportunities | Scale the model to larger transactions and new geographies |

## Select End Markets Served Currently

| | |
|---|---|
| Collectibles | Business Software Solutions |
| Specialty Pharmacy | Healthcare Software |
| Medical Equipment | Gaming Accessories |
| Communication Solutions | Billing |
| Analytics | Media |

| | |
|---|---|
| **$41Tn** <br> Total GDP of the served countries | **3.2%** <br> Nominal exp. GDP CAGR 2023-2028 |
| **$589B** <br> Total value of the target markets in served countries | **~9%** <br> Exp. markets CAGR 2023-2028 in served countries |

Global Growth | Quadro Acquisition One Corp.

27

## Key Underlying Macro Trends

 **Healthcare & Healthcare-Related Markets**

Healthcare and Healthcare-related markets, including medical software, home medical devices, hospital medical equipment and specialty pharmacy are driven by an aging population, a growing chronic condition population, the expansion of compensation coverage from state funding and insurance companies, incl. from Medicare, growth in regulatory approvals, deepening digitalization, stricter data security enforcement, the need for the growth of operational efficiencies and budgeting pressures. The markets are expected to grow at 9-18% CAGR (depending on the market segment) in the next 5 years.

 **Business Software Markets**

Further digitalization of all processes, cybersecurity, AI and advancements in cloud technologies and multichannel touchpoints, as well as the need for storing and analyzing ever-growing volumes of data, drive the growth of Business Software markets. It is expected that these markets will grow at 11% CAGR.

 **Collectibles Markets**

The Collectibles industry is going through a major re-engineering driven by improving economic conditions, increasing leisure time and popularity of hobbies, digitalization and AI penetration, the appearance of intangible collectible segments, and the professionalization of investment activities in collectible items. The market is expected to grow more than 6% CAGR over the next ten years.

 **Communications Solutions Markets**

The shift of communication and marketing efforts to online solutions, an increase in the value of peer-to-peer promotion and the growing significance of regulations drive the growth of the Communication Solutions market, with an exp. CAGR of 10%.

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 33 of 63

## 2B Established M&A Playbook and Tight Parameters for Acquisitions
Pre-Transaction Companies have a strong investment methodology and track record

### Established Acquisition Strategy + Excellent Execution = Attractive Statistics
of the Resulting Portfolio

**TARGET**
- Self-originated
- Off-market
- Strong business-wise with long operating histories

**SUPPORT**
- Retain existing management
- Support strategic direction
- Develop high operational efficiency

**INVEST**
- Re-invest in continued growth

- Founder-led profitable business with long operating history
- Strong management team committed to growth
- EBITDA $1M-$45M
- EBITDA margin >10%
- Cash-generating
- Attractive EBITDA multiple <6x
- High barriers to entry

**AAA Score Selection System**

**Barriers to entry**
*Points: 1-5; Weight:3*

**Company's growth rate**
*Points: 1-5; Weight:1*

**Industry growth rate**
*Points: 1-5; Weight:3*

**Place in the industry**
*Points: 1-5; Weight:1.5*

**Physical CAPEX requirements**
*Points: 1-5; Weight:2*

**% of revenue that is recurring**
*Points: 1-5; Weight:3*

**Diversity of customer base**
*Points: 1-5; Weight:1.5*

**Offshore labor potential**
*Points: 1-5; Weight:3*

**Platform potential**
*Points: 1-5; Weight:1*

**Existing roll-in potential**
*Points: 1-5; Weight:1*

*Any opportunity needs to score >85 for acquisition*

**Pre-Acquisition Phase**
- Originate by the internal team
- Select stringently
- Do not overpay, link to future performance

**Post-Acquisition Phase**
- Offer, perform DD and acquire
- Onboard, exercise immediate synergies
- Monitor, exercise ongoing synergies, add to growth

**38**
acquisition completed

**$659M**
Deal Value

**$878M**
Revenue of acquired companies

**3**
acquisitions per year in last 10 years

Global Growth | Quadro Acquisition One Corp.

29



Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 34 of 63

# Significant New Capital to Accelerate Growth

The transaction provides capital to optimize the balance sheet of Pre-Transaction Companies and fuel future growth

## Capital Raised in the Transaction

| Cash sources | $M |
|---|---|
| First Lien Term Loan | 630 |
| Preferred Equity | 350 |
| Trust Roll | 6 |
| Total sources | 986 |

| Cash uses | $M |
|---|---|
| 3rd Party Debt | 444 |
| Insurance Debt & Preferred Equity | 509 |
| Deal Fees | 33 |
| Total uses | 986 |

*Executives/ Sellers payouts are to be determined and not considered in above calculations.*

## Proforma Capital Structure

| Enterprise value | $M |
|---|---|
| Shares outstanding (M) <br> (x) Share price | 216.7 <br> $10.0 |
| Equity value | 2,167 |
| (+) Pro forma net debt | 986 |
| Proforma enterprise value | 3,153 |

| Transaction multiples | |
|---|---|
| Enterprise value / 2023E Adj. EBITDA <br> 2023E Adj. EBITDA pro forma net leverage | 22.14x <br> 4.42x |

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 35 of 63

**2D**

# Pipeline for Growth

Pre-Transaction Companies have a deep pool of their existing target areas to expand the business via acquisitions

## Robust Acquisition Pipeline

Current prospects:
**1,150**

Active dialogue:
**31**

Advanced:
**13**

## Advanced Targets

| | |
|---|---|
| Total revenues | **$176M** |
| Total EBITDA | **$43M** |
| Average expected EBITDA multiple | **6X** |
| Total expected value of acquisitions | **$250M** |

### Acquisition Targets – Addressable Market

- Target list of **8400+** companies and growing
- Target revenue of **$51Bn** and growing
- Target EBITDA of **$8Bn** and growing

# Compounding Returns



32

**3A**

# Compelling Set-Up to Seek Compounding Returns (1 of 2)

The platform of Pre-Transaction Companies and upside levers provide several compelling opportunities that aim to compound returns to investors

| | | |
|---|---|---|
| **A** | Compelling Financial Profile For Compounding | Top-line Growth + Cash Flow Generation + Acquisitions + Dividends |
| **B** | Attractive Entry Point With a Differentiated Story | Proforma Enterprise Value of $3.2 billion |
| **C** | High Risk-Adjusted Cash Returns via Lower-Risk Acquisition Strategy | Potential for >20% Annual Return on Investment |
| **D** | Strong Dividend Capacity Potential | Maximize Payout Ratio |

**Combining its diversified portfolio of stable companies and a low-risk, high cash return acquisition strategy has provided the base for dividend capacity growth.**



Organic + Acquisition-driven growth

Strong Free Cash Flow Growth & Dividend Potential

Deep pool of founder-led companies

Organic GDP+ top-line growth combined with operational support and exposure to essential end-markets

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 38 of 63

# Top-Line Growth and Margin Expansion (2 of 2)
Management has consistently grown the platform of the Pre-Transaction Companies with a focus on revenue and cash flow generation



**Revenue, 2019-2023**
US$ million

CAGR; 23%

| | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 473 | 489 | 760 | 1,054 | 1,095 |
| **YoY Growth** | | 3% | 56% | 39% | 4% |



**Adj. EBITDA, 2019-2023**
US$ million

CAGR; 22%

| | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Adj. EBITDA | 62.8 | 78.2 | 132.3 | 139.5 | 142.4 |
| **YoY Growth** | | 25% | 61% | 11% | 2% |

Global Growth | Quadro Acquisition One Corp.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 39 of 63

# Market Leadership Analysis – Key Comparable Companies Deep Dive

Closest comparable companies have slightly different acquisition strategies based on industry, value-add, and multiples paid, but execution is a key factor

|  | Quadro SPAC / Beckett Corp. | Addtech | Indutrade | Lifco | Diploma | Beijer / ALMA |
|---|---|---|---|---|---|---|
| **Primary End-Markets** | | | | | | |
| Diversified Industrials | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Trade | | | | | | ✓ |
| Life Sciences | ✓ | | ✓ | ✓ | ✓ | |
| Business Software, Post-Acute Health Services, and others | ✓ | ✓ | ✓ | | | ✓ |
| Key Geographies | North America, Europe | Nordics, DACH, UK | Global (>30 Countries) | Global (>30 Countries) | North America, Europe, Australia | Europe, Asia, North America |
| **M&A Approach** | | | | | | |
| # of Portfolio Companies | 38 | 156 | 238 | 211 | 142 | 39 |
| # of Acquisitions per Year | ~3 | ~10 | ~15 | ~10 | ~10 | ~5 |
| Target Business Size | $1-30M EBITDA | $1-3M EBITDA | $1-3M EBITDA | $1-40M Revenues | $1-7M EBITDA | $1-7M EBITDA |
| **Financial Metrics** | | | | | | |
| Equity Value ($M) | $2,167 | $4,822 | $7,778 | $9,701 | $4,735 | $1,051 |
| 3Y EPS CAGR (2019-2022) | N/A* | 19.6% | 21.7% | 22.7% | 16.0% | 9.9% |
| LTM Dividend Yield | N/A | 1.3% | 1.2% | 1.0% | 1.9% | 2.3% |
| TEV / FY 2023 EBITDA | 22.1x | 26.4x | 25.1x | 21.0x | 23.9x | 14.3x |

* In some of the earlier years, net income was negative

Global Growth | Quadro Acquisition One Corp.

*Source: Company filings and websites; market prices as of 11/15/2023.*

35

**3B**

# Market Leadership Analysis – Key Financial Metrics

Deep comparable universe creates a compelling starting point for entrance of Pre-Transaction Companies into public markets

| | Sales Growth | EBITDA Growth | EPS CAGR | EBITDA Margin | Net Debt/EBITDA | ROIC |
|---|---|---|---|---|---|---|
| | FY2018-FY2022 | FY2018-FY2022 | 3-Year | LTM | LTM | LTM |
| Quadro SPAC / Beckett Corp. | **36%** | **29%** | **N/A** | **13%** | 4.42x | **17%** |
| CorpAcq | 17% | 19% | 20% | 17% | 3.0x/2.2x | 16% |
| ADDTECH | 17% | 26% | 20% | 15% | 1.6x | 19% |
| Indutrade | 13% | 19% | 22% | 18% | 1.7x | 15% |
| LIFCO | 16% | 21% | 23% | 25% | 1.3x | 15% |
| DIPLOMA | 22% | 27% | 16% | 21% | 1.1x | 15% |
| BEIJER • ALMA | 7% | 9% | 10% | 18% | 1.9x | 11% |
| Comparables Average | **15%** | **20%** | **18%** | **20%** | **1.5x** | **15%** |

Global Growth | Quadro Acquisition One Corp.

36

**Slide 36**

---

**GU0**     Guest User, 2024-01-09T19:23:22.890

**GU0 0**   For comepetitive analysis, we are keeping 2018-22. It will be updated for 19-23 once we will get complete 23 numbers (likely in Mar'23)
Guest User, 2024-01-11T11:13:09.994

# Total Return Story Fueled by Acquisitions

The Post-Transaction Holding Group offers an opportunity to own a growth platform strategy that has generated high risk-adjusted returns at an attractive valuation



Companies have been rewarded for execution and growth

Focus on quality and strong, attainable cash returns has led to historical double-digit EBITDA growth

The Group aims to accelerate and expand its strategy and drive growth

In addition to strong earnings growth potential, the Group expects to manage its long-term debt obligations

Acquisitions at Single Digits EBITDA multiples have led to high cash returns and earnings growth

Global Growth | Quadro Acquisition One Corp.

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 43 of 63

# Compelling Cash Profile Should Provide a Strong Capital Returns Story from Inception

The Group's strong cash generation aims to provide significant dividend capacity that is expected to grow with the portfolio

## Adj. EBITDA Conversion Rate







*Conversion Rate: (EBITDA – change in net working capital – CapEx – Tax)/ EBITDA

Global Growth | Quadro Acquisition One Corp.

38

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 44 of 63

# Compelling Public Investment Thesis

Opportunity to own an attractive and differentiated investment / acquisition platform that provides a compelling combination of top-line growth and profitability

**1**    **Differentiated opportunity to own a platform composed of global companies** with a proven acquisition model that generates high risk-adjusted cash returns supported by mature, stable businesses

**2**    **Experienced management team** that has executed a proven repeatable and scalable acquisition strategy

**3**    **Attractive and successful acquisition strategy** that can be augmented with public currency to move into even deeper acquisition markets

**4**    **Seven diversified portfolio comprises of several business operating in North America, UK, Ireland, Europe, Australia and New Zealand** serving across markets with proven resilience to economic cycle.

**5**    **Profitable with strong top-line growth potential** and cash flow generation allows for enhanced acquisition pace and dividend* payout to cultivate investor base

*\* Note that no dividends will be paid until 2029*

Global Growth | Quadro Acquisition One Corp.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 45 of 63

# Selected Risk Factors



40

# Selected Risk Factors

Unless the context otherwise requires, all references in this subsection to the "Company," "Global Growth," "The 7 Companies," "we," "us" or "our" refer to The Pre-Transaction Companies. The risks presented below are some of the general risks to the business and operations of The Pre-Transaction Companies, Quadro and The Post-Transaction Holding Group following the consummation of the proposed transaction (the "Post-Combination Company") and are not exhaustive. The list below is qualified in its entirety by disclosures contained in future documents to be filed or furnished by us with the SEC. The risks presented in such filings may differ significantly from those presented below. The list below is not exhaustive, and you are encouraged to perform you own investigation with respect to the business, financial condition and prospects of The Pre-Transaction Companies and The Post-Transaction Holding.

Certain of The Pre-Transaction Companies are held directly or indirectly by a trustee pursuant to trusts designed to distribute funds to affiliated insurance companies (the "Insurance Companies") that are under administrative supervision, under a Court Action, in the Wake County General Court of Justice – Superior Court Division of North Carolina (the "Action").  The trustee of the trusts also acts on behalf of the State of North Carolina as the court appointed rehabilitator of the Insurance Companies.  Among other risks, all of the terms of the proposed transactions must be approved by the court in the foregoing Action.

The Pre-Transaction Companies and The Post-Transaction Holding may face additional risks and uncertainties that are not presently known to them or that they currently deem immaterial, which may also impair The Pre-Transaction Companies and The Post-Transaction Holding's business or their financial condition. These risks speak only as of the date of this presentation, and neither The Pre-Transaction Companies nor Quadro undertake any obligation to update the disclosure contained herein. In making any investment decision, you should rely solely upon independent investigation made by you. You acknowledge that you are not relying upon, and have not relied upon, any of the summary of risks or any other statement, representation or warranty made by any person or entity other than the statements, representations and warranties of The Pre-Transaction Companies and Quadro explicitly contained in any definitive agreement you enter into. You acknowledge that you have such knowledge and experience in financial and business matters as to be capable of evaluating the merits and risks of an investment in the Company and you have sought such accounting, legal and tax advice from your own advisors as you have considered necessary to make an informed decision.

**Risks Related to The Court Approval Process**
- The Pre-Transaction Companies are currently under the control of a trustee that holds control over certain assets so as to ensure the financial liquidity of the Insurance Companies that are now in rehabilitation.
- In order to consider any transaction or restructuring, The Pre-Transaction Companies must first apply to the court in the Action, and the trustee/rehabilitator, for approval which will require, among other things, that we can show that the Insurance Companies will be rehabilitated and that insurance policy holders will be able to realize their full policy benefits.
- As part of this plan, and among other criteria, we will be required to raise substantial amount of capital in order to repay debts of The Pre-Transaction Companies owed to the Insurance Companies, in the amount of approximately $509 M.
- We will be required to prove to the rehabilitator and court in the Action, that the debts being repaid will fully rehabilitate the Insurance Companies and ensure that the insurance policy holders will be able to realize the full benefit of their respective policies if and as they come due.
- We will be required to close our financing and obtain approval of the contemplated transaction by the court in the Action, prior to any closing of the acquisition.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 47 of 63

# Selected Risk Factors

**Pre-Transaction Companies and The Post-Transaction Holding's Business and Industry**

- We are subject to risks relating to due diligence of our acquisition targets, which may not identify all material risks relating to their businesses, and we may not realize the expected benefits of such arrangements. Competition for suitable acquisition targets may lead us to not being able to carry out future acquisitions at a reasonable cost or at all, which could adversely affect our operating results.
- There are risks to our acquisition strategy, and there are no guarantees that we will be able to carry out acquisitions as planned, or with favorable conditions or at all.
- The acquisitions and investments we conduct could be unsuccessful or consume significant resources, which could adversely affect our operating results.
- Our growth and pension strategy may not materialize as planned or at all.
- We are dependent on cash flows from our portfolio companies.
- Many of our portfolio companies operate in sectors that are vulnerable to competition, and failure of our portfolio companies to adequately compete in their respective industries could have an adverse effect on our results of operations.
- Our insurance coverage, including any insurance coverage held by our portfolio companies, may not cover all potential losses and there are no guarantees that we or our portfolio companies can retain such insurance coverage at a reasonable cost or at all.
- Potential divestments of our portfolio companies may give rise to us becoming subject to additional risks and costs.
- We are subject to risks relating to partly owned portfolio companies.
- We are a decentralized company and place significant decision-making authority, including decisions regarding operations, governance and finance, with our subsidiaries' management and we may not always have visibility into or control over such decisions.
- We are subject to risks relating to our information technology systems, financial accounting and other data processing systems, such as cybersecurity risks and risks related to data privacy.
- The industries we serve can be seasonal cyclical and affected by weather conditions, the combined effects of which can adversely impact our results of operations.
- A portion of our future growth is based on the ability and willingness of public and private entities to invest in infrastructure.
- Our business will be adversely affected if we are unable to protect our intellectual property rights from unauthorized use or infringement by third parties.
- Our operating and financial results forecast rely in large part on assumptions and analyses that we have developed and if these assumptions or analyses prove to be incorrect, our actual operating and financial results may be significantly below our forecasts.
- Our forecasts are predicated on maintaining our current acquisition pipeline. Failure to maintain this pipeline, or if acquisitions are different than we've predicted, our financial results may be negatively affected.
- The Pre-Transaction Companies and The Post-Transaction Holdings ability to continue as a going concern depends in part on obtaining sufficient funding to finance their operations.
- Certain of The Post-Transaction Holding's subsidiaries are subject to increasing risks arising from climate change, environmental considerations and broader environmental, social and governance considerations, together with the requirement to comply with, and associated costs of, increased regulation or changes in regulatory regimes.

# Selected Risk Factors

**Risks Related to Indebtedness and Financing Transactions**
- We are subject to financing risks. Failure to raise at least $[ ] will likely result in inability to obtain court approval and close the contemplated transaction. There are no guarantees that we can meet our financing needs for our operations and future investments at a reasonable cost or at all.
- We will require a significant amount of cash to service our debt or preferred equity obligations, and our ability to generate cash depends on many factors beyond our control and any failure to meet financial obligations could materially adversely affect our business, results of operations and financial condition.
- We are subject to risks relating to increased interest rates and any adverse developments in the credit markets generally.
- Our failure to comply with the agreements relating to our outstanding indebtedness, including as a result of events beyond our control, could result in an event of default that could materially adversely affect our business, results of operations and financial condition.
- Our debt or preferred financing and the history of our Pre-Transaction Companies, could adversely affect our ability to raise additional capital to fund our operations, limit our ability to react to changes in the economy or our industry and prevent us from meeting our obligations.

**Risks Related to Human Capital**
- There are no guarantees that we are able to retain and recruit key personnel, including our senior management, and other employees to meet current or future needs at a reasonable cost or at all.
- There are no guarantees that our portfolio companies will be able to retain and recruit key personnel, including senior management, and other employees to meet current or future needs at a reasonable cost or at all.
- We and our portfolio companies are subject to risks relating to workspace accidents, investigations and claims for compensation as a consequence of compliance deficiencies. We may also be subject to disruptions in the business due to work stoppage and strikes.
- Misconduct by our employees, subcontractors or partners or our overall failure to comply with laws or regulations could harm our reputation, damage our relationships with customers, reduce our revenue and profits, and subject us to criminal and civil enforcement actions.

**Risks Related to Legal, Regulatory and Compliance Matters**
- We are subject to evolving laws and regulations that could impose substantial costs, legal prohibitions or unfavorable changes upon our operations, and any failure to comply with these laws and regulations, including as they evolve, could result in litigation and substantially harm our business and results of operations.
- We are subject to risks relating to disputes and other legal proceedings that may be time consuming and costly.
- We and our portfolio companies could be subject to increased regulation or changes in regulatory regimes which will impact our financial performance.
- If we fail in complying with applicable data protection regulations, such as the GDPR, our compliance costs may increase and in the event of compliance deficiencies, we may become subject to significant fines and liable for damages.

**Risks Related to Tax**
- We may be treated as a U.S. corporation for U.S. federal income tax purposes.
- U.S. holders of Quadro will be subject to U.S. federal income tax on any gain (but not loss) resulting from the merger without the corresponding receipt of cash.
- The issuance or transfer of the Post-Combination Company's securities into DTC may be subject to stamp duty or stamp duty reserve tax in the UK, which would result in additional expenses incurred in connection with the consummation of the proposed transaction.
- Unanticipated tax laws or any changes in tax rates or in the application of the existing tax laws may adversely impact our results of operations.

Global Growth | Quadro Acquisition One Corp.                                                                                                      43

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 49 of 63

# Selected Risk Factors

**Risks Related to Quadro**

- Quadro's public shareholders will experience dilution as a consequence of the issuance of Post-Combination Company securities as consideration in the proposed transaction and may experience dilution from several additional sources in connection with and after the closing of the proposed transaction. Having a minority share position may reduce the influence that Quadro's public shareholder have on the management of the Post-Combination Company.
- [The estimated net cash per share of Quadro's class A common stock that will be contributed to the combined company in the proposed transaction is less than the redemption price. Accordingly, Quadro's public shareholders who do no exercise redemption rights will receive Post-Combination Company securities that may have a value less than the amount they would receive upon exercise of their redemption rights. Further, the shares of most companies that have recently completed business combinations between a special purpose acquisition company and an operating company have traded at prices below $10.00 per share. Accordingly, Quadro's public stockholders who do not exercise redemption rights may hold securities that never obtain a value equal to or exceeding the per share value of Churchill's trust account.]
- Quadro, Quadro's funds and their respective directors, officers or affiliates may purchase shares from Quadro's public stockholders, which could reduce the number of shares of Quadro's class A common stock that may be redeemed in connection with the special meeting or shareholders, which may reduce the public "float" of Quadro's class A common stock (or, following the closing of the proposed transaction, the Post-Combination Company ordinary A1 shares).
- There can be no assurance that Quadro will be able to consummate the proposed transaction or another initial business combination by February 17, 2024, in which case Quadro will cease all operations except for the purpose of winding up and would redeem Quadro's class A common stock and liquidate, in which case Quadro's public stockholders would only receive approximately $10.00 per share, or less than such amount in certain circumstances.
- The exercise price for Quadro's public warrants and the Post-Combination Company's class C-1 shares are higher than in many similar blank check company offerings in the past, and, accordingly, the Quadro's public warrants and the Post-Combination Company's class C-1 shares are more likely to expire worthless.

**Risks Related to the Post-Combination Company following the Proposed Transaction**

- If the proposed transaction's benefits do not meet the expectations of investors, stockholders or financial analysts, the market price of the Post-Combination Company's securities may decline.
- Investors will experience dilution as a result of the issuance of equity securities in the Post-Combination Company as consideration in the potential transaction and may experience dilution from additional sources in connection with and following the proposed transaction, including upon exercise of certain equity securities of the Post-Combination Company.
- The Post-Combination Company's management team will have limited experience managing a public company.
- The Company and Quadro expect to incur significant transaction costs in connection with the proposed transaction. Whether or not the proposed transaction is completed, the incurrence of these costs will reduce the amount of cash available to be used for other corporate purposes by the Post-Combination Company.
- The requirements of being a public company may strain the Post-Combination Company's resources and distract its management, which could make it difficult to manage its business.
- Following the proposed transaction, the Post-Combination Company will be a holding company and will depend on the cash flows from its subsidiaries to pay dividends.
- The Pre-Transaction Companies have identified material weaknesses in its internal control over financial reporting. If The Pre-Transaction Companies and the Post-Combination Company are unable to remediate these material weaknesses or identify additional material weaknesses, it could lead to errors in the Post-Combination Company's financial reporting, which could adversely affect the Post-Combination Company's business and the market of the Post-Combination securities.
- If the Post-Combination Company fails to comply or lacks the appropriate internal controls, it could be subject to sanctions or investigations by the Commission or other regulatory authorities.

# Selected Risk Factors

**Risks Related to the Post-Combination Company Following the Proposed Transaction**

- If the proposed transaction's benefits do not meet the expectations of investors, stockholders or financial analysts, the market price of the Post-Combination Company's securities may decline.

- Investors will experience dilution as a result of the issuance of equity securities in the Post-Combination Company as consideration in the potential transaction and may experience dilution from additional sources in connection with and following the proposed transaction, including upon exercise of certain equity securities of the Post-Combination Company

- The Post-Combination Company's management team will have limited experience managing a public company.

- The Company and Quadro expect to incur significant transaction costs in connection with the proposed transaction. Whether or not the proposed transaction is completed, the incurrence of these costs will reduce the amount of cash available to be used for other corporate purposes by the Post-Combination Company.

- The requirements of being a public company may strain the Post-Combination Company's resources and distract its management, which could make it difficult to manage its business.

- Following the proposed transaction, the Post-Combination Company will be a holding company and will depend on the cash flows from the subsidiaries to pay dividends. Risk already included above in "Risk Related to the Company's Business and Industry."

- The Pre-Transaction Companies have identified material weaknesses in its internal control over financial reporting. If The Pre-Transaction Companies and the Post-Combination Company are unable to remediate these material weaknesses or identify additional material weaknesses, it could lead to errors in the Post-Combination Company's financial reporting, which could adversely affect the Post-Combination Company's business and the market of the Post-Combination securities.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 51 of 63

# Appendix

Pre-Transaction Group

 

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 52 of 63

# The Pre-Transaction Companies

| Company | Industry | Key Target Markets | Revenues, 2023, $M | Adj. EBITDA, 2023, $M |
|---|---|---|---|---|
| Southern Hobby Distribution – Part of Beckett Group http://www.southernhobby.com/ | Collectibles Distribution | USA | 535.1 | 54.1 |
| Damovo http://www.damovo.com/ | Business Software Solutions | Germany, EU | 166.9 | 16.8 |
| HPC Specialty Infusion https://www.hpcinfusion.com | Specialty Pharmacy | USA | 105.3 | 5.8 |
| Clanwilliam Group https://www.clanwilliam.com | Healthcare Software | Ireland, UK, EU, APAC | 102.1 | 36.3 |
| Home Medical Equipment Specialists https://hmespecialists.com | Medical Equipment | USA | 90.8 | 8.8 |
| Beckett Collectibles – Part of Beckett Group https://www.beckett.com | Collectibles Platform | USA | 48.4 | 6.4 |
| Arcane Tinmen – Part of Beckett Group https://www.arcanetinmen.com | Gaming Accessories | Denmark, EU | 46.7 | 14.3 |









Global Growth | Quadro Acquisition One Corp.    *$11.5M addback has been considered in 2023 for cost reduction    47

Case 3:23-cr-00048-MOC-DCK    Document 234-41    Filed 07/14/26    Page 53 of 63

# Financial Summary

| USD | 2019A | 2020A | 2021A | 2022A | 2023E |
|---|---|---|---|---|---|
| **Revenue** | **473,388,060** | **488,898,292** | **760,281,143** | **1,053,824,896** | **1,095,383,757** |
| COGS | 269,578,157 | 258,914,938 | 452,539,497 | 706,048,060 | 740,273,185 |
| SG&A | 178,289,629 | 191,784,353 | 214,368,709 | 262,086,223 | 267,514,955 |
| Other Income/Expense | 3,095,859 | 14,374,672 | -5,066,290 | -2,807,857 | -3,880,985 |
| **EBIT** | **22,424,416** | **23,824,329** | **98,439,227** | **88,498,470** | **91,476,603** |
| *EBIT Margin* | *4.7%* | *4.9%* | *12.9%* | *8.4%* | *8.4%* |
| | | | | | |
| D&A | 30,381,023 | 31,808,489 | 33,817,757 | 33,712,083 | 31,631,922 |
| **EBITDA** | **52,805,438** | **55,632,819** | **132,256,984** | **122,210,552** | **123,108,525** |
| *EBITDA Margin* | *11.2%* | *11.4%* | *17.4%* | *11.6%* | *11.2%* |
| | | | | | |
| Addbacks/Adjustments | 10,032,972 | 22,614,667 | 40,075 | 17,298,925 | 19,310,466 |
| **Adj. EBITDA** | **62,838,410** | **78,247,486** | **$132,297,060** | **139,509,477** | **142,418,991** |
| *Adj. EBITDA Margin* | *13.3%* | *16.0%* | *16.5%* | *13.2%* | *13.0%* |

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 54 of 63

# Appendix

Pre-Transaction Companies

 

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 55 of 63

# Origins Of The Group: Global Growth Holdings, GGHI

https://www.globalgrowth.com

## Overview

**Background:** Global private investment firm with investments in healthcare technology, financial services, collectibles, alternative assets, and communications. The portfolio of assets is independently valued at more than $5 billion. Recently, the holding has rebuilt its products in the healthcare space and expanded from healthcare media into healthcare accreditation and technology, collectibles pricing and authentication, and business software and financial services.

**History:** Eli Research, Global Growth's predecessor, began in 1991 with a folding table and a $5,000 investment from the parents of GGHI's founder, Greg Lindberg. As a 21-year-old Yale college student, he read a medical newsletter and thought "I can do better." He soon published Eli's Home Care Week, which over time became a significant competitor in the medical media industry. By 1998, Eli Research had grown to 12 people working out of one room. The company published Home Care Week and Rehab Report and was preparing to launch Home Care Compliance Alert. That same year, cuts to home care funding from the Balanced Budget Act of 1997 hit the company hard, forcing the company to let go of quality team members, worry about meeting payroll, and work with vendors to pay its printing bills. While painful, those challenges helped Eli Research grow up. By 2020, the company had renamed itself Global Growth and built a portfolio of investments that included more than 120 companies and over 6,800 employees. Today, Global Growth's team of world-class investment professionals steward a portfolio of assets valued at more than $5 billion. GGHI pursues a buy-and-hold strategy of investment that prioritizes long-term value creation, conservative cash management, and constant innovation. GGHI's group of world-class and independent CEOs are a testament to these investment ideals.

## Summary of Investments

- **Healthcare Technology Group** is a market leader in general practitioner software platforms, healthcare communication tools, and compliance and audit technology products that help healthcare professionals across the globe provide efficient and safe healthcare to patients. GGHI also invests in clinical practices, addiction treatment centers, and ophthalmology groups.

- **Financial Services Group** provides lenders, businesses, and consumers with revenue cycle management solutions, mortgage origination, refinancing and mortgage servicing, and financial analytics support.

- **Business Services Group** provides technology-enabled automation, security, and unified communication technologies to small and large enterprises, enabling them to stay ahead in a rapidly evolving digital world. GGHI supports customers across Europe, Africa, Asia, and North America.

- **Collectibles and Alternative Assets Group** includes market leaders in the gaming, collectibles and NFT spaces, allowing collectors to authenticate, value, and trade prized alternative assets. GGHI's investments include the North American leader in collectibles distribution, the most iconic American brand in sports card pricing and authentication, and a leading manufacturer of gaming accessories.

- **Communications Group** provides media, forecasting, and industry intelligence tools to small and large businesses. GGHI's general circulation print magazines include publications such as Atomic Ranch, Cottages and Bungalows, Diesel World, and Knives Illustrated, which offer unique content for enthusiast, residential, and business subscribers, as well as the original healthcare newsletters GGHI started in 1994.

# Damovo

https://www.damovo.com

**DAMOVO**

**Background.** International ICT service provider headquartered in Germany supports business customers across the world on their path to digitization. The company enables seamless connection across people, processes and systems - creating transparency and agility, whilst providing the network stability and security that customers require in today's business environment. Damovo delivers completely integrated solutions that continually improve business performance and end user experience. There are 1.9 million endpoints under Damovo's management. The number of customers exceeds 2,850. Customer churn is below 1%.

## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 147.1 | 179.6 | 197.7 | 171.2 | 167 |
| Growth | | 22.1% | 10.1% | -13.4% | -2.5% |
| Adj. EBITDA | 10.6 | 17.3 | 24.1 | 19.9 | 16.8 |
| Growth | | 62.8% | 39.0% | -17.4% | -15.7 |

**\*** EBITDA accounts impact of FX fluctuation

## Company Overview

| | |
|---|---|
| Headquartered | **Germany** |
| Total Staff | **650+ FTEs and 2,500 contingent workers** |
| Countries operated | **16 countries in Europe, Americas and APAC with support in 150 countries** |
| Recurring revenue | **c.60%** |

## Management



**Jeff McFarlane, CEO**
30 years of industry experience across global Enterprise IT solutions, Infrastructure-as-a-Service and leasing. Graduate of University of Toronto.



**Ralf Jödicke, CFO**
20 years of finance experience, most notably as a partner at KPMG and Deloitte. Graduate of Ruhr University Bochum

## Key Products

- Unified Communications & Collaboration
- Enterprise Networks
- Contact Centre
- Security
- Cloud Services
- Global Managed Services

## Industry Overview

- UCC market in US was $14.3 Billion in 2020. It is expected to grow by 13% and reach $23.1 Billion by 2025.
- UCC market in Europe was $19.8 Billion in 2020. It is expected to grow by 12% and reach $35.1 Billion by 2025.
- Main growth drivers are – Remote working, Enterprise adoption, Cloud migration and People focus.

Global Growth | Quadro Acquisition One Corp.

51

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 57 of 63

# HPC Specialty Infusion

https://www.hpcinfusion.com

**Background.** HPC Specialty Infusion, formerly known as Hemophilia Preferred Care, is a specialty infusion pharmacy with expertise in serving Immune Globulin and Bleeding Disorders patients in the home setting. The company empowers patients with independence, knowledge and the ability to achieve the highest quality of life by providing professional and compassionate care with education and community support. HPC has a Comprehensive System of Care for Individuals Experiencing Chronic Medical Con

## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 115.2 | 85.8 | 81.9 | 92.1 | 105.3 |
| *Growth* | | *-25.6%* | *-4.5%* | *12.5%* | *14.4* |
| Adj. EBITDA | 3.5 | 4.7 | 4.8 | 4.9 | 5.8 |
| *Growth* | | *35.0%* | *0.5%* | *3.2%* | *18.8%* |

## Company Overview

| | |
|---|---|
| Year founded | **2002** |
| Year acquired | **2018** |
| Total Staff | **+65** |
| Headquartered | **Alabama, US** |
| Countries operated | **US** |

## Management



**Michael Pereira, CEO**
Over 20 years of experience in healthcare and Technology. Chairman at HME Specialists. Graduate of Fordham University School of Law and University of Pennsylvania.



**Nickolas Shoemaker, CFO**
20 years of experience in accounting and finance. Former CFO in hospitals topping $1billion in gross revenues. Graduate of Colorado State University. IWU National & Global and Indiana Institute of Technology

## Key Products

- Oral and retail branded generics by Amerisource Bergen
- IG and Factor by ASD Healthcare
- IG and Factor by BioCare
- Eloctate and Alprolix by Genzyme
- IG and Factor along with medical supplies by McKesson
- Factor product by Shire
- Hemlibra by Genentech
- Rental pumps by Adepto Medical

## Industry Overview

- Annual revenue generated by infusion services market expected to grow by $37 billion from 2019-2023.
- Hemophilia market was around $9.8 Billion in 2019. It is expected to grow up to $14 Billion by 2025 which would CAGR of around 5%.
- Growth drivers of this industry are – Aging population, Infusion drug Medicare eligibility, FDA approval growth of Biologics and Infusion Drugs are 55% of Pharma Pipeline.

Global Growth | Quadro Acquisition One Corp.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 58 of 63

# Clanwilliam Group



**Background.** With more than 25 years on the market, Clanwilliam is a global healthcare technology group with the mission to remove the care delivery challenges faced by clinicians in Ireland and technology designed specifically for healthcare professionals. Today, 25+ core products and services empower over 1.5 million healthcare professionals worldwide from pharmacy to GP systems, hospitals to aged care, analytics to messaging platforms. Clanwilliam supports Irish Defense Forces, the NHS, the HSE, Medicare, the Australian Antarctic Division Polar Medicine Unit, Exeter University, Cancer Research UK and the Royal Flying Doctor Service of Australia etc.

## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 94.5 | 91.1 | 104.8 | 95.9 | 102.1 |
| *Growth* | | *-3.6* | *15.0%* | *-8.4%* | *6.4%* |
| Adj. EBITDA* | 25.2 | 29.4 | 33.8 | 31.2 | 36.3 |
| *Growth* | | *16.6%* | *15.2%* | *-7.9%* | *16.5%* |

**\*** EBITDA accounts impact of FX fluctuation

## Company Overview

| | |
|---|---|
| Year founded | **1996 (2014 – merger, Helix Health & Socrates)** |
| Total Staff | **+1,000 FTEs** |
| Headquartered | **Ireland** |
| Countries Operated | **20+, incl. UK, Ireland, Australia** |
| Recurring revenue | **75%** |

## Management



**Howard Beggs, Founder and CEO**
Irish entrepreneur and investor. With a background in technology, Beggs founded the original company, Medicom, in 1996. Graduate of Stanford University Graduate School of Business and University College Dublin.



**Gerry Hunt, CFO**
6 years of experience with Clanwilliam. Former Partner at CSI Chartered Accountants and Head of Strategy and Finance at National Irish Bank. Graduate of University College Dublin.

## Key Products

The services include Virtual Clinics, Practice Management Platform, Outsourced Transcription, Population Health Management, Theatre Management Systems, Data Analytics, Clinical Coding Software, Digital Dictation, Secure Healthcare Messaging, Integration Solutions, Medical Education & Communications, Aged-Care Management Systems, Pharmacy Management Systems, Voice Recognition Software and other

- CW Health is a provider of Electronic Medical Records and Revenue Management software

- Obsidian is a UK and European medcomms agency working with pharma leaders like Gilead, Amgen, Roche etc.

## Industry Overview

- Total Global Healthcare IT market was at $115Bn at end of 2016. It is expected to grow by CAGR of 16% and reach $365Bn by end of 2024 with this rate.

- It is driven by digitization, the need for data security and government support for efficiencies.

- Among the key target markets, UK is anticipated to grow fastest, driven by government initiatives around NHS Digital, and in particular the push by new regional bodies, e.g., LHCREs to improve interoperability of systems and build a single read-write patient view.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 59 of 63

# Home Medical Equipment Specialists

https://hmespecialists.com

**Background.** Delivers equipment and services for medical independence – from crutches to complex wheelchairs, nutritional services to wound care and from oxygen and sleep therapy to infusion pharmacy services. Cares for children and adults of all ages in communities throughout New Mexico and West Texas from its 13 store front locations.
Contracted with 300 local and national health plans. Numerous partnerships with non-profit organizations.



## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 74.5 | 80.4 | 84.3 | 87.8 | 90.8 |
| *Growth* | | *8.0%* | *4.8%* | *4.2%* | *3.4%* |
| Adj. EBITDA | 10.1 | 5.6 | 12.0 | 9.7 | 8.8 |
| *Growth* | | *-44.6%* | *114.0%* | *-19.2%* | *-9.1%* |

## Company Overview

| | |
|---|---|
| Year founded | **2001** |
| Locations | **14 (+150 Consignment Closet locations), all leased** |
| Total Staff | **434** |
| Headquartered | **New Mexico, US** |
| Countries Operated | **US** |

## Management



**Michael Pereira, Chairman**
Over 20 years of experience in healthcare and Technology. CEO at HPC Specialty Infusion. Graduate of Fordham University School of Law and University of Pennsylvania.



**Eric De Garceau, CFO**
Over 25 years of experience, most notably with Apria Healthcare and Molina Healthcare. Graduate of USC Marshall School of Business and UC Santa Barbara.

## Key Products

- Home Oxygen Therapy – traditional oxygen concentrators, home filling devices, portable oxygen concentrators, conserving devices, oxygen cylinders, ventilator management services and alike
- Supply Program – for patients with respiratory, gastrointestinal, urological, incontinence and wound related conditions. Includes catheters, drainage bags, trays, syringes, disposables, etc.
- Other products - Home Infusion Therapy, Breast Pumps, Non-Invasive Ventilation, Specialty Mobility and Seating, Incontinence & Urology, Sleep Therapy, Enteral Nutrition,  Wound Care, Long-Term Care and Hospice, Rehab etc.

## Industry Overview

- Home Medical Equipment Market revenue size was valued at USD 11.5 Billion in 2019 and is projected to reach USD 20.4 Billion by 2027, growing at a CAGR of 7.4% from 2019 to 2027.
- Chronic condition population was around 133 Million in 2005 and is projected to reach 171 Million by 2030.
- Aging population is one of the reason of increasing demand of home medical equipment.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 60 of 63

# Beckett Collectibles – Part of Beckett Group

https://www.beckett.com

**Background.** Original collectibles platform for pricing, analysis, grading, and authentication for collectors and investors. Beckett's data-driven offerings pair physical collectibles with innovative products in digital collectibles. The Beckett family of companies also includes Southern Hobby, the leader in sports cards, gaming products, supplies, pop culture & entertainment merchandise; CBCS, a premier grading and authentication platform for comics; and Arcane Tinmen, specializing in fabricating premier-level gaming accessories.

## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 26.0 | 35.6 | 56.5 | 56.2 | 48.3 |
| *Growth* | | *36.8%* | *58.9%* | *-0.6%* | *-13.9%* |
| Adj. EBITDA | 8.2 | 15.9 | 29.3 | 14.2 | 6.4 |
| *Growth* | | *94.1%* | *84.1%* | *-51.6%* | *-54.6%* |

## Company Overview

| | |
|---|---|
| Year founded | **1980** |
| Total Subscribers | **+20,000** |
| Total Staff | **+225 FTEs** |
| Headquartered | **Texas, US** |
| Countries Operated | **US** |

## Management



**Kevin Isaacson, CEO, Beckett Group**
CEO and Executive Officer of Beckett Group, Southern Hobby, Eye Care Leaders, and Entrust Global Group. Publisher and columnist. BA from University of Wisconsin Oshkosh.



**Erik Bordwell, CFO of Beckett Collectibles**
13 years of experience in collectibles industry. Sr. Director, Richmond American Homes. CPA. University of Denver.

## Key Products

- Pricing data. Beckett provides the most comprehensive pricing data in collectibles with 425 million card transaction datapoints over 40 years

- Grading & Authentication. Beckett brings value and credibility to cards and comics based on rigorous assessment criteria, and also verifies authenticity of autographs, signatures, cards and comics. Grading by Beckett adds 125% more value than grading by major competitors. Overall, over 15 million cards were graded by Beckett over its history.

## Industry Overview

- Total Collectible market was at $378Bn at end of 2021. It is expected to grow by CAGR of 7% and reach $529Bn by end of 2027.

- Total Sports cards was at $29Bn at end of 2021. It is expected to grow by CAGR of 23% and reach $99Bn by end of 2027.

- Reason of this growth rate is social media presence, renewed interest in the hobby and influencer engagement.

# Arcane Tinmen – Part of Beckett Group

https://www.arcanetinmen.com

**Background.** Founded in 1999, Arcane Tinmen (AT) is the leading manufacturer of high-quality gaming accessories. Specialized in physical and digital gaming & collector accessories represented by AT's three brands: Dragon Shield, Board Game Sleeves, and Beckett Shield. The focus is on providing high quality. The presence is worldwide and taps into global communities of dedicated players and collectors, leveraging their experience through the products. The company values inclusion in AT's company as well as in the communities that have adopted AT's brands. For that reason, AT encourages continuous dialogue with the end users.



## Financials, $million

| Year | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | 16.1 | 16.4 | 28.9 | 35.7 | 46.7 |
| *Growth* | | *2.4%* | *75.9%* | *23.6%* | *30.7%* |
| Adj. EBITDA | 5.2 | 5.3 | 8.0 | 10.6 | 14.3 |
| *Growth* | | *2.6%* | *51.3%* | *31.6%* | *34.9%* |

## Company Overview

| | |
|---|---|
| Year founded | **1999** |
| Total Staff | **+70 FTEs** |
| Headquartered | **Denmark** |
| Countries Operated | **EU, US, Mexico, Japan, China** |
| Countries of availability | **30+** |

## Management



**Kevin Isaacson, CEO, Beckett Group**
CEO and Executive Officer of Beckett Group, Southern Hobby, Eye Care Leaders, and Entrust Global Group. Publisher and columnist. BA from University of Wisconsin Oshkosh.



**Michael Andersen, CEO at Arcane Tinmen**
8 years of experience with Arcane Tinmen. Graduate of Militæret Skive kaserne and Silkeborg handelsskole (HHX).

## Key Products

- Dragon Shield is the most trusted card protection brand in trading and gaming card sleeves, boxes, and other protective accessories, with unique customization capability. The brand is available in 30+ countries. Over 300 million sleeves are sold annually. Over 10-15% price premium to the nearest competitor
- Beckett Shield is a brand in protection and storage line for sports cards collections
- Board Game Sleeves is protection and preservation sleeves for all genres of board games

## Industry Overview

- Board Games Market size was valued at USD 13.33 Billion in 2021 and is projected to reach USD 37.82 Billion by 2030, growing at a CAGR of 12.29% from 2021 to 2030.
- The growing customer base and interest for board games around the world is led by e-commerce expansion and is one of the major driving factors for the board games industry.
- The growing emphasis on fostering unity through traditional tabletop games is a significant growth driver for the industry, as these games play a vital role in bringing people together.

Case 3:23-cr-00048-MOC-DCK     Document 234-41     Filed 07/14/26     Page 62 of 63

# Southern Hobby Distribution – Part of Beckett Group

https://www.southernhobby.com



**Background.** One-stop shopping experience for all customers' needs in Sports Cards, Gaming Products, Supplies, and Pop Culture and Entertainment Merchandise. Teamed with industry leading manufacturers to bring in-store programs and organized play to consumers. Nearly 70% of hobby shops in the US listed Southern Hobby as their #1 preferred distributor. Southern Hobby is #1 distributor in the US by share of market.

## Financials, $million

| Year | 2019 | 2020 | 2021* | 2022 | 2023 |
|---|---|---|---|---|---|
| Revenue | | | 206.1 | 514.9 | 535.1 |
| *Growth* | | | | | *63.9%* |
| Adj. EBITDA | | | 20.3 | 49.1 | 54.0 |
| *Growth* | | | | | *10.0%* |

## Company Overview

| | |
|---|---|
| Year founded | **1991** |
| Warehouses | **5** |
| Total Staff | **+60** |
| Headquartered | **Tennessee, US** |
| Countries operated | **US** |

## Management



**Kevin Isaacson, CEO, Beckett Group**
CEO and Executive Officer of Beckett Group, Southern Hobby, Eye Care Leaders, and Entrust Global Group. Publisher and columnist. BA from University of Wisconsin Oshkosh.



**Erik Bordwell, CFO of Beckett Collectibles**
13 years of experience in collectibles industry. Sr. Director, Richmond American Homes. CPA. University of Denver.

- Acquired in July'21

## Key Products

- Sport cards, collectible card games, supplies, toys, board games
- Customers are mainly regional/local independent retailers that operate hobby shop storefronts and robust ecommerce channels
- Key suppliers in Collectible Card Games are Magic the Gathering, Pokémon, Yu-Gi-Oh!, and Flesh Blood, in Sports Cards are Panini, Tops, Upper Deck, Leaf and Tristar, and in Supplies are Arcane Tinmen, Ultra Pro and Ultimate Guard. Only hobby distributor that has mass retail capabilities

## Industry Overview

- US Collectible distribution market was around $1.7 Billion in 2021. Southern Hobby captures around $410 Million market which is approximately 24% of total market.
- There are total 8500 hobby stores in the US and Southern Hobby has presence in around 2900 stores.
- European Collectible distribution market was estimated around $350 Million in 2022. Southern Hobby is expecting $75 Million potential opportunity in this European market in coming years.