**EXHIBIT I4**

## Quadro Comparables —
*Yahoo Finance*

| Company | Jan-24 | Apr-26 |
|---|---|---|
| Addtech | 26.40x | 31.46x |
| Indutrade | 25.10x | 21.31x |
| Lifco | 21.00x | 21.47x |
| Diploma | 23.90x | 26.66x |
| Beijer/ALMA | 14.30x | 20.51x |
| Average | 22.14x | 24.28x |