**EXHIBIT I5**

| Total Zero Gain/Loss | | |
|---|---|---|
| **Issuer** | **Cusip** | **Cash Gain/Loss** |
| CIBC | 13605AAY5 | 469,697 |
| CITI | 172967LX7 | 2,084,748 |
| TVA 2065 whole bond | 880591ES7 | 1,731 |
| TVA 2060 P Strip | 88059FBT7 | (3,068) |
| TVA 2065 P Strip | 88059FCG4 | (24,361) |
| Nomura | 65538XAG6 | 360,000 |
| Wells Fargo | 949746SW2 | (2,524,722) |
| Natixis | 63873DAA1 | 12,800,000 |
| Barclays | 06739FJM4 | 1,198,000 |
| RBC | 78013GSS5 | (5,394,600) |
| BMO | 06367UAA5 | 1,256,093 |
| UBS | 90270KVK2 | (3,726,745) |
| JPM | 48128GR77 | (460,008) |

| | **Total Gain** | **6,036,766** |
|---|---|---|

| Total Cash Proceeds by Lender | | | | | |
|---|---|---|---|---|---|
| **Issuer** | **Cusip** | **CBL** | **BLIC** | **SNIC** | **Total** |
| CIBC | 13605AAY5 | 32,402,189 | 1,530,900 | 3,827,250 | 37,760,339 |
| CITI | 172967LX7 | 31,454,008 | 2,030,375 | 4,060,750 | 37,545,133 |
| TVA 2065 whole bond | 880591ES7 | 6,907,085 | 402,048 | 804,095 | 8,113,227 |
| TVA 2060 P Strip | 88059FBT7 | 7,843,635 | 448,786 | 897,572 | 9,189,993 |
| TVA 2065 P Strip | 88059FCG4 | 8,110,459 | 473,694 | 947,388 | 9,531,541 |
| Nomura | 65538XAG6 | 885,697 | 727,827 | 3,789,455 | 5,402,979 |
| Wells Fargo | 949746SW2 | 32,325,000 | 3,232,500 | 4,848,750 | 40,406,250 |
| Natixis | 63873DAA1 | 54,918,000 | 5,033,900 | 8,695,600 | 68,647,500 |
| Barclays | 06739FJM4 | 34,824,883 | 2,741,827 | 4,540,000 | 42,106,709 |
| RBC | 78013GSS5 | 20,370,085 | 1,430,400 | 3,576,000 | 25,376,485 |
| BMO | 06367UAA5 | 28,174,774 | 2,264,853 | 4,529,706 | 34,969,333 |
| UBS | 90270KVK2 | 21,413,398 | 1,525,381 | 3,050,762 | 25,989,542 |
| JPM | 48128GR77 | 49,539,875 | - | - | 49,539,875 |

| | **Total Proceeds** | **329,169,088** | **21,842,490** | **43,567,329** | **394,578,906** |
|---|---|---|---|---|---|

| | Recent | 210,365,734 | 11,074,084 | 22,012,567 | 243,452,385 |
|---|---|---|---|---|---|