**EXHIBIT J**



# Project Triangle
## Confidential Information Memorandum

November 2018

# Disclaimer

This Confidential Information Memorandum (this "Memorandum") is based on information provided by Global Bankers Insurance Group, LLC and its relevant insurance affiliates ("Global Bankers" or the "Company"). It is being delivered by the Company subject to the prior execution of a Confidentiality Agreement and/or on the condition that is it held in strict confidence by each recipient, to a limited number of parties who may be interested in a transaction with the Company. The sole purpose of this Memorandum is to assist the recipient in deciding whether to proceed with a further investigation of the Company. This Memorandum does not purport to be all-inclusive or to necessarily contain all the information that a prospective purchaser may desire in investigating the Company.

By accepting this Memorandum, the recipient agrees to keep permanently confidential the information contained herein and made available in connection with any further investigation of the Company and to cause all of the recipient's directors, officers, employees, and advisors who have received such information to keep it permanently confidential. The recipient should become familiar with this and other obligations which the recipient may be subject to pursuant to any Confidentiality Agreement. This Memorandum may not be photocopied, reproduced, or distributed to others, except for the recipient's directors, officers, employees, and advisors who have a need to know, at any time, without the prior written consent of the Company. Upon request, the recipient will promptly return or certify the destruction of all material received from the Company (including this Memorandum) without retaining any copies thereof, all in accordance with the terms of any applicable Confidentiality Agreement.

This Memorandum has been prepared for informational purposes relating to this transaction only and upon the express understanding that it will be used for only the purposes set for above. Neither the Company nor any of its respective affiliates or its or their respective officers, directors, employees, or agents makes any express or implied representation or warranty as to (i) the achievement or reasonableness of future projections, management targets, estimates, prospects, or returns contained in this Memorandum, if any, or (ii) the accuracy or completeness of the information contained herein or any other oral or written information made available in connection with any further investigation of the Company. Each the Company and its respective affiliates, or its or their respective officers, directors, employees or agents expressly disclaims any and all liability or obligation which may be based on or related to such information, errors therein, or omissions therefrom.

This Memorandum: (i) is not an offer or invitation by the Company to purchase or sell securities or assets, whether in relation to this transaction or otherwise nor any form of commitment or recommendation by the Company; (ii) will not, nor will any other oral or written information made available to a prospective purchaser , other than a definitive and binding transaction agreement, form the basis of any contractual or other agreement in relation to this transaction; and (iii) does not contain all the information that a prospective purchaser may wish to have in determining whether to enter into the transaction. The Company will only accept obligations in relation to the transaction that arise out of a definitive and binding transaction agreement. Furthermore, the recipient shall be entitled to rely solely on the representations and warranties made to it by the Company in any definitive transaction agreement, when, as and if it is executed and subject to such limitations and restrictions as may be specified in such definitive agreement.

In furnishing this Memorandum, the Company does not undertake any obligation to provide the recipient with access to any additional information, or to correct or update any inaccuracies which may become apparent or information in this Memorandum. The provisions of this Memorandum does not place the Company under any obligation to consider or accept any offer, irrespective of whether such offer is the only offer or one of a number of offers representing the highest price. This Memorandum shall not be deemed an indication of the state of affairs of the Company, nor shall it constitute an indication that there has been no change to the business or affairs of the Company since the date hereof.

The Company reserves the right, at any time, to (i) terminate the solicitation of indications of interests for a transaction with the Company or the further participation in the investigation and proposal process by any party, (ii) negotiate with one or more interested parties and enter into a definitive agreement with any such party without prior notice to the recipient or any other parties, or (iii) modify any procedures related to such process without assigning any reason therefore. The Company reserves the right, at any time, to take any action with respect to the Company or its business, whether in or out of the ordinary course of business, including, but not limited to, the sale of any property or assets. In no circumstances will the Company or its respective affiliates or any of its or their respective officers, directors, employees, or agents be responsible for any costs or expenses incurred in connection with any investigation of the Company or for any other costs and expenses incurred by interested parties in connection with any possible transaction with the Company.



# Table of Contents

| Section | Page |
|---|---|
| 1. Executive Summary | 4 |
| 2. Business Overview: | |
| A. U.S. New Business | 18 |
| B. U.S. In Force & Runoff | 42 |
| C. Europe | 50 |
| 3. Financials | 57 |
| 4. Appraisal | 60 |
| 5. Appendices | 65 |

 Global Bankers INSURANCE GROUP

Confidential Information

3



# SECTION 1:
# EXECUTIVE SUMMARY

# Global Bankers – At a Glance



## Business Overview

- Global Bankers Insurance Group represents a group of life and annuity insurance and reinsurance companies based out of:
  - The United States
  - Western Europe
  - Bermuda & Barbados[3]

- Pro forma for signed transactions, Global Bankers has $17.8 billion in assets and $1.5 billion in total capital

- Global Bankers is wholly-owned by Greg Lindberg whose first insurance acquisition of Southland National took place in August 2014

- The Global Bankers brand and new management team launched in September 2016

- Since then, a world-class team of insurance professionals and scalable infrastructure have helped drive significant growth

- Headquartered in Durham, North Carolina

### U.S. at a Glance[1]

| $4.7 Billion | $494 Million | 100% |
|---|---|---|
| **Total Assets** | **Total Adjusted Capital & Surplus** | **General Account Assets** |
| >$1.3 Billion | 195 | 2014 |
| **2018 YTD New Sales** | **Employees** | **Year Founded** |

### Overall at a Glance[2,3]

| $17.8 Billion | $1.5 Billion | 584 |
|---|---|---|
| **Total Assets** | **Total Capital** | **Employees in 9 Countries** |



Confidential Information

(1) Pro forma 12/31/18 estimate. U.S. Capital & Surplus adjusted to include IMR and AVR. Includes intercompany preferred stock procurements currently structured.
(2) Includes U.S., Europe and Offshore. Pro forma for European deals that are signed but not closed. Includes amounts not included in the transaction.
(3) As indicated later, includes entities not currently in scope of transaction.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 6 of 101

5

# Global Bankers – Emerging Strategy

## Build / Grow
### 2016 – 2Q 2018

- Focus on M&A to add scale, first in the U.S. and then Europe and Bermuda
- Complete block and operating company acquisitions
- Build new insurance shared services platform and team in Durham, NC, including: actuarial, finance, investments, IT platforms, legal / compliance, reinsurance, and in force management
- Relocate CBLife business from Denver to Durham
- Identify and build out new policy administration system for new products and state-of-the-art digital platform
- Launch annuity product line serving financial institutions and independent agent distribution channels
- Grow organically through MYGA sales and expansion of product portfolio to include FIAs with hedging platform
- Thoughtfully integrate new entities - what, how and when

## Transition
### 3Q 2018 – 1Q 2019

- Close pending European acquisitions
- Respond to recent media events
- Pull back on large annuity momentum, run-rate in excess of $2.5B
- Refinance affiliated investments and remove from insurance co. balance sheets
- Transition investments to Goldman Sachs Asset Management
- Evaluate high level changes to worksite product portfolio (i.e. reduce number of products, automated UW, simplify commission structure)
- Explore strategic options given regulatory standstill / noise
- Retain employees and execute on change of control

## Post-Close
### 2Q 2019+

- Rebrand post close, re-establish regulatory relations with new owner, and start / accelerate distribution
- Enhance investment capabilities with new buyer
- Agree to pricing metrics and governance
- Optimize group capital usage and taxes by restructuring U.S. insurance holdings and establishing offshore reinsurance capabilities
- Continue dual approach of organic growth and M&A growth
- Exercise disciplined approach to M&A and reinsurance transactions
- Continue investment in robust IT platform
- Reprice life portfolio in 2019 under new actuarial guidelines (CSO / PBR) and align to digital processes
- Focus on internal processes, monthly reporting, controls and risk management buildout to be in a position to scale

**Continue to hire and develop the best talent that will support and enable our growth strategy**

| 2020 | Financial Success |  AUM >$7 billion |  Expense Ratio 80bps |  Annuity Sales 1.8 billion |  Sales Mix FIA >70% |
| | Non-financial Success |  Digital 100% |  Rating A- (A.M. Best) |  Accretive M&A / Blocks |  Expanded Distribution |



Confidential Information

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 7 of 101

# Global Bankers – Overview

## U.S.





## Europe



**Pending**

## Offshore






---

**Global Bankers Insurance Group is the overarching brand and management company for our global insurance operations, with the following foundational goals:**

 **Hire and develop** the best talent

 **M&A Growth**

 **Create** shared service model leveraging efficiencies and consistency across:

- Actuarial
- Finance
- Investments
- IT Platforms
- Legal / Compliance
- Reinsurance
- In Force Management

 **Organic Growth** – via portfolio of insurance companies

- Manage by product lines for Annuities, Life, and Runoff
- Build end-to-end digital platform for optimal customer and agent experience
- Evaluate global branding initiative



# Global Bankers – Acquisition History

**Since 2014**, Global Bankers has **acquired 9** insurance companies and closed **6 reinsurance** transactions, with **2 more deals currently signed** and pending completion.

**2018**



**Northstar Financial Services (Bermuda) Ltd.**
AUGUST

**(DEFINITIVE AGREEMENT)**
Pramerica S.p.A
GNB Companhia de Seguros de Vida, S.A

**$17.8B PF** Assets

**2017**

Conservatrix (Netherlands)
MAY

Annuity Reinsurance
JUNE

Omnia Ltd. & PB Investment Holdings (Bermuda)
JUNE

Annuity Reinsurance
AUGUST

GB Life Luxembourg
OCTOBER

Annuity Reinsurance
DECEMBER

Pavonia Holdings (US), Inc.
DECEMBER

**$8.2B** Assets



**2016**

**MOTHE**

Mothe & DLE Life Insurance Companies
MARCH

Annuity Reinsurance
DECEMBER

**BANKERS LIFE INSURANCE COMPANY**

Bankers Life Insurance Company
DECEMBER

Life Reinsurance
DECEMBER

**$1.3B** Assets

**2015**



**Colorado Bankers Life Insurance®**
DECEMBER

**$0.6B** Assets

**2014**



**Southland National Insurance**
AUGUST

Life Reinsurance
DECEMBER

**$0.3B** Assets

Global Bankers INSURANCE GROUP

Confidential Information

8

# Global Bankers – PF Assets, Capital and Business Mix

## Pro Forma Assets, Capital and Business Mix

| U.S. ($M) | Assets[1] | Adj. C&S[1] |
|---|---|---|
| Colorado Bankers Life Insurance Company[2] | $2,785 | $222 |
| Southland National Insurance Corporation | 370 | 39 |
| Bankers Life Insurance Company | 414 | 35 |
| Pavonia Life Insurance Company of Michigan | 1,129 | 169 |
| Southland National Reinsurance Corporation | Incl. above | 30 |
| **Total U.S.** | **$4,728** | **$494** |

**Business Mix (% of Assets)**



- Life
- Fixed Annuity

17%
83%

| Europe (€M) | Assets[3] | SH Equity[3] |
|---|---|---|
| Conservatrix | €588 | €73 |
| GB Life Luxembourg S.A | 2,271 | 14 |
| **Total Europe** | **€2,859** | **€87** |
| Pramerica S.p.A[4] | 1,231 | 66 |
| GNB Vida[4] | 5,213 | 433 |
| **Total Europe incl. Pending** | **€9,302** | **€586** |

**Business Mix (% of Assets)**



- Life
- Guaranteed
- Unit-Linked

32%
29%
39%

## Total incl. Pending Business Mix
(% of Assets)



27%
45%
28%

- Life Insurance
- Fixed Annuity / Guaranteed
- Unit-Linked

| Barbados ($M) | Assets | Capital[1] |
|---|---|---|
| Bankers Reinsurance Co. | Incl. above | $27 |
| **Total** | **$8,186** | **$625** |
| **Total incl. Pending** | **$15,918** | **$1,225** |

| Bermuda ($M) | Assets[5] | Capital[5] |
|---|---|---|
| Total Remaining Bermuda Entities | $1,870 | $271 |
| **Total incl. Pending and Bermuda** | **$17,788** | **$1,496** |

(1) Pro forma 12/31/18 estimate. U.S. Capital & Surplus adjusted to include IMR and AVR. Includes intercompany preferred stock and surplus notes, as currently structured.
(2) Assumes $60 million 4Q18 capital infusion and a $200 million 4Q18 sales.
(3) As of 6/30/18. 1.2x Euro/USD FX. Pramerica figures from S2 balance sheet.
(4) Pending Completion.
(5) Draft estimate as of 6/30/18.


Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 10 of 101

9

# Appraisal – U.S. Insurance Group Summary

## High level process summary

- The Value of In-Force calculations use the liability projections from the CFT models (2017 or 09/30/18).

- The liability model assumptions are mostly aligned with 12/31/17 CFT. Differences are noted.

- The VIF investment income is projected assuming a 5% earned rate.

- The New Business models are pricing models and assumptions. The annuities are spread based so the earned rate is the credited rate plus the pricing spread.

### Appraisal Value – Group Level

| | Risk Discount Rate | | |
|---|---|---|---|
| ($ in millions) | 8% | 10% | 12% |
| Stat Surplus | $305 | $305 | $305 |
| Plus AVR | 15 | 15 | 15 |
| Plus IMR | 109 | 109 | 109 |
| Less DTA | (13) | (13) | (13) |
| Other Adjustments | (27) | (27) | (27) |
| **Adjusted Book Value** | **$390** | **$390** | **$390** |
| Value of In-force Before Taxes and Cost of Capital | 288 | 249 | 219 |
| Taxes | (38) | (32) | (28) |
| Cost of Capital | (51) | (69) | (84) |
| **Total VIF** | **$199** | **$147** | **$107** |
| Value of New Business | 234 | 103 | 9 |
| **Total Appraisal Value** | **$823** | **$641** | **$505** |

### Appraisal Value – Insurance Company Level

| | Global Bankers Insurance Group | | | | | | |
|---|---|---|---|---|---|---|---|
| ($ in millions) | CBL | Pavonia | SNIC | BLIC | SNRC | Other[1,2] | Total |
| Stat Surplus | $156 | $60 | $30 | $36 | $22 | - | $305 |
| Plus AVR | 6 | 4 | 3 | 2 | - | - | 15 |
| Plus IMR | 4 | 102 | 4 | 0 | - | - | 109 |
| Less DTA | (7) | (3) | (0) | (2) | - | - | (13) |
| Other Adjustments | - | 19 | - | - | (5) | (41) | (27) |
| **Adjusted Book Value** | **$159** | **$182** | **$36** | **$36** | **$18** | **($41)** | **$390** |
| **Value of In-Force** | | | | | | | |
| 8% | 229 | (5) | (17) | 14 | 13 | (34) | 199 |
| 10% | 195 | (19) | (18) | 11 | 7 | (29) | 147 |
| 12% | 167 | (28) | (18) | 9 | 2 | (25) | 107 |
| **Value of New Business** | | | | | | | |
| 8% | 234 | - | - | - | - | - | 234 |
| 10% | 103 | - | - | - | - | - | 103 |
| 12% | 9 | - | - | - | - | - | 9 |
| **Total Appraisal Value** | | | | | | | |
| 8% | 622 | 177 | 19 | 50 | 31 | (76) | 823 |
| 10% | 458 | 163 | 18 | 47 | 24 | (70) | 641 |
| 12% | 335 | 154 | 18 | 45 | 20 | (66) | 505 |

Note: the figures are based on version 2.2 of the appraisal distributed on November 2, 2018. Subsequent changes will be provided in the data room.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 11 of 101

(1) Adjusted book value: "Other" includes eliminations and affiliated stock agreements and surplus notes; however, this does not reflect a lower cost of capital. See pg. 67 for more detail.
(2) Value of in-force: "Other" includes expense overhang.

# Global Bankers – Team

## Our GBIG team has an average tenure of 25+ years in the insurance industry with leading insurance/reinsurance companies

**Lou Hensley**
Chief Executive Officer

27 Years Experience

| **Brian Stewart**<br>Chief Financial Officer | **Tamre Edwards**<br>Chief Legal Officer | **Mike Farley**<br>Chief Actuary | **Joe Lurie**<br>Chief Information Officer | **Paul Brown**<br>Chief Investment Officer |
|---|---|---|---|---|
| 18 Years Experience | 18 Years Experience | 33 Years Experience | 37 Years Experience | 24 Years Experience |
| • Financial Reporting<br>• FP&A<br>• Capital Planning<br>• Legal Entity Structuring<br>• M&A<br>• Tax | • Legal<br>• Compliance<br>• Claims<br>• Regulatory matters<br>• Contracting/licensing<br>• M&A | • Appointed Actuary<br>• ERM<br>• Core Assumptions<br>• Product Pricing<br>• Reinsurance<br>• CFT/Asset Adequacy | • IT Infrastructure<br>• IT Security<br>• Admin Platforms<br>• Digital Technology<br>• Acquisition Integration<br>• Customer Connectivity | • Investments<br>• Cash Management<br>• M&A<br>• Reinsurance<br>• Capital Structuring and Planning |

| **Sandy Ball**<br>Chief Human Resources Officer | **Jeff Levin**<br>President–CBLife | **Chad Burns**<br>SVP, Annuities | **Scott Boug**<br>President–Offshore | **Matteo Castelvetri**<br>Chief Executive Officer, Europe |
|---|---|---|---|---|
| 21 Years Experience | 25 Years Experience | 13 Years Experience | 37 Years Experience | 21 Years Experience |
| • HR<br>• Leadership Development<br>• Benefits<br>• Recruitment<br>• Training<br>• Facilities<br>• Marketing | • Sales Production<br>• Distribution Relationships<br>• Front-end Operations<br>• Strategy<br>• Product Design/Rollout | • Sales Production<br>• Distribution Relationships<br>• Strategy<br>• Product Design / Rollout | • Sales Production<br>• Distribution Relationships<br>• Front-end Operations<br>• Marketing<br>• Strategy<br>• Product Design/Rollout | • M&A<br>• Strategy<br>• Oversight of Portfolio Companies<br>• Reinsurance<br>• Capital Structuring and Planning |

## 584 employees globally…154 employees in Durham, NC headquarters[1]



Confidential Information

Note: Biographies in the appendix

1. Pro forma employee headcount as of 12/31/2018; includes European deals that are signed and not closed.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 12 of 101

# Global Bankers – Milestones

## Corporate & People

**2014 August**
Acquired Southland National Ins. Co

**2014 December**
Completed reinsurance w/ N.C. Mutual

**2015 December**
Initiated nationwide TPA license

Acquired Colorado Bankers Life Ins. Co.

**2016 March**
Opened India office

Acquired Mothe & DLE Life Ins. Co.'s

**2016 September**
Hired Executive team (CEO, CFO, CIO, M&A, CA)

Officially announced closing of Denver and move to Durham

**2016 October**
New Global Bankers brand established

Acquired & began renovating 40,000sq ft. HQ

**2016 December**
Acquired Bankers Life Ins. Co.

**2017 March**
Hired CHRO

BLIC integrated into shared services model

**2017 May**
Acquired Conservatrix (Netherlands)

**2017 June**
New operations back office 100% functional in Durham

Acquired Omnia Ltd. & PB Inv. Holdings (Bermuda)

Merged Mothe / DLE into SNIC

**2017 July**
Hired SVP, Annuities

**2017 August**
Hired President, Life & Worksite

**2017 September**
Completed move of associates from Denver to Durham

HQ grand opening & open house

**2017 October**
Revamped benefits and 401k offering

Acquired GBLife Luxembourg

**2017 December**
Acquired Pavonia Holdings (U.S.), Inc.

**2018 March**
Sponsored employee program for LOMA Life & Annuity certifications

**2018 April**
Focused approach to community sponsorship (Habitat for Humanity and Durham Elementary School)

**2018 May**
Designed internship program for 12 students with diverse cultural and educational backgrounds to promote insurance as a career

**2018 June**
Designed 6-month leadership development program, "Managing with Moxie"

**2018 July**
Completed Pavonia integration

**2018 September**
Promoted CEO of Europe

Hired Life Biz. Dev. Leader

**2018 October**
Consolidated SNIC & BLIC

Completed full renovation of GBIG HQ



Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 13 of 101

12

# Global Bankers – Milestones

## Technology & Infrastructure

**2016 December**
Chose Axis as platform for valuation and CFT analysis

Migrated investment accounting to Clearwater

**2017 February**
Completed migration to cloud and Office 365

**2017 May**
Converted BLIC valuation to Axis

Moved FAST policy admin system in production

**2017 October**
Launched Global Bankers intranet

**2017 December**
Implemented Oracle GL – GBIG, LLC

**2017 January**
Selected FAST as annuity policy administration system

**2017 April**
Migrated CBL infrastructure to co-location facility

Implemented Chrome River expense reporting

Implemented BoardVantage system

**2017 June**
Launched Life & Worksite eApp

**2017 November**
Launched Private Bankers website

Completed redesign of GBIG website

Launched MYGAs on FAST

**2018 January**
Implemented Oracle GL – CBLife / PFC

Completed redesign of CBLife website

**2018 February**
Launched annuity eApp

**2018 April**
Implemented Loan IQ

**2018 June**
Launched on DTCC

Launched AnnuityNet order entry platform

Launched on NFS

Instituted company wide cyber/phishing training

**2018 August**
Converted and consolidated CBL & BLIC valuation models

**2018 October**
Automated underwriting – Milliman Intelliscript

Implemented Oracle GL - SNIC

**2018 March**
Completed redesign of BLIC website

**2018 May**
Installed dual factor authentication and advanced threat protection

Implemented Foresight Illustration system

**2018 July**
Launched eDelivery for annuities

**2018 September**
Built FIA infrastructure (outsourced hedging program, ISDA, derivative database, & risk management platform)

Launched FIAs on FAST



Confidential Information

# Global Bankers – Milestones

## Products & Sales

**2017 October**
Signed master selling agreement with Citizens Securities, Inc. to offer CBLife Annuities

**2017 November**
Signed distribution agreement with Wealthvest marketing

Signed distribution agreement with Market Synergy Group

Launched MYGA product line in bank channel

Released Lifestyle Assurance in 15 additional states

**2018 January**
Launched IMO Channel

**2018 May**
Formed product approval committee process

Co-developed and priced FIA product with Oliver Wyman

**2018 June**
Implemented routine pricing process for annuity suite

**2018 August**
Signed Janus Henderson & Société Générale FIA partnership

**2018 September**
Internally developed and priced 3 new products for 2019

Crossed $1B sales threshold

Launched Wealthlock & Income Builder 7 (FIA)

Launched Wealthlock & Income Builder 10 (FIA)

**2018 October**
Signed distribution agreement with DPL Financial

Launched no-fee RIA MYGA

**2018 November**
Roll out Security Builder enhancements

**2019 January**
Launch MYGAs w/ market value adjustment

Launch 10 year FIA with MSG

**2019**
Launch FIA designed for RIAs

Launch SPIA / DIA

Develop laddered MYGA

Scope "structured VAs"

**2019 (Cont'd)**
Reprice life & worksite portfolio to align with new actuarial requirements (CSO and PBR)

Redesign worksite portfolio



Confidential Information

# Global Bankers – Strategic Advantages

Deliver simple and valuable products to propel growth.

Revolutionize legacy financial systems with an innovative, digital platform to fulfill needs instantaneously.

Leverage technology and relationships to be the obvious provider of high value products for consumers.

Drive powerful growth by identifying and executing acquisition opportunities quickly.

ORGANIC GROWTH

DIGITAL SOLUTIONS

DISTRIBUTION MODEL

INNOVATION

PASSION & FOCUS

AGILITY

PEOPLE MOXIE

UNIQUE BUSINESS PHILOSOPHY

STRATEGIC M&A GROWTH

LEVERAGE INVESTMENT PLATFORM

Fuel a dynamic culture that encourages taking risks and learning from mistakes, ingrains accountability, and keeps communication open and transparent.

Value speed over perfection, innovate, and challenge the status quo.

Enhance investment capabilities with new owner.



Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 16 of 101

15

# Global Bankers – Investment Considerations

## 1 Attractive Industry Trends

- Favorable demographics with aging U.S. population projected to increase by 48% over the next 15+ years, which will continue to drive demand for protection, savings, and retirement income[1]
- Fixed index annuities represent an expanding market, growing at a CAGR of 10.5% since 2003

## 2 Well-Positioned For New Business Growth

- Strategic growth opportunities across multiple distribution channels with existing product portfolio
- Expanding product portfolio with consumer centric designs will increase market presence
- Opportunity to accelerate growth with A.M. Best ratings upgrade

## 3 Scalable Operating Platform

- Licensed in 49 states (excl. NY), D.C. and Puerto Rico
- Ability to manager several times the current capacity of additional of in-force, either through new business production or block acquisitions
- Robust, next generation technology platform delivering end-to-end digital new business and administration, and best in class systems for finance, actuarial, and compliance

## 4 Highly Experienced Management Team

- Highly capable and experienced management team with an average 25+ years of industry experience
- Strong entrepreneurial culture with a highly engaged and enthusiastic staff

## 5 Proven M&A and Reinsurance Capabilities

- Dedicated M&A and actuarial teams in the U.S. and internationally to cover opportunities across geographies
- Track record of structuring, pricing, and executing transactions in the U.S., Europe, and Bermuda
- Demonstrated ability to successfully integrate acquisitions into the Global Bankers business model



Confidential Information

(1) U.S. Census Bureau

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 17 of 101

16

# Transaction Overview

**Since inception of Global Bankers in 2016, Eli Global has committed the capital necessary to build a first-rate team, infrastructure, and new business capabilities, creating an industry leading insurance company.**

**Our strong growth profile has pushed Eli's insurance concentration beyond its desired limits, and as a result Eli has decided to divest its U.S. insurance operations.**

## ① U.S. Platform [1,2,3]

- Colorado Bankers Life Insurance Co.
- Bankers Life Insurance Co.
- Pavonia Life Insurance Co. of Michigan
- Southland National Life Insurance Corp.
- Southland National Reinsurance Corporation

- North Carolina DOI
- Michigan DIFS

- Assets = $4.7B
- Adj. Capital & Surplus = $494M

- Headcount = 315
- Office locations = 2

## Insurance Entities

## Regulatory Jurisdictions

## Assets & Capital

## Employees & Locations

## ② European Partnership [4,5]

- Conservatrix
- GBLife Luxembourg
- Bankers Reinsurance Co., Ltd.
- G.N.B Seguros Vida (Pending)
- Pramerica (Pending)

- DNB (Netherlands)
- CAA (Luxembourg)
- ASF (Portugal)
- IVASS (Italy)
- FSC (Barbados)

- Assets = $11.2B
- Shareholders' Equity = $704M

- Headcount = 250
- Office locations = 5



Confidential Information

(1) Pro forma 12/31/18 estimate. U.S. Capital & Surplus adjusted to include IMR and AVR. Includes intercompany preferred stock and surplus notes as currently structured.
(2) Assumes $500 million 4Q'18 capital infusion and $300 million 4Q'18 sales.
(3) Headcount includes dedicated resources in the Philippines and India.
(4) Pro forma for European deals that are signed but not yet closed.
(5) As of 6/30/18. 1.2x Euro/USD FX. Pramerica figures from S2 balance sheet.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 18 of 101



# SECTION 2A:
# U.S. NEW BUSINESS

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 19 of 101

# U.S. - Operations Overview[1]

## Colorado Bankers Life Insurance Co.

- U.S. flagship company
- Historically Life/Worksite products
- Expanded into annuities and financial institution channel in 2017
- Moved operations to NC in 2017

**$2.8B** Assets

**2015** Acquired by GBIG

## Bankers Life Insurance Company

- Primarily sold SPDA products through independent agencies
- In runoff as of 10/1/18
- Transitioning operations from FL to NC

**$0.4B** Assets

**2016** Acquired by GBIG

## Pavonia Life Insurance Co. of MI - Basking Ridge, NJ

- Run-off portfolio - primarily credit, term, payout annuities

**$1.1B** Assets

**31** Employees

**2017** Acquired by GBIG

## Southland National Insurance Corp

- Run-off portfolio - primarily preneed
- Moving legacy LA operations to NJ office

**$0.4B** Assets

**2014** Acquired by GBIG

## Global Bankers Insurance Group - Durham, NC

- U.S. headquarters for Global Bankers Insurance Group
- Provides shared services across operating insurance companies

**154** Employees[2]


Confidential Information

(2)  Pro forma 12/31/18 estimate does not include 10 remote employees.

19

# CBLife – Flagship New Business Platform

 **B++** A.M. Best rating[1]

 **49** States licensed for life, annuity and A&H*

*Excluding New York. Also licensed in District of Columbia and Puerto Rico.

 **Competitive, Customer-Centric Annuity Products**

- MYGA and FIA
- Strong distribution partners in bank and IMO channels
- Developing end-to-end digital platform

 **Unique Combination Life & Worksite Products**

- Whole life insurance with annuity rider
- Term life insurance with critical illness rider
- A&H products that complement life insurance offerings
- Target middle-income market through independent agency distribution

## CBLife Strategic Focus

 **Efficiency**

- Scalable platform to enable low cost administration of new business and management of in force
- Simple, repeatable, and automated business processes

**+**

 **Customer Value**

- Simple & transparent products
- Lower sales commissions

**+**

 **Innovation**

- Digital, simple, and personalized
- Instant delivery
- Developing industry-leading customer & agent technology

## Our Advantage

- Modern and agile systems
- Speed-to-market capabilities
- Investment platform
- Distribution agnostic
- Entrepreneurial mindset
- People "Moxie"

Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 21 of 101

(1) AM Best rating as of 4/11/2018.

20

# New Business
## *Annuity Product Line*

Global Bankers
INSURANCE GROUP

Confidential Information

21

# Growing Market Opportunity

## Retirement Population Growth[1]

U.S. Population Age 65+

| 2016 | | 2035 |
|---|---|---|
| 49.2M | | 78.0M |
| 15.2% | % | 21.4% |

of total U.S. population

## Total Annuity Sales[2,3]

($ billions)

Total — Fixed Annuity — Variable Annuity

| Year | Total |
|---|---|
| 2008 | $265 |
| 2009 | $239 |
| 2010 | $222 |
| 2011 | $238 |
| 2012 | $220 |
| 2013 | $230 |
| 2014 | $237 |
| 2015 | $236 |
| 2016 | $222 |
| 2017 | $204 |
| 2018E | $223 |

$122

$101

- Significant growth in retirement population is expected to occur over the next 15+ years
- Only 25% of Baby Boomers are confident that their savings will last throughout their retirement
- Monthly guaranteed income is the most important single feature Boomers look for in a retirement investment
- Fixed annuity sales overtook variable annuity sales for the first time during 2016
- Fixed annuity sales have outperformed variable annuity sales in eight of the last nine quarters
- FIAs are an expanding market with room to grow as retirement income becomes an increasing focus



Confidential Information

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 23 of 101

(1) U.S. Census Bureau.
(2) LIMRA Secure Retirement Institute U.S. Individual Annuities Survey.
(3) 2018E reflects annualized sales through 6/30/2018. YTD 6/30/18 actual sales are $61B and $50B for fixed and variable annuities, respectively.

# Attractive Fixed Annuity Sales Trends

## Multi-Year Guaranteed Annuity Sales[1,2]

($ billions)



## CBLife - by the Numbers (YTD) [3]

| **#8** | **#6** | **#2** |
|---|---|---|
| MYGA Sales | Bank Sales | IMO Sales |

### Strategic benefits for FIA launch

- ✓ Credibility
- ✓ Scale
- ✓ Access to agents

## Fixed Indexed Annuity Sales[1,2]

($ billions)



### Capitalize on strong FIA trends to drive organic growth and diversify product mix

- Historically sold by independent agents, representing 56% of total FIA sales in 2017

- Banks & BDs have shown increasing market share over past few years, up from 20% in 2014 to 30% in 2017

- 2Q 2018 was a record-setting quarter for FIA sales, topping the prior 4Q 2015 record by 11.4%

 Global Bankers INSURANCE GROUP — Confidential Information

(1) Sales Data from Wink
(2) 2018E reflects annualized sales through 6/30/2018.
(3) YTD as of 6/30/2018; Rankings from Wink Quarterly Sales Report

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 24 of 101

23

# FIA Competitive Landscape

## Top 10 FIA Providers (YTD 6/30/2018 ) [1,2]

($ billions)



- Competing with well-established FIA providers with "A" ratings

- Crowded market requires pricing discipline to develop products that align with competitive advantages

- Emphasis on simple, well understood design that delivers high consumer value

- Recently launched first FIA - balanced product with competitive accumulation and income rider features, a first for the FIA space

  - Attractive rates through simple design and strong distribution relationship

- Anticipate launching additional FIA targeting the accumulation segment of the independent channel

Confidential Information

(1) Sales data LIMRA

(2) Excludes Direct Response

# CBLife – Positioned as a Multi-channel Distributor

## CBLife has quickly built a high-quality, multi-channel distribution network

 Bank[1] **54%**

 IMO[1] **46%**

 RIA[2] **--%**

**+14**



Master selling agreements signed

**+4,700**



New appointed agents & subgroups

**100%**
Electronic applications starting 10/1/2018



### Strong execution of distribution strategy

- Integrate deeply with each partner
- Apply discipline to growth within existing channels
- Remain distribution agnostic and act opportunistically
- Collaborate on product development to target segments where we maximize value

### Why they choose to partner with CBLife

- Competitive product portfolio
- Experienced team, anchored by strong national account support
- Speed, responsiveness, and quality of agent/customer service
- Shared vision of end-to-end digital platform

Confidential Information

 Global Bankers INSURANCE GROUP

(1) YTD sales as of 9/30/2018
(2) Launched channel on 10/1/18, no meaningful sales to report

25

# Annuities – Enhanced Product Portfolio

## Nov 2017 — CBLA 357



- Bank/BD & IMO distribution
- Multi-year (3, 5, or 7 yrs.) guaranteed annuity

## Sept 2018 — Wealthlock & Income Builder



- Bank/BD & IMO distribution
- 7yr delivers strong accumulation
- 10yr focused on guaranteed income with optional GLWB
- Crediting options include S&P500 capped and uncapped, Janus SG Guidance uncapped, and a fixed rate

## Oct 2018 — CBLA 4



- RIA distribution
- No-fee product structure
- Multi-year (4 yrs.) guaranteed annuity

## Jan 2019 — CBLA 357 w/ MVA



- IMO distribution
- Rollout will include a rebranding of CBLA 357 for the Bank/BD channel

## Jan 2019 — FIA 10



- IMO Distribution
- First product will focus on 10yr accumulation
- Second product will include GLWB to target guaranteed income
- Crediting options include S&P500 capped and uncapped, a volatility controlled index, and a fixed rate

 Confidential Information

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 27 of 101

# Global Bankers Pricing Process











| **Product Ideation and Framework** | **Strategic Partnerships** | **Pricing, Filing, Systems Build** | **Approval, Launch, Documentation** | **Routine Pricing, Monitor, Maintenance** |
|---|---|---|---|---|

- Preliminary analysis to assess feasibility, design, and market
- Establish objectives & philosophy
- Define profitability metrics and targets

**Distribution Partners:**
- Align with product company vision
- Controlled growth and branding

**Actuarial Consultants:**
- Assist with model build & assumption setting
- Industry experts with leading knowledge and best practices

- Iterate on design features, competitiveness, tradeoffs, and sensitivity analysis
- Assist in contract development and produce actuarial memorandum for filing
- Build internal processes to manage business, such as:
  – Datawarehouse capabilities
  – Hedging infrastructure

- Various checkpoints with Product Implementation Committee; **seek launch approval**
- Document final model, results, and product memorandums
- Host education sessions on product features and business profile

- Biweekly pricing exercises to evaluate profitability based on economic conditions, investment strategy, and internal profitability/sales goals; **adjust rates as needed**
- Autonomous ownership of models and results
- Monitor competitive landscape and internal experience for emerging trends



Confidential Information

Case 3:23-cr-00048-MOC-DCK      Document 234-44      Filed 07/14/26      Page 28 of 101

# Pricing Assumptions & Specs – MYGAs

| Policy Specs | 3yr MYGA | 5yr MYGA | 7yr MYGA |
|---|---|---|---|
| Initial Guarantee Period | 3 | 5 | 7 |
| Renewal Guarantee Period | 1 | 1 | 1 |
| Surrender Charge Schedule | 3 years (9,8,7) | 5 years (9,8,7,6,5) | 7 years (9,8,7,6,5,4,3) |
| Free Withdrawal Amount | 2% - 5% | 2% - 5% | 2% - 5% |
| GMAB % | N/A | N/A | N/A |
| MVA | No | No | No |
| **Policy Holder Info** | | | |
| Average Premium | $95,000 | $95,000 | $95,000 |
| Average Issue Age | 69 | 69 | 69 |
| **Key Assumptions** | | | |
| Total Commission (yr. 1 / yr. 2+) | 2.50% | 3.50% | 4.00% |
| Shock Lapse % | 50% | 50% | 50% |
| Lapse Rates during SC | 0.5%-1% | 1%-3% | 1%-3.5% |
| Post SC Lapses | 10% | 10% | 10% |
| Dynamic Lapses | Yes | Yes | Yes |
| Mortality | 2012 IAM Basic | 2012 IAM Basic | 2012 IAM Basic |
| Mortality Improvement | Scale G2 | Scale G2 | Scale G2 |
| Post SC Pricing Spread | 200bps | 200bps | 200bps |
| Acquisition Expense (per pol) | $125 | $125 | $125 |
| Maintenance Expense (per pol) | $75 | $75 | $75 |
| Expense Inflation | 2% | 2% | 2% |
| Tax Rate | 21% | 21% | 21% |
| **Reserves / Capital / Return** | | | |
| Statutory Valuation Rate | 3.50% | 3.50% | 3.50% |
| C1 Factor | 3.15% | 3.15% | 3.15% |
| C3 Factor (In/Post SC) | 3.66% / 7.29% | 3.66% / 7.29% | 3.66% / 7.29% |
| C4 Factor (Yr1 Only) | 7.29% | 7.29% | 7.29% |
| RBC Multiple (21% tax rate basis) | 300% | 300% | 300% |
| IRR | 10%-11% | 10%-11% | 10%-11% |

- MYGAs emphasize simplicity and transparency

- No riders or overly sophisticated options

- Adding MVA to product line in early 2019 to help with capital strain and surrender risks

- Assumptions developed in collaboration with Oliver Wyman actuarial consultants

**Global Bankers**
INSURANCE GROUP
Confidential Information

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 29 of 101

# Pricing Assumptions & Specs – FIAs

| Policy Specs | FIA 7 | FIA 10 |
|---|---|---|
| Initial Guarantee Period | 1-2 | 1-2 |
| Renewal Guarantee Period | 1-2 | 1-2 |
| Surrender Charge Schedule | 7 years (9,8,7,6,5,4,3) | 10 years (9,9,...,1) |
| Free Withdrawal Amount | 1.2% - 3% | 1.2% - 3% |
| GMAB % | 107% (base only) | N/A |
| MVA | Yes | Yes |
| **Policy Holder Info** | | |
| Average Premium | $95,000 (90 base, 100 WB) | $95,000 (90 base, 100 WB) |
| Average Issue Age | 66 | 66 |
| **Key Assumptions** | | |
| Total Commission (yr. 1 / yr. 2+) | 6.45% / .05% | 7.95% / .05% |
| Shock Lapse % | 40% base / 20% WB | 40% base / 20% WB |
| Lapse Rates during SC | 0.4%-4.5% | 0.4%-4.5% |
| Post SC Lapses | 7.5%-20% | 7.5%-20% |
| Dynamic Lapses | Yes | Yes |
| Mortality | 2012 IAM Basic | 2012 IAM Basic |
| Mortality Improvement | Scale G2 | Scale G2 |
| Post SC Pricing Spread | 200bps | 200bps |
| Acquisition Expense (per pol) | $125 | $125 |
| Maintenance Expense (per pol) | $150 + 10bps AV | $150 + 10bps AV |
| Expense Inflation | 2% | 2% |
| Tax Rate | 21% | 21% |
| **Reserves / Capital / Return** | | |
| Statutory Valuation Rate | 3.50% | 3.50% |
| C1 Factor | 3.15% | 3.15% |
| C3 Factor (In/Post SC) | 1.83% / 7.29% | 1.83% / 7.29% |
| C4 Factor (Yr1 Only) | 7.29% | 7.29% |
| RBC Multiple (21% tax rate basis) | 300% | 300% |
| IRR | 12%-15% | 10%-13% |

- Like MYGAs, FIAs emphasize simplicity and transparency in design
- Optional Guaranteed Living Withdrawal Benefit (GLWB) rider available on FIA products

- Assumptions developed in collaboration with Oliver Wyman actuarial consultants.
- Commissions are lower than FIA industry standard; increases consumer value.
- Expect higher persistency when GLWB rider is elected.
- GLWB rider has simple and competitive design
- Increases in value based on strong guarantee with upside potential from indexed strategies

**Global Bankers** INSURANCE GROUP
Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 30 of 101

29

# Illustrative Economics for New Business

Executive Summary | **Business Overview: U.S. New Business** | Financials | Appraisal | Appendices

## Fixed Index Annuity – 7 Year Base – Return on Asset Walk

**Items use cost of funds approach to allocate earned rate**

**Cash flows from model yielding 13% IRR**

**5.25%**

**0.7%**

**Credited Rate / Option Budget: 3.3%**

**Hedge G/L:** PV of hedge (equity) payoffs vs. option budget spent. Passed to policyholder.

(3.5%)

(1.1%)

(0.5%)

(0.2%)

0.6%

**Spread: 1.95%**

| Earned Rate | Hedge G/L[1] | Surrenders / Benefits | Commissions / Expenses | Reserve Drag[2] | Tax | Net Margin |

- Interest income on bond portfolio
- Investment strategy drives new business returns
- Modest increase in yield significantly improves returns

- Compelling liability pricing
- Highly efficient, variable cost model
- Assumes 21% tax rate

- Net margin shown pre-capital. Asset-liability mix and regulatory requirements drive capital requirements



Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 31 of 101

Confidential Information

(1) Includes gains or losses on reserves and surrenders. Leads to higher account value and reserves. Does not directly net against final ROA.
(2) Reserve drag is the timing difference between modeled reserve releases and cash flows.

30

# Summary Pricing Returns / Use of Capital

| Product | Pricing Spread (bps) | IRR | VNB @ 8% | Breakeven Year | 1st Year Strain | Adj. Strain – No C4 | Pricing Distribution |
|---|---|---|---|---|---|---|---|
| **3yr MYGA** | 140 | 10% / 11%* | 1.0% | 5 | 16% | 9% | 7% |
| **5yr MYGA** | 130 | 10% / 11%* | 1.1% | 6 | 18% | 11% | 75% |
| **7yr MYGA** | 135 | 10% / 11%* | 1.1% | 8 | 19% | 12% | 18% |
| **Overall Blend** | 132 | 10% | 1.1% | 6 | 18% | 11% | 100% |

| Product | Pricing Spread (bps) | IRR | VNB @ 8% | Breakeven Year | 1st Year Strain | Adj. Strain – No C4 | Pricing Distribution |
|---|---|---|---|---|---|---|---|
| **7yr Base** | 195 | 13% | 2.1% | 6 | 11% | 3% | 45% |
| **10yr Base** | 190 | 13% | 2.0% | 9 | 12% | 5% | 5% |
| **7yr WB** | 180 | 12% / 15%** | 3.7% | 9 | 20% | 13% | 10% |
| **10yr WB** | 180 | 10% / 13%** | 2.6% | 9 | 25% | 18% | 40% |
| **Overall Blend** | 187 | 12% | 2.5% | 8 | 18% | 10% | 100% |

1. Pricing spread is approximate and assumed during surrender charge period; spread increases to 200bps thereafter.
   a) *Adding MVA to MYGAs can reduce necessary pricing spread by 10-15bps, or increase IRR by ~100bps at given spreads.
2. Breakeven year based on distributable earnings (includes capital).
3. MYGA 1st year strain is dependent on credited rate and starting reserve (typically 98% to 103% of premium, based on credited rate relation to statutory valuation rate). Strain excludes starting reserve impact.
4. **FIA IRR shown excluding and including reserve financing on WB products. WB strain reduced by ~7% with financing.

 Confidential Information

31

# Annuities – Sales Trends

## Annuity Sales(1)

*$MM*



$1,354 2018 YTD Total

Launched BLIC SPDA products on CBL

BLIC acquisition closes 12/15

Legend: CBL, BLIC

X-axis: 1Q'16, 2Q'16, 3Q'16, 4Q'16, 1Q'17, 2Q'17, 3Q'17, 4Q'17, 1Q'18, 2Q'18, 3Q'18

Pie chart:
- CBL - IMOs 47%
- CBL - Banks 37%
- BLIC 16%

- Built momentum with distribution partners; recent actions/news impacting short-term outlook
- Significant growth in the IMO channel throughout the year by consistently adding new agencies
- CBL YTD Average face amount is $92k
- Monitoring surrenders closely

Confidential Information

(1) Sales defined as annualized new issued premium



# New Business
## *Life Insurance Product Line*

Global Bankers
INSURANCE GROUP
Confidential Information

# Life & Worksite – Environment

## Commercial/Market Trends

 Underserved "blue collar," middle market with incomes ranging from $35K - $100K

 Ever shifting ACA creates opportunity

 Continued coverage gaps in traditional employee benefits

 Increasing demand for workplace-provided access to broad array of insurance & investment solutions

## Competition

 No single carrier dominates across all worksite products

 46 carriers, representing 90% of the total employment-based life market, provided data for LIMRA's U.S. Workplace Life Insurance Sales Survey 2Q'17

 M&A activity in the form of mergers/consolidation

**Global Bankers** INSURANCE GROUP
Confidential Information

# Life & Worksite – Overview

## Life & Worksite Sales (Annualized)

*$MM*

Sales slow due to operations transition

$15 (2018)  $15 (2019)  $20 (2020)

■ Security Builder  ■ Timber Ridge  ■ Other

| New Agencies | Type of Distribution | Projected Annual Premium ($MM) | Status |
|---|---|---|---|
| #1 | Fed / State / Military / Agriculture / Unions | $2.00 | Signed |
| #2 | Postal/Federal | $2.00 | Signed |
| #3 | Critical Illness | $1.00 | Signed |
| #4 | Life, Critical Illness, Final Expense | $0.50 | Signed |
| #5 | Life, Critical Illness, Final Expense | $0.50 | Signed |
| #6 | Life, Critical Illness, Final Expense | $0.50 | Signed |
| #7 | Final Expense, Life | $0.25 | Signed |
| #8 | Final Expense, Life | $0.10 | Signed |
| #9 | Life, Critical Illness, Final Expense | $0.10 | Signed |
| #10 | Critical Illness, Accident | $0.05 | Signed |
| #11 | Life, Critical Illness, Final Expense | $1.00 | Verbal |
| #12 | Life, Critical Illness, Final Expense | $1.00 | Verbal |
| #13 | Final Expense, Life | $0.05 | Verbal |
| #14 | Postal/Federal | $0.25 | Verbal |
| #15 | Postal/Federal | $1.25 | Pending |
| #16 | Final Expense, Life | $0.50 | Pending |

- Hired dedicated, focused business development leader
- 16 distribution partners in the pipeline have either signed an agreement, given verbal approval, or are pending further discussions
- BD pipeline represents $7MM - $11MM in new premium growth
- Due to transaction and recent headwinds, no growth assumed until 2020



Confidential Information

# Life & Worksite - Product Refresh Timeline

**Today** | **4Q 2018** | **Future**

## Security Builder



## Preferred Golden Protector



## Financial Security Plan



## Security Builder



- New streamlined paper app
- Automated underwriting
- New eApp
- ePolicy delivery



- Refresh Security Builder, Timber Ridge, Preferred Golden Protector, and expand Lifestyle Assurance
  - Meet 2017 CSO and PBR requirements

- Evaluating other solutions to complete life product portfolio
  - Life/LTC Hybrid, Riders on existing products

## Timber Ridge



## LifeStyle Assurance



## Paycheck Protection Plus



**Global Bankers** INSURANCE GROUP — Confidential Information

# End-to-End Technology Platform

Global Bankers
INSURANCE GROUP

Confidential Information

37

# Technology Investments

**Global Bankers is committed to developing an industry leading technology platform. Some of the key initiatives to enable this include:**



### Enhance straight-through web and mobile digital experience

- Leverage science of UX (user experience) to ensure easy to use and elegant designs
- Drive interactions to web, tablet, and mobile; offer user choices of device and paradigm
- Lower operational costs by significantly reducing paper and phone transactions
- Improve support through on-line interactive methods like chat, AI robots, and FAQs
- Widen the point of sale opportunities including offering products at claim, from web leads, FAQs, AI, etc.



### Develop full service agency and agent platforms

- Expedite agency, agent, and channel onboarding and eliminate manual and paper processes
- Eliminate reliance on expensive outside training / agency platforms
- Allow full self-service agency and agent management, including choosing new products to sell
- Be easy to do business with: integrate with CRMs, provide real-time agent productivity reporting, and more



### Build a single source of truth, next-generation analytics platform

- Glean insights from customer, agent, financial, and product data and strong portfolio management
- Improve product manufacturing through integration with external data sources and predictive analytics
- Self-service actuarial modeling, analysis, and valuation capability
- Capture and examine customer behavior to generate custom, personalized recommendations and experiences



### Continue to build and improve upon a strong technology infrastructure

- Focus on continuous improvement of security stack allowing quick responses to emerging threats
- Leverage cost efficiencies with centralized operations and IT support
- Build strong disaster recovery and business continuity plans to protect against uncontrollable threats
- Continue investing in modern commodity IT capabilities to support these key digital build initiatives



Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 39 of 101

# End-to-End Digital Platform

Scoping | In Development | Live

## OPERATIONS

AGENCY ONBOARDING & AGENT L&C

STRAIGHT THROUGH PROCESSING: ILLUSTRATION / QUOTING EAPPLICATION (QUICKAPP, AN4), INSTANT RESPONSE & EDELIVERY

CUSTOMER PORTAL WITH SELF SERVICE

| PRODUCT DEVELOPMENT | AGENCY MANAGEMENT | NEW BUSINESS | UNDERWRITING & POLICY ISSUE | POLICY ADMIN. | CUSTOMER SERVICE & REPORTING | CLAIMS MANAGEMENT |
|---|---|---|---|---|---|---|

ACTUARIAL DATA PROCESSING

DOC. ACCESS / STORAGE & COMPLIANCE MANAGEMENT

MULTIPLE HIERARCY SUPPORT

IDENTITY VERIFICATION

AUTO ISSUE & UNDERWRITING SYSTEM

COMPLIANCE APPROVAL PORTAL

MODERN ADMIN SYSTEM, AUTO PROCESSING & WORKFLOW TOOLS

ACCOUNT STATEMENTS

PREMIUM ACCOUNTING

BI REPORTING

AUTOMATED CLAIMS

## ENTERPRISE DATA WAREHOUSE

## SUPPORT

| GENERAL LEDGER | ACTUARIAL PLATFORM | TREASURY SYSTEM | INVESTMENT PLATFORMS | EXPERIENCE ANALYSIS | ERM DASHBOARD |
|---|---|---|---|---|---|



Confidential Information

# Digitalization – Uber Case Study

## What if Uber operated like the current insurance industry?



- 7 individual applications
- Multiple days to onboard drivers
- Multiple individual apps/tools to ride
- Multiple days to get drivers paid

## Now, what if an insurance company operated like Uber?



- Single platform, straight-through processing
- Intuitive customer/agent experience
- Real–time service and support

 Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 41 of 101

40

# Our Approach – Digital Differentiation

## Create a world class insurance platform by building game changers and buying commodities

| Who Benefits? | Features / Capabilities | Competitor Platforms | GBIG Target Platform |
|---|---|---|---|
| Customer  Agency / Agent | Optimized self-service functionality | ◑ | ✓ |
| Customer  Agency / Agent | Consistent personalized recommendations and experience across all mediums | ◔ | ✓ |
| Customer  Agency / Agent  GBIG | Advanced analytics | ◔ | ✓ |
| Customer  Agency / Agent  GBIG | Ability to identify and implement changes to workflow, business process, back office automation, and integrations | ◑ | ✓ |
| Customer  Agency / Agent  GBIG | Fast to market – and fast to capture market opportunities | ◔ | ✓ |
| GBIG | Monetizable, lower cost platform and services | ○ | ✓ |
|  | Customer-focused vs. Policy-focused | ◔ | ✓ |
| Agency / Agent  GBIG | Agent / customer retention | ◑ | ✓ |


Global Bankers INSURANCE GROUP

Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 42 of 101

41



**Global Bankers**

# SECTION 2B:
# U.S. IN-FORCE & RUNOFF

# U.S. In-force Portfolio by Entity by Product



*$Millions*

## Commentary

- CBLife is GBIG's new business platform
- CBLife's mix of business in 2018 consists of worksite life, MYGA and FIA products
- All other U.S. companies are in run-off: Pavonia, Bankers Life, SNIC and SNRC captive
- Direct deferred annuity Q3 '18 YTD sales: >$1.3 billion with $680 million in the Q3 alone
- Direct deferred annuity Q3 '18 YTD distribution mix: 54% bank, 46% IMO
- Approximately 92% of the CBL and BLIC deferred annuities in surrender period

Confidential Information

(1) Estimated as of 9/30/18.
(2) Shown gross of reinsurance to SNRC captive. Reinsurance used to optimize capital efficiency and release redundant IMR.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 44 of 101

# CBLife – In Force Overview

## Overview

- $1.1B of MYGAs sold in YTD 2018
- Started selling market-leading FIA product in September 2018
- Strong distribution partners in bank & IMO channels
- Majority of assumed deferred annuities from BLIC reinsurance
- AM Best Rating: B++
- Worksite experience is running better than expected and modeled assumptions including first year persistency
- Focus on 5 year MYGAs thru the first half of 2018, expanded focus to 3 year and 7 year MYGAs in the past quarter
- Introduced the 4 year MYGA, with very limited distribution expenses into RIA channel in October
- Worksite in force life products are not interest sensitive and provide a balance to the MYGA block
- $196m worksite annuities issued prior to 2016 with a guaranteed minimum credited rate of 4% ceded to SNRC; $20m net retained by CBL

## In Force Summary Data (Estimated as at 9/30/18E)

| Segment | Net Stat Rsv. ($MM) | Face Amt. ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | Face Amt. / Policy ($) |
|---|---|---|---|---|---|
| **Life Insurance** | | | | | |
| Worksite | 106 | 2,409 | 119,140 | 894 | 20,217 |

| | Net Stat Rsv. ($MM) | Account Value ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | AV / Policy ($) | Avg. Crediting Rate (%) |
|---|---|---|---|---|---|---|
| **Annuities** | | | | | | |
| Worksite | 20 | 21 | 19,449 | 1,017 | 1,056 | 4.0% |
| Deferred Annuities | 1,293 | 1,286 | 13,250 | 97,587 | 97,037 | 3.6% |
| Assumed Deferred Annuities | 527 | 536 | 8,454 | 62,364 | 63,364 | 3.1% |
| Assumed Payout Annuities | 8 | N/A | 293 | 28,488 | N/A | N/A |
| Passthrough Conservatrix XOL | 3 | N/A | N/A | N/A | N/A | N/A |

## Net Stat Reserve Composition (Estimated as at 9/30/18E)

| Product Type | Net Stat Reserves $MM | % |
|---|---|---|
| Worksite - Life | 106 | 5% |
| Worksite - Annuity | 20 | 1% |
| MYGA3 | 95 | 5% |
| MYGA5 | 955 | 49% |
| MYGA7 | 237 | 12% |
| Other Direct Deferred Annuities | 6 | 0% |
| Assumed Deferred Annuities | 527 | 27% |
| Assumed Payout Annuities | 8 | 0% |
| Passthrough Conservatrix XOL | 3 | 0% |
| **Total** | **1,958** | **100%** |

**Remaining Yrs. of Annuity Surrender Charges**

- 4-5 Yrs 56%
- 5-6 Yrs 1%
- 6-7 Yrs 13%
- 0 Yrs 6%
- 0-1 Yrs 4%
- 1-2 Yrs 4%
- 2-3 Yrs 8%
- 3-4 Yrs 8%



Confidential Information

44

# BLIC – In Force Overview

## Overview

- Primarily sold fixed deferred annuity products through independent agencies
- Ceased new business Oct. 1, 2018 and effectively in run-off
- Transitioning operations from Florida to Durham
- AM Best Rating: B
- Consists of a combination of business that was written recently and some that is close to or out of the surrender charge period
- Historically, crediting rates have been set to minimum after initial guarantee period
  - Currently evaluating optimal strategy for renewal rates
- BLIC has written business that has been reinsured to affiliates including: ~75% of the deferred and payout annuities issued prior to 4/1/18

## In Force Summary Data (Estimated as at 9/30/18)

| Segment | Net Stat Rsv. ($MM) | Account Value ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | AV / Policy ($) | Avg. Crediting Rate (%) |
|---|---|---|---|---|---|---|
| **Annuities** | | | | | | |
| Deferred Annuities | 309 | 309 | 3,809 | 81,189 | 81,186 | 3.2% |
| Payout Annuities | 5 | N/A | N/A | N/A | N/A | N/A |

## Net Stat Reserve Composition (Estimated as at 9/30/18)



### Net Stat Reserves

| Product Type | $MM | % |
|---|---|---|
| Deferred Annuities | 309 | 98% |
| Payout Annuities | 5 | 2% |
| **Total** | **314** | **100%** |

Remaining Yrs. Of Annuity Surrender Charges

- 5-6 Yrs 0%
- 6-7 Yrs 10%
- 0 Yrs 2%
- 0-1 Yrs 8%
- 1-2 Yrs 4%
- 2-3 Yrs 6%
- 3-4 Yrs 11%
- 4-5 Yrs 59%



Confidential Information

# In Force MYGA Reserves by Product & Crediting Rate

## Commentary

- In BLIC the MYGA product was sold using the "SPDA" name, which was launched on CBL paper in 4Q '17, along with a re-vamped distribution strategy for both CBL and BLIC

- In CBL, the MYGA uses the "CBLA" name

- 3, 5 and 7 next to the product name refers to the term length in years

- The table to the right shows stat reserves by crediting rate for 2017 and 2018 issued MYGAs (the period of time sales were led under Global Bankers)

- Blue highlighted cells to the far right are the top 3 largest crediting rate buckets in terms of stat reserve size

### 2017-2018 Issued In Force MYGA Reserves by Product and by Crediting Rate (9/30/18E)

*$000's*

| Crediting Rate | Colorado Bankers Life | | | BLIC Ceded to CBL | | Bankers Life | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | CBLA 3 | CBLA 5 | CBLA 7 | SPDA 5 | SPDA 7 | SPDA 3 | SPDA 5 | SPDA 7 | |
| 2.10% | $1,429 | - | - | - | - | - | - | - | **$1,429** |
| 2.20% | 20 | - | - | - | - | - | - | - | **20** |
| 2.50% | 1,667 | - | - | - | - | - | - | - | **1,667** |
| 2.60% | - | - | - | 5,004 | - | - | 1,773 | - | **6,777** |
| 2.85% | 2,660 | - | - | - | - | - | - | - | **2,660** |
| 2.90% | - | - | - | - | 603 | - | - | - | **603** |
| 3.00% | 285 | - | - | 32,116 | - | - | 7,107 | - | **39,508** |
| 3.10% | 88,919 | - | - | - | 193 | 7,268 | - | - | **96,380** |
| 3.25% | - | 299,961 | 177 | 116,640 | - | - | 32,866 | - | **449,644** |
| 3.35% | - | 46,588 | 2,107 | 13,223 | - | - | 2,189 | - | **64,107** |
| 3.40% | - | - | - | - | 6,291 | - | - | - | **6,291** |
| 3.50% | - | - | 1,698 | - | 1,660 | - | - | - | **3,358** |
| 3.60% | - | 269,767 | 3,183 | 18,578 | 1,525 | - | 89,334 | - | **382,387** |
| 3.65% | - | 36,980 | - | - | - | - | 9,009 | - | **45,990** |
| 3.80% | - | 301,217 | - | - | - | - | 71,681 | - | **372,899** |
| 3.85% | - | - | 48,305 | - | 2,528 | - | - | 9,336 | **60,169** |
| 3.90% | - | - | 7,830 | - | - | - | - | 723 | **8,553** |
| 4.10% | - | - | 174,025 | - | - | - | - | 20,650 | **194,674** |
| Product $ Total | 94,981 | 954,513 | 237,324 | 185,562 | 12,799 | 7,268 | 213,959 | 30,709 | **1,737,115** |
| Entity/Block $ Total | | 1,286,818 | | 198,361 | | | 251,936 | | |
| Avg. Product CR | 3.07% | 3.54% | 4.02% | 3.23% | 3.50% | 3.10% | 3.58% | 4.02% | **3.56%** |
| Avg. Entity/Block CR | | 3.60% | | 3.25% | | | 3.62% | | |



# Pavonia – In Force Overview

## Overview

- Efficient run-off platform
- Primarily consists of payout annuities (71% by reserves) with avg. liability duration of 12 yrs.
  - Majority of payout annuities are structured settlement annuities issued during the late 1980s through mid 1990s
  - Block is not interest sensitive as there is no surrender option available to policyholder
  - Contracts may include both recurring payment streams and pre-scheduled lump sum payments
  - Payments may be level or subject to contractually defined growth rate
- Term life consists of 10, 15, 20, and 30 yr. terms directly written between 2006 and 2012
- Assumed life block comprised of mostly 15, 20, and 30 year term insurance written between 2005 to 2008 and senior life products
- Corporate Owned Life Insurance (COLI) consists of 5 group policies assumed from Lincoln National; minimum guaranteed interest rate of 4%
- Credit insurance products include monthly premium paying life and A&H coverage written by the company in the U.S. and Canada

## In Force Summary Data (Estimated as at 9/30/18)

| Segment | Net Stat Rsv. ($MM) | Face Amt. ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | Face Amt. / Policy ($) |
|---|---|---|---|---|---|
| **Life Insurance** | | | | | |
| Term Life | 101 | 4,550 | 26,680 | 3,788 | 170,528 |
| Assumed Life | 90 | 2,818 | 72,156 | 1,248 | 39,048 |
| Credit Life / A&H | 6 | N/A | 58,780 | 95 | N/A |
| Assumed COLI | 61 | 1,215 | 7,918 | 7,654 | 153,502 |
| AD&D | 9 | 1,691 | 317,265 | 27 | 5,330 |

| | Net Stat Rsv. ($MM) | Account Value ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | AV / Policy ($) | Avg. Crediting Rate (%) |
|---|---|---|---|---|---|---|
| **Annuities** | | | | | | |
| Assumed Payout Annuities | 653 | N/A | 1,629 | 400,677 | N/A | N/A |

## Net Stat Reserve Composition (Estimated as at 9/30/18)

| | Net Stat Reserves | |
|---|---|---|
| **Product Type** | **$MM** | **%** |
| Term Life | 101 | 11% |
| Assumed Life | 90 | 10% |
| Credit Life / A&H | 6 | 1% |
| Assumed COLI | 61 | 7% |
| AD&D | 9 | 1% |
| Assumed Payout Annuities | 653 | 71% |
| **Total** | **919** | **100%** |

**Annuity Cashflow Breakdown**

Life-contingent (SS) $277 52%

Certain (S) $88 16%

Certain (SS) $36 7%

Life-contingent (S) $133 25%

(S) = Standard
(SS) = Sub-standard

Global Bankers INSURANCE GROUP

Confidential Information

# SNIC – In Force Overview

## Overview

- Run-off platform
- In force consists primarily of pre-need / funeral life insurance
- Moving legacy Louisiana operations to New Jersey
- Very stable and persistent block of business that was written mostly between 2003-2011
- Original products included discretionary death benefit growth rates in the product which were set to the guaranteed minimums prior to Global Bankers purchasing the entity
- Majority of pre-need business is paid up: ~98% by count
- The assumed annuities block fairly evenly distributed by issue year between 1980-2016 with a heavier concentration in the 2003+ era
- $107m assumed life block from NC Mutual is ceded $103m to SNRC and $4m to Barbados
- $33m direct pre-need reserves also ceded to SNRC

## In Force Summary Data (Estimated as at 9/30/18)

| Segment | Net Stat Rsv. ($MM) | Face Amt. ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | Face Amt. / Policy ($) |
|---|---|---|---|---|---|
| **Life Insurance** | | | | | |
| Life | 147 | 348 | 81,187 | 1,807 | 4,290 |

| Segment | Net Stat Rsv. ($MM) | Account Value ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | AV / Policy ($) | Avg. Crediting Rate (%) |
|---|---|---|---|---|---|---|
| **Annuities** | | | | | | |
| Assumed Annuities | 36 | 37 | 6,349 | 5,718 | 6,390 | 2.7% |

## Net Stat Reserve Composition (Estimated as at 9/30/18)

| Product Type | Net Stat Reserves $MM | % |
|---|---|---|
| Life | 147 | 80% |
| Assumed Life | - | 0% |
| Assumed Annuities | 36 | 20% |
| **Total** | **183** | **100%** |



**Remaining Yrs. Of Annuity Surrender Charges**

0-1 Yrs 5%
1-2 Yrs 6%
2-3 Yrs 6%
3-4 Yrs 6%
4-5 Yrs 0%
5-6 Yrs 0%
6-7 Yrs 0%
0 Yrs 77%

Global Bankers INSURANCE GROUP

Confidential Information

48

# SNRC – In Force Overview

## Overview

- Serving as GBIG's on-shore run-off captive
- In force consists of business assumed from affiliates (i.e. CBL, SNIC)
- $196m annuities from CBL issued prior to 2016 with a guaranteed minimum credited rate of 4%
- $33m of pre-need reserves from SNIC
- $103m of NC Mutual reserves which were retroceded from SNIC to SNRC consisting of small face amount life insurance
- Reports financial results on a US GAAP basis using a permitted practice allowed by the NC Department of Insurance

## In Force Summary Data (Estimated as at 9/30/18)

| Segment | Net Stat Rsv. ($MM) | Face Amt. ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | Face Amt. / Policy ($) |
|---|---|---|---|---|---|
| **Life Insurance** | | | | | |
| Assumed Life | 136 | 517 | 100,383 | 1,354 | 5,150 |

| Segment | Net Stat Rsv. ($MM) | Account Value ($MM) | No. of Policies | Net Stat Rsv. / Policy ($) | AV / Policy ($) | Avg. Crediting Rate (%) |
|---|---|---|---|---|---|---|
| **Annuities** | | | | | | |
| Assumed Annuities | 196 | 193 | 57,129 | 3,424 | 3,381 | 4.0% |

## Net Stat Reserve Composition  (Estimated as at 9/30/18)

### Net Stat Reserves

| Product Type | $MM | % |
|---|---|---|
| Assumed Life | 136 | 41% |
| Assumed Annuities | 196 | 59% |
| **Total** | **331** | **100%** |



Remaining Yrs. Of Annuity Surrender Charges

0-1 Yrs $14 7%
1-2 Yrs $15 8%
2-3 Yrs $11 6%
3-4 Yrs $8 4%
4-5 Yrs $1 0%
0 Yrs $147 75%

Global Bankers INSURANCE GROUP

Confidential Information

49



# SECTION 2C: EUROPE

# European Operations – At a Glance



## Business Overview

- Global Bankers' European business consists of 4 insurance companies domiciled in:
  - Luxembourg
  - The Netherlands
  - Portugal (signed, pending completion)
  - Italy (signed, pending completion)

- Pro forma for signed transactions, Europe has €9.3 billion in assets and €586 million in shareholders' equity

- €570 million current annual GWP; recently peaked at €2 billion

- New group-level executive team launched in August 2017 with the hiring of Matteo Castelvetri (Chief Executive Officer, Europe)

- Headquartered in London



### Europe at a Glance[1]

| €9.3 Billion | €586 Million | 61% |
|---|---|---|
| **Total Assets** | **Shareholders' Equity** | **General Account Assets** |
| €570 Million | 250 | 5 |
| **Annual GWP** | **Employees** | **Countries including London HQ** |

Confidential Information

(1) As of 6/30/18 pro forma for the pending acquisitions of PraAmerica and GNB Vida.

51

# European Life Market – Consolidators Landscape

## European Life Consolidators Landscape[1] (€bn)

UK and Offshore Assets

| Company | Value |
|---|---|
| Viridium Gruppe | 53.1 |
| ReAssure | 48.0 |
| Rothesay life | 41.1 |
| LCCG | 41.0 |
| Pension Insurance Corporation | 31.3 |
| Fosun RL360 | 19.9 |
| Eurovita | 18.0 |
| Athora | 17.8 |
| gb | 12.3 |
| Chesnara | 9.5 |
| Mediterráneo Vida | 8.6 |
| | 1.9 |

**Key Active Sponsors**

Cinven | Swiss Re | Blackstone | OAKTREE | CVC Capital Partners | VITRUVIAN PARTNERS | Cinven | APOLLO | EMBER CAPITAL | ELLIOTT

(1) *Based on latest available data, pro-forma for the signed transactions as of 28th of September 2018 (Viridium for the acquisition of Generali Leben, LCCG for the acquisitions of Aegon Ireland's Internal investment bond business, Equitable Life and Generali Worldwide, RL 360 for the acquisition of Friends Provident International, Athora for the sale of Aegon Ireland's Internal investment bond business, Global Bankers for the acquisitions of Pramerica and GNB Vida) and exchange rates as of 28.09.2018. Assets shown gross of reinsurance.*



Confidential Information

# Europe – Operations Overview



## GB Life Luxembourg – Luxembourg

- Acquired in Oct '17 from NN Group
- European flagship platform
- Traditionally unit-linked sales to high net worth individuals
- Expanding into fixed products and retail market

**1994** Year Founded

**50** Employees

## Conservatrix – Utrecht, Netherlands

- Run-off company acquired in May '17
- Specialized in life insurance, pensions and mortgages

**1872** Year Founded

**37** Employees

## GNB Seguros Vida – Lisbon, Portugal [pending]

- Signed agreement with Novo Banco in September 2018
- Focused on retirement, savings and capitalization life insurance products
- Long-term distribution agreement with selling bank

**1993** Year Founded

**54** Employees

## Global Bankers Insurance Group – London, UK

- Europe headquarters for Global Bankers Insurance Group
- Asset Management, M&A and Executive office

**2016** Year Founded

**3** Employees

## Pramerica – Milan, Italy [pending]

- Signed agreement with Prudential Financial in June 2018
- Focused on protection-oriented life insurance products
- Captive distribution network of over 100 agents

**1990** Year Founded

**106** Employees



Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 54 of 101

53

# Global Bankers Europe – Investment Highlights

**1** Well positioned European Life insurance consolidator with nearly €10bn of assets and pan-European presence (Benelux and Southern Europe)

**2** Unique and differentiated position of being considered a part-strategic/ part-financial buyer with long term focus and nimble approach

**3** Experienced central management team with proven ability to execute highly bespoke and value-accretive transactions and with solid relationships with four EU insurance regulators

**4** Largely untapped asset base with over €1bn available to be deployed in illiquid strategies in the next 12 months

**5** Existing businesses with significant room for cost efficiencies and development of shared services and central functions

**6** Strongly capitalized business with focus on cash-flows and economic value rather than accounting profitability and top line growth



Global Bankers INSURANCE GROUP · Confidential Information

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 55 of 101

# Global Bankers Europe – Ambitions and Strategy

**Ambitions**

- Over €20bn of Assets by 2021
- At least 1 - 5% market shares[1] in chosen markets
- Scalable platform with AM and IT savvy strategies
- Reputable player in full-risk Reinsurance

## Strategy

1. **Acquire licensed life insurance** companies in **stable, economically-prosperous EU countries** with **reputable regulatory regimes**, primarily focused on Western Europe
2. **Optimise and grow acquired businesses**
3. **Acquire blocks of insurance assets and liabilities**, and
4. **Reinsure new business and in-force** internally or for quality EU cedants

## Target Operating Model

1. **Small and experienced** management team
2. **Centrally-coordinated** M&A, Asset Management, Capital Management and key third-party providers (IT, other consultants)
3. **In-sourced shared-services** at the functional level
4. **Critical business control functions** retained at **the entity level**



(1) Market shares defined in terms of technical reserves.
Confidential Information

55

# European Operations – Key Figures

| Entity | % General Account / Unit Linked | Total Assets[1] | Shareholders' Equity[1] |
|---|---|---|---|
| Conservatrix levensverzekeringen | 6% / 94% | €0.6bn | €73m |
| GB Life Luxembourg | 2% / 98% | €2.3bn | €14m |
| Pramerica | 0% / 100% | €1.2bn | €66m |
| GNB SEGUROS VIDA GRUPO NOVO BANCO | 26% / 74% | €5.2bn | €433m |

- General Account
- Unit Linked





# SECTION 3:
# FINANCIALS

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 58 of 101

# Global Bankers – Proformas

## Pre-tax Operating Income - Base Case Projections[1]

$MM

- CBL/BLIC Annuities
- All Other

Loss driven by new business strain from MYGA sales

| Chart values | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Total | **15** | **(46)** | **59** | **61** | **82** | **111** |
| CBL/BLIC Annuities (top) | | | 23 | 20 | 18 | 19 |
| All Other | 23 | 3 / (49) | 36 | 41 | 64 | 92 |
| (lower) | (8) | | | | | |

| ($MM) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Life/Worksite Sales | 13 | 15 | 15 | 20 | 25 | 30 |
| Annuity Sales | 374 | 1,500 | 750 | 1,800 | 2,100 | 2,400 |
| Assets | 2,982 | 4,728 | 5,167 | 6,954 | 9,008 | 11,187 |
| Net Investment Yield | 5.8% | 4.8% | 4.9% | 4.9% | 4.9% | 5.0% |
| General Exp / Assets | 1.5% | 1.2% | 1.1% | 0.8% | 0.7% | 0.5% |
| In-force Capital Contr./(Release) | 78 | 93 | (208) | (58) | (56) | (63) |
| New Business Capital Contr./(Release) | 0 | 60 | 121 | 194 | 141 | 134 |
| **Total Contribution/(Release)** | **78** | **153** | **(88)** | **135** | **85** | **71** |
| **Total Capital & Surplus** | **286** | **372** | **352** | **529** | **669** | **815** |

## Comments

**Sales decline initially and recover in late 2019 after transaction closes**

- Lower sales results in less new business strain and drives significant decline in required capital

**General expenses grow modestly... project spend declines and is replaced by costs supporting new business growth**

- Expense ratio approaching peer group as annuity sales build scale

**Operating income growth driven primarily by annuities as other blocks run-off and life new business maintains steady profits**

- 2018 losses from new business strain on MYGAs... 2019+ strain much less due to lower sales levels and sales mix shift to FIAs

### Key Assumptions

- Contribute $60MM to CBL in 4Q'18
- Target RBC of 400% for CBL, 300% for runoff businesses at 2017 RBC factors and tax rates
- ~5% net investment yield



Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 59 of 101

Confidential Information

(1) Legal entities included: CBL, BLIC, SPLIC, SNIC, SNRC; All entities on statutory accounting basis with exception of SNRC, which is on GAAP basis; small variances vs appraisal due to IMR amortization and miscellaneous items not modeled

58

# Global Bankers – General Expense Forecast

## General Expense Run-Rate

| $MM | Maintenance | Acquisition | Projects / Overhead | Total Expense |
|---|---|---|---|---|
| India Team | 2.0 | 0.7 | 0.7 | 3.3 |
| Rent / Facilities | 1.0 | 0.2 | 0.0 | 1.2 |
| Insurance | 0.6 | 0.1 | 0.0 | 0.7 |
| Recruiting | 0.2 | 0.2 | 0.0 | 0.5 |
| Training / Coaching | 0.1 | 0.1 | 0.0 | 0.2 |
| Software / Hardware | 3.2 | 3.2 | 0.0 | 6.4 |
| Law Firms | 0.6 | 0.6 | 0.1 | 1.3 |
| Agency Development | 0.1 | 1.0 | 0.0 | 1.1 |
| Admin Fees | 2.8 | 0.0 | 0.0 | 2.8 |
| Underwriting & Onboarding | 0.8 | 0.3 | 0.0 | 1.1 |
| Printing / Postage | 0.3 | 0.3 | 0.1 | 0.6 |
| Professional Fees | 1.5 | 0.6 | 0.0 | 2.1 |
| Other | 1.0 | 0.8 | 0.2 | 2.1 |
| Projects | 0.0 | 0.0 | 5.0 | 5.0 |
| **Total ex Comp & Benefits** | **14.0** | **8.2** | **6.0** | **28.2** |
| **Comp & Benefits** | | | | |
| Executive | 0.2 | 0.4 | 1.3 | 1.9 |
| Finance | 1.9 | 1.3 | 1.5 | 4.7 |
| Billing & Commissions | 0.4 | 0.4 | 0.0 | 0.8 |
| Investments | 1.2 | 1.2 | 0.0 | 2.5 |
| Actuarial | 1.3 | 1.0 | 0.7 | 3.0 |
| Operations | 3.7 | 1.7 | 0.2 | 5.6 |
| Sales | 0.0 | 1.9 | 0.0 | 1.9 |
| Legal / Compliance | 0.6 | 0.6 | 0.3 | 1.5 |
| HR / Marketing | 0.1 | 0.4 | 0.5 | 1.1 |
| IT | 2.4 | 2.4 | 0.0 | 4.7 |
| **Total Comp & Benefits** | **11.8** | **11.3** | **4.6** | **27.8** |
| **Grand Total** | **25.8** | **19.5** | **10.7** | **56.0** |

## Comments

**Expense run-rate of ~$56MM ... 110bps of assets declining to ~50bps over next few years with expected asset growth**

**Large portion of expense base related to new business activities**

**Budgeting significant project spend to build efficient and scalable infrastructure**

## Peer Ratio Comparison

| Expense Ratios (Exp / Assets) | |
|---|---|
| Global Atlantic | 98bps |
| Athene | 44bps |
| Guggenheim | 88bps |
| F&G Life | 83bps |
| American Equity | 16bps |
| Kuvare | 62bps |
| Security Benefit | 78bps |
| **Peer Average** | **67bps** |
| GBIG 2018 Estimate | 110bps |
| GBIG 2022 Estimate | 50bps |


Confidential Information

(1) Source: 2017 statutory filings from SNL for 200 Life Groups



SECTION 4: APPRAISAL

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 61 of 101

# Appraisal – U.S. Insurance Group Summary

## High level process summary

- The Value of In-Force calculations use the liability projections from the CFT models (2017 or 09/30/18).

- The liability model assumptions are mostly aligned with 12/31/17 CFT. Differences are noted.

- The VIF investment income is projected assuming a 5% earned rate.

- The New Business models are pricing models and assumptions. The annuities are spread based so the earned rate is the credited rate plus the pricing spread.

### Appraisal Value – Group Level

| ($ in millions) | Risk Discount Rate | | |
|---|---|---|---|
| | 8% | 10% | 12% |
| Stat Surplus | $305 | $305 | $305 |
| Plus AVR | 15 | 15 | 15 |
| Plus IMR | 109 | 109 | 109 |
| Less DTA | (13) | (13) | (13) |
| Other Adjustments | (27) | (27) | (27) |
| **Adjusted Book Value** | **$390** | **$390** | **$390** |
| Value of In-force Before Taxes and Cost of Capital | 288 | 249 | 219 |
| Taxes | (38) | (32) | (28) |
| Cost of Capital | (51) | (69) | (84) |
| **Total VIF** | **$199** | **$147** | **$107** |
| Value of New Business | 234 | 103 | 9 |
| **Total Appraisal Value** | **$823** | **$641** | **$505** |

### Appraisal Value – Insurance Company Level

| | Global Bankers Insurance Group | | | | | | |
|---|---|---|---|---|---|---|---|
| ($ in millions) | CBL | Pavonia | SNIC | BLIC | SNRC | Other[1,2] | Total |
| Stat Surplus | $156 | $60 | $30 | $36 | $22 | - | $305 |
| Plus AVR | 6 | 4 | 3 | 2 | - | - | 15 |
| Plus IMR | 4 | 102 | 4 | 0 | - | - | 109 |
| Less DTA | (7) | (3) | (0) | (2) | - | - | (13) |
| Other Adjustments | - | 19 | - | - | (5) | (41) | (27) |
| **Adjusted Book Value** | **$159** | **$182** | **$36** | **$36** | **$18** | **($41)** | **$390** |
| **Value of In-Force** | | | | | | | |
| 8% | 229 | (5) | (17) | 14 | 13 | (34) | 199 |
| 10% | 195 | (19) | (18) | 11 | 7 | (29) | 147 |
| 12% | 167 | (28) | (18) | 9 | 2 | (25) | 107 |
| **Value of New Business** | | | | | | | |
| 8% | 234 | - | - | - | - | - | 234 |
| 10% | 103 | - | - | - | - | - | 103 |
| 12% | 9 | - | - | - | - | - | 9 |
| **Total Appraisal Value** | | | | | | | |
| 8% | 622 | 177 | 19 | 50 | 31 | (76) | 823 |
| 10% | 458 | 163 | 18 | 47 | 24 | (70) | 641 |
| 12% | 335 | 154 | 18 | 45 | 20 | (66) | 505 |

Note: the figures are based on version 2.2 of the appraisal distributed on November 2, 2018. Subsequent changes will be provided in the data room.

Global Bankers INSURANCE GROUP   Confidential Information

(1) Adjusted book value "234" includes eliminations, deferred stock agreements, and surplus notes; however, this does not reflect a lower cost of capital. See pg. 67 for more detail.
(2) Value of in-force: "Other" includes expense overhang.

61

# Appraisal – U.S. Insurance Group Summary (cont'd)

## Appraisal Value – Sensitivity Analysis

| ($ in millions) | Risk Discount Rate | | |
|---|---|---|---|
| | 8% | 10% | 12% |
| **Baseline** | **$823** | **$641** | **$505** |
| IMR runoff over time | 803 | 614 | 472 |
| Pavonia reinsurance | 813 | 632 | 496 |
| 0% Corp tax rate | 899 | 706 | 563 |
| CBL 350% RBC | 826 | 645 | 511 |
| (Inforce) earned rate -50 bps | 728 | 556 | 429 |
| (Inforce) earned rate +50 bps | 918 | 725 | 582 |
| (Inforce) FDA 100% shock lapse | 790 | 614 | 484 |
| (Inforce) +10% mortality rate to Pavonia Term & Assumed Life | 803 | 623 | 489 |
| (Inforce) -10% mortality rate to Pavonia Lincoln Annuities | 811 | 630 | 497 |
| (NB) FIA 10-year GMWB no reserve financing | 789 | 569 | 409 |

Global Bankers INSURANCE GROUP
Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 63 of 101

# Appraisal – Assumptions

## General

- Model is broken down as follows: 1. Summary tables / assumptions, 2. VIF by Legal entity, 3. VIF by book of business, 4. VNB by products sold in CBL, 5. Sensitivities

- Values and projections as of 09/30/18, NPV over 50 years. 9/30 balance sheets used are not yet final and subject to change

- 9/30/18 RBC estimated based on 12/31/17 RBC calculations where original factors and 35% tax rate are still utilized

- IMR is included in adjusted book value calculation and excluded from VIF calculation. See sensitivities for impact to appraisal value if IMR runs off according to schedule

- Affiliate preferred stock and surplus notes are removed from Adjusted Book Value calculation

- New business ("NB") cash tax projection properly reflects the underlying tax basis. In force cash tax projection, for the most part is approximated by 21% of statutory income. Modeling of tax reserve and DAC tax for in force will be added at a later date

- Investment Yields / Asset portfolio - In force projections are based on a net yield held flat all years out. However, NB on annuities assume a spread by individual product

- Modeled maintenance and acquisition expenses are reasonable per block. Appraisal includes initial expense overhang that runs off after 3 years

- In force models use cashflow testing and its assumptions as its basis for corresponding assumptions

- New business - CBL is the only entity with new business production, all other entities assume runoff status

- Expense overhang is solved such that total modeled expense (excluding expense allowances on key assumed blocks) matches the projected Target Expense.

- Required capital is assumed to run-off with stat reserve

## Value of New Business

- The liability projections for the MYGA and FIA NB are from AXIS pricing models. The Worksite NB projections are from the TAS pricing models using assumptions consistent with 2016 CFT (no major changes were made in 2017 to the assumptions)

- Volume in accordance with management's business plan

- For FIA 10 Year GMWB, assumes financing on the difference between statutory reserve and economic reserve with 3% cost of financing. See sensitivities for impact without reserve financing.

- Worksite Life 50% ceded through YRT


Global Bankers
INSURANCE GROUP

Confidential Information

# Appraisal – Assumptions (cont'd)

**Value of In-Force**

- **CBLife** – 400% RBC
  - Liability projections for VIF are from the 9/30/18 AXIS model
  - Consists of worksite life and fixed annuity products. Only company producing new sales
  - 5% flat net asset earned rate over time with the exception of CBL MYGA block where net earned rate assumed is 4%, which corresponds to 150 bps spread for post-surrender charge period
  - $17m tax credit is a proxy for stat tax reserve difference amortized over seven years
  - No economic gain or loss to CBL arising from the Conservatrix passthrough treaty
- **Pavonia** – 300% RBC
  - Liability projections for VIF are from the 12/31/17 TAS model used for CFT work, rolled forward to 9/30/18
  - Runoff block
  - $102m IMR balance due to capital gain realized from turning over a portion of fixed income portfolio in Q1 2018
  - Reinsurance of the structured settlement block could harvest IMR and potentially release some CFT.
  - Current tax liability of 19 mil is assumed to be neutralized by year-end 2018. This can achieved if the above-mentioned reinsurance is approved. If not, this can be achieved by adjusting the statutory valuation basis and subsequently the tax basis for the structured settlement block
- **BLIC** – 300% RBC
  - Liability projections for VIF are from the 9/30/18 AXIS model
  - Put into runoff on October 1, 2018.   Book of business is all annuities, primarily MYGA
- **SNIC** – 300% RBC
  - Liability projections for VIF are from the 12/31/17 AXIS model used for CFT work, rolled forward to 9/30/18
  - Preneed business in runoff. Also assumed some reinsurance
- **SNRC** – 200% RBC
  - The liability projections for the VIF are from the AXIS models for CFT.   SNIC and NCM blocks are as of 12/31/17 and CBL worksite annuities as of 9/30/18
  - Captive established for SNIC acquisition. Assumed business from CBL and a third party preneed block
  - CAL RBC is 2.9% net reserve
  - GAAP captive domiciled in NC. Currently using 9/30/18 GAAP surplus, excluding DAC



Confidential Information

64



# SECTION 5: APPENDICES

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 66 of 101

# Table of Contents – Appendix

| Section | Page |
|---|---|
| Organizational Structure | 67 |
| M&A Capabilities | 70 |
| Reinsurance Dashboard | 72 |
| Proforma Financials | 74 |
| U.S. Asset Mix Detail | 84 |
| Enterprise Risk Management | 85 |
| Management Biographies | 93 |
| Human Resources Dashboard | 99 |


Global Bankers INSURANCE GROUP

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 67 of 101

Confidential Information

# Current Structure – U.S. Insurance Group

Denotes Insurance Co.

Greg Lindberg[1]

GBIG Capital, LLC[2]
[NC]
46-5639371

GBIG Holdings, Inc.[3]
[DE]
81-1075158

- $3M unaffiliated surplus note from previous seller

Pavonia Holdings (US), Inc. [DE]
46-0927525

Colorado Bankers Life Insurance Company [NC] 84-0674027
84786

Southland National Reinsurance Corporation [NC] 47-2580033
15697

Southland National Insurance Corporation [NC] 63-0572745
79057

Preferred Financial Corporation, LLC [NC]
84-0508741

Global Bankers Insurance Group, LLC [NC]
47-4223933

Bankers Life Insurance Company [NC]
59-1460067
81043

SN Group Development, LLC [NC] 47-4756034

Pavonia Life Insurance Company of Michigan [MI] 38-2341728
93777

American Funeral and Cremation Plans, LLC [AL] 02-0714173

Northstar Financial Insurance Services, LLC [DE]
98-0643261

Sirius Capital Holdings Limited [Malta]

Pavonia Life, Inc. [DE]
36-4769080

- SNIC owns $24.0M of CBL preferred stock
- SNIC owns $8.31M of BLIC preferred stock
- SNIC invested $9M in CBL surplus note

SN Malta Services Limited [Malta]

Common stock ownership 100% unless otherwise indicated



Confidential Information

(1) Does not show assets owned by Greg Lindberg.
(2) Does not show GBIG Capital subsidiaries that are irrelevant to the transaction.
(3) Formerly known as Southland National Holdings, Inc.

# U.S. Transaction Scope

Denotes Insurance Co.

In Scope

Out of Scope

Greg Lindberg[1]

GBIG Capital, LLC[2] [NC] 46-5639371

GBIG Holdings, Inc.[3] [DE] 81-1075158

- $3M unaffiliated surplus note from previous seller

Pavonia Holdings (US), Inc. [DE] 46-0927525

Colorado Bankers Life Insurance Company [NC] 84-0674027 84786

Southland National Reinsurance Corporation [NC] 47-2580033 15697

Southland National Insurance Corporation [NC] 63-0572745 79057

Preferred Financial Corporation, LLC [NC] 84-0508741

Global Bankers Insurance Group, LLC [NC] 47-4223933

Bankers Life Insurance Company [NC] 59-1460067 81043

SN Group Development, LLC [NC] 47-4756034

Pavonia Life Insurance Company of Michigan [MI] 38-2341728 93777

American Funeral and Cremation Plans, LLC [AL] 02-0714173

Northstar Financial Insurance Services, LLC [DE] 98-0643261

Sirius Capital Holdings Limited [Malta]

Pavonia Life, Inc. [DE] 36-4769080

- SNIC owns $24.0M of CBL preferred stock
- SNIC owns $8.31M of BLIC preferred stock
- SNIC invested $9M in CBL surplus note

SN Malta Services Limited [Malta]

Common stock ownership 100% unless otherwise indicated



Confidential Information

(1) Does not show entities owned by Greg Lindberg.
(2) Does not show GBIG Capital subsidiaries that are irrelevant to the transaction.
(3) Formerly known as Southland National Holdings, Inc.

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 69 of 101

68

# Current Structure – International Insurance Group

Denotes Insurance Co.

Greg Lindberg[1]

BMX Holdings, LLC [NC]

PBX Holdings, LLC [NC]
82-1085454

BRC Capital, LLC [NC]
82-1827400

Southeast Insurance Capital, LLC [NC]

NIH Capital, LLC [NC]

BMX Bermuda Holdings, Ltd. [Bermuda]

PBX Bermuda Holdings, Ltd. [Bermuda]

BRC Holdings, Inc. [DE]
82-1817030

Northeast Insurance Holdings, Inc. [DE]

Netherlands Insurance Holdings, Inc. [DE]

PB Investment Co., Ltd. [Bermuda]

PB Investment Holdings Ltd. [Bermuda]

Northstar Financial Services (Bermuda) Ltd.[2] [Bermuda]

Omnia Ltd. [Bermuda]

Private Bankers Life and Annuity Co., Ltd. [Bermuda]

BRCB (Barbados) Capital, Ltd. [Barbados]

Beaufort Holding S.A. [Luxembourg]

Trier Holding B.V. [Netherlands]

BRCB (Barbados) Holdings, Ltd. [Barbados]

Bankers Insurance Holdings S.A. [Luxembourg]

Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix' N.V. [Netherlands]

Bankers Reinsurance Company Ltd. [Barbados]

GB Life Luxembourg S.A. [Luxembourg]

Common stock ownership 100% unless otherwise indicated

 Confidential Information

(1) Does not present all entities owned by Greg Lindberg. Additional passive holdings are irrelevant to the transaction.
(2) Does not show Northstar subsidiaries.

# Global Bankers has a seasoned M&A team with extensive reinsurance experience

## 2019 GBIG Pipeline – Select Opportunities

### U.S. Deals

**Acquisition**
$62B Reserves
Closed block of annuities

**Acquisition**
$30B Reserves
Life, annuity, and A&H

**Reinsurance**
$5.5B Reserves
Life and annuity

**Acquisition**
$17B Reserves
Variable annuities

**Acquisition**
$3.5B Reserves
Closed blocks of annuities

**Reinsurance**
$5.0B Reserves
Life and annuity

### European Deals

**Acquisition**
€0.6 Reserves
Irish reinsurer

**Reinsurance**
€0.7B Reserves
Life

**Acquisition**
€30B Reserves
Life, annuity, A&H

**Acquisition**
€5.5B Reserves
Life and A&H

**Acquisition**
€4.8B Reserves
Life and annuity

**Acquisition**
€3.0B Reserves
Annuity

## Differentiated Approach to M&A

 The M&A team leverages decades of transactional experience and strong relationships with business leaders and intermediaries to stay abreast of M&A / reinsurance opportunities
- Led by Paul Brown, the Global Bankers M&A team consists of seven members, each with extensive M&A experience at top-tier investment banks, consultants, and / or insurance companies

 We employ a holistic diligence framework with input from finance, actuarial, IT, sales, and operations leaders to give GBIG a high degree of confidence in the value proposition of each transaction
- We target 12 – 14% returns / 3.5 – 5.5x MOIC on underlying business

 We have a fully loaded M&A pipeline for 2019 and are prepared to opportunistically deploy capital under new ownership

 

Confidential Information

70

# Strong track record of deal sourcing and execution

## M&A Team Track Record*



Expanded U.S. distribution capabilities
**PF 12/31 Assets: $414m**
**Acquired Dec 2016**



GBIG's entry into the European market
**Current Assets: €588m**
**Acquired May 2017**



GBIG's entry into the Bermuda market
**Current Assets: $443m**
**Acquired Jun 2017**



Quota share on **$564m in-force annuities** and **annual flow**
**Reinsured Jun 2017**



Quota share on **$54m in-force annuities**
**Reinsured Jul 2017**



Established EU new business capabilities
**Current Assets: €2,271m**
**Acquired Oct 2017**



Provided asset growth via book of in-force liabilities
**PF 12/31 Assets: $1,129m**
**Acquired Dec 2017**



Coinsurance on **$109m in-force annuities**
**Reinsured Dec 2017**

Expanded Bermuda distribution capabilities
**Current Assets: $554m**
**Acquired Aug 2018**



Expands Europe distribution capabilities
**Current Assets: €1,231m**
**Est. Closing Q4 2018**

Expands Europe distribution capabilities
**Current Assets: €5,213m**
**Est. Closing Q4 2018**

## 2017 GBIG Pipeline



**Deals Sourced**
Re: 26    M&A: 31

**Deals Evaluated**
Re: 19    M&A: 25

**Non-Binding**
Re: 17    M&A: 19

**Offer Stage**

**Definitive**
Re: 7    M&A: 9

**Signed**
Re: 4
M&A: 7


Confidential Information

* Since GBIG M&A team was formed in 2016.

# Global Bankers – Unaffiliated Reinsurance Program

| Reinsurer | AMB Rating | Cedent | Products | Effective Date | Stat Reserves 9/30/18 ($m) | Structure |
|---|---|---|---|---|---|---|
| **Inwards Re Programs:** | | | | | | |
| Colorado Bankers Life Ins. Co. | B++ | Motorists | Annuities | 12/1/2017 | 109 | 100% QS Coinsurance |
| Southland National Ins. Co. | Not Rated | N.C. Mutual | Life | 12/31/2014 | 107 | 100% QS Coinsurance |
| Southland National Ins. Co. | Not Rated | Investors Heritage Life | Annuities | 9/30/2016 | 36 | 100% QS Coinsurance |
| Pavonia Life Ins. Co. | Not Rated | Lincoln National Life Ins. Co. | Annuities, COLI, AD&D | 10/1/1995 | 715 | 100% QS Coinsurance |
| Pavonia Life Ins. Co. | Not Rated | F&G Life | Life | 4/1/2005 | 72 | 50% QS Coinsurance |
| Pavonia Life Ins. Co. | Not Rated | First Allmerica Financial Life Ins. Co. | Life | 1/1/2000 | 18 | 25% & 50% QS Modified Coinsurance |
| Pavonia Life Ins. Co. | Not Rated | Guarantee Trust Life | Life | 7/1/2006 | 14 | 100% QS Coinsurance |
| Private Bankers Life and Annuity Co. | Not Rated | Universal Life Insurance Co. | Annuities | 6/30/2017 | 607 | 75% QS (Annuities) / 100% QS (Riders) + NB Flow |
| | | | | **Total:** | **1,678** | |
| **Outwards Re Programs:** | | | | | | |
| Guggenheim | B++ | Bankers Life Ins. Co. | Annuities | 7/1/2010 | 55 | 100% QS Coinsurance |
| Security National Life | Not Rated | Southland National Ins. Co. | Life | 11/1/2012 | 36 | 100% QS Coinsurance |
| | | | | **Total:** | **92** | |

 Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 73 of 101

Confidential Information    Note: Includes only material insurance contracts; full listing will be provided in the data room.    72

# Global Bankers – **Affiliated Reinsurance Program**

| Reinsurer | AMB Rating | Cedent | Products | Effective Date | Stat Reserves 9/30/18 ($m) | Structure |
|---|---|---|---|---|---|---|
| Colorado Bankers Life Ins. Co. | B++ | Bankers Life Ins. Co. | Annuities | 6/30/2017 | 427 | 100% QS Coinsurance |
| Colorado Bankers Life Ins. Co. | B++ | Conservatrix | Life & Annuities | 5/15/2017 | 121 | Excess of Loss (XoL) |
| Bankers Reinsurance Company | Not Rated | Colorado Bankers Life Ins. Co. | Life & Annuities | 12/31/2017 | 118 | 100% QS Coinsurance FWH |
| Southland National Reinsurance Co. | Not Rated | Colorado Bankers Life Ins. Co. | Life & Annuities | 12/31/2015 | 196 | 100% QS Coinsurance FWH |
| Southland National Reinsurance Co. | Not Rated | Southland National Ins. Co. | Life | 1/1/2015 | 136 | 100% QS Coinsurance FWH |

 Confidential Information

Includes only material insurance entities. Does not include soon-to-be dissolved/recaptured SNIC to Standard Re Malta treaty.

73

# Global Bankers U.S. Group Proformas[1]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 2,887 | 4,669 | 5,111 | 6,901 | 8,958 | 11,139 |
| Other assets | 96 | 58 | 55 | 53 | 50 | 48 |
| **Total Assets** | **2,982** | **4,728** | **5,167** | **6,954** | **9,008** | **11,187** |
| Reserves | 2,070 | 3,598 | 4,070 | 5,689 | 7,615 | 9,659 |
| Other liabilities | 626 | 758 | 745 | 736 | 725 | 713 |
| **Total Liabilities** | **2,697** | **4,356** | **4,815** | **6,425** | **8,340** | **10,372** |
| Contributed Capital | 306 | 459 | 371 | 506 | 592 | 663 |
| Retained Earnings | (20) | (87) | (19) | 22 | 77 | 152 |
| **Capital & Surplus** | **286** | **372** | **352** | **529** | **669** | **815** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 703 | 1,745 | 893 | 1,943 | 2,257 | 2,559 |
| Net investment income | 146 | 180 | 241 | 295 | 390 | 498 |
| Other revenue | 30 | 25 | 18 | 39 | 50 | 59 |
| **Total Revenue** | **879** | **1,950** | **1,151** | **2,276** | **2,698** | **3,116** |
| Policyholder benefits | 195 | 240 | 361 | 375 | 446 | 694 |
| Increase in aggregate reserves | 535 | 1,588 | 580 | 1,619 | 1,921 | 2,039 |
| General Expenses | 43 | 57 | 56 | 59 | 61 | 62 |
| Commissions & other expenses | 90 | 111 | 95 | 163 | 187 | 211 |
| **Total Expenses** | **864** | **1,996** | **1,092** | **2,216** | **2,615** | **3,005** |
| **Pre-tax Op Income** | **15** | **(45)** | **59** | **61** | **83** | **111** |
| Tax | 12 | 21 | 12 | 20 | 28 | 36 |
| **After-tax Op Income** | **3** | **(67)** | **47** | **41** | **55** | **75** |
| RCG/(L) - Net of Tax | 11 | 1 | - | - | - | - |
| **Net Income** | **14** | **(65)** | **47** | **41** | **55** | **75** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 5.8% | 4.8% | 4.9% | 4.9% | 4.9% | 5.0% |
| Gen Expense to Assets | 1.5% | 1.2% | 1.1% | 0.8% | 0.7% | 0.5% |
| Required Capital @ target / Reserves | 11% | 11% | 9% | 9% | 9% | 8% |
| Infusions / (Dividends) | 78 | 153 | (88) | 135 | 85 | 71 |

Includes $41M of related preferred stock and surplus notes, as currently structured.

- SNIC owns $24.0M of CBL preferred stock
- SNIC owns $8.31M of BLIC preferred stock
- SNIC invested $9.0M in CBL surplus note

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 75 of 101

(1) Legal entities included: CBL, BLIC, STLGM, SNIC, SNRC. All entities on statutory accounting basis with exception of SNRC, which is on GAAP basis; small variances vs appraisal due to IMR amortization and miscellaneous items not modeled.

74

# CBL Proformas[1,2]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 1,275 | 2,772 | 3,315 | 5,165 | 7,283 | 9,551 |
| Other assets | 44 | 13 | 13 | 12 | 12 | 12 |
| **Total Assets** | **1,318** | **2,785** | **3,327** | **5,178** | **7,296** | **9,563** |
| Reserves | 839 | 2,195 | 2,726 | 4,391 | 6,362 | 8,477 |
| Other liabilities | 357 | 378 | 377 | 383 | 386 | 387 |
| **Total Liabilities** | **1,197** | **2,573** | **3,104** | **4,774** | **6,748** | **8,864** |
| Contributed Capital | 97 | 233 | 198 | 354 | 458 | 549 |
| Retained Earnings | 24 | (21) | 26 | 49 | 89 | 150 |
| **Capital & Surplus** | **122** | **212** | **224** | **404** | **548** | **699** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 783 | 1,460 | 819 | 1,877 | 2,198 | 2,507 |
| Net investment income | 35 | 94 | 153 | 210 | 308 | 421 |
| Other revenue | 10 | 7 | (0) | 23 | 35 | 45 |
| **Total Revenue** | **829** | **1,561** | **972** | **2,109** | **2,541** | **2,972** |
| Policyholder benefits | 24 | 78 | 183 | 215 | 287 | 516 |
| Increase in aggregate reserves | 732 | 1,411 | 636 | 1,665 | 1,971 | 2,115 |
| General Expenses | 14 | 23 | 31 | 33 | 38 | 42 |
| Commissions & other expenses | 43 | 70 | 87 | 156 | 181 | 206 |
| **Total Expenses** | **813** | **1,582** | **936** | **2,069** | **2,477** | **2,878** |
| **Pre-tax Op Income** | **15** | **(21)** | **35** | **40** | **65** | **94** |
| Tax | 11 | 21 | 9 | 16 | 24 | 33 |
| **After-tax Op Income** | **5** | **(42)** | **26** | **23** | **40** | **61** |
| RCG/(L) - Net of Tax | 10 | (2) | - | - | - | - |
| **Net Income** | **15** | **(45)** | **26** | **23** | **40** | **61** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 4.3% | 4.7% | 5.0% | 5.0% | 5.0% | 5.0% |
| Gen Expense to Assets | 1.1% | 0.8% | 0.9% | 0.6% | 0.5% | 0.4% |
| Required Capital @ target / Reserves | 8% | 12% | 8% | 9% | 9% | 8% |
| Infusions / (Dividends) | 60 | 136 | (35) | 157 | 104 | 90 |



Confidential Information

(1) Statutory accounting basis; small variances vs appraisal due to IMR amortization and unrealized asset items not modeled.
(2) Includes funds withheld assets/liabilities that are also included on SNRC's balance sheet.

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 76 of 101

# CBL In Force Proformas [1]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 1,275 | 2,772 | 2,331 | 2,247 | 2,160 | 1,932 |
| Other assets | 44 | 13 | 13 | 12 | 12 | 12 |
| **Total Assets** | **1,318** | **2,785** | **2,343** | **2,260** | **2,172** | **1,944** |
| Reserves | 839 | 2,195 | 1,856 | 1,772 | 1,687 | 1,469 |
| Other liabilities | 357 | 378 | 377 | 383 | 386 | 387 |
| **Total Liabilities** | **1,197** | **2,573** | **2,234** | **2,155** | **2,072** | **1,856** |
| Contributed Capital | 97 | 233 | 77 | 40 | 3 | (41) |
| Retained Earnings | 24 | (21) | 32 | 65 | 97 | 129 |
| **Capital & Surplus** | **122** | **212** | **109** | **105** | **100** | **88** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 783 | 1,460 | 54 | 47 | 43 | 38 |
| Net investment income | 35 | 94 | 112 | 108 | 104 | 96 |
| Other revenue | 10 | 7 | 6 | 6 | 5 | 5 |
| **Total Revenue** | **829** | **1,561** | **172** | **161** | **151** | **139** |
| Policyholder benefits | 24 | 78 | 169 | 165 | 161 | 286 |
| Increase in aggregate reserves | 732 | 1,411 | (84) | (84) | (85) | (217) |
| General Expenses | 14 | 23 | 23 | 18 | 14 | 9 |
| Commissions & other expenses | 43 | 70 | 26 | 25 | 25 | 25 |
| **Total Expenses** | **813** | **1,582** | **134** | **123** | **114** | **102** |
| **Pre-tax Op Income** | **15** | **(21)** | **38** | **38** | **37** | **37** |
| Tax | 11 | 21 | 5 | 6 | 5 | 5 |
| **After-tax Op Income** | **5** | **(42)** | **32** | **32** | **32** | **32** |
| RCG/(L) - Net of Tax | 10 | (2) | - | - | - | - |
| **Net Income** | **15** | **(45)** | **32** | **32** | **32** | **32** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 4.3% | 4.7% | 4.4% | 4.7% | 4.7% | 4.7% |
| Gen Expense to Assets | 1.1% | 0.8% | 1.0% | 0.8% | 0.6% | 0.4% |
| Required Capital @ target / Reserves | 8% | 12% | 6% | 6% | 6% | 6% |
| Infusions / (Dividends) | 60 | 136 | (156) | (37) | (37) | (44) |



Confidential Information

(1) Statutory accounting basis; small variances vs appraisal due to IMR amortization and intangible asset items not modeled

(2) Includes funds withheld assets/liabilities that are also included on SNRC's balance sheet.

76

# CBL New Business Proformas [1,2]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | - | - | 984 | 2,918 | 5,124 | 7,619 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | - | - | **984** | **2,918** | **5,124** | **7,619** |
| | | | | | | |
| Reserves | - | - | 870 | 2,619 | 4,676 | 7,008 |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities** | - | - | **870** | **2,619** | **4,676** | **7,008** |
| | | | | | | |
| Contributed Capital | - | - | 121 | 314 | 455 | 590 |
| Retained Earnings | - | - | (6) | (15) | (7) | 22 |
| **Capital & Surplus** | - | - | **114** | **299** | **448** | **611** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | - | - | 764 | 1,829 | 2,155 | 2,468 |
| Net investment income | - | - | 41 | 102 | 205 | 325 |
| Other revenue | - | - | (6) | 17 | 30 | 40 |
| **Total Revenue** | - | - | **800** | **1,949** | **2,390** | **2,833** |
| | | | | | | |
| Policyholder benefits | - | - | 14 | 51 | 126 | 230 |
| Increase in aggregate reserves | - | - | 720 | 1,749 | 2,057 | 2,332 |
| General Expenses | - | - | 8 | 16 | 24 | 33 |
| Commissions & other expenses | - | - | 60 | 131 | 156 | 182 |
| **Total Expenses** | - | - | **802** | **1,947** | **2,363** | **2,776** |
| | | | | | | |
| **Pre-tax Op Income** | - | - | **(3)** | **2** | **27** | **56** |
| Tax | - | - | 4 | 11 | 19 | 27 |
| **After-tax Op Income** | - | - | **(6)** | **(9)** | **8** | **29** |
| RCG/(L) - Net of Tax | - | - | - | - | - | - |
| **Net Income** | - | - | **(6)** | **(9)** | **8** | **29** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | | | 5.2% | 5.2% | 5.1% | 5.1% |
| Gen Expense to Assets | | | 0.8% | 0.5% | 0.5% | 0.4% |
| Required Capital @ target / Reserves | | | 13% | 11% | 10% | 9% |
| Infusions / (Dividends) | - | - | 121 | 194 | 141 | 134 |

(1) Statutory accounting basis; small variances vs appraisal due to IMR amortization and certain asset items not modeled

(2) Includes funds withheld assets/liabilities that are also included on SNRC's balance sheet.

Global Bankers INSURANCE GROUP    Confidential Information

77

# PLIC MI Proformas [1]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 1,006 | 1,109 | 1,072 | 1,039 | 1,010 | 971 |
| Other assets | 28 | 20 | 19 | 19 | 18 | 17 |
| **Total Assets** | **1,035** | **1,129** | **1,091** | **1,057** | **1,028** | **988** |
| Reserves | 898 | 881 | 851 | 829 | 811 | 783 |
| Other liabilities | 70 | 183 | 172 | 162 | 152 | 143 |
| **Total Liabilities** | **968** | **1,064** | **1,023** | **991** | **963** | **926** |
| Contributed Capital | 87 | 87 | 73 | 58 | 45 | 33 |
| Retained Earnings | (21) | (23) | (5) | 9 | 20 | 29 |
| **Capital & Surplus** | **67** | **65** | **68** | **66** | **65** | **63** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 52 | 46 | 42 | 37 | 34 | 30 |
| Net investment income | 50 | 39 | 53 | 52 | 50 | 49 |
| Other revenue | 6 | 9 | 11 | 10 | 9 | 9 |
| **Total Revenue** | **108** | **94** | **106** | **99** | **94** | **88** |
| Policyholder benefits | 99 | 91 | 97 | 85 | 81 | 89 |
| Increase in aggregate reserves | (13) | (16) | (30) | (22) | (18) | (28) |
| General Expenses | 10 | 14 | 10 | 11 | 10 | 8 |
| Commissions & other expenses | 11 | 11 | 10 | 9 | 8 | 7 |
| **Total Expenses** | **107** | **99** | **86** | **83** | **80** | **76** |
| **Pre-tax Op Income** | **1** | **(5)** | **20** | **17** | **14** | **12** |
| Tax | (0) | 0 | 3 | 3 | 2 | 2 |
| **After-tax Op Income** | **1** | **(5)** | **17** | **14** | **11** | **9** |
| RCG/(L) - Net of Tax | 1 | 4 | - | - | - | - |
| **Net Income** | **3** | **(1)** | **17** | **14** | **11** | **9** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 4.9% | 3.7% | 4.9% | 4.9% | 4.9% | 4.9% |
| Gen Expense to Assets | 1.0% | 1.2% | 0.9% | 1.0% | 0.9% | 0.9% |
| Required Capital @ target / Reserves | 10% | 8% | 8% | 8% | 8% | 8% |
| Infusions / (Dividends) | - | (0) | (14) | (16) | (13) | (12) |



Confidential Information

(1) Statutory accounting basis, overall variances to appraisal due to IMR amortization and miscellaneous items not modeled.

# BLIC Proformas [1]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 168 | 398 | 360 | 345 | 325 | 290 |
| Other assets | 15 | 17 | 15 | 13 | 12 | 11 |
| **Total Assets** | **183** | **414** | **375** | **359** | **337** | **301** |
| Reserves | 102 | 346 | 327 | 313 | 294 | 260 |
| Other liabilities | 45 | 35 | 33 | 32 | 30 | 29 |
| **Total Liabilities** | **147** | **381** | **361** | **345** | **325** | **290** |
| Contributed Capital | 38 | 48 | 25 | 21 | 16 | 11 |
| Retained Earnings | (2) | (14) | (11) | (7) | (4) | (0) |
| **Capital & Surplus** | **36** | **33** | **14** | **14** | **13** | **11** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | (176) | 244 | - | - | - | - |
| Net investment income | 10 | 11 | 18 | 17 | 16 | 14 |
| Other revenue | 4 | 2 | 0 | 0 | 0 | 0 |
| **Total Revenue** | **(161)** | **258** | **18** | **17** | **16** | **15** |
| Policyholder benefits | 7 | 12 | 29 | 24 | 28 | 42 |
| Increase in aggregate reserves | (178) | 243 | (19) | (14) | (19) | (34) |
| General Expenses | 4 | 6 | 3 | 3 | 3 | 2 |
| Commissions & other expenses | 10 | 9 | 0 | 0 | 0 | 0 |
| **Total Expenses** | **(157)** | **270** | **13** | **13** | **12** | **10** |
| **Pre-tax Op Income** | **(4)** | **(12)** | **5** | **4** | **4** | **4** |
| Tax | (0) | 1 | 1 | 1 | 1 | 1 |
| **After-tax Op Income** | **(4)** | **(13)** | **4** | **4** | **3** | **4** |
| RCG/(L) - Net of Tax | - | (0) | - | - | - | - |
| **Net Income** | **(4)** | **(13)** | **4** | **4** | **3** | **4** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 4.2% | 4.0% | 4.8% | 4.8% | 4.8% | 4.7% |
| Gen Expense to Assets | 2.4% | 1.3% | 0.7% | 0.8% | 0.8% | 0.7% |
| Required Capital @ target / Reserves | 32% | 10% | 4% | 4% | 4% | 4% |
| Infusions / (Dividends) | 11 | 10 | (23) | (4) | (4) | (5) |

 Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 80 of 101

(1) Statutory accounting basis, overall variance vs appraisal due to VIF amortization and miscellaneous items not modeled.

# SNIC Proformas [1,2]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 410 | 361 | 339 | 326 | 314 | 302 |
| Other assets | 8 | 9 | 9 | 8 | 8 | 8 |
| **Total Assets** | **418** | **370** | **348** | **335** | **322** | **310** |
| Reserves | 231 | 175 | 165 | 156 | 147 | 138 |
| Other liabilities | 154 | 163 | 163 | 160 | 157 | 154 |
| **Total Liabilities** | **385** | **338** | **328** | **315** | **304** | **293** |
| Contributed Capital | 72 | 72 | 60 | 58 | 56 | 54 |
| Retained Earnings | (39) | (40) | (39) | (38) | (37) | (36) |
| **Capital & Surplus** | **34** | **32** | **21** | **20** | **18** | **17** |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 8 | (38) | 4 | 3 | 3 | 2 |
| Net investment income | 22 | 18 | 17 | 16 | 16 | 15 |
| Other revenue | 8 | 7 | 7 | 6 | 6 | 5 |
| **Total Revenue** | **38** | **(12)** | **27** | **25** | **24** | **22** |
| Policyholder benefits | 28 | 23 | 19 | 18 | 16 | 15 |
| Increase in aggregate reserves | (12) | (56) | (10) | (9) | (9) | (8) |
| General Expenses | 11 | 10 | 9 | 8 | 7 | 6 |
| Commissions & other expenses | 18 | 12 | 8 | 8 | 8 | 8 |
| **Total Expenses** | **45** | **(10)** | **26** | **25** | **23** | **21** |
| **Pre-tax Op Income** | **(7)** | **(2)** | **1** | **1** | **1** | **1** |
| Tax | (1) | (1) | (0) | (0) | (0) | (0) |
| **After-tax Op Income** | **(6)** | **(2)** | **1** | **1** | **1** | **1** |
| RCG/(L) - Net of Tax | (0) | (0) | - | - | - | - |
| **Net Income** | **(6)** | **(2)** | **1** | **1** | **1** | **1** |
| **Metrics** | | | | | | |
| Net Investment Yield | 5.3% | 4.8% | 4.9% | 4.9% | 4.9% | 4.9% |
| Gen Expense to Assets | 2.7% | 2.8% | 2.6% | 2.5% | 2.3% | 2.1% |
| Required Capital @ target / Reserves | 10% | 13% | 13% | 13% | 13% | 13% |
| Infusions / (Dividends) | 5 | (1) | (12) | (2) | (2) | (2) |



Confidential Information

(1) Statutory accounting basis; small variances vs appraisal due to IMR amortization and intercompany items not included...

(2) Includes funds withheld assets/liabilities that are also included on SNRC's balance sheet.

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 81 of 101

80

# SNRC Proformas [1]

| $MM | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | |
| Invested assets | 339 | 351 | 349 | 348 | 344 | 337 |
| Other assets | 9 | 1 | 1 | 1 | 1 | 1 |
| **Total Assets** | **348** | **352** | **350** | **349** | **345** | **338** |
| Reserves | 311 | 317 | 319 | 318 | 314 | 308 |
| Other liabilities | 9 | 5 | 5 | 5 | 5 | 5 |
| **Total Liabilities** | **320** | **322** | **325** | **324** | **320** | **314** |
| Contributed Capital | 11 | 19 | 15 | 16 | 16 | 16 |
| Retained Earnings | 17 | 12 | 10 | 9 | 9 | 9 |
| **Capital & Surplus** | **28** | **30** | **26** | **25** | **25** | **25** |
| | | | | | | |
| **Income Statement** | | | | | | |
| Premiums and annuity considerations | 36 | 33 | 29 | 26 | 22 | 20 |
| Net investment income | 28 | 16 | 17 | 17 | 17 | 17 |
| Other revenue | 0 | 0 | - | - | - | - |
| **Total Revenue** | **65** | **49** | **46** | **43** | **39** | **36** |
| Policyholder benefits | 37 | 36 | 34 | 34 | 34 | 33 |
| Increase in aggregate reserves | 6 | 6 | 3 | (1) | (4) | (6) |
| General Expenses | 4 | 4 | 4 | 4 | 4 | 3 |
| Commissions & other expenses | 8 | 9 | 8 | 7 | 6 | 6 |
| **Total Expenses** | **55** | **55** | **48** | **44** | **40** | **36** |
| **Pre-tax Op Income** | **10** | **(6)** | **(2)** | **(1)** | **(0)** | **0** |
| Tax | 3 | (1) | (0) | (0) | (0) | (0) |
| **After-tax Op Income** | **7** | **(5)** | **(1)** | **(1)** | **(0)** | **0** |
| RCG/(L) - Net of Tax | - | - | - | - | - | - |
| **Net Income** | **7** | **(5)** | **(1)** | **(1)** | **(0)** | **0** |
| | | | | | | |
| **Metrics** | | | | | | |
| Net Investment Yield | 8.6% | 4.7% | 4.9% | 4.9% | 4.9% | 4.9% |
| Gen Expense to Assets | 1.0% | 1.2% | 1.1% | 1.1% | 1.0% | 0.9% |
| Required Capital @ target / Reserves | 8% | 8% | 8% | 8% | 8% | 8% |
| Infusions / (Dividends) | 2 | 8 | (3) | 1 | 0 | (1) |

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 82 of 101



Confidential Information

(1) Current accounting basis; small variances to appraisal due to miscellaneous items not modeled.

81

# Runoff Businesses - 2018/2019 RBC Sensitivities[1]

| $MM | 2018 | | | 2019 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Business** | **Available Capital** | **Required Capital** | **CAL RBC%** | **Available Capital** | **Required Capital** | **CAL RBC%** | **Excess Capital[3]** | **Comments** |
| BLIC | 35 | 12 | 305% | 37 | 5 | 715% | 22 | Jump in 2019 due to C4 release from no new business |
| SNIC | 34 | 8 | 455% | 32 | 7 | 435% | 10 | Decline with loss… close to breakeven depending on exact overhead expense allocation |
| PLICMI (No Reinsurance) | 69 | 24 | 285% | 82 | 23 | 350% | 13 | Capital grows with profits but required capital declines as business runs off |
| PLICMI (With Reinsurance) | 118 | 13 | 895% | 130 | 13 | 1000% | 91 | Assumes reinsurance deal… flat without it depending on timing of portfolio reinvestment |
| BLIC/SNIC Merged[2] | 61 | 19 | 320% | 60 | 12 | 470% | 24 | Eliminate BLIC preferred stock upon merger ($8.3MM)… impacts RBC as currently in SNRC FW account. Minimal covariance benefit. |
| BLIC/SNIC/PLICMI Merged[2] (No Reinsurance) | 130 | 34 | 380% | 141 | 34 | 405% | 39 | More covariance benefit with all 3 combined |
| BLIC/SNIC/PLICMI Merged[2] (With Reinsurance) | 179 | 29 | 620% | 187 | 25 | 748% | 112 | |

Global Bankers INSURANCE GROUP   Confidential Information

(1) All scenarios use 2017 RBC factors/margins.
(2) SNIC owns BLIC preferred stock of $8.3MM that is eliminated upon merger.
(3) Based on 300% target for runoff companies.

82

# Global Bankers – Proformas (w/ Block Reinsurance Illustration)

## Pre-tax Operating Income – w/ Block Reinsurance Deals [1]

$MM



Legend: CBL/BLIC Annuities, All Other, Block deals

Loss driven by new business strain from MYGA sales

| ($MM) | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Block Annuity Deal Premium | 0 | 0 | 2,000 | 2,000 | 2,000 | 2,000 |
| Life/Worksite Sales | 13 | 15 | 15 | 20 | 25 | 30 |
| Annuity Sales | 374 | 1,500 | 750 | 1,800 | 2,100 | 2,400 |
| Assets | 2,982 | 4,728 | 7,242 | 11,123 | 15,257 | 19,489 |
| Net Investment Yield | 5.8% | 4.8% | 4.9% | 4.8% | 4.8% | 4.9% |
| General Exp / Assets | 1.5% | 1.2% | 0.8% | 0.5% | 0.4% | 0.3% |
| | | | | | | |
| In-force Capital Contr./(Release) | 78 | 93 | (208) | (58) | (56) | (63) |
| New Business Capital Contr./(Release) | 0 | 60 | 121 | 194 | 141 | 134 |
| Block Deal Capital Contr./(Release) | 0 | 0 | 174 | 149 | 123 | 95 |
| **Total Contribution/(Release)** | **78** | **153** | **87** | **284** | **208** | **166** |
| | | | | | | |
| **Total Capital & Surplus** | **286** | **372** | **481** | **787** | **1,056** | **1,330** |

## Comments

**Illustration shows how reinsurance could be used to reach scale quicker**

**Expense ratios pushed lower by adding assets without needing additional overhead**
- Pay expense allowance to ceding company equal to maintenance expenses

**Initial ceding commission drives loss in 2019/2020… more than offset by profits on blocks in 2021/2022**

**Modeled $1B of 5 year MYGA's and $1B of FIA 10 WB each year for purpose of illustration**

### Key Assumptions

- $2B per year of annuity block deals (50/50 MYGA/FIA)
- Contribute $60MM to CBL in 4Q'18
- Target RBC of 400% for CBL, 300% for runoff businesses at 2017 RBC factors and tax rates
- ~5% net investment yield for in-force


Global Bankers INSURANCE GROUP

Confidential Information

(1) Legal entities included: CBL, BLIC, CTLCM, SNRC, SNRC. All entities on statutory accounting basis with exception of SNRC, which is on GAAP basis; small variances vs appraisal due to IMR amortization and miscellaneous items not modeled.

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 84 of 101

83

# Asset Mix – U.S. Summary[1]

## Global Bankers Total Investable Assets - Current [2]



**$4,187MM**

- PPNs 20%
- Other 4%
- Cash & short-term 24%
- Public Corp Debt / ABS 21%
- Private Unaffil. Corp Debt 9%
- Affiliated Debt 22%

## Global Bankers PF Total Investable Assets – At Close[3]



**$4,187MM**

- Other 4%
- Private Unaffil. Corp Debt 9%
- Cash & short-term 66%
- Public Corp Debt / ABS 21%

## Commentary

- Proforma asset mix reflects refinancing and payoff of affiliated assets before closing
- Actual asset mix at closing would likely reflect a higher concentration in Public Corps/ABS (1-3 year duration)
- As of 9/30/2018, the liability durations of the in force books of business are as follows:
  - CBL = 7.9 yrs.
  - BLIC = 6.3 yrs.
  - Pavonia = 11.8 yrs.
  - SNIC = 9.5 yrs.
  - SNRC = 11.1 yrs.



Confidential Information

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 85 of 101

(1) Investable assets. Excludes separate accounts and contract loans.
(2) As of 9/30/2018.
(3) Pro-forma for asset restructuring pre-close, but does not reflect any new business.

# Global Bankers – Enterprise Risk Management

- **Enterprise Risk Management is a formal process with an annual board approved policy and risk appetite**

- **Significant focus on building out governance and maturing the ERM process in 2018**

- **Key 2018 enhancements include:**



### Established key Senior Management meetings

- Monthly financial business review
- Quarterly ERM review
- Bi-monthly executive management meetings



### Systems and Data Initiatives

- Reduce number of actuarial platforms to foster better model governance and uniform methodology
- Use single system for general ledger across enterprise
- Utilization of R Shiny as an actuarial tool



### Formation of a Product Approval Committee

- Facilitates discussion pertaining to new and existing products
- Tollgates implemented at critical steps



### Model Audit Rule

- Documents our as-is processes
- Remediates control deficiencies within our statutory financial statements
- Resolves control language, documentation and performance deficiencies



### Improvements to Risk Assessment

- Moved from high, medium, low assessment to survey with ranges for frequency and severity
- Allows more differentiation on risks and facilitates discussions on mitigation priorities



### Improvements to Risk Dashboards

- Integrate newly acquired entities into risk monitor process



Confidential Information

85

# Global Bankers – ERM and Governance Structure

## Governance Structure



- Board of Directors
- Audit, Risk, Compliance Committee
- CEO
- Chief Actuary
- Management Team Responsible for Risk Assessment



**Executive team** focused on educating staff and promoting a culture of risk awareness and management



**Business units** are responsible for day to day risk management and mitigation

**Board approved ERM policy and risk appetite**

| Credit | Market | Insurance | Model | Operational | Legal & Regulatory |
|---|---|---|---|---|---|
| • Payment Default<br>• Migration<br>• Credit Spread<br>• Alternative Investments | • Interest Rate<br>• Equity Returns<br>• Liquidity<br>• FX Risk | • Mortality/Morbidity/ Longevity<br>• Catastrophe<br>• Lapse<br>• Policyholder Behavior<br>• Expense<br>• Product Design and Pricing | • Data and Assumption<br>• Model Fit for Purpose<br>• Use of Models<br>• Modeling of Regulatory Requirements | • Cyber Security<br>• Business Continuity<br>• 3rd Party<br>• Process Execution and Delivery<br>• Fraud<br>• Personnel | • Litigation<br>• Non-Compliance in Business Practice<br>• Changes in Regulatory Requirements<br>• DOI Relationship Management |

Global Bankers INSURANCE GROUP

Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 87 of 101

# Global Bankers – Risk Identification and Management

## Risk Identification

**Quarterly executive meetings are held to address ERM related topics. The agenda covers two tools used for risk metric reporting:**

- The Risk Monitoring Dashboard - developed to highlight the key risk or pricing indicators specific to each GBIG insurance company. When an indicator becomes close to or outside of defined limits, monitoring or actionable steps are triggered

- The ERM Qualitative Dashboard – this document started as a risk registry, either from identifying risks our organization was willing to accept in pursuit of our objectives or they emerged as the business evolved

  – These risks were initially analyzed based upon a Low/Medium/High classification

  – As we sought to enhance our risk management framework, the next progression is to view these risks from a quantitative perspective

    - Considers both frequency and severity impacts

**The monthly financial business review:**

- This review encompasses our strategic goals and how the organization is tracking against those anticipated accomplishments. The meeting also discusses potential areas of focus for the company (e.g. new business strain or expense pressure) as our executive team reviews the financials against our business plan.

## Risk Mitigation

**The process starts with adhering to and then annually reviewing (along with updating accordingly) our Enterprise Risk Policy**

- Define risk limits that the organization is comfortable accepting as part of our overall business strategy

- Proactively assessing the Risk Identification tools noted above

  – Consider scenarios or trends to understand the impact they may pose to our organization

- Establishing protocols for the identification and/or mitigation plans for emerging risks

**The quarterly ERM discussion lead to risk mitigation discussions on current and emerging risks**

**Bi-monthly meetings are held to discuss current topics pertinent to current state of the organization, including mitigation activities**

Global Bankers INSURANCE GROUP — Confidential Information

87

# Global Bankers – ERM Risk Review: 2018 forward

## Process

- Enhanced quarterly process to access both severity (1 in 10 years) and frequency to differentiate risk

- Have developed an R Shiny database and reporting platform that will illustrate trending and track individual views



Q3 ERM Survey Results

| Top Risks | Frequency | Severity |
|---|---|---|
| Reputation Risk | 6.0 | 9.4 |
| Regulatory Environment | 5.9 | 9.4 |
| Investments | 6.2 | 8.2 |
| Source of Capital | 5.1 | 9.1 |
| Cybersecurity | 5.8 | 7.0 |

## Benefits

- Facilitates more in-depth discussions as to scenarios leading to severity

- It should translate into better decisions on organization focus for mitigation

- Will be able to measure the high level effectiveness of the mitigation over time

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 89 of 101
Confidential Information

# Global Bankers – Assessment of Top 4 Risks: Today's View



## Regulatory Environment

**Mitigation:**

- Proactive and transparent communication with regulators
- Involvement in industry associations and activities to stay abreast with changes and trends in the industry

## Investments

**Mitigation:**

- Closer interaction with the Eli investment department on asset discussions and modeling
- Engaged with a 3rd Party to review and restructure our portfolios. Viewed positively with the states to which we are domiciled

## Sources of Capital

**Mitigation:**

- Working with Eli on capital contributions as part of the planning process for becoming self-sufficient
- Consideration for alternate sources of funding
- More robust scenario testing and capital modeling as part of planning process

## Reputation

**Mitigation:**

- Active and transparent interaction with distributors and partners
- Transparency with regulatory bodies and rating agencies
- Continue to focus and build digital platform
- Provide a top rated customer experience

Confidential Information

Cybersecurity is one of our Top 5 risks – this risk is addressed within the next two slides.

# Global Bankers – Cybersecurity: IT Security Stack

## We need to safeguard the company and our customers.



### Email Hardening

- O365 Advanced Threat Protection
- Multifactor Authentication
- Email Archiving
- Email Security Gateway



### Device Protection

- Mobile Device Management
- Endpoint Protection
- MFA and Radius Services



### Network Protection

- Perimeter Firewall
- Vulnerability Scanning
- Data Loss Protection



### Identity Protection

- Identity & Access Management
- Identity Verification
- Identity Governance & Administration
- Password Vaulting



**Policy Management Platform**



**Security Event & Information Management Platform**

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 91 of 101
Confidential Information

Global Bankers INSURANCE GROUP

# Global Bankers – IT Security Processes

## Work efforts currently underway to invest in hardening our IT Security Processes:

| **Governance & Education** | **Controls & Frameworks** | **Policies** | **Security Operations** |
|---|---|---|---|
| Establish Security Review Committee **Complete** | Adhere to ISO27001 Control Framework **12/31/2018** | Create IT Policy Set **Complete** | Current State Gap/ Threat Analysis **Complete; to be updated periodically** |
| Phishing Simulation Tests **Complete** | Adhere to NIST 800-30 Risk Framework **12/31/2018** | Finalize Mainframe DR/ BCP Plans **Complete** | Ticketing System & Incident Management **Complete** |
| Security Education Program **Complete** | Security Metrics & Reporting **10/31/2018** | GDPR-Compliant Privacy Policy **Under Review with Legal** | Risk Register **Complete** |
| | Industry Research & Advisors **Subscribing in 2019** | Create Conditional Access Rules **Complete** | Data Classification **12/31/2018** |

Global Bankers INSURANCE GROUP
Confidential Information

Case 3:23-cr-00048-MOC-DCK     Document 234-44     Filed 07/14/26     Page 92 of 101

# Global Bankers – Ongoing ERM Initiatives



## ORSA

- **Insurance group required to submit ORSA Summary report by end of 2019.**

- Enhancing stress test methodology for analyzing solvency position.

- Continue to build out our capital planning as the organization continues to mature.

- Develop US ORSA initially, and then an overall GBIG summary report utilizing ORSA



## Improvements to Risk Dashboards

- Integrate newly acquired entities into risk monitor process.

- Uniform methodology and reports across insurance group - incorporate best capabilities from newly added business.

- **Automate more of the analysis and align with monthly reporting processes.**



## Enhance Quantitative Guidelines and Risk Limits

- Adopt quantitate framework for measuring capital requirements across the insurance group.

- Supplement strong qualitative risk limits with quantifiable metrics–particularly for the modeling of solvency position in stress scenarios.



## Systems and Data Initiatives

- Reduce number of actuarial platforms to foster better model governance and uniform methodology

- Use single system for general ledger across enterprise

- **Build a data warehouse that contains transactional data and is used across the organization as the single source of truth**



## Granular Analysis of Business Performance to Improve Monitoring

- Enhance analysis of business performance by understanding results more granularly.

- Assist in monitoring insurance and pricing risk and allow us to react to adverse experience.

- Develop automated reporting and metrics that sit on top of the new data warehouse

- **Continue to expand the use of R Shiny to improve monitoring, reporting and analysis across our business.**



Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 93 of 101

# Global Bankers - Biographies (1 of 7)



## Sandy Ball - Chief Human Resources Officer

Sandy's career began at the American Red Cross where she was the Training Leader in both the Princeton, NJ and Richmond, VA organizations. She joined General Electric in 1998 it then went on to become Genworth Financial in 2004, where she held a series of progressive roles in the Training and Development and HR Director responsibilities before becoming a Vice President, HR in 2013.

As a member of the Executive leadership team, she brings a background of strategic partnership, change management, executive coaching, and people engagement and development. Sandy is also engaged in serving the community as a mentor through Partnership for the Future, coaching job seekers through CARITAS and JAM, has also led projects for the Boys and Girls Club and Appalachian Service Project.

Sandy has a BS degree from Lynchburg College and a Masters in Human Resource Development from George Washington University. She also holds the SPHR and SCP designations from the Society of Human Resource Management.



## Scott Boug, FSA, FCIA, MAAA and CFA - Private Bankers Life and Annuity Co., President and Chief Actuary

Scott joined Global Bankers with over twenty-five years of experience in the insurance and reinsurance industries. He most recently served as Head of Financial Solutions for SCOR Global Life Americas, sourcing and structuring non-traditional life reinsurance solutions.

Prior to that, he worked as Chief Risk Officer and Run-Off Segment Leader at Genworth Financial, maximizing financial value and managing quarterly financial reporting. He also held high-level positions at Munich RE, Transamerica and Aegon.

He is a Fellow of the Society of Actuaries, Canadian Institute of Actuaries and a CFA Charterholder. He holds a B.S in Statistics from Western University.

Global Bankers INSURANCE GROUP

Confidential Information

93



## Paul Brown, J.D. - Chief Investment Officer

Paul came to Global Bankers from J.P. Morgan, where he served as Managing Director of JP Morgan's Insurance Investment Banking Group focused on Life & Annuity, Property & Casualty, M&A and capital raising. He previously held leadership positions in insurance investment banking at Merrill Lynch and Credit Suisse First Boston, where he advised on the acquisitions of United Investors Life and Old Mutual US, as well as the recapitalizations of Lincoln Financial and Protective Life. Paul has advised on more than one hundred M&A transactions and more than fifty significant capital raising transactions.

Before moving into investment banking, he worked as an attorney at Cravath Swaine & Moore LLP, specializing in M&A and corporate law. Paul received his B.A. with honors and distinction in Economics from Yale College and his J.D. from the University of Virginia School of Law.



## Chad Burns - SVP, Annuities

Chad joins CBLife from Transamerica where he served as Regional Vice President overseeing annuity sales and corporate retirement plan sales in North Carolina, including business development strategies, plan design analysis, investment benchmarking and analyses and employee education plans.

Prior to joining Transamerica in 2012, Chad worked for The Hartford as the Regional Sales Director for corporate retirement plan sales in North Carolina. Formerly, he served as Regional Vice President for Prudential Financial where he led the company's distribution of fixed and variable annuities to major multi-national distribution partners in South Carolina, eastern Tennessee and western North Carolina. Before Prudential Financial, Chad also held positions as Regional Vice President for variable annuity and fixed annuity sales for AXA Distributors and Planco – Hartford.

Chad holds a B.A. in Business Management from North Carolina State University.

**Global Bankers**
INSURANCE GROUP
Confidential Information

Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 95 of 101

# Global Bankers - Biographies (4 of 7)



## Matteo Castelvetri - Chief Executive Officer, Europe

Matteo joined GBIG after spending 19 years in Investment Banking at Morgan Stanley and Goldman Sachs.

As a Managing Director of Morgan Stanley's Financial Institution Group, he led the European Insurance effort and held primary coverage responsibility for several European large cap insurers.

He has advised on over 50 transactions and has originated and executed some of the most prominent insurance M&A events, restructuring and IPOs in Europe.

Matteo started his career at Goldman Sachs as a government bond and distressed debt investor first and then as an advisor to banks and insurers.

He received a summa cum laude Bachelor Degree in Economics from Bocconi University in Milan and also holds a Bachelor Degree in Classical Guitar.



## Tamre Edwards - Chief Legal Officer

Tamre comes to Global Bankers with 16 years of legal experience, having most recently served as AVP, Associate General Counsel – Mergers & Acquisitions for Nationwide Insurance. In that role, he led the legal team responsible for advising Nationwide in connection with mergers, acquisitions, divestitures, joint ventures, financings, and other strategic initiatives.

Prior to joining Nationwide, he worked in Chicago at Sidley Austin LLP and Locke Lord LLP. His practice focused on corporate, transactional and regulatory matters relating to the insurance and financial services industries.

He holds a B.A. in English from the University of Michigan, Ann Arbor, and a J.D. with honors from The Ohio State University, Moritz College of Law.

Global Bankers INSURANCE GROUP

Confidential Information

95

# Global Bankers - Biographies (5 of 7)



## Mike Farley - Chief Actuary

Mike joined Global Bankers with over 30 years of experience in the insurance and reinsurance industries. Mike is a senior financial executive and actuary with significant experience as a strategic member of management teams. He has held various senior roles in his career including Chief Actuary, CFO, COO, and CRO. He most recently worked for Munich Re but has also worked at Transamerica Re, CNO Financial, ING, Allianz, LifeUSA and Federated Insurance. As part of his responsibilities over the years, he has been involved with a wide range of individual and group life, health and annuity products.

Mike is a Fellow of the Society of Actuaries, a Chartered Enterprise Risk Analyst, and a Member of the American Academy of Actuaries. He holds a B.S in Chemistry from St. John's University in Minnesota.



## Lou E. Hensley - CEO & President

Lou has over 25 years of experience in the insurance industry and has played an instrumental part in leading/building successful teams, M&A, product design, capital management, and corporate strategy. Prior to joining Global Bankers, he served in two roles at Genworth Financial: President of Life & Annuities and Chief Commercial Officer. As President of Life & Annuities at Genworth, he had full P&L responsibilities for the life, annuities and run-off businesses, representing a balance sheet in excess of $30B.

He also spent ten years as a senior vice president with Wells Fargo & Co., and was executive vice president of Wells Fargo's Bermuda-based reinsurance subsidiary, Union Hamilton Reinsurance, Ltd. He was instrumental in helping Union Hamilton grow from a start-up to a multi-billion dollar reinsurance company. He joined Wells Fargo and Union Hamilton as a result of Wells Fargo's acquisition of Pivot, a leading insurance-focused technology and financial information services company of which he was co-founder and President. He also held corporate development positions with Jackson National Life (a subsidiary of Prudential plc), The Midland Life Insurance Company (a Swiss Re affiliate), and Conseco.

He holds a BS in Actuarial Science and Accounting from Ball State University, in addition to having executive training with the London Business School.

**Global Bankers**
INSURANCE GROUP

Confidential Information

96

# Global Bankers -



## Jeff Levin - President, Life & Worksite

Jeff Levin joins Global Bankers Insurance Group after 20+ years with Genworth Financial.  A successful commercial leader, Jeff has deep expertise gained through progressively larger roles in Sales Leadership, Relationship Management, Business and Strategy Development, Product Development, Sales Force Effectiveness, and Wholesaling.  In his most recent role as Vice President, Long Term Care Sales, Jeff lead the Long Term Care Insurance distribution organization across all distribution channels. Included in his responsibilities were external sales of both Individual and Employer Group LTC insurance products, Account Development, Internal Sales, Learning and Development, and Business Development.  Prior to his current role, Jeff was Vice President, Sales Growth and Development, where he was responsible for leading a multi-faceted team that included Account Management, Learning and Development, and Internal Sales for Genworth's US Life Insurance business including Annuities, Life, and Long Term Care.

A native of the San Francisco Bay Area, Jeff started with the Long Term Care business after graduating from the University of California at Santa Barbara with a BA in Communication Studies.  In addition to his career at Genworth, Jeff has also held other sales leadership and wholesaling positions. His collaborative, motivating style along with his proven record of winning strategies will foster a shared commitment to success and to effective growth.  Jeff currently resides in the Richmond, Virginia area with his wife and three children.



## Joe Lurie - Chief Information Officer

Joe joined Global Bankers as a seasoned Information Technology Executive with over 30 years of experience building Insurance Technology Solutions at several large insurers, including Amex Life Assurance, GE Financial and Genworth. He held multiple roles during his tenure at Genworth, including VP of New Product Initiatives, VP of Technology Operations, CIO of Genworth Mortgage and most recently VP of Digital Technology and Distribution Solutions.

During his time in the industry, he has built and supported technology solutions in support of the sale and administration of Life, Annuity, Long Term Care and Medicare Supplemental Products, supporting a portfolio of products containing over 4 million policies.  He holds a B.S. in Information and Computer Science from Georgia Tech.

Case 3:23-cr-00048-MOC-DCK   Document 234-44   Filed 07/14/26   Page 98 of 101

Confidential Information

# Global Bankers -



## Brian Stewart - Chief Financial Officer

Before coming to Global Bankers, Brian held numerous roles over a 15-year career with Genworth Financial, most recently as the Chief Financial Officer of the Life & Annuity business, with over $30B in invested assets. As CFO of Life & Annuities, he had full P&L responsibility as well as management responsibility for the Actuarial function. He spent 3 years in London in a senior finance role with responsibility over FP&A, Capital Management, Expenses, Sourcing & Facilities across 23 countries.

Additionally, he worked as the CFO of the Medicare Supplement business after completing Genworth's first acquisition after the IPO from GE. Brian and the leadership team increased the valuation of the business by 65% in the 5 years following the acquisition. He also helped lead the conversion of the administrative system from a mainframe platform to a Microsoft-supported platform.

Brian began his career by completing GE's Financial Management Program, which included five roles across consumer credit cards, vendor financial services, commercial equipment financing, and insurance. He holds a B.S. in Finance from Bentley University, with a concentration in Computer Information Systems.

Global Bankers
INSURANCE GROUP

Confidential Information

98



Case 3:23-cr-00048-MOC-DCK    Document 234-44    Filed 07/14/26    Page 100 of 101

# Global Bankers – Headcount Summary

| Function[1] | Executive / Functional Leader | Proforma 12/31/18 Headcount | Key Assumptions |
|---|---|---|---|
| Executive | Lou Hensley | 3 | Fill open executive admin. position |
| Finance | Brian Stewart | 44 | |
| Investments | Paul Brown | 6 | |
| Actuarial | Mike Farley | 11 | |
| IT | Joe Lurie | 34 | Fill 4 open positions |
| Legal/Compliance/Claims | Tamre Edwards | 14 | |
| HR/MarComm/Facilities | Sandy Ball | 11 | |
| Government Relations | Rod Perkins | 2 | |
| Training | N/A | 3 | |
| Life & Worksite | Jeff Levin | 36 | |
| Annuities | Chad Burns | 15 | BLIC office closed |
| Preneed | N/A | 0 | Responsibilities transferred to Runoff team (NJ) |
| Runoff | Kristan VanDerMeer | 16 | |
| **GBIG U.S. Employee Headcount[2]** | | **195** | |
| | | | |
| M&A Europe (London) | Matteo Castelvetri | 3 | |
| GB Life (Luxembourg) | Pieter Coopmans | 50 | |
| Conservatrix (Netherlands) | Erwin van der Wal | 37 | |
| Pramerica (Italy) | | 106 | |
| G.N.B. Seguros Vida (Portugal) | | 54 | |
| **GBIG Europe Employee Headcount** | | **250** | Pro-forma for acquisitions signed but not yet closed |
| | | | |
| GB - Business Solutions (India) | Rengarajan Appan | 99 | |
| GBIG Dedicated Resources (Philippines) | N/A | 21 | |
| Offshore Annuities (Bermuda/Barbados) | Scott Boug | 19 | |
| **GBIG Offshore & Dedicated Resources** | | **139** | |
| | | | |
| **Global Headcount** | | **584** | |
| **In Durham** | | **154** | |
| **Remote (GBIG U.S.)** | | **10** | |

Note: The Global Headcount, In Durham, and Remote count excludes contractors, TPAs, part time, and interns.
(1)   Functional Leader Executives are included in the count for their department.
(2)   Includes employees located in Durham office (154), New Jersey office (31), and remote (10).

 Confidential Information