# Exhibit M

**Total Fees & Expenses Paid Out By Rehabilitator**

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 Est. | Estimated Total |
|---|---|---|---|---|---|---|---|---|
| CBL | $ 18,806,452 | $ 19,420,163 | $ 29,450,443 | $ 14,675,507 | $ 17,541,389 | $ 16,228,383 | $ 16,228,383 | $ 132,350,720 |
| BLIC | $ 3,780,277 | $ 2,753,501 | $ 1,870,006 | $ 722,666 | $ 988,761 | $ 903,493 | $ 903,493 | $ 11,922,197 |
| SNIC | $ 6,932,430 | $ 5,004,830 | $ 3,347,689 | $ 2,447,889 | $ 1,562,232 | $ 1,090,703 | $ 1,090,703 | $ 21,476,476 |
| Combined | $ 29,519,158 | $ 27,178,494 | $ 34,668,138 | $ 17,846,062 | $ 20,092,382 | $ 18,222,579 | $ 18,222,579 | $ 165,749,392 |

**Total Estimated Fees to Largest Vendors:**

| | |
|---|---|
| $ 25,000,000 | Noble Consulting/Mike Dinius (Appointed by Mike Causey) |
| $ 30,000,000 | Williams Mullen (Appointed by Mike Causey) |

Source Data:
https://cblife.com/quarterly-rehabilitation-reports/

**Fees, Expenses, and Losses Incurred by Receiver of NC Ins Cos**

| | | | |
|---|---|---|---|
| Total est. fees through Q4 2025 | $ | 165,749,392 | *see "fees and expenses" tab* |
| Total losses on unaffiliated bonds | $ | 137,759,892 | *see "losses on bonds" tab* |
| **Total fees & losses** | **$** | **303,509,284** | |
| | | | |
| **Current Est. Monthly Fees of Receiver and Advisors:** | **$** | **2,744,743** | *per month -- see "monthly receiver fees" tab* |

*Source data:*
https://cblife.com/quarterly-rehabilitation-reports/

**Total losses on third party bonds incurred by the NC insurance companies**      $   137,759,892

**From CBL Q2 2022 Report**

| | CAPITAL AND SURPLUS ACCOUNT | | | |
|---|---|---|---|---|
| 36 | Capital and surplus, December 31, prior year (Page 3, Line 38, Col. 2) | (75,632,662) | 15,185,568 | 15,185,568 |
| 37 | Net income (Line 35) | 41,850,674 | 3,506,418 | 7,543,422 |
| 38 | Change in net unrealized capital gains or (losses) less capital gains tax | (115,426,823) | (742,399) | (1,355,417) |

**From BLIC Q2 2022 Report:**

| | CAPITAL AND SURPLUS ACCOUNT | | | |
|---|---|---|---|---|
| 36 | Capital and surplus, December 31, prior year (Page 3, Line 38, Col. 2) | (18,330,859) | (7,351,847) | (7,351,847) |
| 37 | Net income (Line 35) | 4,747,256 | (2,395,805) | (7,027,207) |
| 38 | Change in net unrealized capital gains or (losses) less capital gains tax | (20,847,069) | (36,000) | (129,000) |

See:
https://cblife.com/quarterly-rehabilitation-reports/

**Current Est. Monthly Fees of Receiver and Advisors:**

|  |  | *Per Month:* |  |
|---|---|---|---|
| Noble Consulting | $ | 368,372 | *see Q2 2024 tab here* |
| Williams Mullen | $ | 472,287 | *see Q2 2024 tab here* |
| Squire Patton Boggs | $ | 257,675 | *see Q2 2024 tab here* |
| M3 Partners | $ | 600,000 | *see NHC fees tab* |
| Waldrep Wall | $ | 200,000 | *see NHC fees tab* |
| Janvier & advisors | $ | 358,151 | *see "Janvier fees" tab* |
| Other vendors | $ | 488,259 | *see Q2 2024 tab here* |
| **Total monthly fees:** | $ | 2,744,743 | |

# NHC Cash Forecast ($ in '000s)

**The cashflow forecast at NHC shown below reflects a cash deficit of ~$0.8MM by early February 2025, excluding any repayment of the outstanding CBL loan or payment of interest**

- Pursuant to the loan agreement 50% of the amount advanced ($2.5MM) was due to be repaid on November 12, 2024; NHC and CBL are working proactively on a deferral of this repayment requirement as the NHC CEO and advisors work with the operating entities to gain access to cash not needed by the businesses

- While access to this cash may provide operating cushion for NHC over the next several months, asset monetization will be required to fund operating needs and a repayment of the CBL loan

| Period Beginning | 11/11 | 11/18 | 11/25 | 12/2 | 12/9 | 12/16 | 12/23 | 12/30 | 1/6 | 1/13 | 1/20 | 1/27 | 2/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Period Ending** | **11/17** | **11/24** | **12/1** | **12/8** | **12/15** | **12/22** | **12/29** | **1/5** | **1/12** | **1/19** | **1/26** | **2/2** | **2/9** |
| **Receipts:** | | | | | | | | | | | | | |
| SAC Funding | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Asset Sales | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Other Receipts | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Total Receipts** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| **Operating Disbursements:** | | | | | | | | | | | | | |
| M3 Partners | – | (385) | – | – | (450) | – | – | (600) | – | – | – | (600) | – |
| Waldrep | – | (200) | – | – | (200) | – | – | (200) | – | – | – | (200) | – |
| Quarterly Board Compensation | – | – | – | – | – | – | – | (188) | – | – | – | – | – |
| Tharrington Smith | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Contingency | – | (50) | – | – | (50) | – | – | (50) | – | – | – | (50) | – |
| **Total Operating Disbursements** | **–** | **($635)** | **–** | **–** | **($700)** | **–** | **–** | **($1,038)** | **–** | **–** | **–** | **($850)** | **–** |
| **Net Cash Flow** | **–** | **($635)** | **–** | **–** | **($700)** | **–** | **–** | **($1,038)** | **–** | **–** | **–** | **($850)** | **–** |
| Beginning Cash | $2,398 | $2,398 | $1,764 | $1,764 | $1,764 | $1,064 | $1,064 | $1,064 | $26 | $26 | $26 | $26 | ($824) |
| (+/-) Net Cash Flow | – | (635) | – | – | (700) | – | – | (1,038) | – | – | – | (850) | – |
| (+/-) Debt Proceeds / (Repayment) | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Ending Cash** | **$2,398** | **$1,764** | **$1,764** | **$1,764** | **$1,064** | **$1,064** | **$1,064** | **$26** | **$26** | **$26** | **$26** | **($824)** | **($824)** |
| *Memo: Secured Promissory Note Balance* | $5,191 | $5,206 | $5,221 | $5,236 | $5,251 | $5,266 | $5,281 | $5,295 | $5,310 | $5,325 | $5,340 | $5,355 | $5,370 |

**Assumptions:**
- SAC Funding: Funding from non-Trust SACs as well as entities in-Trust to the extent there is sufficient cash and the Trust agreements / credit agreements permit the distribution of cash to the settlor
- Asset Sales: M3 continues to evaluate ongoing sale processes for CWG and Damovo; any proceeds available to NHC depends on final bids from buyers as well as negotiations with Bermuda and ULICO
- Quarterly Board Compensation: $62.5K of quarterly fees for 3 board members
- Contingency: Cushion for miscellaneous expenses and reimbursements (such as legal bills, bonds, D&O insurance, audits, etc.)
- Debt proceeds / repayment: $5.0MM Secured Promissory Note proceeds received 9/5; Prime + 8.00% (15.00% floor); 2.00% default interest; 1.00% origination fee; 1.00 exit fee; 50% / 100% due 90 days / 180 days after Closing

| DATE | REPORT | JANIVER - SPECIAL MASTER | JANIVER - RECEIVER | K&L GATES | M3 PARTNERS |
|---|---|---|---|---|---|
| 1/16/25 | Receiver's 9th Monthly Report and Request for Approval of Expenses | | $3,062.00 | $57,762.29 | $12,247.00 |
| 1/15/25 | Fifth Monthly Notice of Special Master Fees for December | $1,890.00 | | $15,186.00 | |
| 12/20/24 | Fourth Monthly Notice of Special Master Fees for November | $3,132.00 | | $9,901.00 | |
| 12/16/24 | Receiver's 8th Monthly Report and Request for Approval of Expenses | | $24,433.00 | $62,539.50 | |
| 12/6/24 | Supplement to Receiver's Fifth Monthly Report and Request for Approval of Expenses | | | $400,469.75 | |
| 12/6/24 | Third Monthly Notice of Special Master Fees for October | $9,558.00 | | $116,121.19 | |
| 11/15/24 | Receiver's Seventh Monthly Report and Request for Approval of Expenses | | $40,361.89 | $101,586.00 | $1,701.50 |
| 10/15/24 | Receiver's Sixth Monthly Report and Request for Approval of Expenses | | $15,552.00 | $84,949.88 | $12,173.00 |
| 10/10/24 | Second Monthly Notice of Speical Master Fees for September | $10,854.00 | | $34,921.00 | |
| 9/17/24 | Receiver's Fifth Monthly Report and Request for Approval of Expenses | | $8,763.00 | | $952.00 |
| 9/12/24 | First Monthly Notice of Special Master Fees for July and August | $25,516.00 | | $71,214.00 | |
| 8/15/24 | Receiver's Fourth Monthly Report and Request for Approval of Expenses | | $40,150.00 | $365,067.21 | $245,226.75 |
| 7/15/24 | Receiver's Third Monthly Report and Request for Approval of Expenses | | $59,562.00 | $111,347.26 | $146,277.30 |
| 7/13/24 | Supplement to Receiver's Third Monthly Report | | | | |
| 6/24/24 | Supplement to Receiver's Second Monthly Report | | | | |
| 6/18/24 | Receiver's Second Monthly Report and Request for Approval of Expenses | | $45,150.69 | $78,963.66 | $93,403.90 |
| 5/16/24 | Receiver's First Monthly Report and Request for Approval of Expenses | | $50,394.65 | $95,284.50 | $140,798.00 |
| **TOTAL** | | **$50,950.00** | **$287,429.23** | **$1,605,313.24** | **$652,779.45** |

**GRAND TOTAL** $2,596,471.92

2020

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AAM | 165,280 | 217,376 | 0 | 0 | 382,656 | investment advisory |
| AMR | 0 | 0 | 0 | 0 | 0 | investment advisory |
| Bryan Cave | 17,662 | 56,646 | 62,145 | 76,917 | 213,370 | legal services |
| Consilio | 0 | 0 | 15,701 | 174,533 | 190,234 | legal services |
| Federal Arbitration Inc | 0 | 77,520 | 116,280 | 110,880 | 304,680 | services |
| Gordian | 251,041 | 370,420 | 210,234 | 186,228 | 1,017,923 | investment advisory |
| Noble Consulting | 344,659 | 782,745 | 740,141 | 913,974 | 2,781,519 | rehabilitation services |
| Tharington | 0 | 0 | 0 | 14,848 | 14,848 | legal services |
| Veris Consulting | 0 | 72,838 | 505,848 | 772,860 | 1,351,546 | Forensic accounting |
| Aspida/GBIG LLC | 0 | 0 | 3,884,051 | 3,997,671 | 7,881,722 | transition services |
| Williams Mullen | 524,622 | 909,080 | 949,140 | 1,061,847 | 3,444,689 | legal services |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Dentons | 17,528 | 3,546 | 0 | 0 | 21,074 | legal services |
| KCC | 0 | 0 | 0 | 225,368 | 225,368 | services |
| Epiq | 0 | 0 | 0 | 36,680 | 36,680 | legal services |
| Kirsch | 26,886 | 18,042 | 554 | 2,890 | 48,372 | legal services |
| Davis Polk | 285,200 | 783,584 | 0 | 0 | 1,068,784 | legal services |
| Delloitte | 38,409 | 0 | 0 | 0 | 38,409 | tax services |
| Ellis | 123,311 | 2,288 | 0 | 0 | 125,599 | legal services |
| FTI Consulting | 74,400 | 187,981 | 0 | 0 | 262,381 | Forensic accounting |
| Arkin | 0 | 10,309 | 0 | 0 | 10,309 | legal services |
| | | | | | 19,420,163 | |

2020

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AAM | 69,311 | 2,995 | 0 | 0 | 72,306 | investment advisory |
| AMR | 0 | 0 | 0 | 0 | 0 | TPA |
| Bryan Cave | 7,407 | 94,163 | 17,448 | 7,817 | 126,835 | legal services |
| Consilio | 0 | 0 | 4,849 | 1,522 | 6,371 | legal services |
| Federal Arbitration Inc | 0 | 23,940 | 35,910 | 11,340 | 71,190 | services |
| Gordian | 105,275 | 114,394 | 64,925 | 19,046 | 303,640 | investment advisory |
| Noble Consulting | 144,535 | 241,730 | 228,573 | 93,475 | 708,313 | rehabilitation services |
| Tharington | 0 | 0 | 0 | 0 | 0 | legal services |
| Veris Consulting | 0 | 22,494 | 156,218 | 79,043 | 257,755 | Forensic accounting |
| Aspida / GBIG LLC | 0 | 0 | 1,426,624 | 703,818 | 2,130,442 | transition services |
| Williams Mullen | 220,003 | 265,645 | 236,845 | 101,766 | 824,259 | legal services |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Dentons | 7,350 | 0 | 0 | 0 | 7,350 | legal services |
| KCC | 0 | 0 | 0 | 0 | 0 | services |
| Epiq | 0 | 0 | 0 | 3,751 | 3,751 | legal services |
| Kirsch | 11,275 | 5,572 | 171 | 296 | 17,314 | legal services |
| Davis Polk | 119,600 | 241,989 | 0 | 0 | 361,589 | legal services |
| Delloitte | 16,107 | 0 | 0 | 0 | 16,107 | tax services |
| Ellis | 5,171 | 0 | 0 | 0 | 5,171 | legal services |
| FTI Consulting | 31,200 | 58,053 | 0 | 0 | 89,253 | Forensic accounting |
| Arkin | 0 | 3,184 | 0 | 0 | 3,184 | legal services |
| | | | | | 5,004,830 | |

2020

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AAM | 31,990 | 34,478 | | 0 | 66,468 | investment advisory |
| AMR | 0 | 0 | 0 | 0 | 0 | TPA |
| Bryan Cave | 3,418 | 268,909 | 9,140 | 2,606 | 284,073 | legal services |
| Consilio | 0 | 0 | 2,540 | 507 | 3,047 | legal services |
| Federal Arbitration Inc | 0 | 12,540 | 18,810 | 3,780 | 35,130 | services |
| Gordian | 48,589 | 59,921 | 34,008 | 6,349 | 148,867 | investment advisory |
| Noble Consulting | 66,708 | 126,620 | 119,729 | 31,158 | 344,215 | rehabilitation services |
| Tharington | 0 | 0 | 0 | 0 | 0 | legal services |
| Veris Consulting | 0 | 11,783 | 81,828 | 26,348 | 119,959 | Forensic accounting |
| Aspida / GBIG LLC | 0 | 0 | 681,435 | 459,002 | 1,140,437 | transition services |
| Williams Mullen | 101,540 | 99,434 | 113,165 | 32,580 | 346,719 | legal services |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Dentons | 3,393 | 0 | 0 | 0 | 3,393 | legal services |
| KCC | 0 | 0 | 0 | 11,861 | 11,861 | services |
| Epiq | 0 | 0 | 0 | 1,250 | 1,250 | legal services |
| Kirsch | 5,204 | 2,919 | 90 | 99 | 8,312 | legal services |
| Davis Polk | 55,200 | 126,756 | 0 | 0 | 181,956 | legal services |
| Delloitte | 7,434 | 0 | 0 | 0 | 7,434 | tax services |
| Ellis | 2,387 | 0 | 0 | 0 | 2,387 | legal services |
| FTI Consulting | 14,400 | 30,409 | 0 | 0 | 44,809 | Forensic accounting |
| Arkin | 0 | 3,184 | 0 | 0 | 3,184 | legal services |
| | | | | | 2,753,501 | |

2020

| ::Combined:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AAM | 266,581 | 254,849 | 0 | 0 | 521,430 | investment advisory |
| AMR | 0 | 0 | 0 | 0 | 0 | TPA |
| Bryan Cave | 28,487 | 419,718 | 88,733 | 87,340 | 624,278 | legal services |
| Consilio | 0 | 0 | 23,090 | 176,562 | 199,652 | legal services |
| Federal Arbitration Inc | 0 | 114,000 | 171,000 | 126,000 | 411,000 | services |
| Gordian | 404,905 | 544,735 | 309,167 | 211,623 | 1,470,430 | investment advisory |
| Noble Consulting | 555,902 | 1,151,095 | 1,088,443 | 1,038,607 | 3,834,047 | rehabilitation services |
| Tharington | 0 | 0 | 0 | 14,848 | 14,848 | legal services |
| Veris Consulting | 0 | 107,115 | 743,894 | 878,251 | 1,729,260 | Forensic accounting |
| Aspida / GBIG LLC | 0 | 0 | 5,992,110 | 5,160,491 | 11,152,601 | transition services |
| Williams Mullen | 846,165 | 1,274,159 | 1,299,150 | 1,196,193 | 4,615,667 | legal services |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Dentons | 28,271 | 3,546 | 0 | 0 | 31,817 | legal services |
| KCC | 0 | 0 | 0 | 237,229 | 237,229 | services |
| Epiq | 0 | 0 | 0 | 41,681 | 41,681 | legal services |
| Kirsch | 43,365 | 26,533 | 815 | 3,285 | 73,998 | legal services |
| Davis Polk | 460,000 | 1,152,329 | 0 | 0 | 1,612,329 | legal services |
| Delloitte | 61,950 | 0 | 0 | 0 | 61,950 | tax services |
| Ellis | 130,869 | 2,288 | 0 | 0 | 133,157 | legal services |
| FTI Consulting | 120,000 | 276,443 | 0 | 0 | 396,443 | Forensic accounting |
| Arkin | 0 | 16,677 | 0 | 0 | 16,677 | legal services |

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 0 | 33,250 | 451,172 | 931,114 | 1,415,536 | TPA |
| Bryan Cave | 33,751 | 20,960 | 11,791 | 17,810 | 84,312 | legal services |
| Consilio | 40,204 | 21,663 | 16,637 | 24,349 | 102,853 | legal services |
| Federal Arbitration Inc | 110,880 | 113,080 | 110,080 | 110,080 | 444,120 | services |
| Gordian | 293,294 | 133,971 | 38,274 | 55,209 | 520,748 | investment advisory |
| Noble Consulting | 804,368 | 839,443 | 788,984 | 795,007 | 3,227,802 | rehabilitation services |
| Tharington | 3,230 | 6,698 | 31,174 | 52,232 | 93,334 | legal services |
| Veris Consulting | 837,738 | 625,277 | 470,374 | 360,112 | 2,293,501 | Forensic accounting |
| Aspida / GBIG LLC | 4,952,439 | 4,952,439 | 5,095,200 | 2,730,000 | 17,730,078 | transition services |
| Williams Mullen | 1,261,794 | 1,134,874 | 526,396 | 546,542 | 3,469,606 | legal services |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Dentons | 0 | 3,694 | 0 | 0 | 3,694 | legal services |
| KCC | 62,092 | 2,767 | 0 | 0 | 64,859 | services |
| | | | | | 29,450,443 | |

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 0 | 0 | 0 | 0 | 0 | TPA |
| Bryan Cave | 3,452 | 2,065 | 1,105 | 1,821 | 8,443 | legal services |
| Consilio | 1,401 | 7,196 | 1,073 | 1,947 | 11,617 | legal services |
| Federal Arbitration Inc | 11,340 | 11,565 | 11,340 | 11,340 | 45,585 | services |
| Gordian | 29,996 | 13,702 | 3,912 | 5,647 | 53,257 | investment advisory |
| Noble Consulting | 82,265 | 85,852 | 80,692 | 81,308 | 330,117 | rehabilitation services |
| Tharington | | | | | 0 | legal services |
| Veris Consulting | 85,678 | 63,949 | 48,106 | 36,830 | 234,563 | Forensic accounting |
| Aspida / GBIG LLC | 637,268 | 637,268 | 521,100 | 209,700 | 2,005,336 | transition services |
| Williams Mullen | 172,465 | 194,424 | 55,626 | 59,287 | 481,802 | legal services |
| UFLIC | 0 | 0 | 0 | 176,969 | 176,969 | TPA |
| Dentons | 0 | 0 | 0 | 0 | 0 | legal services |
| KCC | 0 | 0 | 0 | 0 | 0 | services |
| | | | | | 3,347,689 | |

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 0 | 1,750 | 41,740 | 88,671 | 132,161 | TPA |
| Bryan Cave | 1,151 | 688 | 368 | 607 | 2,814 | legal services |
| Consilio | 467 | 330 | 291 | 451 | 1,539 | legal services |
| Federal Arbitration Inc | 3,780 | 3,855 | 3,780 | 3,780 | 15,195 | services |
| Gordian | 9,999 | 4,567 | 1,304 | 1,882 | 17,752 | investment advisory |
| Noble Consulting | 27,422 | 28,618 | 26,897 | 27,103 | 110,040 | rehabilitation services |
| Tharington | | | | | 0 | legal services |
| Veris Consulting | 28,559 | 21,316 | 16,035 | 12,277 | 78,187 | Forensic accounting |
| Aspida / GBIG LLC | 579,310 | 579,310 | 173,700 | 69,900 | 1,402,220 | transition services |
| Williams Mullen | 35,927 | 34,726 | 17,812 | 18,219 | 106,684 | legal services |
| UFLIC | | | | | 0 | TPA |
| Dentons | 0 | 0 | 0 | 0 | 0 | legal services |
| KCC | 3,268 | 146 | 0 | 0 | 3,414 | services |
| | | | | | 1,870,006 | |

| ::Combined:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 0 | 35,000 | 492,912 | 1,019,785 | 1,547,697 | TPA |
| Bryan Cave | 38,354 | 23,713 | 13,264 | 20,238 | 95,569 | legal services |
| Consilio | 42,072 | 29,189 | 18,001 | 26,747 | 116,009 | legal services |
| Federal Arbitration Inc | 126,000 | 128,500 | 125,200 | 125,200 | 504,900 | services |
| Gordian | 333,289 | 152,240 | 43,490 | 62,738 | 591,757 | investment advisory |
| Noble Consulting | 914,055 | 953,913 | 896,573 | 903,418 | 3,667,959 | rehabilitation services |
| Tharington | 3,230 | 6,698 | 31,174 | 52,232 | 93,334 | legal services |
| Veris Consulting | 951,975 | 710,542 | 534,515 | 409,219 | 2,606,251 | Forensic accounting |
| Aspida / GBIG LLC | 6,169,017 | 6,169,017 | 5,790,000 | 3,009,600 | 21,137,634 | transition services |
| Williams Mullen | 1,470,186 | 1,364,024 | 599,834 | 624,048 | 4,058,092 | legal services |
| UFLIC | 0 | 0 | 0 | 176,969 | 176,969 | TPA |
| Dentons | 0 | 3,694 | 0 | 0 | 3,694 | legal services |
| KCC | 65,360 | 2,913 | 0 | 0 | 68,273 | services |

2022

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 730,214 | 944,447 | 606,474 | 620,287 | 2,901,422 | TPA |
| Bryan Cave | 26,769 | 14,978 | 15,623 | 19,195 | 76,565 | legal services |
| Consilio | 43,142 | 44,742 | 50,742 | 33,716 | 172,342 | legal services |
| Federal Arbitration Inc | 110,080 | 88,880 | 111,654 | 119,541 | 430,155 | services |
| Gordian | 25,648 | 128,260 | 219,080 | 224,239 | 597,227 | investment advisory |
| Noble Consulting | 968,817 | 934,296 | 967,184 | 791,770 | 3,662,067 | rehabilitation services |
| Johnson & Lambert | | | 32,023 | 174,768 | 206,791 | Auditing Services |
| Tharington | 4,035 | 16,575 | | 8,525 | 29,135 | legal services |
| Veris Consulting | 393,338 | 401,203 | 332,834 | 594,865 | 1,722,240 | Forensic accounting |
| Aspida / GBIG LLC | | | | 3,240 | 3,240 | transition services |
| Williams Mullen | 842,508 | 1,407,442 | 1,251,373 | 1,141,232 | 4,642,555 | legal services |
| UFLIC | | | | | - | TPA |
| Milliman | | | 26,571 | 154,374 | 180,945 | Actuarial Services |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Kroll Restructuring Admin | | | 23,750 | 27,073 | 50,823 | Policy Holder Services |
| | | | | | 14,675,507 | |

2022

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 183,250 | 183,250 | 183,250 | 183,250 | 733,000 | TPA |
| Bryan Cave | 2,586 | 896 | 1,598 | 1,963 | 7,043 | legal services |
| Consilio | 5,284 | 4,561 | 4,620 | 3,081 | 17,546 | legal services |
| Federal Arbitration Inc | 11,340 | 9,090 | 11,419 | 12,226 | 44,075 | services |
| Gordian | 2,623 | 13,118 | 22,406 | 22,934 | 61,081 | investment advisory |
| Noble Consulting | 99,084 | 95,553 | 98,917 | 80,976 | 374,530 | rehabilitation services |
| Johnson & Lambert | | | 2,717 | 17,874 | 20,591 | Auditing Services |
| Tharington | | | | | - | legal services |
| Milliman | | | 3,275 | 15,788 | 19,063 | Actuaries Services |
| Veris Consulting | 40,228 | 41,032 | 34,040 | 60,849 | 176,149 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 143,986 | 127,675 | 118,833 | 104,217 | 494,711 | legal services |
| UFLIC | 126,000 | 126,000 | 123,900 | 124,200 | 500,100 | TPA |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| | | | | | 2,447,889 | |

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 85,415 | 95,405 | 82,110 | 80,538 | 343,468 | TPA |
| Bryan Cave | 862 | 299 | 533 | 654 | 2,348 | legal services |
| Consilio | 1,078 | 1,237 | 1,290 | 743 | 4,348 | legal services |
| Federal Arbitration Inc | 3,780 | 3,030 | 3,806 | 4,075 | 14,691 | services |
| Gordian | 874 | 4,373 | 7,469 | 7,645 | 20,361 | investment advisory |
| Noble Consulting | 33,028 | 31,851 | 32,972 | 26,992 | 124,843 | rehabilitation services |
| Johnson & Lambert | | | 1,092 | 5,958 | 7,050 | Auditing Services |
| Tharington | | | | | - | legal services |
| Veris Consulting | 13,409 | 13,677 | 11,347 | 20,283 | 58,716 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 25,006 | 42,588 | 39,502 | 34,739 | 141,835 | legal services |
| Kroll Restructuring Admin | | | 1,250 | 1,425 | 2,675 | Policy Holder Service |
| UFLIC | | | | | - | TPA |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Milliman | | | 906 | 1,425 | 2,331 | Actuarial Services |
| | | | | | 722,666 | |

Combined

| | | | | | | |
|---|---|---|---|---|---|---|
| AMR | 998,879 | 1,223,102 | 871,834 | 884,075 | 3,977,890 | TPA |
| Bryan Cave | 30,217 | 16,173 | 17,754 | 21,812 | 85,956 | legal services |
| Consilio | 49,504 | 50,540 | 56,652 | 37,540 | 194,236 | legal services |
| Federal Arbitration Inc | 125,200 | 101,000 | 126,879 | 135,842 | 488,921 | services |
| Gordian | 29,145 | 145,751 | 248,955 | 254,818 | 678,669 | investment advisory |
| Noble Consulting | 1,100,929 | 1,061,700 | 1,099,073 | 899,738 | 4,161,440 | rehabilitation services |
| Johnson & Lambert | 0 | 0 | 35,832 | 198,600 | 234,432 | Auditing Services |
| Tharington | 4,035 | 16,575 | 0 | 8,525 | 29,135 | legal services |
| Veris Consulting | 446,975 | 455,912 | 378,221 | 675,997 | 1,957,105 | Forensic accounting |
| Aspida / GBIG LLC | 0 | 0 | 0 | 3,240 | 3,240 | transition services |
| Williams Mullen | 1,011,500 | 1,577,705 | 1,409,708 | 1,280,188 | 5,279,101 | legal services |
| UFLIC | 126,000 | 126,000 | 123,900 | 124,200 | 500,100 | TPA |
| Milliman | 0 | 0 | 30,752 | 171,587 | 202,339 | Actuarial Services |
| Dentons | 0 | 0 | 0 | 0 | 0 | legal services |
| KCC | 0 | 0 | 0 | 0 | 0 | services |
| Kroll Restructuring Admi | 0 | 0 | 25,000 | 28,498 | 53,498 | Policy Holder Services |

17,846,062
17,846,062

2023

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 596,294 | 995,873 | 628,484 | 683,886 | 2,904,537 | TPA |
| Bryan Cave | 36,924 | | | | 36,924 | legal services |
| Consilio | 206,895 | 23,865 | 26,864 | 27,006 | 284,630 | legal services |
| Federal Arbitration Inc | 108,638 | | | | 108,638 | services |
| Gordian | 233,275 | 171,114 | 353,494 | 281,870 | 1,039,753 | investment advisory |
| Noble Consulting | 1,031,944 | 986,755 | 895,339 | 757,801 | 3,671,839 | rehabilitation services |
| Johnson & Lambert | 16,950 | | 5,506 | 7,918 | 30,374 | Auditing Services |
| Resor | | 1,020 | | 1,406 | 2,426 | legal services |
| Tharington | | 1,000 | 3,628 | | 4,628 | legal services |
| Veris Consulting | 609,483 | 447,115 | 456,082 | 304,985 | 1,817,665 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 997,685 | 901,522 | 599,139 | 964,666 | 3,463,012 | legal services |
| Norton Rose Fullbright | | | 69,018 | 127,072 | 196,090 | |
| UFLIC | | | | | - | TPA |
| Milliman | | | | | - | Actuarial Services |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Kroll Restructuring Adm | 465,436 | 917,955 | 1,488,600 | 1,108,882 | 3,980,873 | Policy Holder Services |
| | | | | | 17,541,389 | |

2023

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 183,250 | 121,729 | 183,250 | - | 488,229 | TPA |
| Bryan Cave | 3,504 | | | | 3,504 | legal services |
| Consilio | 20,780 | 1,985 | 3,321 | 3,169 | 29,255 | legal services |
| Federal Arbitration Inc | 11,111 | | | | 11,111 | services |
| Gordian | 23,858 | 17,500 | 36,153 | 28,828 | 106,339 | investment advisory |
| Noble Consulting | 105,540 | 100,918 | 91,569 | 77,502 | 375,529 | rehabilitation services |
| Johnson & Lambert | 1,734 | | 563 | 810 | 3,107 | Auditing Services |
| Tharington | | | | | - | legal services |
| Milliman | | | | | - | Actuaries Services |
| Veris Consulting | 62,333 | 45,728 | 46,645 | 31,139 | 185,845 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 96,896 | 97,637 | 58,788 | 85,937 | 339,258 | legal services |
| UFLIC | | | | | - | TPA |
| Norton Rose Fullbright | | | 7,059 | 12,996 | 20,055 | |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| | | | | | 1,562,232 | |

Case 3:23-cr-00048-MOC-DCK     Document 234-46     Filed 07/14/26     Page 21 of 45

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 86,026 | 118,778 | 107,915 | 113,112 | 425,831 | TPA |
| Bryan Cave | 1,168 | | | | 1,168 | legal services |
| Consilio | 6,644 | 379 | 451 | 448 | 7,922 | legal services |
| Federal Arbitration Inc | 3,704 | | | | 3,704 | services |
| Gordian | 7,953 | 5,833 | 12,051 | 9,609 | 35,446 | investment advisory |
| Noble Consulting | 35,180 | 33,639 | 30,523 | 25,834 | 125,176 | rehabilitation services |
| Johnson & Lambert | 578 | | 188 | 270 | 1,036 | Auditing Services |
| Tharington | | | | | - | legal services |
| Veris Consulting | 20,778 | 15,243 | 15,548 | 10,380 | 61,949 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 31,842 | 30,531 | 19,378 | 28,574 | 110,325 | legal services |
| Kroll Restructuring Adm | 24,497 | 48,313 | 78,347 | 58,362 | 209,519 | Policy Holder Service |
| UFLIC | - | - | - | - | - | TPA |
| Dentons | - | - | - | - | - | legal services |
| KCC | - | - | - | - | - | services |
| Milliman | - | - | - | - | - | Actuarial Services |
| Norton Rose Fullbright | - | - | 2,353 | 4,332 | 6,685 | |
| | | | | | 988,761 | |

| Combined | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 865,570 | 1,236,380 | 919,649 | 796,998 | 3,818,597 | TPA |
| Bryan Cave | 41,596 | 0 | 0 | 0 | 41,596 | legal services |
| Consilio | 234,319 | 26,229 | 30,636 | 30,623 | 321,807 | legal services |
| Federal Arbitration Inc | 123,453 | 0 | 0 | 0 | 123,453 | services |
| Gordian | 265,086 | 194,447 | 401,698 | 320,307 | 1,181,538 | investment advisory |
| Noble Consulting | 1,172,664 | 1,121,312 | 1,017,431 | 861,137 | 4,172,544 | rehabilitation services |
| Johnson & Lambert | 19,262 | 0 | 6,257 | 8,998 | 34,517 | Auditing Services |
| Resor | 0 | 1,020 | 0 | 1,406 | 2,426 | legal services |
| Tharington | 0 | 1,000 | 3,628 | 0 | 4,628 | legal services |
| Veris Consulting | 692,594 | 508,086 | 518,275 | 346,504 | 2,065,459 | Forensic accounting |
| Aspida / GBIG LLC | 0 | 0 | 0 | 0 | 0 | transition services |
| Williams Mullen | 1,126,423 | 1,029,690 | 677,305 | 1,079,177 | 3,912,595 | legal services |
| Norton Rose Fullbright | 0 | 0 | 78,430 | 144,400 | 222,830 | |
| UFLIC | 0 | 0 | 0 | 0 | 0 | TPA |
| Milliman | 0 | 0 | 0 | 0 | 0 | Actuarial Services |
| Dentons | 0 | 0 | 0 | 0 | 0 | legal services |
| KCC | 0 | 0 | 0 | 0 | 0 | services |
| Kroll Restructuring Adm | 489,933 | 966,268 | 1,566,947 | 1,167,244 | 4,190,392 | Policy Holder Services |
| | 0 | | | | 20,092,382 | |
| | | | | | 20,092,382 | |
| | | | | | - | |

Prior to rehabilitation, SNIC had entered into an agreement with Southland Business Solutions, LLC ("SBS"). SBS services a portion of SNIC's business. During the quarter, SNIC paid SBS $183,250 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $2,586 to Bryan Cave Leighton Paisner for legal services
- $5,284 to Consilio for legal support services
- $11,340 to Federal Arbitration, Inc. for services regarding the review panel
- $2,623 to Gordian Group for investment advisory services
- $99,084 to Noble Consulting Services, Inc. for rehabilitation services
- $40,228 to Veris Consulting, Inc. for forensic accounting services
- $143,986 to Williams Mullen for legal services

## DISBURSEMENTS

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $862 to Bryan Cave Leighton Paisner for legal services
- $1,078 to Consilio for legal support services
- $3,780 to Federal Arbitration, Inc. for services regarding the review panel
- $874 to Gordian Group for investment advisory services
- $33,028 to Noble Consulting Services, Inc. for rehabilitation services
- $13,409 to Veris Consulting, Inc. for forensic accounting services
- $25,006 to Williams Mullen for legal services

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 629,090 | 719,245 | 743,102 | 825,055 | 2,916,492 | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 26,199 | 28,835 | 26,453 | 27,647 | 109,134 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | 428,967 | 163,513 | 141,944 | 20,306 | 754,730 | investment advisory |
| Noble Consulting | 1,042,159 | 972,502 | 898,718 | 793,615 | 3,706,994 | rehabilitation services |
| Johnson & Lambert | | | 2,320 | | 2,320 | Auditing Services |
| Resor | | | | | - | legal services |
| Tharington | | 35,862 | 29,262 | | 65,124 | legal services |
| Veris Consulting | 449,009 | 433,002 | 144,067 | | 1,026,078 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 849,024 | 1,252,280 | 1,059,135 | 702,982 | 3,863,421 | legal services |
| Norton Rose Fullbright | 59,143 | 40,504 | 59,703 | 20,373 | 179,723 | |
| UFLIC | | | | | - | TPA |
| Milliman | | | | | - | Actuarial Services |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Kroll Restructuring Admin | 768,401 | 630,200 | 94,763 | 386,347 | 1,879,711 | Policy Holder Services |
| Squire Patton Boggs | 865,855 | 745,026 | 62,332 | 35,603 | 1,708,816 | legal services |
| EDM Research | | | | 15,840 | 15,840 | consulting services |
| **Total** | **5,117,847** | **5,020,969** | **3,261,799** | **2,827,768** | **16,228,383** | |

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | | | | | - | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 5,082 | 5,351 | 5,092 | 5,153 | 20,678 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | 43,872 | 16,717 | 14,517 | 2,077 | 77,183 | investment advisory |
| Noble Consulting | 106,584 | 99,460 | 91,914 | 81,165 | 379,123 | rehabilitation services |
| Johnson & Lambert | | | 237 | | 237 | Auditing Services |
| Tharington | | | | | - | legal services |
| Milliman | | | | | - | Actuaries Services |
| Veris Consulting | 45,921 | 44,284 | 14,734 | | 104,939 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 80,750 | 123,673 | 104,209 | 71,775 | 380,407 | legal services |
| UFLIC | | | | | - | TPA |
| Norton Rose Fullbright | 4,142 | | 6,106 | 2,084 | 12,332 | |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Squire Patton Boggs | 83,169 | 20,999 | 6,375 | 3,641 | 114,184 | legal services |
| EDM Research | | | | 1,620 | 1,620 | consulting services |
| **Total** | **369,520** | **310,484** | **243,184** | **167,515** | **1,090,703** | |

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 120,969 | 107,207 | 112,988 | 117,829 | 458,993 | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 436 | 526 | 440 | 460 | 1,862 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | | 5,572 | 4,839 | 692 | 11,103 | investment advisory |
| Noble Consulting | 35,528 | 33,153 | 30,638 | 27,055 | 126,374 | rehabilitation services |
| Johnson & Lambert | | | 79 | | 79 | Auditing Services |
| Tharington | | | | | - | legal services |
| Veris Consulting | 15,307 | 14,761 | 4,911 | | 34,979 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 26,873 | 40,908 | 34,736 | 23,925 | 126,442 | legal services |
| Kroll Restructuring Admin | 40,442 | 33,168 | 4,988 | 20,334 | 98,932 | Policy Holder Service |
| UFLIC | | | | | - | TPA |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Milliman | | | | | - | Actuarial Services |
| Norton Rose Fullbright | 2,016 | 1,381 | 2,035 | 695 | 6,127 | |
| Squire Patton Boggs | 27,723 | 7,000 | 2,125 | 1,214 | 38,062 | legal services |
| EDM Research | | | | 540 | 540 | consulting services |
| **Total** | **269,294** | **243,676** | **197,779** | **192,744** | **903,493** | |

| Combined | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 750,059 | 826,452 | 856,090 | 942,884 | 3,375,485 | TPA |
| Bryan Cave | - | - | - | - | - | legal services |
| Consilio | 31,717 | 34,712 | 31,985 | 33,260 | 131,674 | legal services |
| Federal Arbitration Inc | - | - | - | - | - | services |
| Gordian | 472,839 | 185,802 | 161,300 | 23,075 | 843,016 | investment advisory |
| Noble Consulting | 1,184,271 | 1,105,115 | 1,021,270 | 901,835 | 4,212,491 | rehabilitation services |
| Johnson & Lambert | - | - | 2,636 | - | 2,636 | Auditing Services |
| Resor | - | - | - | - | - | legal services |
| Tharington | - | 35,862 | 29,262 | - | 65,124 | legal services |
| Veris Consulting | 510,237 | 492,047 | 163,712 | - | 1,165,996 | Forensic accounting |
| Aspida / GBIG LLC | - | - | - | - | - | transition services |
| Williams Mullen | 956,647 | 1,416,861 | 1,198,080 | 798,682 | 4,370,270 | legal services |
| Norton Rose Fullbright | 63,285 | 40,504 | 65,809 | 22,457 | 198,182 | |
| UFLIC | - | - | - | - | - | TPA |
| Milliman | - | - | - | - | - | Actuarial Services |
| Dentons | - | - | - | - | - | legal services |
| KCC | - | - | - | - | - | services |
| Kroll Restructuring Admin | 808,843 | 663,368 | 99,751 | 406,681 | 1,978,643 | Policy Holder Services |
| Squire Patton Boggs | 976,747 | - | - | - | 1,861,062 | |
| EDM Research | - | - | - | - | 18,000 | |
| **Total** | **5,754,645** | **4,800,723** | **3,629,895** | **3,128,874** | **18,222,579** | |
| | | | | | 18,222,579 | |

**THIRD PARTY ADMINISTRATOR**

On June 30, 2021, CBL obtained the Court's permission to transfer the servicing of its business to a new third party administrator ("TPA") at a reduced cost from the CSA. Actuarial Management Resources ("AMR") began servicing CBL's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. During the quarter, CBL paid AMR $629,090 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $26,199 to Consilio for legal support services
- $428,967 to Gordian Group for investment advisory services
- $768,401 to Kroll Restructuring Administration for policyholder services
- $1,042,159 to Noble Consulting Services, Inc. for rehabilitation services
- $59,143 to Norton Rose Fullbright for legal services
- $449,009 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $865,855 to Squire Patton Boggs for legal services*
- $849,024 to Williams Mullen for legal services*

*The sanctions award against opposing counsel Stevens & Lee in the matter of *Johnston, et al. v. Lindberg, et al* (see page 7) represents a return of $589,857 in legal fees to the Company, which would net against these amounts.

agents were notified in writing of the transition. During the quarter, CBL paid AMR $719,245 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $28,835 to Consilio for legal support services
- $163,451 to Gordian Group for investment advisory services
- $630,200 to Kroll Restructuring Administration for policyholder services
- $972,502 to Noble Consulting Services, Inc. for rehabilitation services
- $40,504 to Norton Rose Fullbright for legal services
- $433,002 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $745,026 to Squire Patton Boggs for legal services
- $35,862 to Tharrington Smith for legal services
- $1,252,280 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On October 13, 2021, SNIC obtained the Court's permission to transfer the servicing of a portion of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. United Fidelity Life Insurance Company ("UFLIC") began servicing a portion of SNIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

Prior to rehabilitation, SNIC had entered into an agreement with Southland Business Solutions, LLC ("SBS"). SBS services a portion of SNIC's business. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $5,082 to Consilio for legal support services
- $43,872 to Gordian Group for investment advisory services
- $106,584 to Noble Consulting Services, Inc. for rehabilitation services
- $6,049 to Norton Rose Fullbright for legal services
- $45,921 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $83,169 to Squire Patton Boggs for legal services*
- $80,750 to Williams Mullen for legal services*

*The sanctions award against opposing counsel Stevens & Lee in the matter of *Johnston, et al. v. Lindberg, et al* (see page 7) represents a return of $60,326 in legal fees to the Company, which would net against these amounts.

**THIRD PARTY ADMINISTRATOR**

On October 13, 2021, SNIC obtained the Court's permission to transfer the servicing of a portion of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. United Fidelity Life Insurance Company ("UFLIC") began servicing a portion of SNIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

Prior to rehabilitation, SNIC had entered into an agreement with Southland Business Solutions, LLC ("SBS"). SBS services a portion of SNIC's business. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $5,351 to Consilio for legal support services
- $16,717 to Gordian Group for investment advisory services
- $99,460 to Noble Consulting Services, Inc. for rehabilitation services
- $4,142 to Norton Rose Fullbright for legal services
- $44,284 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $20,999 to Squire Patton Boggs for legal services
- $123,673 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On June 30, 2021, BLIC obtained the Court's permission to transfer the servicing of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. Actuarial Management Resources ("AMR") began servicing BLIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. During the quarter, BLIC paid AMR $120,969 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $436 to Consilio for legal support services
- $14,624 to Gordian Group for investment advisory services
- $40,442 to Kroll Restructuring Administration for policyholder services
- $35,528 to Noble Consulting Services, Inc. for rehabilitation services
- $2,016 to Norton Rose Fullbright for legal services
- $15,307 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $27,723 to Squire Patton Boggs for legal services*
- $26,873 to Williams Mullen for legal services*

*The sanctions award against opposing counsel Stevens & Lee in the matter of *Johnston, et al. v. Lindberg, et al* (see page 7) represents a return of $20,109 in legal fees to the Company, which would net against these amounts.

**THIRD PARTY ADMINISTRATOR**

On June 30, 2021, BLIC obtained the Court's permission to transfer the servicing of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. Actuarial Management Resources ("AMR") began servicing BLIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. During the quarter, BLIC paid AMR $107,207 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $526 to Consilio for legal support services
- $5,572 to Gordian Group for investment advisory services
- $33,168 to Kroll Restructuring Administration for policyholder services
- $33,153 to Noble Consulting Services, Inc. for rehabilitation services
- $1,381 to Norton Rose Fullbright for legal services
- $14,761 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $7,000 to Squire Patton Boggs for legal services
- $40,908 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On June 30, 2021, CBL obtained the Court's permission to transfer the servicing of its business to a new third party administrator ("TPA") at a reduced cost from the CSA. Actuarial Management Resources ("AMR") began servicing CBL's business on October 1, 2021. Policyholders and

agents were notified in writing of the transition. During the quarter, CBL paid AMR $743,102 for these services.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $26,453 to Consilio for legal support services
- $141,944 to Gordian Group for investment advisory services
- $94,763 to Kroll Restructuring Administration for policyholder services
- $898,718 to Noble Consulting Services, Inc. for rehabilitation services
- $59,703 to Norton Rose Fullbright for legal services
- $2,320 to Johnson & Lambert for tax services
- $144,067 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $62,332 to Squire Patton Boggs for legal services
- $29,262 to Tharrington Smith for legal services
- $1,059,135 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On October 13, 2021, SNIC obtained the Court's permission to transfer the servicing of a portion of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. United Fidelity Life Insurance Company ("UFLIC") began servicing a portion of SNIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

Prior to rehabilitation, SNIC had entered into an agreement with Southland Business Solutions, LLC ("SBS"). SBS services a portion of SNIC's business. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

**EXHIBIT A**
**PAGE 54**

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $5,092 to Consilio for legal support services
- $14,517 to Gordian Group for investment advisory services
- $91,914 to Noble Consulting Services, Inc. for rehabilitation services
- $6,106 to Norton Rose Fullbright for legal services
- $237 to Johnson & Lambert for tax services
- $14,734 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $6,375 to Squire Patton Boggs for legal services
- $104,209 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**
On June 30, 2021, BLIC obtained the Court's permission to transfer the servicing of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. Actuarial Management Resources ("AMR") began servicing BLIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. During the quarter, BLIC paid AMR $112,988 for these services.

**DISBURSEMENTS**
During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $440 to Consilio for legal support services
- $4,839 to Gordian Group for investment advisory services

**EXHIBIT C**
**PAGE 46**

- $4,988 to Kroll Restructuring Administration for policyholder services
- $30,638 to Noble Consulting Services, Inc. for rehabilitation services
- $2,035 to Norton Rose Fullbright for legal services
- $79 to Johnson & Lambert for tax services
- $4,911 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $2,125 to Squire Patton Boggs for legal services
- $34,736 to Williams Mullen for legal services

2024 Q4

**THIRD PARTY ADMINISTRATOR**
On June 30, 2021, CBL obtained the Court's permission to transfer the servicing of its business to a new third party administrator ("TPA") at a reduced cost from the CSA. Actuarial Management Resources ("AMR") began servicing CBL's business on October 1, 2021. Policyholders and

**EXHIBIT D**
**PAGE 81**

agents were notified in writing of the transition. During the quarter, CBL paid AMR $825,055 for these services.

**DISBURSEMENTS**
During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $27,647 to Consilio for legal support services
- $15,840 to EDM Research for consulting services
- $20,306 to Gordian Group for investment advisory services
- $386,347 to Kroll Restructuring Administration for policyholder services
- $793,615 to Noble Consulting Services, Inc. for rehabilitation services
- $20,373 to Norton Rose Fullbright for legal services
- $35,603 to Squire Patton Boggs for legal services
- $702,982 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On October 13, 2021, SNIC obtained the Court's permission to transfer the servicing of a portion of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. United Fidelity Life Insurance Company ("UFLIC") began servicing a portion

of SNIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

Prior to rehabilitation, SNIC had entered into an agreement with Southland Business Solutions, LLC ("SBS"). SBS services a portion of SNIC's business. Effective May 2, 2023, all TPA services have been terminated as a result of the liquidation.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $5,153 to Consilio for legal support services
- $1,620 to EDM Research for consulting services
- $2,077 to Gordian Group for investment advisory services
- $81,165 to Noble Consulting Services, Inc. for rehabilitation services
- $2,084 to Norton Rose Fullbright for legal services
- $3,641 to Squire Patton Boggs for legal services
- $71,775 to Williams Mullen for legal services

**THIRD PARTY ADMINISTRATOR**

On June 30, 2021, BLIC obtained the Court's permission to transfer the servicing of its business to a new third-party administrator ("TPA") at a reduced cost from the prior cost sharing agreement. Actuarial Management Resources ("AMR") began servicing BLIC's business on October 1, 2021. Policyholders and agents were notified in writing of the transition. During the quarter, BLIC paid AMR $117,829 for these services.

**DISBURSEMENTS**

**EXHIBIT C**
**PAGE 49**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $460 to Consilio for legal support services
- $540 to EDM Research for consulting services
- $692 to Gordian Group for investment advisory services
- $20,334 to Kroll Restructuring Administration for policyholder services
- $27,055 to Noble Consulting Services, Inc. for rehabilitation services
- $695 to Norton Rose Fullbright for legal services
- $1,214 to Squire Patton Boggs for legal services
- $23,925 to Williams Mullen for legal services

| ::CBL:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---------|-----|-----|-----|-----|-----|-----|
| AMR | 170,424 | | | | 170,424 | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 26,586 | | | | 26,586 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | | | | | - | investment advisory |
| Noble Consulting | 877,247 | | | | 877,247 | rehabilitation services |
| Johnson & Lambert | | | | | - | Auditing Services |
| Resor | | | | | - | legal services |
| Tharington | | | | | - | legal services |
| Veris Consulting | 2,400 | | | | 2,400 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 576,449 | | | | 576,449 | legal services |
| Norton Rose Fullbright | 21,743 | | | | 21,743 | |
| UFLIC | | | | | - | TPA |
| Milliman | | | | | - | Actuarial Services |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Kroll Restructuring Admin | 49,665 | | | | 49,665 | Policy Holder Services |
| Squire Patton Boggs | 15,370 | | | | 15,370 | legal services |
| EDM Research | 23,760 | | | | 23,760 | Consulting Services |
| **Total** | **1,763,644** | **-** | **-** | **-** | **1,763,644** | |

| ::SNIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | | | | | - | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 5,106 | | | | 5,106 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | | | | | - | investment advisory |
| Noble Consulting | 89,718 | | | | 89,718 | rehabilitation services |
| Johnson & Lambert | | | | | - | Auditing Services |
| Tharington | | | | | - | legal services |
| Milliman | | | | | - | Actuaries Services |
| Veris Consulting | 245 | | | | 245 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 58,805 | | | | 58,805 | legal services |
| UFLIC | | | | | - | TPA |
| Norton Rose Fullbright | 2,224 | | | | 2,224 | |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Squire Patton Boggs | 1,572 | | | | 1,572 | legal services |
| EDM Research | 2,430 | | | | 2,430 | Consulting Services |
| **Total** | **160,100** | **-** | **-** | **-** | **160,100** | |

| ::BLIC:: | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 52,638 | | | | 52,638 | TPA |
| Bryan Cave | | | | | - | legal services |
| Consilio | 436 | | | | 436 | legal services |
| Federal Arbitration Inc | | | | | - | services |
| Gordian | | | | | - | investment advisory |
| Noble Consulting | 29,906 | | | | 29,906 | rehabilitation services |
| Johnson & Lambert | | | | | - | Auditing Services |
| Tharington | | | | | - | legal services |
| Veris Consulting | 82 | | | | 82 | Forensic accounting |
| Aspida / GBIG LLC | | | | | - | transition services |
| Williams Mullen | 19,602 | | | | 19,602 | legal services |
| Kroll Restructuring Admin | 2,614 | | | | 2,614 | Policy Holder Service |
| UFLIC | | | | | - | TPA |
| Dentons | | | | | - | legal services |
| KCC | | | | | - | services |
| Milliman | | | | | - | Actuarial Services |
| Norton Rose Fullbright | 741 | | | | 741 | |
| Squire Patton Boggs | 524 | | | | 524 | |
| EDM Research | 810 | | | | 810 | |
| **Total** | **107,353** | **-** | **-** | **-** | **107,353** | |

| Combined | Q1 | Q2 | Q3 | Q4 | FY | |
|---|---|---|---|---|---|---|
| AMR | 223,062 | - | - | - | 223,062 | TPA |
| Bryan Cave | - | - | - | - | - | legal services |
| Consilio | 32,128 | - | - | - | 32,128 | legal services |
| Federal Arbitration Inc | - | - | - | - | - | services |
| Gordian | - | - | - | - | - | investment advisory |
| Noble Consulting | 996,871 | - | - | - | 996,871 | rehabilitation services |
| Johnson & Lambert | - | - | - | - | - | Auditing Services |
| Resor | - | - | - | - | - | legal services |
| Tharington | - | - | - | - | - | legal services |
| Veris Consulting | 2,727 | - | - | - | 2,727 | Forensic accounting |
| Aspida / GBIG LLC | - | - | - | - | - | transition services |
| Williams Mullen | 654,856 | - | - | - | 654,856 | legal services |
| Norton Rose Fullbright | 24,708 | - | - | - | 24,708 | |
| UFLIC | - | - | - | - | - | TPA |
| Milliman | - | - | - | - | - | Actuarial Services |
| Dentons | - | - | - | - | - | legal services |
| KCC | - | - | - | - | - | services |
| Kroll Restructuring Admin | 52,279 | - | - | - | 52,279 | Policy Holder Services |
| Squire Patton Boggs | 17,466 | - | - | - | 17,466 | legal services |
| EDM Research | 27,000 | - | - | - | 27,000 | Consulting Services |
| **Total** | **2,031,097** | **-** | **-** | **-** | **2,031,097** | |

**IN-FORCE BUSINESS**
The Receiver is currently working in conjunction with applicable Guaranty Associations regarding the Company's in-force business and reinsurance programs.

**DISBURSEMENTS**
During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $170,424 to Actuarial Management Resources for third party administration services
- $26,586 to Consilio for legal support services
- $23,760 to EDM Research for consulting services
- $49,665 to Kroll Restructuring Administration for policyholder services
- $877,247 to Noble Consulting Services, Inc. for rehabilitation services
- $21,743 to Norton Rose Fullbright for legal services
- $15,370 to Squire Patton Boggs for legal services
- $2,400 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services

**EXHIBIT D**
**PAGE 22**

- $576,449 to Williams Mullen for legal services

SNIC obtained Tennessee Department of Insurance approval to terminate the Tennessee trust. That trust has been terminated. SBS administers the SNIC policies that are no longer held in trust.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $5,106 to Consilio for legal support services
- $2,430 to EDM Research for consulting services
- $89,718 to Noble Consulting Services, Inc. for rehabilitation services
- $2,224 to Norton Rose Fullbright for legal services
- $1,572 to Squire Patton Boggs for legal services
- $245 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $58,805 to Williams Mullen for legal services

**IN-FORCE BUSINESS**

The Receiver is currently working in conjunction with applicable Guaranty Associations regarding the Company's in-force business and reinsurance programs.

**DISBURSEMENTS**

During the period, the following expenses related to the rehabilitation and litigation to recover the affiliated investments were incurred and allocated in a manner consistent with prior accounting practices:

- $52,638 to Actuarial Management Resources for third party administration services
- $436 to Consilio for legal support services
- $810 to EDM Research for consulting services
- $2,614 to Kroll Restructuring Administration for policyholder services
- $29,906 to Noble Consulting Services, Inc. for rehabilitation services
- $741 to Norton Rose Fullbright for legal services
- $524 to Squire Patton Boggs for legal services
- $82 to J.S. Held, LLC (f/k/a Veris Consulting) for forensic accounting services
- $19,602 to Williams Mullen for legal services