# EXHIBIT P

**Quadro Comparables EV EBITDA Multiples**

|  | Jan-24 | Mar-25 |
|---|---|---|
| **Addtech** | 26.40 | 31.61 |
| **Indutrade** | 25.10 | 19.15 |
| **Lifeco** | 21.00 | 26.00 |
| **Diploma** | 23.90 | 19.49 |
| **Beijer/ALMA** | 14.30 | 13.09 |
| **Average** | 22.14 | 21.87 |