**<u>EXHIBIT Q</u>**

# Market Leadership Analysis – Key Comparable Companies Deep Dive

Closest comparable companies have slightly different acquisition strategies based on industry, value-add, and multiples paid, but execution is a key factor

| | Quadro SPAC / The Newton Co's. | Addtech | Indutrade | Lifco | Diploma | Beijer / ALMA |
|---|---|---|---|---|---|---|
| **Primary End-Markets** | | | | | | |
| Diversified Industrials | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Trade | | | | | | ✓ |
| Life Sciences | ✓ | | ✓ | ✓ | ✓ | |
| Business Software, Post-Acute Health Services, and others | ✓ | ✓ | ✓ | | | ✓ |
| Key Geographies | North America, Europe | Nordics, DACH, UK | Global (>30 Countries) | Global (>30 Countries) | North America, Europe, Australia | Europe, Asia, North America |
| **M&A Approach** | | | | | | |
| # of Portfolio Companies | 38 | 156 | 238 | 211 | 142 | 39 |
| # of Acquisitions per Year | ~3 | ~10 | ~15 | ~10 | ~10 | ~5 |
| Target Business Size | $1-30M EBITDA | $1-3M EBITDA | $1-3M EBITDA | $1-40M Revenues | $1-7M EBITDA | $1-7M EBITDA |
| **Financial Metrics** | | | | | | |
| Equity Value ($M) | $2,167 | $4,822 | $7,778 | $9,701 | $4,735 | $1,051 |
| 3Y EPS CAGR (2019-2022) | N/A* | 19.6% | 21.7% | 22.7% | 16.0% | 9.9% |
| LTM Dividend Yield | N/A | 1.3% | 1.2% | 1.0% | 1.9% | 2.3% |
| TEV / FY 2023E EBITDA | 22.1x | 26.4x | 25.1x | 21.0x | 23.9x | 14.3x |

\* In some of the earlier years, net income was negative

Case 3:23-cr-00048-MOC-DCK     Document 234-50     Filed 07/14/26     Page 2 of 2

*Source: Company filings and websites; market prices as of 11/15/2023.*