## EXHIBIT 1

Date: Tue, 15 Jan 2019 19:06:54 +0000
From: Devin Solow <dsolow@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Chris Herwig <cherwig@eliglobal.com>, Brian Lo <blo@vistare.us>, Carson McGuffin <CMcGuffin@eliglobal.com>
Subject: RE: proposal from an investor for AIC block

Are you able to hop on a call tomorrow to discuss?

Thanks,

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

**From:** Don Solow [mailto:dsolow@vistare.us]
**Sent:** Tuesday, January 15, 2019 2:07 PM
**To:** Devin Solow
**Cc:** Chris Herwig ; Brian Lo
**Subject:** Re: proposal from an investor for AIC block

Yes, let us give some thought to a good counter-proposal and we can discuss it before communicating back to the potential investor.


On Jan 15, 2019, at 1:08 PM, Devin Solow < dsolow@eliglobal.com > wrote:

Could we have the overage paid out dollar for dollar in excess to what is agreed on what is owed to SASL/Greenfield?

Thanks,

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

**From:** Don Solow [ mailto:dsolow@vistare.us ]
**Sent:** Tuesday, January 15, 2019 12:02 PM
**To:** Devin Solow < dsolow@eliglobal.com >
**Cc:** Chris Herwig < cherwig@eliglobal.com >; Brian Lo < blo@vistare.us >
**Subject:** Re: proposal from an investor for AIC block

Nothing happens to those. They stay in the cell. But in a counter-proposal, we can say we want to pay some of it out.

On Jan 15, 2019, at 11:37 AM, Devin Solow < dsolow@eliglobal.com > wrote:

What would happen to the 3.5mm or so in the cell account? Would that just stay there? What about the overcollateralization in the trust itself?

Thanks

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

On Jan 15, 2019, at 11:01 AM, Don Solow < dsolow@vistare.us > wrote:

> Yes, I think it might make sense to give it more thought, then go back with a counter-offer. Nothing to lose.

>> On Jan 15, 2019, at 10:26 AM, Devin Solow < dsolow@eliglobal.com > wrote:

>> Don, they seem to be way off relative to the expected 14.3mm that we would get under Dan's deal. I'm not sure if our counter would be even close to what they are expecting. I would think that if they are only paying half up front, then we would want to see a number in the 20mms, but can't even confirm if that is the right number yet. We are already planning on having the loans liquidated by the end of June.

>> Thanks,

>> Devin Solow

>> Eli Global, LLC

>> 2222 Sedwick Road

>> Durham, NC 27713

>> Phone. 919-813-7652

>> VOIP: 3208

>> Cell. 919-357-6883

>> Fax- 919-287-2565

>> Email. dsolow@eliglobal.com

>> -----Original Message-----

>> From: Don Solow [ mailto:dsolow@vistare.us ]

>> Sent: Monday, January 14, 2019 5:57 PM

>> To: Devin Solow < dsolow@eliglobal.com >

Cc: Chris Herwig < cherwig@eliglobal.com >; Brian Lo < blo@vistare.us >

Subject: Re: proposal from an investor for AIC block

Yes, the investor will want to terminate the SASL IMA. The investor's proposal assumes the SASL fees are not paid or, alternatively, they are paid, but the payment to Greenfield Capital for the surplus note is then reduced by the SASL fees. (Stated differently, the investor makes no distinction between Greenfield and SASL). Of course, we can try to negotiate better overall terms, as this is just their initial offer.

The management fee would continue, since the deal is not terminating.

On Jan 14, 2019, at 5:48 PM, Devin Solow < dsolow@eliglobal.com > wrote:

What happens to the SASL fee and your management fee in this case? I assume the SASL IMA would also be terminated at that time?

Thanks,

Devin Solow

Eli Global, LLC

2222 Sedwick Road

Durham, NC 27713

Phone. 919-813-7652

VOIP: 3208

Cell. 919-357-6883

Fax- 919-287-2565

Email.  dsolow@eliglobal.com

-----Original Message-----

From: Don Solow [ mailto:dsolow@vistare.us ]

Sent: Monday, January 14, 2019 5:31 PM

To: Devin Solow < dsolow@eliglobal.com >

Cc: Chris Herwig < cherwig@eliglobal.com >; Brian Lo < blo@vistare.us >

Subject: Re: proposal from an investor for AIC block

No recapture fee. It's a different form of proposal.

The recapture proposal from Dan Cathcart is a termination of the reinsurance. The reserves are returned to AIC, net of the recapture fee, and then whatever is left in the cell is distributed (generally according to the worksheet I sent you some weeks ago). At the end of all that, EG/SASL end up with

about 52 cents on the dollar, if I remember correctly, but with a long term home (on AIC's balance sheet) for some of the loans.

This new proposal keeps the deal going, with the new investor simply buying your position for about 60 cents on the dollar (which I assume can be negotiated upwards a bit).  You get cash for your surplus note (according to the payment schedule) but have to liquidate the loans over 2019.

Happy to discuss by phone if easier.

> On Jan 14, 2019, at 4:46 PM, Devin Solow < dsolow@eliglobal.com > wrote:
>
> Hi Don,
>
> So there would be no recapture fee? Just simply we would get 7mm and 7mm over 4 years?
>
> Thanks,
>
> Devin Solow
> Eli Global, LLC
> 2222 Sedwick Road
> Durham, NC 27713
> Phone. 919-813-7652
> VOIP: 3208
> Cell. 919-357-6883
> Fax- 919-287-2565
> Email.  dsolow@eliglobal.com
>
> -----Original Message-----
> From: Don Solow [ mailto:dsolow@vistare.us ]
> Sent: Monday, January 14, 2019 3:04 PM
> To: Chris Herwig < cherwig@eliglobal.com >
> Cc: Devin Solow < dsolow@eliglobal.com >; Brian Lo < blo@vistare.us >
> Subject: proposal from an investor for AIC block
>
> Chris, in addition to the draft recapture proposal that Dan Cathcart sent to you last year, another investor (organized by BTIG and 3i Advisors in New York) is interested in buying your position in the Ability transaction.  Basic terms follow.  If this is of any interest, we can get further details.

• $14mm total purchase price paid for the surplus note (about 60% of current balance with accrued interest)

• of which $7mm (50%) payable in cash at closing

• Eli Global to liquidate non-cash assets over 2019 (New investor manages the non-loan portfolio)

• Any principal losses in loans at liquidation would decrease the buyout price

• The second tranche of $7mm payment made on this schedule:

  • $1.75mm in Jan 2020
  • $1.75mm in Jan 2021
  • $1.75mm in Jan 2022
  • $1.75mm in Jan 2023

Let us know what you think.

Don