**EXHIBIT 3**

Date: Fri, 22 Mar 2019 20:28:02 +0000
From: Devin Solow <dsolow@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Chris Herwig <cherwig@eliglobal.com>, Carson McGuffin <CMcGuffin@eliglobal.com>, Lou Hensley
<Lou.Hensley@globalbankers.com>, Brian Lo <blo@vistare.us>
Subject: Re: USAP & PA

Okay, I�m deleting the invite for now

Thanks

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone.  919-813-7652
VOIP: 3208
Cell.  919-357-6883
Fax-  919-287-2565
Email.  dsolow@eliglobal.com

On Mar 22, 2019, at 3:17 PM, Don Solow < dsolow@vistare.us > wrote:

> Yes, if it�s only days away, then let�s wait for it.  It will have weight if it has NC�s approval.

>> On Mar 22, 2019, at 3:13 PM, Chris Herwig < cherwig@eliglobal.com > wrote:

>> Don, we are working with NC on an investment pay down plan and they are taking into account PA's interest.  We think it would be best to have that message come from the NC DOI once we have the plan mapped out, which is days away from being done.  Does that work?  Lou, please add any info if I am off on this approach.

>> Thanks,

>> Chris

>> Chris Herwig

>> Eli Global, LLC

>> 2222 Sedwick Road

>> Durham, NC 27713

>> Tel. 239-280-4293

>> Fax. 919-287-2638

>> Cell. 443-928-3272

>> VOIP 3354

>> Email. cherwig@eliglobal.com

-----Original Message-----

From: Don Solow [ mailto:dsolow@vistare.us ]

Sent: Friday, March 22, 2019 10:01 AM

To: Chris Herwig < cherwig@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >; Carson McGuffin < CMcGuffin@eliglobal.com >; Lou Hensley < Lou.Hensley@globalbankers.com >

Cc: Brian Lo < blo@vistare.us >

Subject: USAP & PA

Gentlemen, we should try by early next week to have a proposal for PA and USAP.  We think this means a signed letter of intent setting forth the schedule for liquidation of the loans in the USAP trust.  Without this, PA will assume we are doing nothing.

We do have parties interested in buying the surplus note for the USAP transaction, and these buyers will want to see such a letter of intent also.

Don