**EXHIBIT 4**

Date: Thu, 6 Dec 2018 16:32:33 +0000
From: Devin Solow <dsolow@eliglobal.com>
To: Chris Herwig <cherwig@eliglobal.com>
Subject: FW: Analysis of Ability's recapture proposal

Looks like he is showing about 13.5mm of surplus, then a 6mm fee. So, arrive at 19mm. I've also attached the file with what I think the waterfall should be. It looks like Don is owed 7.9mm though. My waterfall has us at 41.5%. So, maybe Don's proposal actually works better for us. Thanks, Devin Solow Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Phone. 919-813-7652 VOIP: 3208 Cell. 919-357-6883 Fax- 919-287-2565 Email. dsolow@eliglobal.com -----Original Message----- From: Don Solow [mailto:dsolow@vistare.us] Sent: Monday, November 26, 2018 10:40 AM To: Chris Herwig ; Devin Solow Subject: Analysis of Ability's recapture proposal The attached analysis should be considered a preliminary draft, but it shows that the parties-at-interest (EG, SASL, and Vista) would only recover about 52 cents on the dollar from Ability's recapture proposal (meaning 52% of the surplus note with accrued interest, 52% of SASL's accrued fees, and 52% of Vista's fees). EG invested $23.3 million in this deal, while the recapture proposal only offers $6 million. We have other parties interested in this transaction, where we're confident we could sell your interest for closer to 100 cents on the dollar. Don

Attachment: 11.27.18 Analysis of Recapture Proposal DES edits.xlsx [application/vnd.openxmlformats-officedocument.spreadsheetml.sheet]