# **EXHIBIT 7**

Date: Mon, 26 Feb 2018 20:28:11 +0000
From: Chris Herwig <cherwig@eliequity.com>
To: Don Solow <dsolow@vistare.us>
Cc: Devin Solow <dsolow@eliglobal.com>, Brian Lo <blo@vistare.us>, Tamre Edwards
<Tamre.Edwards@GlobalBankers.com>
Subject: RE: Action items for USAP

For legal purposes only

Don, what is the option if we refuse to comply?  Do we unwind the transaction?

Thanks,
Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email.  cherwig@eliglobal.com

**From:** Don Solow [mailto:dsolow@vistare.us]
**Sent:** Monday, February 26, 2018 3:13 PM
**To:** Chris Herwig
**Cc:** Devin Solow ; Brian Lo
**Subject:** Re: Action items for USAP

USAP is pressing. Let me know if the action items below are acceptable.

Sent from my iPhone

On Feb 21, 2018, at 8:28 PM, Chris Herwig < cherwig@eliequity.com > wrote:

> Thanks Don, we will review the investment guidelines and get back to you shortly.
>
> Thanks,
> Chris
>
>
> Chris Herwig
> Eli Global, LLC
> 2222 Sedwick Road
> Durham, NC 27713
> Tel.  239-280-4293
> Fax.  919-287-2638
> Cell.  443-928-3272
> VOIP 3354
> Email.  cherwig@eliglobal.com
>
> On Feb 21, 2018, at 5:04 PM, Don Solow < dsolow@vistare.us > wrote:
>
>> Let me know if this makes sense:
>>
>> 1.  We will terminate the repo structure and move all the SPV loans into the reinsurance trust;
>> 2.  Following that, we will make sure that we meet the investment guidelines of the trust, especially the single-risk limit (using the underlying loans as the yardstick) and the non-

investment grade limit.  In the event that this exercise shows we are outside the guidelines, we will look for ways to adjust the portfolio.  I will send the guidelines from the trust document in a separate email;

3.  Devin will send over all the ratings letters with a list of those still outstanding;

4.  An investment professional will write a short paragraph stating that the loans have been examined and are NOT asset-backed securities but corporate obligations;

5.  Separately, we should get a short description of E-J's surveillance process, namely, that the ratings are good for 1 year, and that E-J undertakes to review the ratings each year;

6.  A member of the EG group (which one?) will provide a liquidity and credit guarantee of each loan, similar to the AIC side-letter.

What have I missed?

Regards
Don

Sent from my iPad