**EXHIBIT 8**

Date: Thu, 25 Jan 2018 16:25:32 +0000
From: Chris Herwig <cherwig@eliequity.com>
To: Don Solow <dsolow@vistare.us>, Devin Solow <dsolow@eliglobal.com>
Subject: RE: A thought

I don't see an issue with that. Thanks, Chris Chris Herwig Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Tel. 239-280-4293 Fax. 919-287-2638 Cell. 443-928-3272 VOIP 3354 Email. cherwig@eliglobal.com -----Original Message----- From: Don Solow [mailto:dsolow@vistare.us] Sent: Thursday, January 25, 2018 11:04 AM To: Chris Herwig ; Devin Solow Subject: A thought Pennsylvania may express discomfort with the lack of liquidity in private loans. Is there a structure under which EG would agree to buy back any loan that ended up on USAP's balance sheet, if USAP needed the liquidity to pay claims? This would come from a situation in which (1) the repo didn't roll, so the trust would get the loan and (2) USAP withdrew assets from the trust to cover monthly settlements. Just a thought. Sent from my iPad