**EXHIBIT 9**

Date: Tue, 10 Oct 2017 18:57:17 +0000
From: "Greg E. Lindberg" <gel@eliequity.com>
To: Devin Solow <dsolow@eliglobal.com>
Cc: Randi Gordon <rgordon@hutchlaw.com>
Subject: Re: New England Capital

Ok to share

Thanks,
GREG

Greg Lindberg
2222 Sedwick Road
Durham, NC 27713
Tel. 919-544-0362
Tel.  919-281-0474 x 3300
Cell. 919-308-9686
Fax. 919-287-2726
Email. gel@eliglobal.com

Our Code of Conduct:

  * Hire the best
  * Expect the best
  * Keep climbing
  * Never stop learning
  * Get our hands dirty
  * Think globally


On Oct 10, 2017, at 2:33 PM, Devin Solow < dsolow@eliglobal.com > wrote:


    Greg, are you okay sharing this with Aon?

    Thanks,

    Devin Solow
    Eli Global, LLC
    2222 Sedwick Road
    Durham, NC 27713
    Phone. 919-813-7652
    VOIP: 3208
    Cell. 919-357-6883
    Fax- 919-287-2565
    Email. dsolow@eliglobal.com

    -----Original Message-----
    From: Don Solow [ mailto:dsolow@vistare.us ]
    Sent: Tuesday, October 10, 2017 2:06 PM
    To: Devin Solow
    Subject: New England Capital

    Aon�s KYC people have requested the operating agreement for New England Capital. Is this something you
    can provide?  Thanks.


    Sent from my iPad

Date: Mon, 2 Oct 2017 20:10:08 +0000
From: Devin Solow <dsolow@eliglobal.com>
To: "Greg E. Lindberg" <gel@eliequity.com>, Phil Klein <pklein@eliglobal.com>
Subject: RE: New England Capital and Greenfield Capital

For legal purposes only

I don't think they are. Should we wait until after selling the surplus notes to do this? What should I tell Don for now?

Thanks,

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

**From:** Greg E. Lindberg
**Sent:** Monday, October 2, 2017 3:53 PM
**To:** Devin Solow; Phil Klein
**Subject:** Re: New England Capital and Greenfield Capital

For legal purposes only

Aren't they in trusts? If not put them in trusts

Thanks,
GREG

Greg Lindberg
2222 Sedwick Road
Durham, NC 27713
Tel. 919-544-0362
Tel.  919-281-0474 x 3300
Cell. 919-308-9686
Fax. 919-287-2726
Email. gel@eliglobal.com

Our Code of Conduct:

  * Hire the best
  * Expect the best
  * Keep climbing
  * Never stop learning
  * Get our hands dirty
  * Think globally


On Oct 2, 2017, at 9:57 AM, Devin Solow < dsolow@eliglobal.com > wrote:

    Hi Greg,

    How much info would you like to share here? Okay to say those entities are owned by AAI which is owned by you?

Thanks,

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

-----Original Message-----
From: Don Solow [ mailto:dsolow@vistare.us ]
Sent: Monday, October 2, 2017 9:50 AM
To: Devin Solow
Subject: New England Capital and Greenfield Capital

Devin, Aon has requested org charts for these entities showing ownership.  Are both entities owned directly by Greg, or are there other entities in between?  Aon is trying to complete their KYC / AML file.

Sent from my iPad