Date: Wed, 6 Feb 2019 18:32:50 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Brian Lo <blo@vistare.us>
Cc: Don Solow <dsolow@vistare.us>, Devin Solow <dsolow@eliglobal.com>
Subject: Re: investment administration

---

AIC is holding a few assets and it's been impossible to invest otherwise.  When can we invest all the cash that is sitting there?

Thanks,
Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel.  239-280-4293
Fax.  919-287-2638
Cell.  443-928-3272
VOIP 3354
Email.  cherwig@eliglobal.com

On Feb 6, 2019, at 1:28 PM, Brian Lo < blo@vistare.us > wrote:

> Chris, it's roughly $12k for AIC and $25k for USAP.
>
> Regards
> Brian
>
> Brian Lo, FSA | Treasurer | Vista Life & Casualty
> Direct: (914) 238-1510 | Cell: (917) 324-2209
> blo@vistare.us | https://urldefense.proofpoint.com/v2/url?u=http-3A__www.vistare.us&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=X39c2jjYHibSh8qveYokaSKT3klA109K9Ui8MYccemA&m=G0Sy6tVi9wzAJRnObyouiCBFSNuMCXZ-hQqg0x5vVe8&s=SlissVUrI1hgeK2f4NRkle3_qn0SsRFjcUt1q794zm0&e= < https://urldefense.proofpoint.com/v2/url?u=http-3A__www.vistare.us_&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=X39c2jjYHibSh8qveYokaSKT3klA109K9Ui8MYccemA&m=G0Sy6tVi9wzAJRnObyouiCBFSNuMCXZ-hQqg0x5vVe8&s=hYvO3WjKZvB6U0ZJVRenAlovLosrjBS1ZxqSM57iJPo&e= >
>
>
> On 2/6/19, 11:30 AM, "Chris Herwig" < cherwig@eliglobal.com > wrote:
>
> > Don, what does this equate to per month per trust?
> >
> > Thanks,
> > Chris
> >
> > Chris Herwig
> > Eli Global, LLC
> > 2222 Sedwick Road
> > Durham, NC 27713
> > Tel. 239-280-4293
> > Fax. 919-287-2638
> > Cell. 443-928-3272
> > VOIP 3354
> > Email. cherwig@eliglobal.com

-----Original Message-----
From: Don Solow < dsolow@vistare.us >
Sent: Wednesday, February 6, 2019 11:26 AM
To: Chris Herwig < cherwig@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >
Cc: Brian Lo < blo@vistare.us >
Subject: investment administration

Gentlemen, the administration of the private loans in the USAP/AIC trusts involves substantial work, much more than anticipated, especially given the activity surrounding asset exchanges, elimination of the SPVs, and so on.  Therefore we feel it necessary to institute a small charge of 1.5 basis points per month on the market value of the private assets/loans, effective 1/1/19.  Specifically, this is to compensate for:

- Extra accounting oversight not provided by SASL
- MV reporting duties not provided by SASL
- Administrative work in trading out the portfolios as they de-risk / are liquidated
- Additional reporting requirements to cedent / regulator based on increased portfolio scrutiny
- Defense of portfolio to regulatory authorities
- Additional work dealing with multiple trusts
- Operational risk management with non-DTC cleared assets

We trust you will understand the need for this small monthly charge.  Let us know if you have any questions.

Best
Don