Greg, can you please share my AT&T conference line? I don't know why the beacon one isn't working today.

Devin Solow
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Phone. 919-813-7652
VOIP: 3208
Cell. 919-357-6883
Fax- 919-287-2565
Email. dsolow@eliglobal.com

**From:** Don Solow [mailto:dsolow@vistare.us]
**Sent:** Tuesday, April 2, 2019 4:00 PM
**To:** Carson McGuffin
**Cc:** Chris Herwig ; Devin Solow ; Greg Johnson ; Brian Lo
**Subject:** Re: credit memos for USAP trust

Message says the passcode is not valid.

On Apr 1, 2019, at 8:54 PM, Carson McGuffin < CMcGuffin@eliglobal.com > wrote:

866-225-4944

Pass: 4457

**From:** Don Solow [ mailto:dsolow@vistare.us ]
**Sent:** Monday, April 1, 2019 8:54 PM
**To:** Carson McGuffin < CMcGuffin@eliglobal.com >
**Cc:** Chris Herwig < cherwig@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >; Greg Johnson < gjohnson@eliglobal.com >; Brian Lo < blo@vistare.us >
**Subject:** Re: credit memos for USAP trust

Yes, want to say 4 pm?

On Apr 1, 2019, at 1:09 PM, Carson McGuffin < CMcGuffin@eliglobal.com > wrote:

Don,

Can we have a call tomorrow after 3?

Carson

Carson McGuffin
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
VOIP: 3489
Cell. 919-971-7746
**Phone. 919-205-4115**
**Email   CMcGuffin@eliglobal.com**

**From:** Donald Solow [ mailto:dsolow@vistare.us ]
**Sent:** Sunday, March 31, 2019 4:21 PM
**To:** Carson McGuffin < CMcGuffin@eliglobal.com >
**Cc:** Chris Herwig < cherwig@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >; Greg Johnson < gjohnson@eliglobal.com >; Brian Lo < blo@vistare.us >
**Subject:** Re: credit memos for USAP trust

We are looking at everything in the USAP trust. They want to know how you got comfortable with the credits. They assume you must have some kind of underwriting reports, otherwise how did you get comfortable with the loans and how did they get approved? They don't want to rely on the ratings reports.

On Mar 31, 2019, at 3:02 PM, Carson McGuffin < CMcGuffin@eliglobal.com > wrote:

What are you trying to sell? Finco exposure?Start with the rating agency report as those are the most up to date on exposures in the finco. The rating agencies effectivley do a simple underwrite to determine their ratings. There are probably some old credit memos around but they would hardly be useful for a broker to market or understand the assets.

If your working the underlying operating company exposure we would need to look at what you are holding and conglomerate what we could move.

I dont know how your structuring your conversations.

CSM

Carson McGuffin
O: 919-205-4115
C: 919-971-7746

**From:** Donald Solow < dsolow@vistare.us >
**Sent:** Sunday, March 31, 2019 2:47 PM
**To:** Carson McGuffin
**Cc:** Chris Herwig; Devin Solow; Greg Johnson; Brian Lo

**Subject:** Re: credit memos for USAP trust

They are interested in your credit memos, not the rating agency reports.  In other words, your loan underwriting.  We will put an NDA in place before we provide these.

They understand that most of the assets are essentially mini-CLOs.  They are also aware of the headlines.

> On Mar 31, 2019, at 1:33 PM, Carson McGuffin < CMcGuffin@eliglobal.com > wrote:
>
> Greg, can you share the relevant rating memos for the USAP portfolio?
>
> Don, do you have an NDA in place?
>
> Maybe we can have a quick call monday to discuss. I think there will be challenge as most of the exposures are to portfolios of assets instead of direct exposures.
>
> Let me think on what may make sense and is likely these guys could help with. Also, have you broached the Eli headline noise with them yet?
>
> Carson
>
> Carson
>
> Carson McGuffin
> O: 919-205-4115
> C: 919-971-7746
>
>
> On Sun, Mar 31, 2019 at 12:53 PM -0400, "Donald Solow"  < dsolow@vistare.us >  wrote:
>
>> Can you send us the credit memos for the loans in the USAP trust?There is a group in Chicago (Performance Trust Capital Partners) that may be able to repackage the loans into a senior/sub structure an

**Subject:**  Re: credit memos for USAP trust

They are interested in your credit memos, not the rating agency reports.  In other words, your loan underwriting.  We will put an NDA in place before we provide these.

They understand that most of the assets are essentially mini-CLOs.  They are also aware of the headlines.

> On Mar 31, 2019, at 1:33 PM, Carson McGuffin < CMcGuffin@eliglobal.com > wrote:
>
> Greg, can you share the relevant rating memos for the USAP portfolio?