Date: Fri, 12 Oct 2018 18:00:19 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Brian Lo <blo@vistare.us>, Carson McGuffin <CMcGuffin@eliglobal.com>, Devin Solow <dsolow@eliglobal.com>
Cc: Don Solow <dsolow@vistare.us>
Subject: RE: USAP: PPN exchange and lending

Thanks Brian, we will review and confirm on the OC aspect of it but we are committed to executing the swap ASAP and will evaluate the loan over the weekend.  I assume if it doesn't help our cause then we simply repay the loan?

Thanks,
Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email.  cherwig@eliglobal.com

**From:** Brian Lo [mailto:blo@vistare.us]
**Sent:** Friday, October 12, 2018 12:22 PM
**To:** Carson McGuffin ; Devin Solow ; Chris Herwig
**Cc:** Don Solow
**Subject:** Re: USAP: PPN exchange and lending

Gentlemen, we have seen that PA does not "approve" anything.  We simply have to make the strongest move we can make. What PA will do, however, without some major change to the portfolio, is begin insolvency proceedings against USAP – and everybody will lose.  A liquidator will be appointed, and the liquidator will file numerous suits, alleging all kinds of horrors.  The private loans will be dumped at fire sale prices to vulture investors, who will undoubtedly try to seize control of the various borrowers.  Clearly, this is a scenario we must avoid.

A strong pre-emptive move accomplishes three important goals: (1) it will at least take PA off the ledge, (2) it will buy time to execute the longer term goal, if for no other reason that PA's consultants, RRC, will need to reassess the portfolio, and (3) make PA think twice about challenging the portfolio at all.  There is still some burden of proof from PA's standpoint, and the presence of the PPN's and o/c will make a big difference.  The o/c is especially critical, because we are 100% certain that PA will want to apply some kind of haircut to the loans, and as it stands (or even with a swap only),  any  haircut puts the trust underwater.

Therefore we feel it's best to make a strong move now, by swapping out the loans we can, and by adding as much o/c as we can.  What we suggested in the prior email is not ideal, but will work.

Is there a time you are available to discuss today?

Regards
Brian


**Brian Lo, FSA**   |   Treasurer   |   **Vista Life & Casualty**
Direct: (914) 238-1510   |   Cell: (917) 324-2209
blo@vistare.us   |   www.vistare.us

**From:** Carson McGuffin < CMcGuffin@eliglobal.com >
**Date:** Friday, October 12, 2018 at 10:32 AM

**To:** Brian Lo < blo@vistare.us >, Devin Solow < dsolow@eliglobal.com >, Chris Herwig < cherwig@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** RE: USAP: PPN exchange and lending

Approval may not be the correct term, but acknowledgement that this is effective form PA.

Thanks,

Carson

Carson McGuffin
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
VOIP: 3489
Cell. 919-971-7746
**Phone. 919-205-4115**
**Email CMcGuffin@eliglobal.com**

---

**From:** Brian Lo [ mailto:blo@vistare.us ]
**Sent:** Friday, October 12, 2018 10:32 AM
**To:** Carson McGuffin < CMcGuffin@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >; Chris Herwig < cherwig@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** Re: USAP: PPN exchange and lending

Approval from whom?

**Brian Lo, FSA** | Treasurer | **Vista Life & Casualty**
Direct: (914) 238-1510 | Cell: (917) 324-2209
blo@vistare.us | www.vistare.us

---

**From:** Carson McGuffin < CMcGuffin@eliglobal.com >
**Date:** Friday, October 12, 2018 at 10:29 AM
**To:** Brian Lo < blo@vistare.us >, Devin Solow < dsolow@eliglobal.com >, Chris Herwig < cherwig@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** RE: USAP: PPN exchange and lending

Hey Brian,

I think our view is to get approval then we would be willing to execute. The lending doesn't make a lot of sense economically so we would need the reg benefit for this to work.

DBRS is a pretty well-known so I suspect it will not be an issues. They have been rating a lot of structures issued from the major investment banks as of late.

Thanks,

Carson

Carson McGuffin
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
VOIP: 3489
Cell. 919-971-7746

**Phone. 919-205-4115**
**Email CMcGuffin@eliglobal.com**

---

**From:** Brian Lo [ mailto:blo@vistare.us ]
**Sent:** Friday, October 12, 2018 10:25 AM
**To:** Carson McGuffin < CMcGuffin@eliglobal.com >; Devin Solow < dsolow@eliglobal.com >; Chris Herwig < cherwig@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** Re: USAP: PPN exchange and lending

Hi Carson, rather far off from what we talked about.  Unfortunate about UBS and Barclays, since they would have been the most appealing from the standpoint of PA.  Be that as it may, they are going to have to rely on RRC to help them review and I would hope that RRC knows who DBRS is.

The non-ig assets are shown in the second table on that spreadsheet.  They total $58mm, so would be covered by the $64mm.

Is it possible to reach back and lend us the remaining $21mm of the Citigroup deal?  What's below would effectively be viewed as $20mm of collateral against $100mm of loans.  Doubling the protection would go a very long way.

Regarding further talking through sec lending piece – do you have availability today to discuss?

Regards
Brian

**Brian Lo, FSA**   |   Treasurer   |   **Vista Life & Casualty**
Direct: (914) 238-1510   |   Cell: (917) 324-2209
blo@vistare.us   |   www.vistare.us

---

**From:** Carson McGuffin < CMcGuffin@eliglobal.com >
**Date:** Friday, October 12, 2018 at 9:20 AM
**To:** Brian Lo < blo@vistare.us >, Devin Solow < dsolow@eliglobal.com >, Chris Herwig < cherwig@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** RE: USAP: PPN exchange and lending

Hey Brian,

I think attached better reflects the max of what we could do. Due to the restrictions on the Barclays and UBS deals I am not sure they make sense as I am not sure they are transferable to you all. We would still be able to swap out all of the non-ig assets. I know this has been mentioned but what is the exact amount

I think we would also like father clarity on the sec lending piece here;  We would want to make sure this serves its purpose.

Thanks,

Carson

Carson McGuffin
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
VOIP: 3489
Cell. 919-971-7746
**Phone. 919-205-4115**

**From:** Brian Lo [ mailto:blo@vistare.us ]
**Sent:** Thursday, October 11, 2018 7:14 PM
**To:** Devin Solow < dsolow@eliglobal.com >; Chris Herwig < cherwig@eliglobal.com >; Carson McGuffin < CMcGuffin@eliglobal.com >
**Cc:** Don Solow < dsolow@vistare.us >
**Subject:** USAP: PPN exchange and lending

Gentlemen:

The enclosed spreadsheet details Vista's proposal around swapping and borrowing PPNs from EG. As reflected in our call, $80mm of PPN's ($16mm of 5 of the 6 deals) will be exchanged for $80 of USAP's assets. Note the values don't tie exactly, and we are also working with SASL to get the exact figures. But it should be basically accurate. The assets I proposed were all of the BIG assets and the "lumpier" IG assets, as represented by underlying loan.

On the borrowed portion, you'll noticed that I proposed $60mm, which is $10mm more than what we talked about. When I did a little math, I realized the optics of the extra $10mm went pretty far when we rounded the decimal, and it further saves you from splicing one of the PPN's, for what that's worth. I'm hoping you can live with it, but if not, we'll stick with the $50mm.

Please let me know if you have questions; in the meantime I will sharpen my pencil around the USAP asset valuations, and on Vista's side we will start thinking through the documentation process.

Best regards
Brian

**Brian Lo, FSA** | Treasurer | **Vista Life & Casualty**
Direct: (914) 238-1510 | Cell: (917) 324-2209
blo@vistare.us | www.vistare.us