Date: Wed, 1 Aug 2018 14:18:21 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Chris Herwig <cherwig@eliequity.com>, Devin Solow <dsolow@eliglobal.com>
Subject: Re: comment from PA

No, that should be fine. Thanks, Chris Chris Herwig Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Tel. 239-280-4293 Fax. 919-287-2638 Cell. 443-928-3272 VOIP 3354 Email. cherwig@eliglobal.com > On Aug 1, 2018, at 9:55 AM, Don Solow wrote: > > For non PPN securities, PA wants to exclude DBRS and Kroll as rating agencies, leaving only S&P, Moody�s, and Fitch. (DBRS is fine for the PPNs). Do you expect to buy securities that are rated solely by DBRS and/or Kroll? >