Date: Tue, 7 Aug 2018 13:17:42 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Devin Solow <dsolow@eliglobal.com>, Don Solow <dsolow@vistare.us>
Subject: RE: revised guidelines for USAP trust

We should be explicit that PPNs do not need to be approved by them. Should also state something that would protect us in the case where we have CLOs funding our deals in their normal course of business and then we buy the CLO paper. Maybe we just define "affiliated investment" as one in which the Grantor/Eli Global makes up at least 50% of the underlying investment pool. PPNs excepted. Thanks, Chris Chris Herwig Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Tel. 239-280-4293 Fax. 919-287-2638 Cell. 443-928-3272 VOIP 3354 Email. cherwig@eliglobal.com -----Original Message----- From: Devin Solow Sent: Monday, August 6, 2018 9:47 PM To: Don Solow ; Chris Herwig Subject: RE: revised guidelines for USAP trust Seems okay. Fairly lame that PADOI doesn't accept Kroll or DBRS. Especially doesn't make sense that they would accept DBRS for PPNs and not less complicated structures. Thanks, Devin Solow Eli Global, LLC 2222 Sedwick Road Durham, NC 27713 Phone. 919-813-7652 VOIP: 3208 Cell. 919-357-6883 Fax- 919-287-2565 Email. dsolow@eliglobal.com -----Original Message----- From: Don Solow [mailto:dsolow@vistare.us] Sent: Monday, August 6, 2018 4:24 PM To: Chris Herwig ; Devin Solow Subject: revised guidelines for USAP trust See latest version attached. Non investment grade is 44%, which is based on Milliman's original appraisal. PA may push back on this. The department will not accept Kroll or DBRS, except for the PPNs, where DBRS will be accepted.