Date: Fri, 30 Nov 2018 12:52:03 +0000
From: Chris Herwig <cherwig@eliglobal.com>
To: Don Solow <dsolow@vistare.us>
Cc: Carson McGuffin <CMcGuffin@eliglobal.com>, Devin Solow <dsolow@eliglobal.com>
Subject: Re: Vista & AIC LOI

Thanks Don.  Can we get a term sheet to that effect?  Getting paid back as loans are paid down would work.

Thanks,
Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email. cherwig@eliglobal.com

On Nov 30, 2018, at 7:44 AM, Don Solow < dsolow@vistare.us > wrote:

> Chris,
>
> Dan Cathcart�s proposal implies that Alesia Re is willing to take the private loans listed.  We doubt this is the case, but since we have a contact there, we can confirm.  Instead, we believe that, following recapture, Ability will cede the risk to Alesia by transferring cash and/or marketable securities, while holding the loans on Ability�s balance sheet.  Then, once the deal with Alesia is executed, Ability will exercise its rights under your letter agreement, and will put the assets back to you.
>
> Given that the investment portfolio is currently about 50% in cash, our investors are interesting in taking over 50% of the deal, buying half your surplus note for close to 100 cents on the dollar.  Then, as you liquidate the rest of the portfolio, they will take up that portion on roughly the same terms.
>
> We may be able to find an investor to accept the loans, but I suspect they would buy your surplus note only in proportion to how fast you liquidate the loan portfolio, meaning 50% today and the balance as the portfolio is liquidated.
>
> In short, under Dan�s proposal, we think you will get about 52 cents on the dollar (as calculated in the worksheet I sent to you), and will still have to liquidate the portfolio under your �put� agreement.  We think our potential investors will pay you substantially more, perhaps 100 cents on the dollar (but likely not less than 80 cents).
>
> Happy to discuss by phone.
>
> Regards
> Don
>
>
> > On Nov 29, 2018, at 9:43 PM, Chris Herwig < cherwig@eliglobal.com > wrote:
> >
> > See attached from Dan.  Don, so you have other investors that could take the deal with the investments Dan shows?
> >
> > Thanks,
> > Chris

Chris Herwig
Eli Global, LLC
2222 Sedwick Road
Durham, NC 27713
Tel. 239-280-4293
Fax. 919-287-2638
Cell. 443-928-3272
VOIP 3354
Email. cherwig@eliglobal.com

Begin forwarded message:

**From:** Dan Cathcart < dcathcart@a-capholdings.com >
**Date:** November 29, 2018 at 10:05:51 AM EST
**To:** Chris Herwig < cherwig@eliequity.com >
**Subject: Vista & AIC LOI**

Chris,
What do you think about the attached for the change requested regarding the assets to be transferred as part of executing and LOI?

If you think this works, then I will execute and send to Don Solow for consideration.

Thanks.
Dan