# EXHIBIT B

Blackstone Indication of Interest — Beckett Counter (April 5, 2022)



**Strictly Private & Confidential**
To: Todd Hirsch and C.C. Melvin Ike
Blackstone Tactical Opportunities Advisors LLC

April 5, 2022

Beckett – Counter to Blackstone April 2, 2022 Non-Binding Proposal Letter

Dear Todd and Mel,

Thank you for your interest in Beckett Collectibles. On behalf of Global Growth, we submit this counter to Blackstone's April 2, 2022 non-binding indication of interest for a majority investment in Beckett.

1. **Purchasing Entity:** The Purchaser will be an entity affiliated with Blackstone Tactical Opportunities Advisors L.L.C. For the protection of Company's brand equity, the transaction shall be described for all public relations purposes as a purchase of Company by Blackstone (rather than by CCG).

2. **Proposed Purchase Price and Valuation Assumptions:** Global Growth proposes that Blackstone make a majority investment in the Company at a total enterprise valuation of $1.05bn, subject to both parties' satisfactory completion of confirmatory diligence and access to management. This proposal values Beckett on a debt-free and cash-free basis and assumes a normalized level of working capital at closing. Based on management projections for Beckett, this implies a 2021A Adj. EBITDA multiple of 34.4x based on $29.1mm of 2021A Adj. EBITDA, plus $50mm of consideration for the value of Beckett's acquisitions of NoXX and Due Dilly. The proposed purchase consideration will be structured as follows:

   a. $750mm in cash consideration up front

   b. $301mm in equity consideration, paid in shares of the pro forma company, which would imply 15.3% ownership of the pro forma enterprise. This assumes a CCG valuation of $1.863 billion, implying 27.0x 2021A CCG EBITDA of $68.9mm.

The comparative multiples for Beckett and CCG reflect Beckett's relative strength in the sports memorabilia market, a category with marketing and licensing growth prospects that outpace coins, comics, and adjacent verticals. Beckett is the most iconic name brand in the sports cards space, the current No. 2 leader in the sports cards grading and authentication space, and the No. 1 leader in the memorabilia authentication space. In addition, Beckett has already pivoted into the digital asset space, with product announcements in digital asset minting, vaulting, and blockchain authentication. The relative multiples reflect Beckett's accelerated technical progress in these spaces, the technical, engineering, and product design teams Beckett has already built, and the provisional patents in blockchain anti-fraud detection and verification that Beckett has already filed with the USPTO. While we appreciate the strength of CCG's business units, CCG is a leader in coins and comics grading and authentication, verticals which have addressable markets that are significantly smaller than the expanding sports and related NFT spaces. Unlike CCG, which is largely an unknown acronym outside the coin and comic space, the Beckett brand is capable of expansion both categorically and geographically in the physical and digital alternative assets spaces.

c. Global Growth has a put right to sell the $301mm in equity back to the pro forma company at a $201mm price at any time after two years from transaction date.

| Beckett Counter-Proposal | | | | |
| --- | --- | --- | --- | --- |
| | CCG | Beckett | TOTAL | BKX % |
| 2021 EBITDA | 68.9 | 29.1 | 98.0 | |
| Implied multiple (x) | 27.0 | 34.4* | 29.7 | |
| Total Enterprise Value* | 1,860 | 1,050 | 2,914 | |
| (Cash Consideration) | | (750) | | |
| (Earnout) | | | | |
| Cash | 32 | | | |
| Debt | (227) | | | |
| Equity Value | 1,665 | 301 | 1,965 | 15.3% |

*$1.05bn Beckett EV assumes NoXX and Due Dilly acquisitions at cost ($50mm) and a 34.4x multiple on $29.1mm 2021A EBITDA at $1.001bn, just under Cabrillo's calculated EV of $1.004bn.*

3. **Board of Directors and Governance:** To continue stewardship of Beckett's brand equity and technical execution, and ensure representation on the board the Company will be allocated 50% of the total number of pro forma company board seats (or the same number of seats equal to those held by CCG), including the Chair position, unless and until Global Growth exercises its put rights per 2c above.

4. **Role of Senior Management:** Senior management of both Company and CCG will remain in place with a significant, new management incentive plan and the existing shareholders of the Company will roll over equity ownership into the pro forma company, net of cash consideration contemplated. The Company shall have the right to appoint the Beckett business unit CEO, with agreement of Blackstone, and shall have consent rights on the appointment of the pro forma company CEO.

5. **Sources & Uses:** Blackstone shall have discretion in financing this transaction through a mix of committed equity capital from Blackstone and/or Blackstone affiliate funds that have no contingent requirements; equity in CCG; and debt financing.

6. **Due Diligence:** Global Growth acknowledges that acceptance of the Counter Proposal is subject to Blackstone's customary confirmatory diligence (commercial, accounting, legal, insurance, HR, and tax) of the Company, which Blackstone and its advisors shall complete within an expedited time frame.

7. **Approvals, Consents and Internal Review:** We have reviewed this transaction with the shareholder of Global Growth, who is supportive of our Proposal.

8. **Other Conditions:** Other than a satisfactory conclusion of confirmatory diligence, documentation, and additional necessary consents, we are not aware of any other conditions that may affect the timing of closing this transaction.

9. **Timing and Documentation:** Assuming Company provides Blackstone with customary access to management and data, Blackstone will execute a binding purchase agreement by 4/15/2022 and close no later than 5/15/2022. Blackstone will notify Company if the terms of the Counter Proposal require any corporate or shareholder approvals or other extraordinary conditions to consummate the potential transaction.

10. **Exclusivity:** Provided alignment on the terms of this Counter Proposal, Company will enter a period of good faith exclusivity with Blackstone up until the closing date of 5/15/2022.

We are excited about the possibility of creating a larger force in the collectibles industry and having Blackstone and CCG as partners. Thank you for the consideration in pursuing this opportunity and we look forward to working with you.

Best,

**Justin Holbrook**
CEO, Global Growth Holdings, Inc.
CEO, Beckett Collectibles Holdings, LLC
Tel: +1 (802) 338-5288
Email: jholbrook@globalgrowth.com

**Sophie Turrell**
Chief of Staff, Global Growth Holdings, Inc.
Tel: +1 (914) 924-5592
Email: sturrell@globalgrowth.com

*This proposal represents a non-binding counter to Blacktone's previous indication of interest, is not intended to constitute a legally binding or enforceable agreement of the parties, and a commitment to consummate the transaction described herein continues to be subject to, among other things, agreement on final transaction documentation satisfactory to both parties. The parties agree to keep the existence and terms of this proposal confidential in accordance with the terms of the confidentiality agreement. This proposal does not impose any legal obligations upon Blackstone or Company, which can only be created upon execution and delivery of binding agreements, and then only to the extent provided for therein. No public statement, press release or disclosure to any third party concerning Blackstone's involvement in any potential transaction with Beckett will be made without prior written approval of the parties.*