# EXHIBIT C

CCG + Beckett Blackstone Proposal / Term Sheet (April 14–16, 2022)

# CCG + Beckett

# Blackstone Proposal

April 14th, 2022

Case 3:23-cr-00048-MOC-DCK    Document 256-3    Filed 07/27/26    Page 2 of 4



# CCG + Beckett Term Sheet

| | Key Terms |
|---|---|
| **Deal Valuations** | ▶ **CCG:** $2,367mm TEV (34.4x 2021A Adj EBITDA of $69mm) or $2,173mm Equity Value based on Q1 2022A Net Debt of $194mm. <br><br> ▶ **Beckett:** $800mm - $900mm TEV (27.5x – 30.9x 2021A Adj EBITDA of $29mm) or $800mm - $900mm Equity Value assuming debt and cash free. <br><br> ▶ **PF CCG + Beckett:** $2,973mm - $3,073mm PF Equity Value of the new business post transaction. |
| **Transaction** | ▶ CCG to acquire Beckett at its Deal Valuation via $225mm of CCG Upfront Cash and $575mm - $675mm of Beckett Rollover Equity – which implies Beckett Rollover Equity ownership of 19.3% - 22.0%. <br><br> ▶ CCG Upfront Cash funded by new CCG debt of $225mm per bank feedback targeting 4.28x PF Net Leverage post transaction. |
| **Beckett Secondary Sales** | ▶ **Secondary Sale #1:** CCG must support a secondary sale process at the 6th Month Anniversary of the Transaction for the Beckett Rollover Equity where Beckett can sell up to 50% of its equity interests at a $2,973mm - $3,073mm PF Equity Value or greater. <br><br> ▶ **Secondary Sale #2:** CCG must support a secondary sale process at the 12th Month Anniversary of the Transaction for the Beckett Rollover Equity where Beckett can sell up to 100% of its equity interests at a $2,973mm - $3,073mm PF Equity Value or greater. |
| **2022E Debt Recapitalization** | ▶ Subject to market conditions, CCG must make best efforts to recapitalize the business to 4.28x PF Net Leverage where the use of proceeds is a dividend to provide liquidity to the shareholders. |
| **Minority Shareholder Protections & Info Rights** | ▶ Beckett to receive customary minority shareholder protections and information rights including but not limited to board materials, annual audited financials, quarterly financial statements, quarterly compliance certificates, budgets and projections, M&A projection models, other information reasonably requested |
| **Board Representation** | ▶ New Board to consist of 2 Beckett Board Seats, 2 CCG Management Board Seats, and 5 Blackstone Appointed Board Seats. Note – this maintains the same board mix as at CCG today and allows for Beckett to have the same number of seats as CCG Management. |
| **Pre-emptive Rights** | ▶ Beckett entitled to customary pre-emptive rights over issuances of common shares or convertible securities |

## CCG

| | | | | | |
|---|---|---|---|---|---|
| 2021A Adj. EBITDA | $ 69 | $ 69 | $ 69 | $ 69 | $ 69 |
| (x) Valuation Multiple | 34.4x | 34.4x | 34.4x | 34.4x | 34.4x |
| **TEV** | **$ 2,367** | **$ 2,367** | **$ 2,367** | **$ 2,367** | **$ 2,367** |
| (-) Net Debt | (194) | (194) | (194) | (194) | (194) |
| **Equity Value** | **$ 2,173** | **$ 2,173** | **$ 2,173** | **$ 2,173** | **$ 2,173** |
| *CCG Net Debt / 2021A Adj. EBITDA ($69mm)* | *2.8x* | *2.8x* | *2.8x* | *2.8x* | *2.8x* |
| *CCG Net Debt / 2022E Adj. EBITDA ($81mm)* | *2.4x* | *2.4x* | *2.4x* | *2.4x* | *2.4x* |

## Beckett

| | | | | | |
|---|---|---|---|---|---|
| 2021A Adj. EBITDA | $ 29 | $ 29 | $ 29 | $ 29 | $ 29 |
| (x) Valuation Multiple | 27.5x | 28.4x | 29.2x | 30.1x | 30.9x |
| **TEV** | **$ 800** | **$ 825** | **$ 850** | **$ 875** | **$ 900** |
| (-) Net Debt | - | - | - | - | - |
| **Equity Value** | **$ 800** | **$ 825** | **$ 850** | **$ 875** | **$ 900** |
| (-) Upfront Cash | (225) | (225) | (225) | (225) | (225) |
| **Beckett Rollover Equity** | **$ 575** | **$ 600** | **$ 625** | **$ 650** | **$ 675** |

## PF CCG + Beckett

| | | | | | |
|---|---|---|---|---|---|
| CCG Existing | $ 2,173 | $ 2,173 | $ 2,173 | $ 2,173 | $ 2,173 |
| CCG New Money | 225 | 225 | 225 | 225 | 225 |
| Beckett | 575 | 600 | 625 | 650 | 675 |
| **Equity Value** | **$ 2,973** | **$ 2,998** | **$ 3,023** | **$ 3,048** | **$ 3,073** |
| (+) Existing CCG Net Debt | 194 | 194 | 194 | 194 | 194 |
| (+) New CCG Net Debt | 225 | 225 | 225 | 225 | 225 |
| **TEV** | **$ 3,392** | **$ 3,417** | **$ 3,442** | **$ 3,467** | **$ 3,492** |
| *x PF 2021A Adj EBITDA ($98mm)* | *34.6x* | *34.9x* | *35.1x* | *35.4x* | *35.7x* |
| *x PF 2022E Adj EBITDA ($119mm)* | *28.5x* | *28.7x* | *28.9x* | *29.1x* | *29.4x* |
| *Net Debt / 2021A Adj. EBITDA ($98mm)* | *4.28x* | *4.28x* | *4.28x* | *4.28x* | *4.28x* |
| *Net Debt / 2022E Adj. EBITDA ($119mm)* | *3.52x* | *3.52x* | *3.52x* | *3.52x* | *3.52x* |

*% PF Ownership*

| | | | | | |
|---|---|---|---|---|---|
| *CCG Existing* | *73.1%* | *72.5%* | *71.9%* | *71.3%* | *70.7%* |
| *CCG New Money* | *7.6%* | *7.5%* | *7.4%* | *7.4%* | *7.3%* |
| *Beckett* | *19.3%* | *20.0%* | *20.7%* | *21.3%* | *22.0%* |
| ***Total*** | ***100.0%*** | ***100.0%*** | ***100.0%*** | ***100.0%*** | ***100.0%*** |

## New Debt

| | | | | | |
|---|---|---|---|---|---|
| PF 2021A Adj EBITDA | $ 98 | $ 98 | $ 98 | $ 98 | $ 98 |
| (x) New Net Leverage | 4.28x | 4.28x | 4.28x | 4.28x | 4.28x |
| **Total Net Debt** | **$ 419** | **$ 419** | **$ 419** | **$ 419** | **$ 419** |
| (-) Existing Net Debt | (194) | (194) | (194) | (194) | (194) |
| **Additional Net Debt Raised** | **$ 225** | **$ 225** | **$ 225** | **$ 225** | **$ 225** |

## Beckett Proceeds

| | | | | | |
|---|---|---|---|---|---|
| PF 2022E Adj EBITDA | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 |
| (x) Proposed Txn PF 2021A Transaction Multiple | 34.6x | 34.9x | 35.1x | 35.4x | 35.7x |
| **TEV at 2022E** | **$ 4,121** | **$ 4,151** | **$ 4,181** | **$ 4,212** | **$ 4,242** |
| (-) PF Net Debt | (419) | (419) | (419) | (419) | (419) |
| **Equity Value at 2022E** | **$ 3,701** | **$ 3,732** | **$ 3,762** | **$ 3,792** | **$ 3,823** |
| (x) % Beckett Ownership | 19.3% | 20.0% | 20.7% | 21.3% | 22.0% |
| **Beckett Equity Value at 2022E** | **$ 716** | **$ 747** | **$ 778** | **$ 809** | **$ 840** |
| | | | | | |
| Beckett Upfront Cash | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 |
| Beckett Equity Value at 2022E 100% Secondary Sale | 716 | 747 | 778 | 809 | 840 |
| **Beckett Proceeds by 2022E** | **$ 941** | **$ 972** | **$ 1,003** | **$ 1,034** | **$ 1,065** |
| *75% Secondary Sale* | *762* | *785* | *808* | *832* | *855* |
| *50% Secondary Sale* | *583* | *598* | *614* | *629* | *645* |
| *25% Secondary Sale* | *404* | *412* | *419* | *427* | *435* |
| *0% Secondary Sale* | *225* | *225* | *225* | *225* | *225* |

Blackstone 2