# EXHIBIT D

Correspondence re: CCG | Beckett Term Sheet (April 16–19, 2022)

**Fwd: CCG | Beckett Term Sheet**
From: Justin Holbrook · April 16, 2022 — 08:00 PM UTC

---

GlobalGrowthLogoEmail00213a9bd2e6d394cd8961ba0d61_574493763.png CCG Beckett Term Sheet 20220416_574493763.pdf Many thanks, Justin 802-338-5288

Begin forwarded message:

From: Sophie Turrell <sturrell@globalgrowth.com> Date: April 16, 2022 at 2:55:32 PM EDT

To: Justin Holbrook <jholbrook@globalgrowth.com>, Sandeep Patel <spatel@globalgrowth.com>, Taylor Caldwell <taylorc@globalgrowth.com>, Christopher Herwig <cherwig@globalgrowth.com>, Emily Acquaviva <eacquaviva@globalgrowth.com>

Subject: Fwd: CCG | Beckett Term Sheet  Blackstone note attached. Taking a look now. Sophie Turrell Chief of Staff sturrell@globalgrowth.com phone: (914) 924-5592 www.globalgrowth.com 2222 Sedwick Road Durham, NC 27713

This e-mail message and any attachment(s) is intended for the sole use of the recipient(s) to which it is addressed and may contain confidential and privileged information that may be exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or you are the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, disclosure, review, use or copying of this communication is strictly prohibited. If you are not the intended recipient(s) or received this email in error, please contact the sender by reply e-mail and destroy all copies of the original message.

Begin forwarded message:

From: "Cornyn, Brian" <Brian.Cornyn@blackstone.com> Date: April 16, 2022 at 11:51:54 AM PDT

To: Justin Holbrook <jholbrook@globalgrowth.com>, Sophie Turrell <sturrell@globalgrowth.com>

Cc: "Ike, Melvin" <Melvin.Ike@blackstone.com>, "Arnaudov, Slavi" <Slavi.Arnaudov@blackstone.com>

Subject: CCG | Beckett Term Sheet

CAUTION:

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Justin & Sophie, Please see attached a term sheet counter regarding the proposed CCG + Beckett deal. Happy to discuss any details or questions you may have. Thanks, Brian Brian Cornyn Blackstone | Tactical Opportunities T 646.482.8770 M 347.735.1696 brian.cornyn@blackstone.com

This e-mail communication is intended only for the addressee(s) named above and any others who have been specifically authorized to receive it and may contain information that is privileged, confidential or otherwise protected from disclosure. Please refer to www.blackstone.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient of this communication.

**Re: CCG | Beckett Term Sheet**
From: Justin Holbrook · April 18, 2022 — 10:39 AM UTC

CCG Beckett Term Sheet 20220416_2040443530.pdf Beckett Blackstone Counter 18Apr22_2040443530.pdf
Thanks for sending this over, Brian. Attached is our best and final counter. Bottom line deal points: 250M cash at closing 325M cash within 30 days 1.1B valuation management / governance rights participating pref on carried paper + dividend / consent rights We'll need a final response NLT COB 19 April. Many thanks, Justin 802-338-5288
From: Cornyn, Brian <Brian.Cornyn@Blackstone.com>
Sent: Saturday, April 16, 2022 2:51 PM
To: Justin Holbrook <jholbrook@globalgrowth.com>; Sophie Turrell <sturrell@globalgrowth.com>
Cc: Ike, Melvin <Melvin.Ike@Blackstone.com>; Arnaudov, Slavi <Slavi.Arnaudov@Blackstone.com>
Subject: CCG | Beckett Term Sheet
CAUTION:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Justin & Sophie, Please see attached a term sheet counter regarding the proposed CCG + Beckett deal. Happy to discuss any details or questions you may have. Thanks, Brian Brian Cornyn Blackstone | Tactical Opportunities T 646.482.8770 M 347.735.1696 brian.cornyn@blackstone.com
This e-mail communication is intended only for the addressee(s) named above and any others who have been specifically authorized to receive it and may contain information that is privileged, confidential or otherwise protected from disclosure. Please refer to www.blackstone.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient of this communication.

## Fw: CCG | Beckett Term Sheet

From: Justin Holbrook · April 18, 2022 — 10:57 AM UTC

---

CCG Beckett Term Sheet 20220416_896910496.pdf Beckett Blackstone Counter 18Apr22_896910496.pdf // redirecting thread Hi all, Hope everyone had a great weekend. We sent our BAFO to Blackstone this morning. Please see attached. As we head into this week, let's please spin up the following efforts related to a larger Beckett / AT / Southern Hobby sale. Note that this is and should remain confidential to this group for now. At some point we'll brief the management teams, but let's hold on that until necessary. @George, could you please reach out to Jefferies today and see whether they have interest in taking on our  collectibles platform + sending out teasers within one week? I suspect it'll take them a few days to get back to us, so in the meantime we're going to beat the bushes with the Bob / Jake effort below. @Bob / @Jake , simultaneous with that, Greg would like us to engage Montshire / Castle Hill on a non-exclusive basis to also send out teasers to 100+ investors, preferably by Wednesday. Can you please work with Sophie + Emily on that? We likely can use elements of our current pitch deck + last year's CIM / QoE as helpful starters. @Sandeep, at the same time, let's continue pressing forward with the HPS / F3 loan. I let Greg know yesterday that HPS had objected to anything over 50M total, but perhaps HPS will change their views when they learn it's junior debt rather than equity. In that case, maybe we can get F3 to 50M and HPS to 25M. @Chris, let's please still press forward with AAPC / MetPG and try to close soonest. Greg would like to better understand the HCY foreclosure provisions, which perhaps we're still working out with MetPG. @Sophie, can you separately reach out to Mel for an intro to Fanatics? It might be a way to let him know we're open to continuing the conversation after the email I just sent. Perhaps you mention my conversation with him on Saturday where he offered to support cash efforts on other GG efforts. A warm intro to Rubin and expression of interest by Rubin in de-risking his D2C model with a broader traditional hobby distribution play in SH would be helpful. I'm traveling to the AAPC board meeting in Utah today and will be in AAPC board meetings today + tomorrow. Please text me or Sophie if you need my input on anything. Many thanks, Justin 802-338-5288

From: Justin Holbrook <jholbrook@globalgrowth.com>
Sent: Monday, April 18, 2022 6:39 AM
To: Cornyn, Brian <Brian.Cornyn@Blackstone.com>; Sophie Turrell <sturrell@globalgrowth.com>
Cc: Ike, Melvin <Melvin.Ike@Blackstone.com>; Arnaudov, Slavi <Slavi.Arnaudov@Blackstone.com>
Subject: Re: CCG | Beckett Term Sheet Thanks for sending this over, Brian. Attached is our best and final counter. Bottom line deal points: 250M cash at closing 325M cash within 30 days 1.1B valuation management / governance rights participating pref on carried paper + dividend / consent rights We'll need a final response NLT COB 19 April. Many thanks, Justin 802-338-5288

From: Cornyn, Brian <Brian.Cornyn@Blackstone.com>
Sent: Saturday, April 16, 2022 2:51 PM
To: Justin Holbrook <jholbrook@globalgrowth.com>; Sophie Turrell <sturrell@globalgrowth.com>
Cc: Ike, Melvin <Melvin.Ike@Blackstone.com>; Arnaudov, Slavi <Slavi.Arnaudov@Blackstone.com>
Subject: CCG | Beckett Term Sheet
CAUTION:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Justin & Sophie, Please see attached a term sheet counter regarding the proposed CCG + Beckett deal. Happy to discuss any details or questions you may have. Thanks, Brian Brian Cornyn Blackstone | Tactical Opportunities T 646.482.8770 M 347.735.1696 brian.cornyn@blackstone.com This e-mail communication is intended only for the addressee(s) named above and any others who have been specifically authorized to receive it and may contain information that is privileged, confidential or otherwise protected from disclosure. Please refer to www.blackstone.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient of this communication.

### Re: CCG | Beckett Term Sheet
From: Justin Holbrook · April 18, 2022 — 01:02 PM UTC

Thanks, Chris. Yea, an HPS rep will be at the board meeting as observer. @Peter, can the legal team help with the questions below? My understanding is that only HPS and F3 have to consent to the pledge. The board is meeting today / tomorrow. If board consent is required, I could preview it / raise it for consideration. Given that we're still waiting on NY, however, perhaps we first socialize with HPS and F3 and then the board if required. Also, any progress on a structure that does NOT require a NewCo / licensing approval? Many thanks, Justin 802-338-5288 On Apr 18, 2022, at 8:49 AM, Christopher Herwig <cherwig@gmail.com> wrote: Justin, I will check on the foreclosure provisions - the wording in the term sheet is below but I can see if they have something from a credit agreement that provides more details. Is an HPS rep at the board meeting? Does the board need to consent to the pledge collateral or just HPS? F3 has to consent also? a. Automatic Surrender of Collateral : TBD mechanism for "hassle free" collateral, at Lender's option Thanks, Chris Chris Herwig cherwig@gmail.com 443-928-3272 On Mon, Apr 18, 2022 at 6:56 AM Justin Holbrook < jholbrook@globalgrowth.com > wrote: // redirecting thread Hi all, Hope everyone had a great weekend. We sent our BAFO to Blackstone this morning. Please see attached. As we head into this week, let's please spin up the following efforts related to a larger Beckett / AT / Southern Hobby sale. Note that this is and should remain confidential to this group for now. At some point we'll brief the management teams, but let's hold on that until necessary. @George, could you please reach out to Jefferies today and see whether they have interest in taking on our collectibles platform + sending out teasers within one week? I suspect it'll take them a few days to get back to us, so in the meantime we're going to beat the bushes with the Bob / Jake effort below. @Bob / @Jake , simultaneous with that, Greg would like us to engage Montshire / Castle Hill on a non-exclusive basis to also send out teasers to 100+ investors, preferably by Wednesday. Can you please work with Sophie + Emily on that? We likely can use elements of our current pitch deck + last year's CIM / QoE as helpful starters. @Sandeep, at the same time, let's continue pressing forward with the HPS / F3 loan. I let Greg know yesterday that HPS had objected to anything over 50M total, but perhaps HPS will change their views when they learn it's junior debt rather than equity. In that case, maybe we can get F3 to 50M and HPS to 25M. @Chris, let's please still press forward with AAPC / MetPG and try to close soonest. Greg would like to better understand the HCY foreclosure provisions, which perhaps we're still working out with MetPG. @Sophie, can you separately reach out to Mel for an intro to Fanatics? It might be a way to let him know we're open to continuing the conversation after the email I just sent. Perhaps you mention my conversation with him on Saturday where he offered to support cash efforts on other GG efforts. A warm intro to Rubin and expression of interest by Rubin in de-risking his D2C model with a broader traditional hobby distribution play in SH would be helpful. I'm traveling to the AAPC board meeting in Utah today and will be in AAPC board meetings today + tomorrow. Please text me or Sophie if you need my input on anything. Many thanks, Justin 802-338-5288
From: Justin Holbrook < jholbrook@globalgrowth.com >
Sent: Monday, April 18, 2022 6:39 AM
To: Cornyn, Brian <Brian.Cornyn@Blackstone.com>; Sophie Turrell < sturrell@globalgrowth.com >
Cc: Ike, Melvin <Melvin.Ike@Blackstone.com>; Arnaudov, Slavi <Slavi.Arnaudov@Blackstone.com>
Subject: Re: CCG | Beckett Term Sheet Thanks for sending this over, Brian. Attached is our best and final counter. Bottom line deal points: 250M cash at closing 325M cash within 30 days 1.1B valuation management / governance rights participating pref on carried paper + dividend / consent rights We'll need a final response NLT COB 19 April. Many thanks, Justin 802-338-5288
From: Cornyn, Brian <Brian.Cornyn@Blackstone.com>
Sent: Saturday, April 16, 2022 2:51 PM
To: Justin Holbrook < jholbrook@globalgrowth.com >; Sophie Turrell < sturrell@globalgrowth.com >
Cc: Ike, Melvin <Melvin.Ike@Blackstone.com>; Arnaudov, Slavi <Slavi.Arnaudov@Blackstone.com>
Subject: CCG | Beckett Term Sheet
CAUTION:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Justin & Sophie, Please see attached a term sheet counter regarding the

proposed CCG + Beckett deal. Happy to discuss any details or questions you may have. Thanks, Brian Brian Cornyn Blackstone | Tactical Opportunities T 646.482.8770 M 347.735.1696 brian.cornyn@blackstone.com This e-mail communication is intended only for the addressee(s) named above and any others who have been specifically authorized to receive it and may contain information that is privileged, confidential or otherwise protected from disclosure. Please refer to www.blackstone.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient of this communication.

### Re: CCG | Beckett Term Sheet
From: Justin Holbrook · April 18, 2022 — 05:13 PM UTC

Beckett Target List_325451395.xlsx Thanks, Bob. The initial list looks great. Let's start building the teaser and then discuss outreach strategy. As Greg noted yesterday, the most important element here is speed. Many thanks, Justin ...

### Re: URGENT
From: Justin Holbrook · April 18, 2022 — 05:35 PM UTC

Lets open the door with Jefferies and see if theyre interested. Perhaps well even have a few early leads generated by Bob and Jakes outreach to hand off to them. We can then sign something with them regarding exclusivity. The important thing is speed. If they cant move quickly, well find a banker who can. Yes, for now, lets tee up the entire collectibles group. We can use the Cabrillo valuatio ...

### Re: CCG | Beckett Term Sheet
From: Justin Holbrook · April 19, 2022 — 05:00 PM UTC

Hi all, Let's revisit our strategy once we see the teaser later today. Greg's direction here is very clear . . . he'd like the teaser to go out tomorrow if possible. @George, I'll call you as soon as the AAPC board meeting is over, likely in an hour or ...

### Re: CCG | Beckett Term Sheet
From: Justin Holbrook · April 19, 2022 — 05:06 PM UTC

Thanks, Sandeep. This is helpful. Thank you for your frankness. Many thanks, Justin 802-338-5288 _____ ...