**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

Case No. 3:23-CR-48-MOC

Case No. 5:19-CR-22-MOC

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREG E. LINDBERG,

Defendant.

## NOTICE OF FILING

Defendant Greg E. Lindberg respectfully submits and places on the record of these proceedings true and correct copies of the following documents:

1. Exhibit A: the Trust Agreement of The Beckett Collectibles Trust, dated as of June 2021, by and among The Bryn Mawr Trust Company of Delaware, as Delaware Trustee, Hugh Steven Wilson, as Independent Trustee, and Entrust Global Group, LLC, a North Carolina limited liability company, as Grantor and Sole Beneficiary — the Delaware statutory trust through which Beckett was held, including its definition of "Fundamental BKX Matters"

reserving approval of any sale or other disposition of all or substantially all assets, and any refinancing in excess of $5,000,000, to the trust's governance;

2. Exhibit B: the Assignment Agreement effective as of February 13, 2025, by and between Global Growth Holdings, LLC and Defendant, as Assignor, and Joseph W. Grier, solely in his capacity as Special Master, as Assignee, by which the Special Master became the "record owner" of the equity of NHC Holdings, LLC, holding all associated economic, legal, voting, and beneficial rights — including "any and all rights of Assignor to transfer or otherwise dispose of the NHC Equity Interest" — and covenanted to administer those interests "in accordance with the Order" appointing him (Doc. No. 56); and

3. Exhibit C: the NHC Holdings, LLC Board Presentation prepared by M3 Partners, LP, dated September 25, 2024, whose roster of "NHC Portfolio Managers" includes the Chief Executive Officer of the Beckett group — reflecting that Beckett was held and managed within the NHC Holdings structure.

These documents bear on matters presently before the Court, including Defendant's pending motions (Doc. Nos. 172, 190, 201, 202, and 234), Defendant's response to the Special Master's Second Supplement (Doc. No. 245), and the previously undisclosed sale of Beckett for approximately $134 million. Defendant respectfully directs the Court's attention to the

requirement of the Order Appointing Special Master that liquidation of restitution assets occur only with Court approval and that sales be disclosed to the Court. (Doc. No. 56, at 6.)

Read together with the valuation of Beckett at approximately $1 billion already of record (Doc. No. 256 and exhibits thereto, filed July 27, 2026), the attached instruments establish the following from the documents themselves: Beckett was held and managed within the NHC Holdings structure (Ex. C); the Special Master is the record owner of the NHC equity, holding all voting rights and all rights to transfer or otherwise dispose of it, and is bound to administer those interests in accordance with the Order Appointing Special Master (Ex. B); the trust instrument through which Beckett was held reserves approval of any sale or other disposition of all or substantially all assets, and any refinancing above $5,000,000 (Ex. A); and the Order conditions liquidation on Court approval — twice — and requires that sales be disclosed to the Court (Doc. No. 56, at 6). Notwithstanding all of the foregoing, Beckett — valued of record at approximately $1 billion — was sold for approximately $134 million with no motion, no notice, no order, no Court approval, and no accounting on the docket of this Court.

Dated: July 28, 2026

Respectfully submitted,

/s/ Kenneth Barnes_________

KENNETH BARNES

Kenneth Barnes Legal, PLLC

N.C. Bar No. 14035

356 Travel Lite Dr., Raleigh, NC 27603

Tel: (919) 524-1977

Email: barnesatty@aol.com

Counsel for Defendant Greg E. Lindberg

## CONSULTATION

Counsel for Defendant contacted counsel for the United States, AUSA Daniel Ryan, regarding this filing and the government's position on it on July 28, 2026. As of the time of filing, no response had been received.

**CERTIFICATION REGARDING THE USE OF ARTIFICIAL INTELLIGENCE**

Pursuant to the Standing Order of this Court, In re: Use of Artificial Intelligence, the undersigned certifies that: (1) no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, Bloomberg, and FastCase; and (2) every statement in this document, and every citation to an authority contained in it, has been checked—as to the accuracy of the proposition for which it is offered and the citation to the authority provided—by an attorney in this case or a paralegal working at that attorney's direction.

Dated: July 28, 2026

/s/ Kenneth Barnes_________

KENNETH BARNES

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record, including counsel for the United States.

Dated: 7/28/26

/s/ Kenneth Barnes_________