# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

GREG E. LINDBERG,

Defendant.

No. 3:23-CR-48-MOC

## MOTION TO APPEAR REMOTELY

J. Alex Little, Brent A. Hannafan, and Edward J. Canter of Litson PLLC respectfully ask the Court's leave to appear by telephone or videoconference, rather than in person, at the August 10, 2026 hearing on the government's notice of inquiry regarding counsel. Counsel will appear in person if the Court would prefer, and submit this request only in light of their limited and now-concluded role in the case.

The Court granted the Litson attorneys' *pro hac vice* applications on June 18, 2026, roughly three weeks after sentencing. On July 21, the firm advised the government that it would be replaced as counsel for Mr. Lindberg. A notice of substitution for Vivek Ramachandran was filed on July 23, and the Court terminated the Litson attorneys from the docket. They have had no role in the case since.

The Litson attorneys are glad to attend in person if that would be more useful to the Court. They ask for leave to appear remotely only because the firm's offices are in Nashville, and a remote appearance would not limit counsel's ability to answer any questions the Court may have. Mr. Lindberg and his current counsel, Mr. Ramachandran

and Mr. Barnes, will be present in person. Mr. Ramachandran and Mr. Barnes consent to this request, and the government takes no position.

Dated: August 6, 2026.

Respectfully submitted,

*/s/ Edward J. Canter*
J. Alex Little (*pro hac vice*)
Brent A. Hannafan (*pro hac vice*)
Edward J. Canter (*pro hac vice*)
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
alex@litson.co
brent@litson.co
ted@litson.co

*Former Counsel for Greg Lindberg*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 6, 2026, he conferred with counsel for the government and with Mr. Ramachandran and Mr. Barnes regarding the relief requested in this motion. As noted in the body of the motion, Mr. Ramachandran and Mr. Barnes consent to the requested relief; and the government takes no position.

/s/ Edward J. Canter
Edward J. Canter

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 6, 2026, he electronically filed the foregoing Motion to Appear Remotely with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Edward J. Canter*
Edward J. Canter

## <u>CERTIFICATION REGARDING ARTIFICIAL INTELLIGENCE</u>

The undersigned certifies that no artificial intelligence was employed in doing the research for the preparation of this document, other than such artificial intelligence embedded in the standard online legal research sources; and that every statement in this document has been verified as accurate by the undersigned.

<u>*/s/ Edward J. Canter*</u>
Edward J. Canter