# EXHIBIT A

Email Correspondence — “Draft Final Supplement to Restitution Report” Thread
(the complete chain, August 2026)

United States v. Lindberg, No. 3:23-CR-48-MOC (W.D.N.C.)

**Contents (top-level emails; each carries the full quoted chain beneath it)**


1. Aug 17, 2026 04:57 PM — Michael Martinez
2. Aug 28, 2026 03:30 PM — vramachandran@dhammalaw.com
3. Aug 29, 2026 07:50 AM — Vramachandran
4. Aug 29, 2026 03:48 PM — vramachandran@dhammalaw.com
5. Aug 30, 2026 04:55 PM — vramachandran@dhammalaw.com

**Date:** Mon, 17 Aug 2026 16:57:24 +0000

**From:** Michael Martinez <mmartinez@grierlaw.com>

**To:** "vramachandran@dhammalaw.com" <vramachandran@dhammalaw.com>, "Ryan, Daniel (USANCW)" <Daniel.Ryan@usdoj.gov>

**Cc:** "barnesatty@aol.com" <barnesatty@aol.com>, "Freeman, Lyndie (CRM)" <Lyndie.Freeman@usdoj.gov>, "Bain-Creed, Benjamin (USANCW)" <Benjamin.Bain-Creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, "Sanders, Jeremy (CRM)" <Jeremy.Sanders@usdoj.gov>, "Washington, Dana (USANCW)" <Dana.Washington@usdoj.gov>

**Subject:** RE: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

---

No.


Michael L. Martinez

Grier Wright Martinez PA

521 E. Morehead St., Ste. 440, Charlotte, NC 28202

(704) 332-0209 (direct dial)

www.grierlaw.com

mmartinez@grierlaw.com


-----Original Message-----

From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>

Sent: Monday, August 17, 2026 12:28 PM

To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; Michael Martinez <mmartinez@grierlaw.com>

Cc: barnesatty@aol.com; Freeman, Lyndie (CRM) <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier <jgrier@grierlaw.com>; Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>; Washington, Dana (USANCW) <Dana.Washington@usdoj.gov>

Subject: Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

Caution: This message is from an external sender.

Martinez,

Are you going to place the requested data under seal on the court records to avoid the motion? We would rather fight on the designation than delay proceedings. Thank you.

In any case, in March 2026 you offered to place it on the record under seal. I am not sure why you cannot do the same now. None of this requires a confidentiality agreement.

Sincerely,

Vivek

On 2026-08-17 11:49, vramachandran@dhammalaw.com wrote:

> Dan,

>

> We need the data. We are asking for the data to avoid the motion.

>

> Sincerely,

> Vivek

>

> On 2026-08-17 11:48, Ryan, Daniel (USANCW) wrote:

>> Vivek,

>>

>> We appreciate your advocacy for your client, but we do not litigate

>> via email. If you file a motion with the court with your requested

>> relief, we will respond accordingly. To the extent we understand your

>> emails, we object to your conclusions, accusations, and requested

>> relief. That said, with respect to your requests for valuation
>> information, you can represent to the Court that we are reserving our
>> position until we see your motion.
>>
>> Regards,
>>
>> Dan
>>
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Monday, August 17, 2026 11:37 AM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: barnesatty@aol.com; Ryan, Daniel (USANCW)
>> <Daniel.Ryan@usdoj.gov>; Freeman, Lyndie (CRM)
>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>> (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Meyer, Ryan J.
>> <ryan.meyer@katten.com>; Joe Grier <jgrier@grierlaw.com>; Sanders,
>> Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
>> Subject: [EXTERNAL] Re: Draft Final Supplement to Restitution Report
>>
>> Dan and Michael,
>>
>> (1) Do you have the financial reports data we asked for below? Did
>> you use it in your report?
>>
>> We are looking for all financial reports and all board reports for
>> all primary restitution assets, specified affiliated companies for

>> the last four years and all letter of intents and offers to purchase
>> received. It is going to take us a month to analyze all this data.
>>
>> (2) Specifically the mid low high you filed with the court in July
>> 2026 is going to trigger a forfeiture worth millions of dollars. So
>> you need to let the defendant see this data on the court docket and
>> this needs to be on the docket so that this can be appealed.
>>
>> (3) Do you have the data you used to arrive at the valuation of all
>> assets you quoted in the sealed report in July 2026?
>>
>> (4) Do you have the data you said you will share with the court under
>> seal on March 2026?
>>
>> (5) Where is the updated data from March 2026 for the same where you
>> said that because AAPC is now valued less it needs to be downgraded?
>>
>> You are going to place all of the above on the record today under
>> seal.
>>
>> Without this the sentencing is going to be based on a blackbox and
>> attorney arguments.
>>
>> Dan, the government may not stand silent in all this. This is a
>> criminal proceeding where you sent someone to prison for 12 years
>> based on data he cannot see and will not be allowed to see? And

>> restitution worth billions of dollars based on data he cannot see and
>> you will not place on the record under seal?
>>
>> Sorry, I am having trouble with scruples. I am flummoxed that anyone
>> thinks this is ok in a criminal proceeding and if we ask for it as a
>> criminal defendant we are delaying the proceedings.
>>
>> Thank you.
>>
>> Sincerely,
>> Vivek
>>
>> On 2026-08-17 11:08, vramachandran@dhammalaw.com wrote:
>>
>>> Michael,
>>>
>>> Let me get this straight you are evaluating the assets with a range
>>> that you put on the record to trigger forfeiture but will not share
>>> that information with the defendant?
>>>
>>> You are going to share the valuation you said you have on all the
>>> assets from March 26, 2026 report. Either that was a lie or you have
>>> that data. You are going to place this on the record today under
>>> seal which we will contest.
>>>
>>> Dan, you are going to sentence someone based on data he cannot even

>>> see. You need to get this on the docket today please. And this is
>>> not for lack of asking as was represented to the court. You
>>> represented to the court when you had questionable authority to
>>> prevent product as the government and you want a sentence on an
>>> incomplete record. You need to explain this to the court.
>>>
>>> We want this on the record today under seal. You forced the deadline
>>> you need to give us the data now on the court records under seal if
>>> it needs to be.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> On 2026-08-17 10:35, vramachandran@dhammalaw.com wrote:
>>>
>>> Michael,
>>>
>>> Let me get this straight you are evaluating the assets with a range
>>> that you put on the record to forfiture but will not share that
>>> information with the defendant?
>>>
>>> You are going to share the valuation you said you have on all the
>>> assets from March 26, 2026 report. Either that was a lie or you have
>>> that data. You are going to place this on the record today under
>>> seal which we will contest.
>>>

>>> Dan, you are going to sentence someone based on data he cannot even
>>> see. You need to get this on the docket today please. And this is
>>> not for lack of asking as was represented to the court. You
>>> represented to the court when you had questionable authority to
>>> prevent product as the government and you want a sentence on an
>>> incomplete record. You need to explain this to the court.
>>>
>>> We want this on the record today under seal. You forced the deadline
>>> you need to give us the data now on the court records under seal if
>>> it needs to be.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> On 2026-08-17 10:24, vramachandran@dhammalaw.com wrote:
>>>
>>> Dan,
>>>
>>> Also as suggested, we have raised concerns about the relevance to
>>> some of this data to an independent criminal investigation.
>>> The government needs to act and get this data on file. Thank you.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> On 2026-08-17 10:19, vramachandran@dhammalaw.com wrote:

>>>
>>> Dan,
>>>
>>> As a prosecutor you should be aware that this is not just about Greg
>>> Lindberg. This data belongs to the victims and should be known to
>>> the general public. Sentencing without disclosing all of this
>>> information on the record is illegal. Unconstitutional. You need to
>>> let the Special Master know that he needs to file everything under
>>> seal if he so wants to.
>>>
>>> This is a criminal proceeding. You have a duty to place this
>>> information on the docket. This is exceptional. You delay the
>>> proceedings and then blame it on the defendant. Then seek a
>>> confidentiality agreement. You have the burden of proof. Are you
>>> going to meet it or not?
>>>
>>> I would like an answer by 12.00 P.M.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> Michael,
>>>
>>> This is a criminal case. Whatever you want to produce you need to
>>> produce now. I need to get this to my client so that we can defend
>>> on August 24th which you are forcing on the defendant.

>>>
>>> The data is subject to the court's sealing procedures. You are not
>>> going to condition this data on anything other than the court's own
>>> processes.
>>>
>>> Any failure to produce the data means you are unwilling to establish
>>> these on the record as required under the MVRA. That is a failure to
>>> prosecute by the government.
>>>
>>> Please file on the record the methodology and the data we requested
>>> underseal by August 17, 2026 noon. We will contest the sealing with
>>> the court if necessary.
>>>
>>> This is not a civil proceeding.
>>>
>>> Sincerely,
>>> viek
>>>
>>> On 2026-08-17 10:13, Michael Martinez wrote:
>>>
>>> Vivek:
>>>
>>> The Special Master disagrees with your legal analyses and
>>> conclusions below.
>>>
>>> That said, the Special Master would not be opposed in concept to

>>> producing (on a reasonable timeline) documents in our possession
>>> under a confidentiality agreement and protective order limiting the
>>> public disclosure of proprietary information. If your client is
>>> amenable to preserving the confidentiality of sensitive proprietary
>>> information, then I can draft a confidentiality agreement and
>>> protective order for your review and edit. If your client is not
>>> amenable to preserving the confidentiality of sensitive proprietary
>>> information, then a court order compelling us to produce these
>>> materials with no restrictions on subsequent disclosure will be
>>> required.
>>>
>>> Without limiting the foregoing, our proposed methodology for
>>> unrealized offsets/credits is that your client will receive a credit
>>> against his restitution obligation as the assets are monetized
>>> rather than him receiving a credit now based on our estimation of
>>> what the Primary Restitution Assets might fetch for victims. The
>>> purpose of the estimation was to satisfy the mandate in the special
>>> master order that the special master identify assets "and to the
>>> extent those assets are not readily convertible to cash, determine a
>>> reasonable estimated value for those assets." In other words,
>>> evaluating our estimation of what the Primary Restitution Assets
>>> might generate for victims in the future is not an integral
>>> component of the Court's restitution determination, and those
>>> estimated figures do not appear anywhere in the proposed restitution
>>> order.
>>>

>>> Michael L. Martinez

>>> Grier Wright Martinez PA

>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202

>>> (704) 332-0209 (direct dial)

>>> www.grierlaw.com [1] [1 [2]]

>>> mmartinez@grierlaw.com

>>>

>>> -----Original Message-----

>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>

>>> Sent: Monday, August 17, 2026 6:03 AM

>>> To: Michael Martinez <mmartinez@grierlaw.com>

>>> Cc: barnesatty@aol.com; Daniel Ryan (Daniel.Ryan@usdoj.gov)

>>> <daniel.ryan@usdoj.gov>; Freeman, Lyndie (CRM)

>>> <lyndie.freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)

>>> <benjamin.bain-creed@usdoj.gov>; Meyer, Ryan J.

>>> <ryan.meyer@katten.com>; Joe Grier <jgrier@grierlaw.com>; Jeremy

>>> Sanders <jeremy.sanders@usdoj.gov>

>>> Subject: Re: Draft Final Supplement to Restitution Report

>>>

>>> Caution: This message is from an external sender.

>>>

>>> Michael and Dan,

>>>

>>> I do want to remind you that unlike a bankruptcy proceeding, these

>>> companies are not just worth debt. They have revenues in the

>>> millions, so your methodology of evaluation has to be disclosed to

>>> the defendant on the record.

>>>

>>> We are looking for all financial reports and all board reports for

>>> all primary restitution assets, specified affiliated companies for

>>> the last four years and all letter of intents and offers to purchase

>>> received. It is going to take us a month to analyze all this data.

>>> Without this the sentencing is going to be based on a blackbox and

>>> attorney arguments.

>>> This does not meet the MVRA accounting requirement. Please get us

>>> this information by noon August 17, 2026.

>>>

>>> A fiduciary duty applies to the Special Master/Receiver.

>>>

>>> If you cannot establish your burden of proof, the government has a

>>> duty to let the court know that you cannot do it. Failure to do that

>>> to win is striking a foul blow.

>>>

>>> Katten has asked for this in the past. We do not have this

>>> information.

>>>

>>> Thank you.

>>>

>>> Sincerely,

>>> Vivek

>>>

>>> On 2026-08-15 14:59, vramachandran@dhammalaw.com wrote:

>>>
>>> Michael and Dan,
>>>
>>> (I) In your March 2026 report, you stated that publicly disclosing
>>> too much detail regarding the Primary Restitution Assets and the
>>> Special Master's value determinations concerning the same would
>>> negatively impact liquidation efforts and could, in itself,
>>
>> decrease
>>
>>>> the value of the Primary Restitution Assets, and that the Special
>>>> Master therefore erred on the side of caution by including in the
>>>> report a single range encompassing all Primary Restitution Assets
>>
>> lumped together.
>>
>>>> Please provide all of the data you stated you would provide to the
>>>> Court in that March 2026 report, together with any other documents
>>>> the Special Master intends to rely on for the valuations in this
>>>> proceeding. Please do so by noon on August 17, 2026. To the extent
>>>> you have any additional information these have to be established on
>>
>>>> the record under § 3664(f)(1)(A) by placing them on the record.
>>>>
>>>> Under the MVRA that material belongs with the defendant: the burden
>>

>>>> of demonstrating the amount of loss is on the Government, 18 U.S.C.

>>

>> §

>>

>>>> 3664(e); the statute requires "a complete accounting of the losses

>>

>> to

>>

>>>> each victim," id. § 3664(a); and restitution must be set "in the

>>

>> full

>>

>>>> amount of each victim's losses as determined by the court," id. §

>>>> 3664(f)(1)(A). A single lumped range, with its particulars

>>

>> withheld,

>>

>>>> cannot satisfy those provisions or permit the de novo

>>>> determination

>>

>>>> the Court is required to make. Id. § 3664(d)(6).

>>>>

>>>> (II) We will also file a motion on to unseal the Appendix to the

>>>> final report. Other than attorney argument, there is nothing in

>>

>> that

>>

>>>> Appendix, and we will file our own argument saying so -- both to

>>>> highlight this issue and to preserve the record for the Fourth

>>>> Circuit. Neither the defendant's right to contest the loss amount

>>

>> nor

>>

>>>> the Court's de novo review under § 3664(d)(6) can be exercised

>>>> against a figure whose basis is kept under seal. See § 3664(e).

>>>>

>>>> (III) We are going to file a motion for reconsideration of the

>>

>> denial

>>

>>>> of the subpoenas -- not because we expect the Court to change its

>>>> mind, but to make sure the record is clear on three points. First,

>>>> under the MVRA the burden of proof lies with the Government, not

>>

>> the

>>

>>>> defendant. § 3664(e). Second, to the extent the valuations of the

>>>> companies rest with the Special Master, they must be provided to

>>

>> the

>>

>>>> defendant under the accounting provisions of the MVRA. §§

>>

>> 3664(a),

>>

>>>> (f)(1)(A). Third, restitution under the MVRA must be accurate; if

>>

>> it

>>

>>>> cannot be made accurate, or if the issues are too complex, the

>>>> Court's option is to decline restitution rather than order an

>>>> inaccurate amount. § 3663A(c)(3)(B). To the extent you again

>>>> press

>>

>>>> the August 24 deadline, we preserve this issue for the Fourth

>>>> Circuit: the deferred determination is expressly contemplated by

>>>> §

>>

>>>> 3664(d)(5), and that ninety-day date is directory, not a license

>>

>> for an inaccurate award.

>>

>>>> See Dolan v. United States, 560 U.S. 605 (2010) (a court that

>>

>> misses

>>

>>>> the § 3664(d)(5) deadline retains authority to order restitution,

>>>> because the deadline is meant to protect victims, not to create a

>>>> windfall for defendants). Where loss is not yet ascertainable, the
>>>> MVRA's remedy is to develop the record -- or to decline
>>>> restitution
>>
>>>> under § 3663A(c)(3)(B) -- not to adopt a guess.
>>>>
>>>> (IV) We will additionally file a motion on the AAPC valuation and
>>
>> on
>>
>>>> Ares causation, tied to the subpoena request, to highlight the
>>>> live
>>
>>>> issues that remain pending and that the Government and the Special
>>>> Master are resisting. Causation and amount are the Government's to
>>>> prove by a preponderance of the evidence, § 3664(e), and the
>>>> value
>>
>> of
>>
>>>> the property must be established on the record under §
>>
>> 3664(f)(1)(A).
>>
>>> Attorney arguments about AI and AAPC do not establish value of the
>>> property on the record.

>>>

>>> We are happy to state that you are opposed to these motions.

>>>

>>> Sincerely,

>>> Vivek

>>>

>>> On 2026-07-22 16:48, Michael Martinez wrote:

>>>

>>> Please find attached our current draft of a final supplement to

>>

>> the

>>

>>> restitution report in the 3:23-CR-48 case. Also attached is a

>>> proposed final order of restitution and appendix to the supplement

>>

>>> discussing the primary restitution assets.

>>>

>>> Here is what we said about the other parties positions on this

>>> supplement: "The Special Master has conferred with both the

>>> government and the Defendant's counsel in relation to this

>>> Supplement.

>>> Although the government does not oppose the positions articulated

>>

>> by

>>

>>> the Special Master through this Supplement, the Defendant opposes

>>> the majority of the Special Master's recommendations appearing in

>>> this Supplement." If I have not accurately stated your client's

>>> position on our supplement, please let me know by the end of the

>>

>> day

>>

>>> tomorrow.

>>> We have to file this by Friday.

>>>

>>> Thank you.

>>>

>>> Michael L. Martinez

>>>

>>> Grier Wright Martinez, PA

>>>

>>> 521 E. Morehead St., Ste. 440

>>>

>>> Charlotte, NC 28202

>>>

>>> 704/332.0209 (direct)

>>>

>>> 704/332.0215 (fax)

>>>

>>> mmartinez@grierlaw.com

>>>

>>> Disclaimer

```
>>>
>>> This e-mail may contain confidential and attorney-client
>>
>> privileged
>>
>>> material for the sole use of the intended recipient. Do not accept
>>
>>> wiring instructions from us by email. If you are not the
>>
>> recipient,
>>
>>> you are hereby notified that any disclosure, copying, distribution
>>
>>> or taking action in relation of the contents of this information
>>
>> is
>>
>>> strictly prohibited and may be unlawful, please contact the sender
>>
>>> and delete this e-mail.
>>>
>>> This email has been scanned for viruses and malware, and may have
>>> been automatically archived by Mimecast Ltd, an innovator in
>>> Software as a Service (SaaS) for business. Providing a safer and
>>> more useful place for your human generated data. Specializing in;
>>> Security, archiving and compliance. To find out more Click Here [1
```

>>

>>> [1 [3]]].

>>>

>>> Links:

>>> ------

>>> [1] http://www.mimecast.com/products/ [4]

>>>

>>> Links:

>>> ------

>>> [1] http://www.mimecast.com/products/ [5]

>>

>> Disclaimer

>>

>> This e-mail may contain confidential and attorney-client privileged
>> material for the sole use of the intended recipient. Do not accept
>> wiring instructions from us by email. If you are not the recipient,
>> you are hereby notified that any disclosure, copying, distribution or
>> taking action in relation of the contents of this information is
>> strictly prohibited and may be unlawful, please contact the sender and
>> delete this e-mail.

>>

>> This email has been scanned for viruses and malware, and may have been
>> automatically archived by Mimecast Ltd, an innovator in Software as a
>> Service (SaaS) for business. Providing a safer and more useful place
>> for your human generated data. Specializing in; Security, archiving
>> and compliance. To find out more Click Here [2 [6]].

>>

>> Links:

>> ------

>> [1] http://www.grierlaw.com [7]

>> [2] http://www.mimecast.com/products/ [8]

>>

>> Links:

>> ------

>> [1]

>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F

>> [2]

>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> [3]

>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> [4]

>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> [5]

>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> [6]

>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

>> [7]

>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F

>> [8]

>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F

Disclaimer

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Do not accept wiring instructions from us by email. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful, please contact the sender and delete this e-mail.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more visit the Mimecast website.

**Date:** Fri, 28 Aug 2026 15:30:24 -0400

**From:** vramachandran@dhammalaw.com

**To:** "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>

**Cc:** Barnesatty <barnesatty@aol.com>, "Lyndie (FRD) Freeman" <lyndie.freeman@usdoj.gov>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, "Jeremy (FRD) Sanders" <jeremy.sanders@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>, Michael Martinez <mmartinez@grierlaw.com>, "Ryan J. Meyer" <ryan.meyer@katten.com>, "Brandon N. McCarthy" <brandon.mccarthy@katten.com>

**Subject:** Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

---

Dan,

Once again following up on the ex parte communications. We need an answer. I also sent you the categories we want via a separate email.

Silence is not an option. We have done everything we can to get you specificity.

Sincerely,
Vivek

On 2026-08-28 13:29, vramachandran@dhammalaw.com wrote:
> Dan,
>
> Following up once again on ex parte communications with the special
> master and his representatives (including but not limited to Paladin.)
> The government should let us know when we can see this Brady/Gigilo
> material. We need a response because the judgement may issue anytime
> and we don't want to go an file a motion to reconsider. Want to get
> this resolved through emails instead of another motion. We need to
> prepare for a 4th circuit appeal and cannot be blocked at every turn on
> everything from the government.
>
> As I understand the entire NHC communications were ex parte to the
> special master and Defendant has not had any access to that information
> and emails. All of these goto the $1.6 Billion base itself. Please
> provide this material to the Defendant. Since you adopted all of these
> wholesale you must have the underlying data.
>
> Similarly, the entire communication from Mike Dinius was ex parte to
> the special master. Defendant has not had any access to any of that
> information and emails. All of these goto the $1.6 Billion base itself.
> Please provide this material to the Defendant. Since you adopted all of
> these wholesale you must have the underlying data.
>

> Thank you.
>
> Sincerely,
> Vivek
>
>
> On 2026-08-28 11:35, vramachandran@dhammalaw.com wrote:
>> Dan,
>>
>> Your silence over the past three days on this ex parte issue is
>> disconcerting. How extensive was your ex parte contact with the
>> special master and his representatives (including paladin)? What was
>> discussed? Defense needs to know and have this Brady/Gigilo material.
>>
>> You had a trial two days ago. We can understand that. It's now 11.30
>> and we wanted a response by 9.30 A.M. today. Thank you.
>>
>>
>> Sincerely,
>> Vivek
>>
>>
>>
>> On 2026-08-28 10:01, vramachandran@dhammalaw.com wrote:
>>> Dan,
>>>
>>> We asked about ex parte communications two or three days ago. You
>>> have not responded yet. Please do so now.
>>>
>>> Thank you.
>>>
>>> Sincerely,
>>> Vivek
>>>
>>> On 2026-08-28 08:17, vramachandran@dhammalaw.com wrote:
>>>> Dan,
>>>>
>>>> For clarity, ex-parte communications are targeted for Brady/Gigilo
>>>> material targets everything that was send or received by the
>>>> government from/to the special master, his counsel or his
>>>> representatives (including but not limited to Paladin.) Any
>>>> communications between the government and any officers of the
>>>> entities (Preliminary Restitution Assets and Specified Affiliated
>>>> Companies) including but not limited to CEOs and trustees of the
>>>> organizations. For example, your communication with NHC officer
>>>> Meiji(?) to produce the affidavit you did in one of the only
>>>> responses to our motions you filed with the court.
>>>>
>>>> We are also trying to preserve evidence in what is a scrambled egg
>>>> with a special master/receiver. This applies not just to Greg
>>>> Lindberg. It applies to the victims as well. You have a
>>>> constitutional duty to get this done right.

>>>>
>>>> Please respond by 9.30 A.M. so that we know you are going to meet
>>>> your constitutional obligations.
>>>>
>>>> Sincerely,
>>>> Vivek
>>>>
>>>> On 2026-08-28 07:39, vramachandran@dhammalaw.com wrote:
>>>>> Dan,
>>>>>
>>>>> We want all ex parte communication between the government and the
>>>>> special master or his counsel. Let's start there. As you know
>>>>> communicating with a judge ex parte is not constitutional. It's a
>>>>> due process issue. It's Brady/Gigilo material which defense is
>>>>> entitled to have. All of it. Please respond by 9.30 AM so that we
>>>>> know that you are working on this production.
>>>>>
>>>>> We will send a discrete list of other items we want from the
>>>>> government as well. We will place all of these on the record in a
>>>>> motion to compel just as a protective measure. We will of course
>>>>> remove this from the docket if you provide us the information. We
>>>>> have no choice but to do this.
>>>>>
>>>>> I have had an extensive look at the contemporaneous record and the
>>>>> government in many instances made promises it never kept. For
>>>>> example, it agreed with Greg Lindberg that ClanWilliams should have
>>>>> a value of $800 million and Greg could argue for the $400 in
>>>>> credits. The government during a call suggested the same NCICS
>>>>> offset would be favorably treated and Greg would get the offsets.
>>>>>
>>>>> Let me just say, I had issues with my scruples again.
>>>>>
>>>>> Sincerely,
>>>>> Vivek
>>>>>
>>>>> On 2026-08-27 10:03, Vramachandran wrote:
>>>>>> Dan,
>>>>>>
>>>>>> Added you to the one place where the special master reached out to
>>>>>> us.
>>>>>> We have now regularized the one ex parte communication initiated
>>>>>> by
>>>>>> the master.
>>>>>>
>>>>>> Thank you.
>>>>>>
>>>>>> Sincerely,
>>>>>> Vivek
>>>>>>
>>>>>>> On Aug 26, 2026 at 12:39 PM, <Vramachandran> wrote:
>>>>>>>
>>>>>>> Brandon,

>>>>>>>
>>>>>>> Per my understanding the special master never gave us any
>>>>>>> information on
>>>>>>> the data and the spreadsheets behind the 1.6 Billion in
>>>>>>> restitution.
>>>>>>> Nor
>>>>>>> the methodology behind that value. Greg does not have them and
>>>>>>> would
>>>>>>>
>>>>>>> have had them if you had access to them.
>>>>>>>
>>>>>>> Additionally, none of the calculations, methodology spreadsheets
>>>>>>> and
>>>>>>>
>>>>>>> data behind the offsets and credits are disclosed.
>>>>>>>
>>>>>>> The valuations of the primary restitution assets and specified
>>>>>>> affiliated companies and assets and the methodology was ever
>>>>>>> disclosed.
>>>>>>> One was made in March 2026 and filed with the court in April
>>>>>>> 2026.
>>>>>>>
>>>>>>> This valuation of assets was updated and not disclosed to the
>>>>>>> defendant
>>>>>>> in the second supplement. None of which has ever been produced
>>>>>>> with
>>>>>>> the
>>>>>>> defendant. Only a range was disclosed in the second supplement.
>>>>>>>
>>>>>>> None of this is available with the defendant. We just asked the
>>>>>>> government to provide this information. We have already formally
>>>>>>> requested the government with a list and expect the government to
>>>>>>> step
>>>>>>> in provide all the results. This is an independent request to the
>>>>>>> government and they should provide it.
>>>>>>>
>>>>>>> Sincerely,
>>>>>>> Vivek
>>>>>>>
>>>>>>> On 2026-08-26 12:27, McCarthy, Brandon N. wrote:
>>>>>>>> Just seeing this back and forth. I am not sure what specific
>>>>>>>> items
>>>>>>> are
>>>>>>>> needed. We are happy to run another search for anything. Just
>>>>>>>> let
>>>>>>> us
>>>>>>>> know the specific items to look for.
>>>>>>>> Thanks
>>>>>>>>
>>>>>>>> Brandon N. McCarthy
>>>>>>>> Partner
>>>>>>>> Katten

>>>>>>>> Katten Muchin Rosenman LLP
>>>>>>>> 2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
>>>>>>>> direct +1.214.765.3680
>>>>>>>> brandon.mccarthy@katten.com | katten.com
>>>>>>>> Bio | vCard
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>>>>>>>> Sent: Wednesday, August 26, 2026 9:37 AM
>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (FRD)
>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>> Sanders, Jeremy (FRD) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>>>>> Dana
>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>> <mmartinez@grierlaw.com>; Meyer, Ryan J.
>>>>>>>> <ryan.meyer@katten.com>;
>>>>>>>> McCarthy, Brandon N. <brandon.mccarthy@katten.com>
>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>> Restitution
>>>>>>>> Report
>>>>>>>>
>>>>>>>> EXTERNAL EMAIL \u2013 EXERCISE CAUTION
>>>>>>>>
>>>>>>>> Dan,
>>>>>>>>
>>>>>>>> And yes, I spoke to Greg Lindberg a few minutes ago. He has
>>>>>>>> never
>>>>>>>> received any of this information from the special master or
>>>>>>>> anyone
>>>>>>>> else.
>>>>>>>> Prior counsel also have not had any success getting this
>>>>>>> information
>>>>>>>> from the special master. They are copied here.
>>>>>>>>
>>>>>>>> You (the government) have the burden of proof. Also all of this
>>>>>>>> is
>>>>>>>> Brady/Giglio information.
>>>>>>>>
>>>>>>>> We don't have it and have not had it. We want this information.
>>>>>>>>
>>>>>>>> Sincerely,
>>>>>>>> Vivek
>>>>>>>>
>>>>>>>> On 2026-08-26 09:33, vramachandran@dhammalaw.com wrote:
>>>>>>>>> I have not had any ex parte communication with the special
>>>>>>>>> master
>>>>>>>> other
>>>>>>>>> than an AAPC tax return.
>>>>>>>>> I would like to know what communication the government had.

>>>>>>>>> And your data request is to you the government. Do not bring in
>>>>>>> the
>>>>>>>>> Special Master or anyone else into this.
>>>>>>>>> Either you have it or you don't have it. State plainly whether
>>>>>>> you
>>>>>>>> have
>>>>>>>>> the data or not in the other email.
>>>>>>>>>
>>>>>>>>> Sincerely,
>>>>>>>>> vivek
>>>>>>>>>
>>>>>>>>> On 2026-08-26 09:29, vramachandran@dhammalaw.com wrote:
>>>>>>>>>> Dan,
>>>>>>>>>>
>>>>>>>>>> The government was asked via a separate email for the data to
>>>>>>>>>> be
>>>>>>>>>> produced.
>>>>>>>>>> You can respond there. We asked the government to produce what
>>>>>>> it
>>>>>>>> has
>>>>>>>>>> in that email thread.
>>>>>>>>>> It is directed to the government. I am not playing ask the
>>>>>>> special
>>>>>>>>>> master again.
>>>>>>>>>> We want the basis for your adoption of the report wholesale
>>>>>>>>>> and
>>>>>>>> using
>>>>>>>>>> that during sentencing.
>>>>>>>>>> Your response to the government's request should be on that
>>>>>>> thread.
>>>>>>>>>>
>>>>>>>>>> Sincerely,
>>>>>>>>>> Vivek
>>>>>>>>>>
>>>>>>>>>> On 2026-08-26 09:27, Ryan, Daniel (USANCW) wrote:
>>>>>>>>>>> Vivek,
>>>>>>>>>>>
>>>>>>>>>>> We once again disagree with your claims about the facts and
>>>>>>>>>>> the
>>>>>>>> law.
>>>>>>>>>>> Moreover, you did not answer my question. What materials
>>>>>>> regarding
>>>>>>>>>>> restitution did Mr. Lindberg's prior counsel not receive from
>>>>>>> the
>>>>>>>>>>> Government, the Special Master, Paladin, or any other source?
>>>>>>> The
>>>>>>>>>>> government does not have any obligation to reproduce
>>>>>>>>>>> materials
>>>>>>>>>>> already in Defendant's possession. Is it your position that
>>>>>>>>>>> Mr.
>>>>>>>>>>> Lindberg's counsel did not receive any information or
>>>>>>>>>>> materials

>>>>>>>> from
>>>>>>>>>>> the Special Master and/or Paladin during its ex parte
>>>>>>>> communications
>>>>>>>>>>> with them or the government in discovery relating to
>>>>>>> restitution?
>>>>>>>> If
>>>>>>>>>>> so, please provide support for that claim.
>>>>>>>>>>>
>>>>>>>>>>> We are happy to provide Mr. Lindberg with any materials he is
>>>>>>>>>>> entitled to, but we do not agree with your suggestion that he
>>>>>>> has
>>>>>>>> not
>>>>>>>>>>> already received materials underpinning the restitution
>>>>>>>>>>> amount.
>>>>>>>>>>>
>>>>>>>>>>> Also, I will be at a trial that starts this morning, so I
>>>>>>>>>>> will
>>>>>>> not
>>>>>>>> be
>>>>>>>>>>> able to respond to any further emails today.
>>>>>>>>>>>
>>>>>>>>>>> Dan
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>>>> Sent: Wednesday, August 26, 2026 7:43 AM
>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie (FRD)
>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW)
>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>> Sanders, Jeremy (FRD) <Jeremy.Sanders@usdoj.gov>; Washington,
>>>>>>> Dana
>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>> Restitution
>>>>>>>>>>> Report
>>>>>>>>>>>
>>>>>>>>>>> Dan,
>>>>>>>>>>>
>>>>>>>>>>> We will be placing objections on file today. We will also
>>>>>>>>>>> place
>>>>>>> a
>>>>>>>>>>> motion
>>>>>>>>>>> to compel against the government and special master if I
>>>>>>>>>>> don't
>>>>>>>> hear
>>>>>>>>>>> back
>>>>>>>>>>> from the government on the documents we asked for.

>>>>>>>>>>>
>>>>>>>>>>> Clearly, the government knows how to share the information it
>>>>>>> has.
>>>>>>>>>>> And
>>>>>>>>>>> it should to avoid troubling the court.
>>>>>>>>>>>
>>>>>>>>>>> Sincerely,
>>>>>>>>>>> Vivek
>>>>>>>>>>>
>>>>>>>>>>> On 2026-08-25 14:38, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>> Please respond before 3.30 P.M. We will be seeking active
>>>>>>>>>>>> intervention
>>>>>>>>>>>> from both the 4th circuit and the district court on the
>>>>>>>> government's
>>>>>>>>>>>> obligation to share data it has.
>>>>>>>>>>>>
>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>> Vivek
>>>>>>>>>>>>
>>>>>>>>>>>> On 2026-08-25 14:28, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>>> Dan and Jeremy,
>>>>>>>>>>>>>
>>>>>>>>>>>>> We once again request the government to give the data that
>>>>>>>>>>>>> underlies
>>>>>>>>>>>>> the restitution and sentencing. Restitution is part and
>>>>>>> parcel
>>>>>>>> of
>>>>>>>>>>>>> the
>>>>>>>>>>>>> criminal sentence. It's a Brady/Giglio violation to deny
>>>>>>> access
>>>>>>>> to
>>>>>>>>>>>>> the
>>>>>>>>>>>>> data and the methodology on which sentencing is based.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Additionally, your second omnibus position is against DOJ
>>>>>>> policy
>>>>>>>> on
>>>>>>>>>>>>> interest rate.
>>>>>>>>>>>>>
>>>>>>>>>>>>> The prosecution has the duty to provide the data we
>>>>>>>>>>>>> requested
>>>>>>>> from
>>>>>>>>>>>>> the
>>>>>>>>>>>>> special master.
>>>>>>>>>>>>>
>>>>>>>>>>>>> There is an appeal filed to preserve Greg Lindberg's rights
>>>>>>>> after
>>>>>>>>>>>>> sentencing and after preliminary order on restitution. That
>>>>>>> does
>>>>>>>>>>>>> not
>>>>>>>>>>>>> excuse non-production of the data. Dan it's the
>>>>>>>>>>>>> government's

>>>>>>>>>>>>> responsibility to get the data and share the data similar
>>>>>>>>>>>>> to
>>>>>>> how
>>>>>>>>>>>>> the
>>>>>>>>>>>>> Ares 302's were shared.
>>>>>>>>>>>>>
>>>>>>>>>>>>> At the end of the day, it's the United States Vs. Greg
>>>>>>> Lindberg.
>>>>>>>>>>>>> It's
>>>>>>>>>>>>> your burden of proof irrespective of your position on what
>>>>>>> the
>>>>>>>> data
>>>>>>>>>>>>> relates to. It's the underlying data on restitution and the
>>>>>>> data
>>>>>>>>>>>>> that
>>>>>>>>>>>>> you used for sentencing and preliminary restitution and an
>>>>>>> order
>>>>>>>> on
>>>>>>>>>>>>> restitution the government wants and a forfeitutre the
>>>>>>>> government
>>>>>>>>>>>>> will
>>>>>>>>>>>>> seek to enforce.
>>>>>>>>>>>>> And sentencing is as yet incomplete and we are asking for
>>>>>>>>>>>>> the
>>>>>>>> data.
>>>>>>>>>>>>>
>>>>>>>>>>>>> It's the prosecution to obtain the data.
>>>>>>>>>>>>>
>>>>>>>>>>>>> On our part, even when we don't agree with a designation,
>>>>>>>>>>>>> we
>>>>>>>> have
>>>>>>>>>>>>> gone
>>>>>>>>>>>>> the extra mile to file everything under seal pending
>>>>>>>> determination
>>>>>>>>>>>>> by
>>>>>>>>>>>>> the court. Not getting us the data under these
>>>>>>>>>>>>> circumstances
>>>>>>>> does
>>>>>>>>>>>>> not
>>>>>>>>>>>>> comport with your obligations.
>>>>>>>>>>>>>
>>>>>>>>>>>>> You have the ability to share the data with the defendant
>>>>>>>>>>>>> and
>>>>>>>> have
>>>>>>>>>>>>> done so on victims statements which are far more sensitive
>>>>>>> than
>>>>>>>> the
>>>>>>>>>>>>> statements of companies Greg Lindberg turned over to you.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Thank you.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Sincerely,

>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>
>>>>>>>>>>>>> On 2026-08-23 21:11, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>>>> Jermey,
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> We may file this with the 4th again as an interim stay.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Dan and Martinez,
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Given that the court has not been informed of a sale on
>>>>>>>>>>>>>> the
>>>>>>>> Damovo
>>>>>>>>>>>>>> sale and both of you have not responded to the motion
>>>>>>> relating
>>>>>>>> to
>>>>>>>>>>>>>> Damovo which is now being sold for debt with an offer for
>>>>>>> the
>>>>>>>> $400
>>>>>>>>>>>>>> million to 450 million. We are filing a motion for stay.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> On 2026-08-18 11:07, vramachandran@dhammalaw.com wrote:
>>>>>>>>>>>>>>> Thank you, Dan. We will file a motion to reconsider
>>>>>>> shortly.
>>>>>>>> We
>>>>>>>>>>>>>>> need
>>>>>>>>>>>>>>> to preserve our objections at this point.
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Sent with Spark [18]
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Aug 18, 2026 at 11:03\u202fAM -0400, Ryan, Daniel
(USANCW)
>>>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Vivek,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> I disagree with your recitation of the facts and law,
>>>>>>>>>>>>>>>> but,
>>>>>>> as
>>>>>>>> I
>>>>>>>>>>>>>>>> indicated yesterday, the Government has no objection to
>>>>>>> you
>>>>>>>>>>>>>>>> getting

>>>>>>>>>>>>>>>> access to the type of information you are requesting
>>>>>>>>>>>>>>>> from
>>>>>>> the
>>>>>>>>>>>>>>>> Special Master subject to his ability to provide it to
>>>>>>> you.
>>>>>>>> The
>>>>>>>>>>>>>>>> Government believes that the information you are seeking
>>>>>>>> would,
>>>>>>>>>>>>>>>> at
>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>> minimum, qualify as \u201csensitive materials\u201d under
the
>>>>>>>> Court\u2019s
>>>>>>>>>>>>>>>> Standard Criminal Discovery Order that the Defendant may
>>>>>>> not
>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>> copies of, and they may rise to the level of
>>>>>>> \u201cattorney\u2019s
>>>>>>>> eyes
>>>>>>>>>>>>>>>> only.\u201d I would encourage you to work with the
Special
>>>>>>>> Master to
>>>>>>>>>>>>>>>> see if you can agree to a mechanism for you to obtain
>>>>>>> access
>>>>>>>> to
>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>> materials you seek.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Dan
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 5:55 PM
>>>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>>>>>>>>> Cc: Barnesatty <barnesatty@aol.com>; Freeman, Lyndie
>>>>>>>>>>>>>>>> (CRM)
>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>>>>>>>>>>> (USANCW)
>>>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>>>> Washington,
>>>>>>>>>>>>>>>> Dana
>>>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael Martinez
>>>>>>>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>>>> Report
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Corrected. Sent was hit before the draft was complete.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>> Defense wants a complete record for the appeal. The
>>>>>>>>>>>>>>>> basis
>>>>>>> for
>>>>>>>>>>>>>>>> both
>>>>>>>>>>>>>>>> the sentence term and the restitution number is based on
>>>>>>> the
>>>>>>>>>>>>>>>> methodology of calculating the value of the restitution
>>>>>>>> assets
>>>>>>>>>>>>>>>> i.e.
>>>>>>>>>>>>>>>> companies.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Similar to when law enforcement uses a sting ray device
>>>>>>> they
>>>>>>>>>>>>>>>> need
>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>> disclose the specification of the stingray device and
>>>>>>>>>>>>>>>> how
>>>>>>> the
>>>>>>>>>>>>>>>> data
>>>>>>>>>>>>>>>> on a particular suspect was collected.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Similarly over here when you allege that multiple
>>>>>>> restitution
>>>>>>>>>>>>>>>> assets
>>>>>>>>>>>>>>>> are worth a lump sum value you need to disclose what
>>>>>>>>>>>>>>>> each
>>>>>>>>>>>>>>>> company
>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>> worth and how that valuation was arrived at. Finally you
>>>>>>> need
>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>> show how each credit and offset is calculated and the
>>>>>>>> detailed
>>>>>>>>>>>>>>>> method. All of these under MVRA are the government
>>>>>>>>>>>>>>>> burden
>>>>>>> to
>>>>>>>>>>>>>>>> establish. Without this there cannot be a final
>>>>>>> restitution
>>>>>>>>>>>>>>>> order.
>>>>>>>>>>>>>>>> Here the restitution order triggers a forfeiture if the
>>>>>>> value
>>>>>>>> of
>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>> companies is less than the restitution ordered. So the
>>>>>>> harm
>>>>>>>> is
>>>>>>>>>>>>>>>> immediate to Greg Lindberg. In addition whatever
>>>>>>> methodology
>>>>>>>>>>>>>>>> including numbers from the insurance companies and
>>>>>>>>>>>>>>>> losses
>>>>>>>> that
>>>>>>>>>>>>>>>> went

>>>>>>>>>>>>>>>> into the calculations should also be on the record.
>>>>>>>>>>>>>>>> Again
>>>>>>> the
>>>>>>>>>>>>>>>> governments proof on the record.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Once again defendants interest over here is to
>>>>>>>>>>>>>>>> adversarily
>>>>>>>> test
>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>> information for which defendant has to see this
>>>>>>> information
>>>>>>>> and
>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>> time with this information.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> On multiple instances Katten has tried to obtain this
>>>>>>>>>>>>>>>> information
>>>>>>>>>>>>>>>> unsuccessfully. If we need to go to the 4 th circuit and
>>>>>>> come
>>>>>>>>>>>>>>>> back
>>>>>>>>>>>>>>>> on remand to get this information in two years we will.
>>>>>>>>>>>>>>>> We
>>>>>>>> will
>>>>>>>>>>>>>>>> seek
>>>>>>>>>>>>>>>> a bond from the 4th because government failed in
>>>>>>>>>>>>>>>> providing
>>>>>>>> the
>>>>>>>>>>>>>>>> factual basis for the numbers.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> It will be easier for all parties including Greg
>>>>>>>>>>>>>>>> Lindberg
>>>>>>> and
>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>> victims, if this information is placed on the record
>>>>>>>>>>>>>>>> right
>>>>>>>> now.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Given that we are willing to use the governments
>>>>>>> protective
>>>>>>>>>>>>>>>> order
>>>>>>>>>>>>>>>> there is no basis to deny access to the information we
>>>>>>>>>>>>>>>> requested.
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:38 PM, <Vramachandran> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> There is already a standing protective order in place
>>>>>>>>>>>>>>>>> in
>>>>>>> the

>>>>>>>>>>>>>>>>> criminal
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> case that governs all of the government's discovery in
>>>>>>> this
>>>>>>>>>>>>>>>>> case,
>>>>>>>>>>>>>>>>> so I'm
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> now sure where there needs to be a new protective order
>>>>>>> for
>>>>>>>>>>>>>>>>> this.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Please use that order.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On 2026-08-17 13:20, Vramachandran wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Martinez,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Please provide the information we asked for and what\
u2019s
>>>>>>> in
>>>>>>>> your
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> subpoena. Just blocking access with a no is just an
>>>>>>> illegal
>>>>>>>>>>>>>>>>> sentence.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> This is not a civil proceeding. Delaying access is
>>>>>>>> prejudicial
>>>>>>>>>>>>>>>>> to Greg
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Lindberg.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:11 PM, <Vramachandran> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> Of course if there is business confidential
>>>>>>>>>>>>>>>>>>> information
>>>>>>> we
>>>>>>>>>>>>>>>>> won\u2019t
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> contest it. It\u2019s Greg Lindberg\u2019s companies.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> The AAPC report is mere attorney arguments without
>>>>>>>>>>>>>>>>>>> any
>>>>>>>> data.
>>>>>>>>>>>>>>>>> That
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> kind of a report being sealed serves no one.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:06 PM, <Vramachandran> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> The court can order a protective order and the
>>>>>>>>>>>>>>>>>>> Special
>>>>>>>> Master
>>>>>>>>>>>>>>>>> can
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> request one after filing it under seal. We will
>>>>>>>>>>>>>>>>>>> contest
>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> protective order request.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sent with Spark [1]

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 1:04\u202fPM -0400, Ryan, Daniel
>>>>>>> (USANCW)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>, wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Vivek,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> While we do not believe the requested information is
>>>>>>>> relevant
>>>>>>>>>>>>>>>>> to the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Court's determination of a final restitution order,
>>>>>>>>>>>>>>>>>>> we
>>>>>>>> have
>>>>>>>>>>>>>>>>>>> no
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> objection to you getting relevant data from the
>>>>>>>>>>>>>>>>>>> Special
>>>>>>>>>>>>>>>>>>> Master.
>>>>>>>>>>>>>>>>> That
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> said, we agree a protective order, not just filing it
>>>>>>>> under
>>>>>>>>>>>>>>>>> seal, is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> appropriate here at least with respect to the most
>>>>>>>> sensitive
>>>>>>>>>>>>>>>>> types
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> of business data.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Dan
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> From: Vramachandran <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 1:01 PM
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Cc: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>;
>>>>>>>> Barnesatty
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <barnesatty@aol.com>; Freeman, Lyndie (CRM)

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>> (USANCW)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>>>>> Washington,
>>>>>>>>>>>>>>>>> Dana
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>; Michael
>>>>>>>>>>>>>>>>>>> Martinez
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Report
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Are you opposed to an expedited motion being placed
>>>>>>>>>>>>>>>>>>> on
>>>>>>> the
>>>>>>>>>>>>>>>>> record?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> We have no interest in delaying proceedings and want
>>>>>>> this
>>>>>>>>>>>>>>>>>>> data
>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the record now.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On Aug 17, 2026 at 12:57 PM, <Michael Martinez>

>>>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> No.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Michael L. Martinez
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Grier Wright Martinez PA
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> (704) 332-0209 (direct dial)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=27d1ab0d-429dc25f-27d68fe8-74fe4867716e-08c48172a4f75ca0&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [1]
>>>>>>>>>>>>>>>>>>> [1] [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 12:28 PM
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>;
>>>>>>> Michael
>>>>>>>>>>>>>>>>> Martinez
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <mmartinez@grierlaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Freeman, Lyndie (CRM)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>> (USANCW)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier
>>>>>>>>>>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sanders, Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>;
>>>>>>>> Washington,

>>>>>>>>>>>>>>>>> Dana
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> (USANCW) <Dana.Washington@usdoj.gov>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Subject: Re: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Report
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Caution: This message is from an external sender.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Martinez,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Are you going to place the requested data under seal
>>>>>>>>>>>>>>>>>>> on
>>>>>>>> the
>>>>>>>>>>>>>>>>> court
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> records to avoid the motion? We would rather fight on
>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> designation than delay proceedings. Thank you.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> In any case, in March 2026 you offered to place it on
>>>>>>> the
>>>>>>>>>>>>>>>>> record
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> under seal. I am not sure why you cannot do the same
>>>>>>> now.
>>>>>>>>>>>>>>>>>>> None
>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> this requires a confidentiality agreement.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> On 2026-08-17 11:49, vramachandran@dhammalaw.com
>>>>>>>>>>>>>>>>>>> wrote:

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> We need the data. We are asking for the data to
>>>>>>>>>>>>>>>>>>>> avoid
>>>>>>> the
>>>>>>>>>>>>>>>>> motion.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> On 2026-08-17 11:48, Ryan, Daniel (USANCW) wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Vivek,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> We appreciate your advocacy for your client, but we
>>>>>>> do
>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> litigate
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> via email. If you file a motion with the court with
>>>>>>> your
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> requested
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> relief, we will respond accordingly. To the extent
>>>>>>>>>>>>>>>>>>>>> we
>>>>>>>>>>>>>>>>> understand
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> your
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> emails, we object to your conclusions, accusations,
>>>>>>> and
>>>>>>>>>>>>>>>>> requested
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> relief. That said, with respect to your requests
>>>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>> valuation
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> information, you can represent to the Court that we
>>>>>>> are
>>>>>>>>>>>>>>>>> reserving

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> our
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> position until we see your motion.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Regards,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Dan
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 11:37 AM
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Ryan, Daniel (USANCW)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> <Daniel.Ryan@usdoj.gov>; Freeman, Lyndie (CRM)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Meyer,
>>>>>>>>>>>>>>>>>>>>> Ryan
>>>>>>> J.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier
>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Sanders,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Jeremy (CRM) <Jeremy.Sanders@usdoj.gov>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Subject: [EXTERNAL] Re: Draft Final Supplement to
>>>>>>>>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Report
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Dan and Michael,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (1) Do you have the financial reports data we asked
>>>>>>> for

>>>>>>>>>>>>>>>>> below?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Did
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> you use it in your report?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> We are looking for all financial reports and all
>>>>>>> board
>>>>>>>>>>>>>>>>> reports
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> all primary restitution assets, specified
>>>>>>>>>>>>>>>>>>>>> affiliated
>>>>>>>>>>>>>>>>> companies
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> the last four years and all letter of intents and
>>>>>>> offers
>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> purchase
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> received. It is going to take us a month to analyze
>>>>>>> all
>>>>>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> data.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (2) Specifically the mid low high you filed with
>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>> court
>>>>>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> July
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> 2026 is going to trigger a forfeiture worth
>>>>>>>>>>>>>>>>>>>>> millions
>>>>>>> of
>>>>>>>>>>>>>>>>> dollars.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> So
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> you need to let the defendant see this data on the
>>>>>>> court
>>>>>>>>>>>>>>>>> docket
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> this needs to be on the docket so that this can be
>>>>>>>>>>>>>>>>>>>>> appealed.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (3) Do you have the data you used to arrive at the
>>>>>>>>>>>>>>>>>>>>> valuation
>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> all
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> assets you quoted in the sealed report in July
>>>>>>>>>>>>>>>>>>>>> 2026?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (4) Do you have the data you said you will share
>>>>>>>>>>>>>>>>>>>>> with
>>>>>>>> the
>>>>>>>>>>>>>>>>> court
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> seal on March 2026?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> (5) Where is the updated data from March 2026 for
>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>> same
>>>>>>>>>>>>>>>>> where
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> said that because AAPC is now valued less it needs
>>>>>>>>>>>>>>>>>>>>> to
>>>>>>> be
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> downgraded?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> You are going to place all of the above on the
>>>>>>>>>>>>>>>>>>>>> record
>>>>>>>> today
>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> seal.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Without this the sentencing is going to be based on
>>>>>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>> blackbox
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> attorney arguments.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Dan, the government may not stand silent in all
>>>>>>>>>>>>>>>>>>>>> this.
>>>>>>>> This
>>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>> a [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> criminal proceeding where you sent someone to
>>>>>>>>>>>>>>>>>>>>> prison
>>>>>>> for
>>>>>>>> 12
>>>>>>>>>>>>>>>>> years [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> based on data he cannot see and will not be allowed
>>>>>>> to
>>>>>>>> see?
>>>>>>>>>>>>>>>>> And [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [2]>>> restitution worth billions of dollars based on
>>>>>>> data
>>>>>>>> he
>>>>>>>>>>>>>>>>> cannot see
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> you will not place on the record under seal?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Sorry, I am having trouble with scruples. I am
>>>>>>> flummoxed
>>>>>>>>>>>>>>>>>>>>> that
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> anyone
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> thinks this is ok in a criminal proceeding and if
>>>>>>>>>>>>>>>>>>>>> we
>>>>>>> ask
>>>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>> it
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> as a

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> criminal defendant we are delaying the proceedings.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Thank you.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> On 2026-08-17 11:08, vramachandran@dhammalaw.com
>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Let me get this straight you are evaluating the
>>>>>>> assets
>>>>>>>>>>>>>>>>>>>>>> with
>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> range
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> that you put on the record to trigger forfeiture
>>>>>>>>>>>>>>>>>>>>>> but
>>>>>>>> will
>>>>>>>>>>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> share
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> that information with the defendant?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> You are going to share the valuation you said you
>>>>>>> have
>>>>>>>> on
>>>>>>>>>>>>>>>>> all
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was
>>>>>>>>>>>>>>>>>>>>>> a
>>>>>>>> lie

>>>>>>>>>>>>>>>>>>>>>> or
>>>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> that data. You are going to place this on the
>>>>>>>>>>>>>>>>>>>>>> record
>>>>>>>> today
>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> seal which we will contest.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Dan, you are going to sentence someone based on
>>>>>>>>>>>>>>>>>>>>>> data
>>>>>>> he
>>>>>>>>>>>>>>>>> cannot
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> even
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> see. You need to get this on the docket today
>>>>>>> please.
>>>>>>>> And
>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> not for lack of asking as was represented to the
>>>>>>> court.
>>>>>>>>>>>>>>>>>>>>>> You
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>>>>>>>>>>> authority
>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> prevent product as the government and you want a
>>>>>>>> sentence
>>>>>>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>>>> an
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> incomplete record. You need to explain this to the
>>>>>>>> court.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> We want this on the record today under seal. You
>>>>>>> forced
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> deadline
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> you need to give us the data now on the court
>>>>>>> records
>>>>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>> seal
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> if
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> it needs to be.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:35, vramachandran@dhammalaw.com
>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Let me get this straight you are evaluating the
>>>>>>> assets
>>>>>>>>>>>>>>>>>>>>>> with
>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> range
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> that you put on the record to forfiture but will
>>>>>>>>>>>>>>>>>>>>>> not
>>>>>>>> share
>>>>>>>>>>>>>>>>> that
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information with the defendant?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> You are going to share the valuation you said you
>>>>>>> have
>>>>>>>> on
>>>>>>>>>>>>>>>>> all
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> assets from March 26, 2026 report. Either that was
>>>>>>>>>>>>>>>>>>>>>> a
>>>>>>>> lie

>>>>>>>>>>>>>>>>>>>>>> or
>>>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> that data. You are going to place this on the
>>>>>>>>>>>>>>>>>>>>>> record
>>>>>>>> today
>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> seal which we will contest.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Dan, you are going to sentence someone based on
>>>>>>>>>>>>>>>>>>>>>> data
>>>>>>> he
>>>>>>>>>>>>>>>>> cannot
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> even
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> see. You need to get this on the docket today
>>>>>>> please.
>>>>>>>> And
>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> not for lack of asking as was represented to the
>>>>>>> court.
>>>>>>>>>>>>>>>>>>>>>> You
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> represented to the court when you had questionable
>>>>>>>>>>>>>>>>>>>>>> authority
>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> prevent product as the government and you want a
>>>>>>>> sentence
>>>>>>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>>>> an
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> incomplete record. You need to explain this to the
>>>>>>>> court.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> We want this on the record today under seal. You
>>>>>>> forced
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> deadline
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> you need to give us the data now on the court
>>>>>>> records
>>>>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>> seal
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> if
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> it needs to be.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:24, vramachandran@dhammalaw.com
>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Also as suggested, we have raised concerns about
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>> relevance
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> some of this data to an independent criminal
>>>>>>>>>>>>>>>>>>>>>> investigation.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> The government needs to act and get this data on
>>>>>>> file.
>>>>>>>>>>>>>>>>>>>>>> Thank
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> you.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:19, vramachandran@dhammalaw.com
>>>>>>> wrote:
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> As a prosecutor you should be aware that this is
>>>>>>>>>>>>>>>>>>>>>> not
>>>>>>>> just
>>>>>>>>>>>>>>>>> about
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Greg
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Lindberg. This data belongs to the victims and
>>>>>>> should
>>>>>>>> be
>>>>>>>>>>>>>>>>> known
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the general public. Sentencing without disclosing
>>>>>>> all
>>>>>>>> of
>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information on the record is illegal.
>>>>>>> Unconstitutional.
>>>>>>>>>>>>>>>>>>>>>> You
>>>>>>>>>>>>>>>>> need
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> let the Special Master know that he needs to file
>>>>>>>>>>>>>>>>>>>>>> everything
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> under
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> seal if he so wants to.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This is a criminal proceeding. You have a duty to
>>>>>>> place
>>>>>>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information on the docket. This is exceptional.
>>>>>>>>>>>>>>>>>>>>>> You
>>>>>>>> delay
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> proceedings and then blame it on the defendant.
>>>>>>>>>>>>>>>>>>>>>> Then

>>>>>>>> seek
>>>>>>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> confidentiality agreement. You have the burden of
>>>>>>>>> proof.
>>>>>>>>>>>>>>>>>>>>>> Are
>>>>>>>>>>>>>>>>> you
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> going to meet it or not?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> I would like an answer by 12.00 P.M.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This is a criminal case. Whatever you want to
>>>>>>>> produce
>>>>>>>>> you
>>>>>>>>>>>>>>>>> need
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> produce now. I need to get this to my client so
>>>>>>>>>>>>>>>>>>>>>> that
>>>>>>>> we
>>>>>>>>>>>>>>>>>>>>>> can
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> defend
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> on August 24th which you are forcing on the
>>>>>>>> defendant.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> The data is subject to the court's sealing
>>>>>>>> procedures.
>>>>>>>>> You
>>>>>>>>>>>>>>>>> are
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> not
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> going to condition this data on anything other
>>>>>>>>>>>>>>>>>>>>>> than
>>>>>>> the
>>>>>>>>>>>>>>>>> court's
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> own
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> processes.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Any failure to produce the data means you are
>>>>>>> unwilling
>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> establish
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> these on the record as required under the MVRA.
>>>>>>>>>>>>>>>>>>>>>> That
>>>>>>> is
>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> failure to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> prosecute by the government.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Please file on the record the methodology and the
>>>>>>> data
>>>>>>>> we
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> requested
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> underseal by August 17, 2026 noon. We will contest
>>>>>>> the
>>>>>>>>>>>>>>>>> sealing
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> with
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the court if necessary.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This is not a civil proceeding.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> viek
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-08-17 10:13, Michael Martinez wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> The Special Master disagrees with your legal
>>>>>>> analyses
>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> conclusions below.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> That said, the Special Master would not be opposed
>>>>>>> in
>>>>>>>>>>>>>>>>> concept to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> producing (on a reasonable timeline) documents in
>>>>>>> our
>>>>>>>>>>>>>>>>> possession
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> under a confidentiality agreement and protective
>>>>>>> order
>>>>>>>>>>>>>>>>> limiting
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> public disclosure of proprietary information. If
>>>>>>> your
>>>>>>>>>>>>>>>>>>>>>> client
>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> amenable to preserving the confidentiality of
>>>>>>> sensitive
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> proprietary
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information, then I can draft a confidentiality
>>>>>>>> agreement
>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> protective order for your review and edit. If your
>>>>>>>> client
>>>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> amenable to preserving the confidentiality of

>>>>>>> sensitive
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> proprietary
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information, then a court order compelling us to
>>>>>>>> produce
>>>>>>>>>>>>>>>>> these
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> materials with no restrictions on subsequent
>>>>>>> disclosure
>>>>>>>>>>>>>>>>>>>>>> will
>>>>>>>>>>>>>>>>> be
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> required.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Without limiting the foregoing, our proposed
>>>>>>>> methodology
>>>>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> unrealized offsets/credits is that your client
>>>>>>>>>>>>>>>>>>>>>> will
>>>>>>>>>>>>>>>>>>>>>> receive
>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> credit
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> against his restitution obligation as the assets
>>>>>>>>>>>>>>>>>>>>>> are
>>>>>>>>>>>>>>>>> monetized
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> rather than him receiving a credit now based on
>>>>>>>>>>>>>>>>>>>>>> our
>>>>>>>>>>>>>>>>> estimation
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> what the Primary Restitution Assets might fetch
>>>>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>>>>>> victims.
>>>>>>>>>>>>>>>>> The
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> purpose of the estimation was to satisfy the
>>>>>>>>>>>>>>>>>>>>>> mandate
>>>>>>> in
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> special
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> master order that the special master identify
>>>>>>>>>>>>>>>>>>>>>> assets

>>>>>>>> \u201cand
>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> extent those assets are not readily convertible to
>>>>>>>>> cash,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> determine a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> reasonable estimated value for those assets.\u201d
In
>>>>>>>>> other
>>>>>>>>>>>>>>>>> words,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> evaluating our estimation of what the Primary
>>>>>>>>> Restitution
>>>>>>>>>>>>>>>>> Assets
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> might generate for victims in the future is not an
>>>>>>>>>>>>>>>>>>>>>> integral
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> component of the Court\u2019s restitution
>>>>>>> determination,
>>>>>>>>> and
>>>>>>>>>>>>>>>>> those
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> estimated figures do not appear anywhere in the
>>>>>>>>> proposed
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> order.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael L. Martinez
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Grier Wright Martinez PA
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> (704) 332-0209 (direct dial)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=d7e8bd0a-b2a4d458-d7ef99ef-74fe4867716e-429552d0fc93fb87&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [2]
>>>>>>>>>>>>>>>>>>>>>> [1] [3] [1] [1 [2]]

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> -----Original Message-----
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> From: vramachandran@dhammalaw.com
>>>>>>>>>>>>>>>>> <vramachandran@dhammalaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sent: Monday, August 17, 2026 6:03 AM
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> To: Michael Martinez <mmartinez@grierlaw.com>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Cc: barnesatty@aol.com; Daniel Ryan
>>>>>>>>>>>>>>>>>>>>>> (Daniel.Ryan@usdoj.gov)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> <daniel.ryan@usdoj.gov>; Freeman, Lyndie (CRM)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> <lyndie.freeman@usdoj.gov>; Bain-Creed, Benjamin
>>>>>>>> (USANCW)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> <benjamin.bain-creed@usdoj.gov>; Meyer, Ryan J.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> <ryan.meyer@katten.com>; Joe Grier
>>>>>>>> <jgrier@grierlaw.com>;
>>>>>>>>>>>>>>>>> Jeremy
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sanders <jeremy.sanders@usdoj.gov>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Subject: Re: Draft Final Supplement to Restitution
>>>>>>>> Report
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Caution: This message is from an external sender.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael and Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> I do want to remind you that unlike a bankruptcy
>>>>>>>>>>>>>>>>>>>>>> proceeding,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>> these
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> companies are not just worth debt. They have
>>>>>>> revenues
>>>>>>>> in
>>>>>>>>>>>>>>>>>>>>>> the

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> millions, so your methodology of evaluation has to
>>>>>>> be
>>>>>>>>>>>>>>>>> disclosed
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the defendant on the record.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> We are looking for all financial reports and all
>>>>>>> board
>>>>>>>>>>>>>>>>> reports
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> all primary restitution assets, specified
>>>>>>>>>>>>>>>>>>>>>> affiliated
>>>>>>>>>>>>>>>>> companies
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> for
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the last four years and all letter of intents and
>>>>>>>> offers
>>>>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> purchase
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> received. It is going to take us a month to
>>>>>>>>>>>>>>>>>>>>>> analyze
>>>>>>> all
>>>>>>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> data.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Without this the sentencing is going to be based
>>>>>>>>>>>>>>>>>>>>>> on
>>>>>>> a
>>>>>>>>>>>>>>>>> blackbox
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> attorney arguments.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This does not meet the MVRA accounting
>>>>>>>>>>>>>>>>>>>>>> requirement.
>>>>>>>> Please
>>>>>>>>>>>>>>>>> get
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> us
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> this information by noon August 17, 2026.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> A fiduciary duty applies to the Special
>>>>>>>> Master/Receiver.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> If you cannot establish your burden of proof, the
>>>>>>>>>>>>>>>>>>>>>> government
>>>>>>>>>>>>>>>>> has
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> duty to let the court know that you cannot do it.
>>>>>>>> Failure
>>>>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>> do
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> that
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> to win is striking a foul blow.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Katten has asked for this in the past. We do not
>>>>>>> have
>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> information.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thank you.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-08-15 14:59, vramachandran@dhammalaw.com
>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael and Dan,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> (I) In your March 2026 report, you stated that
>>>>>>> publicly
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> disclosing
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> too much detail regarding the Primary Restitution
>>>>>>>> Assets
>>>>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Special Master's value determinations concerning
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>> same
>>>>>>>>>>>>>>>>> would
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> negatively impact liquidation efforts and could,
>>>>>>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>>>>>> itself,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> decrease
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the value of the Primary Restitution Assets, and
>>>>>>> that
>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Special
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Master therefore erred on the side of caution by
>>>>>>>>>>>>>>>>>>>>>>> including
>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> report a single range encompassing all Primary
>>>>>>>>>>>>>>>>>>>>>>> Restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Assets
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> lumped together.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Please provide all of the data you stated you
>>>>>>>>>>>>>>>>>>>>>>> would
>>>>>>>>>>>>>>>>>>>>>>> provide

>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Court in that March 2026 report, together with
>>>>>>>>>>>>>>>>>>>>>>> any
>>>>>>>> other
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> documents
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the Special Master intends to rely on for the
>>>>>>>> valuations
>>>>>>>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> proceeding. Please do so by noon on August 17,
>>>>>>> 2026.
>>>>>>>> To
>>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> extent
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> you have any additional information these have to
>>>>>>> be
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> established on
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the record under � 3664(f)(1)(A) by placing them
>>>>>>> on
>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> record.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Under the MVRA that material belongs with the
>>>>>>>> defendant:
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> burden
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> of demonstrating the amount of loss is on the
>>>>>>>> Government,
>>>>>>>>>>>>>>>>> 18
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> U.S.C.
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> �
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> 3664(e); the statute requires "a complete
>>>>>>> accounting
>>>>>>>> of
>>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> losses
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> each victim," id. � 3664(a); and restitution must
>>>>>>> be
>>>>>>>> set
>>>>>>>>>>>>>>>>> "in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> full
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> amount of each victim's losses as determined by
>>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>>>>>>> court,"
>>>>>>>>>>>>>>>>> id.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> �
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> 3664(f)(1)(A). A single lumped range, with its
>>>>>>>>>>>>>>>>>>>>>>> particulars
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> withheld,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> cannot satisfy those provisions or permit the de
>>>>>>> novo
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> determination

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the Court is required to make. Id. � 3664(d)(6).
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> (II) We will also file a motion on to unseal the
>>>>>>>> Appendix
>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> final report. Other than attorney argument, there
>>>>>>> is
>>>>>>>>>>>>>>>>> nothing in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> that
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Appendix, and we will file our own argument
>>>>>>>>>>>>>>>>>>>>>>> saying
>>>>>>> so
>>>>>>>> --
>>>>>>>>>>>>>>>>> both
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> highlight this issue and to preserve the record
>>>>>>>>>>>>>>>>>>>>>>> for
>>>>>>>> the
>>>>>>>>>>>>>>>>> Fourth
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Circuit. Neither the defendant's right to contest
>>>>>>> the
>>>>>>>>>>>>>>>>>>>>>>> loss
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> amount
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> nor
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the Court's de novo review under � 3664(d)(6) can
>>>>>>> be
>>>>>>>>>>>>>>>>> exercised
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>> against a figure whose basis is kept under seal.
>>>>>>> See
>>>>>>>> �
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> 3664(e).
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> (III) We are going to file a motion for
>>>>>>>> reconsideration
>>>>>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> denial
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> of the subpoenas -- not because we expect the
>>>>>>>>>>>>>>>>>>>>>>> Court
>>>>>>> to
>>>>>>>>>>>>>>>>> change
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> its
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> mind, but to make sure the record is clear on
>>>>>>>>>>>>>>>>>>>>>>> three
>>>>>>>>>>>>>>>>>>>>>>> points.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> First,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> under the MVRA the burden of proof lies with the
>>>>>>>>>>>>>>>>> Government,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> defendant. � 3664(e). Second, to the extent the
>>>>>>>>>>>>>>>>>>>>>>> valuations
>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> companies rest with the Special Master, they must
>>>>>>> be
>>>>>>>>>>>>>>>>> provided

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> defendant under the accounting provisions of the
>>>>>>> MVRA.
>>>>>>>> ��
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> 3664(a),
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> (f)(1)(A). Third, restitution under the MVRA must
>>>>>>> be
>>>>>>>>>>>>>>>>> accurate;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> if
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> it
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> cannot be made accurate, or if the issues are too
>>>>>>>>>>>>>>>>>>>>>>> complex,
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Court's option is to decline restitution rather
>>>>>>> than
>>>>>>>>>>>>>>>>>>>>>>> order
>>>>>>>>>>>>>>>>> an
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> inaccurate amount. � 3663A(c)(3)(B). To the
>>>>>>>>>>>>>>>>>>>>>>> extent
>>>>>>>> you
>>>>>>>>>>>>>>>>> again
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> press
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the August 24 deadline, we preserve this issue
>>>>>>>>>>>>>>>>>>>>>>> for
>>>>>>> the

>>>>>>>>>>>>>>>>> Fourth
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Circuit: the deferred determination is expressly
>>>>>>>>>>>>>>>>> contemplated
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> by
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> �
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> 3664(d)(5), and that ninety-day date is
>>>>>>>>>>>>>>>>>>>>>>> directory,
>>>>>>> not
>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> license
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> for an inaccurate award.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> See Dolan v. United States, 560 U.S. 605 (2010)
>>>>>>>>>>>>>>>>>>>>>>> (a
>>>>>>>> court
>>>>>>>>>>>>>>>>> that
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> misses
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the � 3664(d)(5) deadline retains authority to
>>>>>>> order
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> restitution,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> because the deadline is meant to protect victims,
>>>>>>> not
>>>>>>>> to
>>>>>>>>>>>>>>>>> create
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> windfall for defendants). Where loss is not yet
>>>>>>>>>>>>>>>>> ascertainable,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>> MVRA's remedy is to develop the record -- or to
>>>>>>>> decline
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> restitution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> under � 3663A(c)(3)(B) -- not to adopt a guess.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> (IV) We will additionally file a motion on the
>>>>>>>>>>>>>>>>>>>>>>> AAPC
>>>>>>>>>>>>>>>>> valuation
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> on
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Ares causation, tied to the subpoena request, to
>>>>>>>>>>>>>>>>>>>>>>> highlight
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> live
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> issues that remain pending and that the
>>>>>>>>>>>>>>>>>>>>>>> Government
>>>>>>> and
>>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Special
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> Master are resisting. Causation and amount are
>>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>> Government's
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> prove by a preponderance of the evidence, �
>>>>>>> 3664(e),
>>>>>>>> and
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> value
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>> the property must be established on the record
>>>>>>> under
>>>>>>>> �
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> 3664(f)(1)(A).
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Attorney arguments about AI and AAPC do not
>>>>>>> establish
>>>>>>>>>>>>>>>>>>>>>> value
>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> property on the record.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> We are happy to state that you are opposed to
>>>>>>>>>>>>>>>>>>>>>> these
>>>>>>>>>>>>>>>>>>>>>> motions.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Sincerely,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Vivek
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> On 2026-07-22 16:48, Michael Martinez wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Please find attached our current draft of a final
>>>>>>>>>>>>>>>>>>>>>> supplement
>>>>>>>>>>>>>>>>> to
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> restitution report in the 3:23-CR-48 case. Also
>>>>>>>> attached
>>>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>> a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> proposed final order of restitution and appendix
>>>>>>>>>>>>>>>>>>>>>> to
>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> supplement
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> discussing the primary restitution assets.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Here is what we said about the other parties
>>>>>>> positions
>>>>>>>> on
>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> supplement: "The Special Master has conferred with
>>>>>>> both
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> government and the Defendant's counsel in relation
>>>>>>> to
>>>>>>>> this
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Supplement.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Although the government does not oppose the
>>>>>>> positions
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> articulated
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> by
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the Special Master through this Supplement, the
>>>>>>>> Defendant
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> opposes
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> the majority of the Special Master's
>>>>>>>>>>>>>>>>>>>>>> recommendations
>>>>>>>>>>>>>>>>> appearing
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> this Supplement." If I have not accurately stated
>>>>>>> your
>>>>>>>>>>>>>>>>> client's
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> position on our supplement, please let me know by
>>>>>>> the
>>>>>>>> end
>>>>>>>>>>>>>>>>>>>>>> of
>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> day
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> tomorrow.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> We have to file this by Friday.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Thank you.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Michael L. Martinez
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Grier Wright Martinez, PA
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> 521 E. Morehead St., Ste. 440
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Charlotte, NC 28202
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> 704/332.0209 (direct)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> 704/332.0215 (fax)
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> mmartinez@grierlaw.com
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Disclaimer
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>>>>> attorney-client
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> privileged
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> material for the sole use of the intended
>>>>>>>>>>>>>>>>>>>>>> recipient.
>>>>>>> Do
>>>>>>>>>>>>>>>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> accept
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are
>>>>>>>>>>>>>>>>>>>>>> not
>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> recipient,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure,
>>>>>>> copying,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> distribution
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> or taking action in relation of the contents of
>>>>>>>>>>>>>>>>>>>>>> this
>>>>>>>>>>>>>>>>> information
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please
>>>>>>> contact
>>>>>>>>>>>>>>>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> sender
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> and delete this e-mail.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> This email has been scanned for viruses and
>>>>>>>>>>>>>>>>>>>>>> malware,
>>>>>>>> and
>>>>>>>>>>>>>>>>>>>>>> may
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> been automatically archived by Mimecast Ltd, an
>>>>>>>> innovator
>>>>>>>>>>>>>>>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Software as a Service (SaaS) for business.
>>>>>>>>>>>>>>>>>>>>>> Providing
>>>>>>> a
>>>>>>>>>>>>>>>>>>>>>> safer
>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> more useful place for your human generated data.
>>>>>>>>>>>>>>>>> Specializing
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> in;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Security, archiving and compliance. To find out
>>>>>>>>>>>>>>>>>>>>>> more
>>>>>>>> Click
>>>>>>>>>>>>>>>>> Here
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [1
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> [1 [3]]].
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>> [1]
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b4a86c6f-d1e4053d-b4af488a-74fe4867716e-51e0532dcd107cc3&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [3]
>>>>>>>>>>>>>>>>>>>>>> [4] [4]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>> [1]
>>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=686a9d19-0d26f44b-686db9fc-74fe4867716e-a368940ed31d1681&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [4]
>>>>>>>>>>>>>>>>>>>>>> [5] [5]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Disclaimer
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>>>> attorney-client
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> privileged
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> material for the sole use of the intended
>>>>>>>>>>>>>>>>>>>>> recipient.
>>>>>>> Do
>>>>>>>> not
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> accept
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are
>>>>>>>>>>>>>>>>>>>>> not
>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> recipient,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure,
>>>>>>>>>>>>>>>>>>>>> copying,

>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> distribution or
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> taking action in relation of the contents of this
>>>>>>>>>>>>>>>>>>>>> information
>>>>>>>>>>>>>>>>> is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please
>>>>>>> contact
>>>>>>>> the
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> sender and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> delete this e-mail.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> This email has been scanned for viruses and
>>>>>>>>>>>>>>>>>>>>> malware,
>>>>>>> and
>>>>>>>>>>>>>>>>>>>>> may
>>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> been
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> automatically archived by Mimecast Ltd, an
>>>>>>>>>>>>>>>>>>>>> innovator
>>>>>>> in
>>>>>>>>>>>>>>>>> Software
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> as a
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Service (SaaS) for business. Providing a safer and
>>>>>>> more
>>>>>>>>>>>>>>>>> useful
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> place
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> for your human generated data. Specializing in;
>>>>>>>> Security,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> archiving
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> and compliance. To find out more Click Here [2
>>>>>>>>>>>>>>>>>>>>> [6]].
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>> [1]
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1256fbba-771a92e8-1251df5f-74fe4867716e-5a41341f986a8499&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [5]
>>>>>>>>>>>>>>>>>>>>> [6] [7]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [2]
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b875bf00-dd39d652-b8729be5-74fe4867716e-a15d6b5aa53271f9&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [6]
>>>>>>>>>>>>>>>>>>>>> [7] [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [1]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [7]
>>>>>>>>>>>>>>>>> [3]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [8]
>>>>>>>>>>>>>>>>> [4]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [9]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [3]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [9]
>>>>>>>>>>>>>>>>> [5]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [10]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [4]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>>>>>>>>>> [6]
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> [11]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [5]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [11]
>>>>>>>>>>>>>>>>> [7]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [12]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [6]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [12]
>>>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [13]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [7]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>

>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [13]
>>>>>>>>>>>>>>>>> [9]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [14]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [14]
>>>>>>>>>>>>>>>>> [10]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [15]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Disclaimer
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> This e-mail may contain confidential and
>>>>>>> attorney-client
>>>>>>>>>>>>>>>>> privileged
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> material for the sole use of the intended recipient.
>>>>>>>>>>>>>>>>>>> Do
>>>>>>>> not
>>>>>>>>>>>>>>>>> accept
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> wiring instructions from us by email. If you are not
>>>>>>> the
>>>>>>>>>>>>>>>>> recipient,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> you are hereby notified that any disclosure, copying,
>>>>>>>>>>>>>>>>> distribution
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>> or taking action in relation of the contents of this
>>>>>>>>>>>>>>>>> information is
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> strictly prohibited and may be unlawful, please
>>>>>>>>>>>>>>>>>>> contact
>>>>>>>> the
>>>>>>>>>>>>>>>>> sender
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> and delete this e-mail.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> This email has been scanned for viruses and malware,
>>>>>>> and
>>>>>>>> may
>>>>>>>>>>>>>>>>> have
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> been automatically archived by Mimecast Ltd, an
>>>>>>> innovator
>>>>>>>> in
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Software as a Service (SaaS) for business. Providing
>>>>>>>>>>>>>>>>>>> a
>>>>>>>> safer
>>>>>>>>>>>>>>>>> and
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> more useful place for your human generated data.
>>>>>>>> Specializing
>>>>>>>>>>>>>>>>> in;
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> Security, archiving and compliance. To find out more
>>>>>>> Click
>>>>>>>>>>>>>>>>>>> Here
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>> [16].
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [1] https://sparkmailapp.com/source?from=signature
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [2]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [15]
>>>>>>>>>>>>>>>>> [11]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [3]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [16]
>>>>>>>>>>>>>>>>> [12]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [4]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [17]
>>>>>>>>>>>>>>>>> [13]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [5]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [18]
>>>>>>>>>>>>>>>>> [14]
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>> [6]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-
c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-
6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [19]
>>>>>>>>>>>>>>>>> [15]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [7]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-
c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-
6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [20]
>>>>>>>>>>>>>>>>> [16]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-
c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [7]
>>>>>>>>>>>>>>>>> [3]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [9]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>

>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [8]
>>>>>>>>>>>>>>>>> [4]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [10]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [9]
>>>>>>>>>>>>>>>>> [5]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [11]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>>>>>>>>>> [6]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [12]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [11]
>>>>>>>>>>>>>>>>> [7]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [13]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [12]
>>>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [14]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [13]
>>>>>>>>>>>>>>>>> [9]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [15]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [14]
>>>>>>>>>>>>>>>>> [10]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> [16]
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [21]
>>>>>>>>>>>>>>>>> [17]
>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> Links:
>>>>>>>>>>>>>>> ------
>>>>>>>>>>>>>>> [1]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=5698ca81-33d4a3d3-569fee64-
74fe4867716e-28d93030ca2e1c11&q=1&e=390e473a-8f5f-4c98-a129-
17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [22]
>>>>>>>>>>>>>>> [2]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2137e668-447b8f27-2130c28d-
74fe4868cd43-1f354b13c23ee39e&q=1&e=acab17db-132a-430a-a710-
caa9d1ae50c8&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [23]
>>>>>>>>>>>>>>> [3]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-
c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [7]
>>>>>>>>>>>>>>> [4]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-
c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [8]
>>>>>>>>>>>>>>> [5]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-
c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [9]
>>>>>>>>>>>>>>> [6]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-
c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-
8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>>>>>>>> [7]

>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [11]
>>>>>>>>>>>>>>> [8]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [12]
>>>>>>>>>>>>>>> [9]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [13]
>>>>>>>>>>>>>>> [10]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [14]
>>>>>>>>>>>>>>> [11]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [15]
>>>>>>>>>>>>>>> [12]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [16]
>>>>>>>>>>>>>>> [13]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>

>>>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [17]
>>>>>>>>>>>>>>> [14]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [18]
>>>>>>>>>>>>>>> [15]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [19]
>>>>>>>>>>>>>>> [16]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [20]
>>>>>>>>>>>>>>> [17]
>>>>>>>>>>>>>>>
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [21]
>>>>>>>>>>>>>>> [18] https://sparkmailapp.com/source?from=signature
>>>>>>>>
>>>>>>>> ============================================================
>>>>>>>> CONFIDENTIALITY NOTICE:
>>>>>>>> This electronic mail message and any attached files contain
>>>>>>>> information intended for the exclusive
>>>>>>>> use of the individual or entity to whom it is addressed and may
>>>>>>>> contain information that is
>>>>>>>> proprietary, privileged, confidential and/or exempt from
>>>>>>> disclosure
>>>>>>>> under applicable law. If you
>>>>>>>> are not the intended recipient, you are hereby notified that any
>>>>>>>> viewing, copying, disclosure or
>>>>>>>> distribution of this information may be subject to legal
>>>>>>> restriction
>>>>>>>> or sanction. Please notify

>>>>>>>> the sender, by electronic mail or telephone, of any unintended
>>>>>>>> recipients and delete the original
>>>>>>>> message without making any copies.
>>>>>>>> ============================================================
>>>>>>>> NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited
>>>>>>>> liability partnership that has
>>>>>>>> elected to be governed by the Illinois Uniform Partnership Act
>>>>>>> (1997).
>>>>>>>>
>>>>>>>> ============================================================
>>>>>>>>
>>>>>>>>
>>>>>>>> Links:
>>>>>>>> ------
>>>>>>>> [1]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=27d1ab0d-429dc25f-27d68fe8-74fe4867716e-08c48172a4f75ca0&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [2]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=d7e8bd0a-b2a4d458-d7ef99ef-74fe4867716e-429552d0fc93fb87&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [3]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b4a86c6f-d1e4053d-b4af488a-74fe4867716e-51e0532dcd107cc3&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [4]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=686a9d19-0d26f44b-686db9fc-74fe4867716e-a368940ed31d1681&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [5]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1256fbba-771a92e8-1251df5f-74fe4867716e-5a41341f986a8499&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [6]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b875bf00-dd39d652-b8729be5-74fe4867716e-a15d6b5aa53271f9&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [7]
>>>>>>>>

>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b3214c9a-d5e409a4-b326687f-c400add0b6f2-b0f035d2a11fd9ff&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [8]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=e9f097bc-8f35d282-e9f7b359-c400add0b6f2-c4743b7b59bdd01d&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [9]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=12a32567-74666059-12a40182-c400add0b6f2-ae54406c5cb0daf0&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [10]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=36fafe39-503fbb07-36fddadc-c400add0b6f2-6fafbb72a6d03376&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [11]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=f61eaf3f-90dbea01-f6198bda-c400add0b6f2-af89ff6354a1d166&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [12]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=620d41e3-04c804dd-620a6506-c400add0b6f2-aa491b58f642012f&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [13]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=42df8291-241ac7af-42d8a674-c400add0b6f2-79b98e28ef7d1681&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [14]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2fe87868-492d3d56-2fef5c8d-c400add0b6f2-cbb29ed8819504b6&q=1&e=08ea5c6d-8163-4e16-89b9-8f97a2c47e86&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [15]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=255d2cc9-439869f7-255a082c-c400add0b6f2-ef3d6ebaede0607b&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F

>>>>>>>> [16]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=58de74e3-3e1b31dd-58d95006-c400add0b6f2-c480a08ec262503a&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [17]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=b21c0063-d4d9455d-b21b2486-c400add0b6f2-a89226c8521b3cfb&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [18]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=cc6968bb-aaac2d85-cc6e4c5e-c400add0b6f2-2e8d6cc528df355f&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [19]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=a22959de-c4ec1ce0-a22e7d3b-c400add0b6f2-90df1e1e64bd4ff1&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [20]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=9f3909c3-f9fc4cfd-9f3e2d26-c400add0b6f2-50b7993eed216485&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [21]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=1c82a97f-7a47ec41-1c858d9a-c400add0b6f2-92ca2cca7ec81edf&q=1&e=a6705d1f-d38d-426b-88ff-6538cfab6e48&u=http%3A%2F%2Fwww.mimecast.com%2Fproducts%2F
>>>>>>>> [22]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=5698ca81-33d4a3d3-569fee64-74fe4867716e-28d93030ca2e1c11&q=1&e=390e473a-8f5f-4c98-a129-17549e1ff525&u=http%3A%2F%2Fwww.grierlaw.com%2F
>>>>>>>> [23]
>>>>>>>>
>>>>>>>
>>>>>> https://protect2.fireeye.com/v1/url?k=2137e668-447b8f27-2130c28d-74fe4868cd43-1f354b13c23ee39e&q=1&e=acab17db-132a-430a-a710-caa9d1ae50c8&u=http%3A%2F%2Fwww.grierlaw.com%2F

**Date:** Sat, 29 Aug 2026 07:50:50 -0400

**From:** Vramachandran <vramachandran@dhammalaw.com>

**To:** "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>

**Cc:** Barnesatty <barnesatty@aol.com>, "Lyndie (FRD) Freeman" <lyndie.freeman@usdoj.gov>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, "Jeremy (FRD) Sanders" <jeremy.sanders@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>, Michael Martinez <mmartinez@grierlaw.com>, "Ryan J. Meyer" <ryan.meyer@katten.com>, "Brandon N. McCarthy" <brandon.mccarthy@katten.com>

**Subject:** Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

---

Dan and Jermey,

The government ( believe Dan Ryan) chose the special master. The government (Dan Ryan via edits) made him a receiver ( illegally and unconstitutionally with no basis in MVRA and the constitution)over the objections of the defendant with threats of filing with or without Lindberg.

Then tried to claim in a filing that Greg Lindberg wanted a receiver/special master. He did not. The government made the special master a part of the plea agreement. Then the government made the special master a receiver using characterizations in your email that had no basis in facts. Greg Lindberg wanted to retain control so that any dissipation was at fair market value. Then the government in a filing claimed Greg Lindberg wanted the special master as a receiver at the district court just two weeks ago. To claim consent that never existed to an illegal taking under the constitution and illegal appointment. With that filing the government breached the provisions of Hunter and other cases once again. I can’t recall how many other times this has happened.The government can hit hard but cannot play foul.

The government needs to give us all the ex parte communication.   This filing from two weeks   ago is an independent reason why we need that information.

You own the constitutional crisis. The defense is trying to document things so that the defendant Greg Lindberg does not end up with multiple punishments in the form of restitution again and again stemming from the mistakes of the government.

And part of that includes all ex parte communication to the special master and the other named entities in the list from the government being logged right now before it is dissipated.

On multiple punishments. Already Beckett plus Damovo is 1.5 Billion in losses.

Government taking a position that is contrary to DOJ policy in pre-restitution order interest is another few million dollars. In all that's one punishment even assuming the faulty figures which have never been verified because Defendant does not have the numbers. The email from Dan disclaims having the numbers yesterday in some part.

The second punishment was ClanWilliams was sold and the government (Dan Ryan) orally with Katten copied on this email on a weekly call/ phone call claimed it would allow Greg Lindbeg to argue for offsets at a price of $800 million. Similar promises by government (Dan Ryan) made on a phone call with Katten that NCICs loans would be offsets.

For all of the reasons above Defendant should have access to all ex parte communications the government had with the special master, Paladin, M3, NCICs, Mike Dinius, Wes Camden and the Mullin law firm. To preserve evidence that will be dissipated. Preservation so multiple criminal punishments can stop.

When this issue goes to the 4th circuit or the district court.

Jermey,

I have advised you multiple times about conflict. Here is a live example.

The government has been told via you that there are severe issues that cannot be ignored needing an internal government ethics review. The government just does not care to self-correct.

Defendant and his counsel have tried multiple times to bring awareness to this issue without success and need to get this on the record. After repeated failure.

Sincerely,

Vivek

>
> On Aug 29, 2026 at 3:31 AM, <Vramachandran (mailto:vramachandran@dhammalaw.com)> wrote:
>
>
>
>
>
> Dan,
>
>
>
> I will follow up every day until I get this from the government. Please give us all of the government's ex parte communications with the special master, Wes Camden, Williams Mullin, playing, NHC, NCICs and M3.
>
>
>
> Greg Lindberg has nothing to hide. We are happy to provide all data we shared with the special master. We did indeed share information. We never got back anything from any other party.
>
>

>
> Prosecutor all Brady/Gigilo info should be shared.
>
>
>
> Once again we don’t live in the USSR. We don’t have secret courts. We don’t send people to prison using confidential data that defense cannot get under the discovery order.
>
>
>
> Please follow MVRA and the constitution.
>
>
>
> Sincerely,
>
> Vivek
>
>
>
>
>
>
>
>
>
>
> >
> > On Aug 28, 2026 at 4:40 PM,  <Vramachandran (mailto:vramachandran@dhammalaw.com)>  wrote:
> >
> >
> >
> >
> > Dan
> >
> >   Let me know when you are going to produce all the ex parte communications?
> >
> >   You responded to the other email so let me know when you will product the ex parte emails?
> >
> >   Sincerely,
> >   Vivek
> >
> >  Sent with  Spark (https://sparkmailapp.com/source?from=signature)
> > On Aug 28, 2026 at 4:40 PM -0400, vramachandran@dhammalaw.com, wrote:
> >
> > >
> > >
> > > Dan

> > >
> > >  Let me know when you are going to produce all the ex parte communications?
> > >
> > >  You responded to the other email so let me know when you will product the ex parte emails?
> > >
> > >  Sincerely,
> > >  Vivek

**Date:** Sat, 29 Aug 2026 15:48:41 -0400

**From:** vramachandran@dhammalaw.com

**To:** "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>

**Cc:** Barnesatty <barnesatty@aol.com>, "Lyndie (FRD) Freeman" <lyndie.freeman@usdoj.gov>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, "Jeremy (FRD) Sanders" <jeremy.sanders@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>, Michael Martinez <mmartinez@grierlaw.com>, "Ryan J. Meyer" <ryan.meyer@katten.com>, "Brandon N. McCarthy" <brandon.mccarthy@katten.com>

**Subject:** Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

---

Dan and Jermey,

I will talk to Greg Lindberg tomorrow. We will go through our messages and produce everything that was ever sent to the Special Master and Paladin. We do NOT have anything to hide. We will have our paralegal go through the messages and create a production set.

We expect the government to give us all of the message you ever send ex parte. In any case, we will file a motion to compel forthwith. It's not appropriate for a tribunal to be making decisions based on ex parte submissions. And in the case of the government in a criminal proceeding, that is fatal.

Thank you.

Sincerely,
Vivek

On 2026-08-29 07:50, Vramachandran wrote:
> Dan and Jermey,
>
> The government ( believe Dan Ryan) chose the special master. The
> government (Dan Ryan via edits) made him a receiver ( illegally and
> unconstitutionally with no basis in MVRA and the constitution)over the
> objections of the defendant with threats of filing with or without
> Lindberg.
>
> Then tried to claim in a filing that Greg Lindberg wanted a
> receiver/special master. He did not. The government made the special
> master a part of the plea agreement. Then the government made the
> special master a receiver using characterizations in your email that
> had no basis in facts. Greg Lindberg wanted to retain control so that
> any dissipation was at fair market value. Then the government in a
> filing claimed Greg Lindberg wanted the special master as a receiver
> at the district court just two weeks ago. To claim consent that never
> existed to an illegal taking under the constitution and illegal

> appointment. With that filing the government breached the provisions
> of Hunter and other cases once again. I can\u2019t recall how many other
> times this has happened.The government can hit hard but cannot play
> foul.
>
> The government needs to give us all the ex parte communication. This
> filing from two weeks ago is an independent reason why we need that
> information.
>
> You own the constitutional crisis. The defense is trying to document
> things so that the defendant Greg Lindberg does not end up with
> multiple punishments in the form of restitution again and again
> stemming from the mistakes of the government.
>
> And part of that includes all ex parte communication to the special
> master and the other named entities in the list from the government
> being logged right now before it is dissipated.
>
> On multiple punishments. Already Beckett plus Damovo is 1.5 Billion in
> losses.
>
> Government taking a position that is contrary to DOJ policy in
> pre-restitution order interest is another few million dollars. In all
> that\u2019s one punishment even assuming the faulty figures which have
> never been verified because Defendant does not have the numbers. The
> email from Dan disclaims having the numbers yesterday in some part.
>
> The second punishment was ClanWilliams was sold and the government
> (Dan Ryan) orally with Katten copied on this email on a weekly call/
> phone call claimed it would allow Greg Lindbeg to argue for offsets at
> a price of $800 million. Similar promises by government (Dan Ryan)
> made on a phone call with Katten that NCICs loans would be offsets.
>
> For all of the reasons above Defendant should have access to all ex
> parte communications the government had with the special master,
> Paladin, M3, NCICs, Mike Dinius, Wes Camden and the Mullin law firm.
> To preserve evidence that will be dissipated. Preservation so multiple
> criminal punishments can stop.
>
> When this issue goes to the 4th circuit or the district court.
>
> Jermey,
>
> I have advised you multiple times about conflict. Here is a live
> example.
>
> The government has been told via you that there are severe issues that
> cannot be ignored needing an internal government ethics review. The
> government just does not care to self-correct.
>
> Defendant and his counsel have tried multiple times to bring awareness
> to this issue without success and need to get this on the record.

> After repeated failure.
>
> Sincerely,
> Vivek
>
>> On Aug 29, 2026 at 3:31 AM, <Vramachandran> wrote:
>>
>> Dan,
>>
>> I will follow up every day until I get this from the government.
>> Please give us all of the government\u2019s ex parte communications
>> with the special master, Wes Camden, Williams Mullin, playing, NHC,
>> NCICs and M3.
>>
>> Greg Lindberg has nothing to hide. We are happy to provide all data
>> we shared with the special master. We did indeed share information.
>> We never got back anything from any other party.
>>
>> Prosecutor all Brady/Gigilo info should be shared.
>>
>> Once again we don\u2019t live in the USSR. We don\u2019t have secret
>> courts. We don\u2019t send people to prison using confidential data
>> that defense cannot get under the discovery order.
>>
>> Please follow MVRA and the constitution.
>>
>> Sincerely,
>> Vivek
>>
>> On Aug 28, 2026 at 4:40 PM, <Vramachandran> wrote:
>>
>> Dan
>>
>> Let me know when you are going to produce all the ex parte
>> communications?
>>
>> You responded to the other email so let me know when you will
>> product the ex parte emails?
>>
>> Sincerely,
>> Vivek
>>
>> Sent with Spark [1]
>> On Aug 28, 2026 at 4:40\u202fPM -0400, vramachandran@dhammalaw.com,
>> wrote:
>>
>> Dan
>>
>> Let me know when you are going to produce all the ex parte
>> communications?
>>
>> You responded to the other email so let me know when you will

```
>> product the ex parte emails?
>>
>> Sincerely,
>> Vivek
>
>
> Links:
> ------
> [1] https://sparkmailapp.com/source?from=signature
```

**Date:** Sun, 30 Aug 2026 16:55:47 -0400

**From:** vramachandran@dhammalaw.com

**To:** "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>

**Cc:** Barnesatty <barnesatty@aol.com>, "Lyndie (FRD) Freeman" <lyndie.freeman@usdoj.gov>, "Benjamin (USANCW) Bain-Creed" <benjamin.bain-creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, "Jeremy (FRD) Sanders" <jeremy.sanders@usdoj.gov>, "Dana (USANCW) Washington" <dana.washington@usdoj.gov>, Michael Martinez <mmartinez@grierlaw.com>, "Ryan J. Meyer" <ryan.meyer@katten.com>, "Brandon N. McCarthy" <brandon.mccarthy@katten.com>

**Subject:** Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report

---

Jermey,

The reason it should goto up the chain in the DOJ. What was the government representative at the distirct court an in front of the tribunal doing in light of extensive ex-parte communications from M3, NHC, NCICs, Wes Camden, Willams Mullen law firm, Mike Dinius which directly affect the $1.6 Billion restitution?

Why did the government not goto the Judge and let the Judge know about the ex parte communication that was the norm here from everyone. I am still flummoxed having realized the entire proceeding was fundamentally flawed at such a basic level in a criminal proceeding? I was here looking at the constitution and everything else. Judge Rader chief judge of the Federal Circuit had to resign after just one ex-parte contact for something innocuous. Here the contact seems to be so extensive, with no access to any of that data available to the Defendant that I don't know what to make of this.

Why did the government think it was ok to engage in it's own ex parte communications for months on end with a tribunal in a criminal proceedings?

You need to get someone else to look into this so that the government can at least do the right thing moving forward.

Sincerely,
Vivek

On 2026-08-30 16:39, vramachandran@dhammalaw.com wrote:
> Jermey,
>
> This should goto ODAG.
>
> Sincerely,
> Vivek
>

> Dan and Jermey,
>
> Additionally, counsel is unsure what the position of the government
> is:
>
> There are numerous submissions that were entirely ex parte from M3,
> NHC, NCICs, Wes Camden, Willams Mullen law firm, Mike Dinius which
> directly affect the $1.6 Billion restitution or forfiture that were
> never provided to Defendant. Moreover, since these were provided to
> the forum ex parte.
>
> It's like the government which is the party with the burden of proof
> is asking us to ask a tribunal for information that it used to arrive
> at a decision. Since the submissions themselves were ex parte, none of
> this was ever properly before the tribunal. Finally, even if it was
> before a the tribunal, Defendant has never had the ability to test the
> data because it was never shared with the defendant. As already
> provided former counsel and current counsel have looked for all the
> requests and shown when each request was made.
>
> To the extent, government is adopting the results of this ex parte
> data from M3, NHC, NCICs, Wes Camden, Willams Mullen law firm, Mike
> Dinius which directly affect the $1.6 Billion restitution or
> forfeiture, it's the government's burden to give us this information.
> Asking us to go ask a tribunal is a weird position under the law for
> the government in an MVRA dispute. Unless you claim the special master
> is a paid prosecutor.
>
> The government has to disclose all ex parte communication with the
> special master M3, NHC, NCICs, Wes Camden, Willams Mullen law firm
> and/or Mike Dinius. It's independently fatal.
>
> Finally, the Defendant is in a position where it has to petition the
> Judge Cogburn here to give us information from someone in the shoes of
> Magistrate Keesler, because the submissions were made ex parte to
> Magistrate Keesler. This is just not constitutional in a criminal
> proceeding. I don't see how the government gets around ex parte data
> from M3, NHC, NCICs, Wes Camden, Willams Mullen law firm, Mike Dinius
> which directly affect the $1.6 Billion restitution or forfeiture, it's
> the government's burden. For example, NCICs numbers on losses drove
> the restitution 1.6 billion. Similarly, Mike Dinius's numbers drove
> the 1.6 Billion restitution calculations themselves. Each of the 54
> identified categories is related to 1.6 Billion in restitution itself
> or the forfiture.
>
> On the straw man argument the government (Dan Ryan) threw up to
> mislead the court and the 4th circuit:
>
> I spoke to Greg Lindberg today:
>   (i) Greg Lindberg has made a handful of submissions to the financial
> advisor to the special master (all of the memos had a cc to the
> special master from his email. All were addressed to the tribunal

> (e.g., with a cc to the special master) and all of which are for
> release to everyone and to the general public. He did not mark Dan
> Ryan or any other government attorney because he was represented by
> counsel and was not sure he could copy the government attorney on
> these submissions.
>   (ii) Greg Lindberg has no issues with submissions to the tribunal
> (special master and his advisors) being given to the government and it
> was always his intention that all of these be available publicly and
> to the government.
>   (iii) Current counsel will forward every email that was sent to the
> tribunal (special master or his advisor) from Greg Lindberg's email to
> the government because none of these were submitted in secret and were
> for wider distribution. There are a handful. All of these were on
> information and belief of Greg Lindberg made available to the
> government at the time through the tribunal and have since been used
> by the government and tribunal in their analysis. In some instances,
> Dan Ryan remarked that Greg Lindberg has given more data than the
> NCICs have while claiming to be a victim.
>   (iv) Everything else referenced in the chronology, were based on
> weekly calls and follow ups for data from those weekly calls that is
> still the government's responsibility to produce. None of these are ex
> parte.
>    (v) Other than these here is no non-privileged emails that Greg
> Lindberg has of any ex parte submissions.
>    (vi) To the extent government claims something else is ex parte,
> current counsel are happy to go look at them but our research over the
> last two days did not turn up anything that Greg Lindberg has other
> than the handful of emails.
>
> Sincerely,
> Vivek
>
> On 2026-08-29 15:48, vramachandran@dhammalaw.com wrote:
>
>> Dan and Jermey,
>>
>> I will talk to Greg Lindberg tomorrow. We will go through our
>> messages and produce everything that was ever sent to the Special
>> Master and Paladin. We do NOT have anything to hide. We will have
>> our paralegal go through the messages and create a production set.
>>
>> We expect the government to give us all of the message you ever send
>> ex parte. In any case, we will file a motion to compel forthwith.
>> It's not appropriate for a tribunal to be making decisions based on
>> ex parte submissions. And in the case of the government in a
>> criminal proceeding, that is fatal.
>>
>> Thank you.
>>
>> Sincerely,
>> Vivek
>>

>> On 2026-08-29 07:50, Vramachandran wrote: Dan and Jermey,
>>
>> The government ( believe Dan Ryan) chose the special master. The
>> government (Dan Ryan via edits) made him a receiver ( illegally and
>> unconstitutionally with no basis in MVRA and the constitution)over
>> the
>> objections of the defendant with threats of filing with or without
>> Lindberg.
>>
>> Then tried to claim in a filing that Greg Lindberg wanted a
>> receiver/special master. He did not. The government made the special
>> master a part of the plea agreement. Then the government made the
>> special master a receiver using characterizations in your email that
>> had no basis in facts. Greg Lindberg wanted to retain control so
>> that
>> any dissipation was at fair market value. Then the government in a
>> filing claimed Greg Lindberg wanted the special master as a receiver
>> at the district court just two weeks ago. To claim consent that
>> never
>> existed to an illegal taking under the constitution and illegal
>> appointment. With that filing the government breached the provisions
>> of Hunter and other cases once again. I can't recall how many other
>> times this has happened.The government can hit hard but cannot play
>> foul.
>>
>> The government needs to give us all the ex parte communication. This
>> filing from two weeks ago is an independent reason why we need that
>> information.
>>
>> You own the constitutional crisis. The defense is trying to document
>> things so that the defendant Greg Lindberg does not end up with
>> multiple punishments in the form of restitution again and again
>> stemming from the mistakes of the government.
>>
>> And part of that includes all ex parte communication to the special
>> master and the other named entities in the list from the government
>> being logged right now before it is dissipated.
>>
>> On multiple punishments. Already Beckett plus Damovo is 1.5 Billion
>> in
>> losses.
>>
>> Government taking a position that is contrary to DOJ policy in
>> pre-restitution order interest is another few million dollars. In
>> all
>> that's one punishment even assuming the faulty figures which have
>> never been verified because Defendant does not have the numbers. The
>> email from Dan disclaims having the numbers yesterday in some part.
>>
>> The second punishment was ClanWilliams was sold and the government
>> (Dan Ryan) orally with Katten copied on this email on a weekly call/
>> phone call claimed it would allow Greg Lindbeg to argue for offsets

>> at
>> a price of $800 million. Similar promises by government (Dan Ryan)
>> made on a phone call with Katten that NCICs loans would be offsets.
>>
>> For all of the reasons above Defendant should have access to all ex
>> parte communications the government had with the special master,
>> Paladin, M3, NCICs, Mike Dinius, Wes Camden and the Mullin law firm.
>> To preserve evidence that will be dissipated. Preservation so
>> multiple
>> criminal punishments can stop.
>>
>> When this issue goes to the 4th circuit or the district court.
>>
>> Jermey,
>>
>> I have advised you multiple times about conflict. Here is a live
>> example.
>>
>> The government has been told via you that there are severe issues
>> that
>> cannot be ignored needing an internal government ethics review. The
>> government just does not care to self-correct.
>>
>> Defendant and his counsel have tried multiple times to bring
>> awareness
>> to this issue without success and need to get this on the record.
>> After repeated failure.
>>
>> Sincerely,
>> Vivek
>>
>> On Aug 29, 2026 at 3:31 AM, <Vramachandran> wrote:
>>
>> Dan,
>>
>> I will follow up every day until I get this from the government.
>> Please give us all of the government's ex parte communications
>> with the special master, Wes Camden, Williams Mullin, playing, NHC,
>> NCICs and M3.
>>
>> Greg Lindberg has nothing to hide. We are happy to provide all data
>> we shared with the special master. We did indeed share information.
>> We never got back anything from any other party.
>>
>> Prosecutor all Brady/Gigilo info should be shared.
>>
>> Once again we don't live in the USSR. We don't have secret
>> courts. We don't send people to prison using confidential data
>> that defense cannot get under the discovery order.
>>
>> Please follow MVRA and the constitution.
>>

>> Sincerely,
>> Vivek
>>
>> On Aug 28, 2026 at 4:40 PM, <Vramachandran> wrote:
>>
>> Dan
>>
>> Let me know when you are going to produce all the ex parte
>> communications?
>>
>> You responded to the other email so let me know when you will
>> product the ex parte emails?
>>
>> Sincerely,
>> Vivek
>>
>> Sent with Spark [1 [1]]
>> On Aug 28, 2026 at 4:40\u202fPM -0400, vramachandran@dhammalaw.com,
>> wrote:
>>
>> Dan
>>
>> Let me know when you are going to produce all the ex parte
>> communications?
>>
>> You responded to the other email so let me know when you will
>> product the ex parte emails?
>>
>> Sincerely,
>> Vivek
>>
>> Links:
>> ------
>> [1] https://sparkmailapp.com/source?from=signature
>
>
> Links:
> ------
> [1] https://sparkmailapp.com/source?from=signature