# EXHIBIT E

E-mail thread "Greg Lindberg - Special Master Position," Nov. 26, 2024 (five messages), between former defense counsel (J. Wyatt, R. Meyer) and Joseph W. Grier, III (cc: M. Martinez), produced from former counsel's native e-mail export. No Government attorney was a participant. Mr. Grier's 9:29 a.m. message states that his partner "has had conversations with the US Attorney's office re same."

**From:** James Wyatt
**Sent:** 2024-11-26T14:00:40.913174
**To:** "Joseph W. Grier (jgrier@grierlaw.com)" <jgrier@grierlaw.com>
**Cc:** "Meyer, Ryan J." <ryan.meyer@katten.com>, Robert Blake <RBlake@wyattlaw.net>, "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "robert.smith1@katten.com" <robert.smith1@katten.com>
**Subject:** Greg Lindberg - Special Master Position

---

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter? We are co-counsel in the matter. Thanks, James James F. Wyatt, III 402 W. Trade Street, Suite 101 Charlotte, NC 28202 (704) 331-0767 (704) 331-

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter?  We are co-counsel in the matter.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101
Charlotte, NC 28202
(704) 331-0767
(704) 331-0773 (fax)
jwyatt@wyattlaw.net
www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**From:** Joe Grier
**Sent:** 2024-11-26T14:29:45.063055
**To:** James Wyatt <JWyatt@wyattlaw.net>
**Cc:** "Meyer, Ryan J." <ryan.meyer@katten.com>, Robert Blake <RBlake@wyattlaw.net>, "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "robert.smith1@katten.com" <robert.smith1@katten.com>, Michael Martinez <mmartinez@grierlaw.com>
**Subject:** RE: Greg Lindberg - Special Master Position

---

James, anytime this morning would work. I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same. Joe From: James Wyatt <JWyatt@wyattlaw.net> Sent: Tuesday, November 26, 2024 9:00 AM To: Joe Grier <jgrier@grierlaw.com&g
James, anytime this morning would work.  I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same.
Joe

From: James Wyatt <JWyatt@wyattlaw.net>
Sent: Tuesday, November 26, 2024 9:00 AM
To: Joe Grier <jgrier@grierlaw.com>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; robert.smith1@katten.com
Subject: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter?  We are co-counsel in the matter.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101
Charlotte, NC 28202
(704) 331-0767
(704) 331-0773 (fax)
jwyatt@wyattlaw.net
www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by

Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**From:** "Meyer, Ryan J." <ryan.meyer@katten.com>
**Sent:** Tue, 26 Nov 2024 14:32:13 +0000
**To:** Joe Grier <jgrier@grierlaw.com>, James Wyatt <JWyatt@wyattlaw.net>
**Cc:** Robert Blake <RBlake@wyattlaw.net>, "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "Smith, Robert T." <robert.smith1@katten.com>, Michael Martinez <mmartinez@grierlaw.com>
**Subject:** RE: Greg Lindberg - Special Master Position

---

Joe,

Could y'all do 10:30 am EST?  if so, I can send an invite to this group.

Thanks,

Ryan

Ryan J. Meyer
Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

From: Joe Grier <jgrier@grierlaw.com>
Sent: Tuesday, November 26, 2024 8:29 AM
To: James Wyatt <JWyatt@wyattlaw.net>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

James, anytime this morning would work. I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same. Joe From: James Wyatt <JWyatt@wyattlaw.net> Sent: Tuesday, November 26, 2024 9:00 AM To: Joe Grier <jgrier@grierlaw.com&g
James, anytime this morning would work.  I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same.
Joe

From: James Wyatt <JWyatt@wyattlaw.net>
Sent: Tuesday, November 26, 2024 9:00 AM
To: Joe Grier <jgrier@grierlaw.com>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; robert.smith1@katten.com
Subject: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

---

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter?  We are co-counsel in the matter.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101
Charlotte, NC 28202
(704) 331-0767
(704) 331-0773 (fax)
jwyatt@wyattlaw.net
www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**From:** Joe Grier
**Sent:** 2024-11-26T14:34:55.036463
**To:** "Meyer, Ryan J." <ryan.meyer@katten.com>, James Wyatt <JWyatt@wyattlaw.net>
**Cc:** Robert Blake <RBlake@wyattlaw.net>, "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "Smith, Robert T." <robert.smith1@katten.com>, Michael Martinez <mmartinez@grierlaw.com>
**Subject:** RE: Greg Lindberg - Special Master Position

---

Ryan, 10:30 is good. Joe Joseph W. Grier, III 521 E Morehead St, Ste 440 Charlotte, NC 28202 (704) 332-0201 (direct dial) www.grierlaw.com jgrier@grierlaw.com From: Meyer, Ryan J. <ryan.meyer@katten.com> Sent: Tuesday, November 26, 2024 9:32 AM To: Joe Grier <
Ryan, 10:30 is good.
Joe

Joseph W. Grier, III

521 E Morehead St, Ste 440
Charlotte, NC 28202
(704) 332-0201 (direct dial)
www.grierlaw.com
jgrier@grierlaw.com

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Tuesday, November 26, 2024 9:32 AM
To: Joe Grier <jgrier@grierlaw.com>; James Wyatt <JWyatt@wyattlaw.net>
Cc: Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

---

Joe,

Could y'all do 10:30 am EST? if so, I can send an invite to this group.

Thanks,

Ryan

Ryan J. Meyer
Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

From: Joe Grier <jgrier@grierlaw.com>
Sent: Tuesday, November 26, 2024 8:29 AM
To: James Wyatt <JWyatt@wyattlaw.net>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon

N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

James, anytime this morning would work. I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same.
Joe

From: James Wyatt <JWyatt@wyattlaw.net>
Sent: Tuesday, November 26, 2024 9:00 AM
To: Joe Grier <jgrier@grierlaw.com>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; robert.smith1@katten.com
Subject: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

---

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter? We are co-counsel in the matter.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101
Charlotte, NC 28202
(704) 331-0767
(704) 331-0773 (fax)
jwyatt@wyattlaw.net
www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original

message without making any copies.
===========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

**From:** James Wyatt
**Sent:** 2024-11-26T14:42:35.983500
**To:** Joe Grier <jgrier@grierlaw.com>, "Meyer, Ryan J." <ryan.meyer@katten.com>
**Cc:** Robert Blake <RBlake@wyattlaw.net>, "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "Smith, Robert T." <robert.smith1@katten.com>, Michael Martinez <mmartinez@grierlaw.com>
**Subject:** Re: Greg Lindberg - Special Master Position

---

I cannot make it but go ahead. Get Outlook for iOS From: Joe Grier <jgrier@grierlaw.com> Sent: Tuesday, November 26, 2024 9:34:22 AM To: Meyer, Ryan J. <ryan.meyer@katten.com>; James Wyatt <JWyatt@wyattlaw.net> Cc: Robert Blake <RBlake@wyattlaw.net>; McCa
I cannot make it but go ahead.

Get Outlook for iOS

---

From: Joe Grier <jgrier@grierlaw.com>
Sent: Tuesday, November 26, 2024 9:34:22 AM
To: Meyer, Ryan J. <ryan.meyer@katten.com>; James Wyatt <JWyatt@wyattlaw.net>
Cc: Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

Ryan, 10:30 is good.
Joe

Joseph W. Grier, III

521 E Morehead St, Ste 440
Charlotte, NC 28202
(704) 332-0201 (direct dial)
www.grierlaw.com
jgrier@grierlaw.com

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Tuesday, November 26, 2024 9:32 AM
To: Joe Grier <jgrier@grierlaw.com>; James Wyatt <JWyatt@wyattlaw.net>
Cc: Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

---

Joe,

Could y'all do 10:30 am EST? if so, I can send an invite to this group.

Thanks,

Ryan

Ryan J. Meyer
Partner

Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

From: Joe Grier <jgrier@grierlaw.com>
Sent: Tuesday, November 26, 2024 8:29 AM
To: James Wyatt <JWyatt@wyattlaw.net>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Smith, Robert T. <robert.smith1@katten.com>; Michael Martinez <mmartinez@grierlaw.com>
Subject: RE: Greg Lindberg - Special Master Position

James, anytime this morning would work.  I'll include my partner Michael Martinez, who has had conversations with the US Attorney's office re same.
Joe

From: James Wyatt <JWyatt@wyattlaw.net>
Sent: Tuesday, November 26, 2024 9:00 AM
To: Joe Grier <jgrier@grierlaw.com>
Cc: Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; robert.smith1@katten.com
Subject: Greg Lindberg - Special Master Position

Caution: This message is from an external sender.

Joe – do you have time to talk to Ryan today about a possible appointment as the Special Master ion the Greg Lindberg matter?  We are co-counsel in the matter.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101
Charlotte, NC 28202
(704) 331-0767
(704) 331-0773 (fax)
jwyatt@wyattlaw.net
www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly prohibited and may be unlawful.

Disclaimer
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more

Click Here.

==========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================