# REPLY EXHIBIT A

E-mail from M. Martinez (counsel to the Special Master) to R. Meyer, B. McCarthy, and J. Wyatt (cc: J. Grier, B. Rhodes), May 14, 2026, 2:22 p.m., "Request for Greg Lindberg Cooperation." No Government attorney is addressed. Source: former counsel's e-mail export. Attachment (draft waiver) omitted.

From: Michael Martinez <mmartinez@grierlaw.com>
Sent: Thursday, May 14, 2026 2:22 PM
To: Meyer, Ryan J. <ryan.meyer@katten.com>; McCarthy, Brandon N. <brandon.mccarthy@katten.com>; James Wyatt <jwyatt@wyattlaw.net>
Cc: Joe Grier <jgrier@grierlaw.com>; Benjamin Rhodes <brhodes@grierlaw.com>
Subject: Request for Greg Lindberg Cooperation

Ryan/Brandon/James:

I am hereby cancelling the Special Master's prior requests for Mr. Lindberg to sign the AAPC tax distribution waiver document that I initially circulated last Fall.

Instead, the Special Master asks Mr. Lindberg to immediately sign that attached waiver document by no later than Friday, May 22, 2026.

The purpose and intent of this document is to encourage the sale approval process running through our supervising court and to give potential purchasers comfort that, if the transaction passes muster through that process, they need not fear endless years of litigation from Mr. Lindberg. In other words, if Mr. Lindberg disagrees with the Special Master's decision to support a sale, then Mr. Lindberg's recourse is to oppose sale approval by Judge Cogburn in the W.D.N.C. and Mr. Lindberg agrees not to bring collateral attacks in other courts on something Judge Cogburn already approved. AAPC believes that Mr. Lindberg's signature on this document will substantially facilitate AAPC's sale process.

I expanded AAPC's concept to include the other primary restitution assets, the thought being to induce NHC to refrain from doing what NHC did with the Beckett sale (i.e., not get Judge Cogburn to approve the transaction in advance) because, pursuant to this waiver, if Judge Cogburn doesn't approve it, then the buyer may face subsequent legal challenges by Mr. Lindberg.

Please let me know what questions you might have. Otherwise, we would very much appreciate you asking Mr. Lindberg to sign this document immediately.

Thanks.


Michael L. Martinez

Grier Wright Martinez, PA

521 E. Morehead St., Ste. 440

Charlotte, NC 28202

704/332.0209 (direct)

704/332.0215 (fax)

mmartinez@grierlaw.com


[Attachment omitted.]