# REPLY EXHIBIT B

E-mail chain, "Lindberg Draft Sentencing Memo," May 2 – May 12, 2026, among defense counsel (J. Wyatt; Katten), AUSA Dan Ryan, AUSA D. Washington, Trial Attorney L. Freeman, AUSA B. Bain-Creed, the Special Master (J. Grier), his counsel (M. Martinez, B. Rhodes), and Paladin (S. Avila, D. Harer). Source: former counsel's e-mail export. The attachment names and sizes are shown as they appear in the export. The defense's draft sentencing memorandum, "(2026 5-1) Revised Sent Memo USAO SM Copy.docx," sent to the Government and the Special Master's team together on May 2, 2026, is omitted. The pages of the Special Master's counsel's commented copy (returned to the same group on May 11, 2026) that carry his comments follow the e-mail chain.

**From:** James Wyatt <JWyatt@wyattlaw.net>
**Sent:** Tuesday, May 12, 2026, 11:40 a.m. (EDT)
**To:** Michael Martinez <mmartinez@grierlaw.com>, "Ryan, Daniel (USANCW)" <Daniel.Ryan@usdoj.gov>, "Washington, Dana (USANCW)" <Dana.Washington@usdoj.gov>, "Freeman, Lyndie (CRM)" <Lyndie.Freeman@usdoj.gov>, "Bain-Creed, Benjamin (USANCW)" <Benjamin.Bain-Creed@usdoj.gov>, Joe Grier <jgrier@grierlaw.com>, Benjamin Rhodes <brhodes@grierlaw.com>, Scott Avila <savila@paladinmgmt.com>, Don Harer <dharer@paladinmgmt.com>
**Cc:** "McCarthy, Brandon N." <brandon.mccarthy@katten.com>, "Meyer, Ryan J." <ryan.meyer@katten.com>, Robert Blake <RBlake@wyattlaw.net>, "Smith, Robert T." <robert.smith1@katten.com>
**Subject:** RE: Lindberg Draft Sentencing Memo

---

We incorporated most of your comments and there will be no reference to AAPC or its valuation.

We do not intend to file any portion of this brief under seal.

Thanks for taking the time to review and comment.

James

From: Michael Martinez <mmartinez@grierlaw.com>
Sent: Monday, May 11, 2026 7:20 PM
To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov>; James Wyatt <JWyatt@wyattlaw.net>; Washington, Dana (USANCW) <Dana.Washington@usdoj.gov>; Freeman, Lyndie (CRM) <Lyndie.Freeman@usdoj.gov>; Bain-Creed, Benjamin (USANCW) <Benjamin.Bain-Creed@usdoj.gov>; Joe Grier <jgrier@grierlaw.com>; Benjamin Rhodes <brhodes@grierlaw.com>; Scott Avila <savila@paladinmgmt.com>; Don Harer <dharer@paladinmgmt.com>
Cc: McCarthy, Brandon N. <brandon.mccarthy@katten.com>; Meyer, Ryan J. <ryan.meyer@katten.com>; Robert Blake <RBlake@wyattlaw.net>; Smith, Robert T. <robert.smith1@katten.com>
Subject: RE: Lindberg Draft Sentencing Memo
Attachments: Revised Sent Memo USAO SM Copy - MLM COMMENTS, 1.docx (107 KB)

I've added comments addressing accuracy and confidentiality to the attached Word file. To sum up, I'd prefer if the AAPC stuff be redacted or the entire document be filed under seal.


Michael L. Martinez

Grier Wright Martinez PA

521 E. Morehead St., Ste. 440, Charlotte, NC 28202

<tel:704-332-0209> (704) 332-0209 (direct dial)

www.grierlaw.com

mmartinez@grierlaw.com


From: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov >
Sent: Friday, May 8, 2026 4:01 PM
To: James Wyatt <JWyatt@wyattlaw.net >; Washington, Dana (USANCW) <Dana.Washington@usdoj.gov >; Freeman, Lyndie (CRM) <Lyndie.Freeman@usdoj.gov >; Bain-Creed, Benjamin (USANCW) <Benjamin.Bain-Creed@usdoj.gov >; Michael Martinez <mmartinez@grierlaw.com >; Joe Grier <jgrier@grierlaw.com >; Benjamin Rhodes <brhodes@grierlaw.com >; Scott Avila <savila@paladinmgmt.com >; Don Harer <dharer@paladinmgmt.com >

Cc: McCarthy, Brandon N. <brandon.mccarthy@katten.com >; Meyer, Ryan J. <ryan.meyer@katten.com >; Robert Blake <RBlake@wyattlaw.net >; Smith, Robert T. <robert.smith1@katten.com >
Subject: RE: Lindberg Draft Sentencing Memo

Caution: This message is from an external sender.

---

James,

I'll defer to the Special Master and Paladin on redactions and the accuracy of the various financial numbers, etc. With respect to the remaining facts, while I might take issue with the degree of "voluntariness" of some of Mr. Lindberg's actions, I did not notice anything materially inaccurate.

Have a good weekend,

Dan

From: James Wyatt <JWyatt@wyattlaw.net >
Sent: Saturday, May 2, 2026 6:48 PM
To: Ryan, Daniel (USANCW) <Daniel.Ryan@usdoj.gov >; Washington, Dana (USANCW) <Dana.Washington@usdoj.gov >; Freeman, Lyndie (CRM) <Lyndie.Freeman@usdoj.gov >; Bain-Creed, Benjamin (USANCW) <Benjamin.Bain-Creed@usdoj.gov >; Michael Martinez <mmartinez@grierlaw.com >; Joseph W. Grier (jgrier@grierlaw.com ) <jgrier@grierlaw.com >; Benjamin Rhodes <brhodes@grierlaw.com >; Scott Avila <savila@paladinmgmt.com >; Don Harer <dharer@paladinmgmt.com >
Cc: McCarthy, Brandon N. <brandon.mccarthy@katten.com >; Meyer, Ryan J. <ryan.meyer@katten.com >; Robert Blake <RBlake@wyattlaw.net >; Smith, Robert T. <robert.smith1@katten.com >
Subject: [EXTERNAL] Lindberg Draft Sentencing Memo
Attachments: (2026 5-1) Revised Sent Memo USAO SM Copy.docx (103 KB)

All – attached is a draft of Mr. Lindberg's sentencing memo for your review. We would like to know if any inaccurate or objectionable information is contained in this memo. Additionally, let us know your position on whether any parts of it should be redacted and subject to a motion to seal.

This is a confidential document not to be shared with any outside party other than Paladin.

If possible, please get us any comments before Thursday's call.

Thanks,

James

James F. Wyatt, III

402 W. Trade Street, Suite 101

Charlotte, NC 28202

(704) 331-0767

(704) 331-0773 (fax)

jwyatt@wyattlaw.net

www.wyattandblakelaw.net

The preceding e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender at (704) 331-0767. Unauthorized use, dissemination, distribution, or reproduction of this message is strictly

prohibited and may be unlawful.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

[Attachments omitted.]

# REPLY EXHIBIT B (continued)

The Special Master's counsel's comments on the defense's draft sentencing memorandum, as returned to the Government and the Special Master's team on May 11, 2026 (attachment "Revised Sent Memo USAO SM Copy - MLM COMMENTS, 1.docx"). The eight pages that carry margin comments are reproduced as images, with the commented text highlighted; the file contains twelve comments by Michael L. Martinez and no tracked changes. Pages without comments are omitted. Comment time stamps are in UTC.

# REPLY EXHIBIT B, PAGES 6–13

Pages 6–13 (the commented pages of the draft sentencing memorandum, returned May 11, 2026) are

**FILED UNDER SEAL**

pending ruling on Defendant's Motion to Seal.