# REPLY EXHIBIT C

E-mail from V. Ramachandran addressed to J. Sanders and AUSA Dan Ryan (to: J. Sanders; cc: K. Barnes, S. Avila, J. Grier, AUSA Dan Ryan, M. Martinez), Oct. 13, 2026, 7:57 p.m., with the complete quoted chain (July 31 – Aug. 27, 2026)

Identical to Exhibit A to Defendant's Response to the Government's Consolidated Response (Doc. 367), filed herewith.

**From:** vramachandran@dhammalaw.com
**Sent:** Tue, 13 Oct 2026 19:57:52 -0400
**To:** Jeremy Sanders <jeremy.sanders@usdoj.gov>
**Cc:** Barnesatty <barnesatty@aol.com>, Scott Avila <savila@paladinmgmt.com>, Joe Grier <jgrier@grierlaw.com>, "Daniel (USANCW) Ryan" <daniel.ryan@usdoj.gov>, Michael Martinez <mmartinez@grierlaw.com>
**Subject:** Re: FW: AAPC Holdings LLC - 2025 federal tax returns package

---

Jermey and Dan

Please provide proof of ex-parte **any** communication where current counsel contacted the special master ex-parte or where current counsel has not include the government in a communication when they notice the government is not included.

Government wrote in it's filing: "Defendant’s counsel, including his current counsel, engaged in such communications until Defendant’s current counsel decided to argue that everyone else’s interpretation of the Special Master Order."

**Government and the Special Master engaged in such conduct extensively for 18 months and blames the Defendant's current counsel after they initiate such contact.**

**Current counsel have not even sent the tax documents to the Special Master without copying the government or adding the government to a thread when they notice the Special Master failed to copy the Government on a thread.**

**Greg Lindberg had to appear in front of the 4th circuit after the government and the Special Master spent close to 82 hours with Conservatirx on claims defense counsel had no idea about. The 4th circuit became the court of first impression for Greg Lindberg on claims involving $315 million or more in a 12 hour mandamus claim.**

Current Defense counsel does NOT engage in such communications and will always abide by ethics rules to the best of their ability. Unlike the government, Defense counsel has had the moral fortitude to walk away from engagements even if it mean walking away from high paying jobs if it is inconsistent with the rules of ethics. **Please file a notice of correction with the court with immediate effect.**

**Jermey, some of the government attorneys may lack scruples, and frankly when engaging in ex parte communication over 18 months fail to understand the very basics of our judicial system including the prohibition against ex parte communications. We will be seeking severe sanctions against the government attorneys at the 4th circuit for lack of ethics. They should not have licenses to practice law in any civilized jurisdiction.**

**Just because the government is caught red handed, they cannot make the words ex-parte appear in an order that does not include such.**

**The special master and the government have still not turned over any of the ex-parte communications including on primary restitution issues that affect the very basis for restitution. We still don't know what is in those communications.**

Sincerely,

Vivek

On 2026-08-27 09:50, Vramachandran wrote:

> Dan,
>
> We are adding you to the thread.
>
> I will send the tax documents themselves to the special master ( excluding the government) via email when they are ready. I do not believe the government has an interest in them but let me know if you believe otherwise. Greg and his legal team on this issue are open to your request to be included in a signed return when that happens.
>
> Greg has to get the documents via legal mail and review the tax returns.
>
> On the contrary if the special master wants it mailed into AAPC we will do that as well. Dan can approve that.
>
> The point is Greg Lindberg has been and will be open and transparent. We have nothing to hide.
>
> Thank you.
>
> Sincerely,
> Vivek
>
>> On Aug 18, 2026 at 3:39 PM, <Michael Martinez> wrote:
>>
>> Understood.  Thank you.
>>
>> Michael L. Martinez
>>
>> Grier Wright Martinez PA
>>
>> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
>>
>> (704) 332-0209 [4] (direct dial)
>>
>> www.grierlaw.com [5]
>>
>> mmartinez@grierlaw.com
>>
>> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
>> Sent: Tuesday, August 18, 2026 3:22 PM
>> To: Michael Martinez <mmartinez@grierlaw.com>
>> Cc: Barnesatty <barnesatty@aol.com>; Scott Avila <savila@paladinmgmt.com>; Joe Grier <jgrier@grierlaw.com>
>> Subject: RE: FW: AAPC Holdings LLC - 2025 federal tax returns package
>>
>> Caution: This message is from an external sender.
>>
>> -------------------------
>>
>> I will ask him today again. But it will be a couple of more days before he can. He is in transit through the BOP system and it will be difficult to get him 500 or more pages.

I did print and give him all the pages which had to be dumped when he was moved for the hearing.

Sincerely,

Vivek

Sent with Spark [6]

On Aug 18, 2026 at 3:19 PM -0400, Michael Martinez <mmartinez@grierlaw.com>, wrote:

> Vivek:
>
> AAPC's in-house attorney asked me again today about whether Greg Lindberg will sign the tax documents referenced below. If you know, one way or another, then I can pass that information along if you let me know.
>
> Thanks.
>
> Michael L. Martinez
> Grier Wright Martinez PA
> 521 E. Morehead St., Ste. 440, Charlotte, NC 28202
> (704) 332-0209 (direct dial)
> www.grierlaw.com [1]
> mmartinez@grierlaw.com
>
> -----Original Message-----
> From: vramachandran@dhammalaw.com <vramachandran@dhammalaw.com>
> Sent: Friday, July 31, 2026 11:11 AM
> To: Michael Martinez <mmartinez@grierlaw.com>
> Cc: Barnesatty <barnesatty@aol.com>; Scott Avila <savila@paladinmgmt.com>; Joe Grier <jgrier@grierlaw.com>
> Subject: Re: FW: AAPC Holdings LLC - 2025 federal tax returns package
>
> Caution: This message is from an external sender.
>
> Thank you, Michael.
>
> We will get these to Greg. Given the hearing, I am not sure when he will be moved and we may lose access to him while in transit.
>
> Sincerely,
> Vivek
>
> On 2026-07-31 11:05, Michael Martinez wrote:
>> Vivek and Kenneth:
>>
>> See below and attached from one of AAPC's internal financial people,
>> Saurabh Puri. Please request that Mr. Lindberg execute these AAPC tax
>> documents and return them either to Saurabh or to me.
>>
>> Thank you.
>>
>> Michael L. Martinez

Grier Wright Martinez PA

521 E. Morehead St., Ste. 440, Charlotte, NC 28202

(704) 332-0209 [1] (direct dial)

www.grierlaw.com [1] [2]

mmartinez@grierlaw.com

From: Scott Avila <savila@paladinmgmt.com>
Sent: Friday, July 31, 2026 10:17 AM
To: Michael Martinez <mmartinez@grierlaw.com>; Joe Grier
<jgrier@grierlaw.com>; Benjamin Rhodes <brhodes@grierlaw.com>
Cc: Don Harer <dharer@paladinmgmt.com>; Andrew Cowie
<acowie@paladinmgmt.com>; Julia Greeley
<jgreeley@paladinmgmt.com>;
David Elkin <delkin@paladinmgmt.com>
Subject: FW: AAPC Holdings LLC - 2025 federal tax returns
package

Caution: This message is from an external sender.

-------------------------

Joe, Michael and Ben

See below and attached. Not sure who to send this to get Greg's
signature.

Thoughts??

Thanks

Scott

From: Saurabh Puri <saurabh.puri@aapc.com>
Sent: Friday, July 31, 2026 6:21 AM
To: Scott Avila <savila@paladinmgmt.com>
Cc: Bevan Erickson <bevan.erickson@aapc.com>
Subject: AAPC Holdings LLC - 2025 federal tax returns package

[EXTERNAL]

Hi Scott

Hope you are doing well. Please find the attached 2025 tax
returns for
Greg's signature, as outlined below. We would appreciate
receiving the
signed documents by mid-next week, thanks.

* TY25_AAPC Holdings, LLC_FED_Signature Pages - need signatures.
* AAPC Holdings, LLC_2025_8804 and 8805 - need signature on Page
2.
* AAPC Holdings, LLC_2025_Federal Return - full return
* 2025_AAPC Holdings, LLC_Federal T-Letter - full return

Thanks and Regards

Saurabh Puri

Vice President-Finance and accounting

M-801-554-7438

saurabh.puri@aapc.com

AAPC.com [3]

[4]

[5]

[6]

[7]

The information contained in this e-mail and any accompanying documents is intended for the sole use of the recipient to whom it is addressed, and may contain information that is privileged, confidential, proprietary to sender, and prohibited from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any review, use, disclosure, copying, or distribution is prohibited and you are asked to please contact the sender by e-mail, delete it from your computer, and destroy all copies of the original message.

Disclaimer

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Do not accept wiring instructions from us by email. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful, please contact the sender and delete this e-mail.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here [8].

Links:

------
[1] tel:704-332-0209
[2] https://grierlaw.com/
[3]

https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.aapc.com%2f&c=
[2]
E,1,w_viQRnQuFufXx_ajzoHQB84PHjZLUpmJcIPN936d-gZFmhn2OYXj4C9T-vYPiT9zt
Z4zxfmGWwpUFCrJeL0RJP3BXyJ8Y1AowQiVHmVy2s,&typo=1
[4]

https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.aapc.com%2f&c=
[2]
E,1,3DUEr9kWAhfKROvQ263W_AIB-E5WGfbjHn7SM_udNYXe0leUbOTcMlo8wk2N7Kgb0_
8jp3whfALt8LvyjcKwFUpPTBWJ2bRWmoH01LvQq1OzEuIzb2n5UtSMWUzM&typo=1
[5] https://www.linkedin.com/company/aapc
[6] https://www.facebook.com/AAPCFan
[7] https://x.com/aapcstaff
[8] http://www.mimecast.com/products/

Disclaimer

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Do not accept wiring instructions from us by email. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful, please contact the sender and delete this e-mail.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here [3].

Links:
------
[1] http://www.grierlaw.com
[2] https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.aapc.com%2f&c=
[3] http://www.mimecast.com/products/
[4] tel:704-332-0209
[5] https://grierlaw.com/
[6] https://sparkmailapp.com/source?from=signature