# REPLY EXHIBIT D

E-mail from V. Ramachandran to AUSA Dan Ryan (cc: K. Barnes, L. Freeman, B. Bain-Creed, J. Grier, J. Sanders, D. Washington, M. Martinez, R. Meyer, B. McCarthy), Aug. 28, 2026, 7:39 a.m., quoting e-mail of Aug. 27, 2026, 10:03 a.m. (screen capture)

Identical to Exhibit B to Defendant's Response to the Government's Consolidated Response (Doc. 367), filed herewith.

# Re: [EXTERNAL] Re: Draft Final Supplement to Restitution Report


From vramachandran@dhammalaw.com
To Daniel (USANCW) Ryan
Cc Barnesatty, Lyndie (FRD) Freeman, Benjamin (USANCW) Bain-Creed, Joe Grier, Jeremy (FRD) Sanders, Dana (USANCW) Washington, Michael Martinez, Ryan J. Meyer, Brandon N. McCarthy

Date 2026-08-28 07:39

Summary Headers

Dan,

We want all ex parte communication between the government and the special master or his counsel. Let's start there. As you know communicating with a judge ex parte is not constitutional. It's a due process issue. It's Brady/Gigilo material which defense is entitled to have. All of it. Please respond by 9.30 AM so that we know that you are working on this production.

We will send a discrete list of other items we want from the government as well. We will place all of these on the record in a motion to compel just as a protective measure. We will of course remove this from the docket if you provide us the information. We have no choice but to do this.

I have had an extensive look at the contemporaneous record and the government in many instances made promises it never kept. For example, it agreed with Greg Lindberg that ClanWilliams should have a value of $800 million and Greg could argue for the $400 in credits. The government during a call suggested the same NCICS offset would be favorably treated and Greg would get the offsets.

Let me just say, I had issues with my scruples again.

Sincerely,
Vivek

On 2026-08-27 10:03, Vramachandran wrote:

> Dan,
>
> Added you to the one place where the special master reached out to us.
> We have now regularized the one ex parte communication initiated by
> the master.
>
> Thank you.
>
> Sincerely,
> Vivek